IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

JASON BOYCE,

    Plaintiff,

    -against-

BRUCE WEBER; JASON KANNER; SOUL ARTIST MANAGEMENT; LITTLE BEAR INC.,

    Defendants.

------------------------------------------------------------ X

[~~PROPOSED~~] **STIPULATION OF VOLUNTARY DISMISSAL AND ORDER**

**[FRCP 42(a)(2)]**

**Case No: 1:19-cv-03825 (JMF)**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties by their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, and without costs to any party, against the defendants Jason Kanner and Soul LLC, sued herein and d/b/a as, Soul Artist Management only, pursuant to Federal Rule of Civil Procedure 41(a)(2); that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between the undersigned parties; and that the caption shall be amended to remove the settling defendants.

Dated: New York, New York
       May 6, 2019

| THE BLOOM FIRM | LEBOWITZ LAW OFFICE, LLC |
|---|---|
| By: /s/Arick Fudali | By: /s/ Marc A. Lebowitz |
|     Arick Fudali |     Marc A. Lebowitz |
| 85 Delancey St. #20 | 747 Third Avenue, 23rd Floor |
| New York, NY 10002 | New York, New York 10017 |
| (954) 661-6734 | (212) 682-6818 |
| Attorneys for Plaintiff Jason Boyce | Attorneys for Jason Kanner and Soul LLC, sued herein and d/b/a as Soul Artist Management |

///

///

IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed with prejudice as to defendants Jason Kanner and Soul LLC, sued herein and d/b/a as, Soul Artist Management, without costs to any party;
2. ~~The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement executed by the undersigned parties~~; and   JMF
3. The caption in this matter shall be amended to remove the settling defendants.

So-Ordered:

*[signature]*

Hon. Jesse M. Furman
United States District Judge

Dated: May 7, 2019

Pursuant to Paragraph 4(B) of the Court's Individual Rules and Practices, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made a part of the public record. If the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they shall file it on ECF to be "so-ordered" by the Court no later than May 14, 2019, mindful that the Court will strike or modify any provision that purports to authorize any party to file documents under seal without prior order of the Court. The Clerk of Court is directed to terminate Jason Kanner and Soul Artist Management as Defendants.