USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JASON BOYCE,

          **Plaintiff,**

    -against-

BRUCE WEBER, et al.,

          **Defendants.**

-----------------------------------------------------------------X

19-CV-03825 (JMF)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On January 21, 2020, Defendants emailed the Court requesting leave to file exhibits to their response to Plaintiff's motion, ECF No. 55, under seal. The Court finds that good cause exists to permit the exhibits to be filed under seal. See Geller v. Branic Int'l Realty Corp., 212 F.3d 734, 738 (2d Cir. 2000) (district courts have "considerable discretion" to initially determine whether documents should be sealed). Accordingly, Defendants are ORDERED to file their response to Plaintiff's motion and accompanying exhibits with confidential information redacted, and to file an unredacted copy under seal.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 22, 2020
              New York, New York