UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JASON BOYCE,

                **Plaintiff,**                          19-CV-03825 (JMF)(SN)

      -against-                                   **ORDER**

BRUCE WEBER, et al.,

                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On January 23, 2020, Plaintiff emailed the Court requesting leave to file Exhibit A to his reply in further support of his motion, ECF No. 55, under seal. The Court finds that good cause exists to permit the exhibit to be filed under seal. See Geller v. Branic Int'l Realty Corp., 212 F.3d 734, 738 (2d Cir. 2000). Accordingly, Plaintiff is ORDERED to file the reply and accompanying exhibits with confidential information redacted, and to file an unredacted copy under seal.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      January 24, 2020
                New York, New York