UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON BOYCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRUCE WEBER and LITTLE BEAR, INC<br><br>　　　　Defendants | Case No.  1:19-cv-03825-JMF-SN<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE THAT**, upon the February 20, 2020 Declaration of Daniel L. Brown and the exhibits thereto, the Defendants' Rule 56.1 Statement of Undisputed Material Facts, and Defendants Bruce Weber and Little Bear Inc.'s Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Defendants Bruce Weber and Little Bear Inc. (together, "Defendants"), by and through their undersigned counsel, shall move before the Honorable Jessie M. Furman, U.S.D.J., at the United States Courthouse, 40 Foley Square, Courtroom 1105, New York, New York 10007, on a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 56, granting Defendants' motion for summary judgment dismissing plaintiff's complaint, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule 6.1(b), opposition papers to this motion shall be served "within fourteen days after service of the moving papers," and reply papers shall be served "within seven days after service of the answering papers."

-2-

Dated: February 20, 2020

By: _/s/ Daniel Brown_
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
Email: dbrown@sheppardmullin.com
Telephone: (212) 634-3095

By: _/s/ Jayne C. Weintraub, Esq._
Sale & Weintraub, P.A.
2 South Biscayne Blvd.
Miami, Florida 33131
Email: jweintraub@saleweintraub.com
Telephone: (305) 374-1818

By: _/s/ Jonathan Etra, Esq._
Nelson Mullins Broad and Cassel
2 South Biscayne Blvd.
One Biscayne Center – 21st Floor
Miami, Florida 33131
Email: jonathan.etra@nelsonmullins.com
Telephone: (305) 373-9447