# EXHIBIT F

**(No subject)**

jsaon boyce
Thu 8/26/2010, 1:15 PM
**To:** david todd <david@nousmodels.com>;

Hey Dt,

Yo do you think I will get a chance to meet Bruce weber? I know ive gone to A&F castings before. But i figure i was prototypical Abercrombie type guy? Has it been the tattoo keeping them away?

J