# EXHIBIT M

3/1/13, 6:47 PM from +13109271493

Hi Bruce. It's David! Can I send you a super hot boys pic he took for me to send you for your eyes only?

3/1/13, 6:49 PM to +13109271493

Ok and I want to talk later to you what is your number ?

3/1/13, 6:49 PM from +13109271493

310 927-1493 is cel.  Office is 310 651-3341

3/1/13, 6:51 PM from +13109271493

This is Jason Boyce.  24 and 6 feet. Stunning!!!!!



Redacted

3/1/13, 6:54 PM to +13109271493

> Where is he from and when can I see him ?

3/1/13, 6:58 PM from +13109271493

He's from Sacramento and lives in LA.

3/1/13, 6:59 PM from +13109271493

He is around tomorrow

3/1/13, 6:59 PM to +13109271493

> When can I see him? What is the personality

3/1/13, 6:59 PM from +13109271493

He has the best personality ever.

3/2/13, 4:39 PM to +13109271493

> Is JAson in town and how long

3/2/13, 4:47 PM to +13109271493

> ??????0

3/2/13, 5:04 PM from +13109271493

Hi Bruce. He's shooting a job today. Can you see him tomorrow?

3/4/13, 9:00 PM from +13109271493

Hi Bruce. Are you still in town?

3/4/13, 9:00 PM from +13109271493

Jason would love to meet you.

3/4/13, 8:55 PM from +13109271493

Hi Bruce. Are you still in town?

3/4/13, 8:55 PM from +13109271493

Jason would love to meet you.

3/7/13, 2:55 AM to +13109271493

No I am leaving sorry - but keep in touch and hope to see you soon - a big hug- Bruce