# **EXHIBIT A**

```
 1   UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
 2   Case No: 1:19-cv-03825(JMF)
     --------------------------------------x
 3   JASON BOYCE,
 4                         Plaintiff,
 5              -against-
 6   BRUCE WEBER and LITTLE BEAR INC.,
 7                         Defendants.
     --------------------------------------x
 8   Case No. 1:18-cv-12112
     --------------------------------------x
 9   JOSHUA ARDOLF, ANTHONY BALDWIN,
     BUDDY KRUEGER, JACOB MADDEN, and
10   JNANA VAN OIJEN,
11                         Plaintiffs.
12              -against-
13   BRUCE WEBER,
14                         Defendant.
     --------------------------------------x
15           30 Rockefeller Plaza
             New York, New York
16           Thursday, September 19, 2019
17           10:06 a.m.
18       Videotaped Deposition of BRUCE WEBER,
19   a Defendant in the above-entitled action,
20   held at the above time and place, taken
21   before Dawn Matera, a Shorthand Reporter
22   and Notary Public of the State of New
23   York.
24       JOB NO. 3518433
25       PAGES 1 - 326
```

                                    Page 1

**Page 2**

```
 1  A P P E A R A N C E S :
 2
 3  THE BLOOM FIRM
    Attorneys for Plaintiffs Jacob Madden
 4    and Jason Boyce
      85 Delancey Street
 5      #20
      New York, New York 10002
 6    (954)661-6734
 7  By: ARICK FUDALI, ESQ.
      arick@Thebloomfirm.com
 8    ANNA LEVINE-GRONNINGSATER, ESQ.
      anna@thebloomfirm.com
 9
          -and-
10
    THE BLOOM FIRM
11    20700 Ventura Boulevard
      Suite 301
12    Woodland Hills, California 91364
13  By: SARAH BLOOM, ESQ.
        (Via Teleconference)
14
15
    SALE & WEINTRAUB, P.A.
16  Attorneys for Defendants Bruce Weber
    and Little Bear
17    2 South Biscayne Boulevard
      One Biscayne Tower - 21st Floor
18    Miami, Florida 33131
      (305)374-1818
19
    By: JAYNE C. WEINTRAUB, ESQ.
20    jweintraub@saleweintraub.com
21        -and-
22
23
24
25
```

**Page 4**

```
 1          STIPULATIONS
 2      IT IS HEREBY STIPULATED AND AGREED, by
 3  and among counsel for the respective
 4  parties hereto, that the filing, sealing
 5  and certification of the within
 6  deposition shall be and the same are
 7  hereby waived;
 8      IT IS FURTHER STIPULATED AND AGREED
 9  that all objections, except as to form of
10  the question, shall be reserved to the
11  time of the trial;
12      IT IS FURTHER STIPULATED AND AGREED
13  that the within deposition may be signed
14  before any Notary Public with the same
15  force and effect as if signed and sworn
16  to before the Court.
17      *    *    *
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1  A P P E A R A N C E S : (Continued)
 2
 3  SHEPPARD MULLIN RICHTER & HAMPTON LLP
      30 Rockefeller Plaza
 4    New York, New York 10112
      (212)634-3095
 5
    By: DANIEL BROWN, ESQ.
 6    dbrown@sheppardmullin.com
 7
 8  Also Present:
 9
    Jonathan Bernstein, Little Bear
10
    George Libbares,
11    Videographer
12    ~oOo~
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 5**

```
 1          I N D E X
 2  Witness              Page
 3  BRUCE WEBER              9
 4
 5
 6
 7      E X H I B I T S
 8  Plaintiffs'          Page
    Exhibit
 9
    Exhibit 1   Document Bates stamped   51
10      35658 through 35722
11
    Exhibit 2   Document Bates stamped  104
12      LBBW 064, 63 and 62
13
    Exhibit 3   Document Bates stamped  121
14      LBBW 5 through 9
15
    Exhibit 4   Document Bates stamped  125
16      LBBW 736 through 738
17
    Exhibit 5   Text messages between   139
18      Bruce Weber and David Todd
19
    Exhibit 6   Document Bates stamped  145
20      183 through 193
21  Exhibit 7   Document Bates stamped  148
      LBBW 10
22
23  Exhibit 8   e-mails          151
24
25
```

1 Exhibit 9  Document Bates stamped   159
       35978 through 36017
2
3 Exhibit 10  e-mails with bottom      188
       e-mail from Jason Kanner
4      to LBI Production and Casting
5 Exhibit 11  Photographs             201
6
  Exhibit 12  e-mails with bottom     220
7      e-mail from Josh Ardolf
       to Bruce Weber of Sunday,
8      May 15th, 2011
9 Exhibit 13  Text messages between   223
       Bruce Weber and Joshua Ardolf
10
11 Exhibit 14  Photographs            244
12
   Exhibit 15  Document Bates         253
13      stamped 36328
14
   Exhibit 16  Document Bates stamped 258
15      304 to 324
16
   Exhibit 17  Document Bates stamped 285
17      37220 on first page
18
   Exhibit 18  Photographs from       289
19      2007 and 2011
20 Exhibit 19  e-mail from Mr. Van Oijen 302
       to Bruce Weber
21
   Exhibit 20  Profile page on Vimeo  305
22
23 Exhibit 21  New York Times Article  317
24
25

Page 6

---

1     THE VIDEOGRAPHER:  Good morning.   10:03:48
2   We are now recording and on the record   10:03:49
3   at 10:06 a.m. on September 19th, 2019.   10:03:51
4   Please note that the microphones are   10:03:55
5   sensitive and may pick up whispering,   10:03:56
6   private conversations and cellular   10:03:59
7   interference. Please turn off all   10:04:00
8   cell phones or place them away from   10:04:03
9   the microphones as they can interfere   10:04:04
10  with the deposition audio. Recording   10:04:06
11  will continue until all parties agree   10:04:08
12  to go off the record.   10:04:12
13     This is video 1 in the   10:04:13
14  deposition of Bruce Weber taken by   10:04:14
15  counsel for the Plaintiff in the   10:04:17
16  matter of Jason Boyce versus Bruce   10:04:18
17  Weber and Little Bear Inc. filed in   10:04:22
18  the U.S. District Court, Southern   10:04:26
19  District of New York, case number   10:04:29
20  1:19-cv-03825-JMF.   10:04:33
21     This deposition is being held at   10:04:41
22  Sheppard Mullin located at   10:04:44
23  30 Rockefeller Plaza, New York, New   10:04:46
24  York.  My name is George Libbares.   10:04:49
25  The court reporter is Dawn Matera.   10:04:51

Page 7

---

1     And we are here from Epic Reporting, a   10:04:53
2   Veritext company.   10:04:56
3     Counsel will now state their   10:04:57
4   appearances and the court reporter   10:04:58
5   will administer the oath.   10:05:00
6     MR. FUDALI:  For the record,   10:05:04
7   before we state our appearances, this   10:05:07
8   deposition is also being taken in the   10:05:08
9   case Joshua Ardolf, Anthony Baldwin,   10:05:11
10  Buddy Krueger, Jacob Madden and Jnana   10:05:13
11  van Oijen against Bruce Weber, also in   10:05:14
12  the Southern District of New York,   10:05:14
13  case number 1-18-cv-12112.   10:05:15
14     This is Arick Fudali with The   10:05:20
15  Bloom Firm on behalf of all of the   10:05:23
16  Plaintiffs in both cases.   10:05:24
17     MS. LEVINE-GRONNINGSATER:  Anna   10:05:27
18  Levine-Gronningsater of The Bloom Firm   10:05:28
19  on behalf of all Plaintiffs in both   10:05:29
20  cases.   10:05:31
21     MS. WEINTRAUB:  Jayne Weintraub   10:05:31
22  on behalf of Bruce Weber and Little   10:05:33
23  Bear.   10:05:35
24     MR. BROWN:  Daniel Brown,   10:05:35
25  Sheppard Mullin, also for Bruce Weber   10:05:37

Page 8

---

1   and Little Bear.   10:05:40
2     MR. FUDALI:  And I believe Sarah   10:05:43
3   Bloom is also present via phone   10:05:45
4   conference also on behalf of all   10:05:48
5   Plaintiffs.   10:05:49
6 B R U C E   W E B E R, having been first
7   duly sworn by Dawn Matera, a Notary
8   Public, was examined and testified as
9 follows:
10 EXAMINATION BY MR. FUDALI:   10:05:57
11  Q.  Good morning Mr. Weber.  Please   10:05:57
12  state your name for the record.   10:06:00
13  A.  Bruce Weber.   10:06:01
14  Q.  Good morning, Mr. Weber.  My   10:06:02
15  name is Arick Fudali, I represent all of   10:06:04
16  the Plaintiffs in these two lawsuits.   10:06:07
17     Have you ever had your   10:06:09
18  deposition taken before?   10:06:10
19  A.  No.   10:06:11
20  Q.  I am going to go over a few of   10:06:11
21  the ground rules, although I'm sure   10:06:13
22  you're well versed in those at this   10:06:14
23  point.   10:06:16
24     I am going to be asking you a   10:06:16
25  series of questions.  It's important that   10:06:18

Page 9

3 (Pages 6 - 9)

**Page 22**

1    If you guys want to take ten    10:19:38
2  minutes and talk about it, let's do    10:19:40
3  that. Take a break.    10:19:41
4    THE VIDEOGRAPHER: The time is    10:19:42
5  10:22 a.m., we are off the record.    10:19:43
6    (Off the record.)    10:22:24
7    THE VIDEOGRAPHER: The time is    10:22:25
8  10:25 a.m., we are on the record.    10:22:28
9    MR. BROWN: So while we continue    10:22:29
10  to have the objections stated that    10:22:31
11  this is harassing and not relevant,    10:22:32
12  without waiver of that, and we ask you    10:22:37
13  to think about the questions and    10:22:38
14  whether they are directly related to    10:22:39
15  the allegations as opposed to some    10:22:41
16  other stuff, we will allow Mr. Weber    10:22:43
17  to answer the last question you asked    10:22:45
18  which, if the court reporter wants to    10:22:47
19  read it back, let's do it that way.    10:22:51
20    MR. FUDALI: For the record, we    10:22:54
21  still don't waive our right to    10:22:55
22  redepose Mr. Weber based on the    10:22:57
23  objection to our first question, but    10:22:58
24  we will continue the deposition based    10:23:00
25  on Mr. Brown's stipulation.    10:23:02

**Page 23**

1    (Record read.)    10:23:19
2    A.  Mr. Fudali, I have never mixed,    10:23:19
3  you know, business with pleasure like    10:23:23
4  that. It's sort of a code like with the    10:23:25
5  way I always worked. So I don't know how    10:23:30
6  you can understand that. And I am very    10:23:35
7  rare in the business. But that's the way    10:23:37
8  it is. The answer is no.    10:23:38
9    Q.  Okay. So the answer is no.    10:23:41
10  And I'm going to -- I want to make sure I    10:23:44
11  understand your answer. So you've never    10:23:47
12  had a sexual relationship with a male    10:23:50
13  model whose photograph you had taken,    10:23:52
14  your answer is no?    10:23:56
15    A.  Do you mind if I ask you a    10:23:57
16  question?    10:23:58
17    Q.  I do, yes. I ask the questions    10:23:59
18  and if you need clarification, please let    10:24:03
19  me know.    10:24:04
20    A.  Well, there is a clarification    10:24:05
21  I want to make, is that not just with a    10:24:06
22  male model or a female model, I have not    10:24:09
23  had a sexual relationship with somebody I    10:24:12
24  have photographed.    10:24:15
25    Q.  Have you had any sexual contact    10:24:19

**Page 24**

1  with a male model whose photograph you    10:24:23
2  have taken?    10:24:27
3    A.  No.    10:24:28
4    Q.  Okay. Have you ever had oral    10:24:30
5  sex with a male model whose photograph    10:24:32
6  you have taken?    10:24:34
7    MS. WEINTRAUB: Asked and    10:24:35
8  answered. Are you going to go into    10:24:36
9  every position?    10:24:38
10    Q.  You can answer.    10:24:39
11    MS. WEINTRAUB: Objection.    10:24:40
12  That's clearly to harass him. He just    10:24:40
13  told you he's never had sexual    10:24:42
14  relations or sexual contact. Now you    10:24:43
15  want to know about oral sex? You want    10:24:47
16  to know about anal sex too?    10:24:49
17    MR. FUDALI: I assume he's going    10:24:51
18  to say no.    10:24:53
19    A.  No.    10:24:54
20    Q.  Have you ever engaged in a    10:24:54
21  phone call or a video call with a male    10:24:57
22  model whose photograph you've taken in    10:25:01
23  which that male model masturbated?    10:25:04
24    MS. WEINTRAUB: Objection. How    10:25:06
25  could he know. It's beyond the scope    10:25:08

**Page 25**

1  of his knowledge.    10:25:09
2    Q.  You can answer.    10:25:10
3    A.  No.    10:25:10
4    Q.  Have you ever masturbated on    10:25:12
5  the phone with a male model whose    10:25:14
6  photograph you had taken?    10:25:16
7    A.  No.    10:25:18
8    Q.  Have you ever kissed a male    10:25:18
9  model whose photograph you have taken, on    10:25:25
10  the lips?    10:25:26
11    A.  On the lips, no.    10:25:27
12    Q.  Have you kissed a male model    10:25:33
13  whose photograph you've taken anywhere    10:25:38
14  else besides the lips?    10:25:40
15    A.  Yes.    10:25:42
16    Q.  Where?    10:25:42
17    A.  On his cheek.    10:25:43
18    Q.  Have you ever touched a male    10:25:44
19  model's penis inadvertently during a    10:25:50
20  photo shoot?    10:25:52
21    MS. WEINTRAUB: Objection.    10:25:56
22    Q.  That you recall.    10:25:56
23    MS. WEINTRAUB: Objection. The    10:25:58
24  question is inadvertently.    10:26:00
25    MR. FUDALI: Just state the    10:26:02

**Page 26**

1  objection. Just object to the form of   10:26:03
2  the question, please.                    10:26:05
3     Q.  You can answer.                    10:26:08
4     A.  No, not that I know of.            10:26:08
5     Q.  Have you ever felt that you had    10:26:13
6  to apologize to a male model for          10:26:16
7  something that took place during a photo  10:26:17
8  shoot?                                    10:26:19
9        MS. WEINTRAUB:  Objection.          10:26:21
10  Overbroad.  Ambiguous.  Can you --       10:26:21
11       MR. FUDALI:  Okay.  Jayne,          10:26:24
12  that's not -- do you want to take five   10:26:25
13  minutes and you can explain to Jayne     10:26:27
14  how you are supposed to object in New    10:26:29
15  York?                                    10:26:31
16       MS. WEINTRAUB:  Stop it.  Do you    10:26:31
17  want to look at the Madden deposition?   10:26:32
18  You want to see what you were saying?    10:26:35
19  You talked more than I did, so stop.     10:26:36
20       MR. FUDALI:  Jayne, please          10:26:39
21  object to the question.                  10:26:40
22     Q.  You can answer.                    10:26:41
23     A.  Mr. Fudali, can you repeat that   10:26:41
24  question for me.                          10:26:43
25     Q.  Absolutely.  I believe the        10:26:43

**Page 27**

1  question is, have you ever apologized to  10:26:46
2  a male model for something that took      10:26:47
3  place during a photo shoot?               10:26:49
4     A.  I'm sure I have.                    10:26:52
5     Q.  Do you recall what incident led    10:26:56
6  to that apology?                          10:26:59
7     A.  Yes.  Sometimes you're             10:27:00
8  photographing people in bathing suits in  10:27:02
9  the dead of winter and I would apologize  10:27:04
10  to them, I am sorry you had to wear this 10:27:06
11  bathing suit and it took so long to do    10:27:08
12  the picture.                              10:27:10
13     Q.  Have you ever apologized to a     10:27:10
14  male model after a photo shoot for the   10:27:12
15  way that you touched the male model      10:27:14
16  during the photo shoot?                   10:27:16
17     A.  No.                                10:27:17
18     Q.  Have you ever learned that a      10:27:18
19  male model was uncomfortable with the way 10:27:24
20  you touched him during a photo shoot,    10:27:27
21  outside of the allegations in this       10:27:31
22  lawsuit?                                  10:27:32
23     A.  No.                                10:27:32
24     Q.  Had you ever had a sexual         10:27:33
25  relationship with a male model whose     10:27:44

**Page 28**

1  photograph you had not taken yet but did  10:27:46
2  eventually take?                          10:27:49
3        MS. WEINTRAUB:  I am going to       10:27:53
4  object to the question.                   10:27:54
5     Q.  You can answer.                     10:27:55
6     A.  No.                                 10:27:56
7     Q.  As part of your practice, and I   10:27:57
8  am going to refer to your photography as  10:28:10
9  a practice, you understand.  As part of   10:28:12
10  your photography practice, do you        10:28:15
11  typically or consistently engage in      10:28:17
12  something that can be referred to as     10:28:19
13  breathing exercises?                      10:28:21
14       MS. WEINTRAUB:  Objection.          10:28:23
15     Q.  Or a breathing exercise?          10:28:23
16       MS. WEINTRAUB:  Objection to the    10:28:25
17  form.                                    10:28:25
18       Do you understand the question?     10:28:28
19     A.  I would like you to repeat it     10:28:32
20  again, please.                           10:28:34
21     Q.  Absolutely.  As part of your     10:28:34
22  photography practice when shooting       10:28:36
23  photographs of models, do you ever engage 10:28:38
24  in something that either you refer to or 10:28:40
25  could be referred to as a breathing      10:28:42

**Page 29**

1  exercise?                                 10:28:44
2     A.  I would say yes.                    10:28:44
3     Q.  Could you please describe the      10:28:45
4  breathing exercise?                        10:28:46
5     A.  Well, it's really -- it's          10:28:48
6  different than the way it's written about 10:28:52
7  in the allegations.  By that I mean that 10:28:55
8  it's a relaxation exercise.  And I        10:28:58
9  usually, you know, tell them to put their 10:29:02
10  hand on their forehead and I tell them to 10:29:05
11  put their head on their chest and their  10:29:08
12  core and their stomach and take a deep    10:29:10
13  breath, breathe from your stomach and    10:29:13
14  your core.                                10:29:15
15     Q.  As part of this breathing        10:29:16
16  exercise -- now that I am referring to    10:29:17
17  the breathing exercise, you know what I  10:29:20
18  am referring to, correct?                 10:29:22
19     A.  Yes.                               10:29:22
20     Q.  As part of this breathing        10:29:23
21  exercise, is it common for you yourself  10:29:24
22  to touch the model anywhere on their     10:29:26
23  body?                                     10:29:28
24       MS. WEINTRAUB:  Objection to        10:29:29
25  form.                                    10:29:29

8 (Pages 26 - 29)

**Page 30**

1    Q.  You can answer.     10:29:30
2    A.  It's not common.  Sometimes I   10:29:31
3 just tell them.  Sometimes I tell them to  10:29:35
4 do it themselves.  And once in a while,  10:29:40
5 if they are confused, I'll put my hand on  10:29:41
6 top of their hand or their chest or their  10:29:45
7 stomach.  It's kind of a really strange  10:29:49
8 thing, because it's hard to do a   10:29:51
9 breathing exercise with a girl because  10:29:54
10 you can't, you know, you couldn't put  10:29:56
11 your hand on her, but she can put her  10:29:58
12 hand on her chest.  But the same thing  10:30:01
13 with a man.     10:30:03
14    Q.  Okay.  Is there occasion where  10:30:04
15 you have put your hand on the model,  10:30:12
16 physically your hand, not on the model's  10:30:15
17 hand but on the model's chest during the  10:30:17
18 breathing exercise?    10:30:19
19    A.  No.    10:30:19
20    Q.  Okay.  Do you ever move your  10:30:21
21 hand around the body of a model during  10:30:22
22 the breathing exercise?   10:30:25
23    A.  No.  That wouldn't be  10:30:29
24 beneficial.    10:30:31
25    Q.  So if I am understanding your  10:30:31

**Page 31**

1 description of the breathing exercise  10:30:33
2 correctly, and please correct me if I'm  10:30:35
3 wrong, your description is, if anything,  10:30:37
4 you put your hand on the male model and  10:30:40
5 guide the male model's hand, is that  10:30:42
6 correct, on his own body?   10:30:45
7    A.  No, I put it where it's  10:30:46
8 singularly placed, like the forehead,  10:30:49
9 their chest, their core and their  10:30:53
10 stomach.    10:30:55
11    Q.  And do you tell them anything  10:30:55
12 during this exercise?   10:30:58
13    MS. WEINTRAUB:  Objection to  10:31:01
14   form.    10:31:01
15    Q.  Do you tell the model anything  10:31:01
16 during this breathing exercise?  10:31:03
17    A.  Well, first of all, I ask them  10:31:04
18 if they are okay.  I explain it.  And I  10:31:06
19 ask them if they are okay with that.  And  10:31:09
20 sometimes they say yes.  Sometimes, you  10:31:11
21 know, a gentleman will say no, I am not  10:31:14
22 into that or whatever.  But if they say  10:31:18
23 yes, then I would say to them, you know,  10:31:21
24 just really relax and, you know, and feel  10:31:24
25 your own presence, your own energy.  10:31:28

**Page 32**

1    Q.  Let me make sure I understand.  10:31:32
2 Is it your testimony that every time you  10:31:34
3 do the breathing exercise with a model,  10:31:36
4 you first ask for permission to do it?  10:31:37
5    MS. WEINTRAUB:  Objection.  10:31:39
6   Mischaracterizing what he said.  10:31:40
7    Q.  You can answer.   10:31:41
8    A.  Yes, I do.  I always ask them.  10:31:42
9    Q.  What is the goal of the  10:31:44
10 breathing exercise?   10:31:49
11    A.  Well, I would have to explain  10:31:50
12 it to you, you know, if I have a minute  10:31:54
13 to do it.    10:31:58
14    Q.  You can explain the goal.  We  10:31:58
15 have about seven hours, go ahead.  10:32:00
16    A.  That's cool, okay.  Many years  10:32:02
17 ago I was in Rio de Janeiro and I was  10:32:04
18 working on a book called Oh Rio, and it  10:32:08
19 was a book I was doing for the AIDS  10:32:11
20 Resource Center in New York City, and I  10:32:13
21 got to photograph and spend time with  10:32:15
22 Rickson Gracie and his father as the  10:32:18
23 Gracie Jiu-Jitsu gym.  And Rickson is  10:32:21
24 really the first person who really sort  10:32:25
25 of taught you about breathing and using  10:32:27

**Page 33**

1 it, not just for exercise, but a  10:32:31
2 presence, and it really helped me a lot  10:32:32
3 in my work and it helped me just with  10:32:34
4 myself.    10:32:36
5    So that's how it sort of   10:32:37
6 started.    10:32:38
7    Q.  Okay.  And what is the ultimate  10:32:40
8 goal?  When you're doing the breathing  10:32:44
9 exercise with a male model or any model,  10:32:46
10 what is the goal of the breathing  10:32:48
11 exercise for you?   10:32:49
12    A.  The ultimate goal is for them  10:32:50
13 to just really forget about themselves  10:32:52
14 and to connect to themselves.  10:32:57
15    Q.  During the breathing exercise  10:32:59
16 do you ever on occasion put the model's  10:33:02
17 hand on your own chest?   10:33:04
18    A.  No, because it wouldn't be very  10:33:05
19 beneficial for them.   10:33:11
20    Q.  And why is that?   10:33:12
21    A.  Well, because it's not about  10:33:13
22 me.  It's really about them.  10:33:15
23    Q.  Have you ever done the  10:33:16
24 breathing exercise with a model over the  10:33:20
25 phone?    10:33:22

```
 1      A.   No.                      10:33:23
 2      Q.   Have you ever done the   10:33:25
 3  breathing exercise via video Skype or  10:33:27
 4  video conference call?            10:33:29
 5      A.   No.                      10:33:33
 6      Q.   There would be no point to  10:33:33
 7  that, correct?                    10:33:34
 8      A.   That would be pretty hard.  10:33:35
 9      Q.   Is the breathing exercise best  10:33:37
10  done when you are alone with a model?  10:33:41
11      A.   Well, it would be very, very  10:33:43
12  difficult to do it, let's say, if there  10:33:49
13  are a lot of people around and people  10:33:54
14  were talking on their cell phones and  10:33:55
15  doing all kinds of stuff.  It's best to  10:33:57
16  do it where it's quiet, yes.      10:33:59
17      Q.   Do you ever delegate a   10:34:01
18  breathing exercise to an assistant or  10:34:04
19  someone else?  Say I am going to do a  10:34:07
20  breathing exercise with this person, I am  10:34:09
21  going to take a break?            10:34:11
22      A.   I do, but differently than the  10:34:12
23  way you explained it.             10:34:14
24      Q.   How do you do that?      10:34:15
25      A.   Well, let's say when we were  10:34:16
```
                                              Page 34

```
 1  doing the Abercrombie & Fitch, we had an  10:34:18
 2  acting teacher there who believed in this  10:34:22
 3  process, so she would do it with them.  10:34:25
 4  And we had a dance instructor,    10:34:26
 5  choreographer, and he would do it with  10:34:29
 6  them.  So I would probably say it to  10:34:31
 7  them.  Those are the people I would say  10:34:33
 8  it to.                            10:34:34
 9      Q.   Has any model ever complained  10:34:36
10  to you about the breathing exercise, it  10:34:38
11  made them uncomfortable or something  10:34:42
12  along those lines?                10:34:43
13      MS. WEINTRAUB:  Objection to the  10:34:45
14  form of the question.             10:34:47
15      Q.   You can answer.  I can rephrase  10:34:48
16  it if you would like or repeat it.  10:34:51
17      A.   No, that's okay.  I understand  10:34:53
18  it.                               10:34:55
19      I think, for me, they might   10:34:55
20  say, I don't know, I don't feel anything.  10:35:00
21  It's not helping me.              10:35:01
22      Q.   Aside from them stating to you  10:35:03
23  that it's just not helping them or it's  10:35:05
24  not working, has anyone ever complained  10:35:07
25  that it made them uncomfortable,  10:35:10
```
                                              Page 35

```
 1  referring to the breathing exercise?  10:35:12
 2      A.   Not that I can remember.  10:35:13
 3      Q.   When you asked for permission  10:35:14
 4  to do the breathing exercise, has any  10:35:24
 5  model said to you no?             10:35:26
 6      A.   I mean I can't remember an  10:35:28
 7  instance, but I'm sure there has been  10:35:34
 8  somebody, you know, who said I just don't  10:35:37
 9  like to do yoga or I don't go to a yoga  10:35:41
10  class or something like that.     10:35:46
11      Q.   So it's possible a model told  10:35:47
12  you no, you just have no specific  10:35:59
13  recollection, do I understand you  10:36:01
14  correctly?                        10:36:02
15      MS. WEINTRAUB:  Objection.   10:36:02
16      A.   I'm sorry, I just don't    10:36:03
17  remember.                         10:36:08
18      Q.   That's fine.  I probably should  10:36:09
19  have stated this before, I don't want you  10:36:11
20  to guess to anything in this deposition.  10:36:13
21  That was my fault, I should have  10:36:16
22  addressed that during the rules.  Please  10:36:16
23  don't guess.  Please don't speculate.  If  10:36:18
24  you don't recall, just tell me you don't  10:36:19
25  recall.                           10:36:21
```
                                              Page 36

```
 1      A.   Okay.                    10:36:21
 2      Q.   Or if you're about to make an  10:36:22
 3  educated guess, please just let me know  10:36:24
 4  that it's going to be an educated guess.  10:36:26
 5  Thank you.                        10:36:28
 6      Is it common in your practice  10:36:29
 7  as a photographer to be alone with a  10:36:33
 8  model during a photo shoot?  When I say  10:36:36
 9  alone, I mean just you and the model, no  10:36:40
10  assistants, no one else?          10:36:42
11      A.   Oh, yes.                 10:36:43
12      Q.   By the way you said, oh, yes,  10:36:49
13  will lead me to the next question.  Is  10:36:51
14  that something fairly common in your  10:36:53
15  practice as a photographer?       10:36:55
16      A.   I think it is for most   10:36:56
17  photographers.                    10:36:58
18      Q.   Would you say that the majority  10:36:58
19  of your photo shoots take place --  10:37:00
20      MS. WEINTRAUB:  Objection to the  10:37:02
21  form of the question.             10:37:02
22      MR. FUDALI:  I haven't even    10:37:03
23  asked the question, how can you object  10:37:04
24  to the form of it?                10:37:06
25      Q.   Would you say that the majority  10:37:07
```
                                              Page 37

10 (Pages 34 - 37)

| | |
|---|---|
| 1 Q. 205 Hudson, what's that? 11:08:58 | 1 Q. We discussed what a campaign 11:10:39 |
| 2 A. That's where my archives are. 11:08:59 | 2 shoot is. And I believe that's, I 11:10:40 |
| 3 And where we store things, equipment and 11:09:01 | 3 referenced an Abercrombie & Fitch shoot 11:10:43 |
| 4 things like that. And we also have a 11:09:05 | 4 where there is a lot of models present 11:10:46 |
| 5 small room which has really beautiful 11:09:07 | 5 and you're kind of walking around taking 11:10:47 |
| 6 natural light, which is like a small 11:09:09 | 6 photographs for a specific campaign, 11:10:49 |
| 7 photo studio. 11:09:12 | 7 right? 11:10:50 |
| 8 Q. And you take pictures at 11:09:13 | 8 A. Right. 11:10:50 |
| 9 205 Hudson at well? 11:09:17 | 9 Q. Is there a time when either a 11:10:51 |
| 10 A. Yes. 11:09:18 | 10 fashion house or a periodical or a 11:10:55 |
| 11 Q. Do any employees of Little Bear 11:09:19 | 11 magazine will hire you to take an 11:10:58 |
| 12 work at 205 Hudson? 11:09:21 | 12 individual shot of someone so that it's 11:11:00 |
| 13 A. Yes. 11:09:22 | 13 just you and a model, but you're doing it 11:11:02 |
| 14 Q. So let's go back to a test 11:09:23 | 14 for a specific entity? 11:11:04 |
| 15 shoot, and I apologize, I went on a 11:09:26 | 15 MS. WEINTRAUB: Objection. 11:11:06 |
| 16 little tangent there. Could you describe 11:09:28 | 16 Q. Does that -- do you understand 11:11:07 |
| 17 for me -- so describe for me again, what 11:09:29 | 17 my question? 11:11:08 |
| 18 is a test shoot? 11:09:31 | 18 A. Yes. 11:11:08 |
| 19 A. A test shoot is when you meet 11:09:32 | 19 Q. Okay. What would that be 11:11:09 |
| 20 somebody and you want to photograph them 11:09:34 | 20 called? Is that also a campaign? 11:11:10 |
| 21 and see how they are in front of the 11:09:36 | 21 A. You would never be alone 11:11:12 |
| 22 camera or just see how the camera feels 11:09:37 | 22 campaign shooting. 11:11:16 |
| 23 about them. 11:09:40 | 23 Q. But is there an occasion when 11:11:17 |
| 24 Q. And is there a term in your 11:09:40 | 24 say -- and this is a hypothetical, so you 11:11:19 |
| 25 industry called a go-see? 11:09:44 | 25 can clarify. But is there a situation 11:11:22 |
| Page 74 | Page 76 |

| | |
|---|---|
| 1 A. Yes. 11:09:47 | 1 say where V Magazine will say we want to 11:11:25 |
| 2 Q. What is a go-see? 11:09:47 | 2 do a spread of one model for our 11:11:28 |
| 3 A. A go-see is more like an 11:09:50 | 3 magazine. Can you provide us that? Is 11:11:31 |
| 4 interview to take a look at their 11:09:52 | 4 that a scenario that has occurred in your 11:11:32 |
| 5 portfolio. Sometimes you do photographs 11:09:54 | 5 career? 11:11:35 |
| 6 then. You do a test. Or sometimes you 11:09:57 | 6 A. I think so. But that wouldn't 11:11:35 |
| 7 don't. 11:09:59 | 7 dictate to me that I was going to be a 11:11:38 |
| 8 Q. Okay. Is a go-see similar to a 11:10:00 | 8 alone with that person. 11:11:41 |
| 9 test shoot? 11:10:03 | 9 Q. When I say alone, I mean no 11:11:42 |
| 10 A. No, it's different. 11:10:04 | 10 other models. Perhaps your assistants 11:11:43 |
| 11 Q. So a go-see does not always 11:10:06 | 11 and lighting and wardrobe. When I say is 11:11:45 |
| 12 involve photographs, is that true? 11:10:08 | 12 there a situation when an entity will 11:11:47 |
| 13 A. Exactly. 11:10:09 | 13 hire you to do a campaign shoot of just 11:11:49 |
| 14 Q. It can though? 11:10:10 | 14 one model? 11:11:53 |
| 15 A. Sure. 11:10:12 | 15 A. Well, it wouldn't be a campaign 11:11:53 |
| 16 Q. When you do a go-see, is it 11:10:13 | 16 shoot, first of all. 11:11:57 |
| 17 typically just you and the model alone? 11:10:16 | 17 Q. What would that be called? 11:11:58 |
| 18 A. No, it's typically, maybe it 11:10:19 | 18 A. That would be called an 11:11:59 |
| 19 might be one of my casting girls, because 11:10:23 | 19 editorial sitting. 11:12:01 |
| 20 I would like them to be there, because 11:10:26 | 20 Q. Got it, thank you. 11:12:02 |
| 21 they are also, you know, kind of 11:10:27 | 21 MR. FUDALI: Let's take a quick 11:12:11 |
| 22 organizing that kind of situation and 11:10:29 | 22 five-minute restroom break. 11:12:12 |
| 23 talking to the people we're working for. 11:10:33 | 23 THE VIDEOGRAPHER: The time is 11:12:13 |
| 24 And usually, probably one or two of my 11:10:35 | 24 11:15, we are off the record. 11:12:15 |
| 25 assistants. 11:10:38 | 25 (Off the record.) 11:12:16 |
| Page 75 | Page 77 |

| | |
|---|---|
| 1 understand. I'll rephrase the 11:32:05 | 1 be. 11:34:25 |
| 2 question. I just want to get a 11:32:07 | 2 Q. Do you recall where you met 11:34:25 |
| 3 concrete answer so I understand it. 11:32:10 | 3 Mr. Boyce for the first time in person? 11:34:28 |
| 4 Q. Is it your testimony that there 11:32:12 | 4 A. I met him in front of -- it was 11:34:30 |
| 5 has never been any time during a solo 11:32:14 | 5 Christmastime, and I was shopping at 11:34:35 |
| 6 photo shoot, just you and the model, 11:32:16 | 6 Tiffany's. And I met him in front of 11:34:38 |
| 7 where you have touched the model 11:32:21 | 7 Tiffany's or in Tiffany's. 11:34:46 |
| 8 physically? 11:32:22 | 8 Q. What was the circumstance of 11:34:48 |
| 9 A. Maybe we shook hands. I mean, 11:32:23 | 9 why you were meeting Mr. Boyce in front 11:34:49 |
| 10 you know. 11:32:25 | 10 of the Tiffany's? 11:34:50 |
| 11 Q. Is that the only occasion that 11:32:25 | 11 A. His agent, Jason Kanner, called 11:34:51 |
| 12 you can think of? 11:32:27 | 12 me and asked me if I would do him a favor 11:34:55 |
| 13 MS. WEINTRAUB: Objection. 11:32:28 | 13 and see him and take his photograph as a 11:34:58 |
| 14 You can answer. 11:32:28 | 14 favor to him. 11:35:03 |
| 15 A. You know, I'm sorry, I can't 11:32:29 | 15 Q. Okay. Prior to you agreeing to 11:35:03 |
| 16 remember. I have been doing it a long 11:32:32 | 16 meet Mr. Boyce in front of the Tiffany's, 11:35:07 |
| 17 time, you know. 11:32:34 | 17 had you seen any picture of Mr. Boyce? 11:35:10 |
| 18 Q. Do you recall if during any 11:32:35 | 18 A. I can honestly say that no, I 11:35:13 |
| 19 type of -- well, let me go back. 11:32:49 | 19 hadn't remembered all of the pictures and 11:35:22 |
| 20 When I use the word "photo 11:32:52 | 20 all of the stuff he'd sent me until we 11:35:25 |
| 21 shoot," I am referring to any of the 11:32:54 | 21 started working on the case. 11:35:28 |
| 22 above, test shoot, go-see, campaign, 11:32:56 | 22 Q. Okay. So am I correct that 11:35:29 |
| 23 editorial, casting. Can we agree on 11:32:59 | 23 when you met him in 2014, you did not 11:35:31 |
| 24 that? 11:33:02 | 24 have any pictures of Mr. Boyce in mind as 11:35:33 |
| 25 A. Yes, we can. 11:33:02 | 25 to who you were about to meet? 11:35:35 |
| Page 86 | Page 88 |

| | |
|---|---|
| 1 Q. So I don't have to keep listing 11:33:03 | 1 A. Well, I did right at that 11:35:37 |
| 2 all of those. Is there a time during any 11:33:04 | 2 moment, because Jason sent me a lot of 11:35:39 |
| 3 photo shoot that you recall where a model 11:33:07 | 3 pictures. 11:35:41 |
| 4 walked out of the room because he was 11:33:11 | 4 Q. So right before meeting him, 11:35:41 |
| 5 offended or something along those lines? 11:33:13 | 5 you reviewed pictures that Mr. Kanner 11:35:43 |
| 6 A. Not that I can remember. 11:33:15 | 6 sent you? 11:35:45 |
| 7 Q. Has a model ever attacked you 11:33:19 | 7 A. Yes. 11:35:46 |
| 8 physically, like in anger? 11:33:28 | 8 Q. When you reviewed those 11:35:46 |
| 9 A. No. 11:33:30 | 9 pictures prior to meeting Mr. Boyce, did 11:35:47 |
| 10 Q. Has a model ever thrown a chair 11:33:31 | 10 you think that he may be someone that you 11:35:50 |
| 11 at you? 11:33:33 | 11 would be interested in shooting for a 11:35:52 |
| 12 A. No. 11:33:34 | 12 photo shoot? 11:35:54 |
| 13 Q. Do you recall a person by the 11:33:34 | 13 A. I hadn't met him, so I didn't 11:35:54 |
| 14 name of Jason Boyce? 11:33:47 | 14 know what he was like personally. But 11:36:01 |
| 15 A. Yes, I do. 11:33:48 | 15 visually, he wasn't particularly the kind 11:36:04 |
| 16 Q. Do you have an independent 11:33:52 | 16 of guy that I usually photograph. 11:36:07 |
| 17 recollection of shooting Mr. Boyce? 11:33:54 | 17 Q. And why is that? 11:36:08 |
| 18 A. Yes. 11:33:57 | 18 A. Well, because he sort of 11:36:09 |
| 19 Q. Do you recall when you first 11:33:59 | 19 reminded me a little bit of say a German 11:36:11 |
| 20 met Mr. Boyce in person? 11:34:02 | 20 officer in World War II in a movie. 11:36:15 |
| 21 A. In person I met him, I believe, 11:34:05 | 21 Q. That's very specific. How did 11:36:21 |
| 22 it was in December 2015, I believe. 11:34:10 | 22 that compare to the type of models you do 11:36:22 |
| 23 Q. If I asked you if it was in 11:34:17 | 23 usually shoot? 11:36:25 |
| 24 2014, would that -- 11:34:22 | 24 A. Well, they don't look so cold 11:36:25 |
| 25 A. It might be, yeah. It might 11:34:23 | 25 in their eyes. 11:36:28 |
| Page 87 | Page 89 |

23 (Pages 86 - 89)

Bruce Weber - 9/19/2019

1    Q.   And were you able to judge the        11:36:30
2  coldness in his eyes from the photographs     11:36:33
3  that Mr. Kanner sent you prior to your        11:36:35
4  meeting in front of Tiffany's?               11:36:37
5    A.   Well, I had only seen pictures         11:36:38
6  of his modeling time, let's say, you          11:36:40
7  know, like he'd send me a picture to          11:36:44
8  remind me of who I was going to see,          11:36:49
9  because I would get a lot of photographs.     11:36:50
10   Q.   Despite your thought that he           11:36:53
11 appeared to be a German officer --            11:36:54
12   MS. WEINTRAUB:  Objection.                   11:36:58
13   Q.   -- you still agreed to meet            11:36:58
14 with him, correct?                            11:37:00
15   MS. WEINTRAUB:  Objection to the            11:37:01
16 question, and I am going to ask you to        11:37:01
17 rephrase that.  He did not say that he        11:37:03
18 thought he appeared to be a German            11:37:04
19 officer.                                      11:37:08
20   MR. FUDALI:  I did not say that.            11:37:08
21 I was not insinuating that Mr. Weber          11:37:10
22 thought that Mr. Boyce was a German           11:37:13
23 officer in World War II.                      11:37:15
24   Q.   Despite as you described that         11:37:19
25 Mr. Boyce did not fit the look of the         11:37:22

Page 90

1  models that you typically shoot, you          11:37:24
2  still agreed to meet Mr. Boyce in front       11:37:26
3  of Tiffany's, correct?                        11:37:28
4    A.   As a favor for Jason Kanner.           11:37:29
5    Q.   Why were you doing a favor for         11:37:31
6  Jason Kanner?                                 11:37:33
7    A.   Because he's an agent that I           11:37:34
8  have known a long time.  But only             11:37:35
9  business-wise, not personally.  And I had     11:37:37
10 just done a couple of shootings.  One was     11:37:42
11 for Barney's.  One was for Versace, where     11:37:46
12 he got me really, really good guys to         11:37:49
13 make a lot of money because these places      11:37:53
14 don't really pay very much anymore.           11:37:55
15   Q.   Was Jason Kanner, to your              11:37:57
16 understanding, fond of Jason Boyce as a       11:37:59
17 model?                                        11:38:01
18   MS. WEINTRAUB:  Objection.                   11:38:03
19   A.   I think he believed in him,           11:38:04
20 sure.                                         11:38:05
21   Q.   And so what was the goal, in          11:38:08
22 your mind, of that meeting in front of        11:38:10
23 Tiffany's?                                    11:38:13
24   MS. WEINTRAUB:  Objection.                   11:38:13
25   MR. FUDALI:  I'll rephrase that.            11:38:14

Page 91

1    Q.   Was the goal of the meeting in         11:38:16
2  Tiffany's to see him in person and decide     11:38:17
3  if he's someone that you want to shoot?       11:38:20
4    MS. WEINTRAUB:  Objection.                   11:38:22
5  That's not what he said.                      11:38:22
6    MR. FUDALI:  What is the                    11:38:23
7  objection to that question?                   11:38:23
8    MR. BROWN:  You're assuming                 11:38:25
9  facts that there was a goal.                  11:38:26
10   MR. FUDALI:  Okay.                          11:38:28
11   Q.   Was this meeting accidental?          11:38:30
12 Did you bump into Mr. Boyce and say, hey,      11:38:34
13 I recognize you from Jason Kanner's           11:38:36
14 photos?                                       11:38:38
15   A.   No.                                    11:38:39
16   Q.   You went there purposely to           11:38:39
17 meet with Mr. Boyce?  You met with            11:38:41
18 Mr. Boyce on purpose?                         11:38:43
19   A.   No, I was there at Tiffany's          11:38:44
20 buying a Christmas gift for my aunt.  And     11:38:46
21 I was frustrated because I couldn't find      11:38:49
22 something that I thought she would like.      11:38:50
23 And I knew I was going to be there.  And      11:38:52
24 he called me and I just wanted to get it      11:38:58
25 going, you know.  And it was specifically     11:39:01

Page 92

1  to just to say hello, introduce myself,       11:39:05
2  in real life, and for him too.  And for       11:39:07
3  me to say, hey, listen, maybe you should      11:39:11
4  bring this to the shooting and maybe          11:39:14
5  bring that to the shooting.  And I think      11:39:16
6  you would look good in like a dark shirt.     11:39:18
7    Q.   So prior to meeting Mr. Boyce          11:39:21
8  in front of Tiffany's, was there already      11:39:23
9  a scheduled shoot that you were going to      11:39:25
10 do with Mr. Boyce?                            11:39:28
11   A.   Well, yes, I told him I would         11:39:29
12 do it.                                        11:39:31
13   Q.   Okay.  So let me make sure I          11:39:31
14 understand.  So the favor to Mr. Kanner       11:39:34
15 was not necessarily the meeting at            11:39:35
16 Tiffany's.  The favor to Mr. Kanner was       11:39:37
17 shooting Mr. Boyce, correct?                  11:39:39
18   A.   That's right.                         11:39:40
19   Q.   And as preemptively before            11:39:41
20 shooting Mr. Boyce, you thought it would      11:39:44
21 be a good idea to meet him at Tiffany's;      11:39:46
22 is that correct?                             11:39:49
23   A.   Yeah.  It would be helpful for        11:39:49
24 me to really see what he should wear.         11:39:50
25 And maybe have a thought about how I          11:39:53

Page 93

24 (Pages 90 - 93)

Bruce Weber - 9/19/2019

1 would photograph him. And just hear his   11:39:54
2 voice, you know, to get to know him. To   11:39:56
3 know what kind of person he was.   11:39:58
4    Q.   Was any part of the meeting at   11:40:00
5 Tiffany's for you to say perhaps, no,   11:40:01
6 this guy is not the right look? Like   11:40:05
7 could you have canceled the shoot after   11:40:07
8 meeting Mr. Boyce?   11:40:08
9    A.   Well, if I had gotten really   11:40:09
10 ill or something, I could.   11:40:12
11    Q.   You had the ability or the   11:40:14
12 authority to cancel the shoot after   11:40:15
13 meeting Mr. Boyce at the Tiffany's,   11:40:16
14 correct?   11:40:19
15       MS. WEINTRAUB: Objection.   11:40:19
16    Q.   You can answer.   11:40:19
17    A.   I wouldn't promise somebody   11:40:20
18 that I would do the pictures and then let   11:40:24
19 them down.   11:40:28
20    Q.   But if you did decide not to   11:40:28
21 shoot Mr. Boyce, you had the authority to   11:40:29
22 cancel that shoot, correct?   11:40:31
23       MS. WEINTRAUB: Objection. He's   11:40:32
24    asked and answered that.   11:40:34
25       MR. FUDALI: He has not answered   11:40:34

1 that.   11:40:35
2       MS. WEINTRAUB: He did, two   11:40:35
3    times.   11:40:37
4    A.   I would have done it anyway,   11:40:37
5 even if I didn't want to.   11:40:38
6    Q.   I understand you would have   11:40:40
7 done it even if you didn't want to. My   11:40:43
8 question is not whether you would have,   11:40:44
9 my question is whether you had the   11:40:46
10 authority to cancel a photo shoot.   11:40:46
11    A.   No, I didn't have the   11:40:49
12 authority.   11:40:50
13    Q.   You did not. Okay.   11:40:50
14       Did Mr. Boyce leave any   11:40:59
15 impressions on you that you recall during   11:41:00
16 that Tiffany's meeting?   11:41:02
17    A.   Mm-mmm.   11:41:03
18    Q.   Yes? You have to answer yes.   11:41:04
19    A.   Yes. It's a yes, sorry.   11:41:06
20    Q.   What were those impressions or   11:41:07
21 that impression?   11:41:09
22    A.   He seemed like a nice man and,   11:41:10
23 you know, I thought he had like a nice   11:41:16
24 persona about him.   11:41:19
25    Q.   Okay. Was there anything about   11:41:21

1 his look that you did not like at that   11:41:22
2 time?   11:41:24
3    A.   Well, I remember the light in   11:41:24
4 front of the jewelry store at that time   11:41:29
5 because it was like sort of like around   11:41:33
6 2 something and it was the winter. And I   11:41:35
7 remember that he -- it was windy and we   11:41:37
8 were kind of both cold. And I just felt   11:41:43
9 like I was really happy that I met him.   11:41:46
10 It helped me, you know, to understand   11:41:48
11 that he was like a good person.   11:41:50
12    Q.   Seeing him in person, did you   11:41:52
13 like his look better than when you viewed   11:41:55
14 it just in photographs?   11:41:56
15    A.   Yes, definitely.   11:41:57
16    Q.   Do you recall how long after   11:41:59
17 the Tiffany's meeting you had, the photo   11:42:05
18 shoot took place?   11:42:13
19    A.   Within the next two or three   11:42:14
20 days.   11:42:16
21    Q.   And how would you, according to   11:42:16
22 our definition chart, how would you   11:42:18
23 classify the photo shoot? Was it a test   11:42:20
24 shoot, a go-see, something in between?   11:42:21
25    A.   No, it was just that I was   11:42:23

1 doing portraits. It wasn't a test shot.   11:42:24
2    Q.   So that's a new one. You said   11:42:28
3 you were doing portraits of him?   11:42:30
4    A.   Yes.   11:42:31
5    Q.   Is that different from a   11:42:32
6 go-see?   11:42:34
7    A.   Completely, yes.   11:42:34
8    Q.   How so?   11:42:35
9    A.   Because he wasn't coming to ask   11:42:36
10 me for a job. There wasn't a job like in   11:42:39
11 discussion between me, him and his agent.   11:42:43
12    Q.   Would you describe a go-see as   11:42:49
13 a model asking you for a job?   11:42:51
14    A.   Well, he would be there for a   11:42:53
15 specific job.   11:42:57
16    Q.   Is a go-see sort of a like a   11:42:58
17 job interview?   11:43:01
18    A.   Yes.   11:43:02
19    Q.   So a go-see, there may not be   11:43:02
20 photographs taken, correct, I think we   11:43:11
21 established that?   11:43:12
22    A.   Yes.   11:43:13
23    Q.   A portrait session, is there a   11:43:13
24 portrait session, is that a good word for   11:43:16
25 it?   11:43:18

25 (Pages 94 - 97)

Bruce Weber - 9/19/2019

1    Q.   At any time did you tell          12:01:16
2  Mr. Kanner or Mr. Boyce that you would be     12:01:21
3  asking Mr. Boyce to pull down his           12:01:25
4  underwear during the photo shoot?           12:01:28
5    A.   No.                       12:01:29
6    Q.   At any time during this          12:01:32
7  portrait session did Mr. Boyce appear        12:01:45
8  nervous or shy to you?                12:01:47
9    A.   No.                       12:01:48
10   Q.   So there would have been no        12:01:53
11  need to do the breathing exercise,         12:01:55
12  correct?                         12:01:56
13   A.   Well, no, I just -- A, I didn't    12:01:56
14  have the time.  I didn't want to, because    12:01:59
15  I really had to go back to work.  And       12:02:02
16  also I don't think he really needed it.      12:02:04
17  He does that kind of stuff with his work,    12:02:07
18  as part of work.                    12:02:11
19   Q.   So the breathing exercise is       12:02:11
20  only done -- forgive me if I asked
21  this -- the breathing exercise is only       12:02:14
22  done if the model appears to be nervous      12:02:15
23  or shy is having a tough time,            12:02:17
24  correct?                         12:02:20
25   A.   There is no rule to it, you        12:02:20

Page 118

1  know.  Sometimes you will have a person       12:02:22
2  who is very much at ease about it.  But      12:02:25
3  then they will say, oh, I go to yoga, do     12:02:31
4  you mind if I do something myself, you       12:02:34
5  know.                           12:02:36
6    Q.   More of an instinct thing for      12:02:39
7  you.  No specific rule of when you need      12:02:40
8  the breathing exercise, it's when you        12:02:43
9  know a breathing exercise might help; is     12:02:44
10  that correct?                       12:02:46
11   A.   Yes, I guess so.               12:02:47
12   Q.   I know you marked that these       12:02:48
13  were the ones that you liked.  Did you       12:02:54
14  actually like these portraits of          12:02:55
15  Mr. Boyce?                         12:02:58
16        MS. WEINTRAUB:  Objection.        12:03:00
17   A.   I was a little disappointed in     12:03:01
18  my pictures.                       12:03:05
19   Q.   Were you disappointed -- so       12:03:06
20  your phrasing disappointed in your         12:03:08
21  pictures.  Were you disappointed in        12:03:10
22  Mr. Boyce as a model or disappointed in      12:03:13
23  yourself as a photographer?             12:03:15
24   A.   Myself as a photographer.         12:03:17
25   Q.   Why is that?                  12:03:18

Page 119

1    A.   Because even if it's just a       12:03:19
2  gift for somebody, you want to do the       12:03:21
3  best that you can.  And I felt that my       12:03:23
4  mind wasn't really into it, you know, as     12:03:26
5  it should have been.  And I really felt      12:03:31
6  that, I wished that I had had my hair and    12:03:33
7  my makeup person there and I wish I had      12:03:36
8  had a stylist.  It would have really         12:03:38
9  helped me.                         12:03:40
10   Q.   So we mentioned or we discussed    12:03:40
11  earlier that the first time you viewed      12:03:42
12  photographs of Mr. Boyce you didn't think    12:03:44
13  his look was right; is that correct?  Did    12:03:47
14  I correctly phrase it?                12:03:49
15   A.   That's right.                 12:03:49
16   Q.   You phrased it differently.       12:03:51
17  I'll just say you didn't think his look      12:03:56
18  was correct, right?                  12:03:59
19   A.   That's right.                 12:04:00
20   Q.   Then you said after meeting him    12:04:01
21  in front of Tiffany's, you liked him       12:04:02
22  more, you like his look more?            12:04:04
23   A.   Well, I was getting to know the    12:04:05
24  person, so I liked him more.            12:04:07
25   Q.   But is it fair -- I believe you   12:04:08

Page 120

1  said, and correct me if I'm misstating,      12:04:08
2  that after the meeting at Tiffany's you      12:04:10
3  thought he looked less like the German       12:04:13
4  soldier that you referenced earlier; is      12:04:15
5  that correct?                       12:04:17
6        MS. WEINTRAUB:  Objection.        12:04:17
7        Objection.                   12:04:18
8    Q.   You can answer.                12:04:19
9    A.   Well, I mean, I don't remember    12:04:20
10  that clearly what I said.  But later on I   12:04:22
11  remember telling him that I said to him,     12:04:25
12  because I had just been to Norway, and I    12:04:29
13  said you remind me of a Norwegian          12:04:31
14  fisherman.  I went to the Thor Heyerdahl    12:04:35
15  museum, and I think that's a great          12:04:38
16  compliment to give somebody.             12:04:40
17   Q.   Is that after Tiffany's or the    12:04:41
18  portrait session that you said that to      12:04:43
19  him?                            12:04:45
20   A.   The portrait session.            12:04:46
21   Q.   That leads me to my next         12:04:46
22  question.  After the portrait session,       12:04:48
23  after having done an actual photograph      12:04:50
24  session with Mr. Boyce, what did you        12:04:51
25  think of his look?                   12:04:53

Page 121

31 (Pages 118 - 121)

Bruce Weber - 9/19/2019

1 that she remembered us and liked us a          13:36:47
2 lot, because I did two shootings there.         13:36:49
3 Two separate shootings there.              13:36:51
4    Q.   So I want to talk specifically        13:36:53
5 about this A&F 2009 shoot.                13:36:58
6    A.   Okay.                      13:37:02
7    Q.   What was your role at that         13:37:03
8 shoot?                          13:37:04
9    A.   Photographer.                 13:37:04
10    Q.   What did being the photographer    13:37:07
11 at the shoot entail?                  13:37:12
12    A.   It entails taking a certain       13:37:13
13 number of pictures so that Abercrombie &    13:37:16
14 Fitch would have a large group of          13:37:21
15 pictures to choose from for their store      13:37:22
16 advertisements or, you know, things like    13:37:26
17 that.                           13:37:29
18    Q.   Who decided which models were     13:37:29
19 invited to the shoot?                 13:37:31
20    A.   Well, the final choice for a      13:37:32
21 model is, was always made by Mike          13:37:44
22 Jeffries, like it is with Ralph Lauren,       13:37:48
23 Ralph.  It wasn't like such a formal        13:37:50
24 thing as an invitation.  They would say     13:37:54
25 you got the booking.  You got the job.      13:37:57

Page 170

1 And then, you know.  But that was all        13:37:59
2 done not with me or my casting people.       13:38:01
3 It was done for this for Abercrombie.       13:38:05
4    Q.   I am going to break this down a     13:38:09
5 little bit.  Right now I am not            13:38:10
6 discussing what photographs are selected   13:38:12
7 for the actual campaign.               13:38:13
8    A.   Okay.                      13:38:14
9    Q.   I am talking about which models   13:38:15
10 actually got to go to the campaign, okay?  13:38:17
11    A.   Okay.                     13:38:19
12    Q.   All right.  So who was in        13:38:20
13 charge of selecting which models are        13:38:21
14 invited to the campaign?               13:38:24
15    A.   Well, the models that were       13:38:25
16 asked to go to the campaign --           13:38:35
17    Q.   Yes.                      13:38:37
18    A.   -- and got the job was Mike      13:38:38
19 Jeffries and Abercrombie & Fitch.         13:38:40
20    Q.   Okay.  So do you Bruce Weber,     13:38:42
21 have any role in deciding which models     13:38:44
22 are invited to show up to the 2009         13:38:47
23 Abercrombie & Fitch spring/summer shoot?   13:38:52
24    A.   The only role I have is to       13:38:53
25 suggest when we do a casting, we would     13:38:56

Page 171

1 send our favorite people.  That would go    13:39:00
2 to Sam Shahid and he would pick his        13:39:04
3 favorite people from that.  And the        13:39:08
4 reason I don't know very much about Jake   13:39:10
5 is that he was chosen in a different way.   13:39:12
6    Q.   Okay.  We'll get to that in a     13:39:15
7 second.  But I want to just make sure I     13:39:17
8 understand the process here.             13:39:19
9    A.   Okay.                      13:39:20
10    Q.   So let's go back a little bit.    13:39:21
11 Abercrombie & Fitch informs you that they  13:39:24
12 are hiring you for the A&F spring/summer   13:39:26
13 2009 kids shoot, correct?              13:39:30
14    A.   Right.                     13:39:32
15    Q.   I imagine there is some sort of   13:39:33
16 contract between you and A&F, correct?     13:39:35
17    A.   Yes.                      13:39:36
18    Q.   Okay.  When does that happen?     13:39:37
19 How long before the shoot do you engage,   13:39:41
20 do you know you're going to be doing that  13:39:44
21 shoot?                          13:39:45
22    A.   You know, maybe a month or so.    13:39:46
23    Q.   Okay.  Within that month, do     13:39:47
24 you then hold or do you or Little Bear     13:39:49
25 then hold a casting to decide who you are  13:39:52

Page 172

1 going to be suggesting should be invited    13:39:56
2 to the shoot?                      13:39:58
3    A.   We hold a casting with the       13:39:58
4 people from Abercrombie.               13:40:01
5    Q.   Okay.                      13:40:02
6    A.   In New York City.              13:40:02
7    Q.   Understood.  So then you, and     13:40:03
8 when we say we, it's you and Little Bear,   13:40:05
9 correct?                         13:40:07
10    A.   Yes.                      13:40:07
11    Q.   So then you and Little Bear in    13:40:08
12 connection with Abercrombie hold a         13:40:10
13 casting that's prior to the shoot?         13:40:12
14    A.   Yes.                      13:40:14
15    Q.   Right?                     13:40:15
16    A.   Yes.  And they have a casting    13:40:15
17 person, a guy and a girl, who traveled     13:40:18
18 pretty much all over the world who were    13:40:22
19 constantly doing castings for their        13:40:24
20 shoot.                          13:40:26
21    Q.   Okay.  Are you present at the     13:40:27
22 casting typically?                  13:40:28
23    A.   No.                       13:40:30
24    Q.   Are there other people taking     13:40:31
25 photographs at the casting?             13:40:35

Page 173

44 (Pages 170 - 173)

Bruce Weber - 9/19/2019

1    A.   Yes.                    13:40:36
2    Q.   Who was taking photographs at      13:40:36
3 the casting?                     13:40:38
4    A.   The people that work for         13:40:39
5 Shahid & Company, he's the art director.   13:40:40
6 And then there is one or two guys from     13:40:43
7 Abercrombie.  And then my casting people    13:40:45
8 Gwen and Dawn.                    13:40:51
9    Q.   Who decides who is invited to      13:40:52
10 the casting?                    13:40:54
11    A.   You make it sound like a party.   13:40:55
12 There's not an invitation.  It's like a    13:41:04
13 job interview and you get the job and you   13:41:06
14 either got it or you don't, you know.      13:41:07
15    Q.   My question is, can any model     13:41:09
16 in New York City just show up to this      13:41:11
17 casting?                       13:41:13
18    A.   No.                  13:41:13
19    Q.   Okay.  Is there some sort of     13:41:14
20 vetting process?  What restricts any       13:41:17
21 model from going to this casting?          13:41:20
22        MS. WEINTRAUB:  Objection.  When  13:41:21
23 you say this casting, are you            13:41:22
24 referring specifically to the            13:41:24
25 casting --                      13:41:27
                              Page 174

1        MR. FUDALI:  I have been           13:41:27
2 specifically referring to the casting      13:41:28
3 of the A&F 2009 shoot.                13:41:30
4    A.   There is not anything that you     13:41:31
5 could stop somebody -- sometimes people     13:41:34
6 would crash it, you know.  And also, you    13:41:36
7 know, we had to turn in about 500          13:41:43
8 photographs of different people to Mike     13:41:45
9 Jeffries to make a choice.              13:41:48
10    Q.   We're talking about before the    13:41:50
11 campaign, before you get to Duxbury?        13:41:53
12    A.   Yeah.                   13:41:55
13    Q.   So you and Little Bear have to    13:41:56
14 provide 500 photos to --                13:41:58
15    A.   Not just me and Little Bear.     13:42:00
16 All the whole casting situation.          13:42:01
17    Q.   The casting situation, which is   13:42:03
18 you and Little Bear and Sam Shahid and      13:42:04
19 casting for Abercrombie, have to provide    13:42:06
20 500 photos to Mike Jeffries?             13:42:09
21    A.   Approximately, yeah.           13:42:11
22    Q.   And you said some people crash    13:42:12
23 this casting.  How would you             13:42:14
24 differentiate between someone who is       13:42:15
25 supposed to be at the casting and someone   13:42:16
                              Page 175

1 who was crashing the casting?             13:42:18
2    A.   I would only know that from the    13:42:20
3 people that I know that from the casting.   13:42:21
4 Like so and so brought their best friend    13:42:23
5 or somebody brought their girlfriend, you   13:42:26
6 know.                         13:42:28
7    Q.   I understand that you made a       13:42:28
8 difference between a party.  Is there an    13:42:30
9 invitation process so that a model can      13:42:33
10 come to this casting?                 13:42:35
11    A.   No, it's not like that, like     13:42:36
12 you're -- there is no invitational        13:42:37
13 situation.  What's really important to     13:42:40
14 know is that your agency, you get a sheet   13:42:42
15 saying we want to see these ten people     13:42:49
16 that are with you.  It's very            13:42:52
17 businesslike.                   13:42:54
18    Q.   So the agency gets a call sheet  13:42:56
19 with a list of ten people that they        13:42:58
20 represent that are not invited but would    13:43:00
21 like to be seen at the casting call,       13:43:01
22 correct?                       13:43:04
23    A.   Right.                  13:43:04
24    Q.   Who is in charge of creating     13:43:07
25 that list that is sent to the agency of    13:43:08
                              Page 176

1 those ten or so models?                 13:43:11
2    A.   I think it's different with       13:43:12
3 everybody.                      13:43:16
4    Q.   Are there occasions when you      13:43:17
5 would create a list of the models that     13:43:19
6 you thought would be good for a certain    13:43:21
7 shoot to send to the agency to send those  13:43:22
8 models to the casting?                 13:43:25
9    A.   Well, during the month or so      13:43:26
10 when we were starting to work on the       13:43:28
11 preproduction of the job, I might say      13:43:30
12 let's use some of these people that we     13:43:32
13 used before.                    13:43:34
14    Q.   Okay.                   13:43:36
15    A.   And I would mention their name.   13:43:36
16    Q.   I didn't mean to interrupt,      13:43:38
17 were you done?                    13:43:40
18    A.   No.                    13:43:41
19    Q.   You can continue.             13:43:43
20    A.   But they never wanted to use     13:43:43
21 anybody twice.                    13:43:47
22    Q.   You say "they," you're          13:43:49
23 referring to Abercrombie?               13:43:50
24    A.   Yes.                    13:43:50
25    Q.   So would it have been -- are     13:43:51
                              Page 177

45 (Pages 174 - 177)

Bruce Weber - 9/19/2019

1 there occasions when you would suggest          13:43:56
2 that certain models that you thought             13:43:59
3 might have a good look be invited to the         13:44:00
4 casting?                                          13:44:02
5    A.   I might suggest it, yeah.               13:44:03
6    Q.   And you might suggest that to           13:44:06
7 the agency, right, and you would create          13:44:08
8 that list of ten to the agency, correct?         13:44:12
9    A.   Okay. Sure.                             13:44:13
10   Q.   And then the agencies would             13:44:13
11 send those models to the casting?               13:44:14
12   A.   Well, they would have to agree          13:44:16
13 with me.                                         13:44:17
14   Q.   The agency would have to agree?         13:44:18
15   A.   Yeah.                                   13:44:19
16   Q.   I assume typically agencies            13:44:20
17 want their models going to castings,            13:44:21
18 correct?                                         13:44:24
19   A.   Not so much the agency, that           13:44:24
20 agency. I am talking about Sam's agency.        13:44:27
21 The art director's agency. They work as         13:44:29
22 an advertising agency.                           13:44:33
23   Q.   Sam Shahid is the art director         13:44:34
24 of a company, correct?                           13:44:36
25   A.   Of a company and he was               13:44:37

Page 178

1 employed, freelance to work for                   13:44:39
2 Abercrombie & Fitch.                              13:44:43
3    Q.   So often you and Mr. Shahid            13:44:43
4 would work together along with the              13:44:45
5 casting department from Abercrombie &           13:44:47
6 Fitch?                                            13:44:49
7    A.   Right.                                  13:44:49
8    Q.   Okay. My basic question here           13:44:49
9 is are there occasions when you yourself        13:44:55
10 would select certain models to be invited      13:44:57
11 to the casting? I understand there is          13:44:59
12 another process after that, but are there       13:45:01
13 times that you would say I would like to        13:45:03
14 invite this model to the casting?               13:45:04
15   A.   I wouldn't say invite. I would        13:45:06
16 say is so and so available for a casting.       13:45:07
17   Q.   Is there a time that you would         13:45:13
18 inform the agency that a specific model         13:45:15
19 might be right for a casting?                    13:45:16
20   A.   Yeah, I might say it. It              13:45:18
21 doesn't mean they are necessarily booked.       13:45:21
22   Q.   I understand there are other           13:45:23
23 approval processes with Sam Shahid and          13:45:24
24 Mike Jeffries. My question is, are there         13:45:26
25 times that you would suggest that a             13:45:29

Page 179

1 specific model come to a casting?                 13:45:30
2    A.   Sure.                                   13:45:33
3    Q.   Okay. Now, while we're here,           13:45:34
4 let's keep on this. Was there anything          13:45:42
5 different about the 2009 Abercrombie &          13:45:43
6 Fitch campaign as compared to most other       13:45:46
7 campaigns of the sort?                           13:45:49
8       MS. WEINTRAUB: Objection.                13:45:50
9    A.   No.                                     13:45:51
10   Q.   So you find out about the              13:45:51
11 shoot. You're hired to be the                   13:46:01
12 photographer of the shoot. You probably        13:46:02
13 find out that Sam Shahid is going to be         13:46:04
14 the art director?                                13:46:07
15   A.   Right.                                  13:46:08
16   Q.   You may suggest models. Other          13:46:09
17 people may suggest models. Eventually          13:46:13
18 models are sent to the casting, correct?        13:46:15
19   A.   Yes.                                    13:46:17
20   Q.   And that casting happens               13:46:17
21 sometime before the actual shoot?               13:46:18
22   A.   Exactly.                                13:46:20
23   Q.   Okay. Now it's your testimony          13:46:20
24 that you do not go to those castings?           13:46:22
25   A.   I don't go to the castings.            13:46:23

Page 180

1    Q.   Do you review the photographs          13:46:25
2 that are taken at the castings from your        13:46:28
3 team?                                            13:46:31
4    A.   Yes, I do review them. But you         13:46:31
5 have to understand that I'm only seeing        13:46:34
6 like a fourth, a very little bit of the        13:46:36
7 total casting.                                   13:46:40
8    Q.   So you send some of your               13:46:41
9 assistants, some of the other                   13:46:42
10 photographers at Little Bear; is that          13:46:43
11 correct?                                         13:46:45
12   A.   Yes.                                    13:46:45
13   Q.   To the casting. They take a            13:46:45
14 certain amount of photographs. They            13:46:47
15 select the best ones that they think and       13:46:49
16 they show those to you?                          13:46:50
17   A.   They pretty much show me              13:46:51
18 everything.                                      13:46:55
19   Q.   You say you're only seeing a           13:46:55
20 fourth, you're seeing all of them?             13:46:57
21   A.   In terms of all the casting           13:46:58
22 people.                                          13:47:00
23   Q.   You're seeing what the Little          13:47:00
24 Bear photographers are taking?                   13:47:02
25   A.   Exactly.                                13:47:03

Page 181

46 (Pages 178 - 181)

Bruce Weber - 9/19/2019

```
 1   Q.   And then are you looking at        13:47:04
 2  those and then do you narrow those down   13:47:05
 3  even more to decide which photos get sent 13:47:08
 4  to Mike Jeffries?                         13:47:10
 5   A.   I would like to, but I can't.      13:47:11
 6   Q.   So no?  So you just -- you look    13:47:12
 7  at all of them and you say, okay, send    13:47:15
 8  them all to Mike Jeffries?                13:47:18
 9   A.   Yes.                               13:47:19
10   Q.   Who actually sends the photos      13:47:19
11  to Mike Jeffries?                         13:47:21
12   A.   Sam Shahid at the agency           13:47:22
13  Shahid & Company.                         13:47:25
14   Q.   So it's your testimony that        13:47:25
15  then Mike Jeffries looks at 500 or so     13:47:27
16  photographs and he makes the decision as  13:47:31
17  to which 30 or so models are actually     13:47:34
18  invited to the campaign?                  13:47:36
19   A.   Right.  Usually he would call      13:47:37
20  us up after he, Sam would do these        13:47:40
21  amazing boards and he would be able to    13:47:42
22  see the pictures really clearly and he    13:47:44
23  would say there is nobody here.  I am      13:47:46
24  bringing ten or 15 people from the store  13:47:49
25  in Hawaii.                                13:47:51
```

Page 182

```
 1   Q.   Who would say this?                13:47:52
 2   A.   Mike.                              13:47:53
 3   Q.   So sometimes Mike would not        13:47:53
 4  like any of the models?                   13:47:55
 5   A.   Right.  And he would say I'm       13:47:56
 6  bringing ten or 15 people to add to this. 13:47:58
 7   Q.   Did you ever confer with           13:47:59
 8  Mr. Jeffries about which models would be  13:48:01
 9  selected?                                 13:48:04
10   A.   Well, of course it's my            13:48:04
11  pictures and I care about them and I      13:48:07
12  would try to defend, you know, using a    13:48:08
13  guy or a girl.  I mean many times in      13:48:11
14  those days we would have arguments of     13:48:14
15  certain people.                           13:48:20
16   Q.   Okay.  Would you, for lack of a    13:48:20
17  better word, campaign for maybe a certain 13:48:23
18  model that you think would be perfect for 13:48:25
19  the role or the campaign?                 13:48:27
20   A.   Well, yeah.                        13:48:29
21   Q.   Campaign was a bad word.  Would    13:48:30
22  you fight, for lack of a better word, for 13:48:31
23  a certain model that you thought would be 13:48:34
24  perfect for the campaign?                 13:48:36
25   A.   Sure.  And most of the time he     13:48:37
```

Page 183

```
 1  wouldn't even listen to me.               13:48:38
 2   Q.   I am gathering from your            13:48:40
 3  testimony that it's your statement or     13:48:43
 4  your testimony that Mike Jeffries had the 13:48:46
 5  ultimate control over which models were   13:48:48
 6  invited to the shoot?                     13:48:50
 7   A.   Yes.  It's like that for pretty    13:48:51
 8  much me and every other photographer for  13:48:53
 9  whoever you are working for.              13:48:56
10   Q.   And if I am understanding          13:48:59
11  correctly, you would fight for certain    13:49:00
12  models, but you're saying that Mike       13:49:02
13  Jeffries didn't usually take your fight   13:49:03
14  into consideration?                       13:49:05
15   A.   Yes.  And if I fought for          13:49:06
16  somebody, for somebody else that I worked 13:49:08
17  with for many, many years, they would,    13:49:12
18  just because they wanted to be difficult, 13:49:17
19  say no, I don't want to use this person.  13:49:19
20   Q.   Are you still in contact with      13:49:22
21  Mr. Jeffries?                             13:49:24
22   A.   No.                                13:49:25
23   Q.   When is the last time you spoke    13:49:25
24  to him?                                   13:49:26
25   A.   Oh, gosh, maybe eight years        13:49:27
```

Page 184

```
 1  ago.                                      13:49:29
 2   Q.   Eight years ago?                    13:49:29
 3   A.   Yeah, maybe more.                   13:49:31
 4   Q.   Was there a falling out?            13:49:31
 5   A.   Well, I was having a really        13:49:33
 6  rough time doing this job.  I didn't feel 13:49:36
 7  good about it.  He was really -- he could 13:49:39
 8  be very, very mean to the models when we  13:49:47
 9  have a casting session.  Let's say we     13:49:50
10  took the 40 or other people would come    13:49:53
11  during the day at the location.  And he   13:49:57
12  would want to meet everybody              13:49:59
13  individually.  So we would have all of    13:50:02
14  the people from Abercrombie.  We would    13:50:05
15  have Sam Shahid's people.  And we'd have  13:50:07
16  my casting girls and me.  And each of the 13:50:10
17  people that we were lucky to even have    13:50:14
18  anybody would come in --                  13:50:17
19   Q.   Is this at a casting call          13:50:19
20  you're saying or at the actual campaign?  13:50:20
21   A.   At the campaign.                    13:50:21
22   Q.   Okay.                               13:50:22
23   A.   He would, you know, he would       13:50:23
24  call it a casting, but they were already  13:50:24
25  cast.                                     13:50:26
```

Page 185

47 (Pages 182 - 185)

1  personally.  And he did.  And he really        13:58:39
2  liked him.  But then nobody else liked          13:58:45
3  him up there so then he didn't use him.         13:58:49
4  It's all very crazy.                            13:58:51
5      Q.   Are you done, I don't --               13:58:53
6      A.   Yes, I am.                             13:58:56
7      Q.   Are there any -- I have been           13:58:57
8  using the word "entities."  Are there any       13:58:59
9  magazines or fashion houses or any entity       13:59:01
10 that would hire you that did give you           13:59:04
11 full control over who would come to the         13:59:07
12 casting, how the photographs were taken         13:59:09
13 and who would ultimately be selected?           13:59:11
14     A.   Well, they make you feel that          13:59:13
15 way so you will agree to do the job.  In        13:59:14
16 the end, let's say you're working for           13:59:17
17 Vogue Magazine, you know, you might say I       13:59:19
18 want to photograph this actress.  They          13:59:23
19 would say that sounds good, let's think         13:59:26
20 about it.  Do you want to do it, yeah.          13:59:29
21 Are you available, yeah.  And then they         13:59:32
22 say you can't choose her or you can't           13:59:34
23 choose him.                                     13:59:35
24     Q.   Were there any companies that          13:59:36
25 hired you that actually gave you full           13:59:37

Page 194

1  authority over the shoot, the campaign,         13:59:38
2  the selection process?                          13:59:40
3      A.   No, unfortunately.                     13:59:40
4      Q.   Let's talk about your work.  I         13:59:47
5  understand that aside from being hired by       13:59:50
6  companies, you also produce art yourself?       13:59:52
7      A.   I produce books, yes.                  13:59:57
8      Q.   And you have, I don't know if          13:59:58
9  installation is the right word, in             14:00:00
10 certain museums?                                14:00:03
11     A.   Yes.                                   14:00:03
12     Q.   Which are displays of your             14:00:04
13 photography, correct?                           14:00:06
14     A.   That's correct.                        14:00:07
15     Q.   And you sell, produce, publish         14:00:08
16 and sell books, correct, that you create?      14:00:10
17     A.   Yes.                                   14:00:11
18     Q.   All right.  I would imagine            14:00:12
19 that you have the ultimate authority to         14:00:14
20 decide who is featured in those, the art        14:00:16
21 that you create; is that correct?               14:00:19
22     A.   Of course.                             14:00:20
23     Q.   Is it good for a model's career        14:00:20
24 to be featured in one of the books that         14:00:26
25 you create?                                     14:00:28

Page 195

1      MS. WEINTRAUB:  Objection.              14:00:28
2      A.   Yeah.  I mean, I don't know            14:00:29
3  what to say about that, you know.  I            14:00:34
4  mean, you know, if they are pictures,          14:00:38
5  they may not like their pictures, so it's      14:00:41
6  not so great for them.                          14:00:43
7      Q.   I understand.  Is the exposure         14:00:44
8  of being in one of the books that you          14:00:46
9  create and sell, is that good for a            14:00:48
10 model's career?                                 14:00:50
11     MS. WEINTRAUB:  Objection.              14:00:51
12     Q.   You can answer.                        14:00:52
13     MS. WEINTRAUB:  If he can            14:00:53
14 answer.                                         14:00:53
15     A.   Well, yeah, because I really am        14:00:54
16 proud of my work, and so, I think, yeah,        14:00:59
17 I would think so, sure.                         14:01:01
18     Q.   The same thing for the pieces          14:01:03
19 in museums, correct, that were being            14:01:07
20 featured in one of those installations of       14:01:09
21 yours in a museum would be good for a           14:01:11
22 model's career, correct?                        14:01:13
23     A.   Yes.  But can I explain                14:01:14
24 something?  There is somebody that I            14:01:16
25 photographed for every magazine I have,         14:01:20

Page 196

1  and I photographed him for all of these         14:01:22
2  different advertising, people we're             14:01:26
3  talking about plus some more.  And I did        14:01:30
4  a film on him and a book.  And nobody           14:01:32
5  ever hardly booked him.  So it can work         14:01:34
6  both ways.                                      14:01:38
7      Q.   There are exceptions.  But            14:01:38
8  generally --                                    14:01:40
9      A.   Generally, yeah.                       14:01:40
10     Q.   Generally, you would agree that        14:01:41
11 being in one of your produced pieces of         14:01:43
12 art is good for the model's career?             14:01:45
13     MS. WEINTRAUB:  Objection.  He          14:01:47
14 just answered it.                               14:01:48
15     Q.   You can answer.                        14:01:49
16     MS. WEINTRAUB:  If there are         14:01:49
17 ever exceptions.                                14:01:50
18     MR. FUDALI:  That was not the        14:01:51
19 question.                                       14:01:52
20     MS. WEINTRAUB:  It is the             14:01:52
21 question.                                       14:01:53
22     Q.   Do you understand the question?   14:01:54
23     A.   There are exceptions?                  14:01:55
24     Q.   No, no.  Okay.                         14:01:57
25     MR. FUDALI:  Jayne, please just       14:01:58

Page 197

50 (Pages 194 - 197)

**Page 198**

1  object, because that wasn't the          14:02:00
2  question and then you put that into      14:02:02
3  his head and now he's wondering what     14:02:03
4  the question was, and that's exactly     14:02:05
5  why you're not supposed to do speaking   14:02:06
6  objections, and it's frustrating that    14:02:08
7  you're doing that because I know you     14:02:10
8  know better.                             14:02:12
9      Q.   The question was you mentioned  14:02:12
10 there are exceptions.  You provided one  14:02:13
11 exception where being in a lot of things 14:02:15
12 was not necessarily good for a model's   14:02:17
13 career.  So my question is, I understand 14:02:19
14 that there are exceptions, but generally, 14:02:21
15 would you agree that being in one of your 14:02:23
16 produced pieces of art is good for the   14:02:24
17 model's career?                          14:02:27
18      MS. WEINTRAUB:  Objection.          14:02:28
19      A.   I think it is.  As I said, yes. 14:02:29
20     Q.   Thank you.  Did you have any    14:02:32
21 interaction with Jacob Madden after the  14:02:53
22 shoot in Duxbury?                        14:02:55
23     A.   No.                             14:02:57
24     Q.   Do you recall who your          14:03:02
25 assistants were on that shoot, in the    14:03:04

**Page 199**

1  2009 spring/summer at Duxbury?           14:03:08
2     A.   I would say Jeff Tautrim.        14:03:11
3  Michael Murphy.  Maybe two.              14:03:13
4     Q.   Any other that you can recall?   14:03:16
5     A.   Chris Domeric.  He was working   14:03:18
6  production, but he was switching onto    14:03:20
7  photography at that time.                14:03:22
8     Q.   Do you recall who the casting,   14:03:24
9  aside from Mike Jeffries, who was in     14:03:26
10 charge of casting for Abercrombie on that 14:03:29
11 shoot?                                   14:03:34
12     A.   Bruce Asbury, who headed a lot  14:03:34
13 of the things for the clothes there, him 14:03:36
14 and someone else whose name I can't      14:03:38
15 remember right now.                      14:03:42
16     Q.   Can you spell that name?        14:03:42
17     A.   Asbury.                         14:03:43
18     Q.   A-s-b-u-r-y?                    14:03:44
19     A.   Yes.                            14:03:46
20     Q.   Okay.  I want to move on to a   14:03:46
21 person by the name of Josh Ardolf.  Do   14:04:05
22 you recall Mr. Ardolf?                   14:04:16
23     A.   Yes, I do.                      14:04:17
24     Q.   Do you have an independent      14:04:18
25 recollection of Mr. Ardolf?              14:04:19

**Page 200**

1     A.   Yes.                            14:04:21
2     Q.   Do you have, prior to           14:04:22
3  Mr. Ardolf making allegations against you 14:04:25
4  in a complaint, did you recall           14:04:27
5  Mr. Ardolf?                              14:04:30
6     A.   Yes.                            14:04:30
7     Q.   So he's someone that you        14:04:31
8  actually have a memory of?               14:04:32
9     A.   Yes.                            14:04:34
10     Q.   Do you recall when the first    14:04:34
11 occasion that you met Mr. Ardolf was?    14:04:38
12     A.   I met him when he had a go-see  14:04:40
13 with me in New York City.                14:04:43
14     Q.   How did that go-see come about? 14:04:46
15 Did you invite him to the go-see?        14:04:48
16     A.   His agent called me and she    14:04:50
17 said, it was from Click, she said would  14:04:52
18 you like to see somebody that's new with 14:04:55
19 us.  I said sure.                        14:04:58
20     Q.   Had you seen pictures of        14:04:59
21 Mr. Ardolf prior to agreeing to see him  14:05:02
22 at the go-see?                           14:05:04
23     A.   She probably sent me a picture. 14:05:05
24 I don't remember.                        14:05:07
25     Q.   Who is that agent?              14:05:07

**Page 201**

1     A.   Click.                          14:05:08
2     Q.   Do you remember the name of the 14:05:09
3  actual agent?                            14:05:10
4     A.   Yes.  Stephanie Grill.          14:05:10
5     Q.   And did that go-see take place  14:05:12
6  in New York City?                        14:05:30
7     A.   Yes, it did.                     14:05:31
8     Q.   Do you recall which studio?     14:05:32
9     A.   135 Watts Street.               14:05:33
10     Q.   Was there any rhyme or reason   14:05:41
11 as to which studio was selected?         14:05:43
12 Available?                               14:05:44
13     A.   No, it's always available.  No, 14:05:45
14 no.  Just if I was doing work at 135,    14:05:47
15 that's where I do it.  Or if I was over  14:05:49
16 there at 205 working.                    14:05:52
17     Q.   I am going to hand you another  14:05:53
18 composite exhibit that's going to be     14:06:27
19 Plaintiffs' 11.                          14:06:28
20        (Plaintiffs' Exhibit 11,
21        Photographs, was so marked for
22        identification, as of this date.)  14:06:41
23     Q.   And if you could just look      14:06:41
24 through that generally.  You don't have   14:06:43
25 to go through every photo.               14:06:44

Veritext Legal Solutions
800-826-0277

Bruce Weber - 9/19/2019

1  Q.   Is that recollection based on      14:10:43
2  the camera that you believe you used,      14:10:46
3  like putting two and two together, or do      14:10:48
4  you actual have an independent      14:10:50
5  recollection of your assistant being      14:10:51
6  there?      14:10:53
7  A.   Well, I am looking at the      14:10:53
8  photographs and I know what this camera,      14:10:56
9  what the negative or the contact sheet      14:10:58
10  looks like.      14:11:00
11  Q.   Understood.   So it's your      14:11:01
12  testimony based on the photograph, you      14:11:02
13  can tell that you would have needed an      14:11:04
14  assistant there?      14:11:07
15  A.   Not the whole time.      14:11:08
16  Q.   You don't recall if an      14:11:09
17  assistant was with you and Mr. Ardolf the      14:11:10
18  entire time during that shoot?      14:11:12
19  A.   I don't know.   I don't      14:11:13
20  remember.      14:11:16
21  Q.   Do you recall who that      14:11:16
22  assistant was?      14:11:17
23  A.   Probably -- no, I don't, I'm      14:11:17
24  sorry.      14:11:24
25  Q.   Okay.   Do you recall there      14:11:24
Page 206

1  being a time when you did a French Vogue      14:11:32
2  shoot in 2011?      14:11:34
3  A.   Yes, I remember it.      14:11:35
4  Q.   Do you specifically recall that      14:11:40
5  shoot?      14:11:40
6  A.   Yes, I do.      14:11:40
7  Q.   And did you select Mr. Ardolf      14:11:41
8  for that campaign?      14:11:42
9  A.   I sent his picture in to the      14:11:43
10  people from French Vogue.      14:11:45
11  Q.   Who at French Vogue did you      14:11:47
12  send pictures in to?      14:11:48
13  A.   To Corrine Roitfield.      14:11:49
14  Q.   Corrine Roitfield?      14:11:53
15  A.   Yes.      14:11:56
16  Q.   R-o-t-f-i-e-l-d?      14:11:56
17  A.   R-o-i-t-f-i-e-l-d.      14:11:59
18  Q.   How many models did you submit      14:12:00
19  to Ms. Roitfield?      14:12:03
20  A.   Well, it was a big shooting.      14:12:04
21  We had a lot of guys in there.   I would      14:12:06
22  say probably -- I can't remember how      14:12:08
23  many, I'm sorry.      14:12:11
24  Q.   Could you give me, I don't want      14:12:12
25  you to guess, a ballpark, was it five,      14:12:14
Page 207

1  ten, 100?      14:12:16
2  A.   No, it was more like 30.      14:12:17
3  Q.   And Mr. Ardolf was one of those      14:12:19
4  models?      14:12:24
5  A.   Yeah.      14:12:24
6  Q.   Do you specifically recall      14:12:25
7  sending Mr. Ardolf's photograph to      14:12:26
8  Mr. Roitfield for wanting him for that      14:12:30
9  campaign?      14:12:31
10  A.   I liked Josh.   I thought he was      14:12:31
11  a really personable guy.   He had a nice      14:12:35
12  disposition.   He asked me a lot of      14:12:37
13  questions, you know.      14:12:39
14  Q.   Did Ms. Roitfield typically      14:12:43
15  take your suggestions?      14:12:45
16  A.   Sometimes yes, sometimes no.      14:12:46
17  Q.   Did she give you more deference      14:12:50
18  than say Mike Jeffries or Ralph Lauren?      14:12:52
19  A.   Oh, of course.      14:12:55
20  Q.   Where was the French Vogue      14:12:56
21  shoot in 2011?      14:13:09
22  A.   In Miami.      14:13:11
23  Q.   Do you recall where?      14:13:12
24  A.   It started at a house there.      14:13:12
25  But we only did a series of pictures      14:13:15
Page 208

1  there.   But then we moved to a very small      14:13:17
2  beach cottage, you know, down in      14:13:20
3  Hollywood.      14:13:23
4  Q.   So it started out at your      14:13:24
5  actual residence?      14:13:25
6  A.   Yeah.      14:13:26
7  Q.   Did you have a studio in your      14:13:26
8  residence in South Florida or Florida?      14:13:28
9  A.   No, because, I don't know,      14:13:32
10  you're usually outside or you make a      14:13:34
11  studio outside, you make a daylight      14:13:37
12  studio outside, you know.      14:13:38
13  Q.   About how many models were at      14:13:40
14  that V shoot?      14:13:41
15  A.   For French Vogue you mean?      14:13:48
16  Q.   Yes.      14:13:49
17  A.   Like I told you, about 30.      14:13:51
18  Q.   When we were discussing      14:13:52
19  Abercrombie, you mentioned that there      14:13:54
20  would be a casting in which you could      14:13:56
21  Little Bear would suggest models, but      14:13:57
22  also Sam Shahid would suggest models and      14:14:01
23  Abercrombie itself would suggest models.      14:14:05
24  Was that also the case for French Vogue      14:14:07
25  or were you the only person suggesting      14:14:09
Page 209

53 (Pages 206 - 209)

1 models for the French Vogue shoot?        14:14:11
2      A.   Me, my casting girls and        14:14:14
3 Corrine.                    14:14:16
4      Q.   So this would be you and Little   14:14:16
5 Bear people suggesting models?          14:14:18
6      A.   And Corrine.             14:14:19
7      Q.   And Corrine, who was from     14:14:21
8 French Vogue?                 14:14:23
9      A.   The head editor of French       14:14:24
10 Vogue.                    14:14:27
11      Q.   So she may have suggested     14:14:27
12 models as well?                14:14:29
13      A.   Yes.                 14:14:31
14      Q.   This will be probably addressed  14:14:31
15 Monday, but is there anyone structurally   14:14:34
16 above you at Little Bear?           14:14:37
17        MS. WEINTRAUB:   Objection.     14:14:39
18      A.   Structurally?            14:14:39
19      Q.   As far as the hierarchy of who   14:14:41
20 is in charge at Little Bear, is there      14:14:43
21 anybody above Bruce Weber?           14:14:46
22      A.   Of course.              14:14:49
23      Q.   Who is above you?          14:14:50
24      A.   Nan, she's president.  I would   14:14:51
25 say Nan, definitely.             14:14:56
Page 210

1      Q.   Back to French Vogue in 2011,    14:14:57
2 it's taking place at your home and then    14:15:04
3 you went to a beach cottage, correct?     14:15:05
4      A.   That's right.             14:15:07
5      Q.   Do you recall what was going on  14:15:08
6 at this shoot, if you recall?          14:15:13
7      A.   I remember I was photographing   14:15:15
8 a really old friend of mine who I had     14:15:19
9 photographed for Versace, Ivan, he's a    14:15:21
10 big personality in Argentina and he's     14:15:26
11 really funny and has a great sense of     14:15:29
12 humor and great with people, and it was,   14:15:31
13 you know, kind of a shoot about         14:15:33
14 camaraderie and friendship between men.    14:15:35
15      Q.   So I am trying to understand    14:15:39
16 what was going on.  Were they guys just   14:15:41
17 hanging out on the beach, walking around?  14:15:43
18      A.   You know, they are probably not  14:15:45
19 in here.  But playing poker and, you     14:15:49
20 know, running and exercising.         14:15:52
21      Q.   So the format was just kind of   14:15:57
22 guys hanging out?               14:15:59
23      A.   Yeah.                14:16:00
24      Q.   During that photo shoot, that   14:16:00
25 campaign shoot, did you take any models   14:16:02
Page 211

1 to the side and do solo shots with them?   14:16:04
2      A.   I really can't remember that,    14:16:10
3 but if I had, you know, it would not have  14:16:12
4 been by myself.  I would have been with   14:16:14
5 like a hairdresser or makeup artist and    14:16:16
6 stylist.                    14:16:18
7      Q.   Do you recall who the        14:16:19
8 hairdresser, makeup artist and stylist    14:16:20
9 were at that shoot?              14:16:23
10      A.   Yeah.  It's a Deborah Watson    14:16:24
11 was the stylist.               14:16:27
12      Q.   Okay.  Do you recall who the    14:16:29
13 hair and makeup person would have been?   14:16:31
14      A.   Regine Thorre would be the     14:16:33
15 makeup person.                14:16:37
16      Q.   The stylist?             14:16:38
17      A.   And I would say Thom Priano.    14:16:38
18      Q.   Thom Priano?             14:16:43
19      A.   Priano.                14:16:44
20      Q.   Do you recall who your        14:16:45
21 assistants were at that shoot?         14:16:46
22      A.   I would say Mike Murphy.  Jeff.  14:16:47
23 By this time Chris was working for me,    14:16:54
24 too.  Chris Domeric, I had given the     14:16:56
25 name.                     14:16:59
Page 212

1      Q.   Would Nan Bush typically be at   14:16:59
2 these type of shoots?             14:17:03
3      A.   She was there at this one.      14:17:04
4      Q.   Because it was at your home?    14:17:07
5      A.   Yes.                 14:17:08
6      Q.   Outside of the ones at your     14:17:09
7 home, would she be at?            14:17:10
8      A.   Sure, sometimes she would come.  14:17:11
9 She would usually come and have lunch     14:17:13
10 with everybody and then stay for the rest  14:17:15
11 of the day.                  14:17:16
12      Q.   And is it your testimony that   14:17:17
13 any time you would take a model aside to   14:17:18
14 do a solo shoot, if you did in fact do    14:17:22
15 that, you would always have someone else   14:17:24
16 with you, whether it's an assistant,     14:17:26
17 hair, makeup, style?             14:17:29
18      A.   Well, I would, because a lot of  14:17:30
19 these guys need a hairdresser, you know.   14:17:31
20      Q.   Is it possible that there would  14:17:34
21 be a time when you would just grab a     14:17:37
22 model, take them aside, take a couple of   14:17:39
23 pictures, take them back without the     14:17:41
24 necessity of other people with you?      14:17:43
25      A.   No.                 14:17:44
Page 213

54 (Pages 210 - 213)

1 photographed once or twice.                    15:46:06
2   Q.   So Mr. Krueger was actually              15:46:07
3 featured prominently in that 2008               15:46:09
4 campaign?                                       15:46:12
5   A.   Yes.                                     15:46:12
6   Q.   Which would have been in 2009,           15:46:12
7 correct?                                        15:46:14
8   A.   I remember very well taking              15:46:14
9 these pictures of him sitting at this           15:46:15
10 desk. We made a little setup which             15:46:17
11 looked like a room at school. Yes.             15:46:21
12   Q.   Did you build a good rapport            15:46:23
13 with Mr. Krueger?                              15:46:25
14   A.   I was never really close to             15:46:27
15 him. That's why I said it was strange          15:46:33
16 that I would get a text or a call from         15:46:34
17 him saying, hey, hey, Buddy, that's what       15:46:37
18 he'd say. You know, something like that.       15:46:42
19 I didn't know. That's why I asked him to       15:46:46
20 send me the pictures.                          15:46:48
21     But, yeah, I remember him. I               15:46:50
22 didn't dislike him or anything, you know.      15:46:52
23   Q.   And you were generally pleased          15:46:54
24 or perhaps even more so, more than             15:46:55
25 generally pleased with the photographs         15:46:57
                                           Page 274

1 that you took of him of the AF shoot,           15:46:59
2 correct? I think you said you think they        15:47:03
3 are beautiful pictures, beautiful shots?        15:47:05
4   A.   Yes, if I have to say so                 15:47:06
5 myself.                                         15:47:09
6   Q.   And you don't think that of all          15:47:09
7 your pictures, correct?                         15:47:11
8   A.   God no.                                  15:47:12
9   Q.   I think during this deposition           15:47:13
10 you said you were unhappy with certain         15:47:14
11 pictures?                                      15:47:16
12   A.   Definitely.                             15:47:16
13   Q.   You were happy with Buddy               15:47:17
14 Krueger's pictures in the '08 shoot?           15:47:19
15   A.   Yes, because this is his time.          15:47:22
16 Everybody has a time that they should be       15:47:24
17 photographed, you know. I photographed a       15:47:26
18 lot of people, especially for                  15:47:29
19 Abercrombie. It was like recording these       15:47:31
20 moments in their life. Yeah, definitely.       15:47:34
21 I think he did really nice pictures. He        15:47:37
22 was a really good actor in them.               15:47:39
23   Q.   It looks like there is also            15:47:55
24 some V Magazine pictures in here and some      15:47:57
25 APC '09 pictures also. Again, so, these        15:48:03
                                           Page 275

1 markings, we discussed earlier that the        15:48:05
2 circle with the squiggly, those are            15:48:07
3 typically photographs that you liked?          15:48:09
4       MS. WEINTRAUB: What's the Bates          15:48:10
5 number you are looking at?                      15:48:11
6       MR. FUDALI: Thank you. For the           15:48:12
7 record, 35678 of Exhibit 1.                     15:48:13
8   A.   Yes.                                     15:48:19
9   Q.   So the markings on those                 15:48:20
10 pictures or photographs of Buddy Krueger      15:48:22
11 would have been photos that you liked,        15:48:24
12 correct?                                       15:48:26
13   A.   Yes.                                    15:48:26
14   Q.   Do you send every photograph           15:48:27
15 that you take for the AF campaign to Mike     15:48:28
16 Jeffries or only the ones that you like?      15:48:31
17   A.   Only the ones that I like, but         15:48:32
18 then those go to Sam Shahid. He goes          15:48:36
19 over and re-edits them. Does his layouts      15:48:40
20 and then he sends that to Mike Jeffries.      15:48:42
21   Q.   Understood. So the process is          15:48:45
22 you take a look at all the photographs        15:48:46
23 you took. You mark the ones that you          15:48:48
24 like?                                          15:48:51
25   A.   Right.                                  15:48:52
                                           Page 276

1   Q.   Correct?                                 15:48:54
2   A.   Yes.                                     15:48:54
3   Q.   Then the next step is you send          15:48:54
4 those to Sam Shahid?                            15:48:57
5   A.   That's right.                            15:48:58
6   Q.   Sam Shahid edits them?                   15:48:58
7   A.   That's right.                            15:49:00
8   Q.   Does Sam Shahid take certain            15:49:01
9 photos out?                                     15:49:03
10   A.   Sure.                                   15:49:04
11   Q.   So then there is another               15:49:05
12 vetting process, if you will, from Sam        15:49:06
13 Shahid?                                        15:49:08
14   A.   Yeah.                                   15:49:09
15   Q.   And then Sam Shahid sends the          15:49:09
16 photographs then, which might be less         15:49:11
17 than the ones you sent to him, to Mike        15:49:12
18 Jeffries, correct?                             15:49:15
19   A.   That's right.                           15:49:15
20   Q.   And then Mike Jeffries makes           15:49:15
21 the final decision?                            15:49:16
22   A.   That's correct.                         15:49:17
23   Q.   So in only sending the                 15:49:18
24 photographs that you liked, is it             15:49:19
25 possible that you could not like a            15:49:20
                                           Page 277

70 (Pages 274 - 277)

Bruce Weber - 9/19/2019

1 photograph, any of the photographs you      15:49:22
2 took of a specific model?      15:49:23
3      A.   Of course, yes.      15:49:24
4      Q.   So it would be possible that      15:49:30
5 you could only send photographs of      15:49:31
6 certain models to Sam Shahid to then be      15:49:33
7 sent to Mike Jeffries?      15:49:36
8      A.   No, Sam likes to see a good      15:49:38
9 selection of each model, even if I don't      15:49:39
10 think they are so good.      15:49:42
11      Q.   There is an attempt on your      15:49:43
12 behalf to be as inclusive as possible?      15:49:45
13      A.   Yeah, yeah.      15:49:47
14      Q.   There is a scenario where --      15:49:48
15 there could be a scenario where there      15:49:51
16 just weren't the right pictures of a      15:49:53
17 certain model and that model may be      15:49:54
18 excluded to what makes it to Sam Shahid?      15:49:56
19      A.   That's right.      15:49:59
20      Q.   How are the pictures sent, is      15:49:59
21 it negative, digital, I figure that      15:50:05
22 varies?      15:50:08
23      A.   It was during the time we made      15:50:08
24 prints.  We made really nice beautiful      15:50:10
25 prints.      15:50:12

Page 278

1      Q.   So do you actually -- how do      15:50:12
2 you send them to Sam Shahid though?  I      15:50:14
3 imagine Sam Shahid making the print      15:50:19
4 because you're editing them?      15:50:21
5      A.   From the lab, from the lab that      15:50:21
6 I work with.      15:50:22
7      Q.   Do you actually send him prints      15:50:22
8 or do you send him a sheet that looks      15:50:25
9 like this?      15:50:26
10      A.   I send him prints.      15:50:26
11      Q.   So you take the photos that you      15:50:27
12 like, make prints of those and send those      15:50:29
13 to him?      15:50:31
14      A.   Right.      15:50:31
15      Q.   Got it.      15:50:32
16           Is that the same process for      15:50:34
17 Ralph Lauren generally?      15:50:35
18      A.   It used to be like that.  And      15:50:41
19 then the art directors wanted to see      15:50:43
20 everything, because one day Ralph would      15:50:45
21 think, oh, I like that girl.  No, I don't      15:50:48
22 like that girl, I like this girl.  I like      15:50:51
23 the girl with the short hair.  No, no, I      15:50:54
24 like the girl with the long hair.  So he      15:50:56
25 would go crazy.  They always had to go      15:50:58

Page 279

1 quickly and change their layout.      15:51:00
2      Q.   At some point with Ralph      15:51:02
3 Lauren, the process changed from you only      15:51:04
4 sending the photos you liked to the art      15:51:06
5 director or to Ralph Lauren to you      15:51:08
6 sending everything, correct?      15:51:11
7      A.   Yes.      15:51:12
8      Q.   Do you recall when that change      15:51:12
9 occurred?      15:51:13
10      A.   Like that, like the way you      15:51:13
11 pointed out.  The contact sheet form.      15:51:15
12      Q.   Like a sheet like Exhibit 1?      15:51:16
13      A.   Yeah, yeah.  Color and black      15:51:18
14 and white.      15:51:22
15      Q.   Do you recall when that change      15:51:22
16 occurred, about what year?      15:51:23
17      A.   Probably -- I can't say.      15:51:24
18      Q.   Do you have a rough estimate,      15:51:29
19 2000, '95, 2010?      15:51:30
20      A.   No, I think it's later.  I      15:51:32
21 think it was more like, maybe it was like      15:51:34
22 15 years ago.      15:51:40
23      Q.   What about for Vogue, same      15:51:41
24 process, you would only select the photos      15:51:44
25 that you liked to the decisionmaker?      15:51:46

Page 280

1      A.   I would send them to the art      15:51:48
2 director and I would send him prints.      15:51:50
3      Q.   But the same process where you      15:51:52
4 would select the photos that you like,      15:51:53
5 send those to the art director?      15:51:55
6      A.   Have prints made, have prints      15:51:56
7 made.  Then he would show them to the      15:52:00
8 editor that worked on the job with me,      15:52:01
9 let's say Grace Coddington, and then they      15:52:03
10 would also go over it with Anna.  And      15:52:07
11 then I would talk to Anna.  Then I would      15:52:09
12 talk to Grace.  Then I would talk to      15:52:11
13 Raul.  It goes on and on.      15:52:13
14      Q.   It's a process, but      15:52:15
15 preliminarily what I am trying to get at,      15:52:16
16 for Vogue, much like the Abercrombie &      15:52:18
17 Fitch, you would select the photos that      15:52:19
18 you liked and those would be the ones      15:52:21
19 that get sent to the art director, and      15:52:22
20 then the art director would make his cuts      15:52:24
21 and edits, correct?      15:52:26
22           MS. WEINTRAUB:  Objection.      15:52:27
23      A.   Yeah, the same thing for Vogue      15:52:27
24 in a way.      15:52:29
25      Q.   Okay.  Got it.      15:52:30

Page 281

71 (Pages 278 - 281)

Bruce Weber - 9/19/2019

| | |
|---|---|
| 1    A.   They are beautiful, aren't     16:41:51 | 1   yourself?                          16:43:10 |
| 2   they?                              16:41:53 | 2    A.   Well, can I have a second to    16:43:10 |
| 3    Q.   I will agree.               16:41:53 | 3   read it?                          16:43:12 |
| 4        Is that your bio next to it in    16:41:55 | 4    Q.   Please.                     16:43:12 |
| 5   your picture?                      16:42:00 | 5        (Witness reviews document.)   16:43:15 |
| 6    A.   Yes.                        16:42:00 | 6    A.   It's wild reading things about   16:43:58 |
| 7    Q.   Did you write this bio?        16:42:00 | 7   yourself, isn't it.  Yes, it seems all    16:44:01 |
| 8    A.   No.                         16:42:02 | 8   correct.                          16:44:18 |
| 9    Q.   Who wrote it?                16:42:02 | 9    Q.   It seems -- there is nothing    16:44:19 |
| 10    A.   I think maybe, probably maybe   16:42:03 | 10   untrue in that bio?               16:44:21 |
| 11   Nathan Kilcer, who works for me.      16:42:07 | 11    A.   Not that I can say.          16:44:22 |
| 12    Q.   What is Nathan Kilcer's        16:42:09 | 12    Q.   Okay.  Thank you.  So I know we   16:44:24 |
| 13   position?                         16:42:12 | 13   went over all six plaintiffs.  But I just   16:44:42 |
| 14    A.   He's in the archival          16:42:12 | 14   want to confirm some things and I'm sure   16:44:46 |
| 15   department.                       16:42:14 | 15   your attorneys will object if I already   16:44:48 |
| 16    Q.   Does he also handle your social   16:42:15 | 16   asked this.  But I'm just going to go    16:44:50 |
| 17   media?                           16:42:16 | 17   through it.                       16:44:52 |
| 18    A.   No, but, you know, it's like     16:42:16 | 18        Was there ever a time when you    16:44:55 |
| 19   one of those things where we probably    16:42:18 | 19   were alone doing a photograph session    16:45:04 |
| 20   asked him to write it.            16:42:20 | 20   with Jason Boyce?                 16:45:07 |
| 21    Q.   While I'm on it, do you run     16:42:21 | 21    A.   No, I wasn't alone when I was    16:45:08 |
| 22   your own Instagram account?          16:42:23 | 22   taking his picture.               16:45:15 |
| 23    A.   Yes, I do.                  16:42:24 | 23    Q.   Can you tell us with           16:45:17 |
| 24    Q.   You write all of the captions   16:42:25 | 24   specificity who was with you during the   16:45:20 |
| 25   and you post all of the pictures      16:42:26 | 25   times that you were taking a picture of   16:45:21 |
| Page 306 | Page 308 |

| | |
|---|---|
| 1   yourself?                          16:42:28 | 1   Jason Boyce?                      16:45:23 |
| 2    A.   Yes, mm-mmm.                16:42:28 | 2    A.   You're talking about all these   16:45:24 |
| 3    Q.   Do you have a Twitter account?   16:42:29 | 3   pictures here?                     16:45:25 |
| 4    A.   No.                         16:42:30 | 4    Q.   Jason Boyce, not Van Oijen.     16:45:26 |
| 5    Q.   Facebook?                    16:42:31 | 5   Were you thinking about Van Oijen?      16:45:29 |
| 6    A.   No.                         16:42:32 | 6    A.   I was.                      16:45:30 |
| 7    Q.   Any other social media besides    16:42:35 | 7    Q.   I will reask the question.      16:45:31 |
| 8   Instagram and Vimeo?                16:42:37 | 8        Was there ever a time, and I      16:45:33 |
| 9    A.   Well, I didn't even know about   16:42:39 | 9   believe you only shot Mr. Boyce once?    16:45:35 |
| 10   this Vimeo thing.                  16:42:41 | 10    A.   That's correct.             16:45:37 |
| 11    Q.   To your knowledge, are you on   16:42:42 | 11    Q.   Any time in that photography     16:45:37 |
| 12   any other social media accounts, apps?   16:42:43 | 12   session were you alone with Mr. Boyce?    16:45:39 |
| 13    A.   Well, I have like a website,    16:42:48 | 13    A.   It would be like as if, no,     16:45:41 |
| 14   something like that.               16:42:49 | 14   because it would be like me taking the   16:45:46 |
| 15    Q.   Like a Bruce Weber.com?        16:42:50 | 15   picture here, and mostly this wall      16:45:50 |
| 16    A.   Yeah.                      16:42:52 | 16   wouldn't be here.                 16:45:51 |
| 17    Q.   Got it.  Did you approve this    16:42:52 | 17    Q.   And I believe when you answered   16:45:53 |
| 18   bio?                             16:42:55 | 18   this question previously, I think you     16:45:55 |
| 19    A.   Yes, I did.  I mean, I am not    16:42:56 | 19   said someone would have been here or     16:45:57 |
| 20   into doing these kind of things.  I      16:43:00 | 20   might have been there.  Can you state    16:45:59 |
| 21   probably didn't even really want to do   16:43:03 | 21   with certainty who was there during the   16:46:01 |
| 22   it, but, yeah, I mean I know I have to    16:43:05 | 22   Jason Boyce photography session?       16:46:03 |
| 23   so...                            16:43:07 | 23        MS. WEINTRAUB:  Objection.      16:46:04 |
| 24    Q.   Is there anything in this bio    16:43:07 | 24    Q.   You can answer.            16:46:04 |
| 25   that you would say is untrue about      16:43:09 | 25    A.   I think it was Jeanine would be   16:46:05 |
| Page 307 | Page 309 |

1 to you. I will hand it to your counsel        16:54:07
2 first, thank you.                                16:54:09
3          It's highlighted. The New York        16:54:14
4 Times quotes a statement from you in this        16:54:27
5 article. Do you recall giving the New           16:54:28
6 York Times a statement?                         16:54:30
7          (Witness reviews document.)            16:54:37
8     A.   Yes, I do.                              16:54:38
9     Q.   Okay. And is the statement             16:54:40
10 that is highlighted there on Exhibit 21,        16:54:42
11 it looks like the last page of Exhibit          16:54:45
12 21, is that the statement that you gave         16:54:47
13 the New York Times?                             16:54:48
14    A.   What you have underlined here?         16:54:49
15    Q.   What's highlighted, yes.               16:54:53
16    A.   Yeah.                                   16:54:56
17    Q.   And I will read it out loud so         16:54:57
18 we have a clean record.                         16:54:58
19    A.   Sure.                                   16:55:00
20    Q.   If you don't mind. "I have             16:55:00
21 used common breathing exercises and             16:55:02
22 professionally photographed thousands of        16:55:04
23 nude models over my career but never            16:55:06
24 touched anyone inappropriately. Given my        16:55:09
25 life's work, these twisted and untrue           16:55:10
                                              Page 318

1 allegations are truly disheartening. I          16:55:13
2 have been taking pictures for over 40            16:55:15
3 years and have the utmost respect for            16:55:16
4 everyone I ever photographed. I would            16:55:18
5 never, ever try to hurt anyone or prevent        16:55:20
6 someone from succeeding, it's just not my        16:55:23
7 character."                                      16:55:26
8          Is that the statement that you         16:55:27
9 gave the New York Times?                         16:55:28
10    A.   Yes.                                    16:55:29
11    Q.   Is that a true statement?              16:55:30
12    A.   I wouldn't have given it if it         16:55:32
13 wasn't true.                                    16:55:34
14         MR. FUDALI: Let's take a quick         16:55:39
15 break.                                          16:55:40
16         THE VIDEOGRAPHER: The time is          16:55:40
17 4:58, we are off the record.                    16:55:42
18         (Off the record.)                      17:30:38
19         THE VIDEOGRAPHER: The time is          17:30:38
20 5:33 p.m., we are on the record. I              17:30:48
21    Q.   Mr. Weber, I am almost done. I         17:30:49
22 just have, actually, I believe one more         17:30:52
23 area of questions.                              17:30:57
24         I am going to turn your                17:30:57
25 attention to Exhibit 11, Bates number           17:30:58
                                              Page 319

1 LBBW 35772, which are photographs from a        17:31:02
2 Vogue shoot in 2011 of Josh Ardolf. If          17:31:08
3 you could please look at the photographs        17:31:15
4 in the top right corner and the one below       17:31:16
5 it. Do you see those?                           17:31:19
6     A.   Sure.                                   17:31:22
7     Q.   And would you agree that those         17:31:24
8 are pictures, those are nudes that expose        17:31:25
9 the penis of Mr. Ardolf? Do you agree           17:31:27
10 that the penis is exposed in those              17:31:32
11 photographs?                                    17:31:34
12    A.   Yes. But I want to really             17:31:34
13 continue saying that just because -- they       17:31:36
14 are nude pictures, so it's going to show.       17:31:42
15    Q.   So when we discussed nude              17:31:43
16 photographs for Abercrombie & Fitch            17:31:45
17 shoots, you testified that Mike Jeffries        17:31:47
18 specifically requested those; is that           17:31:49
19 correct?                                        17:31:50
20    A.   This is --                             17:31:50
21    Q.   Exactly, so I am getting to           17:31:53
22 that. So the question was that you              17:31:55
23 testified that Mike Jeffries would             17:31:58
24 specifically request photographs that          17:32:00
25 revealed the penis of the model; is that       17:32:02
                                              Page 320

1 correct?                                         17:32:04
2     A.   Yes.                                    17:32:04
3     Q.   Was that request also made by          17:32:04
4 whoever was in charge of French Vogue?          17:32:06
5     A.   No, but I knew that they would         17:32:10
6 publish them because they have in the           17:32:11
7 past. This is Men's French Vogue.              17:32:13
8     Q.   So Men's French Vogue, would          17:32:17
9 the picture that exposed the penis of say       17:32:19
10 Josh Ardolf, would you send those              17:32:22
11 pictures to French Vogue as part of the        17:32:23
12 ones that you were sending them?               17:32:26
13    A.   I personally would not.               17:32:28
14    Q.   Would French Vogue request            17:32:30
15 them?                                           17:32:31
16    A.   Well, I am the one sending the        17:32:31
17 prints. I just wouldn't send it.               17:32:36
18    Q.   Why would you take them if you        17:32:37
19 wouldn't use them or send them?                17:32:39
20    A.   Because I would want to do a          17:32:40
21 cropped picture to here that shows that         17:32:42
22 he has almost nothing on, you know. And         17:32:43
23 also, you're asking me how do you do a          17:32:46
24 picture of a nude. I can't explain it to        17:32:48
25 you. You just feel it and you do it.           17:32:51
                                              Page 321

81 (Pages 318 - 321)

**[& - 24th]**

| & |
|---|
| **&**   2:15 3:3 35:1 |
| 41:19 54:4,18 |
| 56:7 57:12 60:4 |
| 61:7,11,23 62:4,8 |
| 62:13 63:7,19 |
| 64:9,13,23 65:1,15 |
| 65:23 68:3,9 |
| 69:11,12 76:3 |
| 79:7,15 84:7 |
| 160:20 161:23 |
| 162:8 170:13 |
| 171:19,23 172:11 |
| 174:5 179:2,5 |
| 180:5 182:13 |
| 189:20 190:14 |
| 191:9 216:5 220:2 |
| 225:14 252:14,20 |
| 255:6 260:7 |
| 271:10 281:16 |
| 282:1 320:16 |

| 0 |
|---|
| **03825**   1:2 7:20 |
| **064**   5:12 105:12,17 |
| **08**   275:14 |
| **09**   275:25 |

| 1 |
|---|
| **1**   1:25 5:9 7:13 |
| 51:25 52:9,10 |
| 53:2,13,19,24 |
| 63:11 271:15 |
| 276:7 280:12 |
| **1-18**   8:13 |
| **1/7/2011**   219:11 |
| **10**   5:21 6:3 149:2 |
| 149:5 188:9,10,16 |
| 235:20 |
| **10/12/17**   287:3 |
| **100**   208:1 291:25 |

**10002**   2:5
**10112**   3:4
**104**   5:11
**10:01**   235:20,21
**10:05**   235:21
**10:06**   1:17 7:3
**10:15**   16:7
**10:19**   16:10
**10:22**   22:5
**10:23:13**   224:25
**10:24**   236:8
**10:25**   22:8 236:8
**11**   6:5 201:19,20
  219:15 319:25
**11/20/2014**   148:19
**11/27/17**   287:16
**11:15**   77:24
**11:25**   78:2
**12**   6:6 54:21,25
  55:1,6 220:16,17
**121**   5:13
**12112**   1:8 8:13
**123**   12:20
**125**   5:15
**12:37**   151:16,18
**13**   6:9 223:11,12
  224:15
**135**   12:5 71:12,14
  71:22 72:21 73:13
  113:3 201:9,14
  285:4
**139**   5:17
**14**   6:11 244:4,5,11
  245:5 259:22
**145**   5:19
**148**   5:21
**15**   6:12 156:15
  182:24 183:6
  253:18,19,20
  254:2 280:22

**151**   5:23
**159**   6:1
**15th**   6:8 218:12
  220:19,25
**16**   6:14 258:10,17
  258:18 261:15
**17**   6:16 285:20,21
**17th**   189:11
**18**   6:18 162:17
  289:23,24
**183**   5:20 146:18
  147:1
**188**   6:3
**19**   1:16 6:20 302:5
  302:6
**193**   5:20 146:18
  147:2
**1946**   11:25
**19th**   7:3
**1:18**   1:8
**1:19**   1:2 7:20
**1:23**   152:2,4

| 2 |
|---|
| **2**   2:17 5:11 42:7 |
| 78:3 96:6 105:10 |
| 105:11,21,25 |
| 106:3 151:17 |
| **2/18/14**   141:19 |
| **20**   2:5 6:21 125:8 |
| 297:4 305:8,9 |
| **2000**   280:19 |
| **2007**   6:19 289:25 |
| 290:6 |
| **2008**   54:15,18 |
| 55:25 271:10 |
| 272:7,14,17 273:4 |
| 273:9 274:3 |
| **2009**   160:20 161:4 |
| 161:9,16 170:5 |
| 171:22 172:13 |
| 175:3 180:5 199:1 |

**244:23 245:19**
  246:8 274:6 294:9
**201**   6:5
**2010**   161:10
  280:19 283:21
  284:22 285:5
  296:16 297:10,17
  297:24
**2011**   6:8,19 123:22
  125:8 207:2
  208:21 211:1
  219:18 220:3,12
  220:19,25 289:25
  290:7 320:2
**2012**   244:25
  245:20
**2013**   137:25 138:9
**2014**   87:24 88:23
  126:10 146:2
**2015**   87:22 154:11
**2019**   1:16 7:3
  324:23 326:18
**202**   73:23
**205**   71:13,14 73:24
  73:25 74:1,9,12
  98:21 99:3,9
  102:14 103:10,25
  104:18 110:19
  201:16
**20700**   2:11
**21**   6:23 317:19,20
  318:10,12
**212**   3:4
**21st**   2:17 150:3
**220**   6:6
**223**   6:9
**23**   125:13
**24**   131:25 142:2
**244**   6:11
**24th**   189:11

**[25 - abercrombie]**

**25**  12:8 162:20
**253**  6:12
**258**  6:14
**25th**  326:17
**285**  6:16
**289**  6:18
**29th**  11:25
**2:25**  218:22
**2:33**  218:25
**2:40**  224:9
**2:41**  224:12

**3**

**3**  5:13 122:13,14
  122:17 152:5
  218:22 245:11
**3/1/13**  128:22
**30**  1:15 3:3 7:23
  41:14 182:17
  208:2 209:17
**301**  2:11
**302**  6:20
**304**  6:15 258:11,24
**305**  2:18 6:21
**310**  129:1,2 141:15
  141:16
**317**  6:23
**324**  6:15 258:11,24
**326**  1:25
**33131**  2:18
**335**  12:15
**35**  38:5
**3518433**  1:24
**35634**  259:22
**35658**  5:10 51:22
  52:4,11,17 53:13
  53:24
**35678**  276:7
**35722**  5:10 52:5,11
**35735**  202:24
  203:2,19

**35736**  202:24
  203:2,5,19
**35772**  320:1
**35978**  6:1 160:10
  160:12
**36004**  167:6
**36017**  6:1 160:10
  160:12
**3606**  263:15,18,19
  263:22
**36305**  261:15,24
  263:16
**36309**  266:18
**36328**  6:13 253:21
  254:3
**37213**  237:19
**37216**  239:23,25
**37220**  6:17 285:22
  287:2
**37221**  287:13
**374-1818**  2:18
**3:02**  245:14
**3:15**  259:6
**3:21**  259:9
**3:35**  271:22
**3:46**  271:25

**4**

**4**  5:15 126:20,21
  127:2 134:13
  143:8 144:20
  219:2 267:15
**40**  39:6 41:14
  45:10 59:1 185:10
  192:1 319:2
**4:04**  290:18
**4:28**  290:21
**4:58**  319:17

**5**

**5**  5:14,17 122:16
  122:18 140:20,21

144:20 272:1
**5/16/2011**  221:25
**50**  51:1 52:20
  61:17 78:13,21
**500**  175:7,14,20
  182:15
**51**  5:9
**5777**  326:21
**5:33**  319:20
**5:37**  324:16,19

**6**

**6**  5:19 112:23
  132:1 142:2
  146:16,17 149:14
**62**  5:12 105:12,17
**63**  5:12 105:12,17
**634-3095**  3:4
**661-6734**  2:6
**6:47**  128:22

**7**

**7**  5:21 112:23
  148:25 149:1
**7210**  233:23
**736**  5:16 126:22
  127:3
**738**  5:16 126:22
  127:3
**75**  78:13
**7th**  220:11

**8**

**8**  5:23 152:12,13
  152:18
**85**  2:4
**8:44**  235:23

**9**

**9**  5:3,14 6:1 55:6
  122:16,18 160:8
  160:11

**90**  39:17
**91364**  2:12
**927-1493**  141:15
  141:16
**93**  217:22
**95**  280:19
**954**  2:6
**9:24:15**  225:1

**a**

**a&f**  54:15 55:24
  170:5 172:12,16
  175:3 202:5
  219:17 221:11,20
  221:23 222:1,6
  245:19 248:7,12
  250:12,14 251:17
  268:13
**a.m.**  1:17 7:3 16:7
  16:10 22:5,8 78:2
  236:6
**abercrombie**  35:1
  41:19 54:4,18
  56:7,24 57:12
  60:4 61:7,11,23
  62:4,8,13 63:7,19
  64:9,13,23 65:1,15
  65:23 66:21 68:3
  68:9 69:11,12
  76:3 79:7,15 84:7
  110:5 160:20
  161:23 162:8,9,10
  162:11 170:13
  171:3,19,23
  172:11 173:4,12
  174:7 175:19
  177:23 179:2,5
  180:5 185:14
  189:20 190:14,17
  191:9 192:20
  193:11 199:10
  209:19,23 216:5

Bruce Weber - 9/19/2019

**[abercrombie - american]**

220:2 225:14
247:20 252:14,20
254:16 255:6,19
260:7 271:10
275:19 281:16
282:1 320:16
**ability** 15:6 94:11
**able** 20:7 39:10
90:1 111:4 182:21
220:7
**absolutely** 19:7
20:9 26:25 28:21
**academy** 218:9
**accept** 292:19
293:2
**accepted** 215:19
293:19
**access** 124:3
**accidental** 92:11
**accommodate**
10:24
**account** 306:22
307:3
**accounts** 307:12
**accurate** 105:5
128:15 149:9
219:12 244:25
**accurately** 234:12
235:4
**accused** 315:17
316:10
**act** 102:17 140:7,9
231:5
**acting** 35:2 263:1
267:9
**action** 1:19 326:13
**activities** 163:12
164:8 165:2,7,24
166:13 248:16
**actor** 275:22

**actress** 194:18
**actual** 56:6 106:16
111:13 114:3
121:23 123:14
128:15 149:14
161:15,19 171:7
180:21 185:20
201:3 206:4 209:5
254:23 256:17
257:10
**add** 153:25 183:6
258:5
**adding** 154:5
**address** 12:4,7,14
12:18 71:21 99:20
123:15,23 124:4
147:11,12,17,20
**addressed** 36:22
210:14
**adjourned** 324:14
**adjust** 85:8
**administer** 8:5
**admissibility**
21:11
**admissible** 19:8,10
**adult** 162:12
**advance** 10:8
**advertisement**
299:22 300:3
**advertisements**
170:16
**advertising** 49:9
84:3 178:22 197:2
248:9 298:3,8
**af** 189:1,9 225:13
227:4,5 244:23
246:8,16,22
248:13 254:4
272:7 273:4,9,17
275:1 276:15

**affect** 15:6
**african** 187:12
**afternoon** 152:1
**age** 234:24 238:11
**agencies** 78:10
178:10,16
**agency** 71:1
145:23 176:14,18
176:25 177:7
178:7,8,14,19,20
178:20,21,22
179:18 182:12
255:16
**agent** 43:14 48:3
66:8,8 67:15,17,23
81:12 88:11 91:7
97:11 124:20,21
131:11 137:9
138:19,19 140:4
145:24 151:8
157:12 158:18
200:16,25 201:3
231:13
**agents** 64:5,6
99:23 131:3,7
142:25 288:21
**ages** 39:19
**aggressive** 262:25
263:1
**ago** 32:17 47:23
138:4 167:15
185:1,2 214:4
217:17 269:25
270:1,20 280:22
**agree** 7:11 47:4
54:22 55:11 66:5
86:23 126:2
130:12 135:8,11
137:21 138:7
139:4,17 141:22
150:24 153:16

178:12,14 193:7
194:15 197:10
198:15 203:24
231:16 233:15,19
236:17,23 238:5
239:4,14 240:8,22
241:18 243:4,11
256:24 260:2
306:3 320:7,9
323:10
**agreed** 4:2,8,12
90:13 91:2 116:19
**agreeing** 60:11
88:15 200:21
**agreement** 56:10
322:12
**ahead** 32:15 217:1
292:24 300:20
**aids** 32:19
**al** 315:11
**alcohol** 15:5
**allegations** 14:14
14:15,16 18:12
22:15 27:21 29:7
111:16 159:14,18
159:21 200:3
243:21 269:22
315:13,25 316:5
319:1 323:20
**allow** 22:16
**allowed** 168:12,15
**allows** 324:6
**amazing** 182:21
**ambiguous** 26:10
**amelia** 244:23
245:20 246:12
259:12 261:1
268:13
**america** 301:8
**american** 187:12

**[amount - art]**

amount 12:11
47:11 108:19
181:14
amsterdam
301:14,16
anal 24:16
angeles 129:3,5
anger 87:8
anna 2:8,8 8:17
205:18 281:10,11
answer 10:1,10
11:6,19 13:16,25
14:5,24 15:13,23
15:25 16:22 17:2
18:23 19:1 21:17
21:24 22:17 23:8
23:9,11,14 24:10
25:2 26:3,22 28:5
30:1 32:7 35:15
38:4,11,14 41:3
45:1,11 46:1
50:23,24 56:5
62:10,12,19,21
63:25 65:6 68:5
80:13 86:3,14
94:16 95:18 101:9
109:21 111:13,22
114:23 121:8
128:3 129:20
130:1,6,8,9 133:24
134:17 139:10,22
140:16 143:13,22
155:11 163:22
164:17 190:6
192:22 196:12,14
197:15 204:20
231:1,2,20 232:2
232:15 233:7,10
233:11,12 237:12
239:9,19 260:12
266:12 285:18

293:4,15 295:4
298:7 309:24
310:23 317:12
322:9 323:3,11
answered 11:1
14:23 21:20 24:8
45:25 80:12 85:22
94:24,25 114:22
139:8,16,21
140:12 143:18
144:11,13 197:14
309:17 310:22
answering 10:16
answers 101:15,16
134:19 143:20,25
anthony 1:9 8:9
243:16 249:18,22
252:24 261:18
264:7,21 265:12
267:11,13 268:8
312:15,17,21
313:2 314:24
anybody 13:8 72:8
177:21 185:18
210:21
anymore 91:14
anyway 95:4
148:5,6 217:22
218:12 222:14
256:3 265:21
apartment 250:21
apc 275:25
apologize 10:8
26:6 27:9 42:17
52:7 70:12 74:15
106:23 127:14
219:5 263:17,19
266:22 285:25
311:12
apologized 27:1
27:13

apology 27:6
app 305:16
apparel 220:6
appeal 131:15
appear 54:16 61:4
106:9,17,23 118:7
123:8 125:22
127:6,13,15 132:8
132:11 141:4,8
148:8 150:2
152:20 153:2
160:18 202:10
203:7,12,15
224:15 244:11,24
244:25 261:17
296:6 305:14
appearances 8:4,7
appeared 90:11,18
appears 106:25
118:22 152:18
153:14 224:21
225:25 227:17
245:19 259:25
287:15,21
appreciate 257:8
258:7 285:19
approach 98:11
appropriate 59:5
134:6,12 135:3
136:3 230:14,16
230:23
approval 179:23
approve 307:17
approved 193:1,2
approximately
175:21 294:8
apps 307:12
april 123:22 125:8
archival 306:14
archives 74:2
160:2 167:17

ardolf 1:9 6:7,9
8:9 199:21,22,25
200:3,5,11,21
202:2 203:16
204:16,17 205:1,5
205:8,11 206:17
207:7 208:3 214:2
214:8,20,25 215:8
216:12 219:16
220:18,24 221:19
222:19 223:11,14
224:16,23 225:22
227:18 229:10,25
236:19 237:22
238:7,16 240:2,5
243:5 249:25
312:5,7 313:9,11
314:21 315:10
320:2,9 321:10
ardolf's 203:20,25
208:7 241:21
area 99:5,8,12
103:19,24 104:7,9
110:19 115:25
167:25 302:16
310:15 319:23
argentina 211:10
arguments 183:14
arick 2:7,7 8:14
9:15
arm 255:18
arrived 134:2
135:22
art 49:14 98:8
100:23 103:2
174:5 178:21,23
180:14 195:6,20
197:12 198:16
218:9 279:19
280:4 281:1,5,19
281:20 298:11

Bruce Weber - 9/19/2019

**[art - banter]**

299:2
**article** 6:23 315:24
  316:12 317:15,21
  318:5
**articles** 316:23
**artist** 85:13 212:5
  212:8 215:25
**asbury** 199:12,17
  254:15
**aside** 12:24 35:22
  40:25 165:5
  167:24 195:5
  199:9 213:13,22
  250:11 253:17
  297:23
**asked** 14:22 22:17
  24:7 36:3 37:23
  44:5 45:25 48:9
  49:8 51:2 60:18
  62:7 69:22 80:12
  84:2 85:22 87:23
  88:12 94:24
  107:15 114:22
  118:20 137:1
  139:8,13,21
  140:12 143:18
  171:16 208:12
  221:10 233:2
  237:8 260:9 272:6
  272:8 274:19
  283:22 298:11
  300:1 303:15,20
  303:22,25 306:20
  308:16 310:22
  322:6,17
**asking** 9:24 11:21
  45:12 58:20 59:20
  60:23 61:5 62:3
  63:22 97:13 118:3
  134:8 137:4 138:3
  139:19 140:9

157:7 163:20
  166:5 241:12
  243:20 321:23
**aspect** 237:6
**aspirationally**
  162:19
**assigned** 166:12
**assignment** 135:23
  268:2
**assist** 109:11
  116:22
**assistant** 34:18
  100:14 111:5
  112:17 205:16,19
  206:5,14,17,22
  213:16 217:16
  304:9,19 313:5
  314:4
**assistants** 37:10
  40:19 70:7 75:25
  77:10 164:18,19
  181:9 198:25
  205:13 212:21
  253:12 312:11
**assisting** 102:7
**associate** 238:17
**assume** 24:17
  151:4 178:16
**assumed** 11:20
**assuming** 92:8
**athlete** 83:8
  115:24
**athletic** 65:8
**atmosphere**
  315:20
**attached** 125:21
  325:12
**attacked** 87:7
**attempt** 140:7
  278:11

**attend** 254:21
**attending** 257:11
**attention** 52:17
  55:2 152:17
  188:16 192:12
  202:21 219:4
  259:21 291:5
  319:25 323:24
**attitude** 262:23
**attorney** 11:7
  12:25 13:3 14:6
  130:7
**attorneys** 2:3,16
  11:5 13:9,12
  14:20 128:6
  159:13 308:15
  322:15
**audio** 7:10
**august** 161:16
**aunt** 92:20
**authentication**
  223:24
**authority** 94:12,21
  95:10,12 192:18
  195:1,19
**available** 179:16
  194:21 201:12,13
**avoid** 10:15,18
**aware** 156:6,21
  157:22 158:8
**awesome** 228:24
  236:12

**b**

**b** 5:7 9:6,6 152:6,6
  162:6 199:18
**babe** 188:25
**babies** 39:18
**back** 22:19 39:7
  43:13 52:7 74:14
  78:2 80:3 86:19
  106:22,23 110:1

111:8 118:15
  138:15 140:17
  145:11 150:18
  152:4 153:8
  155:21 172:10
  190:7 192:17
  193:14 205:23
  211:1 213:23
  217:22 219:1,4
  223:1,10 229:22
  248:13 249:14
  259:12 261:13
  263:16 268:13
  270:13,16 283:24
  284:10 290:22
  295:11 301:12
  313:9 324:4
**backdrop** 168:21
**background** 73:20
  260:20
**bad** 183:21 186:16
  229:16,19 289:8
**bag** 298:22,22
**baldwin** 1:9 8:9
  243:17,17,23
  244:1,12 245:4,16
  248:17,23 249:23
  250:10,11,21,25
  251:3,10,17 252:5
  252:24 259:13
  260:15 261:9,18
  262:7,19 263:4
  264:8 266:4,5,6
  267:8 268:8,14
  312:16,17,22
  313:2 314:24
**baldwin's** 252:2
**ballpark** 207:25
**banter** 228:10
  229:22

Veritext Legal Solutions
800-826-0277

Bruce Weber - 9/19/2019

**[barbara - boulevard]**

**barbara** 134:3
135:22,24 219:17
**barn** 163:7,9
167:25 168:9,13
168:16,18,20,22
169:11,14
**barney's** 91:11
150:7,20
**barometer** 232:17
**base** 216:3
**based** 21:17,24
22:22,24 39:8
138:5 139:6
162:24 206:1,12
220:6
**basic** 144:5,17
179:8
**basically** 47:17
83:25 265:9
**basis** 16:13 21:25
**bates** 5:9,11,13,15
5:19,21 6:1,12,14
6:16 51:21 52:11
53:13,21 105:12
105:16 122:18
126:22 146:18
149:2 160:12
253:21 254:3
258:11,14,22
259:22 267:1
276:4 285:22
319:25
**bathing** 27:8,11
46:10
**battling** 217:23
**beach** 12:13 162:7
209:2 211:3,17
260:24 291:7,7,7,8
291:16 295:17
298:2 304:4

**bear** 1:6 2:16 3:9
7:17 8:23 9:1 60:7
60:17 61:2,8,10
62:8 69:14,15
71:6,17 72:23
74:11 78:15,19,20
79:2,9,19 114:11
155:15 157:5
172:24 173:8,11
175:13,15,18
181:10,24 209:21
210:5,16,20
287:23 289:3,7,15
**beautiful** 72:13
74:5 167:4,15
187:15 250:17
273:13 275:3,3
278:24 301:14,17
306:1
**bed** 260:1,17
**beginning** 322:5
**behalf** 8:15,19,22
9:4 278:12
**believe** 9:2 11:9
26:25 38:24 39:14
39:25 76:2 81:4
87:21,22 104:3
105:21 111:1
120:25 126:10
128:12 148:1
150:12 206:2
234:25 237:5
241:25 257:15
271:14 272:8
286:25 287:9
298:9 303:7 309:9
309:17 312:6
315:16 316:3,9,14
316:25 317:7
319:22 323:21,22

**believed** 35:2
91:19 232:23
**believes** 323:17
**belly** 240:8,12
243:6,8,10
**beneficial** 30:24
33:19 38:16
**benefit** 38:7 110:7
294:5
**bernstein** 3:9 15:1
**best** 10:6,9 34:9,15
110:15 120:3
137:4 148:7
150:21 176:4
181:15 218:1
239:11 288:12
312:1
**better** 38:13 96:13
122:2 151:2
183:17,22 198:8
**beyond** 24:25
239:6,16
**big** 135:23 162:25
207:20 211:10
228:14,16 268:17
**bio** 306:4,7 307:18
307:24 308:10
**birrittella** 191:2
**birth** 11:24
**biscayne** 2:17,17
**bit** 57:7 58:3,16
70:10 89:19
107:12 113:21
116:5,6 171:5
172:10 181:6
192:24 215:17
231:8 240:11,12
243:7,10 249:8
253:6 258:15
299:13

**black** 280:13
298:24 299:17,19
300:6
**blacked** 287:21,23
287:24,25
**blackened** 287:19
**blood** 326:13
**bloom** 2:3,10,13
8:15,18 9:3 270:6
**blueprint** 103:10
**blur** 238:21
**boards** 182:21
**body** 29:23 30:21
31:6 50:3,4,12
56:9 117:12
125:10 241:22
255:23,23 287:16
292:5
**bond** 284:13
**book** 32:18,19
67:4 103:2 109:6
109:6 192:16
197:4 265:20,23
301:14,14,18
**booked** 179:21
193:22 197:5
252:14 256:3
**booking** 170:25
**books** 83:25 195:7
195:16,24 196:8
**bottom** 6:3,6
54:16 55:2,5,12
149:12,24 152:19
167:7 188:11,17
188:17,22 202:22
220:18,23 235:10
235:12,22,24
262:10
**boulevard** 2:11,17
12:15

**[bounty - call]**

**bounty**  300:18
**boxes**  112:19
**boxy**  125:10 126:3
  126:11,17
**boy**  129:9,16
  130:18 131:1,13
**boyce**  1:3 2:4 7:16
  87:14,17,20 88:3,9
  88:16,17,24 89:9
  90:22,25 91:2,16
  92:12,17,18 93:7
  93:10,17,20 94:8
  94:13,21 95:14
  98:20 99:14
  100:10,11 104:17
  106:7 109:1,11
  110:7,10,12,18,18
  110:24 114:19,25
  115:13,17,22
  116:10,14,18,23
  117:2,14,16,23
  118:2,3,7 119:15
  119:22 120:12
  121:24 122:4
  124:18 125:22,23
  125:25 127:8
  131:25 132:9,12
  137:22,24 138:8
  138:10 139:5
  142:1,4,20 143:8
  146:2,7,9,12
  147:23,25 148:20
  153:7,15 154:16
  155:9,22,23 156:5
  156:9,22,24
  157:16,21 158:11
  223:1,5,8 250:2
  270:3,24 286:23
  301:25 308:20
  309:1,4,9,12,22
  310:18,19 314:11

**boyce's**  103:16
  104:25 109:6,6
  132:17 133:11
  136:9 148:4 310:7
  315:10
**braeden**  189:2,9
**break**  10:22 11:1
  22:3 34:21 45:12
  60:25 62:21 70:9
  77:22 101:25
  111:2,6 112:18
  143:24 144:1,3,8
  145:6,7,7 151:14
  171:4 218:18,20
  246:15 272:2
  290:16 319:15
  322:14,25
**breath**  29:13
**breathe**  29:13
**breathing**  28:13
  28:15,25 29:4,15
  29:17,20 30:9,18
  30:22 31:1,16
  32:3,10,25 33:8,10
  33:15,24 34:3,9,18
  34:20 35:10 36:1
  36:4 40:6 116:20
  118:11,19,21
  119:8,9 214:2,7,13
  214:19 215:1,7
  216:11 251:16
  272:20 294:13,19
  302:2 314:11,14
  314:17,20,23
  315:1,5 318:21
**brief**  322:9
**briefly**  155:21
  305:18
**bring**  93:4,5 268:8
  297:3 323:23
  324:4

**bringing**  84:20
  167:25 182:24
  183:6
**broad**  16:22
**broken**  215:21
**brought**  41:23
  62:14 112:12
  176:4,5
**brown**  3:5 8:24,24
  13:15 14:4,11
  20:2 22:9 53:17
  60:18 68:18,22
  69:2 92:8 189:21
  224:2 233:17
  258:17,19 285:12
  285:15,25 286:8
  312:23 323:5
**brown's**  22:25
**bruce**  1:6,13,18
  2:16 5:3,18 6:7,9
  6:20 7:14,16 8:11
  8:22,25 9:13 60:7
  60:17 65:24 67:21
  69:18 80:8,8 82:2
  82:9 124:6 125:9
  129:8 140:22
  141:13 147:22
  150:21 152:22
  153:25 171:20
  189:7 199:12
  210:21 220:19
  221:10 223:13
  254:15 264:7
  267:24 270:10
  302:7,20 307:15
  325:8,22
**bts**  219:17,20
**buckingham**
  217:18
**buddy**  1:9 8:10
  53:15 54:5,7

55:24 56:15,20
  63:12 269:13,19
  270:10 272:3
  273:8,20 274:17
  275:13 276:10
  284:3 313:15,16
  313:20,24 315:2
**buffy**  191:1
**build**  40:11 229:15
  231:6 274:12
**building**  72:20
**bump**  92:12
**bunch**  78:10
  105:16 137:18
**burn**  107:11,11,14
  107:15
**bush**  73:7 213:1
**business**  23:3,7
  70:16 91:9 139:1
  230:15 231:14
  238:16,22 239:6
  239:16,17
**businesslike**
  176:17 193:19
**busy**  112:18
  215:15
**button**  240:8,13
**buy**  112:14
**buying**  92:20
**bw**  153:7 189:12

|                   c                   |
| --- |

**c**  2:1,19 3:1 9:6
  152:6
**cali**  125:11
**california**  2:12
  219:18 244:24
**call**  24:21,21 34:4
  67:16 72:17 78:8
  78:9,10,20,22,24
  79:3 145:24
  146:11 157:4,12

[call - character]

157:15 158:18,25
167:22,22 176:18
176:21 182:19
185:19,24 193:23
215:13,13 237:23
252:21 270:16
274:16 294:4
**called** 32:18 66:1
66:14,15 70:16
74:25 76:20 77:17
77:18 78:8 88:11
92:24 116:19
162:3 200:16
249:9 256:18
264:14 267:18
268:15 270:1,9
271:7 284:9
300:17
**calling** 108:2
296:17,23 298:17
**calls** 79:20 224:17
224:19
**calvin** 84:8
**camaraderie**
211:14 239:3
**camera** 38:18,23
39:3,23 40:3,8
70:21 74:22,22
112:22,24 113:5,6
113:8 164:12
206:2,8 298:22
312:13
**cameras** 112:17
112:21
**campaign** 46:6
54:18 59:21 61:3
63:9,12,16,17,19
65:3 66:1,23 76:1
76:6,20,22 77:13
77:15 81:3 84:13
84:21 85:1 86:22

161:5,11,15,20
171:7,10,14,16
175:11 180:6
182:18 183:17,19
183:21,24 185:20
185:21 189:20
190:14,21 191:5
193:4 195:1 202:5
207:8 208:9
211:25 250:12
254:21,25 257:11
258:4 268:4,5,10
268:23 273:17
274:4 276:15
295:23,24 296:7
**campaigns** 180:7
247:8
**cancel** 94:12,22
95:10
**canceled** 94:7
**cancer** 217:23
**candidate** 296:13
**capacity** 239:7
294:23 300:13
**capital** 189:7
**captions** 306:24
**care** 39:4 145:8
183:11 267:23
282:8 283:3
**career** 15:19 16:17
17:15 42:9,18
45:8 48:8 77:5
81:15 109:12,16
144:18 158:22
195:23 196:10,22
197:12 198:13,17
318:23 322:20
323:12
**carefully** 62:18
**cargo** 282:19

**case** 1:2,8 7:19 8:9
8:13 18:16 67:11
67:12 79:21 88:21
169:21 209:24
315:9 323:21
**cases** 8:16,20
60:10 315:9
**cast** 185:25
**casting** 6:4 43:7,8
60:3 61:9,10 62:1
63:7 64:9 65:23
72:15 75:19 78:6
78:7,8,9,14,20,22
78:23 79:2,20
81:6 85:2 86:23
99:17,23 123:11
123:24 124:4
125:2 126:5 137:9
171:2,25 172:25
173:3,13,16,22,25
174:3,7,10,17,21
174:23,25 175:2
175:16,17,19,23
175:25 176:1,3,10
176:21 177:8
178:4,11 179:5,11
179:14,16,19
180:1,18,20 181:7
181:13,21 185:9
185:16,19,24
187:21 188:12,22
193:10 194:12
199:8,10 209:20
210:2 221:8,14,18
222:5,6,12,21
241:6 254:14
257:24,25
**castings** 173:19
178:17 180:24,25
181:2

**categories** 61:18
**caveat** 216:24
**cell** 7:8 34:14
131:21
**cellular** 7:6
**center** 32:20
**certain** 79:22
170:12 177:6
178:2 179:10
181:14 183:15,17
183:23 184:11
189:19 190:13
195:10 215:22
268:22 275:10
277:8 278:6,17
282:2
**certainly** 126:9
161:1
**certainty** 114:17
309:21
**certification** 4:5
326:1
**certify** 17:12
326:5,11
**chain** 135:12
220:23 224:16
**chair** 87:10 112:15
**chairs** 260:18
**chance** 47:25
105:25 149:6
222:23 227:10
245:15 260:21
272:10
**change** 260:19
261:8 273:22
280:1,8,15
**changed** 166:17
280:3 303:24
**changes** 41:9
**character** 319:7

**[charge - compliment]**

charge  171:13
176:24 190:23
199:10 210:20
321:4
charity  218:8
charming  249:13
chart  96:22
chase  267:15
chateau  217:19
cheat  264:2
check  103:16
cheek  25:17
chelsea  300:16
chest  29:11 30:6
30:12,17 31:9
33:17 298:25
children  191:14
choice  170:20
175:9 323:22
choices  78:24
choose  43:7
170:15 194:22,23
choosing  222:16
273:25
choreographer
35:5
chose  218:10
chosen  172:5
chris  199:5 212:23
212:24 304:10
christmas  92:20
100:18,23 241:7,8
242:9
christmastime
88:5
chronology  267:3
circle  276:2
circles  106:25
108:6
circling  126:15

circumstance  88:8
291:18
city  12:3 32:20
71:9 150:18 173:6
174:16 200:13
201:6 203:8 300:3
300:16 325:16
civil  19:25 144:6
clarification  23:18
23:20 59:13 60:20
64:8 72:21 161:3
257:9 258:8
314:10
clarify  15:14 63:6
76:25 169:8 242:4
class  36:10 267:18
classify  96:23
clean  101:12
318:18
clear  20:7 48:8,25
143:9 156:13
163:22 189:8
190:12 258:16
clearly  24:12
121:10 135:5
144:22 182:22
click  200:17 201:1
client  21:16 56:16
234:1
client's  286:4
close  248:11
274:14
clothed  133:18
clothes  41:9 66:24
66:25 82:16
187:17 199:13
252:15,16 282:9
282:10,14,16,18
282:25 299:4
clothing  85:8
115:22 205:6

260:8
club  163:5 259:18
coaching  59:4,7
coat  43:15 44:10
132:23 142:15
145:15,20,20
cock  265:1,3
266:10
cocktail  218:11
cocky  273:2
coddington  281:9
code  23:4 49:13
coincide  148:19
col  189:14
cold  89:24 96:8
coldness  90:2
colloquial  130:25
color  280:13
colors  227:12
column  255:11,12
255:15,18,21
256:6
come  38:12 39:7
79:14 110:1
150:17 155:19
159:14 176:10
180:1 185:10,18
194:11 200:14
213:8,9 215:19
216:6 267:18
284:1 288:7 293:1
296:25 297:2,5
315:17 322:12
comfortable  56:19
67:3 299:11
303:14
coming  61:20
63:21 97:9 98:3
283:23 285:3
292:3 296:18

comment  45:16
232:9 236:18
241:2
commissioned
41:7
common  29:21
30:2 37:6,14
40:17,22 43:3,6
84:24 85:3 142:25
143:3,6,15 144:18
144:24 239:5,14
318:21
communication
158:14
companies  194:24
195:6
company  8:2
48:10 57:6 61:10
81:13 174:5
178:24,25 182:13
187:8 252:14
compare  89:22
compared  180:6
192:20 231:21
247:20
compel  16:15
complained  35:9
35:24
complaining  216:2
complaint  14:17
200:4 315:8,10,11
316:1,5
complaints  315:14
complete  103:16
190:20 252:12
completely  19:22
97:7 115:1 144:21
246:5 303:2
compliment
121:16

Veritext Legal Solutions
800-826-0277

Bruce Weber - 9/19/2019

**[composite - cottage]**

composite  51:23
53:19,23 105:22
106:2 122:14,22
127:2 140:20
146:21 147:6
160:8,16 201:18
compound  44:18
164:16
concluded  324:16
concrete  86:3
condition  106:10
106:18 229:3,8
conduct  230:22
294:13 302:1
conducted  322:15
conducting  295:22
confer  16:2 183:7
322:11,16,25
conference  9:4
34:4
confidence  42:6
229:15 273:2
confident  304:14
confirm  286:9
308:14
confuse  51:4
127:14
confused  30:5
115:8
confusing  69:7
connect  33:14
101:3
connecting  100:19
connection  169:21
173:12
consent  68:17
consented  68:7
conservative
262:15,20 263:11
263:12

consider  51:11
238:18,19
consideration
184:14
considering  227:4
227:7
consistently  28:11
constantly  173:19
contact  23:25
24:14 184:20
206:9 280:11
contacted  270:22
contained  325:12
continue  7:11 17:6
22:9,24 102:11,13
145:10 177:19
270:17 320:13
323:1,2
continued  3:1
152:9
contract  172:16
control  184:5
190:21 194:11
controlling  191:4
conversation
205:1 223:5
224:22 233:20
236:25 237:6
238:6 270:17
287:12
conversational
10:13
conversations  7:6
215:12 223:8
230:23 233:16
286:10 288:2
convicted  12:21
cool  32:16 68:2
192:15
copies  219:6

copy  52:2 53:5,7,8
53:11 244:18
259:21
cordially  292:25
293:7
core  29:12,14 31:9
corner  55:13
167:7 320:4
correct  29:18 31:2
31:6 34:7 43:25
44:12 54:19 55:17
55:20 60:9,12
61:25 64:10 65:13
67:18 71:3,7 73:2
73:8 79:6 81:4,8
88:22 90:14 91:3
93:17,22 94:14,22
97:20 98:5,25
102:16 104:4
107:20 108:13
109:12 110:7,8
111:15 115:11
118:12,24 119:10
120:13,18 121:1,5
123:11 124:7
125:22 132:25
133:6,13 135:14
136:11 142:8,17
145:18 148:5
149:24 150:22
151:11 152:20
153:2,4 154:10
159:5,6,16 161:11
162:25 163:2,8
164:2,5,6,9,25
172:13,16 173:9
176:22 178:8,18
178:24 180:18
181:11 186:6
190:21 193:4
195:13,14,16,21

196:19,22 202:6
202:12 204:12
205:3 211:3 215:2
219:12,25 221:4,8
221:11,15,21
225:1,15,25 226:4
227:19 228:1
236:7,8 238:17
240:16,18 241:11
242:24 255:13,14
261:22,23,25
262:7 263:4 264:8
266:2 267:9 271:1
274:7 275:2,7
276:12 277:1,18
277:22 280:6
281:21 282:4
287:3,18 289:3
290:24 291:3
293:12 294:9
296:14 303:6
308:8 309:10
311:20 312:9
315:6,11 320:19
321:1 323:4,5
324:9,11 325:13
corrected  99:10
311:13 325:13
corrections  325:11
correctly  31:2
36:14 43:18 44:2
120:14 153:12
154:2 155:6
184:11
correspond  99:14
correspondence
131:2,7 204:15
corrine  207:13,14
210:3,6,7 296:2
cottage  209:2
211:3

**[couch - definition]**

couch  111:2
couches  103:6
counsel  4:3 7:15
   8:3 47:1 51:8
   102:6 149:8 318:1
   322:7,23,24
count  145:1
counter  58:2
counting  224:6
couple  41:14
   91:10 213:22
   219:6 284:18
   296:24
course  42:16 43:2
   67:11 82:8 100:3
   124:10 147:1
   159:1 165:13
   183:10 195:22
   208:19 210:22
   270:19 278:3
court  1:1 4:16
   7:18,25 8:4 10:2
   10:14 11:15 17:9
   17:12 19:9 22:18
   323:24 324:6,10
cover  216:3
covering  61:15,15
   298:14
crash  175:6,22
crashing  176:1
crazy  135:6 194:4
   273:24 279:25
   296:22 300:17
create  177:5 178:7
   195:16,21,25
   196:9
created  106:12
creating  176:24
   257:20
creative  247:18,24
   247:25 248:5

crew  187:22 188:1
   268:16,17 269:1,6
crime  12:22
critical  126:4
crop  56:11,18,22
   57:3 283:11,14
cropped  283:10
   321:21
cultivated  18:14
   19:19
currently  12:1
curtained  102:23
cut  241:16 258:15
cutoff  240:16,24
   241:14,19 242:6
   242:24 243:13
cuts  241:17 243:5
   281:20
cutting  240:7,10
cv  1:2,8 7:20 8:13
cyc  72:8,9,10
   73:11

**d**

d  5:1 162:6 207:16
   207:17
dan  14:13 223:23
   285:19
dance  35:4
daniel  3:5 8:24
dark  93:6 112:13
date  11:24 52:13
   105:14 122:20
   126:24 140:24
   146:20 149:3,10
   152:15 160:14
   161:13,14,15,19
   161:20 188:14
   201:22 219:11
   220:2,21 221:22
   221:22,24,25
   223:15 244:7

253:23 258:13
285:24 287:1
290:2 302:9
305:11 317:22
dated  217:21
dates  189:3,10
david  5:18 124:11
   124:16,18,19
   127:17 129:9,22
   130:4 138:25
   140:22 141:14
   142:14 146:3
dawn  1:21 7:25
   9:7 100:20 102:25
   111:9 122:25
   123:25 125:15
   153:1,3,21,24
   154:1,5 155:7,8,16
   158:18 174:8
   189:6 310:3
   311:14 326:3,22
day  41:10 165:10
   165:17 169:22
   185:11 213:11
   234:23 248:17,23
   259:15 279:20
   291:24 299:1
   310:17 324:23
   325:14 326:17
daylight  209:11
days  21:7 96:20
   150:3 183:14
dbrown  3:6
de  32:17
dead  27:9
deal  12:10 67:10
   138:18 216:6
dealing  130:16
deals  67:11
dear  302:20

deb  250:18 253:13
   254:17 314:2
deborah  212:10
december  87:22
   150:18
decide  65:9 81:13
   92:2 94:20 172:25
   182:3 195:20
decided  66:16
   170:18
decides  174:9
deciding  171:21
decision  46:5
   84:20 182:16
   191:5 192:7
   252:23 257:17
   277:21
decisionmaker
   280:25
declare  325:8
deep  29:12
def  189:12
defend  183:12
defendant  1:14,19
   52:24
defendants  1:7
   2:16 53:11
defense  322:7,23
   322:24
deference  208:17
define  70:12
definite  64:18
definitely  84:23
   96:15 164:21
   191:10 210:25
   242:2 250:16
   252:4 275:12,20
   313:3
definition  78:4
   96:22 163:18

**[definitions - doing]**

| | | | |
|---|---|---|---|
| **definitions** 80:3 | **designer** 49:10 | **direct** 202:20 | 209:18 290:23 |
| **deforest** 12:20 | **desk** 103:19,23 | 259:20 290:12 | **discussion** 97:11 |
| **delancey** 2:4 | 104:4,7 274:10 | **directed** 263:22 | 322:9 |
| **delegate** 34:17 | **desks** 72:7 104:2 | **direction** 246:25 | **disguise** 253:7 |
| **delicate** 151:8 | **despite** 90:10,24 | 247:19 | **disheartening** |
| **deny** 102:8 315:13 | 221:18 222:11 | **directly** 22:14 | 319:1 |
| **denying** 237:14 | **detective** 295:12 | 66:8 | **dislike** 274:22 |
| **department** 179:5 | **detectives** 291:22 | **director** 174:5 | **displays** 195:12 |
| 282:24 306:15 | **develop** 239:5,15 | 178:23 180:14 | **disposition** 208:12 |
| **depiction** 128:15 | **device** 19:3 | 280:5 281:2,5,19 | **district** 1:1,7 7:18 |
| **depo** 270:7 | **dictate** 77:7 | 281:20 298:11 | 7:19 8:12 |
| **deposition** 1:18 | **died** 186:15 | 299:2 | **dock** 163:3 165:22 |
| 4:6,13 7:10,14,21 | **differed** 222:15 | **director's** 178:21 | 166:13,15 167:24 |
| 8:8 9:18 13:1 14:2 | **difference** 176:8 | **directors** 99:24 | 169:3 |
| 17:6,25 22:24 | **different** 29:6 41:9 | 279:19 | **doctor** 215:23 |
| 26:17 36:20 63:2 | 61:18 75:10 97:5 | **dirty** 265:15 | **document** 5:9,11 |
| 63:15 70:14 | 130:9 139:8 154:9 | **disagree** 51:11 | 5:13,15,19,21 6:1 |
| 101:14 102:7 | 154:13 165:18 | 222:20 | 6:12,14,16 52:10 |
| 105:2 126:1 | 166:23 172:5 | **disagreement** | 53:20 105:11 |
| 132:20 145:12 | 175:8 177:2 180:5 | 323:23 | 122:17 126:21 |
| 217:1 271:15 | 191:7,23 197:2 | **disappeared** 301:8 | 127:24 128:5 |
| 275:9 322:6,18 | 226:20 227:12 | **disappointed** | 135:18 141:2 |
| 325:10 | 246:3,5 247:5,6,7 | 119:17,19,20,21 | 146:17 149:1,7 |
| **depositions** 20:14 | 247:21,22 267:8 | 119:22 299:13 | 152:21 160:11 |
| 21:8,21 | 298:10 310:24 | **discovery** 19:3 | 223:22 253:21 |
| **depth** 107:13 | 316:21,23 | 127:5 138:18 | 254:7,8 258:11 |
| **describe** 29:3 72:1 | **differentiate** | 249:12 | 259:11,24 285:22 |
| 74:16,17 83:19 | 175:24 | **discrepancy** 204:6 | 305:12 308:5 |
| 97:12 98:12 | **differently** 34:22 | 204:10 | 318:7 |
| 130:16 | 120:16 238:14 | **discuss** 16:3 82:17 | **documentation** |
| **described** 90:24 | **difficult** 34:12 | 82:18 161:2,22 | 156:8 157:23 |
| 104:8 125:25 | 41:5,18 184:18 | 190:17 230:16 | 158:9 159:3 |
| 163:20 164:25 | 187:6 | 269:12 | **documents** 13:3,6 |
| **describing** 115:16 | **dig** 228:19 | **discussed** 76:1 | 13:10,12,17 14:1,8 |
| **description** 31:1,3 | **digital** 147:23 | 120:10 132:15 | 14:9 52:23 159:15 |
| 126:3 130:21 | 278:21 | 146:6 147:24 | 160:9 285:13,16 |
| 240:9 | **dinner** 251:7 | 156:10 159:12 | 286:2 |
| **descriptions** | 268:14,16,17 | 223:23 257:9 | **dog** 228:19 300:17 |
| 131:12 | 269:1,7 | 276:1 320:15 | **dogs** 297:1 305:23 |
| **deserve** 116:2 | **dinners** 268:23 | **discussing** 80:4 | **doing** 32:19 33:8 |
| | | 129:16 171:6 | 34:15 35:1 41:21 |

Veritext Legal Solutions
800-826-0277

**[doing - exactly]**

45:18 56:7,9
66:23 67:3 68:1
76:13 86:16 91:5
97:1,3 101:10,11
107:20 138:19
161:23 163:12
164:8,13 165:2,24
166:13 172:20
173:19 185:6
198:7 201:14
205:20 214:1,7,19
226:8 245:9
246:14,18 247:12
248:16 264:6
267:24 272:20
299:2 307:20
308:19
**domeric**  199:5
212:24 304:10
**draft**  61:23 62:5
**draw**  55:2 61:11
152:16 291:5
**drawing**  52:16
103:17 105:1
**dress**  298:14
**drugs**  15:5
**dt**  125:14,15
**duly**  9:7 152:7
326:7
**dutch**  303:7
**duxbury**  162:2,4,7
175:11 198:22
199:1
**dying**  301:10

**e**

**e**  2:1,1 3:1,1 5:1,7
5:23 6:3,3,6,7,20
9:6,6,6 123:8,15
123:23 124:4,24
125:1,8,18 147:10
147:12,16,19

148:10 149:13,16
149:24 150:3,11
150:12,13 152:6,6
152:6,13,19 153:3
153:6,20 155:5
156:1,2,6,21
157:10,20,22
158:8 169:15,16
169:20 188:10,11
188:18,18,21
189:6,16 207:16
207:17 220:17,18
220:23,23 224:3
261:18 262:6
263:17 264:20
266:10 267:1,7
302:6,10,20,24
303:10
**earlier**  19:23
70:11 120:11
121:4 132:19
145:12 229:5
257:9 260:9 276:1
286:19
**ease**  119:2
**easier**  10:14 40:10
63:14 79:17
**east**  282:25
**eat**  103:6
**edited**  283:9
**editing**  107:20,22
279:4
**editor**  49:9 210:9
263:8 281:8
**editorial**  73:21
77:19 84:3,13,21
85:1 86:23 248:8
295:25 296:13
**edits**  276:19 277:6
281:21

**educated**  37:3,4
**effect**  4:15
**eight**  137:17
184:25 185:2
283:25
**either**  28:24 51:13
76:9 124:2 156:22
167:24 168:8
174:14 241:10
283:20
**elevator**  111:8
**elindemann**
302:14
**embarrass**  323:9
**embarrassed**
205:25
**embarrassing**
61:13 235:16
236:2,4
**employ**  18:15
**employed**  84:2
179:1
**employees**  74:11
**encounter**  117:23
322:22 323:14
**ended**  162:19
257:5 283:17
**energy**  31:25
**engage**  28:11,23
116:19 172:19
**engaged**  24:20
**english**  303:4
**ensure**  82:10
**entail**  170:11
**entails**  170:12
**entire**  57:20
114:10 206:18
241:21
**entirety**  259:14
310:7

**entities**  194:8
**entitled**  1:19 19:4
**entity**  76:14 77:12
78:16 79:4,7 81:6
194:9 246:5
**entrance**  103:7
**epic**  8:1
**equally**  10:5
**equipment**  74:3
**especially**  39:5
126:15 137:11
187:6 218:5
253:12 275:18
312:12
**esq**  2:7,8,13,19 3:5
**essence**  133:2
**established**  65:22
80:2 97:21
**estimate**  280:18
**et**  315:11
**european**  84:9
**eva**  302:19
**event**  218:8 324:6
**eventually**  28:2
146:1 180:17
186:9 296:23
**everybody**  42:7
64:1 67:2 72:18
79:17 102:2 111:4
162:15 177:3
185:12 186:8
213:10 231:5
234:17 275:16
282:13
**evidence**  234:6
**exact**  18:5,8 71:4
166:5
**exactly**  10:19
75:13 150:4 166:2
180:22 181:25
198:4 228:21

[exactly - fault]

285:11 288:19
295:21 320:21
**examination** 9:10
152:9
**examined** 9:8
152:7
**examples** 145:15
**exception** 198:11
**exceptions** 197:7
197:17,23 198:10
198:14
**exchange** 127:22
128:16 138:6
139:6 141:5,9,19
141:20 235:4
**exchanged** 127:16
128:14
**exchanges** 228:5
**exclamation** 132:2
142:3
**excluded** 278:18
**excuse** 71:3 98:6
127:12 227:21
233:22 298:5
302:1
**executed** 325:14
**exercise** 28:15
29:1,4,8,16,17,21
30:9,18,22 31:1,12
31:16 32:3,10
33:1,9,11,15,24
34:3,9,18,20 35:10
36:1,4 40:6
116:20 118:11,19
118:21 119:8,9
214:2,7 215:1,7
216:11 251:17
272:20 294:19
302:2 314:11,15
314:18,21,24
315:2,6

**exercises** 28:13
214:13,19 294:13
318:21
**exercising** 211:20
**exhibit** 5:8,9,11,13
5:15,17,19,21,23
6:1,3,5,6,9,11,12
6:14,16,18,20,21
6:23 51:25 52:9
52:10 53:2,12,19
53:24 58:11 63:11
105:10,11,21,22
105:25 106:3
122:13,14,15,17
122:22 126:20,21
127:2 133:9
134:13 140:19,20
140:21 141:16
142:11,13 143:8
144:20,20 146:17
146:22 147:7
148:25 149:1,13
149:14 152:12,13
152:18 160:8,11
160:16 188:9,10
188:16 201:18,20
219:15 220:16,17
223:11,12,18
224:14 244:5,10
253:16,19,20
258:9,10 259:21
261:14 271:15
276:7 280:12
285:20,21 289:23
289:24 302:5,6
305:8,9 317:18,20
318:10,11 319:25
**exhibition** 70:3
**exhibitions** 47:14
83:24

**exhibits** 58:9
**existed** 188:3
**expand** 239:13
**expect** 286:3
299:15
**experience** 39:22
40:2,8 66:20
160:24 222:18
273:8 311:21
**explain** 20:25
26:13 31:18 32:11
32:14 83:14
196:23 217:10
232:21 316:17
321:24
**explained** 34:23
204:9
**explaining** 63:22
**explanation** 241:2
**expose** 43:23
46:14,20 47:20
51:9 116:10 145:3
203:19 320:8
**exposed** 42:12,21
42:25 43:19 44:7
44:16 45:6,23
47:3 48:12 49:16
55:24 56:23 57:1
57:13 58:22
132:13 142:5
143:1 320:10
321:9
**exposes** 44:14
55:13,17,20
137:23 138:8
**exposing** 57:19
135:5 144:22
**exposure** 49:2
59:23 143:9 196:7
**extraordinarily**
58:25

**eyes** 89:25 90:2
129:11

**f**

**f** 207:16,17 228:4
**face** 58:4,7 85:9,10
117:9,12 125:10
126:3,11,17
215:20 216:3
221:15 252:11
287:17
**facebook** 307:5
**facetime** 223:2,4
**fact** 103:15 109:14
133:3 136:8
213:14 271:7
273:15
**facts** 92:9
**fair** 20:13 102:5
103:18 120:25
158:4,4 250:8
293:5 301:23
**fairly** 37:14
**falling** 185:4
**fame** 316:8
**familiar** 53:1
256:22
**family** 191:25
300:17,18
**far** 126:1 165:22
166:3 210:19
245:1 247:23
295:20
**farm** 161:25
**fashion** 46:18
48:10 51:14 76:10
188:3 194:9
316:21
**fast** 218:14
**father** 32:22
**fault** 36:21 127:19

Page 14

[favor - fourth]

favor  88:12,14
  91:4,5 93:14,16
  138:20,24 270:14
  292:10
favorite  172:1,3
  273:19
feasible  310:16
featured  195:20
  195:24 196:20
  273:16 274:3
fedex  112:19
feel  31:24 35:20
  61:14 67:8 68:1
  82:8,10 83:9
  138:16 185:6
  194:14 234:25
  244:14 252:12
  273:1 316:22
  321:25
feeling  38:17
  187:23 265:16
feelings  135:2,21
  190:10 236:22
  265:16
feels  74:22
feet  41:15 42:7
  132:1 142:2 166:6
felt  26:5 42:5 82:6
  96:8 120:3,5
  192:6 215:16
  229:12,16,20
  242:18
female  23:22
  167:2 231:5
field  161:25 163:1
  164:2,5,8,14 165:7
  165:23 166:14
  167:24 169:10
fifth  72:24,25
  73:14 256:6

fight  183:22
  184:11,13 292:3
fighter  301:2,3
fighters  300:25
figure  278:21
filed  7:17 14:17
  270:24
filing  4:4 286:23
film  197:4 225:18
  226:6,8,10,21,23
  247:17 302:16
films  247:15
  302:17
final  64:19 170:20
  257:16 277:21
find  19:4,12 51:6
  92:21 130:20
  180:10,13 214:16
finding  245:22
fine  36:18 59:12
  66:17 125:7
fingers  117:11
finish  136:22
  225:18 293:3
fired  186:17
firm  2:3,10 8:15
  8:18 270:5,6
first  6:17 9:6
  22:23 31:17 32:4
  32:24 52:6 66:7
  77:16 83:2,16
  87:19 88:3 106:13
  112:2 120:11
  123:7 128:20
  134:13 138:17
  147:11 162:14
  188:18 200:10
  202:4 225:7 240:1
  248:25 252:9
  255:12 270:13
  282:11 285:22

287:2,9 288:13
  289:10,17 293:19
  295:9 303:5 318:2
fisherman  121:14
fit  90:25
fitch  35:1 41:19
  54:4,18 56:7
  57:12 60:4 61:7
  61:11,23 62:4,9,13
  63:7,20 64:9,13,24
  65:1,15,23 68:3,9
  69:11,12 76:3
  79:8,16 84:7
  160:20 161:24
  162:9 170:14
  171:19,23 172:11
  179:2,6 180:6
  189:20 190:14
  191:9 216:5 220:2
  225:15 252:14,20
  255:6 260:8
  271:10 281:17
  282:1 320:16
five  26:12 77:22
  108:16,18 143:24
  155:20 166:6
  207:25 269:17
flip  192:16
floor  2:17 72:5,24
  72:25 73:1,14,16
florida  2:18 12:12
  209:8,8 246:13
  271:11 272:8
  291:9 298:9
  303:12
focused  310:24
focusing  114:6
  310:10
follow  324:8
followed  142:3

following  62:9,11
  322:17
follows  9:9 152:8
  322:19
fond  91:16 253:14
force  4:15
foregoing  325:9
forehead  29:10
  31:8
forget  33:13
  222:25 298:21
forgive  118:20
forgot  249:11
form  4:9 26:1
  28:17 29:25 31:14
  35:14 37:21,24
  44:18 59:8,11
  62:15 63:3 67:22
  67:22 68:6,10
  115:6 280:11
formal  72:5 73:11
  170:23
format  112:24
  211:21 312:13
forth  190:8 205:23
  229:22 326:7
forward  153:1,20
  159:14 221:7
  227:16 315:17
forwarded  153:2
  169:24 221:3,7
fought  184:15
  187:11
found  270:6
  301:15
four  21:7 139:8
  155:20 165:18
  188:6 269:16
fourth  139:13,15
  181:6,20 255:21

Veritext Legal Solutions
800-826-0277

Bruce Weber - 9/19/2019

[frame - give]

| | | | |
|---|---|---|---|
| **frame**  134:18 | **frustrated**  92:21 | 233:24 234:2,8,13 | **genitals**  252:3 |
| **frames**  54:25 55:1 | **frustrating**  198:6 | 235:13,15,20,25 | 315:18 |
| **frank**  314:6,8 | **fuck**  234:1 | 236:5 244:19 | **gentle**  265:12 |
| **frankly**  102:8 | **fucking**  227:23 | 245:4 258:14,18 | **gentleman**  31:21 |
| **free**  244:14 284:6 | **fudali**  2:7 8:6,14 | 258:20,24 259:3 | 249:4 |
| **freedom**  247:24 | 9:2,10,15 13:21,24 | 263:24 264:5 | **george**  3:10 7:24 |
| 247:25 248:5 | 14:12 15:16 16:4 | 266:25 269:14 | **german**  89:19 |
| **freelance**  100:21 | 16:11 17:5,11,21 | 271:18 276:6 | 90:11,18,22 121:3 |
| 179:1 | 17:24 18:4,13,19 | 285:14,17 286:5 | 262:14,21 263:5,6 |
| **freely**  231:17 | 19:2,7,24 20:5 | 286:12 289:22 | 263:10 264:23 |
| **freer**  248:9 | 22:20 23:2 24:17 | 290:15 292:23 | **gesture**  101:5 |
| **french**  207:1,10,11 | 25:25 26:11,20,23 | 293:5 301:23 | **getting**  18:19,24 |
| 208:20 209:15,24 | 37:22 38:12 45:8 | 317:19 319:14 | 65:14 66:4 68:17 |
| 210:1,8,9 211:1 | 48:16,21 49:3 | 322:1 323:17 | 84:18 100:17 |
| 214:3 215:19 | 52:3,16,22 53:3,6 | 324:11 | 120:23 192:11 |
| 219:8 220:12 | 53:22 58:8 59:3,8 | **full**  49:15,19 59:23 | 193:5 264:22 |
| 289:20 291:21 | 59:12 60:14,19 | 61:16 143:8 | 320:21 |
| 295:13 296:6,12 | 62:6,20 63:1 | 194:11,25 256:7 | **gift**  92:20 120:2 |
| 297:25 300:15 | 64:21 67:6 68:20 | **fully**  48:12 50:5 | 294:2 |
| 302:25 304:1 | 68:25 69:4,21 | 61:5 63:23 | **gifts**  100:22 |
| 321:4,7,8,11,14 | 77:21 83:15 85:24 | **funny**  137:14 | **gilly**  255:9 |
| **friday**  267:22 | 90:20 91:25 92:6 | 211:11 214:22 | **girl**  30:9 61:14 |
| **friend**  176:4 211:8 | 92:10 94:25 101:2 | 284:2 | 66:10 99:17 |
| 238:18,19 | 101:7 105:9,15 | **further**  4:8,12 | 165:18,19,21 |
| **friends**  101:3 | 122:12 129:23 | 152:8 324:2 | 167:5,13 173:17 |
| 238:13 239:11 | 130:14 133:22 | 326:11 | 183:13 193:21 |
| 296:20 | 134:15 136:21,25 | | 217:15 234:21 |
| **friendship**  211:14 | 139:11,15 143:19 | **g** | 238:2 279:21,22 |
| 239:2 | 143:25 144:4,9,14 | **galleries**  47:14 | 279:22,23,24 |
| **front**  38:17,23 | 145:5,9 146:16 | **gathering**  184:2 | 298:12 299:9 |
| 39:3,22 40:2,8 | 147:1 148:25 | **general**  42:2 44:24 | **girlfriend**  176:5 |
| 53:5 61:17 70:21 | 149:8 151:13 | 45:7 52:25 58:25 | **girls**  64:3 72:15 |
| 72:20 74:21 88:4 | 152:10 156:14,16 | 137:11 242:12 | 75:19 100:21 |
| 88:6,9,16 90:4 | 156:20 157:8 | 246:17 | 185:16 192:13 |
| 91:2,22 93:8 96:4 | 158:4 163:18 | **generally**  14:7,9 | 210:2 228:18 |
| 101:14 102:1 | 166:4 175:1 | 99:21 164:24 | 229:8,11,25 230:5 |
| 120:21 253:24 | 189:24 190:3 | 197:8,9,10 198:14 | 236:15 239:12 |
| **frontal**  43:10 | 197:18,25 202:9 | 201:24 274:23,25 | 257:24 |
| 47:16 49:15 56:13 | 203:2 216:8 217:5 | 279:17 | **gist**  43:25 |
| 61:16 143:5,9 | 218:15,20 223:19 | **generous**  108:24 | **give**  52:15 53:6,7 |
| 283:18 | 223:23 224:3 | **genitalia**  50:6,8,15 | 107:12 109:1,3,4 |
| | | 50:21 61:6 | |

[give - guide]

121:16 194:10
202:18 207:24
208:17 222:23
237:22 299:5
**given** 212:24
318:24 319:12
326:9
**giving** 108:23,25
138:22 265:19,22
318:5
**go** 7:12 9:20 16:4
20:14,15 21:9,21
24:8 32:15 36:9
43:13,14 66:7
68:13 72:20 74:14
74:25 75:2,3,8,11
75:16 78:25 80:3
80:25 81:21,22
82:25 83:13 84:11
84:19 85:1 86:19
86:22 96:24 97:6
97:12,16,19 100:6
103:5 118:15
119:3 125:6
138:15,23 140:19
141:18 145:11
154:6,7,9,16 155:8
155:12,14,21,24
158:24 168:12
169:4 171:10,16
172:1,10 180:24
180:25 193:14
200:12,14,15,22
201:5,25 203:9
204:16,23 205:2,4
214:10,25 215:5
215:22 217:1
222:25 223:10
224:5 225:5
227:17 235:11
242:15 252:7

259:1,3,12 260:21
261:13 263:15,16
265:2 266:18
269:4 273:5
276:18 279:25,25
281:10 282:11
284:5 292:24
300:20 308:16
313:9 317:23
**goal** 32:9,14 33:8
33:10,12 91:21
92:1,9 110:2,3,6
**god** 216:2 230:5
275:8
**goes** 11:13 160:10
235:11 276:18
281:13 284:9
**going** 9:20,24
10:12 11:20 15:13
16:11,21 17:6,24
17:25 20:7,10,11
21:6 23:10 24:8
24:17 28:3,8
34:19,21 37:4
39:7 44:19 51:20
53:6 56:22 58:24
59:22 61:4 64:21
67:6,16 68:14,16
69:14 70:9,13
77:7 80:10,18,24
82:21,22 90:8,16
92:23,25 93:9
101:7,13 102:8
103:20 104:8,12
105:9,19 106:22
109:1,3 122:12
123:2 124:25
126:19 135:1
139:2,9 140:25
146:23 152:11
158:1 168:8 171:4

172:20 173:1
174:21 178:17
180:13 188:8,15
189:1 201:17,18
202:20 211:5,16
216:2,20,22
220:15 225:5,18
233:9 235:3,8,9
244:3 253:17,18
255:3,19 256:1
258:8 259:20
262:23 263:18
265:1,15 268:12
282:14 284:5,8,22
290:3,7 293:24,24
295:3 298:6 299:5
299:15 301:21
302:4 305:7
308:16 317:2,14
319:24 320:14
**gold** 291:7
**golden** 12:12
291:6,7,8,15
295:17 298:1
304:4
**good** 7:1 9:11,14
48:3 82:6 91:12
93:6,21 96:11
97:24 105:6
166:11,20 177:6
178:3 185:7
194:19 195:23
196:9,21 197:12
198:12,16 214:14
215:25 225:20
226:12 227:10
239:1 256:2 258:4
264:25 265:16
270:12 274:12
275:22 278:8,10
311:16

**gorgeous** 142:2
**gosh** 184:25
**gotten** 94:9 113:19
245:1 303:16
**grab** 213:21
**grace** 281:9,12
**gracie** 32:22,23
**grain** 282:21
**grandmother**
66:14,15
**great** 12:10 71:20
83:6,8 121:15
131:15 162:14
187:16 196:6
211:11,12 228:14
231:10 253:8
256:25 282:23
283:1
**grew** 301:17
**griffith** 313:4
314:4
**grill** 201:4
**grimaces** 102:3
**gronningsater** 2:8
8:17,18
**ground** 9:21
**group** 41:13 160:9
170:14 282:12
**grouping** 79:7
**guess** 20:16 36:20
36:23 37:3,4
119:11 133:15
160:22 190:18
207:25 219:13
225:3 266:14
283:4 305:17
**guessing** 20:12,18
21:2 111:12
**guest** 218:11
**guide** 31:5 252:2

Veritext Legal Solutions
800-826-0277

**[guided - home]**

guided  324:10
gut  153:25 154:20
  154:21
guy  46:11 89:16
  94:6 123:1 124:10
  124:15 125:9,9
  131:14 146:13
  155:1 165:21
  168:6 173:17
  183:13 192:15,25
  192:25 193:25
  208:11 227:25
  231:10 234:21
  253:8 256:23,25
  273:19 284:12
  295:5 299:3
guy's  142:21
guys  15:3 20:25
  22:1 64:3 91:12
  174:6 186:25
  207:21 211:16,22
  213:19 228:19
  229:8,11,24 230:6
  236:14 249:20
  267:5 292:23
  298:23
gwen  122:25 124:1
  155:16 174:8
  221:3,6
gym  32:23 264:17

**h**

h  5:7
ha  228:24,24
  235:7,7 236:12,12
  237:24
hair  57:7,8,13,19
  85:8,9 113:15,16
  113:20,23 117:5,7
  120:6 164:21
  212:13 213:17
  250:17 253:13

254:17 279:23,24
  282:4 313:21
haircut  113:19
hairdresser  85:12
  212:5,8 213:19
  250:16 314:2
half  41:15
halloween  237:24
hampton  3:3
hand  29:10 30:5,6
  30:11,12,15,16,17
  30:21 31:4,5
  33:17 56:20
  105:19 106:22
  112:11 113:23
  117:5,6 126:19
  140:25 167:7
  201:17 244:20
  253:17 258:8
  290:3,7 295:9
  305:7 317:25
  318:1 326:17
handed  52:19
  53:11 244:8,9
handle  66:22 68:3
  306:16
hands  86:9 252:1
  252:2
handsome  131:13
  142:8,12 150:16
  150:25 151:3,11
  227:23 249:7
handwriting
  107:1,2 108:5
handwritten
  187:3
hanging  211:17,22
happen  85:14
  172:18 222:17
  317:6

happened  21:6
  78:19 284:25
  285:13,16
happening  285:10
  315:20
happens  101:2
  180:20 237:24
happy  10:23 11:18
  17:2 96:9 112:12
  186:11 215:18
  218:9 240:2
  264:21 273:7,11
  275:13 301:15
harass  24:12
harassing  22:11
  323:8
hard  30:8 34:8
  169:2 245:22
  273:23 284:4
harder  38:25
hawaii  182:25
he'll  192:15
head  10:15 29:11
  198:3 210:9 263:8
headed  199:12
hear  94:1 136:23
  264:22 270:12
  302:21
heard  167:21
  186:22,23 192:19
  192:24 287:9
hearing  143:20
heavy  112:25
held  1:20 7:21
hello  93:1 111:11
  270:11
help  68:19 101:23
  102:13 119:9
  165:13 216:21
helped  33:2,3
  96:10 120:9

helpful  48:5 93:23
helping  35:21,23
  100:22 150:7,20
helps  137:10,14
hercules  264:11
  264:15
hereto  4:4 325:12
hereunto  326:17
hey  92:12 93:3
  150:15 270:10,11
  274:17,17 284:3
  293:8
heyerdahl  121:14
hi  129:8 141:13
  153:7 296:25
hicks  255:9
hierarchy  210:19
highlight  107:14
highlighted  318:3
  318:10,15
hills  2:12
hip  115:25
hire  46:6 76:11
  77:13 79:9 194:10
hired  48:11
  180:11 194:25
  195:5 268:5
hiring  51:14 78:16
  172:12
hit  46:21
hold  172:24,25
  173:3,12 189:9
  202:7,7 263:21
  271:17 292:1
hollister  255:8
hollywood  209:3
  295:19 297:25
home  211:2 213:4
  213:7 218:8
  249:14 252:7
  283:21 284:11,21

[home - intelligent]

285:3 296:16 297:9
**hommes** 219:7
**honest** 82:14,22 186:12 190:8
**honestly** 88:18
**honored** 83:11
**hope** 109:13 218:14
**hoping** 122:1
**hot** 129:9,16 130:18 131:1,13
**hotel** 251:4,6,10 251:14 260:10,15 261:10 300:16
**hour** 41:15 166:20 218:11
**hours** 32:15 269:16
**house** 51:14 73:20 76:10 168:9 208:24
**houses** 46:18 188:2 194:9
**hudson** 71:13,14 73:23,24 74:1,9,12 98:21,22 99:3,9 102:14 103:10,25 104:18 110:19 285:4
**hug** 228:14,16
**huge** 134:4
**hugged** 295:8
**huh** 283:13
**huhs** 10:18
**humiliate** 16:24
**humor** 211:12
**hunters** 300:18
**hurt** 319:5
**hypothetical** 76:24

**hypothetically** 13:18

**i**

**idea** 66:21,22 93:21
**identification** 52:12 105:13 122:19 126:23 140:24 146:19 149:3 152:14 160:13 188:13 201:22 220:20 223:15 244:7 253:22 258:12 285:24 290:1 302:8 305:11 317:22
**identifies** 98:16
**idiot** 252:12
**ignorance** 98:6
**ii** 89:20 90:23
**imagine** 21:11 49:12 52:25 159:11,13 169:23 172:15 195:18 279:3
**important** 9:25 10:5 38:19 58:5 66:19 176:13
**importantly** 265:10
**impossible** 168:3
**impression** 95:21
**impressions** 95:15 95:20
**improper** 130:3
**inadvertently** 25:19,24
**inappropriate** 130:23 229:24 264:6

**inappropriately** 316:11 318:24
**incident** 27:5 284:25
**include** 51:16 223:25 283:5
**included** 189:19 283:7
**including** 50:14,20 310:14
**inclusive** 278:12
**incorrect** 235:17 267:3
**independent** 87:16 111:14,19 112:4,7 113:13 114:3 127:11,20 146:8 150:10 155:17 159:23 160:4 199:24 206:4 243:22 248:24 269:23 297:15 304:16 310:4
**individual** 54:21 76:12
**individually** 185:13
**individuals** 310:6 316:4
**indoors** 260:1 261:4,7
**industry** 39:11 49:15,25 74:25
**inevitable** 16:15
**influence** 15:4 84:19
**inform** 179:18 322:24
**information** 19:5 19:13 20:11

**informed** 322:23
**informing** 66:3
**informs** 64:24 65:2,17 172:11
**initialed** 325:11
**initiated** 237:3
**initiating** 236:24 237:5 238:6
**ink** 325:11
**input** 258:1
**inside** 260:10,15 261:10
**insinuating** 90:21
**inspired** 247:14
**instagram** 306:22 307:8
**installation** 195:9
**installations** 196:20
**instance** 36:7 66:10 169:3 187:19 258:2 267:21 300:10
**instances** 187:18
**instinct** 119:6
**instruct** 13:16 15:13 16:21 18:22 21:16 128:2 139:9 142:14 205:5 216:22 323:2
**instructed** 15:25 134:16 222:13
**instructing** 13:25 14:4 18:25
**instruction** 322:8
**instructions** 107:19,24 108:1
**instructor** 35:4
**instructs** 11:7
**intelligent** 187:16

[intention - june]

| | | | |
|---|---|---|---|
| **intention** 268:7 | **irrelevant** 16:23 | 310:7 314:11,18 | **job** 1:24 19:12 |
| **interaction** 198:21 | 21:19 | **jason's** 149:23 | 20:16 47:21 79:10 |
| **interested** 39:5 | **island** 244:23 | **jayne** 2:19 8:21 | 97:10,10,13,15,17 |
| 89:11 137:24 | 245:20 246:13 | 18:20 19:24 26:11 | 164:19 170:25 |
| 138:9,13 139:5,18 | 259:12 261:2 | 26:13,20 38:12 | 171:18 174:13,13 |
| 326:14 | 268:13 | 48:23 59:4 62:6,7 | 177:11 185:6 |
| **interesting** 67:1 | **issue** 19:9,11 | 62:7 129:24 | 188:3 194:15 |
| 242:17 | 21:11 262:14,20 | 130:14 134:15 | 215:20 216:5 |
| **interfere** 7:9 | 263:10 | 143:19 166:4 | 269:2 281:8 300:2 |
| **interference** 7:7 | **issues** 215:5 | 197:25 234:8,10 | **joel** 313:4,4 314:3 |
| **interpreting** 190:9 | **ivan** 211:9 | 235:13,25 263:24 | **jog** 111:17 159:22 |
| **interrupt** 10:7 | | 289:1 | **jogged** 112:3 |
| 177:16 300:20 | **j** | **jealous** 192:9 | **joke** 242:12 |
| **interview** 75:4 | | **jeanine** 100:20 | **joking** 11:12 |
| 97:17 174:13 | **jacob** 1:9 2:3 8:10 | 111:1 309:25 | 228:12 231:8 |
| **interviews** 193:22 | 159:8 167:21 | 311:13 | 238:9 |
| **intimidating** 39:23 | 198:21 | **jeff** 100:14 111:5 | **jokingly** 145:20 |
| **introduce** 93:1 | **jake** 21:16 165:10 | 199:2 212:22 | **jonathan** 3:9 |
| **invitation** 170:24 | 169:9 172:4 250:5 | 310:1 311:13 | **josh** 6:7 199:21 |
| 174:12 176:9 | 250:6 311:17,19 | 313:3,3 314:4,5 | 208:10 214:9 |
| 292:19 | 311:25 314:15 | **jeffries** 57:5,9 | 215:10,16 219:16 |
| **invitational** | **janeiro** 32:17 | 170:22 171:19 | 220:18,24 225:8 |
| 176:12 | **january** 220:11 | 175:9,20 179:24 | 225:22 228:13,22 |
| **invite** 78:21 100:5 | **jason** 1:3 2:4 6:3 | 182:4,8,11,15 | 229:15 231:8,9 |
| 155:18 179:14,15 | 7:16 87:14 88:11 | 183:8 184:4,13,21 | 240:2 242:16 |
| 200:15 222:6 | 89:2 91:4,6,15,16 | 186:5 187:2 | 249:25 265:17,22 |
| 268:12,14,22 | 92:13 99:17 | 190:19 191:4 | 266:1 312:4 313:9 |
| 296:15,23 | 103:16 109:4 | 192:4 199:9 | 313:11 320:2 |
| **invited** 170:19 | 111:8,11 114:7,9 | 208:18 247:3,4 | 321:10 |
| 171:14,22 173:1 | 124:11,15,18 | 252:22 257:16,21 | **joshua** 1:9 6:9 8:9 |
| 174:9 176:20 | 131:25 137:16,22 | 257:25 273:18 | 223:14 314:21 |
| 178:3 179:10 | 137:24 142:1,20 | 276:16,20 277:18 | **journal** 100:23 |
| 182:18 184:6 | 146:6,7 147:12,14 | 277:20 278:7 | **jpeg** 149:17,20,21 |
| 193:10,18 251:10 | 147:23 148:4 | 282:2,6 283:6 | **judge** 18:1,2,6 |
| 254:24 269:3,6 | 150:2,15 152:19 | 320:17,23 | 90:1 |
| 293:1,7 | 152:22 153:6,7,25 | **jewelry** 96:4 | **judgemental** |
| **inviting** 283:19 | 154:5 157:15 | **jitsu** 32:23 | 139:2 |
| **involve** 59:22 | 188:11,21 189:4 | **jiu** 32:23 | **jump** 10:13 |
| 75:12 81:14,19,23 | 189:14 217:22 | **jmf** 1:2 7:20 | **jumping** 238:2 |
| **involved** 155:13 | 223:1 250:2 270:3 | **jnana** 1:10 8:10 | **june** 189:11 |
| 295:14 | 288:9,15,16,18 | 288:15 | |
| | 298:15 299:4 | | |
| | 308:20 309:1,4,22 | | |

**[jury - krueger]**

| | | | |
|---|---|---|---|
| **jury** 101:15 | 298:12 299:12 | 112:19,22,25 | 232:8,11 233:12 |
| **jweintraub** 2:20 | 300:2 305:21 | 113:3,19 114:13 | 234:19,19,21 |
| **k** | 307:20 310:11 | 114:14,17 116:1,8 | 236:1 237:11,12 |
| | 317:4 | 119:1,5,9,12 120:4 | 238:10,12,14 |
| **kanner** 6:3 88:11 | **kinds** 34:15 102:4 | 120:23 122:3,25 | 241:6,8,9 242:16 |
| 89:5 90:3 91:4,6 | 225:13 | 122:25 123:17,19 | 242:18,20,21 |
| 91:15 93:14,16 | **kiss** 117:14,16 | 124:14 125:5 | 243:1 246:14 |
| 99:17 109:4 118:2 | **kissed** 25:8,12 | 128:8,9 131:14 | 247:22 249:1,3 |
| 146:6 148:3,10 | 117:20 | 132:18 135:21 | 250:3,5,7 253:6,7 |
| 151:5 152:19,22 | **kitchen** 103:3 | 137:6,11,12,15 | 253:14 255:10,25 |
| 153:7,14,17 | 310:15 | 138:21 140:1 | 256:15,19,20 |
| 156:23 157:15 | **klein** 84:8 | 143:13,19 145:21 | 257:5,7 260:8,24 |
| 188:11,21 | **knew** 56:9 61:19 | 145:22 148:11 | 261:1,2 263:1,2 |
| **kanner's** 92:13 | 92:23 111:6 | 150:6,8 151:1,8 | 265:5,13,14,19,20 |
| 147:12 150:13 | 148:11 191:12,21 | 154:22,23 156:11 | 265:20 266:12,14 |
| **keep** 20:12,18 21:2 | 321:5 | 158:12,12 159:19 | 266:15,15,16,16 |
| 87:1 116:3 142:20 | **know** 10:20,23 | 160:22,23 165:14 | 266:17,19 268:18 |
| 163:14,17 180:4 | 11:17 19:25 20:19 | 165:15 168:24 | 268:19 270:3,7 |
| 189:10 218:1 | 23:3,5,19 24:15,16 | 169:5,5,6 170:16 | 272:25 273:22 |
| 254:19 286:1 | 24:25 26:4 29:9 | 171:1 172:4,20,22 | 274:18,19,22 |
| 299:14 303:20 | 29:17 30:10 31:21 | 174:14 175:6,7 | 275:17 282:1 |
| **kept** 296:17,23 | 31:23,24 32:12 | 176:2,3,6,14 | 284:11 285:25 |
| **kid** 261:20 262:1,3 | 35:20 36:8 37:3 | 183:12 185:23 | 286:9 287:19,22 |
| **kids** 162:9,10,11 | 38:19 39:14 41:13 | 187:3,7,17,25 | 288:14,25 292:5,8 |
| 162:14,17,18,22 | 41:16 44:25 45:15 | 188:1 189:1,12 | 294:2 295:6,7,25 |
| 172:13 188:2 | 46:23 47:13 48:21 | 190:9 191:24 | 297:2 298:13 |
| 191:13 296:20 | 50:13,23,24,24 | 192:9 193:16,24 | 299:21 300:8,22 |
| **kilcer** 306:11 | 54:12 57:2,23 | 194:17 195:8 | 300:24,24 301:12 |
| **kilcer's** 306:12 | 58:18,19 59:2,20 | 196:2,3,4 198:7,8 | 303:9 305:19 |
| **kind** 30:7 73:20 | 59:21 60:23 61:3 | 204:22 205:23 | 306:18 307:9,22 |
| 75:21,22 76:5 | 61:19 62:22 64:11 | 206:8,19 208:13 | 308:12 311:1,2 |
| 89:15 94:3 96:8 | 64:11,12,23,25 | 209:2,9,12 211:13 | 312:13 315:19,20 |
| 112:25 118:17 | 65:1,25 67:15 | 211:18,20 212:3 | 316:20,22 317:4 |
| 139:3 168:18 | 68:13,16 70:2,5 | 213:19 214:23 | 317:13,13 321:22 |
| 189:4 211:13,21 | 72:16 75:21 79:25 | 215:10,12 217:2,4 | **knowledge** 19:25 |
| 215:22 227:25 | 80:14 82:12,13,17 | 217:16 218:12,13 | 25:1 61:1 307:11 |
| 231:7 241:4 | 83:5,7,7,17,20,25 | 219:24 222:22 | 312:1 |
| 246:15,19 248:2 | 86:10,15,17 89:14 | 223:2,21 225:21 | **known** 91:8 241:5 |
| 249:13 250:14 | 90:7 92:25 94:2,2 | 226:12 228:9,11 | **krueger** 1:9 8:10 |
| 262:24 265:10 | 94:3 95:23 96:10 | 229:1,16,18 230:7 | 53:16 54:5,7 |
| 266:20 270:13 | 99:6 109:8 112:13 | 230:20 231:3,10 | 63:12 269:13,19 |
| 282:20 291:24 | | | |

Veritext Legal Solutions
800-826-0277

[krueger - little]

269:22 270:22
271:1,4,9 272:3,7
272:17,21 273:8
273:16,20 274:2
274:13 276:10
283:20 285:3
286:21 287:6,15
288:2 313:15,16
313:20,24 315:2
**krueger's** 55:24
273:3 275:14

**l**

**l** 207:16,17
**l.a.** 136:15 153:8
245:21
**lab** 279:5,5
**labeled** 219:25
**lack** 183:16,22
**lady** 302:15
**language** 129:15
129:18 227:22
303:5
**large** 12:11 72:6
170:14 227:9
**larger** 112:23
**lasts** 224:25
**late** 237:25 292:23
**laugh** 252:11
**lauren** 79:8,13
170:22 190:18,24
190:25 191:8,16
191:18,18,19
192:3,19 193:12
193:21 208:18
225:15 247:5,13
247:19,25 248:7
279:17 280:3,5
299:24,25
**lawsuit** 27:22
270:4,5,24 286:23

**lawsuits** 9:16
316:15
**lawyers** 128:3
**lay** 299:6,9
**laying** 298:13
299:8
**layout** 102:14
280:1
**layouts** 276:19
**lbbw** 5:12,14,16
5:21 105:12,16
122:15,18 126:22
127:3 149:2,5
286:10 320:1
**lbi** 6:4 123:10,24
124:3 125:1
188:12,21 221:7
221:13,18 222:4
222:12,20
**lead** 37:13
**leading** 163:19,21
163:24
**leads** 121:21
**lean** 58:1
**learn** 159:12
214:15
**learned** 27:18
**leave** 95:14 301:8
**leaves** 323:18
**led** 27:5
**left** 55:5 205:22
227:18 301:10
323:6
**lengthy** 160:9
**lens** 113:1,4
**letter** 61:12,13,23
61:24 62:5 63:8
63:20 64:4 187:3
187:3 217:6
**letters** 189:8

**letting** 58:19 59:19
61:2 68:15
**level** 78:25
**levine** 2:8 8:17,18
**libbares** 3:10 7:24
**lie** 186:24
**life** 93:2 239:21
275:20 292:13
300:23
**life's** 318:25
**lifting** 267:9
**light** 72:14 74:6
96:3 205:20
**lighting** 77:11
**liked** 108:13
119:13 120:21,24
126:16 151:2
162:15 170:1
193:1 194:2,2
208:10 229:15
231:9 234:18
247:13 249:2,22
253:8 256:4
265:17,17 276:3
276:11 277:24
280:4,25 281:18
282:2 300:24
**likes** 278:8
**limine** 21:12
**limit** 239:10
**lindemann** 302:19
**line** 18:1,3,7 48:10
108:6 128:21
135:3 230:21
239:1 247:10
261:22,25 262:10
**lines** 35:12 85:10
87:5 131:2 132:25
156:15 230:24
238:22

**ling** 302:23
**link** 149:22
**links** 149:17
**lips** 25:10,11,14
**lisa** 310:3
**list** 167:19 176:19
176:25 177:5
178:8 254:4,12,17
254:20,24 255:3
256:11,13,14,16
256:17,18,21,22
257:10,15,20
258:2,5
**listen** 62:18 70:2
93:3 184:1 204:24
231:11 284:3
292:9 296:21
**listing** 87:1
**literally** 263:20
**little** 1:6 2:16 3:9
7:17 8:22 9:1
15:16 57:7 58:3
58:16 60:7,17
61:1,8,9 62:7
69:14,14 70:10
71:6,16 72:22
74:11,16 78:15,19
78:20 79:2,9,19
82:19 89:19
114:11 115:21
116:4,6 119:17
155:15 157:4
171:5 172:10,24
173:8,11 175:13
175:15,18 181:6
181:10,23 191:13
192:24 209:21
210:4,16,20
215:17,20 217:24
231:8 240:10,12
243:7,10 249:8

**[little - mails]**

| | | | |
|---|---|---|---|
| 257:13 274:10 | 120:13,17,22 | 290:5 302:10,22 | 160:19 165:10 |
| 287:23 289:3,7,14 | 121:25 122:5,9,10 | 318:11 | 167:2,23 169:9 |
| 299:12,13 | 123:7 135:16 | **los** 129:3,5 | 198:21 250:5,6 |
| **littlebearinc** | 140:5 141:1 148:4 | **lot** 33:2 34:13 | 311:18,19,25 |
| 302:14 | 149:12 162:18 | 38:21,23 40:2,7 | 314:15 |
| **littlebearinc.com** | 178:3 182:6 | 41:20,21 47:2,9,15 | **madden's** 167:21 |
| 123:14,15,20 | 187:16 201:23 | 51:5,6,11 72:7 | **mag** 244:24 |
| 147:17 | 202:1,10 223:17 | 76:4 79:11 84:2 | **magazine** 46:17 |
| **live** 71:16,21 | 228:14 229:8 | 89:2 90:9 91:13 | 48:10 49:9,18 |
| **lived** 12:6 | 230:1 235:14 | 111:7 122:8 135:6 | 76:11 77:1,3 79:8 |
| **lives** 136:15 218:2 | 236:15 245:7 | 164:19 166:21 | 79:22 193:3 |
| 237:9 | 249:6,15 256:20 | 170:2 198:11 | 194:17 196:25 |
| **living** 99:4,8 | 259:23 261:6 | 199:12 207:21 | 225:17 227:5 |
| **llp** 3:3 | 262:9 276:22 | 208:12 213:18 | 246:1,2,2 248:4,5 |
| **load** 112:17,20 | 283:25 287:1,13 | 215:12 216:18 | 248:11 264:14 |
| **local** 300:2 | 292:4 320:3 | 217:9 222:15 | 275:24 302:25 |
| **located** 7:22 71:11 | **looked** 113:20 | 224:17 228:15,23 | 303:1 |
| **location** 98:22,24 | 121:3 141:7 | 229:13 234:16,19 | **magazines** 47:15 |
| 102:16 160:25 | 167:21 249:14,19 | 235:6 236:11 | 84:9,9 194:9 |
| 166:9 185:11 | 274:11 | 249:3 265:15,18 | 248:6 |
| **locations** 261:1 | **looking** 65:8 | 273:2 275:18 | **mail** 6:3,7,20 |
| **loft** 72:6 | 111:23,25 113:2,8 | 286:1 288:6 296:9 | 123:8,15 124:4,24 |
| **long** 10:24 12:6 | 124:24 134:23 | 296:19 300:25 | 125:1,8,18 147:10 |
| 27:11 48:22 86:16 | 138:16 165:12 | 301:17 | 147:12,16,19 |
| 91:8 96:19 100:16 | 167:3,8 182:1 | **lots** 225:17 | 148:10 149:13,16 |
| 124:23 137:17 | 202:14 206:7 | **loud** 10:1 137:14 | 149:24 150:3,11 |
| 138:4 167:15 | 214:22 217:3 | 318:17 | 150:12,13 152:19 |
| 172:19 214:4 | 225:20 226:11 | **love** 70:3 153:7,8,8 | 153:3,6,20 155:5 |
| 217:17 223:18 | 233:20 242:14 | **loved** 153:9,15 | 157:10 169:15,16 |
| 269:25 270:1,20 | 273:12 276:5 | 231:14 301:16 | 169:20 188:11,18 |
| 279:24 284:8 | **looks** 108:7,11 | **lovely** 168:6 | 188:21 189:6,16 |
| 301:11 302:22 | 125:20 131:14 | **low** 56:12 57:3,15 | 220:18,23,23 |
| 314:5,5 | 152:25 153:10,19 | **lower** 116:14 | 261:18 262:6 |
| **longer** 145:6 | 182:15 188:16,20 | **lucky** 185:17 | 263:17 264:20 |
| **longest** 188:3 | 189:5 202:4 | **lunch** 151:18 | 266:10 267:7 |
| **look** 10:19 26:17 | 206:10 220:22,23 | 213:9 297:5 | 302:6,10,20,24 |
| 40:13 52:15 53:1 | 221:2,6,17,24 | **lying** 316:12,16 | 303:10 |
| 54:14 65:7 75:4 | 240:5 244:15 | **m** | **mailing** 123:23 |
| 89:24 90:25 93:6 | 255:12,22 256:7 | | **mails** 5:23 6:3,6 |
| 94:6 96:1,13 | 260:3 263:24 | **madden** 1:9 2:3 | 152:13 156:1,2,6 |
| 103:9 108:10 | 275:23 279:8 | 8:10 21:16 26:17 | 156:21 157:20,22 |
| | | 159:8,9,16 160:5 | |

**[mails - mentioned]**

158:8 188:10,18
220:17 224:3
267:1
**main**  104:11,14
**majority**  37:18,25
244:15,22 259:13
**makeup**  85:12
120:7 164:21
212:5,8,13,15
213:17 215:25
253:13 254:18
313:21 314:1
**making**  46:5 193:3
200:3 243:21
269:22 279:3
317:17
**male**  15:10,21
16:19 19:15 23:12
23:22 24:1,5,21,23
25:5,8,12,18 26:6
27:2,14,15,19,25
31:4,5 33:9 42:12
42:20,25 43:19
44:6,13,16 45:5
46:4,20 47:2
48:13 49:7,10
51:9 55:13 82:3
82:10 129:16
130:21 135:4
143:1 145:17
231:4 237:9
238:23 239:7,10
282:4 315:4,17
322:22 323:15
**males**  46:14
**man**  30:13 43:11
61:16 95:22 168:5
187:11 216:7
270:11 298:12
**manner**  11:12

**march**  11:25
**mark**  52:9 105:9
122:12 152:12
276:23 285:20
289:22
**marked**  51:21,24
52:12 53:12,18
105:13,20 119:12
122:19 126:20,23
127:1 140:23
146:19 149:2
152:14,17 160:8
160:13 188:8,13
201:21 220:16,20
223:14 224:14
244:6,9,10 253:22
254:2 258:12
285:23 290:1,4
302:8 305:8,10
317:21
**markings**  106:24
107:5,19 276:1,9
**marks**  137:19
**marlon**  257:2,3
**marmont**  217:20
**marriage**  326:13
**massachusetts**
162:1
**masturbated**
24:23 25:4
**matera**  1:21 7:25
9:7 326:3,22
**math**  108:17
**matt**  189:1,9
**matter**  7:16
326:15
**matthew**  217:21
218:6
**mcqueen**  249:9,15
249:19 261:21
262:2,4

**mean**  14:17 29:7
36:6 37:9 40:13
40:18 49:20 50:16
66:24 68:24 77:9
82:15 86:9 98:8
107:7 108:22
114:13 121:9
122:1 127:14
157:2 160:21
161:6,16 177:16
179:21 183:13
185:8 191:21
192:8 193:3,14
196:2,4 205:12
209:15 217:11
219:20 226:18
228:11,20 230:10
231:4 232:22
234:15,18 238:10
249:18 253:3
255:24,25 256:8
256:13 263:12
265:17 266:14
267:4 271:12
289:12 300:19
301:2 307:19,22
**meaning**  49:16
107:11 240:20
**meaningful**  218:4
**means**  19:18 49:15
49:21 50:1,4,13,18
69:11 98:10
107:12 123:18
228:23 235:6
236:11 241:2,3
242:21,23 256:5,9
**meant**  16:23 78:8
145:20 242:6
**media**  305:20
306:17 307:7,12

**medicine**  215:22
**medium**  112:24
312:13
**meet**  16:2 21:3,5
41:10 70:19 74:19
83:16 88:16,25
90:13 91:2 92:17
93:21 150:17
153:11 185:12
193:25 251:3,13
322:10,15,25
**meeting**  81:22
88:9 89:4,9 90:4
91:22 92:1,11
93:7,15 94:4,8,13
95:16 96:17
120:20 121:2
137:24 139:18
146:12 147:24
155:22 156:4,8,24
157:3,16 159:8
267:21,25 271:9
272:6 288:14,18
**meetings**  157:10
**memory**  71:20
111:17 112:3
159:22 200:8
**men**  46:8,16 47:16
47:20 65:12 84:4
211:14 225:20
226:11 254:4
282:12
**men's**  321:7,8
**mention**  177:15
227:6 230:9
**mentioned**  67:14
102:15 103:1,23
105:4 114:2 117:4
120:10 135:24
190:19 198:9
209:19 214:12,24

Veritext Legal Solutions
800-826-0277

Bruce Weber - 9/19/2019

**[mentioned - models]**

249:10 282:2
286:19 295:12
300:11 311:10
324:7
**mentioning** 226:1
227:13
**merkel** 310:3
**merry** 240:15,23
**mess** 113:23
**message** 127:21
128:12,16,19
132:6 133:4
135:12 136:1
138:5 139:6 141:5
141:9,19 221:3
224:16,22 225:6
227:14 236:10,25
240:1,19,23 242:1
287:2
**messages** 5:17 6:9
127:8,16 128:13
140:22 156:3,7
157:20 223:13,25
224:20 230:11
234:9 286:4
**messed** 266:20
**met** 20:13,17,23
21:4 87:20,21
88:2,4,6,23 89:13
92:17 96:9 126:9
146:1 148:4,6,20
151:11 153:8
193:24 200:11,12
217:19 243:25
288:20,20 295:1,9
**miami** 2:18 150:19
208:22
**michael** 199:3
304:13 313:7
**microphones** 7:4,9

**middle** 46:22
100:17 134:3
135:23 144:9
232:19
**mike** 57:4,5,9
162:16 170:21
171:18 175:8,20
179:24 182:4,8,11
182:15 183:2,3
184:4,12 186:5
187:2 188:6
190:19 191:4
199:9 208:18
212:22 247:3,4
252:22 257:6,16
257:21,24 273:18
276:15,20 277:17
277:20 278:7
282:2,6,10 283:6
283:18 304:10,16
304:22 305:6
320:17,23
**mike's** 273:18
**millimeter** 113:4
**mind** 23:15 88:24
91:22 119:4 120:4
122:3 263:18
303:24 318:20
**mindset** 248:11
**mine** 54:4 211:8
266:20
**minimized** 149:15
**minute** 32:12
77:22 143:24
146:24 166:6,7,11
190:17
**minutes** 22:2
26:13 131:23
133:4,10 137:18
223:17 269:17
296:24

**mirror** 130:7,8
240:6 241:17
242:15
**mischaracterizing**
32:6 234:6
**misperception**
317:9
**misspelled** 302:22
**misstating** 38:11
121:1
**mistake** 283:16
317:8
**mixed** 23:2
**mm** 55:7,21 71:15
95:17 188:24
215:3 225:16
238:4 240:4
262:18 265:24
307:2
**mma** 301:3
**mmm** 55:7,21
71:15 95:17
188:24 215:3
225:16 238:4
240:4 262:18
265:24 307:2
**model** 15:11,21
16:19 17:17 19:16
20:13,17 21:4,6
23:13,22,22 24:1,5
24:22,23 25:5,9,12
26:6 27:2,14,15,19
27:25 29:22 30:15
30:21 31:4,15
32:3 33:9,9,24
34:10 35:9 36:5
36:11 37:8,9 38:2
38:9 40:11,25
41:23 42:12,20
44:14,16 45:5
46:4,20 48:1,13

49:7 50:19 56:14
58:17,19 59:20,21
64:6 66:3,5,9
67:18,23,25 68:7
68:15 71:1 75:17
76:13 77:2,14
80:9,17,23 81:11
81:22 82:23 83:23
84:11,17,20 85:4
85:19,20 86:6,7
87:3,7,10 91:17
97:13 98:2 100:5
118:22 119:22
122:6 130:21
131:11 135:5
138:20,22 144:21
151:7 169:10
170:21 174:15,21
176:9 179:14,18
180:1 183:18,23
190:13 213:13,22
228:6,8,9 231:13
233:21 238:17
239:12 241:5
258:3 278:2,9,17
278:17 289:6,11
289:13,16 320:25
322:22 323:15
**model's** 25:19
30:16,17 31:5
33:16 42:12,21
43:19 55:13,20
109:16 145:17
195:23 196:10,22
197:12 198:12,17
**modeling** 90:6
109:12 231:14
270:15
**models** 19:15
20:21 28:23 38:6
39:6,10,15,16 40:7

Page 25

Bruce Weber - 9/19/2019

**[models - new]**

40:24 41:21 42:25
44:6 47:2 61:2,24
63:8,21 64:14,24
65:2,17 66:9 76:4
77:10 78:21 82:3
82:3,10 89:22
91:1 99:22 100:2
129:16 130:16
131:8 132:21
143:2 157:11
158:16 162:12
163:11 164:4,7,13
165:1,5 166:12,14
166:18 167:19
170:18 171:9,13
171:15,21 177:1,5
177:8 178:2,11,17
179:10 180:16,17
180:18 182:17
183:4,8 184:5,12
185:8 186:5
189:19 190:13
193:9,22 207:18
208:4 209:13,21
209:22,23 210:1,5
210:12 211:25
228:4 231:4,5,18
231:25 232:6,18
232:25 233:5,16
237:9 238:23
239:7,11,16 242:7
246:18 248:15
251:6 254:20,24
255:3,13 256:15
257:11,15 268:22
269:6 278:6 282:4
315:4,17 318:23
**modest** 109:18
**mom** 301:9,13
**momala** 189:3

**moment** 83:16,18
89:2 114:6 205:21
294:1 316:8
**moments** 275:20
**monday** 210:15
**money** 91:13
298:18
**montauk** 12:17,19
296:16,19 297:9
297:13,17,24
**month** 148:1
172:22,23 177:9
220:3
**morick** 100:20
**morning** 7:1 9:11
9:14 264:21
**motion** 16:15,16
17:11 21:12
**mouth** 148:18
311:6
**move** 30:20 41:13
63:2 64:21 67:6
101:7 159:7 169:2
188:7 190:16
199:20 216:8
218:15 227:16
236:9 243:16
269:12 284:22
288:8 311:17
**moved** 209:1
**movie** 89:20 249:9
**movies** 247:15
**moving** 310:12
**mullin** 3:3 7:22
8:25
**multiple** 40:24
132:1 142:2
163:11 164:4
**murphy** 199:3
212:22 304:10,13
304:17,22 313:7

**museum** 121:15
196:21 225:19
226:7,9
**museums** 40:14
47:14 195:10
196:19
**mutual** 186:25

**n**

**n** 2:1 3:1 5:1
124:12
**nadia** 154:1,20
155:2
**naked** 241:21
303:2
**name** 7:24 9:12,15
54:8,16 84:8
87:14 124:9
159:18 160:17
167:12,17,21
177:15 199:3,14
199:16,21 201:2
212:25 258:5
269:19 302:18
**names** 255:13,13
255:22
**nan** 73:7 101:5
210:24,25 213:1
**narrow** 17:1,3
20:4,5,20 182:2
**narrowed** 18:4
20:9 148:1
**nathan** 306:11,12
**natural** 74:6
**nature** 236:24
**near** 72:14 163:3
168:16,18
**nearby** 163:4
**necessarily** 93:15
143:5 179:21
198:12 220:9

**necessary** 324:5
**necessity** 213:24
**need** 11:2 20:19
23:18 46:4 69:18
73:19 101:12
118:11 119:7
134:17 205:19
213:19 216:23
285:17 298:17,18
298:18 317:23
**needed** 42:5 117:5
118:16 206:13
273:1
**negative** 107:12
206:9 278:21
**nervous** 118:8,22
**never** 23:2,11
24:13 39:3 47:23
47:24 49:8 56:12
56:16 76:21 86:5
177:20 187:13
251:10 252:9
256:24 263:18
274:14 283:18,22
293:21 298:21
303:19 311:24
318:23 319:5
**new** 1:1,15,15,22
2:5,5 3:4,4 6:23
7:19,23,23 8:12
12:3 26:14 32:20
39:11,15,16,20,21
71:9 97:2 124:12
173:6 174:16
200:13,18 201:6
203:8 218:9
267:20,23 270:15
284:5,6,10 300:3
300:16 315:21,23
315:24 316:4,11
317:15,20 318:3,5

**[new - obviously]**

| | | **o** | 109:19 111:21 |
|---|---|---|---|
| 318:13 319:9 | 84:11,18 115:1 | | 114:21 115:5,12 |
| 326:4 | 143:5,9 144:21 | **o**   124:12 207:16,17 | 119:16 121:6,7 |
| **news**   186:16 | 145:1 203:19 | **oath**   8:5 | 122:7 128:1,2 |
| **nice**   95:22,23 | 204:3,7,10,18,24 | **object**   13:22 16:12 | 129:17,24 133:1 |
| 101:5 125:10 | 218:8 226:19,20 | 20:3 21:15,23 | 133:20,22 138:1,2 |
| 208:11 215:11 | 256:1 283:18 | 26:1,14,21 28:4 | 139:7,20 140:11 |
| 229:18 249:4 | 292:6 293:7,11 | 37:23 59:8,10 | 142:16,22 143:17 |
| 253:1,4 262:16 | 294:11,18 298:12 | 62:12,15 63:3 | 144:23 154:12,17 |
| 275:21 278:24 | 303:25 318:23 | 123:3 129:18 | 155:10 157:6 |
| 302:21 | 320:14,15 321:24 | 130:10 135:9,13 | 163:13 164:15 |
| **night**   259:17 | **nudes**   46:16 49:19 | 136:1 156:14,16 | 174:22 180:8 |
| 298:20 | 56:8 67:3 68:1 | 156:17 157:25 | 189:21,25 190:2,4 |
| **nine**   283:25 | 84:4 143:4 203:23 | 198:1 235:9 | 190:5 192:21 |
| **nods**   10:16 | 205:25 217:9,11 | 294:15 298:6 | 193:13 196:1,11 |
| **nonresponsive** | 256:8,10 262:24 | 308:15 | 197:13 198:18 |
| 64:22 67:7 101:9 | 265:8 282:5,7 | **objected**   21:19 | 203:21 204:19 |
| 216:9 218:16 | 283:6 292:20 | 144:14 322:7 | 210:17 215:9 |
| 284:23 | 293:17,23 303:18 | **objecting**   20:6 | 220:13 222:7 |
| **normal**   135:7 | 304:5 305:6 320:8 | 84:18 103:23 | 230:25 231:19 |
| 241:6 | **nudity**   59:23 65:3 | 163:24,25 236:1 | 232:1,7,14,20 |
| **normally**   139:25 | 65:25 66:21 67:16 | **objection**   13:14,15 | 233:6,17,18 |
| **northern**   246:13 | 68:8,14,17 80:5,10 | 15:12,22 16:14,20 | 237:10,16 238:8 |
| **norway**   121:12 | 80:18,24 81:7,14 | 17:23 22:23 24:11 | 238:24 239:8,18 |
| **norwegian**   121:13 | 81:19,19,23 | 24:24 25:21,23 | 241:23 243:9 |
| **notary**   1:22 4:14 | 226:23 262:23 | 26:1,9 28:14,16 | 266:11 273:10 |
| 9:7 326:3 | **number**   7:19 8:13 | 29:24 31:13 32:5 | 281:22 292:22 |
| **note**   7:4 221:10 | 51:22 53:13,21 | 35:13 36:15 37:20 | 293:13 309:23 |
| 262:16 | 128:23,24 129:8 | 38:3,10 41:2,25 | 310:21 311:4 |
| **noted**   133:23 | 131:20,22,22,24 | 43:5 44:3,17 | 312:23,24 313:13 |
| 324:19 325:11 | 141:13,14,15 | 45:24 47:5,12 | 314:12 317:11 |
| **notes**   264:3 | 167:9,10 170:13 | 48:18 56:2 57:14 | 323:1 |
| **nother**   19:9,11 | 202:21 245:2 | 58:23 60:13 62:2 | **objections**   4:9 |
| **notice**   57:22 | 254:3 258:22,23 | 62:3 63:24 64:16 | 22:10 198:6 |
| **nous**   124:11,16,18 | 259:22 276:5 | 65:5,19 68:18 | **objects**   11:5 |
| **november**   150:3 | 319:25 | 76:15 79:5 80:11 | **obstructed**   110:20 |
| **nude**   43:10 47:15 | **numbered**   55:4 | 81:1,9 82:5 83:1 | **obvious**   10:11 |
| 47:16,19 48:12 | **numbers**   203:1 | 85:21 86:13 90:12 | 15:18 |
| 49:1 50:5 56:13 | 258:14 | 90:15 91:18,24 | **obviously**   48:17 |
| 61:5,20 63:23 | **nyc**   150:17 | 92:4,7 94:15,23 | 154:14 160:1 |
| 65:16,18 66:6 | | 101:22 102:22 | 323:7 |
| 82:25 83:4,7,13,22 | | 103:22 109:7,17 | |

Veritext Legal Solutions
800-826-0277

**[occasion - p.m.]**

**occasion**  30:14
  33:16 41:18,22
  76:23 81:18 85:7
  85:16,19 86:11
  165:11 200:11
  297:23
**occasions**  100:1,4
  138:14 158:22
  177:4 178:1 179:9
  268:21
**occurred**  77:4
  280:9,16
**ocean**  12:15
**october**  218:12
**offend**  101:11
**offended**  87:5
**offered**  62:8
**offhand**  122:23
  123:4
**office**  72:22
  102:20,25 103:14
  131:22 257:22
**officer**  89:20
  90:11,19,23
**offices**  79:14
**oh**  32:18 37:11,12
  44:8 68:2 70:2
  119:3 145:24
  184:25 186:18
  191:10 193:17
  208:19 216:2
  230:5 242:13
  245:5 246:1
  263:17 279:21
**oijen**  1:10 6:20
  8:11 288:9,10,14
  288:15,18 289:2,5
  289:11,14,18
  290:23 291:3,15
  292:19 293:10,18
  294:12,20 295:13

296:6,12,15 297:8
297:16,23 300:12
302:1,7,11 304:5,6
305:3,4 309:4,5
314:18
**oijen's**  294:5
303:4
**okay**  15:9 23:9
24:4 26:11 30:14
30:20 31:18,19
32:16 33:7 35:17
37:1 38:7 41:6
43:25 48:1 49:12
49:24 50:4 51:3
51:10 54:24 55:10
59:3,18 60:5,24
61:8,15 63:17
65:11,22 68:11,21
69:7,15,17,19 70:9
71:19 75:8 76:19
88:15,22 92:10
93:13 95:13,25
98:19 99:13
102:10,12 103:4
105:8 106:21
107:9,10 109:24
112:6 113:11
115:17 116:13
125:4,20 126:14
126:25 127:10,19
127:19 130:20
131:16,18 132:15
134:23 135:17
137:21 140:9
145:4,9 152:11
153:24 155:5
158:20 159:20
161:1 162:21
165:9 169:23
170:6 171:8,10,11
171:20 172:6,9,18

172:23 173:5,21
174:19 177:14
178:9 179:8 180:3
180:23 182:7
183:16 185:22
186:1 188:20
189:15 197:24
199:20 202:9
206:25 212:12
216:8,14 219:20
220:1,10 222:2,11
235:5 238:21
241:1 242:3 246:7
246:9 247:7
248:19 249:22
253:16 254:23
255:11 257:8,19
258:7 261:13
267:11 270:21
271:16 281:25
282:13 285:1
289:21 293:18,20
293:23 294:11
298:19 299:3
302:13 303:13
305:14 308:12
312:4 315:16
316:3 318:9
**old**  39:17 125:13
150:16 211:8
296:19
**once**  30:4 81:24
85:25 104:10
105:7 149:5
250:13 274:1
309:9
**one's**  70:25
**ones**  119:13
126:16 155:17
181:15 213:6
276:16,17,23

277:17 281:18
321:12
**ooo**  3:12
**open**  116:4
**opinions**  64:18
  192:19,23
**opposed**  10:16
  22:15 248:7
**option**  189:3
**options**  189:10
**oral**  24:4,15
**order**  17:10 52:4,6
  52:21 55:4 105:18
  106:16 108:2
  258:19 267:1
  290:5 323:9
**organizing**  75:22
**original**  14:15
  141:20
**originally**  80:4
**outcome**  326:14
**outdoor**  161:25
  162:25
**outfits**  166:17
**outside**  27:21
  43:14 70:25 72:20
  156:25 209:10,11
  209:12 213:6
  250:25
**overbroad**  21:19
  26:10
**overly**  16:22
**override**  222:4
**owned**  168:11
  169:14

| p |
|---|

**p**  2:1,1 3:1,1
**p.a.**  2:15
**p.m.**  128:22
  151:16,18 152:2,4
  218:22 219:1

Bruce Weber - 9/19/2019

**[p.m. - personally]**

224:9 235:25
236:5,6 245:11
271:22,25 290:18
319:20 324:16,19
**pacific** 249:21
**packing** 298:22
**page** 5:2,8 6:17,21
53:23,24 55:8
57:20 70:13 123:7
134:13 147:11
149:4,6 202:21
225:7 227:17
235:12,23 237:18
239:23 240:2
263:20 267:6
285:23 287:2,13
305:10,15 317:25
318:11
**pages** 1:25 52:20
105:21 203:4
290:13
**pandc** 123:14,15
123:20
**pants** 57:23 116:3
116:5,7 282:19
**paper** 66:12 72:11
107:16
**papers** 270:7
**parents** 48:3
**paris** 226:7,9
**part** 28:7,9,21
29:15,20 46:12
47:20 54:17 84:10
84:11 94:4 100:7
101:17 103:12
107:18 116:4
118:18 190:13
216:1 239:21
247:23 253:6
321:11

**participation**
285:19
**particular** 41:23
**particularly** 89:15
138:11,12 154:19
290:5
**parties** 4:4 7:11
322:11 326:12
**party** 21:4 174:11
176:8
**passed** 168:7
**pay** 91:14
**pebbles** 249:10
**penalty** 325:9
**pending** 10:25
144:15 301:22
**penis** 25:19 42:13
42:22 43:20,23
44:14,16 45:6,23
46:4,20 47:20
48:12 49:2,7,11,16
51:9,17 55:14,17
55:20,24 56:15,21
56:23 57:1,20
58:7,21 59:24
116:11,15 132:12
132:17 133:12
135:5 136:9
137:23 138:9
142:4,21 143:10
144:22 145:18
203:20 204:1,12
217:8 273:4
287:18,21 320:9
320:10,25 321:9
**penises** 42:25 44:7
46:14 47:3 132:21
136:4 143:2
**pentax** 112:23
205:14

**people** 27:8 34:13
34:13 35:7 38:21
39:19 41:8,14,14
43:8 48:5 49:25
60:3 61:9,10,17,19
63:7 72:7 75:23
78:10,13,15 80:15
84:2 101:4 103:1
103:5,25 104:6
114:1 122:9 124:2
126:5 144:25
145:2 155:18,20
162:17,19,20
164:23 166:22
169:1 171:2 172:1
172:3 173:4,24
174:4,7 175:5,8,22
176:3,15,19
177:12 180:17
181:22 182:24
183:6,15 185:10
185:14,15,17
187:12,16 191:24
197:2 207:10
210:5 211:12
213:24 222:16
228:10,11 238:14
252:21 253:13
254:14,15,16,19
257:5,25 268:11
268:18 275:18
282:11,12,17,25
296:9,10 297:3,4
299:14 310:11,11
311:9 312:20
316:10,22,24
**percent** 291:25
**perfect** 113:21
183:18,24
**periodical** 76:10

**periodicals** 46:18
**perjury** 325:9
**permission** 32:4
36:3 59:20 63:23
66:4 70:5
**person** 13:22
18:10 32:24 34:20
38:20 49:10,22
54:7 64:17 65:8
69:25 70:8 77:8
78:11,12,12 81:22
85:15 87:13,20,21
88:3 92:2 94:3
96:11,12 108:2
114:11 116:2
119:1 120:7,24
137:10 138:24
146:3 169:6,13
173:17 184:19
190:23 192:9,11
199:21 209:25
212:13,15 217:12
222:12,24 230:11
230:12,13 265:13
269:18 272:25
296:5 317:5
**persona** 95:24
**personable** 208:11
**personal** 72:4 73:2
73:16 238:22
239:5,15
**personality** 73:18
136:18 137:4,7
211:10
**personally** 56:14
68:6,24 69:1
89:14 91:9 99:15
191:22 194:1
230:3 234:18
252:9 321:13

[phone - picture]

**phone** 9:3 24:21
25:5 33:25 128:23
128:24 131:21
157:3,15 158:25
223:7 230:10
267:13 270:2
284:16
**phones** 7:8 34:14
**photo** 25:20 26:7
27:3,14,16,20 37:8
37:19 38:1,8
40:23 41:19,22
44:15 56:23 74:7
80:5,6 84:25 85:4
86:6,20 87:3
89:12 95:10 96:17
96:23 103:7 108:8
113:12 114:10
115:19,23 118:4
158:16,24 159:4
161:3 165:4
166:15 169:11
201:25 211:24
218:6 241:15
243:5 304:3,17,21
311:25 317:10
**photograph** 19:17
23:13 24:1,5,22
25:6,9,13 28:1
32:21 38:21 53:2
55:3,3,6,6,10,11
55:12,16,19 57:18
72:8 74:20 80:14
81:18 83:6 88:13
89:16 94:1 121:23
132:6 133:18
161:19 194:18
206:12 208:7
222:9,14 226:19
242:20,22 276:14
278:1 287:22

299:18,21 300:4
308:19 313:2
**photographed**
23:24 63:23
191:14 196:25
197:1 211:9
217:20 234:17
249:1 274:1
275:17,17 300:14
300:21 312:10
318:22 319:4
323:15
**photographer**
15:20 16:18 17:15
17:16 37:7,15
40:16 42:10,19
45:4,9 48:9 50:25
59:19 119:23,24
144:19 158:23
170:9,10 180:12
184:8 217:11
232:19 238:25
296:2 322:20
323:12
**photographers**
37:17 38:24
181:10,24 231:24
232:5,9,24 233:5
234:20 242:13
**photographing**
17:4 27:8 48:6
51:1 66:20 70:1
82:14 98:14
144:25 166:21
205:17,18 211:7
239:21 242:19
272:16 282:17
311:19
**photographs** 6:5
6:11,18 28:23
40:14 46:13 47:6

47:7,7,19 49:6
51:8 54:1,14,15,17
54:21 55:22,23
57:10,11 58:21
75:5,12 76:6
83:23 90:2,9
96:14 97:20
104:22 105:23
106:5,16,19
108:15,19 109:15
110:4,6,11 113:8
120:12 126:7,15
146:9 148:2
149:15 160:19
161:14 164:13
168:1 171:6
173:25 174:2
175:8 181:1,14
182:16 194:12
201:21 202:2,13
203:18,22 206:8
217:9 219:16
221:17 229:20
244:6,11 245:16
272:11,12 274:25
276:3,10,22
277:16,24 278:1,5
289:6,13,25 290:6
291:2,6,19 294:18
297:7,16,19 320:1
320:3,11,16,24
**photography**
19:20 28:8,10,22
46:13 83:3 195:13
199:7 293:11
294:12,17,24
301:18,25 309:11
309:22 310:8,18
312:8,18 313:17
313:20,24

**photos** 61:6 92:14
108:12 148:9
175:14,20 182:3
182:10 203:19,25
204:18 217:25
219:5 240:16,24
241:20 242:6,7,25
259:25 260:5,10
260:11,13 267:23
268:8 272:9,9
276:11 277:9
279:11 280:4,24
281:4,17 282:3
313:11
**phrase** 49:25
50:18 51:15 63:13
120:14 130:17
289:1
**phrased** 120:16
**phrasing** 115:9
119:20
**physically** 30:16
86:8 87:8
**pic** 129:10 225:9
**pick** 7:5 169:2
172:2
**picture** 17:17,19
17:21 27:12 42:8
42:11,20 43:23
44:9,13 45:5,19
49:1 50:1,3,4,12
50:14,19 51:24
52:6 53:15 54:1
56:12,13,24,25
72:16 88:17 90:7
98:9,16 106:14
107:8,17 132:9,12
132:17,24 133:11
134:6,12,22,23
135:4,9,14 136:9
137:22 138:8

Bruce Weber - 9/19/2019

[picture - possible]

140:1 142:4,15
143:7 145:14,17
146:3 168:20
200:23 207:9
227:18 240:6,9
241:8,13,17,21
242:9,14 248:2
287:16 292:5
298:12 302:25
303:1 305:22
306:5 308:22,25
309:15 310:10,25
317:1,2,3 321:9,21
321:24
**pictures**  39:1
40:15 41:8 42:24
43:8,19 44:6
45:23 46:15,19
47:2,15 48:11
49:5 51:5,7,16
56:9 57:23 58:13
61:21 73:12,15
74:8 79:1 82:21
88:19,24 89:3,5,9
90:5 94:18 109:10
111:24 112:1,2
113:1,22 119:18
119:21 122:2
125:21 126:7
131:17 132:21
135:6 136:4 139:3
143:1,4,16 144:19
145:2 148:12
151:2 159:17,20
160:1 164:20
165:1,13,16 167:1
168:16,24 170:13
170:15 182:22
183:11 196:4,5
200:20 204:11
205:24 207:12

208:25 213:23
214:22 229:18
241:4 246:20
248:15 257:7
260:14 262:25
263:1 265:11
267:20 270:16,19
271:13 273:13,14
273:23 274:9,20
275:3,7,11,14,21
275:24,25 276:10
278:16,20 282:15
283:2,5,7 291:14
291:23 293:9
296:9,11 297:12
303:12 306:25
309:3 319:2 320:8
320:14 321:11
**piece**  46:10
**pieces**  196:18
197:11 198:16
**place**  1:20 7:8 26:7
27:3 37:19 38:1
70:23,23,25 80:17
80:23 96:18 99:2
99:4 104:18 156:9
158:18 201:5
211:2 233:4
243:14 272:25
286:22 295:16
317:10
**placed**  31:8
**places**  91:13
**plaintiff**  1:4 7:15
322:16 323:17
324:1,3
**plaintiffs**  1:11 2:3
5:8 8:16,19 9:5,16
51:25 52:9,10
53:12 105:10,11
105:20 122:13,17

126:21 127:2
140:20,21 146:17
149:1 152:12,13
160:11 188:9,10
201:19,20 216:25
220:16,17 223:12
224:14 244:3,5,10
253:18,20 254:2
258:10 285:21
289:24 302:6
305:9 308:13
316:15 317:20
**plans**  237:24
**playbook**  267:6
**playing**  211:19
**plaza**  1:15 3:3
7:23
**pleasant**  192:2
**please**  7:4,7 9:11
10:9,15,18,23
11:11,17 13:22
16:13 23:18 26:2
26:20 28:20 29:3
31:2 36:22,23
37:3 57:7 59:3,17
60:23 62:6,15,22
69:22 98:12
101:19 108:14
109:18 113:22
133:18 140:18
141:1 158:2
189:10 197:25
216:15 219:21
223:19,20 225:12
235:23 258:23
259:2 266:18
290:11 292:1
293:4 308:4
316:19 317:19
320:3

**pleased**  274:23,25
**pleasure**  23:3
**plus**  191:23 197:3
268:11
**point**  9:23 34:6
52:17 56:25 83:22
215:7,16 231:11
264:16 280:2
**pointed**  280:11
**points**  132:2 142:3
**poker**  211:19
**poland**  66:14
**policemen**  291:22
**polo**  227:11
267:22,25 268:5
**portfolio**  75:5
**portion**  101:8
102:15
**portrait**  70:4
97:23,24 98:2,7,14
98:19 99:15
100:10 104:17
106:6 108:12,20
110:10,17 114:20
116:18 117:24
118:7 121:18,20
121:22 126:11
154:9 155:23
157:21,24 158:10
158:15
**portraits**  97:1,3
98:4 119:14
**portriga**  107:16
**position**  24:9 82:2
299:6 306:13
**positivity**  218:1
**possibilities**
323:18
**possible**  36:11
78:18,18 213:20
258:16 277:25

Bruce Weber - 9/19/2019

[possible - pull]

278:4,12 317:7
**post** 306:25
**potential** 130:21
  226:2 255:2
  256:14,16 268:4
  296:13 323:19
**practice** 28:7,9,10
  28:22 37:6,15
  40:23 43:4,22
  45:3,9 46:13
**preemptive** 79:20
  115:12
**preemptively**
  93:19
**prefer** 53:9
**preliminarily**
  281:15
**premise** 19:21
**preparation** 14:20
**prepare** 12:25
**prepared** 20:24
**preproduction**
  177:11
**presence** 31:25
  33:2
**present** 3:8 9:3
  38:9 40:19,24
  57:10,11 76:4
  100:9,13 173:21
  186:21 310:6
**president** 57:5
  210:24
**pretty** 34:8 105:6
  108:24 144:5
  173:18 181:17
  184:7 231:17
  245:17 273:2
  295:5 311:15
**prevent** 319:5
**previous** 300:11

**previously** 152:7
  309:13 324:7
**priano** 212:17,18
  212:19 314:1
**pride** 39:9
**print** 47:15 108:2
  279:3 303:17
**printed** 107:16
  127:7 128:13
  219:5
**prints** 108:23
  109:2 265:19,22
  278:24,25 279:7
  279:10,12 281:2,6
  281:6 294:6
  321:17
**prior** 14:1 58:16
  63:19 88:15 89:9
  90:3 93:7 124:22
  146:12 147:24
  173:13 200:2,21
  204:16,25 243:20
  261:14 269:21
**private** 7:6 73:19
  114:14,15
**privilege** 21:22,24
**privileged** 13:20
**probably** 35:6
  36:18 52:20 57:24
  65:16 70:10 75:24
  85:24 122:25
  148:19 155:3
  166:10,20 167:18
  180:12 191:6
  200:23 206:23
  207:22 210:14
  211:18 215:6
  220:4 222:24
  246:14 251:5
  252:11 256:24
  258:6 260:23

268:18,19 280:17
  304:8 306:10,19
  307:21 313:21
**problem** 18:7
**problems** 66:23
**procedure** 19:25
  58:18 59:19 60:1
  60:8,12 61:2
  65:24 66:3 68:15
  80:9,17,23 81:5,7
  144:5,6
**proceed** 53:3
**process** 35:3 172:8
  174:20 176:9
  179:12 195:2
  276:21 277:12
  279:16 280:3,24
  281:3,14
**processes** 179:23
**produce** 195:6,7
  195:15 286:3,3
**produced** 197:11
  198:16 267:2
  286:6 291:2
**producer** 254:15
  268:19
**production** 6:4
  51:7 123:10,24
  124:3 125:1
  188:12,22 199:6
  221:8,13,18 222:4
  222:12,20 286:11
  286:15
**professional** 18:15
  131:9 239:17
  266:9 301:3
**professionally**
  318:22
**profile** 6:21 305:9
  305:15

**progressive**
  248:10
**project** 225:19
  226:15,22
**prominently**
  273:17 274:3
**promise** 94:17
  293:21 303:20
**promised** 302:23
  303:23
**prompt** 51:16
**prompts** 51:13
**pronounce** 219:8
**pronounced**
  124:12
**property** 163:8
  168:6,12
**proposed** 322:16
**proud** 39:17
  196:16
**provide** 47:19
  48:11 49:5,6 77:3
  128:5 169:20
  175:14,19
**provided** 47:1
  51:8 52:24 198:10
  272:9 286:14
  291:1 296:11
**provides** 131:21
  131:24
**pubic** 57:8,13,19
  282:4
**public** 1:22 4:14
  9:8 326:3
**publish** 82:21
  195:15 293:21
  321:6
**published** 293:25
  303:1
**pull** 40:25 116:10
  116:14 118:3

**[pull - really]**

165:5 299:7
**pulling**   116:23,24
250:10
**purpose**   92:18
**purposely**   92:16
**pursuing**   109:11
**push**   85:8,9 116:5
**put**   29:9,11 30:5
30:10,11,15 31:4,7
33:16 56:20 109:8
113:23 117:6,11
132:23 142:15
145:25 146:11
148:18 198:2
216:19 218:7
253:16 282:20
311:6 317:2 322:3
**putting**   58:10
206:3

**q**

**question**   4:10
10:10,12,25 11:6
11:17,19 16:1,12
17:3,12 18:5,8,18
18:20 20:4,8,10
21:21 22:17,23
23:16 25:24 26:2
26:21,24 27:1
28:4,18 35:14
37:13,21,23 43:13
44:18,22 45:14
47:17 48:19 51:12
56:5 59:9,11,16
60:20 62:10,11,18
62:19 69:3,22
76:17 83:21 86:2
90:16 92:7 95:8,9
101:19 109:20
115:6,9 121:22
129:19 130:3
135:25 136:20,24

137:18 139:13,16
143:22 144:1,10
144:10,15,16,17
156:12,18,19
158:1,3,7 163:14
163:16,17,19,21
163:24 164:1
174:15 179:8,24
197:19,21,22
198:2,4,9,13
204:14 216:10
217:7 243:19
269:21 284:20,24
285:2 287:20
289:8 294:16
295:2 300:11
301:22 309:7,18
312:4,15 320:22
322:6,13,17,18
323:7,11 324:7
**questions**   9:25
10:1 11:5 18:23
20:1 21:17 22:13
23:17 59:1 62:22
101:16,17 208:13
216:18 285:18
319:23 322:2
324:2,5
**quick**   77:21
151:13 161:2
217:17 271:19
290:15 319:14
**quickly**   202:15
219:4 280:1
**quiet**   34:16 137:13
**quite**   45:21 51:10
61:13 112:24
217:16
**quota**   41:11
**quotes**   318:4

**r**

**r**   2:1 3:1 9:6,6
152:6,6 162:6
199:18 207:16,17
**ralph**   79:8,13
170:22,23 190:18
190:24,25 191:1,3
191:8,15 192:5,14
192:19 193:12,21
193:25 208:18
225:15 247:4,13
247:19,25 248:7
279:17,20 280:2,5
299:24,24
**rapport**   40:11
274:12
**rare**   23:7 38:20
**raul**   281:13
**read**   13:3 22:19
23:1 69:23 101:14
101:17 107:10
146:25 153:12
154:2 216:15,17
216:20,23 217:6
217:13 218:14
229:14 234:9,12
234:13 235:4,10
235:17,18,24
249:12 267:12
308:3 315:8,21,22
318:17 325:9
**reading**   142:9
205:21 227:22
240:18 242:1
308:6
**ready**   79:21
100:17
**real**   93:2 249:3
265:12 296:10
**reality**   311:1

**really**   14:14 15:2
29:5 30:7 31:24
32:24,24 33:2,13
33:22 38:16,18
39:21 43:6 47:25
48:4 50:22 56:4,5
66:19 69:24 73:18
74:5 79:13,24
80:21 83:6 91:12
91:12,14 93:24
94:9 96:9 99:16
99:19 102:2,5,5
103:16 110:14,25
112:5,12 116:1
118:15,16 120:4,5
120:8 122:2,9
126:8 131:15
133:7,14,25,25
134:20,21 138:17
138:21 140:3,6
143:11,12 150:16
150:25 151:3,6,10
162:14 165:14,15
167:15 168:6
169:1 176:13
182:22 185:5,7
186:2,13 187:4,4
193:1 194:1
196:15 202:16
205:18 208:11
211:8,11 212:2
214:14 215:10,11
215:18 216:21
218:19 227:7
229:12,16,19,19
229:21 230:14
231:9,10 234:15
234:17 244:2
247:14 248:25
249:2,4 251:19
253:1,3,8,8 256:19

[really - relationship]

| | | | |
|---|---|---|---|
| 256:25 257:6 | 250:10,20,24 | 150:10 154:4 | **reeves** 264:19 |
| 265:16,17 268:25 | 251:21,24 260:4 | 159:24 160:4 | **refer** 28:8,24 |
| 270:1,4 273:13,23 | 264:11 268:1 | 189:17 199:25 | 63:10 103:13 |
| 274:14 275:21,22 | 269:18 271:8 | 206:1,5 243:23 | **reference** 264:12 |
| 278:24 282:15 | 272:4,16,19,23 | 248:24 260:12,13 | **referenced** 57:21 |
| 284:4 292:4 294:2 | 273:15 280:8,15 | 269:24 270:25 | 76:3 121:4 229:4 |
| 296:19,22 298:18 | 283:19 285:2,10 | 288:13 297:15 | 317:16 |
| 301:15 305:19 | 286:22 287:6 | 304:16 310:5 | **referencing** 148:9 |
| 307:21 310:9 | 288:9,13,18,22 | 313:23 | **referred** 28:12,25 |
| 320:12 323:8 | 289:5,10,17 | **reconfirm** 189:2 | **referring** 29:16,18 |
| **reask** 309:7 | 291:13 294:22 | **record** 7:2,12 8:6 | 36:1 63:11 64:8 |
| **reason** 10:23 11:2 | 296:4 297:22 | 9:12 10:5 16:5,7,8 | 69:7,10,12,13 73:4 |
| 46:3 101:1 128:11 | 300:4,12 304:11 | 16:10,14 17:5 | 78:15 80:7 82:1 |
| 150:11 172:4 | 304:25 311:3,19 | 21:20 22:5,6,8,20 | 86:21 124:15 |
| 186:24 201:10 | 313:10 318:5 | 23:1 48:8 52:19 | 154:24 174:24 |
| 241:19 273:25 | **recalled** 272:6 | 52:22 53:10,15,17 | 175:2 177:23 |
| **reasonable** 242:1 | **receive** 42:11,20 | 54:20 69:23 77:24 | 191:15 219:15 |
| **reasons** 252:8 | 44:13 45:5 134:6 | 77:25 78:2 101:12 | 229:2 233:23 |
| **recall** 25:22 27:5 | 134:12 135:4 | 105:15 111:25 | 264:1,15 266:5 |
| 36:24,25 42:2 | 143:6,15 144:19 | 122:15 127:3 | 284:15 303:9,11 |
| 56:3 80:16 86:18 | **received** 42:24 | 147:2 152:4 | 315:23 |
| 87:3,13,19 88:2 | 43:18 44:6 45:19 | 216:19,19 218:23 | **refers** 225:14 |
| 95:15 96:16 | 134:7,9 148:2,10 | 218:24 219:1 | **reflect** 52:19,23 |
| 110:23 113:17,25 | **receiving** 125:1,17 | 224:5,9,10,12 | **refresh** 189:16 |
| 115:21 123:22 | 132:20 133:11 | 245:7,11,12,14 | 260:11,13 |
| 124:25 125:17 | 135:13 138:7 | 259:1,4,6,7,9 | **refreshed** 270:25 |
| 126:6 128:23 | **recess** 151:18 | 266:25 269:15 | **refusing** 84:17 |
| 146:2 154:15 | **recognize** 53:25 | 271:18,20,22,23 | **regarding** 302:24 |
| 157:14,17 159:8 | 54:6,10 92:13 | 271:25 276:7 | **regards** 189:4 |
| 161:23 165:9 | 106:2 122:21 | 285:18 290:18,19 | **regine** 212:14 |
| 167:1,12,23 | 123:5 127:1,4 | 290:21,22 292:12 | 215:25 250:18 |
| 198:24 199:4,8,22 | 146:21 147:6,9,10 | 318:18 319:17,18 | 313:25 |
| 200:4,10 201:8 | 149:7 160:15 | 319:20 322:4,10 | **reinitiating** 287:7 |
| 206:16,21,25 | 254:7,8 305:12 | 324:17,18 326:9 | **reinitiation** 286:20 |
| 207:4 208:6,23 | **recollect** 113:5 | **recording** 7:2,10 | **rejection** 231:12 |
| 211:5,6 212:7,12 | **recollection** 36:13 | 275:19 | **related** 22:14 |
| 212:20 214:1,6,18 | 54:13 87:17 | **records** 46:25,25 | 159:15 231:18 |
| 214:21,25 220:1,3 | 110:16 111:14,19 | **redeem** 228:24 | 326:12 |
| 237:13,15,17 | 112:4,7 113:14 | 229:2 236:13 | **relations** 24:14 |
| 243:17,25 246:10 | 114:3 127:11,21 | **redepose** 17:7 | **relationship** 15:10 |
| 248:14,16 250:6,9 | 146:8 148:8 | 22:22 | 15:21 16:19 17:17 |

[relationship - reviews]

18:14 19:16,18
21:1,3 23:12,23
27:25 215:11
230:15 239:17
286:21 287:7
322:21 323:14
**relationships**
19:14 20:22
238:23 239:6,15
323:19
**relax** 31:24
**relaxation** 29:8
**relaxed** 193:17,18
**relaxing** 215:5
**release** 161:15,17
**relevance** 15:15
15:17 16:25
**relevant** 20:1
22:11 323:8,20
**remember** 36:2,6
36:17 42:1,3 54:2
56:6 79:12 80:15
86:16 87:6 96:3,7
99:16,18 110:25
111:1,5,10 112:8,8
112:9,11,15 113:6
113:12,15 114:5
114:24 121:9,11
123:5 128:18
133:8,14,21 134:1
134:2,14,21
135:20 139:24
143:12 146:14
148:13 150:4
153:9 154:18
157:1,18 159:25
160:23,24 165:8
165:14 166:1,2,10
190:7 199:15
200:24 201:2
206:20 207:3,22

211:7 212:2 216:1
217:18 223:9
225:3 251:20
271:6 274:8,21
285:7 287:10,11
288:5,19 291:24
297:11 300:9
311:21 312:2
313:14
**remembered**
88:19 113:18
117:20 170:1
270:19 271:5
285:8
**remembering**
166:9
**remembers** 56:1
59:2 134:17
**remind** 62:17 90:8
121:13 134:18
**reminded** 89:19
249:20
**reminders** 107:25
**remove** 205:5
**rented** 168:5
**repeat** 26:23 28:19
35:16 42:15 59:15
69:21 202:25
**rephrase** 11:18
35:15 44:4,19
45:2 60:19 81:16
83:21 86:1 90:17
91:25 127:12
156:20 233:14
289:9
**reporter** 1:21 7:25
8:4 10:2,14 11:15
22:18
**reporting** 8:1
**represent** 9:15
176:20

**reputation** 82:7
**request** 44:15
45:20,23 46:19
49:1,2 51:15 57:9
79:4,22 102:9
132:16 189:18
193:9 320:24
321:3,14
**requested** 42:10
42:19 47:19 49:4
84:6 296:5 320:18
**requesting** 43:22
50:13 84:10
**requests** 50:12
**require** 81:18
**required** 85:18
226:22
**reserve** 17:7 324:3
**reserved** 4:10
**reside** 12:2
**residence** 72:3
98:25 99:9 209:5
209:8 291:11,15
295:17
**residences** 12:10
**resisted** 293:19
**resolve** 323:10
**resource** 32:20
**respect** 14:5 319:3
**respectful** 84:16
**respective** 4:3
**respond** 43:22
44:9 45:4 131:18
225:12 227:21
229:7 238:1
240:15
**responding** 234:15
235:3 236:18,21
236:21
**responds** 189:14
221:14 230:8

**response** 44:15
132:22 133:3,10
136:10 142:7,10
142:12 145:17
150:2,13 153:20
236:14
**responsible**
257:20
**rest** 63:14 68:4
102:20,24 103:13
165:23 213:10
**restaurant** 268:15
**restricts** 174:20
**restroom** 77:22
**result** 106:6
**retouch** 229:20
**reveal** 61:6 116:15
203:25
**revealed** 282:3
320:25
**revealing** 240:6
**reverse** 52:4,6,20
105:18 106:15
**review** 13:6,13
104:25 105:25
108:11 147:3
149:6 181:1,4
223:20 245:6,15
257:13 258:25
272:10 290:9
**reviewed** 14:1,6,8
14:10 89:5,8
112:2 127:24
128:3 141:3 156:1
156:2 159:15
286:13,16 297:19
**reviewing** 46:25
259:11 261:14
**reviews** 105:23
108:15 135:18
141:2 152:21

Page 35

**[reviews - search]**

223:22 259:24
308:5 318:7
**rhyme**  201:10
**ribbon**  108:7
**richter**  3:3
**rickson**  32:22,23
**right**  17:7 21:24
22:21 40:20 44:10
55:3,5,13 69:20
71:8 73:9 76:7,8
83:17 89:1,4
93:18 94:6 99:1
106:22 107:21
120:13,15,18,19
122:5,11,23
123:12 124:5,5
135:10 136:12
138:3,16 140:13
148:21 150:1,23
153:22,23 161:12
163:5 164:10
165:3 167:4,7,7
171:5,12 172:14
173:15 176:23
178:7 179:7,19
180:15 182:19
183:5 188:22
195:9,18 199:15
202:22 211:4
219:8 221:9,22
222:3,5,20 224:24
227:20 228:2,21
241:18 243:5
255:5,17,20,20
256:12 261:19
262:8 265:7,9
267:16,19 271:16
271:16 276:25
277:5,7,19 278:16
278:19 279:14
286:24 288:8

291:4,9 295:15
297:21,21 303:5
304:2,3 320:4
324:4
**rio**  32:17,18
**rl**  225:14 227:4,5,9
**road**  12:20 264:22
**rockefeller**  1:15
3:3 7:23
**rodin**  225:19
226:7,9,15,22
**roitfield**  207:13,14
207:19 208:8,14
296:2
**role**  170:7 171:21
171:24 183:19
191:7
**roles**  226:2,2
**room**  74:5 87:4
99:5 100:19
104:11,14 111:3
114:15 187:21
251:4,11,14
260:10,15 261:10
261:12 274:11
310:13,14,14
**rooms**  100:18
**rough**  185:6
280:18
**rule**  118:25 119:7
144:5 168:11
169:13,18,19
**rules**  9:21 36:22
168:19
**run**  247:8 306:21
317:3
**running**  211:20

**s**

**s**  2:1 3:1 5:7
124:12 199:18

**sacramento**
136:15
**sad**  217:24 218:12
221:15
**safe**  49:18 82:3,8
82:11
**sailing**  163:5
**sailors**  249:21
**sale**  2:15
**saleweintraub.c...**
2:20
**salt**  268:15
**sam**  172:2 175:18
178:23 179:23
180:13 182:12,20
185:15 186:13,14
186:19,22,23
187:6,20 209:22
252:20 257:23
276:18 277:4,6,8
277:12,15 278:6,8
278:18 279:2,3
283:17,17
**sam's**  178:20
186:14 257:22
**sanctions**  16:16
**sand**  249:9
**santa**  134:3
135:22,24 219:17
**sarah**  2:13 9:2
**sarcasm**  11:14
**sarcastically**
11:12
**sarong**  299:5,7
**save**  141:12
**saw**  125:9 138:17
159:18 192:5
251:5 270:18
297:12
**saying**  10:21 11:13
26:18 48:25 61:14

64:7 65:20 67:10
68:23 102:3
107:14 133:14
153:15,17 163:15
176:15 184:12
185:20 187:4
218:1 237:14
251:23 256:15
265:14 274:17
296:18 298:17
320:13
**says**  49:19 107:11
124:6 125:7,8
128:21 129:7,8
131:25 133:15
136:12,14 137:3
141:13 142:1
150:22 153:7,24
160:22 188:25
189:7,23 190:2
219:7,17 225:8
228:22 236:5,10
240:2,23,25 254:4
256:11 261:20
262:13 287:3
294:10 299:23
302:20,23
**scenario**  77:4
278:14,15
**scenes**  219:22,24
**scheduled**  93:9
**school**  150:16
274:11
**scope**  24:25
239:13
**screenshot**  127:7,7
127:15 128:4
**se**  160:24
**sealing**  4:4
**search**  261:20
262:1,3

Bruce Weber - 9/19/2019

[seating - sessions]

| | | | |
|---|---|---|---|
| **seating** 99:5,12 | 200:12,14,15,18 | **selecting** 171:13 | 100:24 139:25 |
| 310:15 | 200:21,22 201:5 | **selection** 13:19 | 146:4 148:12 |
| **seats** 234:3 | 203:3,9 204:16,23 | 195:2 278:9 | 150:13 176:25 |
| **second** 52:15 | 205:2,4 219:6,18 | **selects** 65:15 | 180:18 182:3 |
| 166:7 172:7 | 219:21 220:25 | **selfie** 240:6 | 200:23 207:9 |
| 244:19,21 252:13 | 222:10 225:10,11 | **sell** 195:15,16 | 220:24 257:6,16 |
| 255:11,15,23 | 238:3 241:20 | 196:9 | 257:21 277:17 |
| 263:21 271:19 | 254:4 255:7 | **send** 43:12,15 44:9 | 278:7,20 281:19 |
| 308:2 | 256:23 257:7 | 61:24 63:20 64:4 | 287:16,24,25 |
| **seconds** 202:18 | 262:11,17 271:13 | 67:24 90:7 110:5 | 288:21 |
| **section** 166:24 | 272:8 278:8 | 129:9,10 132:24 | **sentence** 262:10 |
| **see** 26:18 46:4 | 279:19 283:3 | 133:18 143:1 | 263:25 265:4 |
| 49:21,22 50:5,6,19 | 284:1,14 288:7 | 145:14 172:1 | **separate** 83:18 |
| 51:18 54:3 57:3 | 290:14 291:23 | 177:7,7 178:11 | 154:8 170:3 |
| 58:4,6 65:7 68:13 | 297:1 299:9,23 | 181:8 182:7 | **separated** 102:24 |
| 70:20 72:11 74:21 | 301:11 310:11 | 207:12 222:9,14 | 202:16 |
| 74:22,25 75:2,3,8 | 320:5 | 225:9 228:15 | **separating** 103:12 |
| 75:11,16 78:11,12 | **seeing** 54:7 96:12 | 242:8,8,13 263:7 | **september** 1:16 |
| 80:25 82:25 83:13 | 114:1,6 136:8 | 267:19,23 270:15 | 7:3 326:18 |
| 84:11,12,19 85:1 | 137:22 138:10,13 | 274:20 276:14 | **series** 9:25 208:25 |
| 86:22 88:13 90:8 | 138:20 139:5 | 277:3 278:5 279:2 | 252:16 |
| 92:2 93:24 96:24 | 159:20 181:5,19 | 279:7,8,10,12 | **session** 19:20 |
| 97:6,12,16,19 | 181:20,23 303:23 | 281:1,2,5 283:6,8 | 97:23,24 98:2,20 |
| 98:15,15 100:6 | **seen** 88:17 90:5 | 283:18 302:24 | 99:15 100:10 |
| 103:20 104:8,11 | 116:3 123:1 | 321:10,17,19 | 104:17 106:6 |
| 104:13 107:3 | 157:19 159:17 | **sending** 136:3 | 108:12,20 110:10 |
| 108:14,16 111:4 | 176:21 200:20 | 142:20 155:7 | 110:17 114:11,20 |
| 112:12 115:25 | 205:24 286:11 | 208:7 217:25 | 116:18 117:24 |
| 122:24 123:16 | **sees** 81:21,22 | 241:4,13 242:7 | 118:7 121:18,20 |
| 125:6 129:12 | 138:23 155:14 | 277:23 280:4,6 | 121:22,24 126:11 |
| 132:3,5 133:5,13 | 158:24 | 321:12,16 | 152:1 154:10 |
| 135:15,19 136:11 | **seldom** 73:22 | **sends** 139:3 | 155:23 157:21,24 |
| 136:18 137:19 | 81:24 192:25 | 182:10 227:18 | 158:10,15 166:16 |
| 138:14,23 140:6 | **select** 179:10 | 240:5 276:20 | 185:9 293:12 |
| 140:10 142:5 | 181:15 207:7 | 277:15 | 294:12,17,24 |
| 143:3 149:13,18 | 280:24 281:4,17 | **sense** 69:15 155:4 | 308:19 309:12,22 |
| 149:23 150:5 | **selected** 13:17 | 211:11 220:10 | 310:8,18 312:8,18 |
| 154:6,7,9,16 155:8 | 171:6 183:9 | **sensitive** 7:5 | 313:17,20,24 |
| 155:12 160:17 | 194:13 201:11 | 231:12 | **sessions** 301:25 |
| 168:23 176:15 | 218:7 255:4 | **sent** 56:24 88:20 | 313:2 |
| 182:22 188:6 | | 89:2,6 90:3 | |

Veritext Legal Solutions
800-826-0277

**[set - show]**

set  66:13 125:5
  155:8 157:3,10
  158:14,23 260:17
  260:22,23 326:7
  326:17
setting  156:3,23
  157:15,20,23
  158:9 159:3
  246:10
setup  274:10
setups  165:18
seven  32:15 64:3
sewing  282:23
sex  18:9,10 20:18
  24:5,15,16 230:16
  231:17 237:9
sexual  15:10,20
  16:19 17:16 19:13
  19:15 20:22 21:3
  23:12,23,25 24:13
  24:14 27:24
  117:21,22 230:22
  230:22 231:17,24
  232:5,12,24
  233:15,20 234:24
  236:18,24 237:5
  238:6 322:21,22
  323:13,14
sexuality  232:18
  233:5,9
sexually  85:3
  234:20
shahid  172:2
  174:5 175:18
  178:23 179:3,23
  180:13 182:12,13
  209:22 257:23
  276:18 277:4,6,8
  277:13,15 278:6
  278:18 279:2,3

shahid's  185:15
shaking  112:11
shame  16:24
shape  225:20
  226:12 256:3
  264:25 292:15
share  43:7
sheet  167:22,22
  176:14,18 206:9
  264:3 279:8
  280:11,12
sheppard  3:3 7:22
  8:25
sheppardmullin....
  3:6
shirt  93:6 112:13
  145:25 165:19,20
  227:19 240:7
shirts  227:11,11
shocked  187:5
shook  86:9 295:8
shoot  25:20 26:8
  27:3,14,16,20 37:8
  38:8 41:1,19,24
  46:7,12 55:25
  58:2,18 59:22
  61:4 63:9,12,16,17
  63:19,21 64:14
  65:4,16 66:1,2,2
  67:16 68:13 70:16
  70:18,19,22 73:21
  74:15,18,19 75:9
  76:2,3 77:13,16
  80:10,20 81:3
  82:24 83:12 84:13
  84:19,21,25,25
  85:1,5,18 86:6,21
  86:22 87:3 89:12
  89:23 91:1 92:3
  93:9 94:7,12,21,22
  95:10 96:18,23,24

100:6 104:17
  111:14,20 112:4,7
  113:12 115:1,14
  115:19,23 118:4
  158:16 159:4
  161:3,23,24
  162:12,16,23
  163:11 165:5,6
  166:24 169:11
  170:5,8,11,19
  171:23 172:13,19
  172:21 173:2,13
  173:20 175:3
  177:7 180:11,12
  180:21 184:6
  195:1 198:22,25
  199:11 203:8
  205:9,12 206:18
  207:2,5 208:21
  209:14 210:1
  211:6,13,24,25
  212:9,21 213:14
  214:3 220:2,8,12
  221:20,23 222:1
  230:4 244:23
  245:19,20 246:8
  246:11,15,23
  248:13 250:11,22
  251:18 259:12,14
  268:13,24 271:10
  272:7 273:4,9
  275:1,14 283:21
  285:5 293:7
  295:13 297:25
  298:1,4 304:12,17
  304:21 305:2
  311:25 317:10
  320:2
shooting  28:22
  46:22 66:11 69:24
  76:22 80:19 82:11

87:17 89:11 93:4
  93:5,17,20 130:22
  134:4 165:9
  167:20 193:6,6
  207:20 218:2
  227:8,9 229:17
  248:12,17 250:9
  250:20,24 252:17
  291:21 295:23
  297:22 298:8,21
  299:2 300:12,15
shootings  91:10
  170:2,3
shoots  37:19 38:1
  40:23 41:23 68:12
  80:5,6 81:14,17
  158:24,24 202:12
  213:2 227:5
  246:16 247:19
  304:4 320:17
shopping  88:5
short  254:4 256:11
  256:13,18,22
  257:20 267:12
  279:23
shorthand  1:21
shortly  169:24
shot  65:18 66:5
  76:12 82:4 97:1
  261:9 289:18
  309:9
shots  79:21 203:7
  212:1 247:8
  259:17 275:3
show  49:6,10
  51:17,20,23 57:7
  103:11 160:7
  171:22 174:16
  181:16,17 188:8
  203:25 204:2,12
  220:15 265:1

[show - specifically]

281:7 287:17,17
302:4 317:14
320:14
**showed** 13:18
224:13
**showing** 53:20,23
56:14 58:8,12,13
58:14 66:24,25
79:1 111:7 143:5
285:13,16 286:2
**shown** 261:12
**shows** 39:4 50:1
50:14,20 57:18
58:17 67:12
321:21
**shy** 82:19 84:12
118:8,23 225:21
225:23 226:3,10
226:12,14,25
252:25 263:5
**side** 41:24 212:1
**sighed** 299:12
**sight** 114:2,10
**sign** 61:12 67:23
**signature** 326:21
**signed** 4:13,15
56:10 66:12
**significance**
109:16
**signify** 107:6
**similar** 75:8
315:25
**similarly** 157:19
**single** 165:21
**singularly** 31:8
**sister** 186:15
**sit** 111:18 112:15
114:8,16 160:3
271:9 297:14
310:5 311:23

**site** 305:20
**sitting** 56:6 77:19
84:14,22 103:6,18
104:7 111:2 274:9
310:13
**situation** 42:4
57:25 75:22 76:25
77:12 151:9
175:16,17 176:13
191:23 193:19,20
246:17 250:15
**situations** 159:2
**six** 64:2 108:12,18
308:13 315:16
316:14
**sixth** 72:5 73:1,16
**skill** 39:13,25
**skim** 244:14
**skin** 58:6 215:23
215:24 229:3,7,19
**skype** 34:3
**slightly** 58:2
**small** 54:21 74:5,6
99:6 163:9 209:1
301:18,19
**smile** 294:25
**snowboarder**
125:13
**social** 305:20
306:16 307:7,12
**soldier** 121:4
**solo** 41:1,24 86:5
165:6 169:11
212:1 213:14
250:11 283:21
285:5 298:1
**solve** 66:22
**somebody** 23:23
36:8 39:2 74:20
82:15,16 83:16
94:17 98:14

117:20 120:2
121:16 122:24
136:6 139:25
145:21 175:5
176:5 184:16,16
190:9 192:8
196:24 200:18
204:23 234:16,19
238:10,11 252:10
273:25 292:11
303:16 311:8
312:14
**somebody's** 217:8
**somewhat** 287:21
322:10
**sorry** 27:10 36:16
42:14 50:22 80:1
80:15 86:15 95:19
109:22,25 123:21
157:17 202:8
203:11 206:24
207:23 216:16
220:4 224:20
229:21 233:13
234:24 254:13
263:16 273:5
287:10 288:24
311:12 314:7
**sort** 23:4 32:24
33:5 89:18 96:5
97:16 103:11
115:10 149:15
157:22 161:24
172:15 174:19
180:7 215:17
228:16 260:1
292:8
**sotheby's** 218:8
**soulartistmanag...**
147:14

**sound** 140:6
174:11 219:12
249:16
**sounds** 194:19
228:6 249:23
**south** 2:17 209:8
**southern** 1:1 7:18
8:12
**space** 72:4 73:2,12
73:16 99:5,6
161:25 162:25
**speak** 14:19 15:1
66:9 67:15 99:22
100:2 151:7
190:10 300:23
**speaking** 12:24
67:20 198:5
**speaks** 67:17 82:7
217:8 303:7
**specific** 15:14,17
16:2 36:12 42:4
46:17 54:13 58:24
60:8 62:19 65:17
67:22 68:6 76:6
76:14 82:13 89:21
97:15 98:8 113:13
119:7 137:5
144:17 159:4
179:18 180:1
193:9 278:2
290:13 313:22
**specifically** 42:11
42:21 46:19 67:21
68:25 80:7 92:25
98:3 99:13 100:5
104:3 110:23
113:25 161:7
170:4 174:24
175:2 189:18
193:8 207:4 208:6
304:11,24 311:20

Page 39

[specifically - super]

320:18,24
**specificity** 308:24
**specify** 241:14
**spectrum** 232:19
233:4,8
**speculate** 36:23
58:1 157:7 304:15
**speedo** 46:11
298:24 299:17,19
300:6
**spell** 162:5 199:16
**spend** 12:10 32:21
169:4
**spent** 282:10
**spoke** 99:17
165:16 184:23
231:16 302:23
**spread** 77:2
**spring** 161:4,11,24
171:23 172:12
199:1 220:8
246:14
**squiggles** 106:25
**squiggly** 108:6
276:2
**stamped** 5:9,11,13
5:15,19,21 6:1,13
6:14,16 52:11
105:12,16 122:18
126:22 146:18
149:2 160:12
253:21 258:11
285:22
**stand** 248:22
**stands** 248:21
**stanley** 314:6,8
**start** 128:20,21
190:18 225:7
282:15
**started** 19:19 33:6
88:21 162:13

208:24 209:4
**starting** 38:22
177:10 313:8
**starts** 160:10
262:11
**state** 1:22 8:3,7
9:12 16:13 25:25
309:20 325:16
326:4
**stated** 22:10 36:19
148:21 287:6
**statement** 184:3
318:4,6,9,12 319:8
319:11
**states** 1:1 237:22
**stating** 35:22
**stay** 58:15 213:10
300:23
**staying** 297:3
**step** 277:3
**stephanie** 201:4
**steve** 249:8,15,19
261:21 262:1,3
264:18
**stipulate** 66:18
**stipulated** 4:2,8,12
**stipulation** 22:25
223:24
**stipulations** 4:1
**stomach** 29:12,13
30:7 31:10 217:23
299:8
**stop** 17:24 26:16
26:19 175:5
187:25 205:21
301:21
**stopped** 186:9
187:1
**store** 74:3 96:4
170:15 182:24
282:21

**story** 247:10,10
317:3
**strange** 30:7 45:21
47:22 274:15
**street** 2:4 12:5
21:5 71:12,23,24
98:21 99:3,9
201:9 203:13
**stretch** 112:20
**strict** 168:8
**strike** 63:9 64:22
67:7 81:15 101:8
157:8 216:9
218:15 284:22
**strong** 284:13
**structurally**
210:15,18
**structure** 103:12
**studio** 60:6 71:1,3
71:7,17 72:2,6
73:11,13 74:7
99:3 102:16,17
103:8,13,17,19
104:9,11,13,19,20
155:19 201:8,11
203:13 209:7,11
209:12 214:10
261:7 283:20,21
285:4,4 310:20
**stuff** 22:16 34:15
88:20 100:22
118:17 205:21
286:4 292:17
302:17
**stunning** 132:1
**style** 109:23
213:17 246:23
**styling** 250:19
**stylist** 85:13 120:8
164:22 212:6,8,11
212:16 253:14

314:3
**subject** 17:9 40:16
98:11 124:10
147:22 261:21,22
261:25 264:10
267:8
**submit** 141:12
207:18
**subscribed** 324:22
**subsequent** 154:16
**substantial** 47:11
**substantially**
106:10
**succeeding** 319:6
**successful** 122:5
**sudden** 284:11,13
**suggest** 171:25
178:1,5,6 179:25
180:16,17 209:21
209:22,23 263:13
268:9
**suggested** 210:11
293:10 296:5
**suggesting** 173:1
209:25 210:5
214:25 264:5
**suggestions**
208:15
**suit** 27:11 46:10
**suite** 2:11
**suits** 27:8
**summarize** 186:4
**summer** 125:12
161:11,24 171:23
172:12 199:1
220:8
**sunday** 6:7 220:19
220:25
**super** 129:9,16
130:17 131:1,13

Veritext Legal Solutions
800-826-0277

**[supposed - terms]**

**supposed**  20:15
21:9 26:14 66:11
175:25 198:5
226:6 267:14
**sure**  9:21 11:10,13
12:12 20:24 23:10
27:4 32:1 36:7
40:21,21 46:16
48:7,20 51:20
60:15 66:17 67:17
68:7 70:17 72:4
75:15 78:23 81:13
85:25 91:20 93:13
99:11 101:20
104:1 110:2 114:9
122:9 128:9 148:4
148:14 150:14
158:17 161:21
169:7 172:7 178:9
180:2 183:25
188:19 193:8
196:17 200:19
202:20 213:8
222:2 224:4 228:7
233:1,3,19 235:5
261:16 262:5,12
269:8 271:12
277:10 287:8
288:4 291:25
298:10 299:25
308:14 311:5,24
318:19 320:6
**surfer**  125:12
**surprised**  130:13
**swear**  266:13
**sweet**  125:9
**sweetheart**  227:24
**switch**  234:3
**switching**  199:6
**sworn**  4:15 9:7
152:7 324:22

326:7
**symbol**  108:7

**t**

**t**  5:7 165:20
207:16,17
**take**  10:2,22 11:1
22:1,3 26:12 28:2
29:12 34:21 37:19
38:1 41:8 42:8
55:22,23 57:17
62:20 70:4,23,25
72:10 73:15 74:8
75:4 76:11 77:21
82:16 84:3 88:13
98:3 99:2 101:25
104:18 106:21
128:4 141:1
142:15 143:24
144:1,3,7 145:5,7
145:7 151:13
156:9 164:20
166:14,15,18
167:25 168:15
181:13 184:13
201:5 208:15
211:25 213:13,22
213:22,23 217:9
218:7,18,20
223:16,20 246:19
259:22 267:23
276:15,22 277:8
279:11 282:12,13
282:14 290:15
292:5,20 297:7
298:11,25 299:3
319:14 321:18
**taken**  1:20 7:14
8:8 9:18 17:18,20
17:20,22 19:17
23:13 24:2,6,22
25:6,9,13 28:1

46:15 47:8 51:9
73:12 97:20
104:22 109:15
110:11 161:4,8
181:2 194:12
203:7 219:16
259:14 260:1,5,7
260:10,15 270:13
291:6 294:18
**takes**  243:13
**talk**  13:2 22:2 43:9
47:25 48:2,3 64:5
81:10,11 131:11
131:11,19 170:4
187:20,22 195:4
228:6,8,9 229:24
230:2 234:20
238:11,13,13
246:7 247:15
264:18 266:13
281:11,12,12
**talked**  26:19
132:19
**talking**  34:14
51:19 62:13 70:6
75:23 85:2 124:17
149:22 171:9
175:10 178:20
197:3 226:5 230:4
234:22 237:1
256:10 272:3
292:2 309:2
**talks**  234:1
**tangent**  74:16
**tasks**  164:14
246:18
**taught**  32:25
**tautrim**  100:14
199:2 313:4 314:5
**teacher**  35:2
214:15

**team**  162:15 181:3
249:2 251:7
265:18
**tease**  253:5,10
**teasing**  226:13
264:16
**teleconference**
2:13
**telephone**  287:11
288:2
**tell**  11:3 13:11
18:21 21:23 29:9
29:10 30:3,3
31:11,15 36:24
47:24 56:20 62:21
64:12,25 82:15
83:9 113:7 118:1
129:25 132:23
142:14 157:13
192:14 206:13
220:5,7 230:13
233:9 252:5 299:3
308:23
**telling**  121:11
144:2 226:3 249:8
**temper**  301:6
**ten**  18:11 19:23
22:1 64:3 166:7,7
166:11 176:15,19
177:1 178:8
182:24 183:6
208:1
**tendency**  231:4
**tennis**  268:3
**tent**  261:7
**term**  49:14 50:11
74:24 98:7 256:22
264:13
**terms**  70:12
130:25 181:21

Bruce Weber - 9/19/2019

[terrible - three]

| | | | |
|---|---|---|---|
| **terrible** 140:3 | 230:11 234:9 | 282:20 306:19 | 275:2,2,6,9,21 |
| 186:2,3,13 | 236:10,25 240:1 | 307:20 308:6,14 | 278:10 279:21 |
| **test** 66:1 68:12 | 240:19,22 274:16 | **think** 15:17 16:22 | 280:20,21 284:2 |
| 69:24 70:16,18,19 | 286:4 287:2 288:6 | 21:10 22:13 35:19 | 285:7 288:20 |
| 70:22 72:17 74:14 | **texted** 287:12 | 37:16 38:15 40:4 | 289:19 293:16 |
| 74:18,19 75:6,9 | **thank** 14:12 37:5 | 42:3,5 45:20 52:3 | 295:6,8 297:12 |
| 80:10,19,20 81:14 | 53:22 55:1 68:11 | 66:19 77:6 82:8 | 303:11,15 304:10 |
| 81:17 82:24 84:12 | 69:17 77:20 104:6 | 83:5 84:15 85:17 | 306:10 309:18,25 |
| 84:18,25 86:22 | 106:21 150:19 | 86:12 89:10 91:19 | 311:11 312:3 |
| 96:23 97:1 100:6 | 191:20 198:20 | 93:5 97:20 98:1 | 313:7 314:3 316:8 |
| 158:24 203:8 | 204:10 228:22 | 111:9,9 118:16 | 323:7 |
| **testified** 9:8 152:8 | 235:6 236:10 | 120:12,17 121:15 | **thinking** 84:1 |
| 320:17,23 | 258:7 276:6 288:1 | 121:25 122:4,8 | 113:2 130:4 |
| **testify** 15:6 158:2 | 290:8 308:12 | 125:5,14 126:16 | 221:19 222:5,13 |
| **testifying** 163:16 | 318:2 | 130:2 131:12 | 243:1,2 309:5 |
| **testimony** 14:21 | **thanking** 150:6 | 134:5,11 135:2 | **third** 163:14 225:7 |
| 32:2 43:18,21 | **thanks** 189:3 | 137:8 143:21,23 | 255:18 |
| 44:1 61:22 63:4,6 | 262:16 | 148:23 155:25 | **thom** 212:17,18 |
| 63:18 86:4 117:22 | **thebloomfirm.co...** | 160:21 162:18 | 250:17 314:1 |
| 162:24 168:10 | 2:7,8 | 165:17 177:2 | **thor** 121:14 |
| 169:8 180:23 | **thing** 30:8,12 | 181:15 183:18 | **thoroughly** 257:14 |
| 182:14 184:3,4 | 39:24 47:22 48:4 | 186:11 192:5,15 | **thorre** 212:14 |
| 190:20 206:12 | 57:4 58:5 71:4 | 192:23 194:19 | 314:1 |
| 213:12 242:4,5,10 | 82:13 84:16 119:6 | 196:16,17 198:19 | **thought** 21:18 |
| 251:9 257:14 | 133:8 139:19 | 214:5,11 219:24 | 90:10,18,22 92:22 |
| 261:9 270:22 | 150:7,20 170:24 | 222:3,19 225:22 | 93:20,25 95:23 |
| 285:9 311:18 | 193:15 196:18 | 226:13,14 229:13 | 105:6 121:3 134:9 |
| 325:12 326:6,9 | 226:19,20 228:16 | 229:17,23 230:21 | 134:20 140:3 |
| **texeiro** 257:3 | 230:17 237:2 | 231:21 234:23 | 148:3 150:25 |
| **text** 5:17 6:9 127:7 | 260:18 267:12 | 236:20 237:1,2 | 151:1 177:6 178:2 |
| 127:16,21 128:12 | 281:23 305:21 | 240:21 243:3 | 183:23 208:10 |
| 128:13,15,19 | 307:10 317:24 | 245:24 246:12 | 214:10 215:4 |
| 132:6 133:4 134:1 | **things** 41:21 74:3 | 252:24 253:6 | 222:22 226:9,25 |
| 134:22 135:12 | 74:4 102:4 103:5 | 255:7 256:21 | 227:10 231:9 |
| 136:1 138:5 139:6 | 112:8,9 168:17 | 257:4 259:18 | 235:2 249:7,13 |
| 139:25 140:21 | 170:16 192:6 | 260:6 262:14,19 | 257:10,12 258:3 |
| 141:5,8,18 149:17 | 198:11 199:13 | 262:25 263:11 | 263:4 267:22 |
| 153:4,21 156:2,7 | 225:13 228:15 | 264:24 265:7,8 | 303:18 |
| 157:20 223:12,25 | 229:13 230:10 | 266:8 267:20 | **thousands** 318:22 |
| 224:15,20,22 | 231:18 241:11 | 270:2 271:3 | **three** 85:22 96:19 |
| 225:6 227:14 | 249:16 255:6,25 | 272:12 273:13 | 105:21 114:1 |

Veritext Legal Solutions
800-826-0277

**[three - true]**

133:4,10 144:13
165:17 188:6
228:10
**thrown**   87:10
**thursday**   1:16
237:23
**ticket**   284:6
**tiffany's**   88:6,7,7
88:10,16 90:4
91:3,23 92:2,19
93:8,16,21 94:5,13
95:16 96:17
120:21 121:2,17
126:10 147:25
148:21 155:22
156:4,10,25,25
**time**   1:20 4:11
11:2,4 12:11,11
15:15 16:6,9
17:14 22:4,7 32:2
32:21 41:12 56:11
69:6,10,18 72:19
76:9 77:23 78:1
79:11,18 86:5,17
87:2 88:3 90:6
91:8 96:2,4 99:19
100:16 110:9,16
111:7 115:22
116:9,17,22 117:1
117:7 118:1,6,14
118:23 120:11
124:23 135:25
138:4 139:1
141:13 147:3
148:23 149:11
151:15 152:3
153:10 156:1
158:19 165:4
167:15 169:5,9
179:17 183:25
184:23 185:6

187:7 188:4
193:24 199:7
205:9 206:15,18
207:1 212:23
213:13,21 214:4,6
215:15 216:25
217:17,24 218:2
218:21,25 223:20
224:7,8,11 235:11
235:17,19 245:9
245:10,13,22
248:25 251:4
252:1 258:25
259:5,8 266:24
267:5 269:14
270:1,3,20,23
271:21,24 272:19
273:19 275:15,16
278:23 282:9
286:22 287:5
288:3 289:3,17
290:9,17,20
291:14 292:13
295:9 297:8,20
298:10 301:11,24
304:19 308:18
309:8,11 310:16
312:5,7,11,16
314:6 319:16,19
324:2,15,19
**times**   6:23 45:22
47:18 85:23 95:3
101:13 110:24
114:18 139:9
144:13 179:13,25
183:13 188:6
189:17 190:11
193:7,11 308:25
315:21,23,24
316:4,11,24
317:15,21 318:4,6

318:13 319:9
**timing**   148:17,18
148:20
**tired**   269:5
**titled**   123:24
**tlo**   153:10
**today**   13:1 14:21
15:5 19:12 111:18
112:1 114:8,16
125:9 140:5 160:3
225:9 271:9
297:14 310:5
311:23
**todd**   5:18 124:18
124:19 127:17,22
128:14,17 129:4
129:15 130:4,15
130:17 133:17
135:12 136:2,2
138:6 140:23
141:6,10,21 142:1
142:14,19 146:3
**todd's**   128:24
129:22
**told**   13:12 24:13
36:11 67:2 93:11
128:18 209:17
214:9,11 267:17
283:22 301:13
317:1
**tomassone**   100:20
102:25 111:9
123:25 125:15
153:1,3,21,24
154:5 155:7 189:6
310:3
**tomassone's**   126:2
**tomorrow**   136:16
**tone**   107:17
**top**   30:6 54:15
55:5 57:18 116:4

128:21 147:11
219:7 227:18
235:11 245:25
254:3 298:13
299:10 320:4
**topic**   58:15
**torso**   287:18
**total**   43:10 181:7
**totally**   249:11
**touch**   29:22 85:4
85:20 117:1,9
205:8 217:25
273:3 283:24
**touched**   25:18
27:15,20 86:7
294:22 295:10
318:24
**touching**   315:18
316:10
**tough**   118:23
295:5
**tougher**   265:10
**tower**   2:17
**town**   137:17
**track**   254:19
**training**   292:16
**transcript**   10:20
11:14 325:10
326:8
**translated**   11:14
**traveled**   173:17
**treated**   186:5,8
187:5
**tree**   241:9 242:9
**trial**   4:11 19:3,11
21:13
**tried**   229:17
252:15 300:23
**triple**   189:2
**true**   67:9 75:12
147:17 160:22

Veritext Legal Solutions
800-826-0277

**[true - van]**

188:19 319:11,13
325:13 326:9
**truly** 319:1
**trunks** 282:9
**trusted** 283:17
**truthfully** 15:7
54:2 135:7 251:20
268:25 270:9
**try** 10:15,18 13:23
20:3 101:24
183:12 258:15
319:5
**trying** 50:10 51:3
63:5 68:19 148:17
187:24 211:15
225:18 265:6
281:15 311:6,7
**turn** 7:7 56:12
58:3 175:7 188:15
219:3 237:18
239:22 261:15
319:24
**turns** 105:17
**twice** 140:10 146:4
177:21 234:17
274:1
**twin** 218:6
**twins** 217:19
**twisted** 318:25
**twitter** 307:3
**two** 9:16 40:20
46:10 75:24 95:2
96:19 100:18
124:2 131:23
138:13 145:15
150:3 170:2,3
174:6 199:3 206:3
206:3 228:10
244:20 252:8
255:22,24 256:7
288:5 316:15

**type** 84:25 86:19
89:22 98:8 129:14
145:16 158:16
213:2 230:17
254:8
**types** 80:6 143:16
**typical** 108:19
129:14 130:15,19
145:13 246:22
**typically** 28:11
43:21 44:8 70:23
70:24 75:17,18
91:1 99:21 132:22
161:5 173:22
178:16 208:14
213:1 228:3 276:3
283:8
**typo** 153:10
267:15

---

**u**

**u** 9:6 124:12 152:6
162:6,6 199:18
**u.s.** 7:18
**uh** 10:18,19
**uhs** 10:19
**ultimate** 33:7,12
184:5 192:7
195:19
**ultimately** 194:13
292:18 300:6
**umbrella** 255:7
**unable** 322:12
**unclear** 69:2
**uncomfortable**
27:19 35:11,25
303:3
**underlined** 263:25
264:4 318:14
**underneath** 132:6
**understand** 11:16
23:6,11 28:9,18

32:1 35:17 36:13
40:18,20 41:17,20
44:21 45:14,15
48:19 50:9,11
59:14 60:22 69:13
71:2,6 72:12
76:16 86:1,3
93:14 95:6 96:10
110:3 123:6 144:4
172:8 176:7
179:11,22 181:5
187:10 195:5
196:7 197:22
198:13 211:15
232:22 236:6,7
**understanding**
30:25 43:17 44:1
44:12 91:16 155:6
161:9 162:23
163:10,15,25
184:10 286:6,13
288:25
**understood** 11:20
11:22 104:16
107:18 108:4
150:9 173:7 186:1
206:11 227:3
248:3 276:21
**underwear** 115:4
115:13,18 116:6,8
116:14,23,24
118:4
**unfortunately**
52:5 195:3
**unhappy** 275:10
**unhinge** 234:22
**unintentional** 10:8
**united** 1:1
**unsolicited** 43:1
43:20 44:7,14
45:6 132:16,20

135:4
**untrue** 307:25
308:10 318:25
**untruthful** 151:4
**unzip** 116:4
**update** 147:23
**updated** 225:9
**ups** 324:8
**usage** 268:9
**use** 43:24 49:13,25
63:13 68:7 86:20
129:15 130:25
131:12 147:20
158:21 177:12,20
184:19 194:3
228:3 245:9 263:3
264:13 265:3
288:17 303:19,25
321:19
**usually** 29:9 38:5
75:24 89:16,23
99:23 182:19
184:13 209:10
213:9
**utilize** 40:5
**utmost** 319:3

---

**v**

**v** 77:1 79:8 209:14
244:24 246:1,2,2
248:4,5,10 275:24
**valuable** 266:1,6
**van** 1:10 6:20 8:11
288:9,10,14,15,18
289:2,5,11,14,18
290:23 291:3,15
292:19 293:10,18
294:5,12,20
295:13 296:6,12
296:15 297:8,16
297:23 300:12
302:1,7,11 303:4

Bruce Weber - 9/19/2019

[van - watts]

| | | | |
|---|---|---|---|
| 304:5,6 305:3,4 | viewed   96:13 | walked   87:4 | 245:6,7,8 246:7 |
| 309:4,5 314:18 | 120:11 | walking   76:5 | 259:11 283:1 |
| varies   278:22 | viewing   126:6 | 112:10 164:11,24 | 284:1,14 291:5 |
| various   80:5 131:3 | village   282:25 | 164:25 211:17 | 292:7 294:3 |
| 163:12 164:7,8,13 | vimeo   6:21 305:10 | 248:14 | 295:11 296:25,25 |
| 165:2,6,24 166:13 | 305:15,16,18 | wall   72:11 103:11 | 298:25 304:15 |
| 202:11 246:17,18 | 307:8,10 | 168:21 309:15 | 307:21 308:14 |
| 248:15,16 | vince   267:14 | walled   102:19 | 320:12 321:20 |
| vary   99:24,25 | vince4   267:14 | want   10:13,22 | wanted   20:2 46:6 |
| ventura   2:11 | violent   301:5 | 13:11 14:7 22:1 | 66:12 92:24 |
| verbally   10:16 | visiting   296:20 | 23:10,21 24:15,15 | 115:25 137:6 |
| verbatim   227:22 | 297:9 | 26:12,17,18 36:19 | 177:20 184:18 |
| veritext   8:2 | visually   89:15 | 48:2,7,19,22,24 | 187:13 190:12 |
| versa   289:8 | vogue   194:17 | 49:15,19 50:1,5,6 | 193:25 218:13 |
| versace   84:7 91:11 | 207:1,10,11 | 50:19 51:4 58:15 | 222:23 229:14 |
| 211:9 217:21 | 208:20 209:15,24 | 60:14,20 62:17,20 | 241:20 242:16,17 |
| versed   9:22 | 210:1,8,10 211:1 | 62:24 66:18 70:12 | 252:6 263:3 265:6 |
| version   128:13 | 214:3 215:20 | 70:20 73:18 74:20 | 279:19 282:5,6 |
| 149:16 | 219:7,9 220:12 | 77:1 78:11,20 | 303:19 316:7 |
| versus   7:16 | 245:20 246:3 | 82:25 85:8,25 | wanting   208:8 |
| vetting   174:20 | 248:6 262:14,21 | 86:2 92:3 95:5,7 | wants   22:18 130:7 |
| 277:12 | 263:5,6,10 264:24 | 98:15,15 99:11 | 189:8,12 221:11 |
| vice   289:7 | 280:23 281:16,23 | 101:15,25 110:2 | 231:6 |
| video   7:13 24:21 | 289:20 291:21 | 118:14 120:2 | war   89:20 90:23 |
| 34:3,4 78:3 | 295:13 296:6,12 | 129:24,25 130:6 | 249:21 |
| 151:16 152:5 | 297:25 300:15 | 131:19 136:21 | wardrobe   77:11 |
| 218:22 219:2 | 304:1 320:2 321:4 | 138:23 140:6 | 298:24 |
| 272:1 | 321:7,8,11,14 | 145:5,6 155:21,24 | warm   107:17 |
| videographer   3:11 | voice   94:2 | 158:21 159:11 | warn   80:17,23 |
| 7:1 16:6,9 22:4,7 | voluminous   160:9 | 162:16 169:7,25 | 204:21 |
| 77:23 78:1 151:15 | w | 170:4 172:7 | warned   204:17 |
| 152:3 218:21,25 | | 176:15 178:17 | warning   80:9 81:7 |
| 224:8,11 245:10 | w   9:6 152:6 | 184:19 185:12 | waste   155:25 |
| 245:13 259:5,8 | wait   203:10,10 | 187:7 188:7 | water   163:3 |
| 269:16 271:21,24 | waive   22:21 | 190:16 194:18,20 | watson   212:10 |
| 290:17,20 319:16 | waived   4:7 | 199:20 207:24 | 314:2 |
| 319:19 324:15 | waiver   22:12 | 216:20 217:6,10 | watts   12:5 71:12 |
| videotaped   1:18 | walberg   124:1 | 217:13 218:17 | 71:14,22,23,24 |
| 10:4 | 221:3,7 | 219:3 222:25 | 72:22 73:13 201:9 |
| view   110:19,23 | walk   166:6,7,8,11 | 224:4 229:9,11,25 | 203:13 285:4 |
| 114:18,19 | 246:19 | 234:2,8 236:15 | |

Page 45

Bruce Weber - 9/19/2019

**[way - winter]**

**way** 20:15 22:19 23:5,7 27:15,19 29:6 34:23 37:12 38:20 48:22 53:18 56:18 57:17,24 69:5 83:15 85:4 101:3 102:24 115:15 138:16,18 138:21 139:24 143:21 150:5,16 157:9 158:13 172:5 186:5,7 187:5 188:17 192:6 194:15 217:21 231:6 234:25 235:10 237:12 240:21 241:12 247:7,13 249:4 252:18 253:1,4 280:10 281:24 282:22 291:25 302:22 317:5 326:14

**ways** 126:1 197:6

**we've** 116:19

**wear** 27:10 43:14 46:9,11 93:24 252:16 268:3 299:5,17

**wearing** 115:18 300:6

**weber** 1:6,13,18 2:16 5:3,18 6:7,9 6:20 7:14,17 8:11 8:22,25 9:11,13,14 15:9,19 16:17 17:8,13 19:14 22:16,22 51:4 53:10,25 60:7,17 62:16 63:5 65:24 67:21 69:18 78:5

80:8,8 82:2,10 90:21 101:10 105:19,24 122:21 123:3 124:7 126:19,25 140:22 141:4 147:4 149:5 152:11,16,23 160:15 171:20 210:21 219:3 220:19 223:13 224:13 253:25 259:10 264:7 272:2 286:17 290:3,22 301:20 302:7 317:24 319:21 322:19 323:2,11 324:4 325:8,22

**weber.com** 307:15

**website** 109:9 305:15 307:13

**week** 153:11 189:12

**weekend** 240:3

**weights** 267:9

**weintraub** 2:15,19 8:21,21 13:14,23 14:3,22 15:12,22 15:24 16:20 17:9 17:19,23 18:2,6,17 18:25 19:6,21 24:7,11,24 25:21 25:23 26:9,16 28:3,14,16 29:24 31:13 32:5 35:13 36:15 37:20 38:3 38:10 41:2,25 43:5 44:3,17,23 45:7,10,24 47:5,12 48:14,18,24 52:1 52:14,18 53:4,14

56:1 57:14 58:10 58:23 59:6,10 60:13,16 62:2,16 62:24 63:24 64:16 65:5,19 76:15 79:5 80:11 81:1,9 82:5 83:1 85:21 86:13 90:12,15 91:18,24 92:4 94:15,23 95:2 101:24 102:22 103:22 109:7,17 109:19 111:21 114:21 115:5 119:16 121:6 122:7 123:2 128:1 129:17,21 130:2 130:10 133:1,20 134:8,14 136:19 136:23 138:1 139:7,12,20 140:11,14 142:16 142:22 143:17,23 144:2,7,12,23 145:8 146:23 149:10,21 154:12 154:17 155:10 156:11,15,17 157:6,25 158:6 163:13,23 164:15 166:1 167:8 174:22 180:8 189:22 190:1,5 192:21 193:13 196:1,11,13 197:13,16,20 198:18 202:7,25 203:21 204:19,21 210:17 215:9 216:16 217:2 218:17 220:13

222:7 223:16 230:25 231:19 232:1,7,14,20 233:6,8,18,22,25 234:4,11 235:8,14 235:18,22 236:3 237:10,16 238:8 238:24 239:8,18 241:23 243:9 244:17 245:2 258:21 264:2 266:11,23 267:4 273:10 276:4 281:22 292:22 293:3,13 294:15 298:5 301:20 309:23 310:21 311:4 312:24 313:13 314:12 317:11,17 324:9 324:12,13

**weird** 137:2 192:10

**went** 74:15 92:16 121:14 211:3 249:14 259:18 308:13

**whereof** 326:16

**whispered** 149:9

**whispering** 7:5

**white** 280:14

**whore** 66:15

**widow** 169:17

**wife** 73:6,7 191:12

**wild** 308:6

**window** 72:14,18 99:7

**windy** 96:7

**winter** 27:9 96:6 147:25

**[wintertime - years]**

| | | | |
|---|---|---|---|
| **wintertime** 148:22 | 177:10 178:21 | **wrap** 100:22 | 161:21 163:5 |
| **wise** 91:9 189:3 | 179:1,4 192:14 | **wrapping** 100:25 | 167:3,10,10,20 |
| 235:11 | 195:4 196:16 | 112:19 | 175:12,21 178:5 |
| **wish** 83:20 102:2 | 197:5 201:14 | **write** 63:8 155:5 | 178:15 179:20 |
| 120:7 167:14 | 215:19 225:17 | 215:14 306:7,20 | 183:20 185:3 |
| **wished** 120:6 | 227:5 230:22,24 | 306:24 | 186:20 194:20,21 |
| **wispy** 113:21 | 237:23 254:18 | **writing** 107:10 | 196:2,15,16 197:9 |
| **witness** 5:2 48:20 | 273:22 279:6 | 150:10 169:14 | 202:18 204:4,5,13 |
| 101:21 105:23 | 298:17,18 318:25 | **written** 10:4,17 | 205:7,7 208:5 |
| 108:15 135:18 | **worked** 23:5 | 29:6 122:24 | 209:6 211:23 |
| 141:2 152:21 | 124:22 136:6 | 135:19 156:7 | 212:10 218:19 |
| 218:19 223:22 | 184:16 186:13 | 157:23 158:9,14 | 219:13 222:2 |
| 259:24 308:5 | 191:24,25 217:15 | 159:3 315:24 | 224:17,21 225:4 |
| 318:7 326:6,10,16 | 281:8 289:2 | **wrong** 19:21,22 | 228:7 242:15 |
| **woman** 43:11 | 323:16 | 31:3 65:14 81:5 | 243:12 247:9 |
| 61:17 263:8 | **working** 17:3 21:1 | 108:17 221:15,19 | 249:15 251:22 |
| **women** 46:9,9,16 | 32:18 35:24 39:15 | 222:13 226:1 | 253:2 256:4 258:6 |
| 47:16 65:12 84:4 | 40:1 64:17 70:3 | 267:2 | 260:3 261:7,24 |
| 225:20 226:11 | 72:18 75:23 88:21 | **wrote** 130:4 | 262:12 265:24,24 |
| 282:13 | 100:15 101:4 | 151:10 187:2 | 268:2 269:8 |
| **wonder** 43:12 | 103:2 155:18 | 306:9 | 271:16 274:21 |
| **wondering** 68:23 | 184:9 186:10 | | 275:20 277:14 |
| 198:3 | 187:1,25 190:24 | **x** | 278:13,13 280:13 |
| **woodland** 2:12 | 191:23 192:2,3 | | 280:13 281:23 |
| **word** 43:7 49:14 | 194:16 199:5 | **x** 1:2,7,8,14 5:1,7 | 284:19,19 286:18 |
| 49:24 86:20 97:24 | 201:16 212:23 | 162:6 | 286:25 290:11 |
| 98:7 104:3 183:17 | 225:13 264:19 | **xmas** 240:15,23 | 296:14 300:22 |
| 183:21,22 194:8 | 270:4 284:4,9 | **xo** 125:14 | 305:17,17,17,21 |
| 195:9 219:23 | 289:7,14 291:20 | **xx** 154:1 | 305:24,24 307:16 |
| 228:4 255:23,23 | 292:2 296:3 310:2 | **xxx** 153:11 | 307:22 318:16 |
| 265:3 266:8 | **works** 72:2 116:2 | | |
| 299:14 | 302:15,16,16 | **y** | **year** 141:20 188:6 |
| **words** 43:24 48:15 | 306:11 | | 217:21 218:10 |
| 48:17 49:13 | **world** 89:20 90:23 | **y** 162:6 199:18 | 280:16 284:15 |
| 129:22 148:18 | 173:18 316:20,21 | **yeah** 44:25 70:5 | 288:22 |
| 228:3 282:3 311:6 | **worried** 218:5 | 81:13 83:10 87:25 | **years** 12:8 18:11 |
| **work** 33:3 39:10 | 264:24 | 93:23 104:21 | 19:23 32:16 39:17 |
| 39:16,18,18 74:12 | **worry** 67:4 227:24 | 107:21 108:22 | 45:11,17 51:1 |
| 100:8 103:25 | **worth** 45:11 | 123:17 124:23 | 59:1 79:12 125:13 |
| 118:15,17,18 | **wow** 214:23 | 135:16,19 138:23 | 136:7 145:1 |
| 135:3 174:4 | | 143:13 148:6 | 184:17,25 185:2 |
| | | 151:12 154:13,14 | 186:14 188:1 |
| | | 154:14 159:25 | |
| | | 160:17 161:8,12 | |

Veritext Legal Solutions
800-826-0277

Bruce Weber - 9/19/2019

**[years - zeros]**

```
    192:1 280:22
    283:25 284:18
    312:12 319:3
yoga   36:9,9 119:3
    214:10,15,25
    215:6
york   1:1,15,15,23
    2:5,5 3:4,4 6:23
    7:19,23,24 8:12
    12:3 26:15 32:20
    71:9 173:6 174:16
    200:13 201:6
    203:8 218:9 284:5
    284:6,10 300:3,16
    315:21,23,24
    316:4,11 317:15
    317:21 318:3,6,13
    319:9 326:4
younger   162:13
yup   202:23 287:14
```

                    **z**

**zeros**   105:17

Veritext Legal Solutions
800-826-0277