# EXHIBIT E

1   UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF NEW YORK
2   Case No: 1:19-cv-03825(JMF)
    ------------------------------------x
3   JASON BOYCE,
4                        Plaintiff,
5              -against-
6   BRUCE WEBER and LITTLE BEAR INC.,
7                        Defendants.
    ------------------------------------x
8   Case No. 1:18-cv-12112
    ------------------------------------x
9   JOSHUA ARDOLF, ANTHONY BALDWIN,
    BUDDY KRUEGER, JACOB MADDEN, and
10  JNANA VAN OIJEN,
11                       Plaintiffs.
12             -against-
13  BRUCE WEBER,
14                       Defendant.
    ------------------------------------x
15
                   30 Rockefeller Plaza
16                 New York, New York
17                 Monday, September 23, 2019
                   10:06 a.m.
18
19       Videotaped 30(b)(6) Deposition of
    Little Bear Inc. by JONATHAN BERNSTEIN, a
20  Witness in the above-entitled action,
    held at the above time and place, taken
21  before Dawn Matera, a Shorthand Reporter
    and Notary Public of the State of New
22  York.
23
24  JOB NO. 3518445-1
25  PAGES 1 - 194

                                    Page 1

```
1     A P P E A R A N C E S :
2
3         THE BLOOM FIRM
          Attorneys for Plaintiffs
4              85 Delancey Street
               #20
5              New York, New York 10002
               (954)661-6734
6
          By:  ARICK FUDALI, ESQ.
7              arick@Thebloomfirm.com
8                   -and-
9         THE BLOOM FIRM
               20700 Ventura Boulevard
10             Suite 301
               Woodland Hills, California 91364
11
          By:  ANNA LEVINE-GRONNINGSATER, ESQ.
12             anna@thebloomfirm.com
13
          By:  SARAH BLOOM, ESQ.
14             (Via Teleconference)
15
16        NELSON MULLINS RILEY & SCARBOROUGH
          LLP
17        Attorneys for Defendants Bruce Weber
          and Little Bear
18             2 South Biscayne Boulevard
               21st Floor
19             Miami, Florida 33131
20        By:   JONATHAN ETRA, ESQ.
                jonathan.etra@nelsonmullins.com
21
                    -and-
22
23
24
25
```

                                      Page  2

```
 1
     A  P  P  E  A  R  A  N  C  E  S : (Continued)
 2
 3
         SALE & WEINTRAUB, P.A.
 4             2 South Biscayne Boulevard
               One Biscayne Tower - 21st Floor
 5             Miami, Florida 33131
               (305)374-1818
 6
         By:  JAYNE C. WEINTRAUB, ESQ.
 7             jweintraub@saleweintraub.com
 8                  -and-
 9       SHEPPARD MULLIN RICHTER & HAMPTON LLP
               30 Rockefeller Plaza
10             New York, New York 10112
               (212)634-3095
11
         By:  DANIEL BROWN, ESQ.
12             dbrown@sheppardmullin.com
13
14
     Also Present:
15
         ELIZABETH MURPHY,
16           Little Bear
17       HOWARD BRODSKY,
             Videographer
18
                    ~oOo~
19
20
21
22
23
24
25
```

1                           I N D E X
    Witness                                              Page
2   JONATHAN BERNSTEIN
3   Examination by:
4   MS. LEVINE-GRONNINGSATER                               10
    MR. ETRA                                              188
5
6                       E X H I B I T S
    Plaintiffs'                                           Page
7
    Exhibit 22   Document Bates stamped                    19
8                LBBW 410
9   Exhibit 12   Document Bates stamped                    23
                 LBBW 37494
10               (Previously marked)
11  Exhibit 23   Document Bates stamped                    34
                 LBBW 700
12
    Exhibit 24   Document Bates stamped                    43
13               LBBW 231
14   Exhibit 2   Document Bates stamped                    65
                 LBBW 62
15               (Previously marked)
16  Exhibit 25   Text from Bruce Weber                     75
                 website
17
    Exhibit 26   Call sheet from Vogue                    102
18               Homme shoot of January
                 2011
19
    Exhibit 27   Document Bates stamped                   109
20               LBBW 35747
21  Exhibit 28   Document Bates stamped                   126
                 LBBW 36693
22
    Exhibit 29   EEO policy prohibiting                   128
23               workplace harassment
24  Exhibit 30   Document Bates stamped                   131
                 LBBW 36677
25

                                                 Page 4

| | | | |
|---|---|---|---|
| 1 | 1 | | |
| | | Exhibit 31   Document titled | 135 |
| 2 | 2 | "Abercrombie & Fitch/Back | |
| | | to School" | |
| 3 | 3 | | |
| | | Document Bates stamped | 138 |
| 4 | | Exhibit 15    LBBW 36328 | |
| | | (Previously marked) | |
| 5 | 5 | | |
| | | Exhibit 32   List of five Ardolf | 152 |
| 6 | 6 | Plaintiffs and photo | |
| | | shoots | |
| 7 | 7 | | |
| | | Exhibit 33   Document titled "A&F | 155 |
| 8 | 8 | Holiday 2008/2009" | |
| | 9 | Exhibit 34   Document titled | 157 |
| 9 | | "Abercrombie & Fitch | |
| | 10 | Spring/Summer 2010" | |
| 10 | 11 | Exhibit 35   Document titled "French | 167 |
| 11 | | Vogue Undercover | |
| 12 | 12 | Policewoman" | |
| 13 | 13 | ~oOo~ | |
| 14 | 14 | | |
| 15 | 15 | | |
| 16 | 16 | | |
| 17 | 17 | | |
| 18 | 18 | | |
| 19 | 19 | | |
| 20 | 20 | | |
| 21 | 21 | | |
| 22 | 22 | | |
| 23 | 23 | | |
| 24 | 24 | | |
| 25 | 25 | | |

Page 5

1    Q.   Is there any reason you cannot    10:09:38
2  give your best testimony today?    10:09:41
3    A.   There is no reason.    10:09:42
4    Q.   Did you discuss this deposition    10:09:44
5  beforehand with anyone other than your    10:09:48
6  attorneys?    10:09:51
7    A.   Yes.    10:09:51
8    Q.   Who did you discuss it with?    10:09:51
9    A.   I discussed it with -- to the    10:09:53
10  extent that I did research and due    10:09:59
11  diligence on the 30(b)(6) topics, I've    10:10:01
12  spoken to probably about 20 people.    10:10:03
13  Would you like me to name them?    10:10:07
14    Q.   Are they employees or    10:10:11
15  independent contractors of Little Bear?    10:10:13
16    A.   Either at present or at some    10:10:15
17  point in time, yes.  Sorry, maybe one or    10:10:18
18  two people who are not.    10:10:24
19    Q.   Do you remember everyone you    10:10:25
20  spoke with?    10:10:29
21    A.   I can try for sure.    10:10:30
22    Q.   That would be great if you can    10:10:32
23  give me a list, please?    10:10:34
24    A.   All right.  So I spoke to Bruce    10:10:35
25  Weber.  I spoke to Elizabeth Murphy.  I    10:10:37

Page 14

1  spoke to Jeanine Morick, Dawn Tomassone.    10:10:40
2  I spoke to Gwen Walberg.  I spoke to    10:10:43
3  Natalia Ortega.  I've spoken to Nathan    10:10:47
4  Kilcer.  I spoke to Michael Murphy.  I    10:10:50
5  spoke to Joseph DiGiovanna.  I spoke to    10:10:53
6  Frank Stanley.  I spoke to Jeffrey    10:10:56
7  Tautrim.  I spoke to Elaine Irwin.  I    10:11:00
8  spoke to Mark Mulitz.  And I don't know    10:11:05
9  how many is that?  That's -- I am sure I    10:11:09
10  am missing maybe one or to people, but    10:11:15
11  that's to the best -- that's the best I    10:11:17
12  can remember.    10:11:19
13    Q.   That's fine.  And were these    10:11:20
14  conversations in the presence of counsel    10:11:22
15  or no?    10:11:24
16    A.   No.  I spoke to John Scott    10:11:24
17  also.    10:11:31
18    Q.   Thank you.  And you understand    10:11:32
19  that your testimony here today is on    10:11:34
20  behalf of Little Bear, right?    10:11:37
21    A.   I do understand that, yes.    10:11:39
22    Q.   And your answers essentially is    10:11:40
23  as if Little Bear is answering each of my    10:11:47
24  questions, right?    10:11:49
25    A.   As far as I understand, yes.    10:11:49

Page 15

1    Q.   If your counsel doesn't mind,    10:11:53
2  and if you don't mind, I would like to    10:11:54
3  begin with some housekeeping and having    10:11:56
4  you verify some discovery responses that    10:11:58
5  we had previously discussed.  Is that    10:12:00
6  okay?    10:12:03
7       MR. BROWN:  So I would just    10:12:03
8  suggest that why don't you give that    10:12:04
9  to me at a break and we can talk about    10:12:06
10  it as opposed to --    10:12:08
11       MS. LEVINE-GRONNINGSATER:    10:12:10
12  Certainly.  That's fine.    10:12:11
13    Q.   This might be --    10:12:13
14       MR. BROWN:  I apologize, I see    10:12:16
15  what's in front of you.  We will    10:12:18
16  verify on the record right now that    10:12:19
17  Little Bear's verification to the    10:12:21
18  original interrogatories applies as    10:12:24
19  well to the supplemental    10:12:27
20  interrogatories.  And Mr. Bernstein    10:12:29
21  can confirm that as well.    10:12:31
22    Q.   Do you confirm that?    10:12:33
23    A.   I do.    10:12:34
24    Q.   Do you confirm the same for    10:12:35
25  Mr. Weber's responses to the    10:12:37

Page 16

1  interrogatories?    10:12:39
2       MR. BROWN:  I will confirm that    10:12:40
3  on behalf of Mr. Weber.    10:12:44
4    Q.   And Mr. Bernstein, are you able    10:12:55
5  to today authenticate the e-mails to and    10:12:58
6  from Little Bear produced by Little Bear    10:13:05
7  in discovery in both the Ardolf and Boyce    10:13:07
8  cases?    10:13:12
9    A.   I mean I would have to see    10:13:12
10  them, I guess, but sure, to the extent    10:13:13
11  that I recognize them, absolutely.    10:13:16
12    Q.   But not the ones that you don't    10:13:18
13  recognize?    10:13:20
14    A.   Well, I mean, to the extent    10:13:21
15  that I produced them, I can certainly    10:13:22
16  verify that Little Bear produced them.    10:13:26
17    Q.   Okay.  So let's start with the    10:13:28
18  topic relating to the corporate structure    10:13:34
19  at Little Bear.    10:13:37
20       When was Little Bear formed?    10:13:39
21    A.   May 22nd, 1992.    10:13:40
22    Q.   And what type of entity is it?    10:13:43
23    A.   It's an S corporation.    10:13:46
24    Q.   And who is the president, if    10:13:48
25  any?    10:13:55

Page 17

5 (Pages 14 - 17)

1    the objection that Ms. Murphy is more    10:25:52
2    equipped to speak on that topic?    10:25:54
3    　　MR. ETRA:  That's part of it.    10:25:55
4    　　MR. FUDALI:  Or objection that    10:25:56
5    it's attorney/client privilege or is    10:25:57
6    it both?    10:25:58
7    　　MR. ETRA:  It's both.    10:25:58
8    　　MR. FUDALI:  Thank you.    10:26:00
9    　　MS. LEVINE-GRONNINGSATER:  And    10:26:00
10    are you instructing him not to answer?    10:26:01
11    　　MR. ETRA:  I am instructing him    10:26:03
12    not to answer anything that he only    10:26:04
13    knows from being part of the    10:26:06
14    attorney/client privilege team.  If he    10:26:07
15    has knowledge incidental because he    10:26:09
16    hung out in the studio and has    10:26:12
17    personal knowledge he's picked up    10:26:13
18    along the way, I am not stopping him    10:26:16
19    from answering.    10:26:17
20    　　MS. LEVINE-GRONNINGSATER:  I    10:26:17
21    don't think that's how attorney/client    10:26:17
22    privilege works.  If he has knowledge    10:26:19
23    of it, I am not asking him the source    10:26:19
24    of that knowledge, but if he has    10:26:21
25    knowledge, he can not refuse to    10:26:22

Page 30

1    testify on it based on the fact that    10:26:23
2    he got knowledge from an attorney.    10:26:24
3    　　MR. ETRA:  Oh, I disagree.    10:26:26
4    　　MS. LEVINE-GRONNINGSATER:  Well,    10:26:27
5    Upjohn would agree with me.  Maybe we    10:26:29
6    can --    10:26:31
7    　　MR. ETRA:  What?    10:26:31
8    　　MS. LEVINE-GRONNINGSATER:    10:26:32
9    Upjohn would agree with me.    10:26:32
10    　　MR. ETRA:  Upjohn just means    10:26:33
11    it's the privilege of the company.  It    10:26:33
12    doesn't mean it's not a privilege.    10:26:35
13    　　MS. WEINTRAUB:  You want all of    10:26:40
14    this on the record?    10:26:41
15    　　MR. ETRA:  Yeah, I do.    10:26:42
16    　　MR. FUDALI:  Sure.  Just ask the    10:26:43
17    question again.  Let's move on.    10:26:45
18    Q.    Who outranks Mr. Weber in    10:26:49
19    casting, if anyone?    10:26:52
20    　　MR. ETRA:  Same objection.    10:26:54
21    If you know from your personal    10:26:54
22    knowledge, you can answer.  If you    10:26:56
23    know simply from being part of the    10:26:58
24    legal team, I instruct you not to    10:27:00
25    answer.    10:27:03

Page 31

1    　　A.    Mr. Weber is an independent    10:27:03
2    contractor.  He's not part of the    10:27:05
3    hierarchy.  So the concept of rank    10:27:07
4    doesn't really apply.    10:27:09
5    　　Q.    Is the answer then no one?    10:27:10
6    　　A.    The answer is everyone.    10:27:15
7    　　Q.    Does Mr. Weber ever communicate    10:27:17
8    with models through a Little Bear e-mail    10:27:27
9    address?    10:27:30
10    　　A.    Yes.    10:27:30
11    　　Q.    Does he ever communicate with    10:27:31
12    them through an e-mail address that is    10:27:32
13    not belonging to Little Bear?    10:27:34
14    　　A.    Not to my knowledge, no.    10:27:36
15    　　Q.    Is there a human resources    10:27:37
16    department at Little Bear?    10:27:43
17    　　A.    There is not a separate human    10:27:44
18    resources department.  I manage the human    10:27:46
19    resources function.    10:27:48
20    　　Q.    Does anyone else work with you    10:27:49
21    in a human resources function?    10:27:52
22    　　A.    No.    10:27:54
23    　　Q.    And how are you trained in    10:27:54
24    human resources, if at all?    10:27:59
25    　　A.    I am not formally trained in    10:28:01

Page 32

1    human resources.    10:28:04
2    　　Q.    Have you ever been formally    10:28:05
3    trained?    10:28:11
4    　　A.    I have never -- I have no    10:28:11
5    formal training in human resources.  I    10:28:14
6    have -- you know, I've worked as a    10:28:18
7    controller for the last 16, 18 years of    10:28:18
8    my career at different places.  I have    10:28:21
9    overseen a human resources department.  I    10:28:24
10    mean, you know, I would say that -- I    10:28:30
11    mean, I certainly acknowledge that I have    10:28:35
12    no formal training.  But I am able to    10:28:37
13    address human resource needs as they    10:28:39
14    arise, and, you know, anything that comes    10:28:41
15    up that's outside my capacity to address,    10:28:44
16    I would refer to counsel.    10:28:47
17    　　Q.    Is this inside counsel or    10:28:49
18    outside counsel?    10:28:55
19    　　A.    Outside counsel.  Little Bear    10:28:56
20    has eight employees, we don't have inside    10:29:00
21    counsel.    10:29:03
22    　　Q.    And how many independent    10:29:04
23    contractors does Little Bear have?    10:29:07
24    　　A.    Well, the number changes at any    10:29:08
25    given moment in time.    10:29:12

Page 33

9 (Pages 30 - 33)

| | |
|---|---|
| 1  Q.  Right now?                    10:29:13 | 1  what I would have in my own records and     10:32:11 |
| 2  A.  Right now there are four or   10:29:14 | 2  see.  My recollection of the policy was     10:32:13 |
| 3  five independent contractors currently   10:29:21 | 3  that it was several pages.                   10:32:15 |
| 4  engaged.                          10:29:24 | 4  Q.  Did you review any documents            10:32:16 |
| 5  Q.  Does Little Bear have sexual   10:29:24 | 5  related to the sexual harassment before     10:32:23 |
| 6  harassment training for employees?   10:29:36 | 6  this deposition?                             10:32:26 |
| 7  A.  We've signed up for -- you   10:29:38 | 7  A.  Specifically in preparation for   10:32:28 |
| 8  know, I understand that there is a new   10:29:42 | 8  the 30(b)(6), no.                            10:32:29 |
| 9  statute in New York, you know, recently   10:29:43 | 9  Q.  Who else at Little Bear would   10:32:30 |
| 10  this year that requires, that requires   10:29:46 | 10  know about the sexual harassment policy?   10:32:40 |
| 11  training.                        10:29:48 | 11  A.  Hopefully every employee.     10:32:43 |
| 12      Prior to that statute, we never   10:29:49 | 12  Q.  Other than this document, does   10:32:45 |
| 13  had any -- we've never had any training.   10:29:51 | 13  Little Bear have a policy, program and   10:32:58 |
| 14  And I signed up for a sexual harassment   10:29:55 | 14  procedure for the detection of sexual   10:33:00 |
| 15  training program, which we have yet to   10:30:01 | 15  harassment at Little Bear?                   10:33:02 |
| 16  complete.                         10:30:04 | 16  A.  Outside of what's in the formal   10:33:04 |
| 17  Q.  Is there any policy, program or   10:30:04 | 17  sexual harassment policy, there is no   10:33:10 |
| 18  procedure in place for the prevention of   10:30:22 | 18  other formal policy.                        10:33:13 |
| 19  sexual harassment at Little Bear?   10:30:24 | 19  Q.  When was this policy,                   10:33:21 |
| 20  A.  There is a sexual harassment   10:30:27 | 20  Plaintiffs' 23, implemented?                10:33:24 |
| 21  policy, yes.                      10:30:28 | 21  A.  Probably sometime around 2011   10:33:26 |
| 22  Q.  I am handing you a document   10:30:29 | 22  or 2012.                                    10:33:30 |
| 23  marked Plaintiffs' 23.            10:30:43 | 23      MR. ETRA:  I just want to object   10:33:34 |
| 24      (Plaintiffs' Exhibit 23, | 24  to this line of questions as outside   10:33:36 |
| 25      Document Bates stamped LBBW 700, was | 25  the scope of the notice.                    10:33:37 |
| Page 34 | Page 36 |

| | |
|---|---|
| 1  so marked for identification, as of | 1      MR. FUDALI:  Wasn't this sexual   10:33:40 |
| 2  this date.)                        10:31:03 | 2  harassment policy one of --                  10:33:42 |
| 3  Q.  Do you recognize this document?   10:31:03 | 3      MR. ETRA:  No, it's not in         10:33:43 |
| 4  And you can take your time to review it.   10:31:04 | 4  there.                                       10:33:44 |
| 5      (Witness reviews document.)   10:31:07 | 5      MR. FUDALI:  What is in there?   10:33:45 |
| 6  A.  Yes.                          10:31:14 | 6      MR. ETRA:  Training.              10:33:46 |
| 7  Q.  What is it?                   10:31:15 | 7      MS. LEVINE-GRONNINGSATER:          10:33:47 |
| 8  A.  It looks like it's the first   10:31:15 | 8  Sexual harassment training.  The             10:33:49 |
| 9  page of Little Bear's sexual harassment   10:31:17 | 9  topics are the minimum topic to which   10:33:51 |
| 10  policy.                          10:31:18 | 10  the witness must be prepared to   10:33:55 |
| 11  Q.  And how many pages is the   10:31:19 | 11  testify.  It is not the maximum scope   10:33:56 |
| 12  sexual harassment policy?          10:31:21 | 12  of what we can ask him.                      10:33:59 |
| 13  A.  I don't remember offhand.   10:31:24 | 13      MR. ETRA:  I mean, you can   10:34:00 |
| 14  Three or four pages.              10:31:25 | 14  ask -- I am not saying you can't ask   10:34:02 |
| 15  Q.  Has that been produced in   10:31:34 | 15  him, I am just saying that if I knew,   10:34:03 |
| 16  discovery?                        10:31:37 | 16  if I had notice, that's the whole   10:34:05 |
| 17  A.  I believe so.                10:31:37 | 17  point of this, that you wanted to know   10:34:06 |
| 18  Q.  And is this the policy, program   10:31:38 | 18  about policy, program or procedure, we   10:34:08 |
| 19  or procedure for the prevention of sexual   10:31:56 | 19  would have made sure we had fully   10:34:10 |
| 20  harassment to which you previously   10:31:58 | 20  prepared answers to this as opposed to   10:34:12 |
| 21  referred?                         10:32:00 | 21  just getting a witness's recollection   10:34:14 |
| 22  A.  Yes.                         10:32:00 | 22  when he was preparing for something   10:34:16 |
| 23  Q.  Is there anything else?       10:32:00 | 23  else.                                       10:34:17 |
| 24  A.  I don't know offhand.  You   10:32:04 | 24      So, I mean, if you want to make   10:34:18 |
| 25  know, I would have to compare this to   10:32:07 | 25  hay out of this, I can't stop you from   10:34:21 |
| Page 35 | Page 37 |

10 (Pages 34 - 37)

1    doing this.  I think it's          10:34:23
2    inappropriate.  And I think you should    10:34:25
3    use the time on the things that you       10:34:27
4    noticed.                           10:34:28
5        Q.   Is anyone at Little Bear         10:34:32
6    trained to investigate complaints of      10:34:38
7    sexual harassment?                  10:34:39
8        A.   Nobody at Little Bear is         10:34:40
9    specifically trained to investigate       10:34:42
10   complaints.  You know, however, you know,  10:34:45
11   I have dealt with sexual harassment        10:34:48
12   complaints over the course of my career,   10:34:51
13   not at Little Bear, but other places       10:34:53
14   where I have worked, so I do have some     10:34:57
15   experience in this area.            10:34:58
16       Q.   Was there an incident or issue    10:34:59
17   that triggered the implementation of this  10:35:11
18   policy?                             10:35:13
19       A.   No.                        10:35:13
20          MR. ETRA:  Same objection.         10:35:15
21       Q.   Are Little Bear employees        10:35:18
22   trained not to sexually harass models?     10:35:26
23       A.   Trained not to sexually harass    10:35:29
24   models?                             10:35:31
25       Q.   Yes.                       10:35:32

1        A.   So nobody at Little Bear is      10:35:33
2    specifically trained in sexual harassment  10:35:36
3    at all.  However, you know, the culture    10:35:39
4    at Little Bear, it's a small company,      10:35:42
5    there are eight people who are employees   10:35:43
6    of Little Bear, the culture is not one     10:35:45
7    that's permissive to any type of          10:35:47
8    inappropriate behavior or sexual          10:35:49
9    harassment.                         10:35:52
10       Q.   Is it your understanding that    10:35:52
11   sexual harassment only occurs between      10:36:00
12   employees and co-employees?         10:36:05
13       A.   No.                        10:36:07
14       Q.   So what about all of the models   10:36:08
15   that are constantly walking in and out of  10:36:10
16   Little Bear?                        10:36:12
17       A.   Like I said, nobody at Little    10:36:12
18   Bear is, you know, formally trained in,    10:36:15
19   you know, any type of sexual harassment    10:36:17
20   prevention.  However, the culture is not   10:36:19
21   one that would be permissive of sexually   10:36:22
22   harassing anybody, inside or outside the   10:36:24
23   organization.                       10:36:26
24       Q.   How so?                     10:36:27
25       A.   That's just not the culture of   10:36:27

1    the organization.  You know, eight        10:36:29
2    people, most of whom who have worked       10:36:31
3    together for a long time.  We're all       10:36:33
4    professionals.  We all take our jobs and   10:36:35
5    our responsibilities seriously, and the    10:36:41
6    way the culture -- I mean, I have a hard   10:36:45
7    time articulating, you know, culture       10:36:47
8    specifically into language.  But the best  10:36:52
9    way I can describe the culture at Little   10:36:53
10   Bear is that it wouldn't facilitate, it's  10:36:55
11   not a culture that would be permissive of  10:36:58
12   or facilitate sexual harassment.    10:37:00
13       Q.   Is that why you don't train      10:37:03
14   your employees in sexual harassment?       10:37:05
15       A.   It's just never come up.         10:37:06
16       Q.   You keep referring to the eight   10:37:17
17   employees at Little Bear and the          10:37:23
18   culture -- strike that.             10:37:30
19          Is there any sexual harassment     10:37:31
20   training for Little Bear independent       10:37:48
21   contractors?                        10:37:49
22       A.   There is not.               10:37:50
23       Q.   Is the safety of models         10:37:51
24   important to Little Bear?           10:38:00
25       A.   Yes.                       10:38:00

1        Q.   Don't you think it would be      10:38:01
2    safer for models if the people who came    10:38:05
3    into contact with them at Little Bear and  10:38:09
4    in Little Bear offices had training in     10:38:11
5    how to not sexually harass them?    10:38:12
6        A.   Yes.                       10:38:15
7        Q.   Are you familiar with Jason      10:38:16
8    Boyce's photo shoot at Little Bear in or   10:38:33
9    around 2014?                        10:38:37
10       A.   To the extent that I became      10:38:39
11   aware as a result of this case, yes.       10:38:42
12       Q.   Did you review any documents to   10:38:44
13   refresh your recollection about     10:38:50
14   Mr. Boyce's photo shoot in preparation     10:38:55
15   for this document?                  10:38:59
16       A.   Yes.                       10:39:00
17       Q.   What documents?               10:39:00
18       A.   The complaint.  The             10:39:01
19   interrogatories.  The contact sheets.  I   10:39:02
20   think, in terms of documents, I think      10:39:08
21   that's it.                          10:39:10
22       Q.   And when you say contact         10:39:11
23   sheets, can you please define what that    10:39:15
24   is?                                 10:39:18
25       A.   Sure.  So a contact sheet is     10:39:18

1   been made?                          10:48:09
2          MR. ETRA:  Objection.        10:48:10
3      A.   So again, you know, it is my   10:48:12
4   position that Bruce had already agreed to   10:48:15
5   take the portraits of Jason Boyce.   10:48:16
6   Whether or not there was a formal time   10:48:18
7   scheduled or not, I don't know.      10:48:21
8      Q.   Okay.  And how was the meeting   10:48:22
9   at Tiffany's scheduled?              10:48:27
10     A.   I don't know.               10:48:29
11     Q.   Is it common for Mr. Weber to   10:48:30
12  meet with a model before a photo shoot   10:48:36
13  like this?                           10:48:40
14         MR. ETRA:  Objection.        10:48:41
15         Go ahead.                    10:48:43
16     A.   Yes.                        10:48:44
17         MS. LEVINE-GRONNINGSATER:  Is   10:48:47
18  the objection that I am calling it a   10:48:47
19  photo shoot and not a portrait       10:48:49
20  session?                            10:48:52
21         MR. ETRA:  That's my objection.   10:48:52
22         MS. LEVINE-GRONNINGSATER:    10:48:54
23  Understood.                         10:48:54
24         MR. ETRA:  I know you know that.   10:48:54
25     Q.   Is it common for Mr. Weber to   10:48:56

1   meet with models like this before a   10:48:58
2   portrait session?                    10:49:00
3      A.   Yes, absolutely.  In fact, I   10:49:00
4   would be surprised if he didn't.     10:49:02
5      Q.   So given the recent objections,   10:49:04
6   what kind of photo shoot took place   10:49:26
7   between Mr. Weber and Mr. Boyce?     10:49:29
8          MR. ETRA:  I am just going to   10:49:32
9   object, but go ahead.  I am objecting,   10:49:33
10  I am not arguing with you.           10:49:37
11     A.   I understand it to have been a   10:49:38
12  portrait session.                    10:49:40
13     Q.   And what is a portrait session?   10:49:41
14     A.   It's where a photographer takes   10:49:43
15  a portrait of a subject.             10:49:47
16     Q.   And does Mr. Weber commonly   10:49:48
17  take portraits of subjects?          10:49:54
18     A.   From time to time, sure.     10:49:55
19     Q.   And did these portraits ever   10:49:58
20  end up in a book?                    10:50:03
21     A.   That's a possibility.       10:50:06
22     Q.   One of Mr. Weber's books?    10:50:08
23     A.   That is a possibility.      10:50:11
24     Q.   Do these portraits ever end up   10:50:12
25  in an editorial?                     10:50:14

1      A.   Mr. Boyce's portraits?      10:50:16
2      Q.   No, do these portraits -- do   10:50:18
3   Mr. Weber's portraits of models ever end   10:50:19
4   up in an editorial?                  10:50:22
5      A.   You know, it's possible.  I   10:50:23
6   guess it depends on, you know, what the   10:50:27
7   understanding is between Mr. Weber and   10:50:28
8   the subject as to, you know, what the,   10:50:30
9   you know, permissible use of the portrait   10:50:33
10  is going to be.                      10:50:36
11     Q.   Where did the portrait session   10:50:43
12  take place?                          10:50:45
13     A.   I understand that it took place   10:50:46
14  in the studio at 205 Hudson Street.   10:50:48
15     Q.   Does Little Bear have offices   10:50:51
16  at 205 Hudson Street?                10:51:07
17     A.   Yes.                        10:51:09
18     Q.   What floor?                 10:51:09
19     A.   The tenth floor.            10:51:11
20     Q.   Is that where the portrait   10:51:12
21  session took place?                  10:51:19
22     A.   Yes.                        10:51:20
23     Q.   And can you describe the layout   10:51:21
24  of the tenth floor?                  10:51:28
25     A.   Of the whole floor?         10:51:30

1          MR. ETRA:  You mean Little    10:51:35
2   Bear's space in the floor?           10:51:36
3          MS. LEVINE-GRONNINGSATER:    10:51:38
4   Actually, I would appreciate even an   10:51:39
5   overview.                           10:51:40
6      Q.   When you go to 205 Hudson and   10:51:42
7   you go to the tenth floor, the elevator   10:51:44
8   opens, what's there?                 10:51:46
9      A.   So there are different       10:51:48
10  working -- it's an office building.  It's   10:51:50
11  a standard downtown office building.  So   10:51:52
12  when you get out of the elevator on the   10:51:54
13  tenth floor, the Little Bear suite is   10:51:56
14  directly in front of you and there are   10:51:57
15  other suites and work spaces, you know,   10:51:59
16  throughout the floor.                10:52:02
17     Q.   And -- thank you.           10:52:03
18         And so can you please describe   10:52:06
19  the Little Bear suite?               10:52:09
20     A.   Sure.  It's about 10,000 square   10:52:10
21  feet.  It's divided into, you know, a   10:52:12
22  couple of different sections.  There   10:52:18
23  are -- there is a place where people   10:52:23
24  work.  There is a place where -- it's an   10:52:25
25  archive space.  So there is an area that   10:52:30

**Page 70**

1 A. So the .tif indicates a tif 11:27:57
2 file, which is an image format file. 11:28:02
3 67185 is a reference to an invoice number 11:28:05
4 from the lab. I think, you know, we also 11:28:07
5 at times call it a job number. And the 11:28:10
6 dash 1, dash 2 and dash 3 indicate which 11:28:14
7 roll in that job. 11:28:17
8 Q. So I will represent to you that 11:28:19
9 I've seen other contact sheets with 11:28:21
10 titles of the location of the shoot or 11:28:24
11 session and the name of the model. Do 11:28:28
12 you know why this contact sheet doesn't 11:28:31
13 have that information? 11:28:33
14 A. Whoever -- you know, whoever 11:28:35
15 produced this for me as a scan, you know, 11:28:38
16 just didn't put that title on the top. 11:28:41
17 And I had asked somebody in the archive 11:28:44
18 department -- I actually, when I first 11:28:46
19 did my due diligence on the case, not in 11:28:49
20 30(b)(6) preparation, I actually had 11:28:52
21 referred to the original contact sheets, 11:28:56
22 which are, you know, photographic prints. 11:28:59
23 And it was just how it was scanned by 11:29:07
24 whoever I was asked to scan it. 11:29:08
25 It's even possible that the 11:29:10

**Page 71**

1 file name designation on the bottom might 11:29:12
2 have even come from Mr. Brown's office 11:29:14
3 and not from me. 11:29:18
4 Q. Fair enough. And this contact 11:29:21
5 sheet, which was scanned, is in Little 11:29:23
6 Bear's archive at 205 Hudson? 11:29:28
7 A. Yes. Can I just clarify? 11:29:30
8 Q. Please. 11:29:35
9 A. This particular contact sheet 11:29:37
10 might be at my office at 130 Watts Street 11:29:39
11 right now, but it was when I retrieved it 11:29:42
12 at 205 Hudson Street. 11:29:44
13 Q. Understood. Thank you. So how 11:29:46
14 can you confirm when this portrait 11:29:58
15 session occurred? 11:30:00
16 MR. ETRA: Objection. 11:30:04
17 Q. Can you confirm when this 11:30:05
18 portrait session occurred? 11:30:06
19 A. I have a general idea, but, you 11:30:07
20 know, I can't say with certainty that it 11:30:12
21 took place on, you know, December 15th, 11:30:15
22 2014. 11:30:17
23 Q. Sorry, so it's not a trick 11:30:18
24 question. I am just wondering in terms 11:30:19
25 of how the archives are kept, how are 11:30:21

**Page 72**

1 they kept? By model, by date, by 11:30:27
2 location? None of the above, all of the 11:30:30
3 above? 11:30:32
4 A. All of the above. So there is 11:30:33
5 a database. And information about, you 11:30:35
6 know, this particular, these particular 11:30:39
7 roles would have been, you know, kept in 11:30:41
8 the database. And it may not have 11:30:43
9 indicated an exact date, but it probably 11:30:46
10 would have at least said December 2014. 11:30:48
11 In fact I imagine that it probably does. 11:30:51
12 And I can check, but -- and I am sure I 11:30:53
13 looked in, you know, in the course of 11:30:56
14 doing this work, but I would imagine it 11:30:58
15 probably just says, you know, December 11:31:00
16 2014, because in the time that it takes 11:31:03
17 for the film to be processed and then the 11:31:06
18 contact sheets to be -- you know, to be 11:31:09
19 returned, some time has passed. So it's 11:31:11
20 a little while before it actually gets 11:31:13
21 entered into, you know, into the 11:31:15
22 database. 11:31:18
23 Also, the contact sheets would 11:31:18
24 have been kept in a separate envelope. 11:31:21
25 And I mean like a clear envelope. And 11:31:26

**Page 73**

1 there was probably a post-it that read 11:31:31
2 December 2014. 11:31:33
3 Q. Got it. And who would have 11:31:36
4 written on that post-it? 11:31:42
5 A. Any number of people who worked 11:31:43
6 in the archive department at the time 11:31:44
7 that it was catalogued. 11:31:46
8 Q. And what happened to the prints 11:31:48
9 ordered from the lab? 11:31:49
10 A. Those prints would have been 11:31:51
11 sent to Jason Kanner. 11:31:56
12 Q. Do you know when they were 11:31:57
13 sent? 11:31:59
14 A. I don't. 11:31:59
15 Q. And do you know who sent them? 11:32:03
16 A. I don't know who specifically 11:32:04
17 sent them, but it most likely would have 11:32:10
18 been a photo assistant. 11:32:12
19 Q. And who paid for the prints? 11:32:13
20 A. Little Bear paid for the 11:32:15
21 prints. 11:32:15
22 Q. And who paid for the 11:32:16
23 messengering of the contact sheet and the 11:32:18
24 prints? 11:32:19
25 A. Little Bear. 11:32:19

19 (Pages 70 - 73)

1    Q.   Did anyone pay Mr. Weber for        11:32:20
2    his time?                                11:32:25
3    A.   No.                                 11:32:26
4    Q.   So the next category that I         11:32:27
5    want to ask you about seems out of order,   11:32:36
6    but it's the order that I got from your  11:32:39
7    counsel and I don't mind if you don't.   11:32:41
8    Mr. Weber's prominent status and         11:32:45
9    influence in the male modeling industry.   11:32:47
10       Is Mr. Weber an influential          11:33:00
11   figure in the male modeling world?       11:33:02
12   A.   I mean, I would imagine yes.        11:33:06
13   But I really can't comment. You know,    11:33:09
14   Little Bear is a production company.     11:33:10
15   And, you know, Bruce is a photographer.  11:33:12
16   I mean, I can't specifically comment on  11:33:14
17   like the male modeling world as a        11:33:16
18   separate, as an industry that's distinct 11:33:19
19   from fashion photography or production.  11:33:22
20   Q.   Does Little Bear work with          11:33:24
21   other photographers?                     11:33:26
22   A.   It has. But for the most part,      11:33:28
23   no.                                      11:33:32
24   Q.   At this time are there any          11:33:32
25   other independent contractors working for   11:33:37

Page 74

1    Little Bear who are photographers?       11:33:40
2    A.   No.                                 11:33:42
3    Q.   I believe you saw this document     11:33:42
4    last week that I am marking as           11:33:56
5    Plaintiffs' 25.                          11:33:58
6        MR. BROWN: Was it previously         11:34:03
7    marked?                                  11:34:05
8        MR. FUDALI: I believe it was         11:34:07
9    marked and unmarked.                     11:34:09
10   Q.   I am going to show a copy to        11:34:09
11   your counsel, because I only have one    11:34:11
12   extra and then I am going to ask that to 11:34:14
13   be marked by the reporter.               11:34:15
14       MR. ETRA: So this is the only        11:34:18
15   copy you have. We'll manage. If I        11:34:20
16   have an issue, I will raise it. Let      11:34:22
17   me just take a quick look.               11:34:24
18       (Plaintiffs' Exhibit 25, Text
19   from Bruce Weber website, was so
20   marked for identification, as of this
21   date.)                                   11:34:50
22   Q.   Do you recognize this document,     11:34:50
23   Mr. Bernstein?                           11:34:54
24   A.   I don't. It's not something I       11:34:55
25   produced. It appears to be -- I see that 11:34:57

Page 75

1    it appears to be text that was captured  11:35:02
2    from the Bruce Weber website.            11:35:04
3    Q.   If I give you time, perhaps         11:35:06
4    during a break, to review the text, will 11:35:09
5    you be able to authenticate it?          11:35:12
6    A.   I don't know. Would I have to       11:35:14
7    compare to what's on the website word for   11:35:17
8    word?                                    11:35:19
9        MS. WEINTRAUB: Let's discuss it      11:35:22
10   on a break.                              11:35:23
11       MR. ETRA: You can ask him            11:35:23
12   factual questions, but, I mean, I        11:35:24
13   don't know that he can. I don't know     11:35:26
14   that he can't. But I don't mind you      11:35:28
15   asking questions. But in terms of        11:35:30
16   tasks, we have to figure out.            11:35:31
17       THE WITNESS: Is this something       11:35:34
18   that we produced?                        11:35:36
19       MS. LEVINE-GRONNINGSATER: No, I      11:35:39
20   will represent to you that it's not.     11:35:39
21   I will represent to you --               11:35:41
22       MR. BROWN: Can you represent to      11:35:42
23   him where it's from?                     11:35:42
24   Q.   I will represent to you that I      11:35:43
25   printed it from Mr. Weber's website, the 11:35:45

Page 76

1    "About" page.                            11:35:52
2    A.   Okay.                               11:35:53
3    Q.   So you don't have to review it      11:35:54
4    now. Just to clarify, your position is   11:35:55
5    that you are not prepared or qualified to 11:36:04
6    discuss Mr. Weber's influence in the male   11:36:06
7    modeling industry?                       11:36:12
8        MR. BROWN: Objection. That's         11:36:12
9    not what he said.                        11:36:15
10   A.   I can talk about fashion -- the     11:36:19
11   industry of fashion photography or       11:36:21
12   photography or production. But male      11:36:25
13   modeling as a distinct industry, I mean, 11:36:33
14   you know, I can't say that I am familiar 11:36:35
15   with male modeling as a distinct         11:36:37
16   industry.                                11:36:39
17       MR. BROWN: Just to be clear, I       11:36:39
18   want to make clear that he is prepared   11:36:40
19   to talk today about category number 9.   11:36:42
20   I want to make sure you're not           11:36:47
21   understanding his answer something       11:36:49
22   other than that.                         11:36:50
23       MS. LEVINE-GRONNINGSATER: I am       11:36:51
24   understanding that his testimony --      11:36:51
25       MR. BROWN: Then I think you          11:36:53

Page 77

20 (Pages 74 - 77)

1    it would consist of Mr. Weber either       11:45:28
2    instructing a model or -- instructing a     11:45:31
3    subject or guiding a subject's hand in      11:45:34
4    touching his head, his chest, his stomach   11:45:39
5    and his core.  And guiding the model to     11:45:44
6    breath and relax.                           11:45:50
7        Q.   And how do you define              11:45:51
8    inappropriate touching?                     11:45:56
9        A.   Well, I would define               11:45:58
10   inappropriate touching as touching of       11:46:03
11   somebody's genitals, for starters.          11:46:06
12       Q.   That's it?                         11:46:12
13       A.   No.  I think that, you know,       11:46:13
14   any level of unwanted touching or           11:46:18
15   massaging on somebody's body or, you        11:46:22
16   know, private parts would be                11:46:25
17   inappropriate.                              11:46:28
18       Q.   So if a model didn't want          11:46:29
19   Mr. Weber to guide his hand onto his        11:46:30
20   chest, if that were unwanted, it would be   11:46:35
21   inappropriate touching?                     11:46:39
22       A.   It would.  And I also              11:46:40
23   understand that Mr. Weber asks for          11:46:43
24   permission before he puts his hand on a     11:46:45
25   subject.                                    11:46:47

Page 86

1        Q.   You reference Mr. Weber's         11:46:48
2    testimony about breathing exercises.        11:46:55
3    What other basis do you have for your       11:46:58
4    familiarity with his breathing exercises?   11:47:01
5        A.   Other conversations with           11:47:03
6    Mr. Weber and conversations with one or     11:47:05
7    more models.                                11:47:09
8        Q.   With one of your models?           11:47:10
9        A.   Yes.                               11:47:13
10       Q.   Which model?                       11:47:13
11       A.   Josh Truesdell.                    11:47:14
12       Q.   Have you ever discussed the        11:47:16
13   breathing exercises with anyone else?       11:47:20
14       A.   No.                                11:47:22
15       Q.   When was the first time you        11:47:23
16   heard about the breathing exercises?        11:47:25
17       A.   At the time of the lawsuit, the    11:47:28
18   original lawsuit.                           11:47:32
19       Q.   And what did Mr. Weber --          11:47:33
20       MR. ETRA:  Just to clarify, you         11:47:45
21   mean Mr. Boyce's lawsuit?  Because          11:47:46
22   there are two cases here.  You mean         11:47:48
23   Mr. Boyce's lawsuit?                        11:47:50
24       THE WITNESS:  That's correct, I         11:47:51
25   mean Mr. Boyce's lawsuit.                   11:47:52

Page 87

1        Q.   And during your conversations     11:47:54
2    with Mr. Weber about his breathing          11:47:54
3    exercises, what did he tell you?            11:47:56
4        A.   Exactly what I just testified      11:47:58
5    to.                                         11:47:59
6        Q.   Does he do them in person?         11:47:59
7        A.   What do you mean?                  11:48:02
8        MR. ETRA:  Objection to form.           11:48:06
9    Sorry.                                      11:48:07
10       A.   I don't understand what you        11:48:07
11   mean.                                       11:48:08
12       Q.   Does Mr. Weber conduct the         11:48:08
13   breathing exercise with the subject in      11:48:10
14   person?                                     11:48:12
15       MR. ETRA:  Objection.                   11:48:12
16       A.   As opposed to?                     11:48:13
17       Q.   As opposed to over the phone.      11:48:15
18       A.   Oh, yes.                           11:48:18
19       Q.   Does he ever conduct them over     11:48:18
20   the phone?                                  11:48:19
21       A.   I don't understand how -- as       11:48:20
22   far as I am aware, no.                      11:48:22
23       Q.   Does he conduct them over          11:48:23
24   video?                                      11:48:29
25       A.   No.                                11:48:29

Page 88

1        Q.   So if he were to tell a model      11:48:30
2    that he wanted to speak to him over the     11:48:31
3    phone to conduct breathing exercises,       11:48:34
4    that would be impossible?                   11:48:36
5        A.   Yes.                               11:48:37
6        Q.   And what is the purpose of         11:48:38
7    these breathing exercises?                  11:48:55
8        A.   You know, as I understand it,      11:48:57
9    Mr. Weber engages in relaxation             11:49:01
10   techniques to try and get a model to        11:49:03
11   relax when it appears that somebody is      11:49:06
12   uncomfortable or nervous.                   11:49:08
13       Q.   And what is the ultimate goal      11:49:10
14   in terms of relaxing the model?             11:49:11
15       A.   To take the best photograph        11:49:13
16   possible.                                   11:49:14
17       Q.   So there would be no reason for    11:49:15
18   Mr. Weber to conduct a breathing exercise   11:49:20
19   over the phone, not during a photo shoot?   11:49:22
20       A.   Well, certainly if he did, it      11:49:25
21   certainly would be, you know, not with      11:49:30
22   the same purpose if he wasn't               11:49:32
23   photographing them.  But as I understand    11:49:34
24   the breathing exercises, as I testified     11:49:35
25   to, the purpose is to take the best         11:49:37

Page 89

23 (Pages 86 - 89)

1  photograph.  So anything else would not          11:49:39
2  be a breathing exercise, as I've              11:49:42
3  testified to.                    11:49:44
4      Q.   Have you ever observed            11:49:44
5  Mr. Weber conducting a breathing          11:49:48
6  exercise?                    11:49:50
7      A.   I have not.              11:49:50
8      Q.   Has anyone from Little Bear?      11:49:51
9      A.   I don't know.              11:49:52
10      Q.   Does Mr. Weber conduct the        11:49:54
11  breathing exercises in private or in      11:50:10
12  front of other people?              11:50:12
13      A.   I understand that it's            11:50:13
14  typically more private than public.  And      11:50:18
15  what I mean by that is, you know, not        11:50:20
16  necessarily, you know, alone in a          11:50:22
17  secluded space.  But, you know, the        11:50:25
18  object is to have some level of            11:50:29
19  concentration between he and the other        11:50:33
20  person.  So in a more public setting that    11:50:34
21  is less practical.                11:50:38
22      Q.   In preparation for this          11:50:40
23  deposition, did you talk to any other --    11:50:42
24  did you ask anyone if they had seen        11:50:47
25  Mr. Weber conduct his breathing          11:50:49
                                   Page 90

1  exercises?                    11:50:51
2      A.   I didn't.              11:50:51
3      Q.   Did anyone tell you that they    11:50:52
4  had seen him conduct the breathing        11:50:54
5  exercises?                    11:50:55
6      A.   No.                  11:50:56
7      Q.   Does Mr. Weber conduct the      11:50:56
8  breathing exercises with female models?    11:51:11
9      A.   You know, I don't recall        11:51:14
10  100 percent.  I believe he has, yes.        11:51:18
11      Q.   Who?                11:51:21
12      A.   I don't remember.            11:51:21
13      MR. ETRA:  Were you in the        11:51:23
14  middle of the answer when she asked        11:51:24
15  who?  I wasn't sure.              11:51:26
16      THE WITNESS:  No.            11:51:26
17      A.   I don't remember.  From the      11:51:27
18  best of my recollection, I believe he      11:51:32
19  has, but in a little bit of a different    11:51:35
20  format.                    11:51:37
21      Q.   And what is your basis for        11:51:37
22  believing that?                11:51:40
23      A.   I hope I'm recalling correctly.    11:51:42
24  But my recollection of conversations that    11:51:44
25  I've had with Mr. Weber.            11:51:47
                                   Page 91

1      Q.   Did he tell you -- give you the    11:51:48
2  name of any female model that he had        11:51:52
3  conducted the breathing exercises with?    11:51:56
4      A.   He may have, I just don't        11:51:57
5  recall.                      11:52:01
6      Q.   Did he tell you if he touches      11:52:01
7  them on the chest?              11:52:03
8      A.   I believe that that's          11:52:03
9  specifically what he modifies in doing a    11:52:06
10  breathing exercise with a female model,    11:52:08
11  is that he does not touch them on the      11:52:10
12  chest or necessarily instruct them to      11:52:12
13  touch themselves on the chest.          11:52:13
14      Q.   So let's go back.  Did        11:52:15
15  Mr. Weber tell you that he modifies the    11:52:16
16  breathing exercises for women?          11:52:18
17      A.   Yes.                  11:52:19
18      Q.   How so?                11:52:20
19      A.   That he neither instructs them    11:52:20
20  to or assists them in touching their      11:52:27
21  chest.                      11:52:30
22      Q.   Why?                11:52:30
23      A.   Because I would say that the      11:52:30
24  chest is a private area, that he would      11:52:33
25  find that to be inappropriate.          11:52:36
                                   Page 92

1      Q.   Did he tell you where else he      11:52:38
2  touches female models when he does the      11:52:44
3  breathing exercises?              11:52:46
4      A.   Just the head, the stomach and    11:52:48
5  the core.  And not necessarily that he      11:52:51
6  touches, but, you know, where he will      11:52:54
7  either guide or instruct.  But, yes,      11:52:55
8  those three areas.                11:52:59
9      Q.   And have you ever heard, in      11:53:00
10  researching the breathing exercises, the    11:53:07
11  concept of putting, placing one's hand      11:53:10
12  where one feels the energy?            11:53:14
13      A.   In the complaint, I think I      11:53:16
14  read that.  I never heard that -- I don't    11:53:19
15  know that I ever heard that from          11:53:21
16  Mr. Weber.                    11:53:23
17      Q.   So has Mr. Weber ever told you    11:53:23
18  that if part of the exercise entails the    11:53:30
19  model touching him, Mr. Weber --          11:53:33
20      A.   It does not.              11:53:37
21      Q.   As part of the breathing        11:53:38
22  exercises with female models, does        11:53:45
23  Mr. Weber have them touch or guide their    11:53:49
24  hand to their genitals?            11:53:55
25      A.   No.                  11:53:56
                                   Page 93

24 (Pages 90 - 93)

1    Q.   Does he kiss them on the mouth?   11:53:56
2    A.   No.                              11:53:58
3    Q.   Does he put his fingers in       11:53:59
4  their mouth?                            11:54:01
5    A.   No.                              11:54:01
6    Q.   Did anyone at Little Bear know   11:54:02
7  he was doing breathing exercises with   11:54:11
8  models?                                 11:54:13
9    A.   I didn't ask everybody at        11:54:13
10 Little Bear what they knew.  I don't    11:54:16
11 know.                                   11:54:18
12   Q.   Did Little Bear ever receive a   11:54:18
13 complaint about Mr. Weber's breathing   11:54:30
14 exercises?                              11:54:32
15   A.   Never.                           11:54:33
16   Q.   Did Little Bear know that        11:54:33
17 Mr. Weber would meet with models alone?  11:54:48
18   A.   Yes.                             11:54:49
19   Q.   Did anyone from Little Bear      11:54:49
20 ever ask him what he did with the models  11:54:52
21 when he was alone?                      11:54:54
22   A.   No.  And I mean, you know, in    11:54:56
23 the context of doing his work, that's   11:55:04
24 understood, that in the context of doing  11:55:05
25 his work, there are times that two people  11:55:07

Page 94

1  meet alone and nobody has ever          11:55:10
2  complained, so I would have no reason to  11:55:15
3  ever, you know, think that there is     11:55:16
4  anything sinister about Mr. Weber being  11:55:18
5  alone in a room with anybody.           11:55:21
6    Q.   Knowing that models have         11:55:34
7  complained about the breathing exercises,  11:55:35
8  to this day has anyone at Little Bear   11:55:40
9  talked to Mr. Weber about them?         11:55:42
10       MR. ETRA:  Objection.  Breathing  11:55:43
11   exercises.                            11:55:45
12       I am just objecting.  You answer  11:55:46
13   the way you feel appropriate.         11:55:50
14   A.   I'm sorry, can you repeat the    11:55:51
15 question.                               11:55:52
16       (Record read.)                    11:56:05
17   A.   Exactly how I, you know,         11:56:06
18 testified.  No different than the       11:56:07
19 conversations that I said I've just had.  11:56:11
20   Q.   So no one has instructed him to  11:56:14
21 stop?                                   11:56:22
22   A.   Okay.  I'm sorry, I didn't       11:56:22
23 realize that that's what you meant.  I  11:56:24
24 don't know if I ever said to him stop,  11:56:34
25 but certainly we've discussed that it's  11:56:36

Page 95

1  probably not a good idea going forward.  11:56:38
2    Q.   Why is that?                     11:56:40
3    A.   Because they could, you know,    11:56:41
4  be misconstrued, either by, you know,   11:56:44
5  Plaintiffs or attorneys into something,  11:56:47
6  you know, sinister, as we're seeing in  11:56:49
7  this case.                              11:56:57
8    Q.   But not because Little Bear      11:56:57
9  finds the touching in itself            11:56:59
10 inappropriate?                          11:57:03
11   A.   Correct.                         11:57:04
12   Q.   Has Little Bear talked to any    11:57:05
13 model other than Josh Truesdell about the  11:57:20
14 breathing exercises?                    11:57:22
15   A.   Yes.                             11:57:24
16   Q.   Who?                             11:57:24
17   A.   I don't know if I can name a     11:57:24
18 list off the top of my head.  I don't   11:57:26
19 know, you know, if we've produced or    11:57:28
20 provided.  I mean, I can answer -- I know  11:57:30
21 that we have, but I just can't tell you  11:57:33
22 right now off the top of my head.       11:57:35
23   Q.   And has Little Bear spoken to    11:57:37
24 any of the models who have complained   11:57:42
25 about the breathing exercises?          11:57:45

Page 96

1    A.   The only models who have         11:57:47
2  complained about the breathing exercises  11:57:48
3  are the Plaintiffs in these two actions,  11:57:52
4  as far as I know, and potentially one   11:57:54
5  other person who is named in the New York  11:57:57
6  Times article.  And no, we haven't spoken  11:57:59
7  to any of those people.                 11:58:02
8        MR. ETRA:  Other than            11:58:12
9    depositions.                         11:58:13
10   Q.   Does anyone other than          11:58:24
11 Mr. Weber conduct the breathing         11:58:26
12 exercises, and by anyone, I mean        11:58:29
13 employees or independent contractors of  11:58:31
14 Little Bear?                            11:58:32
15       MR. ETRA:  Just objection to the  11:58:32
16   breathing exercises term is a little  11:58:33
17   vague and ambiguous.                 11:58:36
18       But I am not stopping you from    11:58:38
19   answering the question if you can.   11:58:40
20   A.   Yes, relaxation techniques have  11:58:41
21 been employed by other people at, you   11:58:43
22 know, at Little Bear's direction or     11:58:46
23 request.                                11:58:48
24   Q.   Who?                             11:58:48
25   A.   On the Abercrombie shoots in     11:58:56

Page 97

Veritext Legal Solutions
800-826-0277

Q. Does he kiss them on the mouth?   11:53:56
A. No.   11:53:58
Q. Does he put his fingers in   11:53:59
their mouth?   11:54:01
A. No.   11:54:01
Q. Did anyone at Little Bear know   11:54:02
he was doing breathing exercises with   11:54:11
models?   11:54:13
A. I didn't ask everybody at   11:54:13
Little Bear what they knew. I don't   11:54:16
know.   11:54:18
Q. Did Little Bear ever receive a   11:54:18
complaint about Mr. Weber's breathing   11:54:30
exercises?   11:54:32
A. Never.   11:54:33
Q. Did Little Bear know that   11:54:33
Mr. Weber would meet with models alone?   11:54:48
A. Yes.   11:54:49
Q. Did anyone from Little Bear   11:54:49
ever ask him what he did with the models   11:54:52
when he was alone?   11:54:54
A. No. And I mean, you know, in   11:54:56
the context of doing his work, that's   11:55:04
understood, that in the context of doing   11:55:05
his work, there are times that two people   11:55:07

Page 94

meet alone and nobody has ever   11:55:10
complained, so I would have no reason to   11:55:15
ever, you know, think that there is   11:55:16
anything sinister about Mr. Weber being   11:55:18
alone in a room with anybody.   11:55:21
Q. Knowing that models have   11:55:34
complained about the breathing exercises,   11:55:35
to this day has anyone at Little Bear   11:55:40
talked to Mr. Weber about them?   11:55:42
     MR. ETRA: Objection. Breathing   11:55:43
exercises.   11:55:45
     I am just objecting. You answer   11:55:46
the way you feel appropriate.   11:55:50
A. I'm sorry, can you repeat the   11:55:51
question.   11:55:52
     (Record read.)   11:56:05
A. Exactly how I, you know,   11:56:06
testified. No different than the   11:56:07
conversations that I said I've just had.   11:56:11
Q. So no one has instructed him to   11:56:14
stop?   11:56:22
A. Okay. I'm sorry, I didn't   11:56:22
realize that's what you meant. I   11:56:24
don't know if I ever said to him stop,   11:56:34
but certainly we've discussed that it's   11:56:36

Page 95

probably not a good idea going forward.   11:56:38
Q. Why is that?   11:56:40
A. Because they could, you know,   11:56:41
be misconstrued, either by, you know,   11:56:44
Plaintiffs or attorneys into something,   11:56:47
you know, sinister, as we're seeing in   11:56:49
this case.   11:56:57
Q. But not because Little Bear   11:56:57
finds the touching in itself   11:56:59
inappropriate?   11:57:03
A. Correct.   11:57:04
Q. Has Little Bear talked to any   11:57:05
model other than Josh Truesdell about the   11:57:20
breathing exercises?   11:57:22
A. Yes.   11:57:24
Q. Who?   11:57:24
A. I don't know if I can name a   11:57:24
list off the top of my head. I don't   11:57:26
know, you know, if we've produced or   11:57:28
provided. I mean, I can answer -- I know   11:57:30
that we have, but I just can't tell you   11:57:33
right now off the top of my head.   11:57:35
Q. And has Little Bear spoken to   11:57:37
any of the models who have complained   11:57:42
about the breathing exercises?   11:57:45

Page 96

A. The only models who have   11:57:47
complained about the breathing exercises   11:57:48
are the Plaintiffs in these two actions,   11:57:52
as far as I know, and potentially one   11:57:54
other person who is named in the New York   11:57:57
Times article. And no, we haven't spoken   11:57:59
to any of those people.   11:58:02
     MR. ETRA: Other than   11:58:12
deposition.   11:58:13
Q. Does anyone other than   11:58:24
Mr. Weber conduct the breathing   11:58:26
exercises, and by anyone, I mean   11:58:29
employees or independent contractors of   11:58:31
Little Bear?   11:58:32
     MR. ETRA: Just objection to the   11:58:32
breathing exercises term is a little   11:58:33
vague and ambiguous.   11:58:36
     But I am not stopping you from   11:58:38
answering the question if you can.   11:58:40
A. Yes, relaxation techniques have   11:58:41
been employed by other people at, you   11:58:43
know, at Little Bear's direction or   11:58:46
request.   11:58:48
Q. Who?   11:58:48
A. On the Abercrombie shoots in   11:58:56

Page 97

25 (Pages 94 - 97)

```
 1   Q.   Does he kiss them on the mouth?      11:53:56
 2   A.   No.                    11:53:58
 3   Q.   Does he put his fingers in       11:53:59
 4   their mouth?                11:54:01
 5   A.   No.                    11:54:01
 6   Q.   Did anyone at Little Bear know     11:54:02
 7   he was doing breathing exercises with    11:54:11
 8   models?                    11:54:13
 9   A.   I didn't ask everybody at        11:54:13
10   Little Bear what they knew.  I don't     11:54:16
11   know.                     11:54:18
12   Q.   Did Little Bear ever receive a     11:54:18
13   complaint about Mr. Weber's breathing    11:54:30
14   exercises?                 11:54:32
15   A.   Never.                 11:54:33
16   Q.   Did Little Bear know that        11:54:33
17   Mr. Weber would meet with models alone?    11:54:48
18   A.   Yes.                   11:54:49
19   Q.   Did anyone from Little Bear      11:54:49
20   ever ask him what he did with the models   11:54:52
21   when he was alone?             11:54:54
22   A.   No.  And I mean, you know, in    11:54:56
23   the context of doing his work, that's    11:55:04
24   understood, that in the context of doing   11:55:05
25   his work, there are times that two people  11:55:07
```
Page 94

```
 1   meet alone and nobody has ever        11:55:10
 2   complained, so I would have no reason to   11:55:15
 3   ever, you know, think that there is      11:55:16
 4   anything sinister about Mr. Weber being    11:55:18
 5   alone in a room with anybody.        11:55:21
 6   Q.   Knowing that models have        11:55:34
 7   complained about the breathing exercises,  11:55:35
 8   to this day has anyone at Little Bear    11:55:40
 9   talked to Mr. Weber about them?       11:55:42
10       MR. ETRA:  Objection.  Breathing   11:55:43
11   exercises.                 11:55:45
12       I am just objecting.  You answer   11:55:46
13   the way you feel appropriate.        11:55:50
14   A.   I'm sorry, can you repeat the    11:55:51
15   question.                  11:55:52
16       (Record read.)             11:56:05
17   A.   Exactly how I, you know,        11:56:06
18   testified.  No different than the      11:56:07
19   conversations that I said I've just had.   11:56:11
20   Q.   So no one has instructed him to   11:56:14
21   stop?                     11:56:22
22   A.   Okay.  I'm sorry, I didn't     11:56:22
23   realize that's what you meant.  I      11:56:24
24   don't know if I ever said to him stop,    11:56:34
25   but certainly we've discussed that it's   11:56:36
```
Page 95

```
 1   probably not a good idea going forward.    11:56:38
 2   Q.   Why is that?             11:56:40
 3   A.   Because they could, you know,    11:56:41
 4   be misconstrued, either by, you know,    11:56:44
 5   Plaintiffs or attorneys into something,   11:56:47
 6   you know, sinister, as we're seeing in    11:56:49
 7   this case.                 11:56:57
 8   Q.   But not because Little Bear     11:56:57
 9   finds the touching in itself         11:56:59
10   inappropriate?               11:57:03
11   A.   Correct.                11:57:04
12   Q.   Has Little Bear talked to any    11:57:05
13   model other than Josh Truesdell about the  11:57:20
14   breathing exercises?            11:57:22
15   A.   Yes.                   11:57:24
16   Q.   Who?                   11:57:24
17   A.   I don't know if I can name a    11:57:24
18   list off the top of my head.  I don't    11:57:26
19   know, you know, if we've produced or     11:57:28
20   provided.  I mean, I can answer -- I know  11:57:30
21   that we have, but I just can't tell you    11:57:33
22   right now off the top of my head.      11:57:35
23   Q.   And has Little Bear spoken to    11:57:37
24   any of the models who have complained    11:57:42
25   about the breathing exercises?       11:57:45
```
Page 96

```
 1   A.   The only models who have        11:57:47
 2   complained about the breathing exercises   11:57:48
 3   are the Plaintiffs in these two actions,   11:57:52
 4   as far as I know, and potentially one    11:57:54
 5   other person who is named in the New York  11:57:57
 6   Times article.  And no, we haven't spoken  11:57:59
 7   to any of those people.           11:58:02
 8       MR. ETRA:  Other than          11:58:12
 9   depositions.                11:58:13
10   Q.   Does anyone other than         11:58:24
11   Mr. Weber conduct the breathing       11:58:26
12   exercises, and by anyone, I mean       11:58:29
13   employees or independent contractors of   11:58:31
14   Little Bear?                11:58:32
15       MR. ETRA:  Just objection to the   11:58:32
16   breathing exercises term is a little     11:58:33
17   vague and ambiguous.            11:58:36
18       But I am not stopping you from    11:58:38
19   answering the question if you can.      11:58:40
20   A.   Yes, relaxation techniques have  11:58:41
21   been employed by other people at, you    11:58:43
22   know, at Little Bear's direction or      11:58:46
23   request.                  11:58:48
24   Q.   Who?                   11:58:48
25   A.   On the Abercrombie shoots in    11:58:56
```
Page 97

```
 1  all of your answers from Plaintiffs' 26?     12:15:13
 2     A.  I am.                     12:15:15
 3     Q.  Let's just make it easier and     12:15:16
 4  I'll just look at 26 later.           12:15:18
 5     A.  Great.                    12:15:19
 6     Q.  Strike that.  In terms of other     12:15:20
 7  people at the shoot who aren't Little        12:15:36
 8  Bear employees and independent           12:15:37
 9  contractors, are they all listed in        12:15:38
10  Plaintiffs' 26?                  12:15:39
11     A.  As far as I am aware, they        12:15:40
12  would be.  I just want to make sure that     12:15:43
13  all of the talent is listed, which the       12:15:44
14  talent is.  Yes.                 12:15:46
15         Just for clarification, most of    12:15:54
16  the production assistants were most        12:15:56
17  likely not actually there at the time --     12:15:58
18  well, you know, I don't know.  I don't       12:16:00
19  know.  I haven't asked them.            12:16:01
20     Q.  Is the French Vogue staff in       12:16:10
21  Plaintiffs' 26?                  12:16:12
22     A.  Yes.                     12:16:13
23     Q.  How would you classify this,      12:16:19
24  the Vogue shoot?                 12:16:27
25     A.  This is an editorial shoot.       12:16:28
                                        Page 114
```

```
 1     Q.  And what is the editorial       12:16:31
 2  shoot?                       12:16:32
 3     A.  An editorial shoot is a shoot     12:16:32
 4  that's for a magazine, a publication.  A     12:16:35
 5  magazine.                     12:16:39
 6     Q.  Did models get paid for this      12:16:42
 7  shoot?                       12:16:44
 8     A.  For this shoot in particular,     12:16:45
 9  I'm not sure.  Typically models are        12:16:49
10  compensated, not always, but typically      12:16:51
11  models are compensated directly by the      12:16:53
12  client.                      12:16:56
13     Q.  And were they compensated       12:16:56
14  directly by the client in this case?       12:16:58
15     A.  You know, I didn't check.  I     12:17:00
16  don't know.                    12:17:01
17     Q.  And the client is?          12:17:01
18     A.  Vogue Hommes or Conde Nast.       12:17:02
19     Q.  Right.                   12:17:09
20         Who paid for Mr. Ardolf's      12:17:17
21  travel to Golden Beach or Miami, if        12:17:21
22  anyone?                      12:17:25
23     A.  You know, there is a          12:17:26
24  distinction between who actually          12:17:27
25  disbursed the funds and who ultimately     12:17:28
                                        Page 115
```

```
 1  would have, you know, been responsible      12:17:31
 2  for payment.  I don't know offhand.  But     12:17:33
 3  consistent with common practice, you        12:17:35
 4  know, typically this is a budget that's      12:17:38
 5  provided by, you know, the client or, you    12:17:40
 6  know, the client or the publication.        12:17:44
 7         Typically, Little Bear makes    12:17:46
 8  the disbursements and is reimbursed by      12:17:47
 9  the client.                    12:17:51
10     Q.  And that's for travel?        12:17:51
11     A.  That includes travel, yes.      12:17:52
12     Q.  Hotel room?               12:17:54
13     A.  Yes.                    12:17:55
14     Q.  Wages, if any?             12:17:55
15     A.  Wages typically are paid by the   12:18:00
16  client directly.                12:18:00
17     Q.  Do you know if there is a       12:18:01
18  provision for payment of overtime?         12:18:05
19     A.  I don't know.              12:18:08
20     Q.  Were all models photographed     12:18:08
21  individually like this?            12:18:20
22     A.  No.                     12:18:21
23     Q.  Who selects which models to     12:18:22
24  photograph individually?            12:18:26
25     A.  There is, and, you know, I am    12:18:27
                                        Page 116
```

```
 1  not 100 percent sure, but, you know,        12:18:30
 2  typically, there is a schedule and there     12:18:32
 3  is a set list.  And that is a           12:18:33
 4  collaborative process between Mr. Weber      12:18:40
 5  and the client.                 12:18:41
 6     Q.  Was there a time that models     12:18:42
 7  had to be on set?                12:18:53
 8     A.  Yes.                    12:18:57
 9     Q.  And who determines that time?    12:18:58
10     A.  Again, I mean, that's, you       12:19:00
11  know, that's a function of what -- that's    12:19:02
12  a collaborative effort, you know, between    12:19:07
13  creative people, and at that point,        12:19:09
14  production people.  You know, they are      12:19:10
15  presented with a window of time, you        12:19:13
16  know, we're going to shoot -- obviously     12:19:15
17  we're always trying to shoot in the        12:19:17
18  smallest, you know, window of time         12:19:19
19  possible.  So, you know, the production     12:19:20
20  people and the creative people will get     12:19:23
21  together and figure out how to best make     12:19:24
22  sure that what's required on, you know,      12:19:27
23  on the set list is accomplished in that     12:19:31
24  period of time.                 12:19:33
25     Q.  The production people and the    12:19:34
                                        Page 117
```

30 (Pages 114 - 117)

| | | |
|---|---|---|
| 1 | A.  Yes. | 13:25:50 |
| 2 | Q.  How? | 13:25:51 |
| 3 | A.  Probably by e-mail. | 13:25:51 |
| 4 | Q.  How often? | 13:25:53 |
| 5 | A.  Only once and then included in | 13:25:56 |
| 6 | the new hire package. | 13:25:59 |
| 7 | Q.  Was it distributed to Little | 13:26:02 |
| 8 | Bear independent contractors? | 13:26:03 |
| 9 | A.  No. | 13:26:04 |
| 10 | Q.  Was it distributed to models | 13:26:04 |
| 11 | appearing at Little Bear? | 13:26:08 |
| 12 | A.  It was not. | 13:26:09 |
| 13 | Q.  Thank you.  I would like to | 13:26:10 |
| 14 | turn to Mr. Baldwin's photo shoot. | 13:26:16 |
| 15 | Specifically, the Abercrombie photo shoot | 13:26:23 |
| 16 | in Florida in 2009.  And was this photo | 13:26:26 |
| 17 | shoot for more than one brand? | 13:26:42 |
| 18 | A.  For more than one Abercrombie | 13:26:43 |
| 19 | brand. | 13:26:51 |
| 20 | Q.  What were the brands? | 13:26:52 |
| 21 | A.  It was for Abercrombie and | 13:26:53 |
| 22 | Ruehl. | 13:26:55 |
| 23 | Q.  And what's Ruehl? | 13:26:56 |
| 24 | A.  I don't know specifically which | 13:26:57 |
| 25 | sub-brand it is.  But it's a sub-brand of | 13:27:00 |

Page 130

| | | |
|---|---|---|
| 1 | Abercrombie. | 13:27:02 |
| 2 | Q.  Okay.  And would you call this | 13:27:03 |
| 3 | photo shoot a brand shoot?  What would | 13:27:05 |
| 4 | you call it? | 13:27:11 |
| 5 | A.  We probably would just call it | 13:27:11 |
| 6 | an Abercrombie shoot.  But it's a brand | 13:27:13 |
| 7 | campaign. | 13:27:15 |
| 8 | Q.  A brand campaign, okay.  I am | 13:27:15 |
| 9 | going to show you a document marked as | 13:27:37 |
| 10 | Plaintiffs' 30. | 13:27:40 |
| 11 | (Plaintiffs' Exhibit 30, |  |
| 12 | Document Bates stamped LBBW 36677, was |  |
| 13 | so marked for identification, as of |  |
| 14 | this date.) | 13:27:56 |
| 15 | Q.  Do you recognize this document? | 13:27:56 |
| 16 | A.  I do. | 13:27:58 |
| 17 | Q.  What is it? | 13:28:06 |
| 18 | A.  This a Little Bear's agreement, | 13:28:07 |
| 19 | I believe it's an extension agreement. | 13:28:09 |
| 20 | It's Little Bear's agreement with | 13:28:11 |
| 21 | Abercrombie & Fitch. | 13:28:13 |
| 22 | Q.  Do the terms of this agreement | 13:28:14 |
| 23 | cover Mr. Baldwin's photo shoot? | 13:28:15 |
| 24 | A.  Yes.  Yes, it would have. | 13:28:17 |
| 25 | Q.  Do you see on the first page | 13:28:26 |

Page 131

| | | |
|---|---|---|
| 1 | where it says Bruce and Little Bear will | 13:28:39 |
| 2 | continue to be responsible for the | 13:28:41 |
| 3 | production of their photo shoots for | 13:28:42 |
| 4 | Abercrombie?  I am paraphrasing? | 13:28:45 |
| 5 | A.  Yes, I do. | 13:28:47 |
| 6 | Q.  What I am not paraphrasing is | 13:28:48 |
| 7 | the word "production."  What does that | 13:28:51 |
| 8 | mean? | 13:28:53 |
| 9 | A.  So the production is the photo | 13:28:53 |
| 10 | shoot and everything that goes into the | 13:29:02 |
| 11 | photo shoot.  You know, the logistics of | 13:29:09 |
| 12 | bringing the people there.  I would call | 13:29:11 |
| 13 | the production the event of the photo | 13:29:13 |
| 14 | shoot.  So I mean, I would consider | 13:29:15 |
| 15 | Little Bear in this instance, you know, | 13:29:19 |
| 16 | almost to be like an event planner, like | 13:29:21 |
| 17 | a wedding planner. | 13:29:22 |
| 18 | Q.  So you earlier said production | 13:29:32 |
| 19 | is everything that goes into the making | 13:29:36 |
| 20 | of the photo shoot.  Could you please | 13:29:39 |
| 21 | enumerate the specific, what goes into | 13:29:44 |
| 22 | it? | 13:29:46 |
| 23 | A.  Everything that goes into a | 13:29:46 |
| 24 | photo shoot.  All right, so, you know, | 13:29:48 |
| 25 | well, there is a lot.  There is -- well, | 13:29:50 |

Page 132

| | | |
|---|---|---|
| 1 | there is casting, you know, | 13:29:57 |
| 2 | collaboratively between the creative | 13:30:01 |
| 3 | people and the client.  They have to | 13:30:03 |
| 4 | select who the talent is going to be. | 13:30:04 |
| 5 | There is location selection. | 13:30:07 |
| 6 | You know, again, this is a creative and | 13:30:11 |
| 7 | collaborative process where the client | 13:30:12 |
| 8 | will ultimately -- and the client may, | 13:30:16 |
| 9 | you know, have something in mind to | 13:30:18 |
| 10 | begin.  But location has to be sourced | 13:30:20 |
| 11 | and selected. | 13:30:23 |
| 12 | Often locations will be scouted | 13:30:24 |
| 13 | in advance, you know, the client may have | 13:30:26 |
| 14 | a general geographic idea of where they | 13:30:30 |
| 15 | would want the shoot to take place.  But | 13:30:31 |
| 16 | then we would, you know, give the client | 13:30:33 |
| 17 | some options by scouting.  So going into | 13:30:37 |
| 18 | a photo shoot would be scouting and then | 13:30:42 |
| 19 | ultimately procuring the different | 13:30:43 |
| 20 | locations. | 13:30:46 |
| 21 | It would be casting.  And then | 13:30:49 |
| 22 | it would be every little aspect of | 13:30:50 |
| 23 | logistics in order to make the photo | 13:30:53 |
| 24 | shoot happen.  So, you know -- in | 13:30:56 |
| 25 | addition to casting, you know, there are | 13:30:59 |

Page 133

34 (Pages 130 - 133)

1       1                    CERTIFICATION

2       2

3       3            I, DAWN MATERA, a Notary Public for

4       4       and within the State of New York, do hereby

5       5       certify:

6       6            That the witness whose testimony as

7       7       herein set forth, was duly sworn by me; and

8       8       that the within transcript is a true record

9       9       of the testimony given by said witness.

10      10           I further certify that I am not

11      11      related to any of the parties to this action

12      12      by blood or marriage, and that I am in no way

13      13      interested in the outcome of this matter.

14      14           IN WITNESS WHEREOF, I have hereunto

15      15      set my hand this 3rd day of October, 2019.

16      16

17      17

18      18

19      19

20      20           DAWN MATERA

21      21

22      22

23      23

24      24

25      25

                                        Page 194

**[& - 3518445-1]**

| & |
|---|
| **&**   2:16 3:3,9 5:2,9 |
| 6:14 7:15 24:10 |
| 24:13 25:8,12 |
| 131:21 135:14,17 |
| 135:25 148:4 |
| 156:10,15 157:2 |

| 0 |
|---|
| **03825**   1:2 |

| 1 |
|---|
| **1**   1:25 5:1 70:6 |
| 193:1 194:1 |
| **1-19**   6:10 |
| **10**   4:4 5:9 48:15 |
| 193:10 194:10 |
| **10,000**   53:20 |
| **100**   49:16 91:10 |
| 117:1 142:5 |
| **10002**   2:5 |
| **10112**   3:10 6:16 |
| **102**   4:17 |
| **10803**   13:20 |
| **109**   4:19 |
| **10:06**   1:17 6:18 |
| **11**   5:10 193:11 |
| 194:11 |
| **11:11**   69:5 |
| **11:30**   69:8 |
| **12**   4:9 5:12 23:21 |
| 23:22 193:12 |
| 194:12 |
| **12112**   1:8 |
| **126**   4:21 |
| **128**   4:22 |
| **12:31**   127:10 |
| **12:33**   127:8 |
| **13**   5:13 193:13 |
| 194:13 |
| **130**   71:10 |

| 1 (cont.) |
|---|
| **131**   4:24 |
| **135**   5:1 |
| **138**   5:3 |
| **13:27**   128:4 |
| **13th**   13:22 |
| **14**   5:14 193:14 |
| 194:14 |
| **14:26**   178:22 |
| **14:56**   178:25 |
| **15**   5:4,15 138:22 |
| 138:23 182:22,22 |
| 193:15 194:15 |
| **152**   5:5 |
| **155**   5:7 |
| **157**   5:8 |
| **15:10**   192:10 |
| **15th**   46:1 71:21 |
| **16**   5:16 33:7 |
| 193:16 194:16 |
| **167**   5:10 |
| **17**   5:17 193:17 |
| 194:17 |
| **17th**   25:15 |
| **18**   5:18 33:7 55:18 |
| 55:25 56:2 193:18 |
| 194:18 |
| **188**   4:4 |
| **19**   4:7 5:19 178:9 |
| 193:19 194:19 |
| **194**   1:25 |
| **1974**   13:22 |
| **1980**   182:19 |
| **1992**   17:21 18:25 |
| **1:18**   1:8 |
| **1:19**   1:2 |
| **1:27**   128:2 |
| **1st**   25:24 |

| 2 |
|---|
| **2**   2:18 3:4 4:14 5:2 |
| 65:20,21 69:10 |
| 70:6 126:22 193:2 |

| 2 (cont.) |
|---|
| 194:2 |
| **2,000**   180:25 |
| **20**   2:4 5:20 14:12 |
| 182:22 193:20 |
| 194:20 |
| **2008/2009**   5:8 |
| 155:19,25 |
| **2009**   130:16 |
| 156:11 |
| **2010**   5:9 156:16 |
| 157:3 |
| **2011**   4:18 25:16,25 |
| 36:21 100:4 102:5 |
| 102:11 109:18 |
| **2012**   36:22 |
| **2014**   41:9 42:19 |
| 71:22 72:10,16 |
| 73:2 83:7 |
| **2015**   83:8 129:12 |
| **2016**   129:12 |
| **2018**   99:2 185:5 |
| **2019**   1:17 6:17 |
| 192:10 194:15 |
| **205**   43:17 52:14,16 |
| 53:6 59:2 71:6,12 |
| 182:15 189:7 |
| **20700**   2:9 |
| **21**   5:21 193:21 |
| 194:21 |
| **212**   3:10 |
| **21st**   2:18 3:4 |
| **22**   4:7 5:22 19:5,6 |
| 193:22 194:22 |
| **22nd**   17:21 |
| **23**   1:17 4:9,11 |
| 5:23 34:23,24 |
| 36:20 128:23 |
| 129:3 193:23 |
| 194:23 |
| **231**   4:13 43:21 |

| 2 (cont.) / 3 |
|---|
| **23rd**   6:17 192:9 |
| **24**   4:12 5:24 43:19 |
| 43:20 193:24 |
| 194:24 |
| **24th**   25:16 42:19 |
| 66:16 |
| **25**   4:16 5:25 75:5 |
| 75:18 193:25 |
| 194:25 |
| **26**   4:17 102:2,3 |
| 114:1,4,10,21 |
| **27**   4:19 109:2,3 |
| 123:10 126:13 |
| **28**   4:21 125:25 |
| 126:1 |
| **29**   4:22 128:12,16 |
| 129:5,8 |
| **2:05**   44:20 45:11 |
| 45:17 |

| 3 |
|---|
| **3**   5:3 70:6 192:6 |
| 193:3 194:3 |
| **30**   1:15,19 3:9 |
| 4:24 6:3,15 7:24 |
| 8:4 9:25 14:11 |
| 29:1 36:8 57:24 |
| 60:1,23 70:20 |
| 131:10,11 192:7 |
| **301**   2:10 |
| **305**   3:5 |
| **31**   5:1 135:22,24 |
| **32**   5:5 152:6,8 |
| **33**   5:7 13:19 |
| 155:22,23 |
| **33131**   2:19 3:5 |
| **34**   4:11 5:8 156:25 |
| 157:1 159:16 |
| 160:5 |
| **35**   5:10 167:11,12 |
| **3518445-1**   1:24 |

Veritext Legal Solutions
800-826-0277

**[35747 - anne]**

**35747** 4:20 109:4
**36328** 5:4 138:24
**36677** 4:24 131:12
**36693** 4:21 126:2
**374-1818** 3:5
**37494** 4:9 23:23
**3825** 6:10
**3:10** 192:13
**3rd** 194:15

**4**

**4** 27:24 193:4
194:4
**410** 4:8 19:7
**43** 4:12

**5**

**5** 5:5 28:1 193:5
194:5
**50,000** 180:22,23
**500** 83:17,18,19
**5777** 194:19
**5th** 185:5

**6**

**6** 1:19 5:6 6:3 7:24
8:4 9:25 14:11
29:1 36:8 57:24
60:1,23 70:20
192:7 193:6 194:6
**62** 4:14 65:22
**634-3095** 3:10
**65** 4:14
**661-6734** 2:5
**67185** 70:3
**67185-1.tif** 69:14
69:23

**7**

**7** 5:7 193:7 194:7
**700** 4:11 34:25
**75** 4:16

**7:05** 44:20,22
**7th** 109:18

**8**

**8** 5:8 183:6 193:8
194:8
**85** 2:4

**9**

**9** 5:8 77:19 78:8
193:9 194:9
**91364** 2:10
**954** 2:5

**a**

**a&f** 5:7 155:19,24
**a.m.** 1:17
**abercrombie** 5:2,9
24:10,13 25:8,12
25:18 97:25
130:15,18,21
131:1,6,21 132:4
135:11,14,17,25
138:16 145:16,23
146:1,9,11 148:5
149:3,6,13,15,18
150:5 156:10,15
157:2 158:2
165:12 166:1
**abercrombie's**
146:12
**able** 17:4 33:12
64:2 76:5 108:7
110:15 125:3,8
**absence** 61:14,16
**absences** 59:7
61:10
**absolutely** 17:11
26:7 51:3 64:9
81:3 137:21
178:20
**absurd** 82:3

**access** 185:17
**accessible** 162:23
**accolades** 83:12
**accommodations**
159:15 169:6
**accomplished**
117:23
**account** 187:10
191:23
**accurate** 44:14
45:21 54:17
153:21,22
**acknowledge** 24:3
33:11 113:24
**acria** 83:7
**acting** 98:2,3,17
**action** 1:20 6:9
184:23 194:11
**actions** 97:3
**actual** 10:3 42:22
103:19 138:10
153:19
**add** 7:21 147:25
179:25 188:24
**added** 110:17
**addition** 113:2
133:25 180:20
**additional** 84:20
129:3 159:14
**address** 13:18
32:9,12 33:13,15
185:12
**adequately** 106:1
**adjective** 118:25
**advance** 133:13
134:8 141:8 147:2
158:8
**advertisers** 149:14
**advertising** 149:16
**affairs** 18:7,8

**affiliated** 145:6
**afternoon** 128:1
**agencies** 9:19
103:1
**agency** 106:21,25
**agent** 106:17
107:17 108:14
125:11,11
**agents** 145:24
184:18
**ago** 11:9 142:6
174:6 175:23
183:7
**agree** 31:5,9 99:8
**agreed** 42:15 46:9
46:10 47:5 49:3
50:4 63:10 126:25
171:25 172:5
**agreement** 19:12
20:2,5,8 126:8,9
126:11,12 131:18
131:19,20,22
**ahead** 50:15 51:9
120:11,11 150:23
171:13
**airfare** 146:6
**allegation** 153:2
**allegations** 187:15
**alleged** 85:20,25
153:18
**allowed** 164:16
**allowing** 20:11
151:10
**ambiguous** 97:17
**amelia** 137:10
**american** 59:17
**amount** 187:12
**angeles** 6:23
**anna** 2:11,12 7:3
**anne** 136:20
160:16

Veritext Legal Solutions
800-826-0277

[annual - attorneys]

annual  59:16
answer  12:17,21
  13:1 27:3 28:20
  30:10,12 31:22,25
  32:5,6 48:6 62:16
  64:21 65:1 68:15
  68:23 77:21 78:7
  80:20 82:20,22
  84:4,17 91:14
  95:12 96:20
  100:16 105:18
  111:4,6 121:2,24
  124:3 126:15
  138:14 139:25
  164:7 172:9 174:4
  177:20,22 179:18
  179:18,19 180:14
answered  64:24
  164:8,24,24
  171:12 174:17
answering  15:23
  30:19 97:19 124:2
answers  11:22
  12:2 15:22 37:20
  61:2 114:1
anthony  1:9 9:9
anybody  39:22
  59:10 64:11 80:7
  80:8 95:5 111:1
  112:17 113:5
  119:8 122:13
  141:16,24 155:4
  162:23 164:2,14
  165:2 174:7
  185:16
anybody's  82:9
  112:22 159:14
  189:3
anyplace  26:13
  169:22

apologize  16:14
  67:22
appear  121:14
  149:8 158:8,20
appearance
  148:13
appearances  7:2
appeared  140:23
appearing  6:4
  7:18 130:11
appears  47:10
  75:25 76:1 89:11
  153:17 158:22
applies  16:18
apply  32:4 126:12
appointment  48:4
  48:15,20,24 49:2
  49:25
appointments
  61:13
appreciate  53:4
  110:20 151:11
appropriate  28:25
  95:13 105:16
approximately
  6:17 183:4,5
archive  53:25 54:5
  54:20 59:4 70:17
  73:6 109:25
  182:10,13,16,25
  183:14
archived  182:12
  182:19,21 183:1
  184:5,10
archives  71:6,25
ardolf  1:9 5:5 7:25
  17:7 25:11,17
  100:2 104:12,22
  105:3,23 106:4,16
  106:22 107:15
  109:15,21 112:14

113:1,23 124:9,15
  124:18 125:16
  127:4 151:18
  152:9
ardolf's  9:7 99:25
  104:4 108:13
  115:20
area  38:15 53:25
  54:7,9,10 56:1,3,6
  56:15 57:5 58:10
  58:17 62:24,25
  92:24
areas  93:8 189:5
  189:10
argue  27:16
arguing  23:1
  51:10
arick  2:6,7 7:8
arrange  134:7,13
  135:1
arranged  150:4
arranging  134:19
arrival  159:17
arrived  108:5
  140:25
arriving  148:13
art  119:14 135:8
  168:6 172:20
  173:8 177:6 179:8
  179:11,14 181:10
article  97:6 99:2,4
  99:16,21
articulating  40:7
artist  120:2 173:6
  177:9,11,12,13
artists  120:16
asked  23:12 57:23
  64:23 70:17,24
  91:14 111:17
  113:18 114:19
  122:17 141:25

142:7,11 148:2
  152:22 162:11
  164:23 171:11
  174:16 175:4,12
  175:13,14,14,16
  187:13
asking  24:16
  28:17 30:23 69:21
  76:15 105:14
  144:5 164:19
  165:19 174:12,13
  186:10
asks  86:23
aspect  133:22
aspects  121:3
assigned  62:5,17
  62:20
assistant  73:18
  120:3,5 144:15,18
  144:19
assistants  111:7
  111:12 112:21
  114:16 119:7,8
  144:23 145:2,5,9
assists  92:20
associates  11:14
association  6:21
  6:25
assume  118:24
assumes  172:24
assumption  112:1
attached  193:12
attachment
  140:15
attorney  27:7 29:2
  30:5,14,21 31:2
  186:3,7,16
attorneys  2:3,17
  14:6 48:19 96:5
  147:13

[authenticate - better]

**authenticate** 17:5 20:24 21:1 76:5
**authority** 24:19
**auto** 187:18
**available** 134:16 147:8
**award** 83:10
**awards** 83:2,4
**aware** 20:1 41:11 49:9 88:22 99:23 114:11 142:13 143:20 144:1 159:5 164:1 171:8

**b**

**b** 1:19 4:6 6:3 7:24 8:4,10 9:25 11:12 14:11 29:1 36:8 57:24 60:1,23 70:20 128:5 192:7
**back** 5:2 55:5 92:14 135:18 136:1 163:23 168:22 169:1,4 188:8 190:25
**bad** 180:3
**bags** 149:25
**baldwin** 1:9 136:6 136:24 137:5 138:4 144:3 146:16 147:14 149:10,21 150:11 150:19 151:2,7 190:20,23
**baldwin's** 9:9 130:14 131:23 146:6
**barn** 161:18,25 162:2,3,18,22 163:2,7,8,14,16,18 163:18 164:3,5,11 164:12,15,20

165:3
**based** 31:1 85:14 191:9
**basis** 45:12,24 46:3 58:20 81:22 87:3 91:21
**bates** 4:7,9,11,12 4:14,19,21,24 5:3 19:7 23:23 34:25 43:21 65:22 109:4 126:2 131:12 138:24
**bay** 157:14
**bc** 11:12,15
**beach** 100:7,8 115:21 137:24 168:21,22 170:1 191:3
**bear** 1:6,19 2:17 3:16 6:5,8 7:12 8:21 14:15 15:20 15:23 17:6,6,16,19 17:20 18:9,18,24 20:6 21:6,9,18,23 22:2,5,17 24:20,24 26:1,16 32:8,13,16 33:19,23 34:5,19 36:9,13,15 38:5,8 38:13,21 39:1,4,6 39:16,18 40:10,17 40:20,24 41:3,4,8 52:15 53:13,19 58:25 59:1,15,18 61:18 65:6,9 73:20,25 74:14,20 75:1 78:10 79:7 81:7 90:8 94:6,10 94:12,16,19 95:8 96:8,12,23 97:14 99:3,19 101:1 102:24 103:10

106:23 107:3,15 107:22,24 110:3,5 113:6 114:8 116:7 121:4,12 127:2 129:25 130:8,11 132:1,15 134:13 134:17 135:1 138:17 145:6,9,19 145:21 146:4 149:4 154:19 156:4 159:13 162:16,24 182:12 183:20,25 184:6 184:11,12,24 185:9,12 186:7,25 187:6,8,18 188:21
**bear's** 8:23 9:14 9:17 16:17 23:13 28:3 35:9 45:16 53:2 71:6 78:25 97:22 108:17 126:8 131:18,20 146:13 178:9 182:7 186:3 187:9
**bearing** 83:24
**began** 142:15,18 143:14 170:24
**beginning** 68:7 79:18 101:14 135:16 151:16 155:18 156:14 167:4
**begins** 6:2
**behalf** 6:4 15:20 17:3 23:13 26:17 64:12,18,20 79:6
**behavior** 39:8
**believe** 10:4 20:4 23:6 25:15 28:5 35:17 43:11 57:11 66:25 75:3,8

78:19 83:9 91:10 91:18 92:8 100:7 104:23 119:21 124:11,14 131:19 136:21 137:9,14 141:7,9 154:5 157:19 158:21 159:8 165:2 166:19 178:10 188:17 189:3
**believed** 170:15
**believing** 91:22
**belonging** 32:13
**beneficial** 78:12 78:14 79:20,22,24 80:2,23 81:2,24
**benefit** 63:15,16 64:6,9,14 80:9 82:9 83:25 172:14 172:15,17 173:9
**bernstein** 1:19 4:2 6:4 8:4,19 10:1,25 13:17 16:20 17:4 69:9 75:23 78:24 79:16 103:21 104:17 105:5 128:10 151:14 178:12 179:1 192:8 193:8,22
**best** 14:2 15:11,11 20:9 40:8 45:3 57:9 59:21 62:16 81:14,17,19,23 89:15,25 91:18 99:14 105:13 106:10 117:21 164:13
**better** 58:13 64:25 65:1 69:24 80:18 84:21 85:4 104:20 124:4 164:7

Veritext Legal Solutions
800-826-0277

[beyond - carmelo]

**beyond**  56:1
**billboards**  149:20
**bills**  187:7
**birth**  13:21
**biscayne**  2:18 3:4
  3:4
**bit**  47:7 91:19
  98:15 104:9
  149:13 172:24
  184:3
**blank**  152:23
**blood**  194:12
**bloom**  2:3,9,13 7:4
  7:6,9
**blur**  175:23
**body**  86:15 140:17
**boller**  111:17
**book**  51:20 63:12
  63:13 80:10 180:6
  180:24
**booked**  64:1
  106:22 145:21,25
**booking**  106:17
  108:13 159:11
**books**  51:22 59:20
  146:12,13 179:10
  180:3
**boring**  67:20
**boris**  113:15
  160:13
**bottom**  69:14,17
  69:18 71:1 109:20
  110:2 126:22
**boulevard**  2:9,18
  3:4
**box**  55:22
**boxes**  183:12
**boy**  11:12
**boyce**  1:3 6:7 17:7
  42:8,17,20,21 43:6
  43:13,14,16 46:11

47:16 49:10,21
  50:5 51:7 63:11
  63:22,24 64:1,4,7
  64:10,11 65:3,5,9
  65:13 66:4
**boyce's**  9:1 41:8
  41:14 52:1 57:8
  63:13 66:19 87:21
  87:23,25 190:1
**brand**  130:17,19
  130:25,25 131:3,6
  131:8 147:24
  148:2,5
**brands**  9:18 28:4
  130:20 148:7
  149:17 159:2
  178:10
**break**  16:9 21:4
  67:23 68:2,7,9,11
  68:14 69:2 76:4
  76:10 125:18
  127:5 128:10
  178:18
**breath**  86:6
**breathing**  9:6
  67:22 68:20 85:9
  85:10,16,20 87:2,4
  87:13,16 88:2,13
  89:3,7,18,24 90:2
  90:5,11,25 91:4,8
  92:3,10,16 93:3,10
  93:21 94:7,13
  95:7,10 96:14,25
  97:2,11,16 98:9
  99:11,17
**bring**  120:16
  143:18
**bringing**  132:12
**brinkman**  57:15
**broad**  134:23

**brodsky**  3:17 6:19
**brought**  177:18
**brown**  3:11 7:14
  7:21 10:20 16:7
  16:14 17:2 19:2
  75:6 76:22 77:8
  77:17,25 78:4,9
  82:3 85:11 101:17
  104:23 105:8
  113:16 126:16
  128:14 153:14
  154:4,12 178:2,8
  186:8,13,20
**brown's**  71:2
**bruce**  1:6,13 2:17
  4:16 6:7 7:12
  14:24 21:16 22:14
  23:18 26:2 43:6
  43:10 44:3,4 46:5
  46:6 47:7,13,22
  48:13,16 49:7,17
  50:4 59:15 63:10
  74:15 75:19 76:2
  81:3 85:3,5
  103:11 107:25
  127:1 132:1
  136:11 142:23
  144:14 145:2
  172:2 176:25
  180:6,24,25 181:5
**bruce's**  20:4 126:9
**brucified**  98:21,23
  99:20
**buddy**  1:9 9:10
**budget**  22:19
  116:4 145:16
  146:9
**building**  53:10,11
**bunch**  154:11
  177:15

**bush**  18:1 23:17
**business**  18:17
  66:15 83:17
**buzz**  65:13
**buzzeo**  136:14
  154:23

|  c  |
| --- |

**c**  2:1 3:1,6 11:13
**calendar**  59:10
  61:6,8,15,16,19
**california**  2:10
  6:23
**call**  4:17 10:3 42:4
  42:4 70:5 101:5
  102:3,10 113:10
  113:15 118:16,19
  131:2,4,5 132:12
  137:17 148:22
  158:14,17 160:12
  184:17
**called**  45:6 59:16
  103:12
**calling**  50:18
**calls**  108:20
**camera**  120:18
  121:5,7
**campaign**  131:7,8
  138:11,20 149:8
  149:11 157:6
**campaigns**  28:4
  149:13,17
**cannes**  83:10
**capacity**  33:15
**cape**  157:14
**capsudo**  11:13
**captured**  76:1
**career**  33:8 38:12
  80:3 82:10 83:12
**carlton**  137:10
**carmelo**  106:18

[case - communicate]

case  1:2,8 7:25
11:10,11 41:11
60:2 70:19 96:7
109:10 115:14
185:20
cases  8:1 17:8
87:22
cast  82:12 102:12
102:14 103:13
104:10 107:15,16
108:15 139:11,22
140:6,9,23 146:16
148:7 157:5 159:2
casting  9:19 24:9
24:11 26:21 27:23
28:3,15 31:19
82:18 102:17,24
103:10,23,24
104:5,21,22,25
105:2,11,23 106:2
106:3,5,19,23,24
107:2 108:1,17
119:15 133:1,21
133:25
catalogued  73:7
183:4
categories  178:6
category  74:4
77:19 178:8,17
caveat  169:21
170:3,4,12
cell  186:25 187:7
certain  8:5 43:7
119:1 146:20
certainly  16:12
17:15 21:3 33:11
56:22 81:17 83:8
89:20,21 95:25
106:20 111:5
119:6,16 125:2
143:20 159:12

163:16 185:16
188:23
certainty  71:20
107:14 122:3
142:3,5
certification  194:1
certify  79:12,14
194:5,10
chairs  54:11 55:1
55:4,9,13
chance  64:5,7,13
changes  33:24
characterize  56:13
charge  18:8
charlie  11:13
check  72:12
111:11 115:15
checking  137:9
checkoff  67:10
chelsea  66:16
chest  86:4,20 92:7
92:12,13,21,24
childhood  149:24
choice  168:24,25
choose  149:5
chose  100:22
chris  160:13
christenson
136:20 160:17
christmastime
59:17
circulated  180:15
185:8
circulation  180:4
180:19 181:22
city  193:16
civil  6:9
claim  153:23
190:2
clarification  46:23
106:14 114:15

clarify  8:2,3 60:10
60:20 64:6 71:7
77:4 87:20 144:6
152:22 170:2
181:23 182:2
190:21
clarity's  113:4
classification
168:1
classify  114:23
167:23
cleaner  152:4
clear  13:13 49:16
72:25 77:17,18
78:22 82:18 153:8
clearer  105:10
clearly  177:15
click  104:13
106:17,22
client  27:7 29:2
30:5,14,21 64:16
115:12,14,17
116:5,6,9,16 117:5
118:8,12,15
119:15 121:7,12
121:22 122:1,6,9
123:10,24 124:17
124:21,24 125:2
133:3,7,8,13,16
134:21 135:9,10
147:22 148:10
186:15
client's  118:14
clients  122:23
close  168:20
closest  85:24
coach  98:2,2,17,17
coaches  98:3,3
cod  157:14
coerce  172:4

collaborate  171:25
collaboration
118:13
collaborative
100:25 103:9
107:25 108:11
117:4,12 133:7
147:20 148:8
collaboratively
133:2
collaborators
118:21
color  66:8
combination  43:5
100:14 108:19
145:20
come  40:15 42:22
43:16 49:7 71:2
85:25
comes  33:14
comfortable
125:21,23
coming  103:4
175:1
comment  74:13,16
99:16
commercial  168:5
173:1,10,16
176:20,22,25
commissioned
183:24 184:8,8
common  21:14,17
26:5 50:11,25
111:5 116:3
121:11,16 148:25
173:11
commonly  51:16
100:10
communicate  32:7
32:11

[communicated - court]

communicated
107:17 108:13
186:6
communications
185:22
company  6:22
31:11 39:4 74:14
148:4
compare  35:25
76:7
compared  123:15
140:8
comparing  81:22
compensated
115:10,11,13
121:6
compensating
165:18
compensation
126:19 165:25
166:3
compile  110:1
complained  95:2,7
96:24 97:2
complaint  41:18
85:21,25 93:13
94:13 98:9
complaints  38:6
38:10,12
complete  13:10
34:16 66:21 67:15
compound  163:22
concentration
90:19
concept  32:3
93:11
concern  124:25
125:12
concluded  141:18
concludes  192:6

conde  115:18
126:9,10 127:1
conduct  88:12,19
88:23 89:3,18
90:10,25 91:4,7
97:11
conducted  92:3
conducting  90:5
confirm  16:21,22
16:24 17:2 59:8
71:14,17 152:16
confirmed  60:2
confusing  78:23
confusion  8:16
conjunction
118:15
connection  109:10
110:18 138:8
185:20
consider  119:5
132:14
consideration
173:7
considers  173:5
177:9
consist  86:1
consistent  46:7,8
47:7 49:5 61:3
111:5 112:8 116:3
121:16 122:4
134:20 162:15
174:9
constantly  39:15
contact  9:15 41:3
41:19,22,25 42:5
66:3,6 67:3,4,9,13
67:16 68:22 70:9
70:12,21 71:4,9
72:18,23 73:23
109:13 110:11
112:16,20 138:2,7

152:15 163:12,15
165:6 166:17,18
166:20,23,25
176:18 182:8
183:11 184:13,16
184:19
contain  54:4
contained  193:12
content  8:23
context  94:23,24
continue  69:10
132:2 187:25
continued  3:1
128:8
contractor  18:22
20:5 21:21 32:2
154:18
contractors  14:15
33:23 34:3 40:21
74:25 97:13 114:9
130:8 185:14
controller  18:14
33:7
conversation
42:24 47:13,15
60:17
conversations
15:14 46:5 60:11
60:15 85:15 87:5
87:6 88:1 91:24
95:19 112:24
convey  125:12
convicted  13:23
cooperative  11:16
copies  10:2,8
180:22,25
copy  10:15 44:22
75:10,15 101:20
101:21,23,24
128:13 135:23
155:17 167:4,8

core  86:5 93:5
corner  56:10,17
56:20
corp  11:12,15
corporate  8:20
17:18 18:14 22:25
24:18,22 25:1
27:11,13 187:10
corporation  11:16
17:23
correct  21:13 26:4
45:19 62:19,23
87:24 96:11 107:1
110:10 112:5
118:2 145:12
177:7 189:24
193:13
corrected  193:13
corrections  193:11
correctly  91:23
couches  54:11
55:1,9,13
counsel  7:1,5,6,9
7:11,18 15:14
16:1 20:11 33:16
33:17,18,19,21
44:25 74:7 75:11
105:7 110:4
128:11 178:2
186:21
counsel's  123:1
count  22:12 183:6
counts  8:1
couple  53:22
course  19:24
38:12 60:2 68:5
72:13 83:9,12
113:12,16 150:12
court  1:1 6:11,24
8:8

[cover - digiovanna]

**cover** 131:23
**crannies** 189:17
**cravalho** 136:16
  160:14
**create** 21:22
  171:14 172:13
**created** 140:10
  172:19 173:8
**creating** 173:3,3
**creation** 172:7
  173:9 177:2
**creations** 21:24
**creative** 117:13,20
  118:1,15,21,23
  119:4,5,18 120:24
  133:2,6
**crime** 13:24
**cross** 126:25
**crossed** 126:21
**culture** 39:3,6,20
  39:25 40:6,7,9,11
  40:18 188:20
**current** 129:9
**currently** 20:8
  34:3
**cut** 140:20 141:3
  141:10
**cv** 1:2,8 6:10

**d**

**d** 4:1
**dan** 7:14
**dance** 98:1,3,16
**daniel** 3:11
**dash** 70:6,6,6
**database** 72:5,8,22
  183:16
**date** 13:21 19:9
  23:25 25:22 35:2
  42:12 43:23 65:24
  72:1,9 75:21
  100:22 102:6

109:6 126:4
128:19 131:14
136:2 139:1
152:11 156:1
157:4 167:15
**dates** 126:17 154:9
**david** 157:18,19
**dawn** 1:21 6:24
  8:11 15:1 57:14
  107:6 111:17
  113:5,18,19
  136:17 160:19,20
  194:3,20
**day** 18:6,6,8,8,17
  18:17 43:10,11
  47:10 49:15 58:9
  59:11,24 60:3
  61:4,19 62:15
  65:16 95:8 123:21
  143:13,14,17,19
  143:24 144:7
  148:23 158:1,3
  175:9,22 193:14
  194:15
**days** 49:15 119:20
  141:5 146:19,20
  146:21 147:5
  158:5,9,20
**dbrown** 3:12
**dealt** 38:11
**debate** 105:17
**deborah** 136:21
  160:17
**december** 71:21
  72:10,15 73:2
**decide** 99:6 147:17
**decided** 148:9
**decision** 108:4
**declare** 193:8
**deemed** 22:17

**defendant** 1:14
**defendants** 1:7
  2:17 6:9 7:12
**define** 41:23 86:7
  86:9
**definitively** 111:4
  174:23 176:9
  179:19
**delancey** 2:4
**delete** 187:14
**deletion** 187:19
**delivered** 68:25
  134:15
**delivery** 135:8
**demonstrating**
  64:16
**deny** 22:21
**department** 32:16
  32:18 33:9 70:18
  73:6 182:14,24
**departure** 159:18
  159:23
**depends** 21:19
  52:6 102:20 125:7
  148:6
**depict** 109:15
**deposition** 1:19
  6:13 7:24,25 8:4
  11:3 14:4 26:24
  36:6 57:20 60:12
  60:13,18 79:18
  90:23 101:15
  107:11 135:16
  151:17 155:18
  156:14 167:5
  190:1 193:10
**depositions** 97:9
**describe** 40:9
  52:23 53:18 59:14
  59:22 142:24
  189:15

**described** 98:8
  106:21 182:10
**design** 121:14
**designated** 8:20
  27:10 54:1
**designation** 69:22
  71:1
**designer** 120:20
  120:25 121:15,18
  134:18
**desk** 13:8
**detail** 120:10
**details** 8:25 9:7,8
  9:10,11,12,20
  103:16 152:23
  183:16 184:22
**detection** 36:14
**determine** 80:23
**determined**
  146:23 147:1
  158:24
**determines** 117:9
**determining**
  146:25
**developed** 42:1
  135:7
**dictates** 118:6,9
**difference** 80:11
  154:1 189:2
**different** 33:8 53:9
  53:22 82:19 91:19
  95:18 98:15
  102:21 121:3,3
  133:19 141:5
  149:14 153:18
  188:12,18
**difficult** 12:7
**digiovanna** 15:5
  57:17 111:16
  136:14 144:22
  145:1 155:1

Page 8

[digiovanna - employees]

160:10 175:13
**digitally** 135:4
**diligence** 14:11
  70:19
**dimitri** 136:18
**dinner** 83:7
**direct** 184:19
**directed** 83:9
**directing** 27:3
  28:20
**direction** 97:22
  119:14 186:21
**directly** 53:14
  115:11,14 116:16
  145:18
**director** 135:8
**directors** 9:19
**disagree** 25:2 31:3
  191:13,19
**disagreeing**
  191:22
**disbursed** 115:25
  121:11 145:22
  146:14
**disbursements**
  116:8
**discovery** 16:4
  17:7 35:16 110:19
  124:13
**discrepancy** 45:9
**discuss** 14:4,8 76:9
  77:6 104:21,24
  173:23
**discussed** 14:9
  16:5 25:7,13
  87:12 95:25
  165:13 166:2
**discussing** 105:22
**discussion** 122:20
  171:7

**dispute** 105:7
**distinct** 74:18
  77:13,15
**distinction** 115:24
**distributed** 129:24
  130:7,10 169:21
**distributes** 59:20
**distribution**
  181:12,14 182:5
  185:10
**distributions**
  181:8
**district** 1:1,1 6:11
  6:12
**divided** 53:21
**document** 4:7,9,11
  4:12,14,19,21,24
  5:1,3,7,8,10 19:4,7
  19:10,13,17,21,25
  20:12,13,19,24
  21:1 23:21,23
  24:1 34:22,25
  35:3,5 36:12
  41:15 43:19,21,24
  44:12,18,25 45:1
  65:19,21,25 75:3
  75:22 102:7 109:2
  109:4,7 110:14
  125:25 126:2,5
  128:11,20 131:9
  131:12,15 135:16
  135:19,25 136:3
  138:24 139:3
  140:11 151:15,20
  155:13,16,24
  156:13,19 157:2
  158:19 167:5,13
  186:15
**documentary**
  180:10,12 181:1,5

**documentation**
  147:3
**documents** 9:25
  10:13 36:4 41:12
  41:17,20 101:13
  107:8,10 109:9
  110:1,19 185:18
  185:21
**dogs** 173:14
**doing** 38:1 72:14
  92:9 94:7,23,24
  169:23
**domurat** 160:13
**door** 65:10 189:22
**doors** 55:17
**downtown** 53:11
**drafted** 129:17
  151:15
**dress** 148:23
**due** 14:10 70:19
  80:17
**duly** 8:11 128:6
  194:7
**duties** 18:15
**duxbury** 157:10

**e**

**e** 2:1,1 3:1,1 4:1,6
  8:10,10 17:5 24:2
  24:4,8 25:7,15
  32:8,12 44:2,6,10
  44:19 45:10,11,14
  45:16,21,23 47:17
  47:21 48:8,9
  108:20 128:5,5
  130:3 140:16,17
  173:25 174:1
  178:3 185:11,23
  187:19
**earlier** 122:20
  129:1 132:18
  142:1

**early** 27:19 147:18
**easier** 114:3
**easy** 27:18 128:22
**edited** 66:24 122:5
  135:7
**editing** 67:1
**editorial** 51:25
  52:4 114:25 115:1
  115:3 167:17
  168:9
**editorials** 28:4
**eeo** 4:22 128:16
**effect** 148:21
  173:25
**effectively** 134:11
**effort** 64:3 100:25
  103:9 107:25
  108:11 117:12
**eight** 33:20 39:5
  40:1,16
**either** 14:16 22:17
  43:13 63:7 65:15
  65:17 83:7 86:1
  93:7 96:4 98:4
  141:12 144:16
  180:8 184:25
  189:22
**elaine** 15:7 175:12
**elevator** 53:7,12
**elizabeth** 3:15
  14:25 136:15
  160:11
**employed** 21:22
  97:21
**employee** 22:5,16
  22:20 36:11
  154:18 186:18
**employees** 8:24
  14:14 22:2 26:16
  33:20 34:6 38:21
  39:5,12,12 40:14

[employees - eyes]

40:17 97:13 114:8
129:25 184:24
185:9 186:7,19
187:1,2,3,7,8,11
187:13
**enable** 9:24
**ended** 47:9
**ends** 192:5
**energy** 93:12
**engaged** 34:4
134:1,2 145:8
**engages** 89:9
**engineer** 119:11
**entail** 85:10
**entails** 93:18
**entered** 72:21
183:16
**entire** 58:15 62:8
62:14
**entirely** 63:2
108:23
**entitled** 1:20 28:22
167:5
**entity** 17:22
**enumerate** 132:21
**envelope** 72:24,25
**envisioning** 54:16
**epic** 6:21
**equipment** 23:13
121:5,7,9 134:10
134:14
**equipped** 29:12
30:2 104:21
**error** 178:3
**esq** 2:6,11,13,20
3:6,11
**essentially** 15:22
18:6 67:5
**estimate** 13:2,6
**estimation** 13:10

**etra** 2:20 4:4 7:10
7:11,13 8:3,14,19
10:14,22 19:19
20:11 22:24 23:5
24:14,21 25:2
26:22 27:9,15,22
28:1,12 29:4,10,15
29:21 30:3,7,11
31:3,7,10,15,20
36:23 37:3,6,13
38:20 46:15 47:2
48:22 50:2,14,21
50:24 51:8 53:1
61:24 62:2 64:23
67:21 68:18 71:16
75:14 76:11 78:15
78:21 82:1,4,15
84:1,15 87:20
88:8,15 91:13
95:10 97:8,15
99:5,12,22 101:8
101:10,21,24
103:14 104:14
105:6,9 106:3,10
106:15 107:23
111:25 120:9
121:1 122:19
125:13,19 138:12
139:24 144:4
150:20,22 151:3
151:10,23 152:3
152:21 163:21
164:23 165:22
171:11,20 174:16
174:21 179:15
181:23 187:23
188:2 192:2
**event** 132:13,16
165:4
**everybody** 57:25
60:7 94:9 112:8,9

142:17 161:22,22
161:23 185:11,14
**everyone's** 120:13
159:17 178:1
**exact** 72:9
**exactly** 46:7 83:19
88:4 95:17 106:20
129:13 141:2
150:1 157:23
170:14
**examination** 4:3
10:24 128:8 188:2
**examined** 8:12
128:7
**example** 13:3,13
22:9,23
**examples** 103:18
**excellent** 81:12
**exclusive** 181:18
181:25
**excuse** 151:23
**executed** 193:14
**executive** 18:7
**exercise** 9:6 85:17
85:20 88:13 89:18
90:2,6 92:10
93:18 98:9
**exercise's** 85:10
**exercises** 85:9
87:2,4,13,16 88:3
89:3,7,24 90:11
91:1,5,8 92:3,16
93:3,10,22 94:7,14
95:7,11 96:14,25
97:2,12,16 99:11
99:18
**exhibit** 4:7,9,11,12
4:14,16,17,19,21
4:22,24 5:1,4,5,7,8
5:10 19:4,6 23:22
34:24 43:20 65:21

69:10 75:18 102:3
109:3 126:1
128:16 131:11
135:24 138:23
151:24 152:8
155:23 157:1
159:16 160:5
167:12
**exhibitions** 179:2
**exhibits** 10:10
**exist** 108:7,16
138:6
**exists** 140:2 173:8
**expect** 80:19
123:22 125:10
180:23
**expectation** 56:21
63:6
**expense** 146:12
**experience** 38:15
58:12 188:11,18
189:3
**expert** 79:4,11
**explain** 29:25
66:23 123:4
**explained** 170:12
**extended** 159:13
**extension** 131:19
**extent** 7:23 14:10
17:10,14 21:20,25
23:6,17 28:14,18
41:10 84:19 85:2
104:25 105:1
121:9 158:15
165:5
**extra** 75:12
**eye** 100:20
**eyes** 120:13
180:23

[facilitate - geez]

| f |
|---|

**facilitate** 10:6 40:10,12 134:12
**facilitated** 22:16
**facilities** 143:11
**fact** 31:1 51:3 72:11 125:10 154:2 184:17 188:12
**factors** 80:22 81:5 81:5
**facts** 154:5
**factual** 76:12
**fair** 71:4 141:9,10 173:4
**faith** 152:25
**fall** 119:17
**familiar** 41:7 77:14
**familiarity** 87:4
**famous** 177:13
**far** 15:25 59:12 85:13 88:22 97:4 114:11 154:9 172:3
**fashion** 74:19 77:10,11 83:17,21
**fault** 12:12
**favor** 42:16 46:10 63:17,17,20,22
**fax** 19:19,21
**feasible** 22:18
**featured** 149:11 179:14 180:6 181:5
**february** 25:24
**feel** 79:10,13 82:7 95:13
**feels** 93:12
**feet** 53:21 55:19

**felt** 144:11
**female** 91:8 92:2 92:10 93:2,22 166:9,14
**festival** 83:11
**field** 163:4
**figure** 27:20 74:11 76:16 117:21
**file** 70:2,2 71:1
**filed** 136:6 159:25
**film** 42:1 72:17 83:9,11 135:2,5,6 181:1,6
**films** 180:10,12
**final** 107:19,21 108:4 123:14
**finally** 103:13 108:12
**financial** 18:17
**find** 57:3 92:25 153:20 174:25
**finds** 96:9
**fine** 8:18 15:13 16:12 20:22 26:24 27:1 125:22,23 152:2
**fingers** 94:3
**finish** 9:2
**firm** 2:3,9 7:5,9
**first** 8:11 13:19 35:8 42:20,25 43:1 45:15 48:6 59:2 69:18 70:18 87:15 98:24 99:1 113:4 124:22 131:25 148:22 157:18 188:22 189:23
**fit** 147:23
**fitch** 5:2,9 24:11 24:13 25:8,13

131:21 135:14,18 136:1 156:10,15 157:2
**five** 5:5 34:3 151:17 152:9
**floor** 2:18 3:4 52:18,19,24,25 53:2,7,13,16
**florida** 2:19 3:5 100:7,9 109:17 130:16 139:15,17 139:21 140:20 141:1 168:23
**flow** 67:25
**focusing** 103:19
**follow** 62:1
**follows** 8:13 128:7
**food** 125:13
**foot** 55:25 56:2
**foregoing** 193:9
**foreign** 181:10
**form** 88:8 111:25 139:24 163:21
**formal** 33:5,12 36:16,18 50:6 168:1
**formally** 32:25 33:2 39:18 153:23
**format** 70:2 91:20 98:14
**formed** 17:20 18:24
**former** 129:19 146:3
**forth** 188:8 190:25 194:7
**forward** 96:1 106:13
**found** 56:22
**four** 11:8 34:2 35:14 113:2

145:10 152:12
**frank** 15:6 136:13 144:21 160:8 175:16
**frankly** 62:17
**french** 5:10 101:3 101:5,10 114:20 167:6,13
**frequency** 8:22
**frequently** 22:12
**friendship** 83:24 85:3
**front** 10:11 16:15 53:14 69:11 90:12 128:23 135:19
**fudali** 2:6 7:8,8 27:6,11,18,25 28:9 28:23 29:6,11,17 29:23 30:4,8 31:16 37:1,5 75:8 78:8 104:18 105:4 105:20 106:8,13 153:25 154:15 168:20
**fulfillment** 59:22 60:4,5
**full** 13:15
**fully** 37:19
**function** 32:19,21 59:8 117:11 159:1 182:16
**funds** 115:25 145:22 146:15
**further** 54:1 128:7 187:22 192:2,4 194:10

| g |
|---|

**galleries** 179:8
**gap** 55:17,25 56:2
**geez** 27:18

**general**  58:17
71:19 104:22
105:25 106:8
107:12 124:6
133:14 147:20
163:3
**generally**  104:25
112:8 122:25
163:4 191:21
**genitals**  86:11
93:24
**geographic**  133:14
**gesture**  55:23
**getting**  10:23
37:21 64:1 65:3
78:23 98:21,22
99:20 134:15
**gibbs**  113:17
**gifts**  59:18,19
**give**  12:2 13:4 14:2
14:23 16:8 22:1,8
22:22 68:9 76:3
92:1 103:6 133:16
151:9
**given**  33:25 51:5
58:18 148:11
177:18 194:9
**glazing**  120:13
**go**  11:17 50:15
51:9 53:6,7 92:14
120:11,11 125:11
134:19 139:21
141:15,17 150:22
171:13
**goal**  89:13
**goes**  24:15,18
27:13 99:6,8
132:10,19,21,23
180:9,11
**going**  9:2 12:25
19:3 23:18,20

27:16 29:7,18
43:18 51:8 52:10
65:18 75:10,12
96:1 101:5,15,17
101:23 102:1
104:16 105:12,18
109:1 113:3,25
117:16 122:24
128:12 131:9
133:4,17 134:5
138:21 160:4
177:25 180:7
192:11
**golden**  100:6,8
115:21 168:21,22
170:1 191:3
**good**  6:1 7:10
10:25 11:1 22:19
46:22 80:7,9,25
82:7 84:25 96:1
141:13 152:25
165:22 179:22
**governing**  165:10
**great**  14:22 60:24
82:14 114:5 189:1
**greet**  143:3,9
**greeted**  65:5,8
**gronningsater**
2:11 4:4 7:3,4,19
8:17 10:12,18,24
16:11 23:3,8
24:17,25 30:9,20
31:4,8 37:7 46:22
50:17,22 53:3
67:19 68:4 76:19
77:23 78:2,18
84:12 99:10
101:19 104:2
120:12 123:7
125:15 127:3
128:9,15 151:5,12

152:1,5 153:10
154:8 155:21
156:24 171:23
178:7,13,19 186:9
186:17 187:21
188:15 191:16
192:3
**group**  151:1,3
169:1
**groups**  98:5
**guess**  13:1,11
17:10 42:18 45:3
45:4 52:6 170:6
170:11
**guesses**  124:2
**guide**  86:19 93:7
93:23
**guiding**  86:3,5
**guy**  47:19,24,24
**gwen**  15:2 107:5,9
108:12 136:17
155:2 160:7

### h

**h**  4:6 8:10 128:5
**hair**  119:23,25
120:4,7 134:3
**half**  60:6,8
**hampton**  3:9 6:14
**hand**  10:15 13:7
55:14,15 62:25
86:3,19,24 93:11
93:24 194:15
**handbook**  129:18
**handed**  128:11
**handing**  34:22
**happen**  47:20
82:17,20,21 84:3
133:24
**happened**  73:8
105:12 141:23,24
153:6

**harass**  38:22,23
41:5 188:7,14
**harassing**  39:22
**harassment**  4:23
8:24 34:6,14,19,20
35:9,12,20 36:5,10
36:15,17 37:2,8
38:7,11 39:2,9,11
39:19 40:12,14,19
128:18 129:10
188:22
**hard**  40:6 59:14
126:14,16 158:21
**hay**  37:25
**head**  12:3 48:11
83:6 86:4 93:4
96:18,22 123:12
155:11 174:5
185:16 186:2
187:5
**heading**  110:7
156:15
**hear**  171:6
**heard**  26:8,10
47:19,24 87:16
93:9,14,15 98:20
99:3,19 118:3
**helaina**  136:14
154:23
**held**  1:20
**helps**  112:22
**hereto**  193:12
**hereunto**  194:14
**herrera**  113:17
**hey**  47:18
**hidden**  57:4
**hide**  56:11 189:11
**hierarchy**  27:13
32:3
**high**  62:24 180:4
180:19

[higher - instance]

higher  183:8
hills  2:10
hire  130:6
hold  9:21 184:22
  184:24 185:7,25
  186:2,6,14,23
holds  185:2
holiday  5:8 155:19
  155:24
hollister  148:4
hollywood  168:19
home  134:10
  141:15,17
homme  4:18 102:4
  102:11 109:14
hommes  109:17
  115:18
honest  47:6 83:5
honestly  110:6
honored  83:7
hope  91:23
hopefully  36:11
hotel  116:12
  136:25 137:5,6,16
  137:20,21,22,25
  138:4 143:12,19
  148:19
houghton  162:7
house  168:22
  169:1,4,5,8
housekeeping  16:3
hovering  63:3
howard  3:17 6:19
hudson  43:17
  52:14,16 53:6
  59:2 71:6,12
  182:15
human  8:21 32:15
  32:17,18,21,24
  33:1,5,9,13 59:7

hung  30:16
hungry  125:21
hypothetical
  164:9
hypothetically
  102:22
hypotheticals
  164:17

**i**

iconic  181:16,21
  182:3
idea  22:19 49:22
  71:19 96:1 133:14
  147:21 150:5,8
identification  19:8
  23:24 35:1 43:22
  65:23 75:20 102:6
  109:5 126:3
  128:19 131:13
  136:2 138:25
  152:11 156:1
  157:4 167:15
identified  28:7
image  70:2
imagine  42:23
  44:22 45:8 47:14
  56:9 66:8 72:11
  72:14 74:12 98:13
  102:16 110:24
  123:17 126:24
  140:15 142:9,16
  170:7 171:2
implementation
  38:17 129:15
implemented
  36:20 129:11
  166:5
implication
  141:12
important  11:20
  11:23 12:1,5

40:24 83:21
impossible  89:4
improved  182:23
inaccessible
  162:18
inappropriate
  38:2 39:8 85:23
  86:8,10,17,21
  92:25 96:10
  104:16
incident  38:16
  129:14
incidental  30:15
incidentally  28:15
include  107:19
  148:19,22 179:24
  185:13,21
included  67:11
  98:7 120:22 130:5
  148:2,6 152:17
  153:6 158:13,17
  168:25 180:1
  186:23
includes  116:11
including  8:21
inclusive  186:5
inconsistent  48:13
incorporated  6:5
  6:8
independent  14:15
  18:21 20:5 21:21
  24:5 32:1 33:22
  34:3 40:20 45:10
  45:13 74:25 97:13
  114:8 130:8
  154:18 185:13
independently
  44:19 47:5 98:19
indicate  9:23 48:3
  66:20 67:9 70:6

indicated  72:9
  159:4
indicates  48:11
  70:1
indicating  67:14
individual  10:4
  42:3 59:21
individually
  116:21,24
individuals  98:4
  185:6
industry  9:5 74:9
  74:18 77:7,11,13
  77:16 78:20 79:3
  79:5,10 81:15,18
influence  9:4 74:9
  77:6 78:19 79:2,9
influential  74:10
  83:14
information  9:15
  10:7 70:13 72:5
  182:8 184:14,16
  184:19
informed  108:14
initial  172:1
initialed  193:11
ink  193:11
inquire  154:6
inquired  142:10
inquiring  47:14
inside  33:17,20
  39:22 137:25
  162:3,17 163:16
  164:2,11,15 165:3
  189:20
insofar  107:22
  112:23
instance  26:10
  132:15 135:11,13
  164:1 180:20

[instances - know]

**instances** 145:24
146:2 185:13
**instruct** 31:24
92:12 93:7
**instructed** 45:4
95:20 109:25
**instructing** 30:10
30:11 86:2,2
**instruction** 22:2,6
67:5
**instructions** 11:18
79:17 148:12,16
148:20,21
**instructs** 85:18
92:19
**intend** 112:19
**interacting** 144:13
**interested** 169:23
170:16 194:13
**interpreted**
152:25
**interrogatories**
16:18,20 17:1
41:19
**interrupt** 67:25
178:4 187:16
**interrupting**
113:25
**introduce** 135:21
**introductory**
142:21,24
**investigate** 38:6,9
**investigation**
191:10
**invited** 139:21
**invoice** 70:3
**involve** 85:22
**involved** 45:25
122:15
**involvement**
108:17

**iphone** 184:7
**irwin** 15:7 175:13
**island** 137:10
**issue** 10:5 38:16
44:23 75:16
129:14 191:23
**issued** 184:23,24
186:18
**issues** 123:5
**iterations** 140:3

**j**

**j** 8:10 128:5
**jacob** 1:9 9:12
**jana** 162:7
**january** 4:18 99:2
100:4 102:5,11
109:18 185:5
**jason** 1:3 6:6 9:1,7
9:13 41:7 42:8,17
43:5,6,9 44:2,3,4
45:24 46:10,11
47:11,21 50:5
63:18 73:11 168:2
169:19
**jasons** 63:19
**jayne** 3:6 7:15
**jeanine** 15:1 57:13
176:8
**jeans** 148:25
**jeff** 111:15 113:5
136:13 144:22
160:9
**jeffrey** 15:6 57:14
58:7 61:1 62:11
**jeffries** 140:19
142:22 143:3
**jewelry** 49:18
**jmf** 1:2 6:10
**jnana** 1:10
**job** 1:24 70:5,7
82:12 106:22

108:15 120:4,6
141:13,17,25
**jobs** 40:4
**joe** 111:16 113:5
136:13 144:22
**jog** 112:22
**john** 15:16
**johnson** 181:2
**jonathan** 1:19
2:20 4:2 6:3 7:11
7:13 13:16 68:21
192:8 193:8,22
**jonathan.etra**
2:20
**joseph** 15:5 57:17
160:10 175:13
**josh** 25:11 87:11
96:13 104:22
105:3 107:15
109:21
**joshua** 1:9 104:4
**journal** 59:16,16
**june** 25:15,16
**jweintraub** 3:7

**k**

**kanner** 42:16 43:6
43:9 44:3,4 45:25
46:10 47:11,16,22
63:11,20,22,23
64:7,10,12,14 65:2
73:11
**kanner's** 63:16
**keep** 11:21 40:16
101:24 134:22
**kept** 71:25 72:1,7
72:24 162:21
**kilcer** 15:4 57:12
155:7
**kind** 22:10 51:6
157:12 175:23
191:7

**kinds** 106:6
**kiss** 94:1
**kitchen** 54:11,23
55:8,13 56:4,7,15
56:16 57:6
**knew** 37:15 94:10
**know** 9:3 12:21,23
15:8 18:5 20:7,23
21:11,11,14,19,20
22:10,11,12,17,19
22:20,21 23:11,16
24:4,12 25:6,9,22
26:4,6,22,24 27:1
31:21,23 33:6,10
33:14 34:8,9
35:24,25 36:10
37:17 38:10,10
39:3,18,19 40:1,7
42:25 43:1,7,9
44:17,17,21,23
45:1,2,3 46:4,14
46:16,20 47:4,8,10
47:14 48:5,9,15,16
48:17,19 49:1,3,16
50:3,7,10,24,24
52:5,6,8,9 53:15
53:21 55:18,21,22
55:22 56:9,10,12
56:14,21,22 57:1
57:21 58:10,12,13
58:14,14,16 59:7,9
59:13 61:1,2,3,22
62:10,13,23,24
63:1,4,24,25 64:1
64:4,21,22,25 65:1
66:7 67:1,5,6,10
67:14 70:4,12,14
70:15,22 71:20,21
72:6,7,13,15,18,21
73:12,15,16 74:13
74:15 76:6,13,13

**[know - lines]**

77:14 78:13 79:21
79:22 80:20 81:17
81:20,20,21,22
82:4,17,20,21 83:5
83:8,19 84:3,7,16
84:16,22,23 85:13
86:13,16 89:8,21
90:9,15,16,17 91:9
93:6,15 94:6,11,16
94:22 95:3,17,24
96:3,4,6,17,19,19
96:20 97:4,22
98:5,6,7,8,14,18
99:16 100:12,13
100:16,16,17,19
102:15,17,20,21
103:3,4,8 105:1
106:19 107:14
108:2,5,6,9,10,11
109:23 110:1,3,4,6
110:15,18,21,24
110:25 111:4
112:2,5,6,7,15,18
112:21,25 113:18
113:20,20 114:18
114:18,19 115:15
115:16,23 116:1,2
116:4,5,6,17,19,25
117:1,11,12,14,16
117:18,19,22
118:13,14,16,18
119:6,10,16
120:15,21 121:4,8
121:13,17,19,24
122:2,7,12,12
123:8,11,13,17
124:3,5,9,23 125:3
125:3,7 126:21,24
129:19 130:24
132:11,15,24
133:1,6,9,13,16,24

133:25 134:8,9,15
134:18,20,22,24
135:2 137:8,18,20
138:2,15,16 139:5
139:6,8 140:1,2,2
140:3,5,9,13 141:2
141:3,3,6,10,11,13
141:16,21 142:5,9
142:12,20 143:6
143:10,11,15
144:16,24 146:2,5
146:7,15,17 147:9
147:16,19,21,22
149:10,12,15,18
149:21 150:6,11
151:8 152:16
154:9 157:7,23
161:3 162:14
163:3,8,11,14
164:8,9,13,14
165:7 167:25
170:7,13,13 171:4
172:3 173:3 174:4
174:6,6,19 175:22
176:14,16 177:1
179:22,25 180:2,3
180:4,5,20 181:7,9
181:9,11,12,20
182:1,21,22 183:2
184:1 185:10,18
186:22,24 187:4
188:24 191:4
**knowing**  95:6
**knowledge**  20:9
22:4 24:5 26:25
28:15,18 30:15,17
30:22,24,25 31:2
31:22 32:14 45:10
45:13 57:9 62:7
84:5 138:5,18
164:13 166:6,13

190:21
**known**  81:1
**knows**  30:13 46:21
**krueger**  1:9 151:8
152:13 153:13
154:19 155:3,6,9
156:3 160:22
**krueger's**  9:10
151:22

**l**

**l**  157:20
**lab**  66:11,12,16,18
67:4,18 68:23
70:4 73:9 183:15
**language**  21:14
26:5 40:8 110:12
110:17 129:21
186:2
**large**  54:8 157:14
**larger**  98:13
**lars**  136:22 160:18
**lawsuit**  87:17,18
87:21,23,25 110:9
136:7,19 159:25
184:25
**layout**  52:23
123:14,14
**lbbw**  4:8,9,11,13
4:14,20,21,24 5:4
19:7 23:23 34:25
43:21 65:22 109:4
126:2 131:12
138:24
**lbi**  24:9
**leave**  141:25
142:11 147:18
**led**  98:4 103:20
**left**  47:9
**legal**  6:20 9:21
27:2 28:11,19
31:24 184:22,23

185:2,7 186:14,23
**lengths**  141:6
**lesser**  80:25
**levas**  136:18
**level**  48:18 84:23
86:14 90:18 103:9
118:13 120:9
181:22 182:4
**levine**  2:11 4:4 7:3
7:4,19 8:17 10:12
10:18,24 16:11
23:3,8 24:17,25
30:9,20 31:4,8
37:7 46:22 50:17
50:22 53:3 67:19
68:4 76:19 77:23
78:2,18 84:12
99:10 101:19
104:2 120:12
123:7 125:15
127:3 128:9,15
151:5,12 152:1,5
153:10 154:8
155:21 156:24
171:23 178:7,13
178:19 186:9,17
187:21 188:15
191:16 192:3
**library**  54:16
**light**  123:21
**lighting**  120:19
121:6,8
**liked**  81:25 82:5
82:13
**likes**  84:17
**liking**  84:6,7 85:3
**limit**  60:12
**limiting**  183:19
**line**  19:19 36:24
**lines**  56:23 188:5

Page 15

[list - marked]

**list** 5:5 10:2 14:23
83:14 96:18
103:11 113:3
117:3,23 120:23
120:23 136:3
139:8,10,14,21
140:2,7,8,10
144:20 145:8
148:4 151:17
152:8 153:21
160:20 161:23
185:10,11,15
**listed** 114:9,13
118:19 144:24
184:18 185:24,25
**litigation** 185:25
187:15
**little** 1:6,19 2:17
3:16 6:5,8 7:12
8:21,23 9:14,17
14:15 15:20,23
16:17 17:6,6,16,19
17:20 18:9,18,24
20:6 21:6,9,18,23
22:2,4,17 23:13
24:20,24 26:1,16
28:3 29:24 32:8
32:13,16 33:19,23
34:5,19 35:9 36:9
36:13,15 38:5,8,13
38:21 39:1,4,6,16
39:17 40:9,17,20
40:24 41:3,4,8
45:16 46:19 47:6
52:15 53:1,13,19
58:25 59:1,14,17
61:18 65:6,9 71:5
72:20 73:20,25
74:14,20 75:1
78:9,23,25 79:7
81:7 90:8 91:19

94:6,10,12,16,19
95:8 96:8,12,23
97:14,16,22 98:14
99:3,19 101:1
102:24 103:10,15
104:1,9 105:10
106:23 107:2,14
107:22,24 108:17
110:3,5 113:6
114:7 116:7 121:4
121:11 126:8
127:1 129:25
130:7,11 131:18
131:20 132:1,15
133:22 134:12,17
134:25 138:17
145:6,9,19,21
146:4,13 149:4,13
154:19 156:4
159:12 162:16,23
172:23 178:9
182:6,12 183:20
183:25 184:3,5,10
184:12,24 185:9
185:12 186:3,7,25
187:6,8,9,18
188:20 190:16
**live** 13:19
**living** 54:9 56:1,3
56:6,14,15 57:5
100:14
**llp** 2:16 3:9 6:14
**located** 6:22
**location** 70:10
72:2 100:6,20
133:5,10 134:16
137:18 157:21,24
162:10 163:9
175:5,7
**locations** 133:12
133:20 134:8

137:11
**lock** 65:10
**logistics** 132:11
133:23 159:10
**long** 13:4,7 40:3
170:23 171:2
174:6
**longer** 159:4
**longest** 158:25
**look** 20:17 75:17
114:4
**looked** 72:13
153:5
**looking** 56:2,3
101:13 125:14
140:5,11 151:14
155:12,17 156:18
**looks** 24:8 35:8
54:9 139:6 157:25
**los** 6:23
**lost** 84:8
**lot** 21:15 80:21
83:11 132:25
134:10 178:14
180:8
**loudly** 67:22 68:20
**lowry** 157:20
162:20
**lunch** 127:5,10

**m**

**madden** 1:9 156:9
156:9,22 157:5
159:25 160:1,24
161:3,15,17 166:9
166:11,14
**madden's** 9:12
**magazine** 115:4,5
180:21,24
**mail** 24:2,4,8 25:7
25:15 32:8,12
44:2,6,10,19 45:10

45:11,14,16,21,23
47:17,21 48:9
130:3 140:16,17
173:25 174:1
178:3 185:11,23
187:19
**mailed** 67:17
68:22
**mailing** 185:10
**mails** 17:5 48:8
108:20
**maintained**
110:11 183:5,9,17
184:10
**major** 83:13 181:8
**makeup** 119:16,23
119:25 120:2,8,16
134:3
**making** 132:19
**male** 9:5 74:9,11
74:17 77:6,12,15
78:12,14,20 79:2,4
79:9,11,20,24
80:12,14,24 81:24
83:23 173:17
**manage** 32:18
75:15
**management**
18:18
**maria** 160:16
**mark** 10:10,21,23
15:8 101:18,23
102:1 128:12
151:24 152:6
155:22 167:10
175:12
**marked** 4:10,15
5:4 10:23 19:4,8
23:21,24 34:23
35:1 43:19,22
65:19,23 67:13

[marked - morning]

75:7,9,13,20 102:5
109:2,5 125:25
126:3 128:18
131:9,13 135:23
136:1 138:22,25
152:10 155:25
156:25 157:3
167:14
**marking** 66:19
75:4
**marriage** 194:12
**massachusetts**
157:11
**massaging** 86:15
**matera** 1:21 6:25
8:11 194:3,20
**materials** 120:17
121:18 149:20,23
**matt** 57:23 60:22
**matt's** 58:1
**matter** 6:6 112:17
194:13
**matthew** 57:12
113:14 155:7
160:11
**maximum** 37:11
**mcnertney** 113:14
160:12
**mean** 17:9,14
21:13 26:3 31:12
33:10,11 37:13,24
40:6 42:23 48:5
53:1 56:8,12,19
58:24 59:1,25
60:5 63:5 72:25
74:12,16 76:12
77:13 82:6 84:6
84:16,22 85:19
87:21,22,25 88:7
88:11 90:15 94:22
96:20 97:12

100:13 102:22
107:16,18 117:10
118:16 119:11
132:8,14 135:11
135:13 137:19
140:3 141:3,7
142:4 144:10,11
146:7,9 149:25
159:12 163:10
164:7,8,9 165:14
168:13 172:2
174:5 175:8 177:3
180:1,5 181:15,20
182:18 183:15
184:7 188:23,25
**means** 31:10 177:4
180:7
**meant** 95:23
**media** 192:6
**meet** 50:12 51:1
94:17 95:1 137:15
142:14 143:3,8,22
**meeting** 42:25
43:1 49:10,13
50:8 136:24 137:4
150:18
**men's** 101:8,10
**mention** 61:5
162:6
**mentioned** 113:3
**messages** 108:21
186:23 187:14
**messenger** 68:25
**messengering**
73:23
**met** 42:20 49:18
110:5 137:21
142:16,22 144:2
144:10
**miami** 2:19 3:5
109:17 115:21

**michael** 15:4
111:14 113:5
136:12 144:21
160:8 175:15
**middle** 47:12
91:14
**mike** 142:21
**million** 183:6
**mind** 11:17,19,21
16:1,2 74:7 76:14
125:16 133:9
134:21 151:25
173:1,10
**minimum** 37:9
**misconduct** 153:2
**misconstrued** 96:4
**misnomer** 100:13
**misreading** 28:2
**missed** 134:24
**missing** 15:10
**mistake** 126:18
**misusing** 182:1
**mm** 12:6 69:15
189:8
**mmm** 12:6 69:15
189:8
**model** 24:10,12
25:6,10,11 50:12
70:11 72:1 78:13
79:21,25 80:24
81:2,25 82:13,13
84:25 85:6,18
86:2,5,18 87:10
89:1,10,14 92:2,10
93:19 96:13
145:24 156:9
159:2 166:9,15
167:16 179:14,24
181:4 184:18
**model's** 80:12,14
83:23 145:13

**modeled** 156:22
**modeling** 9:5 74:9
74:11,17 77:7,13
77:15 78:20 79:2
79:4,9,11
**models** 9:16,16,18
32:8 38:22,24
39:14 40:23 41:2
51:1 52:3 87:7,8
91:8 93:2,22 94:8
94:17,20 95:6
96:24 97:1 102:12
102:14 103:2,6
104:13 115:6,9,11
116:20,23 117:6
118:4,6,9,17
119:14,22 130:10
137:12,15,19,23
138:9 139:20
140:20 142:15,22
143:2,18 146:19
147:4 148:7,11,18
149:2,7 150:2,6
158:8,20 159:3
165:18,25 168:8
178:10 182:8,9
184:14 188:5,7,11
188:14
**modified** 129:20
**modifies** 92:9,15
**moment** 19:23
33:25 151:9
**monday** 1:17 6:16
192:9
**montauk** 176:4
177:16
**months** 11:9
**morick** 15:1 57:13
176:8
**morning** 6:1 7:10
10:25 11:1 48:16

[motion - offhand]

| | | | |
|---|---|---|---|
| **motion** 181:8 | **names** 113:2,4 | **nilly** 154:14 | **objecting** 23:5 |
| **mouth** 94:1,4 | 155:15 | **nine** 57:11 58:4 | 24:15 25:3 51:9 |
| 180:17 | **nan** 18:1 23:17 | 158:5 | 95:12 171:22 |
| **move** 20:22 31:17 | **nando** 136:16 | **nod** 12:2 | **objection** 19:2 |
| 78:3 99:24 106:13 | 160:14 | **nominated** 83:10 | 27:7,19,21 28:10 |
| 156:8 167:2 182:6 | **nast** 115:18 126:9 | **nonscheduled** | 28:10,23 29:3,11 |
| **moving** 178:5 | 126:10 127:1 | 142:11 | 29:14,19,20,25 |
| **mulitz** 15:8 175:12 | **natalia** 15:3 57:14 | **nooks** 189:16 | 30:1,4 31:20 |
| **mullin** 3:9 6:14 | 155:8 | **nord** 136:22 | 38:20 46:15 50:2 |
| 7:14 | **nathan** 15:3 57:12 | 160:18 | 50:14,18,21 64:23 |
| **mullins** 2:16 7:14 | 155:7 | **normal** 102:17 | 71:16 77:8 82:1 |
| **multiple** 119:19 | **nearby** 144:16 | **notary** 1:21 8:12 | 84:15 85:11 88:8 |
| 146:18 158:1,3 | **necessarily** 67:24 | 194:3 | 88:15 95:10 97:15 |
| **murphy** 3:15 7:16 | 90:16 92:12 93:5 | **notations** 67:2 | 99:22 104:15 |
| 8:6 14:25 15:4 | 98:12 112:5 | **note** 153:17 | 105:13,19 107:23 |
| 28:6 29:12 30:1 | 138:19 171:17 | **noted** 153:11 | 111:25 138:12 |
| 103:25 104:20,24 | 173:16 175:22 | 192:13 193:11 | 139:24 144:5 |
| 105:21 106:7,9 | 181:3 182:4 | **notes** 61:25 62:3 | 150:20 163:21 |
| 111:14 122:24 | **need** 10:7 20:13,14 | **notice** 36:25 37:16 | 164:23 171:11,20 |
| 124:5 136:12,15 | 20:15,16,20 21:2 | 105:16,25 123:2 | 174:16,21 179:15 |
| 144:21,25 154:24 | 78:3 | **noticed** 38:4 178:2 | 186:8 188:16 |
| 155:5 160:8,11 | **needed** 134:11 | **november** 42:19 | 191:17 |
| 162:1 166:19 | 138:10 | **nude** 111:23 112:2 | **objections** 51:5 |
| 175:15 178:11 | **needs** 33:13 | 112:12 169:19,20 | **objective** 81:22 |
| **murphy's** 162:15 | **negative** 42:3 | 170:8 171:3 | **objects** 123:19 |
| **museums** 179:4 | **negatives** 183:3,6 | 173:17 191:2 | **obligation** 153:20 |
| **mutually** 181:18 | **negotiate** 150:2 | **number** 6:9 33:24 | **observe** 62:8 |
| 181:24 | **neither** 92:19 | 70:3,5 73:5 77:19 | **observed** 90:4 |
| | **nelson** 2:16 7:13 | 78:8 178:8 183:12 | 175:19,25 |
| **n** | **nelsonmullins.c...** | 192:6 | **obviously** 105:15 |
| **n** 2:1 3:1 4:1 8:10 | 2:20 | **numbers** 109:21 | 117:16 153:16 |
| 8:10,10,10 128:5,5 | **nervous** 89:12 | | 162:22 |
| 128:5,5 | **never** 13:9 33:4 | **o** | **occur** 100:3 |
| **name** 6:19 13:15 | 34:12,13 40:15 | | **occurred** 71:15,18 |
| 13:16 14:13 19:16 | 93:14 94:15 | **o** 8:10 128:5 | 154:7 |
| 19:20 58:1 70:11 | **new** 1:1,16,16,21 | 157:20 | **occurs** 39:11 |
| 71:1 92:2 96:17 | 2:5,5 3:10,10 6:12 | **o'clock** 48:15 | **october** 194:15 |
| 120:2 151:19,22 | 6:15,15 13:20 | **object** 36:23 47:2 | **offense** 119:6 |
| 157:18 | 34:8,9 97:5 99:2,4 | 51:9 68:20 78:15 | **offhand** 19:11 |
| **named** 97:5 | 99:15,21 130:6 | 90:18 99:7,12 | 20:18,23 35:13,24 |
| 106:17 162:7 | 176:4 178:5 194:4 | 103:14 120:9 | 48:8 116:2 186:22 |
| | | **objected** 150:22 | |

Veritext Legal Solutions
800-826-0277

[office - people]

**office**  13:8 53:10
  53:11 71:2,10
**officer**  18:12
**offices**  6:22 41:4
  52:15
**oh**  19:20,20 20:1
  31:3 63:18 88:18
  120:21 160:25
  165:17
**oijen**  1:10 167:3
  167:16,21 168:3
  168:12 169:7,14
  170:4,12,16
  171:18,19 172:4,5
  172:10,12,16
  173:20 174:15
  176:4 191:3
**oijen's**  9:13
  168:25
**okay**  11:24,25
  12:3,4,8,9,14,15
  12:19,20,23,24
  13:2,12 16:6
  17:17 20:1 21:4,5
  27:5,9,10,25 47:4
  49:9 50:8 58:3
  60:19 65:18 77:2
  95:22 110:7
  119:19 123:7
  124:7,8 127:3
  128:15 129:7
  131:2,8 139:25
  150:2,9 152:20
  161:1,13 164:18
  166:12 178:1
  184:21 187:24
  188:1 189:7,25
  190:10 191:5,6,21
**old**  129:18
**olivia**  57:15

**once**  11:6 130:5
**one's**  93:11
**ones**  17:12
**ooo**  3:18 5:13
**open**  47:9 54:8
  65:16 163:5
**opens**  53:8 55:25
**operation**  59:23
  60:4,6
**opinion**  81:8,11
**opportune**  178:18
**opportunity**  21:2
  84:20 154:6
  166:24
**opposed**  16:10
  37:20 45:7 88:16
  88:17 105:11
  153:2
**options**  133:17
**oral**  170:20,22
**order**  74:5,6 84:25
  110:13,15 133:23
  134:11
**ordered**  73:9
**organization**
  39:23 40:1
**original**  16:18
  70:21 87:18
**ortega**  15:3 57:15
  155:8
**outcome**  194:13
**outranks**  26:20
  31:18
**outside**  23:6,9
  33:15,18,19 36:16
  36:24 39:22 54:7
  54:12 55:8,10
  78:15 82:1,15
  84:1 108:23
  163:14 164:12
  166:5 169:25

  189:19
**oversee**  18:6
**overseen**  33:9
**overtime**  116:18
**overview**  53:5
**owner**  157:16,17
  157:19 162:19

**p**

**p**  2:1,1 3:1,1
**p.a.**  3:3
**p.m.**  44:20,20,22
  45:11,18 127:10
  128:2 192:13
**package**  130:6
  148:18
**page**  4:1,6 35:9
  69:19,19,20 77:1
  126:23 131:25
**pages**  1:25 35:11
  35:14 36:3 109:7
  129:3
**paid**  60:3 73:19,20
  73:22 82:12 115:6
  115:20 116:15
  145:13,17 146:5
  146:10,11 150:7
  159:14
**paragraph**  126:22
**paraphrasing**
  132:4,6
**part**  25:1 28:19
  30:3,13 31:23
  32:2 56:5 59:7
  60:7 74:22 93:18
  93:21 110:22
  111:23 123:25
  124:1 146:24
  147:20 148:21
  159:10 179:15
  181:2 182:15
  184:17 190:6,15

**participant**  24:3
**participate**  62:21
  118:22 172:6,8,12
**participated**  100:2
**participating**  27:2
  63:4
**participation**
  104:5 138:17
**particular**  22:14
  22:15 44:21 71:9
  72:6,6 98:1 108:3
  108:4 111:2,3
  115:8 120:1
  122:10 125:1
  141:17 175:21
**parties**  26:17
  192:9 194:11
**partition**  55:12
**partners**  11:14
**parts**  86:16
**passed**  72:19
**patricia**  157:19
**pay**  74:1 150:3
  187:6
**payment**  116:2,18
  146:8 165:9,14,16
**pelham**  13:20
**penalty**  193:9
**pending**  68:11,13
**people**  14:12,18
  15:10 21:15,22
  26:6 39:5 40:2
  41:2 53:23 57:1
  57:10,11,20 58:4
  58:19 59:3,12,21
  59:23 60:16 62:2
  66:24 73:5 83:21
  90:12 94:25 97:7
  97:21 102:24
  103:10 106:23
  107:2 108:1

111:18 112:7
114:7 117:13,14
117:20,20,25
118:1,16,18,24
119:1,5,7,9,14,15
119:18 120:24
121:3 122:14
132:12 133:3
134:1,2,7,10 136:8
137:21 139:10
141:4 144:13
161:21 166:13,18
166:21 167:1
168:21 169:3,8
174:11 175:4
180:8 191:19,24
**perceive**  123:2
**percent**  49:16
91:10 117:1 142:5
**period**  59:13
117:24 142:21,25
143:1
**perjury**  193:9
**permanently**  59:3
**permissible**  52:9
**permission**  86:24
**permissive**  39:7
39:21 40:11
188:22
**permitted**  162:3
162:13,16
**person**  20:25 28:8
57:17 58:7 62:10
79:6 88:6,14
90:20 97:5 108:12
109:25 150:13,17
189:11
**personal**  26:25
28:14 30:17 31:21
84:4 168:14

**personally**  84:7,18
**perspective**  18:12
189:18
**pertain**  156:21
**peter**  181:2
**phone**  7:6 48:21
48:25 49:3,6
88:17,20 89:3,19
108:20 166:22
187:7
**phones**  187:1,9
**photo**  5:6 9:1,8,9
9:11,12,13 28:5
41:8,14 42:6,8
43:3 46:1,13,15,25
47:1,2 50:12,19
51:6 58:15 60:16
73:18 89:19 99:25
100:1,23 104:5,10
108:18 110:23
111:7,12,23
112:20 119:7,8
124:10 126:13
130:14,15,16
131:3,23 132:3,9
132:11,13,20,24
133:18,23 136:4,8
140:20 142:15,17
144:15,17,19,23
145:4,9,14 151:18
152:9,12,24 153:1
153:3,7,16,18,19
154:2,9 156:10
157:8 161:15
163:9,19 164:6,22
165:8,11 167:19
167:24 169:11
174:14 175:19,21
176:3,10,19
177:16 190:12,15

**photograph**  79:25
80:8,9,12,14,18,19
81:6 84:21,21
89:15 90:1 100:11
116:24 172:25
173:7 176:24
179:23
**photographed**
116:20 137:19,23
139:19 140:24
141:4 143:2
**photographer**
51:14 74:15 81:1
81:13 84:24
119:13,13
**photographers**
74:21 75:1 81:18
**photographic**
70:22 82:24
110:11
**photographing**
89:23
**photographs**  9:16
9:20 100:21 112:3
112:4,12 121:21
121:25 122:5,9,23
123:9,9,16,19,20
123:23 138:3,19
152:18 163:6
165:5 166:8
169:20,24 170:8
170:17 171:4
173:21 182:9,11
184:4,6
**photography**
74:19 77:11,12
80:17 81:9
**photos**  124:16,19
124:20,23 149:3,5
149:8

**phrase**  98:20,22
180:17 182:2
**physically**  66:13
67:17
**picked**  30:17
**picture**  80:25 81:3
85:4 181:8
**pictures**  63:21
66:19 82:14 85:1
154:11 164:10,12
166:14 171:14
172:1,5 173:13,14
183:24
**piece**  23:12 108:7
177:6
**pittman**  57:13
**pizzuto**  106:18
**place**  1:20 20:8
34:18 42:17 43:3
46:19 47:12 51:6
52:12,13,21 53:23
53:24 71:21
133:15 143:9
154:3 157:9,10
163:4 168:19
188:23 190:3,6,15
**places**  33:8 38:13
56:24
**placing**  93:11
**plaintiff**  1:4 6:6,7
8:25
**plaintiff's**  152:23
**plaintiffs**  1:11 2:3
4:6 5:6 7:5,7,9
19:4,6 23:21,22
34:23,24 36:20
43:19,20 65:20,21
69:10 75:5,18
85:21 96:5 97:3
102:2,3 109:2,3
114:1,10,21

Page 20

[plaintiffs - probably]

123:10 125:25
126:1,13 128:12
128:16,23 129:3,5
129:8 131:10,11
135:22,24 138:22
138:23 151:18
152:6,8,9 155:22
155:23 156:25
157:1 167:10,12
**planner**  132:16,17
**planning**  159:11
**plaza**  1:15 3:9
6:15
**please**  7:1 8:8
10:13 13:14 14:23
22:8 41:23 53:18
66:23 71:8 84:13
103:6 127:6
132:20 135:22
142:25 152:7
155:22 163:24
167:11 181:23
**plenty**  22:7
**point**  14:17 37:17
46:24 63:5 67:23
68:1 84:8 112:19
117:13 123:1
149:19,19,23
**pointed**  168:20
**polaroids**  152:14
152:17
**police**  167:17
**policewoman**  5:12
167:6,14 168:9,18
169:11
**policy**  4:22 34:17
34:21 35:10,12,18
36:2,10,13,17,18
36:19 37:2,18
38:18 128:17
129:10 184:15

**poorly**  29:6
**portfolio**  63:14
80:10,13,15,24
179:24
**portion**  54:4
**portions**  189:19
**portrait**  46:9,11
50:19 51:2,12,13
51:15 52:9,11,20
57:8,22 58:5
60:25 62:6,9,14,21
63:5,9 64:19 66:4
71:14,18 169:14
169:17 170:20
171:10 174:3
190:2,6 191:2,15
**portraits**  42:16,22
49:18 50:5 51:17
51:19,24 52:1,2,3
63:11 168:2,7,14
173:22 191:2
**pose**  169:20
**position**  18:20,23
49:24 50:4 77:4
78:25 129:20
186:13
**possibility**  51:21
51:23 108:24
**possible**  52:5 64:3
64:4 70:25 89:16
117:19 134:23
144:2,9 159:6,8
175:24 176:1
189:5,10
**possibly**  57:16
**post**  73:1,4 123:5
**potentially**  57:4
97:4 98:12 139:11
**practical**  22:18
90:21

**practically**  189:1
**practice**  21:17
108:10 111:6
116:3 121:16
122:4 123:17
124:6 173:11
174:9,13
**precipitated**  47:17
47:21
**precisely**  46:14
110:8
**precision**  48:18
**predetermined**
141:14
**prefer**  104:3
**premise**  172:24
176:19
**prep**  143:16,19,24
144:4,7
**preparation**  36:7
41:14 57:21,24
59:25 60:13,18,23
70:20 90:22
107:11
**prepared**  10:1
37:10,20 77:5,18
78:5,10,11 104:7
106:1 123:4 153:9
178:11
**preparing**  26:23
37:22
**presence**  15:14
**present**  3:14 14:16
57:10,11 58:5,20
58:21 60:3,25
111:8 113:6,13
136:4 138:9 143:5
144:16 174:2,14
174:20 191:1,9,14
191:20,24

**presented**  117:15
**president**  17:24
18:1,3,5,11,13
**presumably**  80:16
**pretty**  59:24 61:3
145:2
**prevention**  34:18
35:19 39:20
**previous**  165:11
180:14
**previously**  4:10,15
5:4 16:5 23:24
35:20 42:15 65:19
65:22 75:6 128:6
138:22,25 141:19
**priano**  120:5
**primary**  145:1
**print**  66:20 67:8
149:16 181:13
**printed**  42:2,2
45:1 76:25 123:21
**printing**  180:21,22
180:25
**prints**  67:2,6,8,12
70:22 73:8,10,19
73:21,24 122:8
183:10
**prior**  25:20 34:12
60:23 99:4 148:1
148:2 166:1
**privacy**  63:7
**private**  86:16
90:11,14 92:24
98:10 157:13
**privilege**  27:8 29:2
30:5,14,22 31:11
31:12
**privileged**  186:10
186:14
**probably**  12:11
14:12 20:25 36:21

[probably - reach]

45:5,8 59:19 66:9
72:9,11,15 73:1
96:1 110:5 123:12
123:23 128:25
130:3 131:5
142:23 147:6
153:22 174:18
180:18 182:20
191:20
**problem** 27:22
172:22
**procedure** 9:17
34:18 35:19 36:14
37:18 122:21
178:9 182:7
184:13,15
**procedures** 9:14
**proceeding** 6:13
**process** 27:24 28:3
28:16 102:18
106:19 117:4
118:22 122:15
133:7 140:4
146:24 147:21
148:8 182:23
187:19
**processed** 72:17
135:6 183:14,15
183:15 184:9
**procure** 134:18
**procuring** 133:19
**produce** 61:23
156:13 168:6
171:14 185:19
**produced** 17:6,15
17:16 35:15 44:24
45:14 48:8 61:21
70:15 75:25 76:18
96:19 101:14
110:14,14 124:12
138:7 140:16,18

147:8 154:11
158:16 183:25
186:12
**producer** 125:9
162:8
**producers** 9:19
101:1
**produces** 59:15
**producing** 110:16
110:18 125:24
**product** 21:22
**production** 24:9
74:14,19 77:12
114:16 117:14,19
117:25 119:7,9
123:5 132:3,7,9,13
132:18 134:2,6,12
134:21
**products** 120:8,14
**professionally**
83:25
**professionals** 40:4
**program** 34:15,17
35:18 36:13 37:18
**prohibiting** 4:22
128:17
**prominent** 9:4
74:8 79:1,8
**prominently** 181:4
**prompted** 129:15
**prop** 22:15
**properties** 100:17
**property** 157:14
162:12,20
**props** 134:19
**provide** 63:10
103:18 104:7
121:18 135:23
167:4 186:25
**provided** 67:3
96:20 116:5 120:7

120:14,18 123:23
135:15 186:3
**provides** 121:5
**provision** 116:18
**public** 1:21 8:12
82:23 90:14,20
194:3
**publication** 101:2
103:11 108:1
115:4 116:6
181:13
**publication's**
83:14
**publications** 9:18
83:16
**publicly** 170:9
**publish** 172:21
173:20
**published** 169:22
170:9
**publishes** 179:10
**pull** 128:22
**purchase** 23:12
149:19
**purchased** 100:18
134:14
**purely** 151:13
**purpose** 63:8 89:6
89:22,25 100:20
168:4,5 171:9
173:10,16 176:14
176:20,23 177:1
177:18 182:24
**purposes** 110:9
163:19 164:6,21
**push** 161:9
**pushed** 82:11
**put** 70:16 79:3,5
80:8,10 94:3
110:12 118:11
180:16

**puts** 86:24
**putting** 28:5 93:11

**q**

**qualified** 77:5
**qualify** 165:1
**quality** 81:6,8
**query** 162:12
**question** 12:10,17
13:1 23:2 25:5
27:4 28:21 31:17
48:7 58:9 68:11
68:12,15,17,19,21
71:24 78:1 84:8,9
84:13 95:15 97:19
104:19 106:12
109:14 121:4
142:8 151:9 154:1
163:23 165:21
171:1,21,21
172:22 183:22
188:10
**questions** 11:21
15:24 28:17 36:24
69:24 76:12,15
106:9 124:1 148:1
177:16,20,23
187:22,24
**quick** 75:17
**quickly** 49:17

**r**

**r** 2:1 3:1 8:10
128:5 157:20
**racks** 54:3,15
**raise** 75:16
**random** 13:11
**rank** 27:12 32:3
**rapport** 84:23
85:5
**reach** 26:17

[reached - request]

**reached**  43:10,13
  43:14 47:13
  102:25
**read**  73:1 84:13,14
  93:14 95:16 98:22
  98:24 99:1 158:22
  163:23,25 193:9
**readily**  147:8
**reading**  23:18
**realize**  67:21
  95:23
**realizing**  47:18
**really**  32:4 48:6
  74:13 108:24
  138:13,15 140:5
  144:9,10,14 149:5
  155:10 161:4,8,10
  168:1 181:19
**realm**  108:23
**realty**  11:13
**reason**  14:1,3
  44:13 45:9 68:8
  89:17 95:2 138:14
  140:1 141:14
  154:4 168:24
  191:12,18
**recall**  19:15 91:9
  92:5 129:12 137:4
  138:1 163:1
  164:11 173:24
  188:8 189:13
  191:10
**recalled**  161:17
**recalling**  91:23
**recalls**  162:2
**receive**  94:12
  187:11
**received**  83:11
  185:6
**recess**  127:10

**recognition**  82:24
**recognize**  17:11
  17:13 19:10 24:1
  35:3 43:24 44:21
  65:25 75:22 102:7
  109:8,9 126:5
  128:20 131:15
**recollected**  161:6
**recollection**  20:19
  20:21 36:2 37:21
  41:13 58:13 61:4
  62:13,15 65:8
  91:18,24 107:4,7
  112:22 113:21,23
  148:24 151:7
  155:13 160:6
  161:3 162:10,12
  162:14,18 163:1,2
  163:10,13 175:21
  190:9,11
**record**  7:2,22 8:2
  8:15 13:15 16:16
  22:24 31:14 59:6
  69:5,6,8 84:14
  95:16 127:8,9
  128:4 153:8
  163:25 178:22,23
  178:25 192:11,12
  194:8
**recorded**  6:2
  11:22 192:7
**records**  36:1 108:6
  108:16 153:16
**refer**  26:1 33:16
  113:10
**reference**  70:3
  87:1
**referenced**  25:14
**referred**  35:21
  70:21 113:14

**referring**  9:17
  40:16 44:7 128:25
  178:10
**refers**  99:17
**refresh**  20:20
  41:13 155:13
  160:5
**refuse**  30:25
**refused**  23:14
**regard**  108:2
  121:23
**regine**  120:3
  160:15
**regulars**  145:11
**reimbursed**  116:8
  121:12,19 145:23
  145:25
**reimbursement**
  187:12
**reject**  176:19
**rejected**  154:16
**related**  36:5 165:7
  182:3,4 183:20
  187:14 194:11
**relating**  17:18
**relation**  154:19
  184:25
**relationship**  83:23
  84:19
**relax**  27:19 85:19
  86:6 89:11
**relaxation**  85:17
  89:9 97:20 98:6
**relaxing**  89:14
**release**  124:10,12
**remain**  146:20
**remember**  11:6
  12:16,18 14:19
  15:12 19:22 26:9
  26:14 35:13 57:23
  58:19 60:24 68:16

**91:12,17 111:16
  111:21 112:13
  122:13,16 149:24
  150:10 155:11
  156:3 157:17
  160:19 166:8
  175:14 176:9,13
  176:17 177:19,21
  177:23 179:7
  186:1 190:22
**remembered**  58:4
  151:1 161:14,25
  166:11
**remembers**  58:8
  62:11 68:13 111:2
  112:9,10,10,11,25
  150:17 174:7
  190:20
**remote**  7:18
**rented**  121:9
  134:14
**repeat**  95:14
**rephrase**  12:13
**report**  21:7
**reported**  44:24
  45:5
**reporter**  1:21 6:24
  8:8 75:13
**reporting**  6:21
**represent**  24:7
  64:2 70:8 76:20
  76:21,22,24 103:1
  110:16
**represented**
  104:12 106:16
**representing**
  147:10
**reprinted**  169:22
**request**  22:21
  23:14 43:12 97:23
  149:1 152:22

[request - seeing]

154:15 172:1
174:1
**requesting** 153:24
**required** 84:24
103:2 117:22
123:3
**requirements**
103:5
**requires** 34:10,10
**research** 14:10
**researching** 93:10
**residence** 100:8,11
100:12 157:13
167:21 168:21
170:1 175:8
**resource** 33:13
59:8
**resources** 8:22
32:15,18,19,21,24
33:1,5,9
**respect** 80:17
**respectfully**
154:16
**respond** 12:6
**response** 43:12
**responses** 16:4,25
148:1
**responsibilities**
40:5
**responsible** 18:16
63:25 116:1 132:2
**result** 41:11 85:4,5
**resulted** 189:2
**resumé** 179:25
**retained** 183:3,11
**retaining** 9:15
182:7 184:13,16
**retrieved** 71:11
**return** 67:12
**returned** 72:19
183:14

**reverse** 119:11
**review** 19:23
20:12,13,20 21:2
35:4 36:4 41:12
48:7 76:4 77:3
107:7,10 112:19
152:15 163:11
166:16,25 189:25
**reviewed** 61:6,14
109:10 112:16
123:13 138:2
166:18,20
**reviewing** 44:18
**reviews** 19:25 35:5
**reynaldo** 113:17
**richards** 57:13,23
58:2 60:22 155:7
**richter** 3:9 6:14
**right** 13:14 14:24
15:20,24 16:16
34:1,2 54:12 55:8
55:10 61:6 62:18
68:12 71:11 78:21
96:22 101:8,11,22
115:19 119:10
121:2 132:24
135:12 150:14
153:24 156:8
165:1,21 181:16
**riley** 2:16
**ritz** 137:10
**rockefeller** 1:15
3:9 6:15
**role** 18:2,5,10
24:19,23 147:24
**roles** 72:7
**roll** 42:1,2 70:7
**ron** 113:17
**room** 48:19 55:21
55:22,23 56:14
95:5 116:12 138:4

143:19
**rows** 54:3,3
**ruehl** 130:22,23
**rules** 165:10,17
166:3
**ryan** 57:15

**s**

**s** 2:1 3:1 4:6 8:10
17:23 128:5
**safer** 41:2 188:5
**safety** 40:23
**sake** 113:4 173:1,2
**sale** 3:3 7:15
149:19,23
**saleweintraub.c....**
3:7
**sam** 136:15 160:14
**sarah** 2:13 7:6
**save** 123:25
**saw** 45:15 75:3
124:23
**saying** 23:2 37:14
37:15 44:4 45:24
68:2 104:19
105:21,24 142:2
165:1 171:24
188:11
**says** 44:22 72:15
109:17,21 132:1
135:17
**scan** 70:15,24
**scanned** 70:23
71:5 110:13
**scarborough** 2:16
**schedule** 46:17,25
117:2 146:25
158:7,11,18 159:4
159:17,23
**scheduled** 42:7,9
42:11,21 43:3
46:13,14,18 50:7,9

141:8,20 142:1
146:19 147:4
**scheduling** 42:24
43:8 45:25
**school** 5:2 135:18
136:1
**scope** 23:7,9 36:25
37:11 78:16,16
82:2,16 84:2
166:6
**scott** 15:16
**scout** 163:9
**scouted** 133:12
157:22,24
**scouting** 133:17
133:18
**search** 45:15
**seating** 54:10
**seccia** 160:16
**secluded** 90:17
**second** 20:14
69:19
**secretary** 18:12,13
**sections** 53:22
**see** 10:13 16:14
17:9 19:11,16,23
24:2 36:2 44:5,9
44:11 49:20 69:13
75:25 82:6 109:16
111:12 112:21
120:12 123:15,21
125:14 131:25
144:23 148:3
151:19 155:4
159:16,18 167:3
176:18
**seeing** 96:6 129:5
138:1 156:3
163:10,13 164:11
173:25

[seek - shorthand]

seek  7:24
seen  13:9 19:13
    26:12 64:5,8,10,14
    70:9 90:24 91:4
    139:3 147:11
    163:8 164:10
    180:7 181:9
segues  85:7,12
select  124:15,18
    124:20 133:4
    149:2,7 168:11
selected  42:12
    67:7 107:18
    133:11 149:22
selecting  122:22
selection  107:19
    107:21 121:25
    122:6,8 133:5
selects  116:23
selfless  151:13
semblance  98:5
send  123:18
    124:16 149:3,5
sending  122:8
sends  59:15,18
sense  49:21 63:24
    128:24 149:15
    153:11 178:14
    190:23
sent  44:10,19
    45:11,21 73:11,13
    73:15,17 121:22
    122:1,6,23 123:10
    124:21,24 125:2
    135:7 141:14,17
    141:18 178:4
separate  32:17
    72:24 74:18 112:2
    112:3 159:22
    185:2

september  1:17
    6:17 192:9
seriously  40:5
server  45:16
    187:19
service  21:23
session  50:20 51:2
    51:12,13 52:11,21
    57:8,22 58:6,15
    60:25 62:6,9,14,22
    63:5,9 64:19 66:4
    70:11 71:15,18
    128:1 150:18
    169:14,17 170:20
    170:23 171:10
    174:3
set  10:14,20 44:5
    117:3,7,23 120:19
    120:20,25 121:13
    121:15,17 125:7,9
    134:18 194:7,15
sets  134:20
setting  90:20
settings  98:13
sexual  8:23 34:5
    34:14,19,20 35:9
    35:12,19 36:5,10
    36:14,17 37:1,8
    38:7,11 39:2,8,11
    39:19 40:12,14,19
    129:9
sexually  38:22,23
    39:21 41:5 188:6
    188:14
shahid  136:16
    160:14
shake  12:2
sheet  4:17 10:1
    41:25 42:3,5
    67:16 70:12 71:5
    71:9 73:23 102:4

102:10 110:11
    113:11,15 118:19
    158:14,18 160:12
sheets  10:3 41:19
    41:23 66:3,6 67:3
    67:4,9,13 68:23
    70:9,21 72:18,23
    109:13 112:16,20
    138:3,7 152:16
    163:12,15 165:6
    166:17,19,20,23
    166:25 176:18
    183:11 184:18
shelves  54:16
sheppard  3:9 6:14
    7:14
sheppardmullin....
    3:12
shirt  148:25
shoot  4:18 9:1,8,9
    9:11,12,14 22:16
    25:8,13,18,23 41:8
    41:14 42:7,9 43:4
    46:1,13,16,25 47:1
    47:3 49:11,22,25
    50:12,19 51:6
    60:16 70:10 89:19
    99:25 100:1,23
    102:4,11,13,15,22
    102:23 103:3,4,13
    103:17,19,20
    104:6,11 106:4
    107:20 108:4,18
    109:14 110:23
    111:3,10,17,20,24
    112:10,10,11,13
    113:1,7,13,19,23
    114:7,24,25 115:2
    115:3,3,7,8 117:16
    117:17 119:19
    120:1,25 121:10

121:15,22,24
    122:1,10,18 123:5
    123:15 124:10,16
    126:13 130:14,15
    130:17 131:3,3,6
    131:23 132:10,11
    132:14,20,24
    133:15,18,24
    134:8 136:4,8
    137:11,16 138:8
    138:10 139:12,22
    140:21 141:18
    142:10,15,17
    145:14 146:18
    147:2 148:3,13
    153:1,3,18,19
    154:2 156:10,21
    157:8 158:1,3,4
    159:11 160:23
    161:15 162:8,9
    163:3,15,20 164:6
    164:22 165:8,11
    165:12,25 166:2
    167:19,24 168:18
    169:11 174:14
    175:19,22 176:3
    176:10,13,15,17
    176:20 177:17
    190:12,15
shooting  143:14
shoots  5:6 10:3,4
    28:5 97:25 106:6
    132:3 135:2,4
    151:18 152:10,12
    152:19,24 153:7
    153:16 154:10
    191:25
shopping  149:25
short  139:8 148:4
shorthand  1:21

Veritext Legal Solutions
800-826-0277

**[show - status]**

show   19:3 23:20
   43:18 61:9 64:20
   65:2,18 75:10
   101:15 109:1
   131:9 138:21
   166:13
showing   125:24
   158:19
shows   64:11
side   55:24 189:22
sight   56:23
signature   194:19
signed   34:7,14
   124:10
similar   98:8
   106:20 161:19,25
simply   31:23
single   153:3
   189:11
singular   152:24
   153:4
sinister   95:4 96:6
sit   122:15 174:19
   174:22
sitting   55:5 107:13
   166:23
six   59:12,23
size   42:3
skills   80:17
skylar   57:13
small   39:4 56:10
   153:14
smaller   151:1,3
smallest   117:18
software   45:5
sole   45:23
somebody   56:11
   66:11 68:22 70:17
   82:7 84:18 85:3
   89:11 125:4
   141:12 142:10

162:6,7 165:4
somebody's   86:11
   86:15
sorry   14:17 23:19
   25:4 27:6 48:22
   63:18,18 66:22
   71:23 84:8 88:9
   95:14,22 126:18
   139:16 150:21
   160:25,25 165:23
   170:10 171:21
   187:16
sort   22:11 29:2
   59:14 100:13
   102:21 123:4
   189:11
sound   124:6
sounds   153:25
source   30:23
sourced   133:10
south   2:18 3:4
southern   1:1 6:11
space   53:2,25 54:3
   54:7,9,12,14,20
   55:6,17,20 56:13
   56:20,25 57:3
   59:2,4 90:17
   163:5 182:15
   189:7,16,19,20
spaces   53:15
   100:15,15 183:13
speak   29:13 30:2
   58:11 89:2 111:15
   136:23 159:24
   160:3 161:14
   162:5 166:7
   178:11
speaking   190:22
   191:21
speaks   78:19

specialist   6:20
specific   22:22 26:9
   57:22 61:4 62:12
   62:15 69:22 105:2
   105:22 113:21,22
   121:10 122:18
   124:3,25 132:21
   151:7 161:7,10,12
   163:1,13 174:13
   175:20 176:10
   180:1 188:13
specifically   26:13
   28:7 36:7 38:9
   39:2 40:8 57:24
   58:8 73:16 74:16
   92:9 99:17 102:15
   102:23 103:23
   108:2 110:25
   111:2,18,19
   112:11,13,25
   121:6,23 122:13
   122:16,17 130:15
   130:24 139:7
   142:8 155:3,6,8
   162:11 166:10,16
   168:13 173:24
   174:7 175:15
   176:12 184:2,5
specifics   104:3
speech   29:24
   153:15
spoke   14:20,24,25
   15:1,2,2,4,5,6,7
   15:8,16 49:6
   111:11,14,15
   112:9 136:11,12
   136:12,14,16,17
   136:20,21,22
   151:6 154:22,22
   154:23,24,25,25
   155:1,2,3,5,6

160:4,6,7,7,8,9,10
   160:10,11,13,15
   160:16,17,20
   162:7 166:22,22
   176:7,8,10
spoken   14:12 15:3
   60:22 96:23 97:6
   111:1 112:24
   136:15,19 142:7
   160:14,15,18
   161:17
spot   54:2
spots   190:7,8,16
spring   5:9 156:16
   157:3
square   53:20
staff   114:20
stamped   4:7,9,11
   4:12,14,19,21,24
   5:3 19:7 23:23
   34:25 43:21 65:22
   109:4 126:2
   131:12 138:24
stand   56:24 57:1
standard   53:11
   187:12
standing   63:3
stanley   15:6
   136:13 144:22,25
   154:24 160:9
   175:16
start   17:17 182:9
starters   86:11
state   1:21 7:1 8:15
   13:15 193:16
   194:4
stated   105:24
statement   21:13
states   1:1 6:11
status   9:4 74:8
   79:1,8

Veritext Legal Solutions
800-826-0277

[statute - tautrim]

**statute** 34:9,12
**stay** 147:5,14,17
  158:25 159:3,14
**stayed** 141:5
**staying** 137:7,12
  169:4,8
**stomach** 86:4 93:4
**stop** 26:22 28:16
  37:25 95:21,24
  104:17
**stopping** 30:18
  97:18 106:11
**storage** 183:13
**store** 49:18
**stored** 183:12
**story** 118:14
**street** 2:4 13:19
  43:17 52:14,16
  59:2 66:17 71:10
  71:12 182:15
**strike** 40:18 84:10
  84:11 114:6
  150:15 165:20
**structure** 8:20,22
  17:18 21:12 23:1
  24:18,22 25:1
  27:12,14 161:19
  161:25 162:4
**structures** 162:17
**struggling** 172:23
**studio** 11:12,15
  26:2,2 30:16
  43:17 52:14 54:2
  54:8,12,13,19,22
  54:25 55:6,9,10,14
  56:5,24 189:6,7,16
  189:20
**styled** 118:10
**styling** 165:10,15
  165:16

**stylist** 118:20
  134:3
**stylists** 111:8
  118:17 119:17
  120:16
**sub** 130:25,25
**subject** 9:2 24:15
  27:23 51:15 52:8
  67:25 82:19 86:3
  86:25 88:13
  103:22 108:3
  111:3 122:21
  179:16
**subject's** 86:3
**subjects** 51:17
  173:15,17
**submissions** 103:7
**submitted** 45:2
**subsequent** 25:18
  29:1 43:1
**substantially**
  135:3,5 182:23
**successfully**
  182:19
**suggest** 16:8
  103:18
**suggested** 169:19
  170:19
**suite** 2:10 53:13,19
  57:7,10 65:6,11
**suites** 53:15
**summer** 5:9
  156:16 157:3
**supplement**
  188:25
**supplemental**
  16:19
**suppose** 80:5
  124:22
**supposed** 47:12,20

**supposing** 49:4
**sure** 10:14 13:16
  14:21 15:9 17:10
  21:15,15,25 22:7
  23:10,17 26:5,6
  28:16 31:16 37:19
  41:25 42:23 46:20
  49:7 51:18 53:20
  56:23 57:3 58:11
  59:24 69:3 72:12
  77:20 91:15
  105:20 106:15
  111:13 114:12
  115:9 117:1,22
  120:24 125:20
  136:18 137:8,20
  143:6,10 152:5
  155:5 158:6,14
  168:10 179:9
  191:4
**surprise** 26:11,15
**surprised** 51:4
  176:18
**surrounding** 8:25
  9:7,8,10,11,13
  103:17 104:4
  152:23
**swear** 8:9
**sworn** 8:11 128:6
  194:7
**system** 182:10

**t**

**t** 4:6 8:10,10 128:5
  128:5 148:25
**table** 13:5
**take** 19:22 35:4
  40:4 46:10,18
  47:12 50:5 51:17
  52:12 61:25 68:10
  68:14 69:2 75:17
  80:20 82:14 84:20

84:25 89:15,25
  121:1 125:17
  133:15 143:9
  157:8 168:7,14
  171:3 172:4
  178:18 183:23
  190:6,15
**taken** 1:20 6:5
  11:3 79:25 80:13
  80:14 112:3,12
  140:7 152:13,18
  163:6,17 164:4,14
  164:20 165:3
  167:20 172:25
  184:7 192:8
**takes** 51:14 60:6
  72:16 173:13,14
  176:25
**talent** 114:13,14
  118:4,17,20,20
  133:4
**talk** 11:23,24 16:9
  57:19 77:10,19
  78:5,10,11 90:23
  111:9 124:5 125:8
  136:10 147:12
  150:9,16 153:12
  154:17,21 169:10
  169:13 176:2,6
  190:10
**talked** 95:9 96:12
  136:7 156:2
**talking** 112:7
  151:25 189:6
  191:25
**tamassone** 107:6
**tasks** 76:16
**tautrim** 15:7
  57:14 58:8 61:2
  62:12 65:8 111:15
  136:13 144:22,25

Veritext Legal Solutions
800-826-0277

[tautrim - told]

| | | | |
|---|---|---|---|
| 154:25 160:9 | **testified** 8:12 88:4 | 78:22 83:20 86:13 | 46:17,18,24 47:1,6 |
| **team** 27:2 28:11 | 89:24 90:3 95:18 | 93:13 95:3 99:8 | 50:6 51:18,18 |
| 28:19 30:14 31:24 | 128:7 129:2 | 99:13 103:15,25 | 57:8 58:5,23 59:5 |
| 119:1,3,4 | 154:13 189:5,9 | 104:15,24 105:9 | 59:13 68:7 69:4,7 |
| **technically** 26:3 | **testify** 9:24 10:5 | 105:16 107:8 | 72:16,19 73:6 |
| **technique** 85:18 | 31:1 37:11 78:24 | 123:14 128:24 | 74:2,24 76:3 |
| **techniques** 89:10 | **testifying** 58:21 | 129:2,4 136:22 | 85:19,22 87:15,17 |
| 97:20 98:6 | 79:6 122:24 | 141:10,22,23,24 | 106:18 112:3,18 |
| **teleconference** | **testimony** 6:3 10:6 | 142:22 143:7 | 114:17 117:6,9,15 |
| 2:14 | 14:2 15:19 77:24 | 148:24 151:15 | 117:18,24 121:1 |
| **tell** 10:9 12:12 | 83:22 84:10 85:15 | 152:3 153:19 | 123:25 127:7 |
| 23:10 46:6 58:4 | 87:2 123:6 188:3 | 154:12 157:18 | 128:3 137:17 |
| 60:14 66:7 68:8 | 189:13 190:1,5 | 159:7 164:24 | 139:18 141:6 |
| 68:18 88:3 89:1 | 191:8,13 192:7 | 173:4 175:16 | 142:1,12 145:3,5 |
| 91:3 92:1,6,15 | 193:12 194:6,9 | 181:3,3,6,17 184:4 | 147:15,18 148:22 |
| 93:1 96:21 111:22 | **text** 4:16 75:18 | 189:10 190:18 | 159:17 162:9 |
| 137:2 140:12,17 | 76:1,4 108:21 | 191:7,19 | 167:20 173:14,15 |
| 143:4 150:25 | 186:23 187:14 | **thinking** 48:10 | 174:6 175:6,8 |
| 156:2 161:5,14,24 | **texted** 136:18 | 118:25 | 178:1,18,21,24 |
| 169:16 170:11 | **thank** 7:20 8:7 | **third** 26:17 69:20 | 179:7,9,9 192:10 |
| 171:1 172:11 | 10:12,18 12:24 | 150:17 | 192:13 |
| 174:23 175:18 | 13:13 15:18 30:8 | **thom** 120:5 | **times** 11:5 22:7,13 |
| 176:11 177:24 | 42:6 53:17 69:1 | **thorre** 120:3 | 29:5 42:12 60:1 |
| 179:17 181:19 | 71:13 106:14 | 160:15 | 70:5 94:25 97:6 |
| 185:14 187:4 | 129:7 130:13 | **thought** 47:11 | 99:2,4,15,21 |
| **telling** 27:16 | 139:2 178:14 | 175:4 184:2 | 159:18,23 |
| **ten** 57:19 60:16 | 187:21 | 185:17 | **title** 70:16 83:20 |
| 142:6 175:23 | **thebloomfirm.co...** | **thousand** 59:19,20 | **titled** 5:1,7,8,10 |
| **tenth** 52:19,24 | 2:7,12 | **three** 11:8 35:14 | 135:25 155:19,24 |
| 53:7,13 57:16 | **thing** 11:20 179:13 | 43:15 59:3 93:8 | 157:2 167:13 |
| **term** 97:16 98:25 | 184:1 | 145:4 | **titles** 70:10 |
| 99:1,20 141:11 | **things** 38:3 62:18 | **tickets** 145:17,22 | **today** 14:2 15:19 |
| **terms** 21:12,13 | 65:3 134:24 | 145:25 | 17:5 20:8 29:18 |
| 41:20 56:22 71:24 | 145:21 161:10 | **tif** 70:1,1 | 47:20 77:19 104:8 |
| 76:15 80:2 82:9 | 181:17 | **tiffany's** 50:9 | 107:13 166:2 |
| 89:14 114:6 | **think** 8:2 22:11 | **time** 1:20 11:24 | 174:20,22 175:1 |
| 121:13 126:12 | 27:12 30:21 38:1 | 14:17 20:13,16 | **today's** 107:11 |
| 131:22 165:9 | 38:2 41:1,20,20 | 23:10 33:25 35:4 | **told** 46:8 58:19 |
| **terrible** 81:2 | 44:14 46:19 47:8 | 38:3 40:3,7 42:19 | 93:17 113:22 |
| **test** 56:9 | 48:14 49:5 66:10 | 43:3 44:5,9,11,14 | 162:1,20 169:18 |
| | 70:4 77:25 78:3,6 | 44:24 45:6,7,7 | 177:19 |

Veritext Legal Solutions
800-826-0277

[tomassone - version]

**tomassone** 15:1
57:14 113:18,19
136:17 155:2
160:19,20
**top** 19:16 48:10
69:19 70:16 83:6
83:17,18,19 96:18
96:22 109:16,24
110:8,12 123:11
135:17 154:10
155:11 174:5
185:15 186:2
187:5
**topic** 9:22 17:18
22:25 27:10,17,24
30:2 37:9 85:8,12
99:6,9 184:20
**topics** 8:5 14:11
28:2 37:9
**total** 165:20
**totally** 25:2 49:4
**touch** 92:11,13
93:23
**touches** 92:6 93:2
93:6
**touching** 85:23
86:4,8,10,10,14,21
92:20 93:19 96:9
**tower** 3:4
**traditional** 18:4
149:16 181:13
**trafficked** 62:24
**train** 40:13 188:25
**trained** 32:23,25
33:3 38:6,9,22,23
39:2,18
**training** 8:24 33:5
33:12 34:6,11,13
34:15 37:6,8
40:20 41:4 188:6
188:13

**transcribe** 12:7
**transcript** 23:19
193:10 194:8
**transition** 151:11
**translate** 84:19
**travel** 115:21
116:10,11 145:13
159:11
**trick** 71:23 147:12
**triggered** 38:17
**true** 138:16
193:13 194:8
**truesdell** 87:11
96:13
**trust** 62:1 186:4
**try** 14:21 56:11
89:10 174:25
**trying** 27:20 29:19
44:5 46:12 117:17
134:22 147:11
**turn** 130:14
**turned** 22:5 55:7
**twice** 29:10 125:14
**two** 14:18 29:4
49:6,15 55:4 57:1
60:6,8 63:19
87:22 94:25 97:3
109:7 144:13
181:17 190:7,8,16
**twofold** 28:24
**type** 17:22 39:7,19
85:17
**types** 103:1
**typically** 90:14
98:1 100:17 115:9
115:10 116:4,7,15
117:2 118:8
123:17 146:4
148:14,16,17
149:18

**u**

**uh** 12:7,7
**ultimate** 89:13
**ultimately** 24:13
115:25 133:8,19
138:18 139:22
140:6 146:8 148:9
**umbrella** 119:18
**uncomfortable**
89:12
**undercover** 5:11
167:6,14,17 168:8
168:18 169:11
**underneath**
151:19
**understand** 12:11
12:13 15:18,21,25
28:12,24 29:8,20
29:21,23 34:8
42:14 49:14 51:11
52:13 58:11,16
79:17 85:14 86:23
88:10,21 89:8,23
90:13 168:16,17
172:3 183:21
**understanding**
7:23 39:10 45:22
49:5 52:7 65:7
77:21,24 78:7
79:7 112:6
**understands** 162:2
**understood** 23:9
50:23 61:18 71:13
94:24 106:5
161:11 167:2
**unfair** 103:15
104:1
**unfolded** 171:3
**unit** 192:6
**united** 1:1 6:10

**universal** 45:6
**universe** 138:6
**unmarked** 75:9
**unwanted** 86:14
86:20
**upjohn** 31:5,9,10
**use** 21:14 38:3
52:9 118:3 121:7
134:16 160:5
173:1 180:17
**utc** 45:6

**v**

**v** 180:21
**vacuum** 80:21
84:18
**vague** 97:17 161:2
**valdez** 57:15
**value** 179:13
**van** 1:10 9:13
167:3,16,21 168:3
168:12,25 169:7
169:14 170:4,12
170:16 171:18,19
172:4,5,10,12,16
173:20 174:15
176:4 191:3
**various** 85:21
102:25 140:3
191:25
**varying** 141:5
**vehicles** 162:21
**ventura** 2:9
**venue** 157:12
**venues** 181:10,10
**verbal** 12:2
**verification** 16:17
**verify** 16:4,16
17:16
**veritext** 6:22,25
**version** 45:17,20
67:17

Page 29

[versus - willy]

| | | | |
|---|---|---|---|
| **versus** 6:7 11:13 | 74:5 77:18,20 | **we've** 34:7,13 | 183:23 184:6 |
| **vice** 18:11,13 | 78:21 79:11,14 | 95:25 96:19 183:8 | 190:11,14,22 |
| **video** 6:2,20 88:24 | 82:18 86:18 99:7 | 191:25 | **weber's** 9:3,6 |
| 192:7 | 105:1,6,17,20 | **wear** 118:7,7 | 16:25 18:19 21:24 |
| **videographer** 3:17 | 114:12 118:11 | **weber** 1:6,13 2:17 | 22:21 24:19,23 |
| 6:1 7:17,20 8:7 | 122:19 123:20 | 4:16 6:7 7:13 | 26:2 51:22 52:3 |
| 69:4,7 127:7 | 124:21 125:1,20 | 14:25 17:3 18:21 | 54:4 66:9 74:8 |
| 128:3 178:21,24 | 133:15 152:21 | 21:7,10,20 22:1 | 76:25 77:6 79:1,8 |
| 192:5 | 153:8 162:22 | 23:11,18 24:8,10 | 80:18 81:8 82:24 |
| **videotaped** 1:19 | 163:23 165:1 | 26:18,20 31:18 | 85:8,9,14 87:1 |
| **view** 57:5 | 170:8,10,17 | 32:1,7 42:15,20 | 94:13 100:8 |
| **vintage** 162:21 | 171:19 172:6,8,12 | 43:6,11,13,14 | 122:22 123:20 |
| **visible** 54:19,22,25 | 178:4 180:2,16 | 47:17,25 49:10,20 | 167:21 168:24 |
| 55:7 56:6,13,18,25 | 182:6 190:20 | 50:11,25 51:7,16 | 169:25 173:12 |
| 57:2 163:7 189:21 | 191:4 | 52:7 64:8 66:25 | 175:8 179:14 |
| **vman** 180:20 | **wanted** 24:10 | 74:1,10 75:19 | 180:3 182:11,16 |
| **vogue** 4:17 5:11 | 37:17 89:2 105:10 | 76:2 78:13 79:21 | 182:25 183:2,3,10 |
| 100:1 101:3,3,6,10 | 185:19 | 80:1,13 81:3,12,25 | 183:18 191:13,23 |
| 102:4,10 109:14 | **wants** 147:23 | 82:5,11 83:6 | **website** 4:16 75:19 |
| 109:17 114:20,24 | **wardrobe** 118:18 | 85:16 86:1,19,23 | 76:2,7,25 |
| 115:18 167:6,13 | 119:16 134:4 | 87:6,19 88:2,12 | **wedding** 132:17 |
| **voluntarily** 159:13 | **washington** 11:12 | 89:9,18 90:5,10,25 | **week** 75:4 |
| **w** | 11:15 | 91:7,25 92:15 | **weekly** 187:12 |
| **w** 157:20 | **waste** 20:16 | 93:16,17,19,23 | **weeks** 60:6,9 |
| **wages** 116:14,15 | 177:25 | 94:17 95:4,9 | **weintraub** 3:3,6 |
| **waiting** 148:18 | **watch** 62:5,21 | 97:11 98:17 | 7:15,15 31:13 |
| **walberg** 15:2 | 125:14 | 100:10,18,25 | 76:9 |
| 107:6 108:12 | **watching** 63:3 | 117:4 136:11,23 | **weird** 150:12 |
| 136:17 155:2 | **water** 157:15 | 137:2,6,16,20 | **welcome** 12:12,18 |
| 160:7 | **watson** 136:21 | 142:14 143:5,18 | 12:22 23:4 60:14 |
| **walk** 189:23 | 160:17 | 150:10,18 151:2 | 148:18 |
| **walked** 65:17 | **watts** 71:10 | 154:22 160:6,21 | **went** 171:5 |
| **walking** 39:15 | **way** 30:18 40:6,9 | 166:8,21 167:20 | **whatsoever** 85:12 |
| **wall** 189:21 | 44:23 47:7 48:13 | 168:7,17,23 | **whereof** 194:14 |
| **walled** 55:16,20 | 59:6 65:2 79:14 | 169:10,16,18,24 | **white** 148:25 |
| **want** 8:14 9:23 | 95:13 105:24 | 170:11,15,19 | **wide** 55:19 163:4 |
| 10:9,21 20:15 | 108:9 138:13 | 172:7,11,15,17 | 181:11,15 |
| 22:14 29:15 31:13 | 144:24 152:4 | 173:5,13,19,24 | **widely** 180:15 |
| 36:23 37:24 46:16 | 174:23 183:1 | 174:15 176:3,7,11 | **wife** 100:18 |
| 46:20 49:22 67:7 | 194:12 | 177:8,19 179:1 | **willy** 154:14 |
| 67:24 68:7 69:9 | | 180:6,24 181:1,5 | |

**[window - zone]**

| | | |
|---|---|---|
| **window** 117:15,18 | **worked** 21:10 33:6 | 6:15,16 13:20 |
| **withdraw** 153:23 | 38:14 40:2 43:16 | 34:9 97:5 99:2,4 |
| **withdrawn** 126:18 | 58:22 59:3 73:5 | 99:15,21 176:4 |
| **witness** 1:20 4:1 | **working** 53:10 | 194:4 |
| 8:9 10:17 19:25 | 54:6 64:12,17,17 | **z** |
| 27:5 29:1 35:5 | 64:20 74:25 | **zone** 45:7 |
| 37:10 46:21 76:17 | 100:15 | |
| 79:13 87:24 91:16 | **workplace** 4:23 | |
| 101:9,12,25 | 128:17 | |
| 110:22 125:20,22 | **works** 21:21 30:22 | |
| 127:6 150:21 | 47:8 48:14 63:24 | |
| 178:16 188:1 | 182:14 | |
| 194:6,9,14 | **world** 66:22 74:11 | |
| **witness's** 37:21 | 74:17 170:18 | |
| **witnessed** 58:15 | **wrap** 125:16 | |
| **witnessing** 62:13 | **writing** 48:3 66:5 | |
| **woman** 167:17 | 66:10,10 158:12 | |
| **women** 92:16 | 170:21 | |
| **wondering** 71:24 | **written** 26:12 | |
| 129:1 | 69:13 73:4 110:8 | |
| **woodland** 2:10 | 154:10,14 159:20 | |
| **word** 76:7,8 118:3 | **wrong** 24:11 27:15 | |
| 132:7 | 27:17 29:17 | |
| **wording** 126:22 | 165:21 188:4 | |
| 150:12 | 190:19,19 | |
| **words** 12:6 170:14 | **wrote** 109:23 | |
| 180:16 189:12 | **x** | |
| **work** 11:14 21:16 | **x** 1:2,7,8,14 4:1,6 | |
| 21:23 32:20 48:17 | **y** | |
| 53:15,24 58:22 | **y** 157:20 | |
| 59:4 72:14 74:20 | **yeah** 31:15 54:6 | |
| 82:25 94:23,25 | 56:19 82:21 | |
| 102:24 119:14 | 120:15 122:18 | |
| 135:6 149:13 | 164:10 188:25 | |
| 168:6 171:15 | **year** 34:10 | |
| 172:7,13,19 173:3 | **years** 33:7 100:19 | |
| 173:8 177:4 180:1 | 142:6 175:23 | |
| 181:15,21 182:3 | 182:22 183:7 | |
| 182:17,18,20,25 | **york** 1:1,16,16,22 | |
| 183:19,19 | 2:5,5 3:10,10 6:12 | |