# EXHIBIT N

                                      Page 1

1    UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
2    Case No: 1:19-cv-03825(JMF)
     ---------------------------------------x
3    JASON BOYCE,
4                           Plaintiff,
5             -against-
6    BRUCE WEBER and LITTLE BEAR INC.,
7                           Defendants.
     ---------------------------------------x
8    Case No. 1:18-cv-12112
     ---------------------------------------x
9    JOSHUA ARDOLF, ANTHONY BALDWIN,
     BUDDY KRUEGER, JACOB MADDEN, and
10   JNANA VAN OIJEN,
11                          Plaintiffs.
12            -against-
13   BRUCE WEBER,
14                          Defendant.
     ---------------------------------------x
15
                         30 Rockefeller Plaza
16                       New York, New York
17                       September 26, 2019
                         9:14 a.m.
18
19
20       Videotaped Deposition of JOSHUA ARDOLF,
21   a Plaintiff in the above-entitled action,
22   held at the above time and place, taken
23   before Dawn Matera, a Shorthand Reporter
24   and Notary Public of the State of New York.
25

Page 2

```
 1  A P P E A R A N C E S :
 2
 3  THE BLOOM FIRM
    Attorneys for Plaintiffs
 4    85 Delancey Street
      #20
 5    New York, New York 10002
      (954)661-6734
 6
    By:  ARICK FUDALI, ESQ.
 7    arick@thebloomfirm.com
 8
 9  NELSON MULLINS RILEY & SCARBOROUGH
    LLP
10  Attorneys for Defendants Bruce Weber
    and Little Bear
11    2 South Biscayne Boulevard
      21st Floor
12    Miami, Florida 33131
13  By:  JONATHAN ETRA, ESQ.
      jonathan.etra@nelsonmullins.com
14
        -and-
15
    SALE & WEINTRAUB, P.A.
16    2 South Biscayne Boulevard
      One Biscayne Tower - 21st Floor
17    Miami, Florida 33131
      (305)374-1818
18
    By:  JAYNE C. WEINTRAUB, ESQ.
19    jweintraub@salewintraub.com
20      -and-
21  SHEPPARD MULLIN RICHTER & HAMPTON LLP
      30 Rockefeller Plaza
22    New York, New York 10112
      (212)634-3095
23
    By:  DANIEL BROWN, ESQ.
24    dbrown@sheppardmullin.com
25
```

Page 3

```
 1  A P P E A R A N C E S : (Continued)
 2
 3  Also Present:
 4
      Jonathan Bernstein, Little Bear
 5
 6  Jonathan Popham,
      Videographer
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1          I N D E X
    Witness              Page
 2  JOSHUA ARDOLF                 9
 3  Examination By:
 4  Ms. Weintraub          8
    Mr. Fudali           353
 5  Ms. Weintraub         362
 6
 7        E X H I B I T S
    Ardolf               Page
 8  Exhibit 1 LinkedIn profile      16
 9  Exhibit 2 Photographs numbered   34
      59827-1 and 2
10
    Exhibit 3 First amended complaint   57
11
    Exhibit 4 Verification       61
12
    Exhibit 5 e-mail from Carmelo    67
13    Pizzuto to Gwen Walberg
14  Exhibit 6 Contact sheets      69
15  Exhibit 7 Document Bates stamped  119
      LBBW 37400
16
    Exhibit 8 Document Bates stamped  128
17    LBBW 37406
18  Exhibit 9 Document Bates stamped  129
      LBBW 37442
19
    Exhibit 10 Document Bates stamped  131
20    LBBW 37446
21  Exhibit 11 Document Bates stamped  137
      LBBW 37214
22
    Exhibit 12 Document Bates stamped  138
23    LBBW 37471
24  Exhibit 13 Document Bates stamped  141
      LBBW 37506
25
```

Page 5

```
 1  Exhibit 14 Document Bates stamped  144
      LBBW 37509
 2
    Exhibit 15 Document Bates stamped  146
 3    LBBW 37516
 4  Exhibit 16 Document Bates stamped  151
      LBBW 37546
 5
    Exhibit 17 Document Bates stamped  152
 6    LBBW 37536
 7  Exhibit 18 Document Bates stamped  154
      LBBW 37549
 8
    Exhibit 19 Document Bates stamped  154
 9    LBBW 37548
10  Exhibit 20 Document Bates stamped  157
      LBBW 37565
11
    Exhibit 21 Document Bates stamped  160
12    LBBW 37605
13  Exhibit 22 Document Bates stamped  162
      LBBW 37620
14
    Exhibit 23 Document Bates stamped  166
15    LBBW 37216
16  Exhibit 24 Document Bates stamped  172
      Plaintiffs 270 to 321 and
17      456 to 467
18  Exhibit 25 Disclosures       288
19  Exhibit 26 Photographs      332
20
    Exhibit 27  Document Bates
21      stamped 003        349
22    INFORMATION REQUESTED
23      Page  Line
24      170   17
        198    5
25      319   10
          ~oOo~
```

1   Q.   And nothing inappropriate
2   occurred, correct?
3       A.   No.
4           (Ardolf Exhibit 2, Photographs
5       numbered 59827-1 and 2, was so marked
6       for identification, as of this
7       date.)
8       Q.   I am going to show you what's
9   been marked as Exhibit 2 and ask you are
10  these some of the photos that you took at
11  the go-see?
12      A.   Yes.
13      Q.   And as far as you were
14  concerned, they were beautiful pictures,
15  yes?
16      A.   Yes.
17      Q.   And there was nothing offensive
18  or horrible about it, right?
19      A.   Right.
20      Q.   Certainly nothing dirty about
21  it.  They were just full images body
22  shots, right?
23          MR. FUDALI:  Object to form.
24      A.   Yes.
25      Q.   Fair to say you always had skin

1   issues, right?
2       A.   Yes, since I was around 17
3   years old, on and off.
4       Q.   And were you nervous about
5   that?
6           MR. FUDALI:  Object to form.
7       When?
8       Q.   Self-conscious about that?
9           MR. FUDALI:  Generally, or like
10      at the go-see?
11      Q.   Always, when you were
12  photographed.
13          MS. WEINTRAUB:  Thank you.
14          MR. FUDALI:  Okay.
15      A.   I would say generally I was.  I
16  would say not just photo shoots, just in
17  general.
18      Q.   And did Mr. Weber, when you
19  noted your nervousness, did he tell you
20  to just take some deep breaths?
21      A.   He told me to relax and --
22  yeah.
23      Q.   And do you remember being
24  appreciative to his kind manner and the
25  way that he was treating you?

1       A.   At the go-see?
2       Q.   Yes.
3       A.   Yeah.
4       Q.   And did you do any relaxation
5   exercises at the go-see to calm down?
6       A.   No.
7       Q.   Did Bruce Weber ever make you
8   any promises at the go-see?
9       A.   At the go-see he did bring up
10  French Vogue.
11      Q.   He promised that he would get
12  you on that?
13      A.   He didn't promise.
14      Q.   That's what I am asking.
15      A.   No.
16      Q.   Okay.  So my question was, did
17  he ever promise to book you for a job
18  while you were at the go-see?
19      A.   I mean, no.  Yeah, he basically
20  brought it up.  Said, hey, I have this
21  job coming up.  Love to have you.  Yeah.
22  And that's how it went.
23      Q.   You agree that he said -- did
24  he say French Vogue or did he say he had
25  an upcoming job that he could potentially

1   recommend you for that he thought you
2   would be good for?
3       A.   I don't remember the exact -- I
4   believe, I believe it was French Vogue
5   that he said, because, but...
6       Q.   I mean there certainly weren't
7   any promises that were made for potential
8   future jobs for you to rely on at that
9   moment, right?
10      A.   Right, no promises.
11      Q.   Okay.  Two months later your
12  agent got you booked for the French Vogue
13  shoot?
14      A.   Yes.
15      Q.   And that was Carmelo?
16      A.   Yes.
17      Q.   Bruce Weber didn't call you and
18  book you, did he?
19      A.   No.
20      Q.   Your agency booked you,
21  correct?
22      A.   Right.
23      Q.   Did Bruce Weber recruit you
24  personally for the French Vogue shoot or
25  it was done through Carmelo?

10 (Pages 34 - 37)

1  that's not what he said?
2     A.  Yeah, I think it's worded
3  differently than I would.
4        MR. FUDALI:  I think you're
5  looking at --
6        THE WITNESS:  I know.
7        MR. FUDALI:  Sorry.
8     A.  The way this is worded here is
9  not how I would word that because he
10  basically brought up that, you know, he
11  has potential jobs coming in the future,
12  and by that, he means he has power.
13     Q.  Okay.  So to you, you
14  interpreted it that way?
15     A.  Right.
16     Q.  That's the way that you were
17  thinking in your mind?
18     A.  Yeah.
19     Q.  But Bruce Weber never said
20  anything like that, right?
21        MR. FUDALI:  Object to form.
22     A.  Not that I can remember.
23     Q.  And as you sit here today, did
24  you ever say?
25     A.  Did I ever say what?

1     Q.  Did you ever say Bruce Weber
2  said those things?
3        MR. FUDALI:  Object to form and
4     instruct you not to answer if it's
5     something that you talked about with
6     your attorney.
7     A.  I don't remember.
8     Q.  Did you do breathing or
9  relaxation exercises with Bruce Weber?
10     A.  Yes.
11     Q.  Was that at the French Vogue
12  shoot?
13     A.  Yes.
14     Q.  That's the shoot that you said
15  you were nervous, right?
16     A.  Yes.
17     Q.  And you were intimidated
18  obviously by the other models?
19     A.  Yeah.
20     Q.  You were self-conscious because
21  your skin was bad?
22     A.  Yes.
23     Q.  Do you remember where you were
24  when Mr. Weber suggested that you do the
25  breathing exercises?

1     A.  We were at his property in the
2  Golden Beach area and I don't know the
3  exact part.  We got brought up to a
4  second level.
5     Q.  Who is we?
6     A.  I got brought up to a second
7  level.
8     Q.  Who brought you?
9     A.  It was an assistant.  I don't
10  remember the name of the assistant.
11     Q.  Okay.  So what did he look
12  like?
13     A.  I'm not sure.
14     Q.  Do you have a visual recall in
15  your mind of what happened when you were
16  brought upstairs or downstairs or
17  whatever?  Yes?
18     A.  Yes.
19     Q.  You have a good recall of this?
20     A.  Yes, definitely.
21     Q.  Tell me what did the guy look
22  like?
23     A.  Oh, you're still talking about
24  the guy?
25     Q.  Yeah.

1     A.  No, no, I don't.
2     Q.  But you know, and we talked
3  about the house, there was a lot going
4  on?
5     A.  Yes.
6     Q.  A lot of people in and out to
7  say the least?
8     A.  Yes.
9     Q.  There had to be 30 or 40
10  production people around?
11     A.  Yeah, a lot, a lot of people,
12  right.
13     Q.  So what are you told by this
14  assistant?
15     A.  All I was told was Bruce would
16  like to see you.  Take some additional
17  photos.
18     Q.  And you were happy to go?
19     A.  I was like, wow.  Like, because
20  I was sitting by other models.  And, you
21  know, I don't know why I got picked.
22     Q.  Well, others got picked, also,
23  to take individual shots?
24     A.  I'm not sure.
25     Q.  I mean certainly Mr. Weber

17 (Pages 62 - 65)

1   Q.   Do you remember that?
2   A.   Yeah.
3   Q.   And the photo assistant was
4   there as well outside?
5   A.   I can't remember.  I don't
6   remember that part.
7   Q.   And that was after what you
8   claim happened with the breathing
9   exercises?
10   A.   I don't know which one happened
11   first.
12   Q.   Okay.  Was that -- but while
13   you were alone with him there, obviously
14   nothing inappropriate happened?
15   A.   Right.
16   Q.   You're not saying that?
17   A.   Yes.
18   Q.   And you don't remember who else
19   was there?
20   A.   No.
21   Q.   And it's outside the house?
22   A.   Right.  We were outside, but it
23   was almost like an interior spot that was
24   exposed to the exterior.
25   Q.   Is it on the side of the house?

1   A.   I believe it was right in the
2   middle somewhere.
3   Q.   And there were other people
4   around?
5   A.   So like this house is massive.
6   And we were -- we were sectioned off.
7   There were no other people walking around
8   that I remember.
9   Q.   Okay.  But nothing
10   inappropriate happened anyway?
11   A.   No, no.
12   Q.   Okay.  Going back to when
13   you're upstairs, how many pictures were
14   taken, do you know, a bunch?  Were you
15   there more than a few minutes?
16   A.   Yes.
17   Q.   How long were you there?
18   A.   I'm not sure.
19   Q.   And what happened?
20   A.   So I got up there.  I was still
21   kind of nervous, you know, especially
22   going one on one and taking shots.  And I
23   was self-conscious about my skin.  And,
24   you know, Bruce was like what's going on,
25   what's going on.

1      I'm nervous, you know.  I don't
2   feel confident.  And he's like you just
3   need to relax.  You know, eventually we
4   got to a point where, you know, just get
5   more comfortable, just get more
6   comfortable.  So, you know, we were
7   taking shots.
8   Q.   Pictures?
9   A.   Right.  Pictures.
10   Q.   And he's talking to you, right?
11   He's trying to calm you down and he
12   explains -- you have to say yes or no.
13   Yes?
14   A.   Yes.
15   Q.   And he's saying things because
16   he wants you to relax so he can get the
17   best possible picture?
18      MR. FUDALI:  Object to form.
19   Q.   Right?
20   A.   Yes.
21   Q.   So while this is going on --
22   and this is not taking long.  It's just
23   taking long to talk about it, but it
24   really was pretty quick, right?
25   A.   Yeah.

1   Q.   So while you're up there and
2   he's saying that, you know, he just wants
3   you to relax or whatever and he's trying
4   to get you to calm down, what happens
5   with the breathing --
6   A.   With the --
7   Q.   -- exercises.
8   A.   With the breathing exercises?
9   Q.   Mm-mmm.
10   A.   Basically, you know, he told me
11   to come closer.  So I came closer.  And
12   he's like grab my hand.  So I grabbed his
13   hand.  And he's like put my hand where
14   you feel the energy.  So I would put it
15   on my head.  I would put it on my chest.
16   I would put it on my shoulder.  You know,
17   anywhere I could above my waist.
18   Q.   Okay.
19   A.   And, you know, then I got to a
20   point where -- I mean this was ongoing.
21   I don't know, it could have lasted ten
22   minutes total, you know, the whole thing.
23   The shots, the breathing exercises,
24   everything, before I got back to where I
25   was before.

21 (Pages 78 - 81)

Page 82

1     And then I put his hand on my
2  abdomen and then he forced his hand down
3  on my genitals.
4     Q.  Okay.  And so he touched you
5  and then you backed away, right?
6     A.  Yeah.  Yeah.  I just didn't
7  know what to do.
8     Q.  Like immediately.  He touches
9  you and you're like freaking out?
10       MR. FUDALI:  Hold on, let him
11  finish.
12     Q.  Sorry.  Is that right?
13     A.  Right.
14     Q.  And then I mean before you
15  backed away, would you say that it was
16  more than one or two seconds?
17     A.  I can't recall an exact --
18     Q.  Think about it in your mind.
19     A.  Right.
20     Q.  I need you to think about it in
21  your mind.
22     A.  Yes.
23     Q.  And if you don't remember, say
24  you don't remember.  If you do remember,
25  you need to be honest and tell me.  Let

Page 83

1  me ask the question.
2        From the minute that you claim
3  that Bruce Weber touched your genitals to
4  when you backed up, was it one second,
5  two seconds, a minute, ten minutes, what
6  was it?  I'll start here, was it more
7  than one or two seconds?
8        MR. FUDALI:  I think he was
9     going to answer the original question.
10        MS. WEINTRAUB:  Or not.
11     A.  It was under ten seconds.
12     Q.  Ten seconds is a long time.  I
13  am going to count it out for you.  One,
14  two, three, four, five --
15     A.  All right.
16     Q.  I got to four and you knew it
17  was silly.
18     A.  Yes.  So four or five.
19        MR. FUDALI:  Hold on, object to
20     form.
21     A.  Let's say four or five.
22     Q.  Let's not say probably four or
23  five.  I want you to think about what was
24  going on in your mind and I am going to
25  count it out again.  One, two, three,

Page 84

1  four -- all of this time he's got his
2  hand on your genitals, is that what
3  you're saying?
4        MR. FUDALI:  Objection.
5     A.  It was two or three seconds.
6     Q.  Isn't it true, sir, that as
7  soon as he touched you, you backed away?
8     A.  Immediately, no.
9     Q.  One, two, back away?
10        MR. FUDALI:  I am going to
11     object, asked and answered.
12     Q.  Yes?
13        MR. FUDALI:  He said two or
14     three seconds.
15        MS. WEINTRAUB:  You want to
16     testify?
17        MR. FUDALI:  He said two or
18     three seconds.  If you need me to
19     testify about what he said, yeah,
20     sure.
21        MS. WEINTRAUB:  I hope you do a
22     better job.
23        MR. FUDALI:  Two to three
24     seconds.
25        MS. WEINTRAUB:  Just saying.

Page 85

1        MR. FUDALI:  I didn't hear the
2     last comment, I imagine it wasn't
3     appropriate.
4        MS. WEINTRAUB:  No, it wasn't.
5     We can strike that, actually.
6     Q.  So you claim that while this
7  was happening that -- did Mr. Weber use
8  any oil on you?
9     A.  Not that I remember.
10     Q.  Now, what did Bruce say while
11  this is happening, if anything?
12     A.  I don't think he said anything
13  during that incident.
14     Q.  During the breathing exercises,
15  he didn't say anything to you?
16     A.  Well, during the breathing
17  exercises, yes.
18     Q.  What did he say?
19     A.  He would say, you know, where
20  do you feel the energy.  And then I would
21  put my hand here.  And then he said take
22  it off.  And then he'd say, all right,
23  where do you feel energy.  And it was a
24  constant thing.
25     Q.  He's not talking about your

22 (Pages 82 - 85)

Page 365

1                    CERTIFICATION

2

3          I, DAWN MATERA, a Notary Public

4    for and within the State of New York, do

5    hereby certify:

6          That the witness whose testimony

7    as herein set forth, was duly sworn by

8    me; and that the within transcript is a

9    true record of the testimony given by

10   said witness.

11         I further certify that I am not

12   related to any of the parties to this

13   action by blood or marriage, and that I

14   am in no way interested in the outcome of

15   this matter.

16         IN WITNESS WHEREOF, I have

17   hereunto set my hand this 7th day of

18   October, 2019.

19

20

21

22   DAWN MATERA

23

24

25

1        A.    Could have right away.  I
2   didn't know what to do.
3        Q.    You could have resisted if you
4   wanted to?
5        A.    Right.
6        Q.    So when you went downstairs,
7   did you talk to anyone?
8        A.    Like I said, I didn't really
9   talk much at all after that.  I'm sure I
10  did talk to the other models eventually.
11       Q.    Did you say anything to anybody
12  about what happened?
13       A.    No.
14       Q.    Did you call your agent?
15       A.    No.
16       Q.    Did you call your best friend?
17       A.    I didn't say anything to anyone
18  about it.
19       Q.    For seven years?
20       A.    Right.
21       Q.    Okay.  So you went and you
22  continued the photo shoot, right?  Yes?
23       A.    Right.  And this is towards the
24  end of the day at this point.
25       Q.    But there were still -- you

1    understand, especially having been a

2    producer, that Bruce does not film

3    digitally, right?  He uses film.

4         A.    Right, right.

5         Q.    So and you also know from

6    working in the business about contact

7    sheets and the order that things go,

8    right?

9         A.    Yes.

10        Q.    So before you went upstairs,

11   did you take the shots on the beach?  Do

12   you remember?

13        A.    I don't remember exactly.

14        Q.    Do you remember, did you do the

15   shoots in the bedroom before you went

16   upstairs?  It's actually a set, right, it

17   wasn't really a bedroom?

18        A.    Right.

19        Q.    Did you do those shots before

20   or after?

21        A.    I don't remember.  Honestly,

22   the timeline of events is a little

23   blurry.

24        Q.    And do you remember taking

25   these shots, 60353 on the contact sheet?

Page 96

```
 1        A.      Yes.
 2                MR. ETRA:  Dash what?  Dash 15.
 3                MR. FUDALI:  It's going to be
 4        marked.
 5                MR. ETRA:  We can make it a
 6        composite exhibit, do you want to do
 7        it that way?
 8                MR. FUDALI:  Sure, however you
 9        want to do it.
10                MR. ETRA:  It's composite 6.
11        Q.      You remember these shots,
12   right?
13        A.      Yes.
14        Q.      And these weren't the shots we
15   talked about before that were statuesque,
16   the nudes?
17        A.      Yes.
18        Q.      These were alone pictures?
19        A.      Yes, and these could be at the
20   other location.
21        Q.      These are the pictures that you
22   were talking about that are the nudes,
23   what I call statue pictures?
24        A.      Right.
25        Q.      And for the record, this is
```

```
                                        Page 97

 1    60353-122, do you see that number on the

 2    bottom?

 3         A.    Mm-mmm.

 4         Q.    Yes?

 5         A.    Yes.  Sorry.

 6         Q.    And those are solo shots,

 7    right?

 8         A.    Yes.

 9         Q.    There are also additional solo

10    shots, you can see them, right?

11         A.    Yes.

12         Q.    60653-104, right?

13         A.    Yes.

14         Q.    And then there were the shots

15    of the three of you.  There are more

16    shots alone.  That's not you?

17         A.    That's not me.

18         Q.    You do agree, though, that

19    there are shots of somebody else on that

20    set that's --

21         A.    Yes.

22         Q.    -- individual shots?  You

23    weren't singled out, there were other

24    people that were being shot, yes?

25         A.    Yes.
```

1        Q.    That's you as well in the
2   shower?
3        A.    Yes.
4        Q.    Other people who also had those
5   same shots, right?
6        A.    Yes.
7              MR. ETRA:  Read out the numbers.
8              MS. WEINTRAUB:  60353-34.
9        Q.    So the bottom line is that
10   there are several different places that
11   there are individual shots of you, yes?
12        A.    Correct.
13        Q.    And other people individually
14   on that shoot?
15        A.    Yes.
16        Q.    And there were several places
17   where it's you and another man
18   intimately, intimately shot?
19        A.    Yes.
20        Q.    And intimately with another guy
21   and girl?
22        A.    Correct.
23        Q.    So you said there was no -- the
24   conversation that you had, if any, with
25   Bruce Weber up in the hallway upstairs

1   was just the breathing and find your

2   energy?

3            MR. FUDALI:  Object to form.

4       A.    No, that's not the only

5   conversation.

6       Q.    What other conversation was

7   there?

8       A.    So after that occurred, I think

9   I went over that earlier, but after the

10  breathing exercises and everything

11  occurred, then I ended up getting my

12  clothes back on.  And from there is when,

13  you know, we started talking generally,

14  you know.  Oh, what jobs do you have

15  coming up after this?  And then he said,

16  well, I have a couple coming up.

17  Abercrombie & Fitch is one of them and I

18  think you could be a top candidate for

19  it.

20      Q.    But that happened after what

21  you're claiming happened?

22      A.    Yes.

23      Q.    Okay.

24      A.    Oh, yeah, definitely.

25      Q.    Was there anything else -- I

```
 1    just want to make sure that I cover it
 2    and that I give you an opportunity on the
 3    record to say whatever you want to say.
 4    That I'm not just putting words in your
 5    mouth.  Although I do do that all the
 6    time.
 7              MR. FUDALI:  No objection.
 8              MS. WEINTRAUB:  Come on.
 9              MR. FUDALI:  I just said no
10        objection.
11        Q.    Let me just reask the question.
12    All that talk was done after you claim he
13    touched you?
14        A.    Yes.
15        Q.    Okay.  Is there anything else
16    that was said that we haven't discussed?
17        A.    Not that I can recall.
18        Q.    And he was responding to you
19    when you asked him, so what jobs do you
20    have coming up.  He responded and told
21    you about the Abercrombie, you said,
22    right?
23        A.    Right.
24        Q.    I mean and his -- Bruce's
25    demeanor stayed the same.  I mean, he was
```

Page 101

```
 1    kind, professional, polite at that point,
 2    yes?
 3         A.    Yeah.
 4              MS. WEINTRAUB:  I would like to
 5         take a break.
 6              MR. FUDALI:  Sure.
 7              THE VIDEOGRAPHER:  Going off the
 8         record at 10:55 a.m.
 9              (Off the record.)
10              THE VIDEOGRAPHER:  We are back
11         on the record at 11:12 a.m.
12         Q.    We're back on the record.
13         A.    Yes.
14         Q.    So the verification that's in
15    front of you that you signed that we
16    already talked about.
17         A.    Yes.
18         Q.    And do you remember that you
19    were reading the responses to the first
20    set of interrogatories and you're
21    swearing that this is accurate, right?
22    Yes?
23         A.    Yes.
24         Q.    Okay.  So just so review,
25    before we go forward, it says on page 5,
```

1    "The assistant escorted Mr. Ardolf to a

2    room."  That's not accurate, correct?

3              MR. FUDALI:  Object to form.

4        Q.    You said it was a hallway?

5        A.    Well, it's still technically a

6    room, isn't it?  It was an area.

7        Q.    Okay.  But I mean there is no

8    door, no four walls, right?

9        A.    There is a door I went into

10   when I went upstairs.

11       Q.    So now there is a door when you

12   go upstairs, okay?

13             MR. FUDALI:  Object to form.

14       Jayne.

15       Q.    Take me back.  Before you said

16   you went upstairs and it's a hallway, do

17   you remember that or do you want it read

18   back?

19       A.    I remember that, yes.

20       Q.    You were specifically asked if

21   there was a door and four walls, remember

22   all of that?  And you specifically said

23   there was not?

24       A.    Because we were --

25       Q.    Do you remember that?

Page 103

1      A.    Yes.

2      Q.    So now I am asking you, we've

3   had a break, you talked to your lawyer.

4   Do you want to change your testimony?

5            MR. FUDALI:  Object -- first of

6       all, object to the form of the

7       implication.

8            MS. WEINTRAUB:  That's what

9       happened.

10      Q.    Do you want to change your

11   testimony, yes or no?

12      A.    When we were discussing that,

13   it sounded like you were explaining it as

14   a bedroom.

15      Q.    I never used the word

16   "bedroom."

17      A.    I know, but that's my

18   perception.

19            MR. FUDALI:  Hold on.  That

20       wasn't a question.

21      Q.    My question to you is, before

22   you said very clearly that it was a

23   hallway.  Remember I even asked you if

24   there were four walls, you said no?  We

25   talked about that, right?

Page 104

1        A.      Yeah.

2        Q.      Okay.  So you clearly

3    understood me.  And now my question is

4    when I pointed out to you that this is

5    not accurate, why can't you just admit

6    that this is not accurate?

7                MR. FUDALI:  Object to the form.

8                If you understand the question,

9        you can answer.

10        A.      I was confused.

11        Q.      Okay.  You were confused about

12    whether or not there were four walls or a

13    door and whether I was asking you about

14    that?

15                MR. FUDALI:  Object to form.

16                MS. WEINTRAUB:  I just want the

17        record clear.

18                MR. FUDALI:  Well, you have to

19        ask a clear question.  That was a

20        compound question.

21        Q.      Here is the question.  You're

22    claiming now that you did not understand

23    or were confused when I said were there

24    four walls and a door and you said no.

25    You didn't understand what I meant?

Page 105

```
 1            MR. FUDALI:  Object to form.
 2       Q.    Yes, is that what you're
 3   saying?
 4       A.    Yes, I had a lot of other
 5   things going on in my head during that
 6   time.
 7       Q.    Because you don't want to say
 8   that you're changing what you said?
 9            MR. FUDALI:  Object to form.
10       Jayne, this is such an insignificant
11       issue.  Come on.  Let's move on.
12       Q.    You can answer the question.
13            MR. ETRA:  You have to stop
14       coaching and characterizing the
15       significance of the question.
16            MR. FUDALI:  This is silly and
17       ridiculous.
18            MR. ETRA:  Say object to form
19       and that's it.
20            MS. WEINTRAUB:  You even said I
21       am not going to ask again about the
22       hallway because it was so clear.
23            MR. FUDALI:  I even objected
24       before because the way you were trying
25       to characterize it as a hallway.
```

Page 106

```
 1              MS. WEINTRAUB:  I didn't use
 2         that word to begin with.  He did.
 3         A.    A hallway has four walls.
 4         Q.    Okay.  A hallway has four walls
 5    and a door?
 6         A.    It's possible.
 7         Q.    Not in that house it isn't, so
 8    I am going to ask you again.  Is it --
 9    hold on.  Let me ask it to you this way.
10    Is it your sworn testimony under oath
11    that you walked through a door in that
12    hallway, yes or no?  I don't want you to
13    be confused.  Think.  Yes or no?
14              MR. FUDALI:  He just answered
15         it.
16         A.    I don't know.
17         Q.    You don't remember?
18         A.    It was a room.  I don't know.
19         Q.    You went upstairs -- how many
20    rooms are upstairs?
21         A.    I'm not sure.  I didn't go
22    through the whole house.
23         Q.    I didn't ask you if you went
24    through the whole house.  I asked you if
25    you went upstairs, yes?
```

1          MR. FUDALI:  Hold on.  I am

2     going to object.  I am going to ask

3     you politely to relax with the tone.

4     He's not being argumentative.  We are

5     talking about whether, the semantics

6     of whether a room, whether it was a

7     room, a hallway or a door.

8          MS. WEINTRAUB:  Not semantics.

9     Nice coach.  You can object or not.

10    No more.

11         MR. FUDALI:  I am not going to

12    let you sit here and badger and

13    harass.

14         MS. WEINTRAUB:  I'm not

15    badgering.

16         MR. FUDALI:  You are.  Raising

17    your voice.  Being argumentative.  You

18    can ask questions.

19         MS. WEINTRAUB:  I am being

20    frustrated because he changed his

21    testimony after talking to you.

22         MR. FUDALI:  He didn't change

23    his testimony.  You brought up the

24    interrogatories.  Asked about a room.

25         THE WITNESS:  He didn't tell me

1        anything about that.

2             MR. FUDALI:  Do not waive

3        attorney/client privilege.  He's

4        right, but do not waive

5        attorney/client privilege.

6             MS. WEINTRAUB:  Are you done?

7        Make your speech and then be done.

8             MR. FUDALI:  I am done.  But I

9        am going to continue to object and I

10       am going to instruct him not to answer

11       if your tone continues to be

12       aggressive and harassive.

13       Q.    Let me ask you this, Josh, the

14    assistant brings you upstairs, right?

15       A.    Yes.

16       Q.    He tells you that Mr. Weber is

17    going to take individual pictures, yes?

18       A.    He told me that prior.

19       Q.    Okay.  And you were glad?

20       A.    Yeah, I was excited.

21       Q.    And by the way, he did take the

22    pictures?

23       A.    Yes.

24       Q.    Okay.  So there was no false

25    pretense, you were told to go upstairs

1  and get the pictures and you got the

2  pictures?

3       A.    I never got them physically,

4  but yes, right.

5       Q.    But the pictures were taken,

6  right?

7       A.    Yes.

8       Q.    Now, you said that he touched

9  you two to three seconds and you backed

10  away, yes?

11       A.    Yes.

12       Q.    So when you backed away, did

13  you say anything?

14       A.    No.

15       Q.    Did he say anything?

16       A.    No, not that I can recall.

17       Q.    Why didn't you say anything at

18  that moment?

19       A.    I didn't know what to do.  I

20  mean, look, I was super young and I was

21  shocked.  I didn't know what to do,

22  honestly.

23       Q.    And so you said after that,

24  that then he started saying, you know,

25  that -- you asked him does he have any

1    other -- what other jobs do you have

2    coming up, right?

3         A.    Right.

4         Q.    And he said, you know what,

5    actually I have an Abercrombie shoot and

6    you would be good for it, right?

7         A.    Yeah, I would be a top

8    candidate.

9         Q.    By the way, you did get that

10   job too, didn't you?

11        A.    Yes.

12        Q.    So again, I mean, there is no

13   false pretense going on here, right?

14             MR. FUDALI:  Object to form.

15        A.    No.

16        Q.    So do you know, can you

17   visualize in your mind, you know that the

18   pictures were taken?

19        A.    Yes.

20        Q.    The individual pictures.  How

21   many pictures were taken before you claim

22   he touched you and how many after?

23        A.    I don't remember that.

24        Q.    Do you remember if he was

25   taking pictures for a few minutes before,

1    not at all, only after?

2             MR. FUDALI:  Object to form.

3        A.    I don't remember.

4        Q.    Because you don't really

5    remember anything that happened right

6    then, do you?

7             MR. FUDALI:  Object to form.

8        Asked and answered.  You've asked that

9        question.

10            MS. WEINTRAUB:  I didn't get an

11       answer.

12            MR. FUDALI:  You asked that

13       question multiple times before the

14       break.  You keep trying to get this

15       thing --

16            MS. WEINTRAUB:  I don't have an

17       answer and I am going to ask it one

18       more time for an answer.

19            MR. FUDALI:  If the answer is

20       different than what you answered

21       before, then you can answer.

22       A.    I don't remember.  I mean --

23            MR. FUDALI:  Wait for the

24       question.

25       Q.    Were pictures taken before and

Page 112

1   after?

2        A.    I don't remember.

3        Q.    Okay.  How long did you stay in

4   Miami after the shoot?

5        A.    After the shoot, I was still

6   living in an apartment.

7        Q.    In New York or --

8        A.    In Miami.

9        Q.    In Miami in South Beach?

10       A.    Miami Beach, South Beach, yes.

11       Q.    And where were you working at

12   the time?

13       A.    I wasn't working anywhere.  I

14   was just doing castings through Mega down

15   there.

16       Q.    And were you doing enough

17   modeling to pay your rent?

18       A.    I actually took a loan out to

19   go down there and found basically a

20   studio apartment with two other guys

21   living in that.

22       Q.    Two other models?

23       A.    No.

24       Q.    Or just --

25       A.    One was a former model.  One

Page 113

1    was like a security guy.

2         Q.    So it was very cheap?

3         A.    Yes.

4         Q.    I mean --

5         A.    Right.  That's how I was

6    able -- no, fine.  That's how I was able

7    to stay there for a little bit longer

8    than I probably would have otherwise.

9         Q.    Okay.  Because you weren't

10   making enough money as a model to support

11   yourself?

12        A.    Oh, yeah.

13        Q.    Ever?

14        A.    No.

15        Q.    Fair statement?

16        A.    Yes.

17        Q.    So how much money do you think

18   that you were making a year modeling at

19   that point?  Any?

20             MR. FUDALI:  In 2010?

21             MS. WEINTRAUB:  Mm-mmm.

22             MR. FUDALI:  And 2011?

23             MS. WEINTRAUB:  Mm-mmm.

24        A.    Both of those years?

25        Q.    Mm-mmm.  About.  Just rough.

Page 114

1      A.     What I made, 4 to 5,000 at

2   most.

3      Q.     Okay.  Each year or combined?

4      A.     No, combined.

5      Q.     So --

6      A.     That was the gross too.  That

7   was before fees and everything.

8      Q.     Don't get me started on our

9   politics and taxes today.  Sorry.

10           MR. FUDALI:  We've got plenty of

11       time.  Go for it.

12      Q.     When you first started modeling

13   in 2010/2011, what did you know about the

14   business end?  Like how much money you

15   would make or how much money you could

16   make?

17      A.     Yeah, I mean, that was always

18   in the back of my head.  Oh, you know,

19   you booked this huge campaign, and people

20   just, people blow up and like that's

21   their career.  And some people can do it.

22   But, yeah, it didn't work out for me.

23      Q.     But so let's go back.  I mean,

24   but it also, most models, because it is

25   the very, very minute percent that makes

Page 115

```
 1    it to that blowup percentage, most models
 2    don't make it that big, agreed?
 3         A.    Agreed.
 4         Q.    Most models are lucky if they
 5    even get regular work?
 6         A.    Yes.
 7         Q.    Especially male models?
 8         A.    Yeah.
 9         Q.    Correct?
10         A.    Correct.
11         Q.    Okay.  And so if you were able
12    to even support yourself as a model, that
13    would be huge?
14         A.    Yes.
15         Q.    Agreed?
16         A.    For sure.
17         Q.    Because most models can't
18    support themselves and work full-time
19    jobs?
20         A.    Right.
21         Q.    Okay.  We talked that it was
22    obviously, it's very competitive and hard
23    to become that one person that gets blown
24    up and makes a lot of money like that,
25    right?
```

1       A.     Yes.

2       Q.     But in your mind, fair to

3   say -- were you working full time as a

4   model at that point?

5       A.     That was my only, yes.

6       Q.     How many months did you stay

7   there?

8       A.     I was only there for a couple

9   of months.

10      Q.     And what jobs did you do?

11      A.     Modeling jobs, I was some extra

12  in some commercial.  We went to the

13  Dolphin Stadium there.

14      Q.     Sorry.

15      A.     I know.

16      Q.     That's a very sore subject at

17  the moment.

18      A.     I understand.

19      Q.     If I watch one more 45 to zero

20  game, I am going to kill myself.

21      A.     But that was it.  And I didn't

22  get to see any of that because I -- I

23  went from that studio apartment to a

24  model apartment eventually.

25      Q.     Where?

Page 117

```
 1        A.    It was on the coast.  I don't
 2    know the --
 3        Q.    On the west coast of Florida?
 4        A.    East.
 5        Q.    On the east coast of Florida?
 6        A.    Yes.
 7        Q.    So on the Beach?
 8        A.    On the Beach, yes.
 9        Q.    Okay.
10        A.    Yeah.
11        Q.    And when you say model
12    apartment, can you explain?
13        A.    So model apartment, the agency
14    fronts the money for the apartment.  I
15    was another model in there.
16        Q.    Only one?
17        A.    Yes.
18        Q.    Consider yourself very lucky.
19        A.    I know, yes.
20        Q.    So you're in a model apartment.
21    They pay for it.
22        A.    Yes.
23        Q.    They send you on a bunch of
24    castings?
25        A.    Right.
```

1      Q.    Anything happen?

2      A.    No.  And I booked that job,

3  like I said, at Dolphin Stadium.  I was

4  an extra.  It paid like $250.  I didn't

5  get to see any of it because it all went

6  to my expenses.

7      Q.    So fair to say that before you

8  shot with Bruce Weber in 2011, you had a

9  few jobs, and after the same thing,

10  right?

11      A.    Right.

12      Q.    Fair to say that your career

13  was actually the same, never really took

14  off?

15      A.    Right.  Exactly.

16      Q.    So the shoot for French Vogue

17  was January 7th, 2011?

18      A.    It was in January, yeah.  Yup.

19      Q.    And then you did the

20  Abercrombie shoot?

21      A.    Correct.

22      Q.    After the January 7th, the very

23  next day you wrote an e-mail to Bruce

24  Weber, right?

25      A.    I believe so.

1      Q.    Thanking him for an amazing

2   experience and telling him it was a great

3   time, yes?

4      A.    Yes.

5      Q.    Is this the e-mail that you

6   sent to him?  It's Exhibit 7.

7            (Ardolf Exhibit 7, Document

8      Bates stamped LBBW 37400, was so

9      marked for identification, as of this

10     date.)

11           MR. FUDALI:  This is Exhibit 7,

12     this e-mail.

13           MS. WEINTRAUB:  Yes.

14     Q.    Is this the e-mail that you

15  sent him?  Yes?

16     A.    Yes.

17     Q.    And that was the day after

18  you're claiming he touched you

19  inappropriately, right?

20     A.    Right.

21     Q.    The next day, right after that

22  inappropriate touching, you write him,

23  what an amazing experience it is.  And

24  eight years later you claim that he

25  touched you inappropriately and molested

```
                                      Page 120
 1    you?
 2              MR. FUDALI:  Object to form.
 3        Q.    Is that right?
 4        A.    Yes.
 5        Q.    Okay.  You also wrote to him
 6    that day that you hoped to shoot more
 7    with him down the road, didn't you?
 8        A.    Yes.
 9        Q.    And that's the day after you're
10    claiming he molested you?
11        A.    Yes.
12        Q.    And you did shoot with him
13    again, didn't you?
14        A.    Yes.
15        Q.    And you wanted to shoot with
16    him again, didn't you?
17        A.    Yes.
18        Q.    And even though you claim that
19    he molested you, you wanted to work with
20    Bruce Weber?
21        A.    Well, now I knew what to avoid.
22        Q.    But nothing happened, did it,
23    on the A&F shoot?  Did anything happen?
24        A.    No.
25        Q.    And there was nothing to avoid,
```

Page 121

1    right?

2              MR. FUDALI:  Objection to form.

3         Q.   Because nothing happened?  And

4    you kept reaching out to him, didn't you?

5              MR. FUDALI:  There were a few

6         questions there.

7              MS. WEINTRAUB:  Only three.

8         Maybe four.

9              MR. FUDALI:  I would ask that

10        you break it down.

11        Q.   By the way, you didn't produce

12   that e-mail, did you?

13        A.   I didn't even have it.  I

14   couldn't find it.  All of the e-mails

15   that you guys have, I deleted everything

16   from the past because I was trying to get

17   it out of my head.

18        Q.   And when did you delete all of

19   that?

20        A.   Way before I ever talked about

21   it with anyone.

22        Q.   Can you be more specific?

23        A.   It could have been two to three

24   years after.

25        Q.   But you didn't delete it right

```
                                          Page 122
 1    away?
 2         A.     Right.
 3         Q.     Right?
 4         A.     Right.
 5         Q.     Because it didn't bother you?
 6                MR. FUDALI:  Object to form.
 7         A.     It bothered me.
 8         Q.     On February 6th, 2011 you did
 9    the A&F shoot with Bruce Weber as the
10    photographer, right?
11         A.     Yes.
12         Q.     The shoot is not mentioned
13    anywhere in this lawsuit, is it?
14                MR. FUDALI:  Object to form.
15         Q.     It's not in the complaint, is
16    it?
17                MR. FUDALI:  If you know.
18         A.     I don't know.
19         Q.     Did you read the complaint?
20         A.     I know -- I thought it was
21    listed somewhere.  Not in the complaint
22    itself but other documents.  I thought it
23    was labeled somewhere that I shot there.
24         Q.     You were excited to go to the
25    A&F shoot, weren't you?
```

Page 123

1      A.    Yes.

2      Q.    As a matter of fact, you were

3    lobbying Bruce to recommend you for

4    something else from the get-go, weren't

5    you?

6      A.    What do you mean?

7      Q.    Well, you said to Bruce right

8    away in the hallway, you know, what other

9    shoots do you have coming up, right?

10      A.    Right.

11      Q.    Because you're looking out for

12    yourself?

13      A.    Yeah.

14      Q.    Right?  And you want to take

15    advantage of the fact that you're with

16    this big photographer?

17      A.    Yes.

18      Q.    And you want to start a

19    relationship, you want him to like you?

20      A.    Yeah.

21      Q.    You want to cultivate that

22    relationship?

23      A.    Yes.

24      Q.    You write him the next day

25    telling him how great this was, yes?

```
 1              MR. FUDALI:  Asked and answered.
 2        A.    Yes.
 3        Q.    You reach out to him many more
 4   times, correct?
 5        A.    We both reached out to each
 6   other, yeah, more so on my end.  But
 7   there were times that he would call.
 8        Q.    By the way, you didn't tell
 9   your therapist that you did another photo
10   shoot with Bruce Weber after the French
11   Vogue shoot, did you?
12        A.    I'm not sure.
13        Q.    You told her you never saw him
14   again, didn't you?
15        A.    I don't believe so.
16        Q.    By the way, were you aware that
17   you were among a list of ten people that
18   were sent to be considered for
19   Abercrombie by Bruce Weber?
20        A.    I didn't know how many people
21   he sent.
22        Q.    You knew that you weren't the
23   only one though, right?
24        A.    I was assuming so.
25        Q.    In fact, didn't Bruce tell you,
```

Page 125

```
 1    when you asked him, didn't Bruce explain
 2    to you all he can do is recommend you for
 3    a job.  That he doesn't control who gets
 4    hired by the brand client?
 5              MR. FUDALI:  Object to form.
 6         A.    I don't know.
 7         Q.    You don't know?  Do you know
 8    that to be true?
 9         A.    Not sure.
10         Q.    You're not sure.  So then is it
11    your position that you don't know whether
12    or not it's up to Bruce Weber to hire
13    somebody or not?
14         A.    In my opinion?
15         Q.    Mm-mmm.
16         A.    I know he has power.
17         Q.    In your opinion, are you aware
18    of the fact that he can only make a
19    recommendation to a client and sometimes
20    they follow it and sometimes they don't?
21              MR. FUDALI:  Object to form.
22         A.    I don't know if I agree with
23    that.
24         Q.    Do you have any proof to the
25    contrary?
```

1      A.     I do not.

2      Q.     Do you have any corroboration

3   of what you're saying at all except that

4   it's your opinion?

5      A.     It's what you sense.  Other

6   models have talked about it.

7      Q.     Who in particular, please?

8      A.     I mean, at the French Vogue

9   shoot, for example.  People were talking

10  about how much, how much clout and power

11  he has within the industry, you know.  So

12  things like that.  Yeah, I might not have

13  evidence of it, but you sense that.

14     Q.     Okay.  So this was your sense

15  when you were starting to model after

16  just a few months, your sense was that he

17  had the power to control a shoot, and you

18  feel experienced enough to say that?

19          MR. FUDALI:  Object to form.

20     Compound.

21     Q.     Is that what you're saying?

22          MR. FUDALI:  Multiple questions.

23          You can answer all of them at

24     once or try to answer them

25     individually.

1      Q.     Is that what you're saying?

2      A.     I am saying he does have power

3  over the photo shoots.

4      Q.     Okay.  I am asking you if it's

5  your position that Bruce Weber controls

6  hiring and firing models for a brand

7  campaign, yes or no?  You don't know, do

8  you?

9      A.     I don't have evidence.  I don't

10  have evidence.

11      Q.     Okay.  So is it fair to say

12  that you don't know whether or not Bruce

13  Weber has total control and can hire and

14  fire models from a campaign brand shoot?

15            MR. FUDALI:  Object to form.

16            You can answer.

17      A.     I don't have evidence, but I

18  believe he could.

19      Q.     What is that belief based on?

20            MR. FUDALI:  Asked and answered.

21      A.     I mean, how often do you see

22  models in Abercrombie & Fitch photo

23  shoots with tattoos?  And he brought how

24  many models with tattoos over at A&F

25  shoot from French Vogue.

1              MS. WEINTRAUB:  I am going to

2         move to strike.  I don't understand

3         the answer and don't think it was

4         responsive.

5              MR. FUDALI:  I think it was

6         responsive.

7              (Ardolf Exhibit 8, Document

8         Bates stamped LBBW 37406, was so

9         marked for identification, as of this

10        date.)

11        Q.    Were you aware that only two of

12   the ten models that he suggested were

13   even chosen to go to the casting for A&F?

14        A.    I didn't know there was a

15   casting.  I never went to a casting.

16        Q.    After the photo shoot in 2011,

17   February 2011, you again wrote to Bruce

18   Weber, right?

19        A.    Yes.

20        Q.    Were you lying to him?

21        A.    About what?

22        Q.    Did you mean what you wrote to

23   him?

24        A.    I don't remember what I wrote.

25        Q.    After the French Vogue shoot

1    when you wrote to him, was that genuinely

2    how you felt, that it was amazing, it was

3    an amazing experience and you wanted to

4    shoot again down the road?

5        A.    I was doing that basically to

6    book another job.  I didn't necessarily

7    enjoy the experience, no.

8        Q.    So you lied to him?

9        A.    Right.

10       Q.    And you lied to him to get what

11   you wanted?

12       A.    Yeah.

13             (Ardolf Exhibit 9, Document

14       Bates stamped LBBW 37442, was so

15       marked for identification, as of this

16       date.)

17       Q.    I am going to show you Exhibit

18   9.  It's another e-mail from 2/12/11 from

19   you to -- from Josh Ardolf to Bruce Weber

20   on February 12th.  "Hey Bruce!  The photo

21   shoot was awesome, got some amazing

22   shots!  How have you been?  Take care."

23             Did you mean that or not?

24             MR. FUDALI:  Objection, which

25       part?

```
 1              MS. WEINTRAUB:  All of it.
 2       Q.    Did you mean this e-mail when
 3    you wrote it or is it not true?
 4              MR. FUDALI:  You can break it
 5       down, if you would like.
 6       Q.    You can answer.
 7       A.    I mean, the Abercrombie & Fitch
 8    photo shoot, the experience itself was
 9    fun.
10       Q.    Was it awesome?
11       A.    Sure.
12       Q.    Did you get some amazing shots
13    or not?
14       A.    I mean I probably lied about
15    that, so between the French Vogue and
16    Abercrombie shoot I gained probably
17    10 pound.  And I was just in a different
18    mental state at that point.  So I did
19    not -- I mean, already didn't feel
20    comfortable and, you know, and then you
21    add on 10 pounds and I'm still breaking
22    out and everything else.
23       Q.    Did you lie to Bruce when you
24    said you got some amazing shots or did
25    you mean that?  Is it true or not?
```

Page 131

1      A.    I maybe felt like it, yes.
2  Because I don't even think I received the
3  photos yet, by that time.
4      Q.    Did you get some -- I mean, I
5  just want to know if you were telling him
6  the truth.
7      A.    Yes, I felt like they were good
8  shots.
9      Q.    Okay.  The shoots were three
10  weeks apart.  You're saying that you
11  gained 10 pounds in those three weeks?
12      A.    Yes.  I can do that.
13      Q.    You went on a cruise, right?
14      A.    Yes.
15      Q.    Right after the shoot or
16  shortly after?
17      A.    Mm-mmm.
18      Q.    Yes?  You have to say yes for
19  the record or no.
20      A.    Yes.
21      Q.    And out of nowhere you just
22  send Bruce pictures of yourself on the
23  cruise, right?
24      A.    I don't remember.
25            (Ardolf Exhibit 10, Document

Page 132

1          Bates stamped LBBW 37446, was so

2          marked for identification, as of this

3          date.)

4          Q.    Let me show you Exhibit 10,

5     March 13th, 2011, "Here you go," and it

6     appears to be pictures from the cruise.

7     Can you take a look at that.

8               (Witness reviews document.)

9          A.    Okay.

10         Q.    So right, you're on a cruise

11    and you're having fun and you send him

12    pictures?

13         A.    Yes.

14         Q.    Okay.  And that is two months

15    after you claim he molested you, right?

16         A.    Yes.

17         Q.    You're sending Bruce pictures

18    why?

19         A.    It was a theme.  Every time

20    like -- sorry, the French Vogue, yes, I

21    did ask what job was coming up in the

22    future.  And he did say, you know,

23    Abercrombie is one of them.  You're a top

24    candidate.  Okay.  Now we're onto the

25    Abercrombie & Fitch photo shoot.  Similar

1    happens there where, you know, we discuss

2    it and --

3         Q.    Did you do the breathing

4    exercises then?

5         A.    No.

6         Q.    Did he touch you

7    inappropriately?

8         A.    No, no.

9         Q.    The same similar things didn't

10   happen there that you're claiming?

11        A.    Sorry.  As far as discussions.

12   I asked, you know, what jobs are coming

13   up in the future again.  I can't remember

14   the exact ones.

15        Q.    Because again, you know, you

16   wanted to get something from him?

17        A.    Right.

18        Q.    Okay.  And you're asking him,

19   you know, what's next, consider me,

20   please, or whatever, right?

21        A.    Right.  And that's why I was

22   keeping in contact.  That's why I kept in

23   contact with him.

24        Q.    And what was Bruce's response

25   to him?

1       A.      To the shoot?

2       Q.      When you say to him at

3    Abercrombie, when you say to him what's

4    next or you have anything else or --

5       A.      Yeah, you know, he brought up a

6    couple of different jobs again.  I can't

7    recall what they are.  I think one was

8    Ralph Lauren.  I can't remember exactly.

9       Q.      But didn't he tell you that he

10   didn't even think that you were really a

11   fit for Ralph Lauren?

12      A.      I don't remember that.

13      Q.      Okay.  What did he say that you

14   remember?

15      A.      That's it.  That's all I

16   remember.

17      Q.      What?

18      A.      That he said he had potentially

19   a couple of jobs.

20      Q.      And you don't remember the

21   specifics?

22      A.      No.

23      Q.      So you send him the pictures on

24   the cruise, right?

25      A.      Right.

1      Q.    And what is a mother agent?

2      A.    A mother agent is basically an

3  agent that, they get a percentage of your

4  earnings, but they direct you to, as far

5  as you should go with this agency, you

6  should go with that one.  They kind of

7  help you put your portfolio together.

8  They are just overseeing everything.

9      Q.    You know, you're sending Bruce

10  Weber pictures of you on a cruise.  You

11  sent him pictures from Alaska, right?

12      A.    Probably.

13      Q.    You're sending him personal

14  things?

15      A.    Yeah.

16      Q.    And you're trying to be friends

17  with him, right?

18      A.    I don't know if I would say

19  friend.

20      Q.    What would you say?

21      A.    Acquaintance.

22      Q.    Okay.  Were you trying to get

23  him to help you?

24      A.    Sure, yeah, he had power.

25      Q.    So anyone who has power, you

Page 136

1    use them?

2             MR. FUDALI:  Object to form.

3        A.    No.

4        Q.    Were you trying to -- were you

5    being genuine?

6        A.    No, I wasn't.

7        Q.    The whole thing was just a

8    fraud?  Yes?

9        A.    I wasn't being truthful.  Every

10   time we got done discussing things,

11   whether it was over the phone or in

12   person or via e-mail or Skype or whatever

13   it is, like, there was always a potential

14   for me to book another job.  So, yes, I

15   am going to keep in contact with him.  I

16   am going to keep sending photos and

17   making sure he doesn't forget about me

18   and things like that.

19       Q.    I mean, so you're sending him

20   pictures like -- you say happy birthday

21   from Josh Ardolf.  You send him pictures

22   of you dressed like in a banana suit,

23   right?

24       A.    Yes.

25             MR. FUDALI:  Has that been

```
 1      marked?
 2              MR. ETRA:  11.
 3              (Ardolf Exhibit 11, Document
 4      Bates stamped LBBW 37214, was so
 5      marked for identification, as of this
 6      date.)
 7      A.    Yes.
 8      Q.    This is not to cultivate a
 9  relationship or be genuine or sincere.
10  This is strictly because you want him to
11  think of you and you want to use his
12  power to give you a job?
13              MR. FUDALI:  Object to form.
14      A.    Yes.
15      Q.    How did you feel when he wasn't
16  giving you any jobs then?  Were you
17  angry?
18      A.    I wouldn't say angry.  I don't
19  know.  I guess, disappointed, I guess.
20      Q.    So you e-mail him in April and
21  you say "Hey, Bruce, how are you doing.
22  We have to catch up.  I've had some plan
23  changes.  Are the pictures done by
24  chance?"
25              Because again you're asking him
```

1  for something, you're asking him to send

2  you pictures?

3          MS. WEINTRAUB:  Exhibit 12.

4          MR. FUDALI:  Hold on, what's the

5      question?

6          (Ardolf Exhibit 12, Document

7      Bates stamped LBBW 37471, was so

8      marked for identification, as of this

9      date.)

10     Q.    You're asking him to send you

11  pictures?

12     A.    Yes, so these are I am assuming

13  from the Abercrombie & Fitch shoot?

14     Q.    Correct.

15     A.    Yes, I asked him.

16     Q.    And you ask him again after

17  that, I can't wait to see the bigger

18  files and the pictures will really help

19  your portfolio, right?

20     A.    Yeah.

21     Q.    So again you're just asking him

22  to keep helping you?

23     A.    Right.

24     Q.    In May 2011 you wrote to Bruce

25  that you shot a television pilot.  Is

1   that true?

2        A.    Yes.

3        Q.    And in May 2011 you send Bruce

4   some updated pictures of yourself?

5        A.    I'm not sure.  That's possible.

6        Q.    And you would agree that by May

7   2011, that's four months after you claim

8   that he touched you, right?

9        A.    Yeah.

10       Q.    And you're reaching out to him

11  regularly, sending him e-mails, pictures,

12  right?

13       A.    Yes.

14       Q.    Okay.  And you're pursuing him,

15  basically, right?

16            MR. FUDALI:  Object to form.

17       A.    Pursuing him how, what do you

18  mean?

19       Q.    You're the initiator, whether

20  it's e-mail, text, or phone, you're the

21  one who reaches out first because you're

22  the one who wants something, right?

23       A.    Right.  But he, I mean, there

24  were times that he also reached out to me

25  first.  But it was between our

```
 1    conversations.
 2        Q.    I mean four years of, after you
 3    claim the assault, I mean, in between
 4    you're basically begging him to do
 5    another shoot with him all the time, that
 6    was your goal?
 7        A.    Yes.
 8        Q.    And you're asking his opinion
 9    on everything from should you keep your
10    chest hair, should you cut your head
11    hair?
12        A.    Yes.
13        Q.    You're looking for advice from
14    him for style, right?
15        A.    Yeah.
16        Q.    You talk to him about college,
17    yes?
18        A.    I don't know.  I don't remember
19    all the conversations we had in detail.
20        Q.    You write to him in June 2011,
21    "Hey, Bruce, thank you very much for
22    getting these amazing images to me."  Do
23    you mean that?
24        A.    Personally, I probably didn't.
25        Q.    So, I mean --
```

1        A.     But they are amazing because

2    they are shot by him.

3        Q.     Okay.  So are you glad to have

4    them?  Is this true or not true?

5        A.     Yes, I was definitely glad to

6    have them.  I wasn't pleased with my body

7    image.

8        Q.     You said "I have some new plans

9    to run by you.  Hopefully we can Skype

10   soon or talk over the phone.  Would like

11   to hear your opinion on it.  Thanks."

12       A.     Yeah, I don't know what that --

13       Q.     I mean are you seeking his

14   opinion on different things all the time?

15            MS. WEINTRAUB:  That's Exhibit

16       13.

17            (Ardolf Exhibit 13, Document

18       Bates stamped LBBW 37506, was so

19       marked for identification, as of this

20       date.)

21       Q.     Is that right?

22            MR. FUDALI:  What's the

23       question, if he was seeking his

24       opinion?

25            MS. WEINTRAUB:  Yeah.

1      A.    I don't know what I was trying

2   to imply as far as plans or ideas, I

3   don't know what that was about.

4      Q.    The bottom line is whatever

5   your plans and ideas were that were going

6   on, you wanted to run it by him and get

7   his opinion, didn't you?

8      A.    Yeah, to a certain extent.

9      Q.    Now you claim -- sorry.

10      A.    To a certain extent, yes.

11      Q.    Is that to a certain extent now

12   after you filed this lawsuit or --

13           MR. FUDALI:  Object to the form.

14      A.    So, I don't know.

15      Q.    You make it seem like this was

16   all in furtherance of just using him.  Is

17   that really true?

18      A.    During the process, during all

19   these conversations.

20      Q.    You had no feelings for Bruce

21   Weber as a friend or a mentor?

22      A.    No.

23      Q.    You didn't really want his

24   opinion on anything?  Everything you were

25   asking him was a lie?

```
 1            MR. FUDALI:  Hold on, hold on.
 2       Which question do you want him to
 3       answer?
 4            MS. WEINTRAUB:  The last one.
 5            MR. FUDALI:  The one about the
 6       lies.  Could you repeat it, please.
 7       A.    Yes, sorry.
 8       Q.    Everything that you were
 9   sending him, all of your asking for
10   advice and help, that was all a lie and a
11   ruse?
12       A.    Yes.  All the phone
13   conversations we had with breathing
14   exercises, I was faking it.
15       Q.    Everything that you were
16   sending him and asking him for advice and
17   asking for his opinion, you're saying
18   that was all just a lie?
19       A.    I am not saying what I -- I
20   mean I said it as far as like an
21   opportunity to book another job.
22       Q.    Okay.  All the other things
23   were just --
24       A.    Just so he wouldn't forget
25   about me.
```

1       Q.     But it was also a ruse.   You

2    sent him happy Memorial Day.   There was a

3    hurricane coming, I hope you're well.

4    You didn't care, you didn't mean any of

5    that?

6       A.     Right.

7       Q.     So my point is, you're saying

8    all of these things, but you don't really

9    mean them?

10      A.     No.

11      Q.     Yes?

12      A.     Yes.

13      Q.     It's all like a deception to

14   get you a job?

15      A.     Right.

16             (Ardolf Exhibit 14, Document

17         Bates stamped LBBW 37509, was so

18         marked for identification, as of this

19         date.)

20      Q.     Okay.   In July you're sending

21   Bruce pictures, Exhibit 14, "After my

22   workout, my abs are sore.   I have to get

23   my hair trimmed."   Right?   You remember

24   all of these?

25      A.     Yes.

1       Q.     In July you send him -- Tieg

2    Van-Holland took pictures of you?

3       A.     Yes.

4       Q.     Nude pictures?

5       A.     Yes.

6       Q.     And I don't mean to be

7    offensive, but some people think that a

8    nude picture is dirty or -- you don't

9    think that, right?

10      A.     I mean it's an art, I guess,

11   you know.

12      Q.     I mean, you were proud of these

13   pictures, weren't you?

14      A.     Yeah.  Yeah, I was.

15      Q.     And these are beautiful nude

16   pictures, yes?

17      A.     Yeah.

18      Q.     You don't look at it, like, oh,

19   my penis is exposed in this, looking at

20   LBBW 37521, do you?

21      A.     No.

22      Q.     You look at it as a full body

23   shot, right?

24      A.     Right.

25             MS. WEINTRAUB:  This is Exhibit

1      15.

2              (Ardolf Exhibit 15, Document

3      Bates stamped LBBW 37516, was so

4      marked for identification, as of this

5      date.)

6      Q.    So this is an e-mail from you

7   to Bruce Weber, August 5th, 2011.  "Hey

8   Bruce, here is some recent pictures I

9   have done!  I have gotten these so far,

10   there are better ones coming soon and I

11   will send you those also.  Hope all is

12   well."

13              And they are pictures of you

14   with your hand on your penis, right?

15      A.    Mm-mmm.

16      Q.    Yes?

17      A.    Yeah.

18      Q.    That's 37521.  You with your

19   hands and pubic hair showing, 37522.  And

20   I am just describing it.

21      A.    No, that's fine.

22      Q.    37523, a naked shot of your

23   butt.  37524 --

24              MR. FUDALI:  Was this marked,

25      sorry?

1            MS. WEINTRAUB:  Yes, it is.

2       Q.    The bottom line is, nobody --

3    Bruce Weber isn't telling you how to pose

4    for these?

5       A.    No.

6       Q.    He wasn't taking them?

7       A.    No, Tieg was.

8       Q.    And this is six, seven months

9    after you claim that Bruce Weber

10   assaulted you, you're sending him nude

11   pictures of yourself, yes?

12      A.    Yes.

13      Q.    You're sending him these nude

14   pictures six months after you claim he

15   assaulted you and you claim you were

16   traumatized by what he did, right?

17            MR. FUDALI:  Object to form.

18      Q.    Yes?

19            MR. FUDALI:  Which question?

20      Q.    Do you claim he traumatized

21   you?

22      A.    Yes, I think he affected me.

23      Q.    No, I asked you if he

24   traumatized you.

25      A.    Overall, yes.

1      Q.     Okay.  So you're sending the

2   person that traumatized you nude

3   pictures, yes?

4      A.     Yes.

5      Q.     And you were thinking you just

6   want to do more shoots with Bruce Weber,

7   nude as well?

8             MR. FUDALI:  Object to form.

9      Q.     Yes?

10     A.     Not necessarily.

11     Q.     Were you going to limit it?

12     A.     I mean, yeah, it's expected.

13     Q.     But you didn't have a problem

14   with it, you were comfortable, weren't

15   you?

16     A.     As long as I knew my line.

17     Q.     Let me ask you this.  When you

18   shot nude with Tieg Holland, you didn't

19   have any fear or -- you weren't scared

20   he's going to molest you?

21     A.     No.

22     Q.     Nor when you did any of the

23   other photographs, correct?

24     A.     Which ones?

25     Q.     After Bruce Weber.  You weren't

1    so scared of anything that you didn't

2    work?

3         A.    Right.

4         Q.    Okay.  By the way, you were

5    sending these nude pictures to Bruce

6    Weber six months after he touched you

7    inappropriately, according to you, and he

8    never asked you to send him any of these

9    pictures, did he, ever?

10        A.    I would have to see all the

11   e-mails, I guess.

12        Q.    Well, you didn't produce any of

13   them.  From the e-mails we do see and you

14   reviewed them.  You reviewed them, right?

15        A.    I didn't review all of them.

16        Q.    Did you only review some of

17   them?

18        A.    Maybe.  Maybe I glanced over a

19   few.

20        Q.    Sorry?

21        A.    Maybe I glanced over a few.

22        Q.    Okay.  Well, I'm only -- the

23   truth is that I am only allowed a certain

24   amount of time and I'm rushing as it is.

25   So I don't want to take the time to go

1    over every single e-mail with you.  But

2    you have that production if you wanted to

3    review it.

4         A.    Yeah.

5         Q.    And I think you would be pretty

6    hard pressed, wouldn't you agree, Bruce

7    Weber never asked you to send nude

8    photographs, right?

9         A.    I disagree.

10        Q.    What?

11        A.    I don't agree.

12        Q.    You don't agree that he didn't

13   ask you --

14        A.    On paper maybe.  Via phone it's

15   different.

16        Q.    Are you saying that because

17   there is no record of it so it's easy to

18   make up?

19             MR. FUDALI:  Object to form.

20        A.    No.

21        Q.    In August you even had the

22   nerve to ask Bruce if he would look at a

23   friend's script for television for you?

24             MR. FUDALI:  Object to form.

25        A.    I know he had experience in

Page 151

1   film.

2       Q.    And you were asking him to help

3   your friend, right?

4       A.    Yeah.

5             (Ardolf Exhibit 16, Document

6        Bates stamped LBBW 37546, was so

7        marked for identification, as of this

8        date.)

9       Q.    August 12th, 2011, "Hey, Bruce,

10  I was wondering if you would have time to

11  look at one of my best friend's scripts.

12  He's mainly looking for feedback.  It's a

13  great comedic script for TV.  Thanks a

14  lot, Bruce.  XX."

15            Do you remember sending that?

16      A.    Yes.

17      Q.    I mean, isn't the truth that

18  you were looking for his help and his

19  guidance?

20      A.    In the industry, yes, he had a

21  lot of power.

22      Q.    I need to know whether you were

23  looking for guidance for real or this is

24  a lie also, you're just keeping up the

25  conversation, all is a deception?

Page 152

1      A.    Well, this I was trying to help
2   my friend directly.
3      Q.    So you just figured you would
4   use Bruce?
5      A.    Right.
6      Q.    When you said to Bruce before
7   that you would send him more pictures two
8   days later, you wrote "Hey, Bruce, here
9   are some recent pictures I have done.  I
10  have gotten all of these so far.  There
11  are better ones coming, I'll send you
12  those.  Thanks."
13            Then you send what has now been
14  marked as Composite 17.
15            (Ardolf Exhibit 17, Document
16      Bates stamped LBBW 37536, was so
17      marked for identification, as of this
18      date.)
19      Q.    It says "Three more for you,
20  maybe more soon!"  And these are three
21  pictures of you holding your penis,
22  right?
23      A.    Yeah.
24      Q.    And these were not pictures
25  taken by Bruce Weber, right?

Page 153

1      A.     Yes.

2      Q.     These are pictures that you

3  sent to Bruce Weber unsolicited, correct?

4      A.     Yes.

5      Q.     You're saying to him, look, on

6  August 5th, 2011 you're saying, here are

7  three more I got.  I just want you to see

8  them?

9      A.     Yes.

10     Q.     And that's eight months after

11 you claim he molested you, you're sending

12 him another set of nude photographs

13 unsolicited, yes?

14     A.     Yes.

15     Q.     And those photographs are taken

16 by Peter Brown, yes, or are those

17 different photographs?

18     A.     No, those are taken by Tieg.

19     Q.     Okay.

20     A.     Peter Brown, those are

21 different.  Yeah, those are it.

22     Q.     This is Peter Brown?

23     A.     Yes.

24     Q.     In between you write to Bruce

25 October 1st, 2011, "Hey, Bruce, I will be

```
                                        Page 154
1     out in New York City on October 4th until
2     early December.  Hopefully we can meet up
3     before you head to the nice weather of
4     Miami.  Hope Milan is going great.  Safe
5     travels, talk soon.  XX."
6               Is that from you?
7          A.    Mm-mmm.
8               MR. FUDALI:  Yes?
9               THE WITNESS:  Yes.
10              MS. WEINTRAUB:  That's 19.
11              (Ardolf Exhibit 18, Document
12         Bates stamped LBBW 37549, was so
13         marked for identification, as of this
14         date.)
15              (Ardolf Exhibit 19, Document
16         Bates stamped LBBW 37548, was so
17         marked for identification, as of this
18         date.)
19         Q.    So you're writing to him ten
20    months after you claim he molested you
21    telling him you're going to be in New
22    York for three months and hoping to meet
23    up with him, right?
24         A.    Yes.
25         Q.    That never happened though, did
```

Page 155

1    it?

2         A.    No.

3         Q.    He never called you and said,

4    hey, Josh, come over?

5         A.    No.

6         Q.    He never called up and said,

7    hey, I would just like to catch up with

8    you?

9         A.    No.

10        Q.    He never called you and said, I

11   would like to shoot you again?

12        A.    No.

13        Q.    He doesn't see you when you

14   come to New York, does he?

15        A.    No.

16        Q.    But a month after you write to

17   him, "What do you think, Bruce, most

18   recent test shot by Peter Brown, number

19   18."  And you send him another picture.

20        A.    Yes.

21        Q.    Would you agree it seems like

22   you're almost relentlessly pursuing him

23   with pictures, with e-mails, right?

24             MR. FUDALI:  Object to form.

25        Q.    You have a goal and you want to

1    get there?

2         A.    Right, yeah.  I wanted to book

3    more jobs.

4         Q.    And that was your goal?

5         A.    Right.

6         Q.    And you were going to do

7    whatever it took to get there?

8         A.    Not necessarily.

9         Q.    Well, you were going to do what

10   you thought you could do to get there?

11   Isn't that why you were sending all of

12   these e-mails?

13        A.    Yeah.

14        Q.    And isn't that why you were

15   sending him the pictures?  Yes?

16        A.    Right.

17        Q.    But he's never responding to

18   them saying, wow, you look fabulous,

19   come, we'll do another shoot, is he?

20        A.    No.

21        Q.    And you're getting really upset

22   about that?

23        A.    Yeah.

24        Q.    In November 2012 you write to

25   Bruce that you still want to focus on

1    modeling and acting, which is always in

2    the back of your mind and you're never

3    giving up, right?

4         A.    I don't know.

5         Q.    I'm sorry, February 24th, 2012,

6    right?

7         A.    I haven't seen the e-mail.

8              (Ardolf Exhibit 20, Document

9         Bates stamped LBBW 37565, was so

10        marked for identification, as of this

11        date.)

12        Q.    Let me show you Exhibit 20 for

13   the record.  "Hey, Bruce, so anyway,

14   school has been going good.  It is nice

15   to see my old friends again and spend

16   time with them.  Although it's been hard

17   getting back into school mode."

18              I mean, you're talking to him

19   or you're just really good at deceiving

20   him, I don't know which it is, right?

21        A.    No.

22        Q.    To let him think that, you

23   know, you really looked to him as a

24   mentor, right, you're just deceiving him,

25   or trying to?

Page 158

```
1              MR. FUDALI:  Object to form.
2         A.    I am just trying to keep in
3    contact with him.
4         Q.    You write "I still really want
5    to focus on modeling, acting.  I am never
6    giving up."  Right?
7         A.    Right.
8         Q.    And then you wrote "I am hoping
9    to get out to New York City this summer,"
10   right?
11        A.    Yes.
12        Q.    And then you wrote "I have to
13   seriously think about either Europe or
14   L.A., a different market may be the best
15   thing which I won't know until I try"?
16        A.    Yeah.
17        Q.    Right?
18        A.    Yes.
19        Q.    Because that's a very popular
20   alternate route for a model that can't
21   get picked up in the United States, they
22   go -- or New York.  They go to Europe
23   often?
24        A.    Yes, or Asia, yes.
25        Q.    Or even New York models try an
```

Page 159

1    L.A. market, which is completely
2    different, yes?
3         A.    Yes.
4         Q.    And that's where you said that
5    you would have to consider those?
6         A.    Yes.
7         Q.    Did you do any of that?
8         A.    I did not.
9         Q.    I mean you were saying that you
10   were going to do that because you knew
11   that that would help further your career,
12   right?
13        A.    That was my hope.
14        Q.    Right.  But you didn't take
15   those steps to do that?
16        A.    No.
17        Q.    To further your career?
18        A.    No, I didn't move, I didn't
19   move to Europe or L.A.
20        Q.    And you didn't consider trying
21   to do any of that, which are some of the
22   things that models have to do that can't
23   make it in the U.S.?
24        A.    Right.
25        Q.    That wasn't Bruce Weber's

Page 160

1  fault, was it?

2  　　　A.　　I am not blaming that on him.

3  　　　Q.　　Okay.  You're not blaming it on

4  him that you weren't picked up by other

5  clients?

6  　　　A.　　Right.

7  　　　Q.　　And you're not blaming him that

8  your career didn't take off?  He gave you

9  the best shot of anybody?

10  　　　A.　　Yeah.

11  　　　Q.　　Right?

12  　　　A.　　Yes.

13  　　　Q.　　And for the next two years

14  there are pictures, e-mails, hi, Bruce,

15  how are you doing, just sending you some

16  pictures, right?  Hope the weather is

17  nice in Miami.

18  　　　A.　　Yeah.

19  　　　Q.　　You send him more nude pictures

20  on January 15th, 2013.  "Just want to

21  give you an update.  Hope all is well."

22  　　　　　(Ardolf Exhibit 21, Document

23  　　　Bates stamped LBBW 37605, was so

24  　　　marked for identification, as of this

25  　　　date.)

Page 161

1       Q.      Right?

2       A.      Yeah.

3               MS. WEINTRAUB:   That's Exhibit

4       21.

5       Q.      And that's you in the nude

6    sending him again updated body shots,

7    you're holding your penis in one, yes?

8       A.      Yes.

9       Q.      Provocative shot on 37609?

10      A.      Yes.

11      Q.      And you're sending these

12   provocative nude shots to Bruce Weber,

13   January 15th, 2013, the person that you

14   claim molested you two years earlier,

15   right?

16      A.      Yes.

17      Q.      In June 2013, which is two

18   years since your claim, you write to

19   Bruce Weber, "Hope you're doing good

20   health-wise.  I miss the model

21   lifestyle."

22              Do you remember that?

23      A.      I believe so, yeah.

24      Q.      "Thank you so much for giving

25   me the opportunities that you did.  I

Page 162

1    will never forget them and will always
2    treasurer them."  Remember writing that?
3         A.    I don't.
4         Q.    You wrote "I might go to Miami
5    over the winter actually."
6              He writes "You look great in
7    Montauk and in the City.  All my best to
8    you, Bruce."
9              And then you write "I took this
10   shot yesterday" and you send him another
11   picture.  Exhibit 22.
12              (Ardolf Exhibit 22, Document
13         Bates stamped LBBW 37620, was so
14         marked for identification, as of this
15         date.)
16         Q.    Do you see that?
17         A.    Mm-mmm.
18         Q.    Yes?
19         A.    Yes.
20         Q.    The opportunities that you're
21   talking about were the French Vogue
22   shoot, right, and the Abercrombie shoot,
23   right?
24         A.    Yes.
25         Q.    Because those were the two best

1   shots that could have -- that did give

2   you the exposure and could have, if it

3   was meant to be, propel your career?

4        A.    Yes.

5        Q.    The fact that it didn't take

6   off had nothing to do with Bruce?

7        A.    No.

8        Q.    You said that you would

9   treasurer those opportunities, right?

10       A.    Yeah, I did.

11       Q.    "I will never forget them and

12   always treasurer them," you wrote.  Was

13   it true?  Did you mean that?

14       A.    I mean if you separate it out

15   with just the shoot, just the shoot,

16   yeah.  Like that was a good experience.

17   But everything else wasn't.

18       Q.    It was the only -- the best

19   opportunity you had for your whole

20   career, wasn't it?

21       A.    Yeah.

22       Q.    So you wrote you treasured it.

23   Now you're trying to back out of it

24   because you think it looks bad, right?

25             MR. FUDALI:  Object to form.

```
 1        Jayne -- no, you don't have to answer
 2        that question.  I direct you not to
 3        answer.
 4        Q.    You say "I miss the model
 5   lifestyle"?
 6        A.    Which I did.  That's probably
 7   true.
 8        Q.    So some things you wrote to him
 9   are true, some things are not true.
10   Right?
11        A.    Yes.
12        Q.    But the whole thing is it was
13   all deceptive on your part?
14              MR. FUDALI:  Objection.  Asked
15        and answered.
16              You can answer again if you have
17        a different --
18        Q.    Even this.
19        A.    I don't know.
20        Q.    So two years after you claim he
21   molested you, you're writing to him you
22   missed the model lifestyle.  You
23   treasured the opportunities he gave you.
24   And this is a person that you now claim
25   eight years later molested you, right?
```

1           MR. FUDALI:  Objection.

2      Compound.  Asked and answered.

3      Q.    Yes?

4           MR. FUDALI:  Hold on, hold on.

5      A compound question.  Multiple

6      questions in there.  It's also asked

7      and answered.

8      Q.    You can answer.

9           MR. FUDALI:  If you can.

10     A.    I mean, yes.  Yeah.

11     Q.    In August 2013 you wrote to

12  Bruce and you said, you just got

13  certified as a claims adjuster, right?

14     A.    Yeah.

15     Q.    In 2013 Bruce Weber writes back

16  to you, he writes "Congratulations, you

17  do look great."

18     A.    I haven't seen the e-mail.  I

19  don't know.

20          MR. FUDALI:  Are you doing okay?

21     Do you need to take a break for any

22     reason?

23          THE WITNESS:  I'm good.

24          MR. FUDALI:  Jayne, just

25     logistically, are we breaking for

Page 166

```
 1        lunch at some point?  Like is lunch
 2        ordered?
 3               MS. WEINTRAUB:  Off the record.
 4               (Off the record.)
 5               MS. WEINTRAUB:  So to your
 6        whatever, inquiry or question about
 7        lunch, I am just going to ask a couple
 8        more questions and we will break.
 9               MR. FUDALI:  Sure.
10               MS. WEINTRAUB:  And then I would
11        like to break for lunch for just --
12               MR. FUDALI:  20?
13               MS. WEINTRAUB:  Perfect.
14        Q.    So you're sending Bruce Weber
15     these pictures.  It's going on for two,
16     three years, right?
17        A.    Yeah.
18               (Ardolf Exhibit 23, Document
19        Bates stamped LBBW 37216, was so
20        marked for identification, as of this
21        date.)
22        Q.    Three years actually.  Maybe
23     more.  December 2015 you send him Merry
24     Christmas.  I guess it's in the shower.
25     It's a cutoff photo, right?
```

1      A.     Right.

2      Q.     You say "I hope all is well.  I

3   just did a five-page spread in the

4   Minnesota Bride Magazine.  I will send

5   you photos.  They turned out amazing."

6   Right?

7      A.     Yeah.

8            MS. WEINTRAUB:  I need to find

9        something.  So we will break for

10       lunch.

11            THE VIDEOGRAPHER:  Going off the

12       record at 12:17 p.m.  This marks the

13       end of media 2.

14            (Lunch recess:  12:17 p.m.)

15

16

17

18

19

20

21

22

23

24

25

```
                                    Page 168
 1                  Afternoon Session
 2                     1:03 p.m.
 3             THE VIDEOGRAPHER:  Back on the
 4        record at 1:03 p.m., this marks the
 5        beginning of media 3.
 6   J O S H U A   A R D O L F,  having been
 7   previously duly sworn, was examined and
 8   testified further as follows:
 9   EXAMINATION (Continued)
10   BY MS. WEINTRAUB:
11        Q.    Josh, when is the first time
12   that you went to therapy?
13        A.    2017, the fall of 2017, I
14   believe.
15        Q.    Is that when you went with your
16   wife?
17        A.    Yes.
18        Q.    And did you see Jessica?
19        A.    Yes.  Yup.  We both did.
20        Q.    Sorry?
21        A.    Yeah, we both did.  We both
22   like, it was couples.  And then --
23        Q.    Okay.  Did you at any time
24   discuss this case with Heather in those
25   sessions?
```

Page 169

1    A.    Yes.

2    Q.    Okay.

3          MS. WEINTRAUB:  On the record,

4    Mr. Fudali, I have to advise you that

5    the only records, and I asked a

6    thousand times in writing, the only

7    records that we have been provided

8    were the records of when he went

9    alone.  I specifically asked for the

10   records of the couples therapy and you

11   had declined to provide them and

12   stated that they were not relevant.

13         MR. FUDALI:  My position is they

14   are not relevant.

15         MS. WEINTRAUB:  They discussed

16   it.

17         MR. FUDALI:  If you want to make

18   sure that's clarified on the record.

19         MS. WEINTRAUB:  I did.

20         MR. FUDALI:  Okay.  Maybe if you

21   want to -- okay.

22         MS. WEINTRAUB:  Now what?

23         MR. FUDALI:  I'm not sure it's

24   adequate.  If you want to get further

25   clarification that this case or what

Page 170

```
 1          happened with Bruce Weber was actually
 2          discussed specifically during those --
 3                  MS. WEINTRAUB:  Didn't you just
 4          say that?
 5                  MR. FUDALI:  -- during those
 6          sessions, I can reevaluate.
 7          A.    I don't know what was
 8     specifically discussed, but she knew
 9     about everything prior to that anyway.
10          Q.    She being Jessica or Heather?
11          A.    Yes, Heather, my wife.
12          Q.    I am not talking about that.  I
13     am talking about -- strike that.
14                  Did you discuss in couples
15     therapy anything about this legal case?
16          A.    It was brought up.
17                  MS. WEINTRAUB:  So with that
18          said, I am going to make a demand from
19          your lawyers that I want those
20          records.  Also in your release it
21          specifically says that your family is
22          not allowed to get those records.  So
23          I am going to reserve time in the
24          deposition to question you again once
25          I get those records about them.
```

1        Do you have an objection to that
2     based on him saying that they
3     discussed it?  Even you can't come up
4     with something.
5            MR. FUDALI:  I am sure I can
6     come up with something.  I do not have
7     an objection to it based on
8     Mr. Ardolf's statements on the record
9     here to get those records.  I am not
10    saying that I am willing to provide
11    the entirety of those records.  There
12    may be irrelevant information.  But
13    insofar as those records do discuss
14    this lawsuit, I believe we will
15    produce those.
16            MS. WEINTRAUB:  For purposes of
17    the next set of questions, I think it
18    would just be easier if I mark the
19    Plaintiffs 270 to 321 and 456 to 467
20    as one composite exhibit.  These are
21    the records that we have been provided
22    by -- how do you pronounce her name?
23            THE WITNESS:  I believe it's
24    Auel.
25    Q.    What do you call her?

1      A.    I just call her Jessica.  I

2   never bring up the last name.

3      Q.    So I am going to provide that

4   to your lawyer, and as we go through

5   them, it will just be easier to pull up

6   whatever.

7           MR. FUDALI:  This is the one

8        copy for both of us?

9           MS. WEINTRAUB:  What?

10          MR. FUDALI:  One copy for both

11       of us.

12          MS. WEINTRAUB:  Yeah.

13          (Ardolf Exhibit 24, Document

14       Bates stamped Plaintiffs 270 to 321

15       and 456 to 467, was so marked for

16       identification, as of this date.)

17     Q.    So the first time that you went

18   to see Jessica by yourself was

19   November 26th, 2018; is that right?  It's

20   on 274.  And the date is up here.

21     A.    Okay.

22     Q.    Right?

23     A.    Yeah.

24     Q.    Is that a yes?

25     A.    Yes.

Page 173

```
 1        Q.     And just so the record is
 2   clear, what's the name of the therapist
 3   that you were seeing?
 4        A.     Jessica Auel.
 5        Q.     And she's from where?
 6        A.     Originally?
 7        Q.     What's her -- she's a marriage
 8   and family therapist?
 9        A.     Yeah, sorry, the company, yes.
10   Mankato Marriage & Family Therapy Center.
11        Q.     And you first went to see her
12   November 26th, 2018.  Had you ever seen
13   anyone from The Bloom Firm?
14        A.     Had I met them?
15        Q.     By that time, by the time that
16   you went 11/26/2018, had you seen any
17   lawyer about this lawsuit?
18        A.     I believe so.
19        Q.     And who was it, by the way,
20   that you did see?
21        A.     I'm not sure exactly.  I spoke
22   with somebody.
23        Q.     On the phone?
24        A.     Yeah.  Or via e-mail normally.
25        Q.     Did you ever -- we'll get to it
```

Page 174

1    later.   When did you get married?

2        A.      2016.

3        Q.      When did you go to couples

4    counseling?

5        A.      Started in 2017 fall.

6        Q.      How many times did you go?

7        A.      I'm not sure of the exact

8    number.

9        Q.      And we're talking about the

10   therapist, you said Jessica Auel,

11   A-u-e-l?

12       A.      Yeah.

13       Q.      Who suggested that you see a

14   therapist in 2018?

15            MR. FUDALI:   I am going to

16        instruct you not to answer the

17        question if in fact the person -- I

18        don't know -- well, you can answer the

19        question insofar as it does not waive

20        attorney/client privilege.

21       A.   My wife.

22            MR. FUDALI:   There you go.

23       Q.      Did any of the other Plaintiffs

24   suggest it to you?

25            MR. FUDALI:   I am going to

1          object to that.  If a conversation
2          took place -- before everyone makes
3          their faces and looks, this is the
4          exact same objections you guys have
5          been making this entire time.
6              MR. ETRA:  I disagree.  Just
7          make the objection.
8              MR. FUDALI:  The objection is if
9          you had a conversation with the
10         Plaintiffs and your attorneys present,
11         then I am going to instruct you not to
12         answer that question, if that's the
13         answer to the question.
14             MS. WEINTRAUB:  So I will break
15         it down because in case you didn't
16         hear, I didn't say anything about
17         attorneys.  I said the Plaintiffs.
18             MR. FUDALI:  But if that
19         conversation took place with the
20         Plaintiffs and attorneys in some sort
21         of meeting with all of them that would
22         be protected by attorney/client
23         privilege, and I am sure no one
24         disagrees with that.
25         A.    No.  The answer is no.

Page 176

1              MR. FUDALI:  That makes it

2        easier.

3        Q.    Did you participate in meetings

4    with more than yourself, another

5    Plaintiff present, with the lawyers?

6              MR. FUDALI:  I am going to

7        instruct him not to answer that based

8        on attorney/client privilege.

9              MS. WEINTRAUB:  What's the

10        privilege whether or not you were

11        together?

12              MR. FUDALI:  If you really want

13        that answer, you can bring it up with

14        the judge, but I am instructing him

15        not to answer based on attorney/client

16        privilege.

17        Q.    How many times were there

18    meetings with all of you together?

19              MR. FUDALI:  I am going to

20        instruct him not to answer based on

21        attorney/client privilege.  You guys

22        objected to talking about documents

23        that may have been viewed in front of

24        an attorney.

25              MR. BROWN:  The question was did

Page 177

1        you participate.  There was no

2        question about what was said.

3               MR. FUDALI:  I instruct him not

4        to answer.  If you guys want to take

5        this up with the court.

6               MR. ETRA:  If we keep asking

7        other questions, it will be the same

8        instruction?

9               MR. FUDALI:  Correct.  And for

10       the record, I was usually much more

11       lenient on this, but last time with

12       Bruce, he wasn't allowed to say what

13       documents he viewed.

14               MR. BROWN:  For your client's

15       sake so he doesn't have to come back,

16       I would ask you to listen to what the

17       question was, because it was did you

18       participate.  I don't see how that --

19               MS. WEINTRAUB:  How about a yes

20       or no answer?

21               MR. FUDALI:  I am going to

22       instruct him not to answer based on

23       attorney/client privilege.

24       Q.     Did you talk to any of the

25    other Plaintiffs without a lawyer

1    present?  Without a lawyer?

2              MR. FUDALI:  I am going to

3         object if the answer would reveal

4         something that was at the direction of

5         an attorney.  For instance, when that

6         same question was asked of

7         Mr. Bernstein, he was instructed not

8         to answer insofar as perhaps he was

9         instructed to speak to someone.  I

10        believe that Dawn Tomassone was

11        instructed not to answer that exact

12        question.

13             MS. WEINTRAUB:  She's not a

14        party.  I am asking a party if they

15        spoke with another party.

16             MR. FUDALI:  Okay.  I asked Dawn

17        Tomassone if she had spoken to

18        Mr. Bernstein.

19             MS. WEINTRAUB:  You can make

20        your objection.  Are you telling him

21        not to answer?

22             MR. FUDALI:  Yes.

23             MS. WEINTRAUB:  You're

24        instructing him not to answer whether

25        or not he spoke with another

Page 179

1          Plaintiff --

2                MR. FUDALI:  No.

3                MS. WEINTRAUB:  -- without

4          lawyers present?

5                MR. FUDALI:  If the conversation

6          was at the instruction of attorneys,

7          then I am instructing you not to

8          answer.  If independently you had a

9          conversation with any of the

10         Plaintiffs, you can answer that.

11               THE WITNESS:  How do you want me

12         to answer?

13               MR. FUDALI:  If you had a

14         conversation independently that was

15         not at the instruction of your

16         attorneys with the other Plaintiffs,

17         then you can answer.  If not, then I

18         would instruct you not to answer.

19         A.    I guess I can't answer that.

20         Q.    Let me just ask you something,

21    Josh.  You understand you're under oath,

22    right?  Yes?

23         A.    Yes.

24         Q.    Do you understand that there

25    are criminal penalties, potentially, if

Page 180

```
 1   you lie under oath?
 2       A.    Yes.
 3       Q.    Do you understand that we
 4   already have communications, and produced
 5   them, of communications between you and
 6   some of the other Plaintiffs that were
 7   clearly on your own?
 8       A.    Okay.
 9       Q.    So you just lied?
10       A.    I said I can't answer it.  I
11   didn't lie.
12            MR. FUDALI:  Okay.  Let me --
13       Q.    Let me just remind you of
14   something.  I am going to remind you
15   again and I am going to ask you a
16   question.  You said you can't answer that
17   question because according to your
18   lawyer's objection, if it was at his
19   direction, then you couldn't answer it,
20   right?
21       A.    Right.
22       Q.    Okay.  But otherwise, of course
23   you could answer it.  It's very clear
24   that the conversation you had with some
25   of the other Plaintiffs was not at the
```

Page 181

```
 1    direction of your lawyer.  So I am going
 2    to ask you again.
 3              MR. FUDALI:  Is that the
 4        question?
 5        Q.    Even if it wasn't at his
 6    direction, did you have conversations or
 7    communications with the other Plaintiffs?
 8              MR. FUDALI:  You can answer
 9        that.
10        A.    Yes.
11        Q.    Okay.  Which other Plaintiffs?
12        A.    I reached out to Jason.
13        Q.    Jason?
14        A.    I don't know how to pronounce
15    his last name.
16        Q.    How did you reach out to him?
17        A.    Via e-mail.
18        Q.    Van Oijen?
19        A.    Yes.
20        Q.    How did you have his e-mail?
21        A.    We spoke a couple of times
22    randomly over the years.  We just kept in
23    contact from time to time.
24        Q.    Okay.  And you had never said
25    anything to him, right, about what you're
```

1   claiming?

2        A.    No.  No, I didn't tell him

3   initially over that time.  But then I

4   asked him about, you know, my incident

5   then at that point.

6        Q.    Okay.  So let's get real

7   specific.  When do you claim this

8   conversation took place by e-mail?

9        A.    I don't know exactly.

10             MR. FUDALI:  I'm sorry, was the

11        question whether it took place by

12        e-mail or when?

13        Q.    The first conversation you had

14   with him, was it on e-mail?

15        A.    The first conversation after --

16             MR. FUDALI:  The first

17        conversation about the incident?

18             MS. WEINTRAUB:  Yeah.

19        A.    Oh, yeah, I reached out to him

20   via e-mail.

21        Q.    Do you have that e-mail?

22        A.    I would have to bring it up on

23   the -- yeah.

24        Q.    Have you produced that e-mail?

25        A.    I'm not sure.

1      Q.     Okay.  Have you looked for it?

2      A.     I don't know.

3      Q.     Did you reach out to him before

4   or after you were speaking with The Bloom

5   Firm?

6      A.     I would have to look in my

7   records to see the exact dates.  They are

8   pretty close.

9      Q.     What other Plaintiffs have you

10  spoken with?

11     A.     I spoke with Jason Boyce I

12  know.

13     Q.     When was the first time you

14  spoke with Jason Boyce?

15     A.     Again, I would have to look at

16  my records.  I don't remember exact dates

17  and times.

18     Q.     Well, do you understand that

19  we've already requested that you produce

20  all of these discussions, you do, right?

21     A.     I screenshotted the Instagram

22  post.  I can bring them up.

23     Q.     Have you provided all of the

24  communications that you had with them

25  that are in writing?

1          MR. FUDALI:  I am going to

2      instruct him not to answer if it's

3      provided to his attorney.

4          MR. ETRA:  This is discovery.

5      She's not asking whether you provided

6      discovery to your attorney.

7          MR. FUDALI:  That's what she's

8      asking.  She can ask if his attorney

9      has produced something.

10          MS. WEINTRAUB:  Ask him if he

11      produced, he knows that he was

12      requested.

13          MR. FUDALI:  Produced to who,

14      his attorney?  That's privileged.

15          MR. ETRA:  That's discovery,

16      that's how we know whether we can get

17      discovery or not.

18          MR. FUDALI:  What he's given his

19      counsel is absolutely privileged.

20          MR. ETRA:  So we can't verify in

21      discovery what efforts he took.

22          MR. FUDALI:  You can ask what

23      efforts he took, not what he gave his

24      attorney.  I can't ask Jonathan

25      Bernstein what he did.  I can't ask

Page 185

```
1        Bruce Weber what he provided to you

2        guys.

3              MR. ETRA:  By way of discovery,

4        100 percent.

5              MR. FUDALI:  You're saying I can

6        ask Bruce Weber, what did you give to

7        your attorneys?

8              MR. BROWN:  Responsive to

9        document request.

10             MR. FUDALI:  You can ask what he

11       looked for, absolutely, and what he

12       found.  You cannot ask what he gave to

13       me or his attorneys.

14             MR. ETRA:  We're going to have

15       to go to the judge on this one.

16             MR. FUDALI:  That's fine, if

17       it's important to you.

18             MR. ETRA:  Just keep asking

19       questions, Jayne.

20       Q.    Josh, you talked about, when

21   you first went to --

22             MR. FUDALI:  For the record, I

23       am not objecting to you asking what he

24       looked for and what he found.  But

25       communications, what he provided to
```

Page 186

1        the attorneys, what was responded to,
2        what he provided that's privileged.
3        Q.    The first time that you went to
4    Jessica was in November 2018, around the
5    time you went to the lawyers, right?  You
6    said it's close?
7        A.    I believe so.
8        Q.    You talked about your parents'
9    divorce, right?
10       A.    Yes.
11       Q.    You talked about it having an
12   impact on your life?
13       A.    Yeah.
14       Q.    You told Jessica that you were
15   sexually assaulted and fell into a deep
16   depression for about a year?
17       A.    Yeah.
18       Q.    Yes?
19       A.    Yes.
20       Q.    You were telling her in 2018
21   that -- by the way, did you ever see a
22   psychiatrist?
23       A.    I did not.
24       Q.    Do you know what depression is?
25       A.    She diagnosed me with it.

1    Q.    Do you know what depression is?

2    A.    Yes.

3    Q.    What is it?

4    A.    I don't -- I am not going to

5    say the exact term.

6    Q.    Do you know what it is, yes or

7    no?

8    A.    I do.

9    Q.    Tell me.  What does it mean to

10   you?

11          MR. FUDALI:  Do you want the

12        scientific definition?  What does it

13        mean to you.  That's a different

14        question.  I have no objection to that

15        question.

16   A.    What it means to me, for me, I

17   guess you get into a dark state.  You're

18   mentally not fully there.

19   Q.    Okay.  What does dark state

20   mean?

21   A.    You could have some dark

22   thoughts.

23   Q.    What is a dark thought?

24   A.    A dark thought.

25   Q.    Is that suicide?

Page 188

```
 1        A.     It could be.  It very well
 2   could be with depression.
 3        Q.     Did you have thoughts of
 4   suicidal ideation?
 5        A.     I am not going to say I didn't.
 6   It's definitely -- you know, there had
 7   been random thoughts of it.
 8        Q.     And you discussed those with
 9   Jessica?
10        A.     I don't know if I discussed
11   that with her.
12        Q.     You held it back from her, the
13   therapist that you're going to for help?
14             MR. FUDALI:  Object to form.
15        A.     I would have to look.
16             MR. FUDALI:  Jayne, don't put
17        words in his mouth.  He said "I don't
18        know if I discussed that with her."
19        Q.     You told her that you went to
20   get services from her because you had
21   concerns about your marriage.  He also
22   has legal concerns regarding his marriage
23   and it goes on and on at the bottom of
24   274.  Do you see that?
25        A.     Yes.
```

1      Q.      Is Jessica Auel the first
2    person that you're telling about this
3    incident with Bruce Weber?
4      A.      First person?
5      Q.      Other than your lawyer?
6      A.      Other than my wife too.
7      Q.      Anyone else?
8      A.      I don't think so.
9      Q.      Who was the first person you
10   told?
11     A.      My wife.
12     Q.      When?
13     A.      I don't know the exact date.
14     Q.      Year?  After you were married
15   or before?
16     A.      After.
17     Q.      Okay.  So you were married in
18   2016?
19     A.      Mm-mmm.
20     Q.      You have to say yes or no.
21     A.      Yes.
22     Q.      So it was after that?
23     A.      Yes.
24     Q.      Where were you when you told
25   her that?

1        A.    Where was I?

2        Q.    Yeah.

3        A.    We were home.  I don't remember

4    exactly.

5        Q.    Do you remember what the

6    circumstances were that led you to tell

7    her at that time?

8        A.    Again, I would have to look

9    back at my records and see the exact

10   dates.

11       Q.    Did you make a record of the

12   date that you told her?

13       A.    No.

14       Q.    So how would you remember?

15       A.    I would be able to look back at

16   different maybe conversations that I had.

17       Q.    With?

18       A.    With her.  Like maybe via text.

19   Because we still talked about it

20   afterwards, so I would be able to give

21   you a better timeline then.

22       Q.    So you don't really remember

23   when you told her, if it was 2016, '17 or

24   when you decided to go to the lawyers,

25   right?

```
                                        Page 191
 1               MR. FUDALI:  Object to form.
 2        A.    I don't know.
 3        Q.    Okay.  You told Jessica after
 4    the shoot, you were invited to go to the
 5    photographer's office, right, for a
 6    private shoot?
 7        A.    Where is this?
 8        Q.    Answer me before you look at
 9    her documents, please answer the
10    question.
11               MR. FUDALI:  No, no, no,
12         absolutely not.
13               MS. WEINTRAUB:  Excuse me?
14               MR. FUDALI:  If he wants to
15         refresh his recollection with an
16         exhibit you already provided him, he
17         absolutely can do that.  You can't
18         instruct him not to look at an exhibit
19         you provided him.
20               MS. WEINTRAUB:  I want to know
21         if he needs to refresh his
22         recollection first.  Thank you.
23               MR. FUDALI:  If you need to
24         refresh your recollection, you can.
25        A.    I don't know.
```

1        Q.     So turn to page 276.  And I
2    will show it to you here, where it is,
3    "After the shoot the photographer invited
4    Josh into his office to do a private
5    shoot"?
6        A.     Right.
7        Q.     Do you remember that?
8               MR. FUDALI:  Do you remember
9        what?
10       Q.     Do you remember telling her
11   that?  To use your lawyer's words, does
12   this refresh your recollection?
13       A.     I don't remember telling her
14   that exactly.
15       Q.     Is that accurate?
16       A.     No, this is not accurate here.
17       Q.     You told her that while you
18   were in the office, you did some kind of
19   breathing exercise and he forcefully
20   touched you in your groin area.  Do you
21   see that?
22       A.     Where is that at?
23       Q.     The next sentence.
24              MR. FUDALI:  I am going to
25       object that the phrasing is that's

1        what he told her.  That's what the
2        record states.  He says he doesn't
3        recall what he told her.
4        A.    Yeah, I mean he did force his
5    hand down from where it was on my
6    abdomen.
7        Q.    Okay.  And you never -- you
8    told her that the photographer forced his
9    hand down on your groin area?
10       A.    I mean he moved it down.  I was
11   holding it though.
12       Q.    There is a difference between
13   moved --
14            MR. FUDALI:  Let him answer the
15       question.
16            MS. WEINTRAUB:  Can I finish my
17       question?  I was interrupted.
18       Q.    There is a difference between
19   moved or forced.  And the way you
20   described it was moved.  And when I asked
21   you if it was forced or could you move
22   it, you said yes.  So there wasn't
23   physical force?  Is that accurate?
24            MR. FUDALI:  I object to the
25       phrasing of his testimony.  I believe

1       he actually did say the word "forced."

2       Q.    You can answer.  Is that

3    accurate what I said, as summing up what

4    you said before?

5       A.    Yeah.

6       Q.    Okay.  You told Jessica, on

7    page 275, that after the assault, what

8    you're talking about, you left modeling

9    full time, right?

10      A.    Initially for, yeah.

11      Q.    So let's talk about that for a

12   minute.  You never were modeling full

13   time, were you?

14      A.    Well, I mean, I never really

15   counted it as that.  When I lived in

16   Miami, was it technically full time, yes.

17   But who is to say that is actually

18   full time.  It's not like you're working

19   40 hours a week or more.

20      Q.    Okay.  So I need to understand

21   then what you mean when you say full

22   time.

23           Here is the question, Josh,

24   were you working more than that before

25   the shoots with Bruce Weber?

Page 195

```
 1        A.     No.
 2        Q.     The shoots with Bruce Weber,
 3    then came the shoots with Bruce Weber,
 4    right?
 5        A.     Right, right.
 6        Q.     Then after the shoots with
 7    Bruce Weber, were you working any less
 8    than you had been?
 9        A.     It was the same.
10        Q.     Okay.  That's the question.
11               So you certainly didn't stop
12    trying to model after French Vogue,
13    right, or Abercrombie?
14        A.     Right.
15        Q.     And you certainly did not tell
16    the therapist that you shot with Bruce
17    Weber a few months after you claim he
18    assaulted you?
19        A.     Not sure.
20        Q.     Take a look.  See if you can
21    find it anywhere.
22        A.     Maybe I didn't.
23        Q.     You told Jessica that you
24    didn't have any concerns or issues with
25    your sex life as a result of the assault,
```

1    correct?

2        A.    Right.

3        Q.    And that's still true today,

4    right?  I mean you never had any sexual

5    issues or concerns after or problems with

6    your sex life, right?

7            MR. FUDALI:  Object to form.

8        A.    I mean as of lately, probably.

9    But that's other issues, so.

10       Q.    Having to do with your divorce

11   maybe, right?

12       A.    Well, separation right now.

13       Q.    You're not saying that is

14   because of Bruce Weber?

15       A.    No, no.

16       Q.    Okay.  You told Jessica on your

17   first visit that you were "working with

18   other models with similar encounters to

19   press charges."

20       A.    Yeah.

21       Q.    Right?  Who were the other

22   models that you were working with?

23       A.    I don't know all of them

24   exactly.

25       Q.    Jason Boyce?

```
                                        Page 197

 1        A.    Yeah, I mean, I was in contact

 2   with him.

 3        Q.    It says "working with other

 4   models," those were your words to her,

 5   that's why she wrote them down, I

 6   presume.  So my question to you is, who

 7   were the other models, Jason Boyce, Jason

 8   Van Oijen, yes?

 9        A.    Yes.

10        Q.    How about Anthony Baldwin?

11        A.    I didn't know of him.

12        Q.    What about Buddy Krueger?

13        A.    I didn't know of him either,

14   you know, before this case I didn't know

15   of them.

16        Q.    What about Mark Ricketson?

17        A.    Yes.

18        Q.    Do you know Mark Ricketson?

19        A.    I don't personally, no.

20        Q.    Have you spoken with him?

21        A.    I asked him about -- I think I

22   asked him something about Jason's case.

23        Q.    When was that?

24        A.    It was before -- it was right

25   after the New York Times article.
```

1      Q.     You reached out to Mark?

2      A.     Yeah.

3      Q.     How?

4      A.     Instagram.

5      Q.     Will you provide that to us?

6      A.     If I can get it.  I don't know

7   how I can do that.  I don't have it on

8   there anymore.

9      Q.     Because you deleted your

10  Instagram?

11     A.     No.  I have to see how I can

12  get it.  I don't know how to retrieve it.

13     Q.     Who are the other models?

14     A.     Jason Boyce, Jason Van, Mark.

15     Q.     Monty Hooper?

16     A.     I never heard of his name.

17     Q.     Were there people that you

18  tried to enlist said nothing has ever

19  happened to them?

20            MR. FUDALI:  I am going to

21      object to the phrasing as enlist.  I

22      don't know what that means.

23     Q.     You can answer.

24     A.     Not that I know of.

25     Q.     Specifically, how were you

Page 199

1    working with the other models to press
2    charges?
3              MR. FUDALI:  Object to form.
4         Q.    You can answer.
5         A.    I'm not sure.  I'm not sure I
6    like her wording there.  It's not like
7    she has a notepad every time I am talking
8    to her.  So how legitimate is some of
9    this, I guess.  But working with them as
10   far as -- I don't know.  After the New
11   York Times article, then I believe it
12   was, then I reached out to Mark and
13   Jason.  And then at that point, I believe
14   that's when The View contacted me.
15        Q.    Let's talk about the New York
16   Times article.  Did you know any of the
17   authors?
18        A.    I didn't know them, no.
19        Q.    Who were you in touch with?
20        A.    I honestly don't even remember
21   his name.
22        Q.    Did you e-mail with him?
23        A.    I believe so, yes.
24        Q.    Who put you in touch with the
25   New York Times people?

1      A.    I think it was either Mark or
2   Jason.
3      Q.    And by the way, how did you get
4   in touch with Mark or Jason to begin
5   with?
6      A.    I'm not sure.
7      Q.    Did you have their phone
8   number?
9      A.    No, no, it was social media, if
10  anything.  Instagram.
11     Q.    And for the New York Times
12  article, who put you in touch with them,
13  do you remember?
14     A.    I don't.
15     Q.    Okay.  Sorry?
16     A.    No, I don't.
17     Q.    You told Jessica you were
18  having issues in your marriage, right?
19     A.    Yes.
20     Q.    But you were together for a few
21  years before you got married?
22     A.    Yeah.
23     Q.    When did you first meet
24  Heather?
25     A.    I believe it was 2014.

1      Q.    And when you met Heather, and

2   you started as your relationship

3   developed, things were good?

4      A.    Yeah.

5      Q.    Things were great?

6      A.    Mm-mmm.

7      Q.    You have to say yes or no.

8      A.    Yes.

9      Q.    You guys fell in love?

10      A.    Yes.

11      Q.    You guys had a great time

12   together at the beginning?

13      A.    Yes.

14      Q.    You guys trusted each other?

15      A.    Yes.

16      Q.    Okay.  So it wasn't until you

17   started having problems with Heather that

18   you started like having trust issues with

19   her as well, right, because at the

20   beginning everything is fine?

21      A.    Yes.

22      Q.    Okay.  So the next visit on

23   286, you only talked about your marital

24   problems.

25              MR. FUDALI:  Is that a question?

1      Q.    Right?

2      A.    Yes.

3      Q.    And you didn't even mention or

4   discuss the allegations or what happened

5   with Bruce Weber, right?

6      A.    Not at that one.

7      Q.    Because your marriage was

8   really the main source of your problems

9   at the time?

10          MR. FUDALI:  Object to form.

11     Q.    Agreed?

12     A.    Yup.

13     Q.    And your marriage has obviously

14   been a source of great stress for you?

15     A.    Yes.

16     Q.    You had an affair in 2017 and

17   you told Jessica that your wife was

18   having problems moving forward?

19          MR. FUDALI:  I am going to

20      object and instruct him not to answer

21      any questions about this alleged

22      affair.

23          MS. WEINTRAUB:  It goes to his

24      stress and deception.

25          MR. FUDALI:  Sure.  I am going

1       to instruct him not to answer

2       anything.

3              MS. WEINTRAUB:  I am not asking

4       him anything about the affair.

5              MR. FUDALI:  You just did.

6              MS. WEINTRAUB:  No, I am just

7       saying that you told Jessica that your

8       wife was having problems moving

9       forward.  The next question is that

10      caused a lot of stress for you, didn't

11      it.

12             MR. FUDALI:  I will allow that

13      question.

14      A.    Yes.

15             MS. WEINTRAUB:  So I need to

16      make a record that that question was

17      as a result of the first.

18             MR. FUDALI:  I think you made a

19      clear record there.  I don't think you

20      need to go any further into it.

21      Q.    Josh, is it accurate to say

22   that you had an affair in 2017 and

23   that --

24             MR. FUDALI:  I am going to

25      instruct him not to answer.

```
 1              MR. ETRA:  Let her finish the
 2       question.
 3       Q.    -- and you told Jessica that
 4   your wife had problems or difficulty
 5   moving forward and that was causing
 6   stress for you?
 7              MR. FUDALI:  I am going to
 8       instruct him not to answer based on
 9       privacy.  I have no problem with the
10       second half of that question.  I don't
11       think it's relevant for him.
12              MR. ETRA:  In the spirit of meet
13       and confer, he has put his mental
14       state, his relationships at issue.
15       And you are putting borders on what we
16       can get to.  I am meeting and
17       conferring.
18              I understand normally I would
19       agree this would cross the line.  The
20       difference is he's putting this at
21       issue in his damages case.  So again,
22       just considering that, would you
23       reconsider allowing him to answer the
24       question?
25              MR. FUDALI:  I am fine with
```

1          questions referring specifically to
2          the therapy records.  I don't think --
3          I think the second half of that
4          question was fine.  Isn't that what
5          you told the therapist.
6               I don't think you need to get
7          him to admit that there was an affair
8          on the record.  I don't think that's
9          appropriate.  I think you can say did
10         you tell your therapist this.  Did you
11         tell your therapist that.  I have no
12         problem with that.
13              MR. ETRA:  And again in the
14         spirit of meet and conferring, we have
15         a theory that any problems he has are
16         for other reasons.
17              MR. FUDALI:  I understand.
18              MR. ETRA:  And we believe we are
19         allowed to explore that and not be
20         handcuffed.
21              MR. FUDALI:  I don't think I'm
22         handcuffing you.  I don't think you
23         need to get into details or
24         confirmation of an affair.
25              MS. WEINTRAUB:  It's in the

Page 206

```
 1        record.
 2               MR. FUDALI:  That's fine.  I am
 3        not disputing that it is.  I think you
 4        need to ask for the records.  I don't
 5        think you need to go beyond records on
 6        this topic.
 7               MR. ETRA:  So you're instructing
 8        him not to answer and he's following
 9        your instruction?
10               MR. FUDALI:  I am instructing
11        him not to answer.  I think you can
12        rephrase that question just to the
13        second half of that question and I
14        will not have an objection to isn't
15        that what you told your therapist or
16        something along those lines.  Did you
17        tell you therapist.
18        Q.    Did you tell your therapist
19   that you had an affair in 2017 that your
20   wife was having difficulty moving forward
21   and it was causing you stress?
22        A.    Yes.
23               MR. FUDALI:  I do not have an
24        objection to that question.
25        Q.    Is that true?
```

Page 207

```
 1        A.    Yes.
 2        Q.    And so that wasn't connected in
 3   any way to Bruce Weber, correct,
 4   obviously?
 5        A.    Right.
 6        Q.    January 4th, you see Jessica
 7   again, right?  290.
 8        A.    290.  Yes.
 9        Q.    And again, there is no mention
10   of the allegations of this lawsuit or
11   Bruce Weber, is there?  It's just talking
12   about the marriage difficulty, correct?
13        A.    Yes.
14        Q.    And during that session you
15   said that you were going to try a trial
16   separation from your wife while on an
17   upcoming business trip, right?
18        A.    Yes.
19        Q.    What was the business trip for
20   when you were a claims adjuster at the
21   time?
22        A.    It was annual, just a week
23   meeting kind of.
24        Q.    Where?
25        A.    In Iowa.
```

```
 1      Q.     Why did you -- at the end of
 2   that session you said you wanted to
 3   reserve the next session because you
 4   wanted to talk about the sexual assault.
 5      A.     Because we just ran out of
 6   time.
 7      Q.     So January 15th, you talk to
 8   Jessica about the claims here, right, the
 9   assault?  January 15th, 2019.  That's
10   after this lawsuit is filed, right?
11      A.     Yeah.
12      Q.     294?
13             MR. FUDALI:  Object to the
14      format.  I was confused by the
15      question.
16             MS. WEINTRAUB:  Sorry.
17      Q.     You have 294?
18      A.     Yes.
19      Q.     Does that refresh your
20   recollection it was January 15th, 2019?
21      A.     Yes.
22      Q.     You saw Jessica Auel?
23      A.     Yes.
24      Q.     Is this the first time that
25   you're talking about the assault?
```

Page 209

```
 1        A.     With her?
 2        Q.     In your sessions with the
 3   therapist?
 4        A.     No.
 5        Q.     When else did you?
 6        A.     I would have to look back.  I
 7   don't know exactly.
 8        Q.     Aside from the first one where
 9   she mentioned it.  We just went through
10   the others and you agreed that there was
11   no discussion of the assault, right?
12        A.     Right.
13        Q.     Okay.  So is this the first
14   time that you're discussing, in detail
15   with your therapist, the allegations that
16   you're making here in this lawsuit?
17             MR. FUDALI:  Object to the form.
18        Didn't you just state that there was a
19        mention of it in the first session?
20             MS. WEINTRAUB:  There was a
21        mention.  This is a detailed
22        discussion.  There is a difference.
23             MR. FUDALI:  Okay.  I want to
24        make sure that he understands.
25        Q.     Do you understand the
```

Page 210

```
 1    difference?
 2         A.    Yes.  I would have to look back
 3    at the records because -- yes.
 4         Q.    Looking at 294, you told her
 5    that there were effects from what
 6    happened, that you didn't want to work as
 7    a model anymore, and that's on 275.
 8         A.    275.  I mean, like you said
 9    earlier, it says I left modeling, yeah.
10         Q.    That's not really true, is it?
11         A.    No, it was more of a temporary
12    thing.
13         Q.    Okay.  But when you say that
14    you stopped modeling or, you know,
15    because that was one of the effects of
16    it, you were modeling every time that you
17    could?
18         A.    "But still does modeling gigs
19    infrequently."
20         Q.    Infrequently?
21         A.    Yeah.
22         Q.    But that wasn't your choice,
23    you were still trying very much to be a
24    model more, right?
25         A.    Right.  During that time, yeah.
```

1      Q.     What?

2      A.     During that time.

3      Q.     Right.  So it wasn't that you

4   were intentionally not modeling, you

5   weren't getting the jobs?

6      A.     Right.  I wasn't making myself

7   available either.

8      Q.     Well, that's another story.  Is

9   that what you're claiming?

10     A.     Well, I was all over the place.

11     Q.     What do you mean?

12     A.     I was working in Alaska.  I was

13  working in places not like New York or

14  Miami.

15     Q.     So you weren't --

16     A.     I wasn't available.

17     Q.     But it had nothing to do with

18  Bruce Weber?

19     A.     Right.

20     Q.     You were traveling?

21     A.     That was my choice, yeah.

22     Q.     After January 4th, the next

23  time you went was January 29th.  And that

24  is 294, right?

25     A.     No, it's 15.

1      Q.      298.   January 29th, 2018?

2      A.      Yes.

3      Q.      You don't discuss anything

4    about the allegation, it's about your

5    marriage?

6      A.      Yes.

7      Q.      February 12th, 2019, 302.

8      A.      Yes.

9      Q.      You talk about a potential

10   divorce.   You don't talk about Bruce

11   Weber or the allegations, correct?

12     A.      Yes, as far as it says here.

13     Q.      Now, you do agree that in all

14   of these months that you're seeing the

15   therapist and talking about the demise of

16   your marriage, that that was a lot of

17   stress for you?

18     A.      Yes.

19     Q.      And that had nothing to do with

20   Bruce Weber, right?

21     A.      Right.

22     Q.      Okay.   February 26th, 2019, you

23   talked about ending your marriage and the

24   stress -- and the distress in ending your

25   relationship with your wife.   And that's

Page 213

1    on 306, right?

2        A.    Yes.

3        Q.    And it says that you were

4    depressed then, right?

5        A.    Yes.

6        Q.    And the depression had to do

7    with your wife and ending the marriage,

8    not Bruce Weber, right?

9             MR. FUDALI:  Object to form.

10            MS. WEINTRAUB:  That's what it

11        says.  "Explored current relationship

12        distress."  It goes on, talks about

13        "Mood seems more depressed since last

14        session."

15       Q.    And the only thing you were

16   talking about was the divorce, correct?

17       A.    Yeah.

18            MR. FUDALI:  That's a different

19        question than the one you asked

20        before.

21       Q.    So let's go to March 28th,

22   which is on 310.  And it talks about your

23   marriage and your confidence to end your

24   marriage.  And it also talks about that

25   you're functioning well, you're working,

Page 214

1    you're pursuing what you need to do,

2    you're finishing school, whatever you

3    needed to be doing, right?

4        A.    Yes.

5        Q.    Because nothing else ever

6    interfered with your ability to function,

7    correct?

8        A.    No, not at that time.

9        Q.    Well, that's March 28th, 2019,

10   correct?

11       A.    Yeah.

12       Q.    Okay.  So June 26th, 2019,

13   number 318, you talk about current

14   symptoms of depression.  And then you

15   talk about you're burnt out from work,

16   you're working three jobs.  You're

17   helping your spouse move.  You're trying

18   to fulfill family and social obligations.

19   Right?

20       A.    Yeah.

21       Q.    And she says depressed, right?

22       A.    Mm-mmm.  Yes.

23       Q.    That has nothing to do with

24   Bruce Weber?

25       A.    That didn't, no.

Page 215

1      Q.     July 22nd, 2019?

2      A.     Okay.

3      Q.     Again talking about your

4   relationship with your wife and -- right?

5      A.     Yes.

6      Q.     And then August 23rd, go to the

7   second set, August 23rd you shared with

8   the therapist that you were depressed

9   about having to come for the deposition?

10     A.     What page is that?

11     Q.     Well, do you deny that?

12            MR. FUDALI:  Deny that he was?

13            MS. WEINTRAUB:  Depressed about

14     having to prepare for the upcoming

15     deposition.

16            MR. FUDALI:  Object to form.

17     Q.     Do you deny that?

18     A.     I don't know.

19     Q.     Were you depressed?  It says

20   "Causes to decrease mood, including

21   working less and having more time to

22   focus on your legal concerns."  Is that

23   right?

24     A.     Yeah.

25     Q.     On August 23rd, on 462, you

1    told your therapist, didn't you, that

2    symptoms have arisen in the last few

3    weeks as you prepare for an upcoming

4    court date.  Is that true?

5         A.    I don't see that.

6         Q.    On 462.  "Explore depressive

7    symptoms which have arisen in the last

8    few weeks with Josh as he prepares for an

9    upcoming court date"?

10        A.    Yeah.

11        Q.    Correct.

12        A.    I didn't say that exactly, but

13   yes.  Yeah.  I was down and nervous.

14        Q.    What were you nervous about?

15        A.    I have never been through

16   anything like this before.

17        Q.    All you have to do is tell the

18   truth.  Weren't you excited to come and

19   tell the truth?

20             MR. FUDALI:  Objection to the

21        form.

22        Q.    You can answer.

23        A.    To say this is exciting, no,

24   it's not exciting.

25        Q.    Okay.  So you found it

Page 217

1    draining?

2         A.    Yeah.

3         Q.    What was draining about

4    preparing for your deposition?

5         A.    Basically bringing everything

6    back up again.  Reliving everything.  And

7    that's been such a process over the

8    however long.

9         Q.    But for years, including the

10   day after you claim that you were

11   molested, you were sending nude pictures

12   to your supposed molester, right?  And

13   you weren't dealing with it then?

14             MR. FUDALI:  Objection.  Hold

15        on.  It's a compound question.  Which

16        part do you want him to answer?

17             MS. WEINTRAUB:  Both.

18             MR. FUDALI:  Then I am going to

19        instruct him not to answer, because I

20        don't think one answer can answer

21        that.

22             Wait for the next question.

23             MR. ETRA:  An objection to form

24        is just an objection to form.

25             MR. FUDALI:  I don't want him

Page 218

1       answering any compound questions.
2              MR. ETRA:  I didn't want my
3       witnesses answering compound
4       questions.  Are we going to have a new
5       rule that when there is a compound
6       question, we instruct the witness not
7       to answer?
8              MR. FUDALI:  That type of
9       question, yes, I am instructing him
10      not to answer.
11             MR. ETRA:  Are we doing that
12      with my witnesses?
13             MR. FUDALI:  I don't really ask
14      compound questions, I am pretty good
15      at not.
16             MR. ETRA:  I am not so sure
17      about that.
18             MR. FUDALI:  I don't want him to
19      answer that question.  It was too
20      confusing to even have a record of him
21      answering it in my opinion.  I usually
22      do not instruct him not to answer
23      those questions.  I believe that one
24      was overly confusing and intentionally
25      confusing, so that's why I am

Page 219

```
 1        instructing him not to answer.  I
 2        believe the question was a bad-faith
 3        question, if that's what you want me
 4        to say.  I believe the question was
 5        designed to confuse him and get him to
 6        admit to something.
 7              MS. WEINTRAUB:  Oh, my God.
 8              MR. ETRA:  That's what
 9        depositions are, trying to get
10        answers.
11              MR. FUDALI:  If that's what you
12        do -- if that's how you practice law
13        by asking bad-faith questions.
14              MS. WEINTRAUB:  Can I just move
15        on?
16              MR. ETRA:  You're not supposed
17        to argue about a bad-faith question.
18        That's the point of a deposition.  Let
19        him answer the question.
20              MR. FUDALI:  My objection is I
21        believe the question is so confusing
22        that it's designed to elicit an answer
23        to the question that is not an actual
24        answer to that question.
25              MR. ETRA:  I felt that way about
```

1      all of your questions because I was on

2      the other side of the table.

3           MR. FUDALI:  That's a very

4      strange way to practice law.  I don't

5      think that about every question Jayne

6      has asked.  And that's evident by the

7      fact that I have not instructed him

8      not to answer almost every question

9      based on my form objection.  I believe

10     that question was overly confusing and

11     could elicit an answer that he does

12     not mean to answer the question.  So I

13     am instructing him not to answer.

14          I am happy to allow Jayne to

15     rephrase the question or to break it

16     up so he can have a clear record and

17     answer the question she wants.

18     Q.    Josh, you told the therapist on

19  September 13th, 2019, last week, you had

20  fears surrounding the case and potential

21  outcome.  What were the fears that you

22  have about this?  Are you afraid you're

23  going to get caught lying?

24     A.    No.

25     Q.    Are you afraid that you're

1    going to look like you're not telling the

2    truth?

3         A.    No.

4         Q.    It says you're afraid of

5    potential outcomes.  You're afraid you

6    won't get any money?

7         A.    No, I am afraid that justice

8    won't be served.

9         Q.    What kind of justice?

10        A.    Whichever way it ends.

11        Q.    Justice is money, right?

12        A.    No, it doesn't have to be.

13        Q.    Did you go to the police?

14        A.    What could they do at this

15   point?

16        Q.    Do you know the difference

17   between going to the police seeking

18   justice and going to a lawyer to get

19   money for your pocket?

20        A.    I guess I don't.  I don't know

21   what the cops could do at this point

22   anyway.

23        Q.    As a matter of fact, didn't you

24   have a chat with somebody regarding going

25   to the police?

Page 222

1      A.     Yes.

2      Q.     You chose not to do that?  The

3  other person was trying to encourage you

4  to go to the police and try and pursue

5  that avenue and you were not interested

6  in that, right?

7              MR. FUDALI:  Object to the form.

8      A.     I was interested.

9      Q.     He gave you the name of the

10 detective even, he gave you his e-mail.

11 You didn't pursue that at all, did you?

12     A.     I'm not sure.

13     Q.     You're not sure?

14     A.     No.

15     Q.     So you're not sure if you went

16 to the police?  A minute ago you said you

17 didn't.  Now you're not sure.  I need to

18 know an answer.

19             MR. FUDALI:  Is the question did

20     he go to the police?

21             MS. WEINTRAUB:  Yeah.

22             MR. FUDALI:  In regard to Bruce

23     Weber?

24             MS. WEINTRAUB:  Yeah.

25             MR. FUDALI:  You can answer that

1    question.

2    Q.    Did you go to the police in

3    regard to Bruce Weber, yes or no?

4    A.    No.

5    Q.    So you are sure?

6    A.    What?

7         MR. FUDALI:  Asked and answered.

8    He just answered.

9         MS. WEINTRAUB:  It's pretty

10   obvious.

11        MR. FUDALI:  I think it's

12   obvious that he didn't go to the

13   police.

14   Q.    And my second question to you

15   was you had a choice and you could have

16   gone to the police and you chose not to,

17   and instead you chose to try to get money

18   from Bruce Weber in this lawsuit, didn't

19   you?

20        MR. FUDALI:  Object to form.

21   Q.    You can answer.

22   A.    I did.

23   Q.    Okay.  You told Jessica that

24   your spouse had very different spending

25   habits than you?

Page 224

1      A.      Yeah.

2      Q.      And that was a big source of

3   problems between the two of you?

4      A.      Yes.

5      Q.      You ran up a big credit card

6   debt because of her?

7      A.      Right.

8      Q.      She spent money like crazy?

9      A.      Pretty much.

10      Q.      And you were having money

11   problems because of it?

12      A.      Yes, definitely, for a while

13   there.  For a while we were.

14      Q.      You did not tell your therapist

15   Jessica that you wrote to Bruce Weber the

16   day after each photo shoot telling him

17   how amazing and awesome the experience

18   was, right?

19          MR. FUDALI:  Object to form.

20      A.      I probably generalized it and

21   said we kept in contact.  I don't know.

22   I didn't say that specific thing.

23      Q.      Well, you just said you

24   probably generalized it.  I need you to

25   only answer what you know.

```
                                              Page 225
 1        A.     Okay.
 2        Q.     And if these records happen to
 3   refresh your recollection --
 4        A.     No, I didn't tell her that.
 5        Q.     And you also did not tell her
 6   that you were sending him nude pictures
 7   of yourself, did you?
 8        A.     That's correct.
 9        Q.     And the reason that you didn't
10   tell your therapist that you continued
11   for years to send him nude pictures of
12   yourself was because you didn't think
13   she'd believe the allegation if you said
14   that, right?
15             MR. FUDALI:  Object to form.
16        A.     Not sure.
17        Q.     It's possible?
18             MR. FUDALI:  Object to form.
19        Q.     Right?
20        A.     It's possible.
21        Q.     You didn't tell her that you
22   reached out to him over 50 times in
23   e-mails, did you?
24        A.     No.
25        Q.     And initiated 54 e-mails?
```

1              MR. FUDALI:  Object to form.

2        A.    No.

3        Q.    Fair to say after the Vogue

4    Hommes shoot, you certainly didn't give

5    up your modeling aspirations, right?

6        A.    Right.  I had Abercrombie.

7        Q.    And you did try and model for

8    the next few years after Vogue Hommes,

9    right?

10       A.    Yeah.  Very part time.

11       Q.    I'm sorry?

12       A.    Yeah.

13       Q.    You never told Jessica you had

14   any nightmares, did you?  You never

15   discussed it at all?

16       A.    Not discussed.

17       Q.    Nor did you ever tell her that

18   you had any flashbacks of any kind,

19   right?  Not discussed?

20       A.    I'm not sure.  I guess.  Like I

21   said, we had a conversation with my wife

22   and her and I.  I don't know what those

23   records say, so I can't confirm that.

24       Q.    Okay.  And those are the

25   records that we don't have yet?

Page 227

```
1        A.     Correct.
2        Q.     So of all the records that we
3   do have of every session talking about
4   things, except for one, you do agree from
5   November 2018 through last week, that
6   there is no mention of any flashbacks,
7   right?
8        A.     From her comments, yeah.
9        Q.     Are you claiming that you have
10  flashbacks?
11       A.     I did.
12       Q.     When?
13       A.     During that time.
14       Q.     What time?
15       A.     During this whole time.
16       Q.     Okay.  So you're saying now
17  that you had flashbacks during this whole
18  time but you never discussed it with the
19  therapist that you were seeing to discuss
20  your problems about it?
21            MR. FUDALI:  Object to form.
22       A.     I haven't.  I haven't had -- I
23  haven't even seen her that much, as you
24  can see, really, in the aspect of things.
25       Q.     Did you tell anyone else about
```

```
 1    these flashbacks?
 2             MR. FUDALI:  Objection.
 3             You can answer that as long as
 4         you're not revealing anything
 5         protected by attorney/client
 6         privilege.
 7         Q.    You can answer.
 8             MR. FUDALI:  Anyone other than
 9         your attorney.
10         A.    You can answer.
11             MR. FUDALI:  He's thinking about
12         the answer.  Easy.
13         A.    I'm thinking.
14             MR. FUDALI:  He's been nothing
15         but cooperative in answering your
16         questions.  He's just thinking.
17             MS. WEINTRAUB:  I don't know if
18         that's true today.
19             MR. FUDALI:  He's just thinking
20         about the answer.
21         A.    No.
22         Q.    And when you have this
23     flashback, can you describe it for me?
24         A.    So the flashback comes back to
25     like the French Vogue, you know, when I
```

Page 229

1    was up in that room with Bruce, that

2    whole thing, that whole incident.

3        Q.    When you were in the hallway?

4        A.    Yeah.

5        Q.    Okay.  Speaking of that, I'm

6    going to show you what's now been marked

7    as Exhibit 25 and ask you if you

8    recognize these as the contact sheets

9    that I was showing you from your laptop

10   earlier from the Vogue Hommes shoot from

11   January 7th, 2011?  Do you recognize

12   these pictures?

13       A.    Yes.

14       Q.    Is this you?

15       A.    Yeah.

16       Q.    These are the pictures that I

17   showed you, right?

18       A.    Yes.

19       Q.    We previously marked this as 6.

20   Just on the first page alone, this is,

21   these are outside, these are individual

22   shots, right?

23       A.    Correct.

24       Q.    And then there are shots with

25   you on the bed?

```
 1        A.    Yup.
 2        Q.    With the other guy, yeah?
 3        A.    Yes.
 4        Q.    And then there are individual
 5    shots of people that aren't you, right?
 6        A.    One second.
 7        Q.    43.
 8        A.    43.
 9        Q.    Go to like the third or fourth
10    page.  Or look here, just look here.
11        A.    Okay.  Yes.
12        Q.    Is that you?
13        A.    Yes.
14        Q.    Okay.  Then there are a bunch
15    of group shots, 133, see you?  I am
16    looking at this number, bunch of group
17    shots?
18        A.    Right.  We had that breakfast
19    somewhere.
20        Q.    126, these are some nudes from
21    outside?
22        A.    Yes.
23        Q.    125, not nude outside.  122,
24    nude again?
25              MR. FUDALI:  Are these in order?
```

```
 1              MS. WEINTRAUB:  No.
 2       Q.    Right?
 3       A.    Yes.
 4       Q.    And then a bunch of shots on
 5    the beach and a bunch of guy shots, I
 6    will say, all of you together, the male
 7    models, right, you're running?
 8       A.    Yes.
 9       Q.    Okay.  Then can you show me in
10    these pictures where are the pictures of
11    you in the hallway --
12              MR. FUDALI:  Can we take a quick
13       break?  You can finish your question.
14       I didn't mean to interrupt.  Go ahead.
15       Q.    Can you tell me where in these
16    photographs are the pictures that were,
17    of the three different places that there
18    were alone shots in here.  Where are the
19    hallway shots?  Which are they?
20       A.    They are not here.
21       Q.    They are not there?
22       A.    No.
23       Q.    There are no pictures in this
24    composite exhibit --
25              MR. FUDALI:  Go ahead, finish
```

Page 232

1      your question.
2      Q.      -- that were taken during the
3   breathing exercises that you said were
4   taken?  That was a terrible question.
5   Let me ask it again.  Strike that.
6           MR. FUDALI:  I am going to ask
7       you to make sure you go page by page.
8       And if you want to take a break so he
9       can go through it fully, there are a
10      lot of pages here.
11          (Witness reviews photographs.)
12      A.    I don't know, I don't know.
13          MR. FUDALI:  I think he's ready
14      to continue here.  If you want to
15      repeat the question.
16      Q.    So I just want, make sure and
17   let the record reflect that you have just
18   taken the past few minutes to go through
19   every page of this contact sheet, right?
20      A.    Yes.
21      Q.    And it's your sworn testimony
22   that the pictures Bruce Weber took of you
23   in the hallway are not anywhere reflected
24   in the contact sheets that have been
25   identified as the contact sheets from the

1   French Vogue shoot from January 7th,

2   2011?

3        A.    I can't confirm.

4        Q.    I don't understand what that

5   means.

6            MR. FUDALI:  Explain to her.

7        Q.    You need to be clear.

8        A.    I don't know.  These images

9   catch my eye a little bit here.  But I

10   can't confirm.

11            MR. FUDALI:  What page?  For the

12        record, he's pointing to the images on

13        page 60353-34.

14        Q.    I need you to take a position

15   on the record before we break, if you're

16   looking at 60353-34 and saying you don't

17   know.

18        A.    I don't know.

19        Q.    And to be clear, in this record

20   that you have before you of the contact

21   sheets, there are different places with

22   you nude and alone with Bruce Weber?

23        A.    Correct.

24        Q.    Meaning that sometimes you're

25   alone with Bruce Weber nude, nothing

1    happens that you're even claiming, right?

2         A.    Correct.    Yeah.

3         Q.    And that you're alone during

4    the breathing exercise when he was taking

5    pictures, you do not see those pictures

6    here?

7         A.    I know we were alone in this,

8    because this room is closed off here.

9         Q.    I can't -- what number is that

10   on the bottom?

11        A.    It's 34.  The other photos

12   where I'm laying in the grass and

13   whatnot, that was still visible by people

14   walking, because there were like glass

15   doors and everything surrounding.

16        Q.    Are you saying that you were

17   touched inappropriately in the room or

18   during these photo pictures of 60353-34?

19             I need an answer?

20             MR. FUDALI:  If you know.  If

21        you remember.

22        A.    I don't remember.

23        Q.    Is it because you don't

24   recognize the room?

25        A.    I don't fully recognize the

Page 235

1    room.

2        Q.    Is it because the pictures in

3    634 were taken in a bathroom and not in a

4    hallway?

5            MR. FUDALI:  Object to the form.

6        Q.    Do you recognize that now as a

7    bathroom?

8        A.    How can we confirm that?

9        Q.    You were there.

10           MR. FUDALI:  That's a good

11       question.  What's the question?

12       Q.    Is that that room?

13           MR. FUDALI:  Are you asking him

14       if he can confirm that that's a

15       bathroom?

16           Can you confirm that that's a

17       bathroom?

18           THE WITNESS:  No, I can't.

19           MS. WEINTRAUB:  I am not asking

20       him to confirm it's a bathroom.  I am

21       telling him that's a bathroom.

22       Q.    Were you in that room and did

23   anything happen there?

24           MR. FUDALI:  I am going to

25       object to the form of that question

1          and instruct him not to answer unless

2          he can agree with you that he can

3          confirm that that's a bathroom.

4          A.    No.

5          Q.    Have you found any pictures

6     that are in the hallway as you described

7     where the assault that you're claiming

8     took place in that batch of photographs?

9               MR. FUDALI:  Again, I am going

10          to object to this, the classification

11          of a hallway.

12               MR. ETRA:  You've got to stop

13          coaching him.  You've got to stop.

14               MR. FUDALI:  It's not coaching

15          him.

16               MR. ETRA:  You're coaching.

17          You're coaching.  You've got to stop,

18          man.

19               MR. FUDALI:  Jon, I don't need

20          you to tell me what to do.  It's not

21          coaching him.

22               MR. ETRA:  Object to form and

23          stop.

24               MR. FUDALI:  I am objecting.

25          Q.    Josh, were you in the bathroom

Page 237

1    with Bruce Weber taking pictures there?

2         A.    If this is a bathroom.  Can we

3    confirm that though?

4         Q.    You don't remember, do you?

5              MR. FUDALI:  Remember what?

6         Q.    You don't remember whether or

7    not that is a bathroom.  You're looking

8    at pictures and you don't know and that

9    does not refresh your recollection of

10   whether or not it's a bathroom?

11             Josh, is it your testimony that

12   there are no pictures in that composite

13   exhibit in the hallway as you described

14   it of where you claim the assault

15   occurred?

16        A.    I can't confirm that with these

17   photos.

18        Q.    Were you in a bathroom with

19   Bruce Weber?

20        A.    Again, I'm not sure if this is

21   a bathroom or not.

22        Q.    Were you ever in a bathroom

23   with Bruce?

24             MR. FUDALI:  There has got to be

25        a better way for you guys to do this.

Page 238

1     Q.    Do you remember?

2     A.    I'm not sure.

3     Q.    You might have been?

4           MR. FUDALI:  Object to the form.

5           You can answer.

6     A.    I'm not sure.

7           MS. WEINTRAUB:  Let's take a

8     break.

9           THE VIDEOGRAPHER:  Going off the

10    record at 2:16 p.m., this marks the

11    end of media 3.

12          (Off the record.)

13          THE VIDEOGRAPHER:  We are back

14    on the record at 2:45 p.m., this marks

15    the beginning of media 4.

16    Q.    Josh, before we took a break, I

17 asked you to take a look at the contact

18 sheets from French Vogue, which is the

19 last exhibit, which is number 6.  The

20 last exhibit that we were looking at,

21 right?

22    A.    Correct.

23    Q.    I asked you to show me if there

24 were any pictures that were taken or

25 showed you in the area that you have

1    described where Bruce Weber

2    inappropriately touched you.  Do you

3    remember that?

4         A.    I remember, yeah, I remember

5    you discussing it, yes.

6         Q.    So you're looking at the

7    pictures again, now I see.  And I am

8    asking you, I want it to be very clear,

9    are there any pictures at all of the area

10   where you say that Bruce Weber touched

11   you inappropriately or not?

12        A.    Yeah, in the general area would

13   be, would be on this page, 34.

14        Q.    In the bathroom?

15        A.    I still can't figure out what

16   kind of room this is.

17        Q.    And why are you saying that

18   now?

19        A.    What do you mean?

20        Q.    I mean, you're saying that this

21   is the general area.  Is this the hallway

22   that you were referring to?

23        A.    That's what's hard for me to

24   see in the photos.  I am kind of limited

25   here as far as what, I don't know what

1    kind of room this is.

2        Q.    Can you say whether or not this

3    is the hallway, the area where you claim

4    that Bruce Weber touched you

5    inappropriately, or not?

6        A.    Yes, I can.  This is the area.

7        Q.    Okay.  Is this where it

8    happened, what you're claiming?

9        A.    It's hard for me, honestly, to

10   tell from the photos.

11       Q.    So you can't tell?

12       A.    No.

13       Q.    I just need a definite answer

14   one way or another.

15       A.    Right.

16       Q.    If you can.

17       A.    I can't.

18       Q.    You can't?

19       A.    I can't tell from the photos.

20       Q.    Okay.  So from this picture you

21   do not see where the claimed alleged

22   touching took place, right?

23            MR. FUDALI:  Hold on.  I am

24       going to object to that question as

25       misstating his testimony and trying to

1      summarize a line of questioning with a

2      false premise.

3             MS. WEINTRAUB:  Okay.  If it's a

4      false premise.

5      Q.    Show me in these pictures where

6   the alleged assault took place?

7      A.    I just said in this area.

8             MR. FUDALI:  He said he thinks

9      that area.  You pressed him can you

10      say for sure?  He said no.  That's it.

11      He can't say for sure.  He said he

12      thinks this area but from the pictures

13      he can't tell.  That's what happened.

14      Now you're saying so you're saying

15      that there's nowhere in these

16      pictures, no, that's not what he's

17      saying.  And that's not a fair way to

18      do this deposition.

19      Q.    Is it fair to say you don't

20   recognize where the claimed assault look

21   place in these pictures?

22      A.    I can't tell if this is a

23   hallway or bathroom or a bedroom for that

24   matter, I don't know.

25      Q.    I need a definitive answer not

Page 242

1   by your lawyer.

2           MR. FUDALI:  He can't give you a

3       definitive answer.  He just told you

4       multiple times he can't give you a

5       definitive answer.

6       A.    This is where it happened.

7           MR. FUDALI:  You can't force a

8       definitive answer out of him.

9       Q.    Okay.  Now you just said this

10  is where it happened.  Now you're sure?

11          MR. FUDALI:  Object to form.

12      A.    I wasn't sure of the room type.

13  Because I can't tell here is this a

14  bedroom, hallway.

15          MR. FUDALI:  You can ask as many

16      questions as you want.  He said

17      multiple times he thinks it's from

18      these pictures, page 34.

19          MS. WEINTRAUB:  Stop.

20          MR. ETRA:  She can ask as many

21      questions as she wants.  And you have

22      to stop talking.  You have to stop

23      coaching the witness.

24          MR. FUDALI:  I don't have to

25      stop anything, Jon.

1          MR. ETRA:  I am meeting and
2     conferring on a motion for sanctions.
3     I am urging you.
4          MR. FUDALI:  Give me a break.
5          MR. ETRA:  I am moving for this.
6          MR. FUDALI:  Let's hear the big
7     tough motion for sanctions.
8          MR. ETRA:  Stop making speaking
9     objections.
10          MR. FUDALI:  Thank you.  I am
11     not going to allow my client to be
12     forced into giving a definitive answer
13     that he can't give.
14          MS. WEINTRAUB:  He just gave it.
15          MR. FUDALI:  Just because Jayne
16     keeps saying be more definitive, be
17     more definitive.  He made the answer
18     to this question very clear.  I don't
19     think there needs to be any more
20     questions on this.
21          MR. ETRA:  You don't get to make
22     decisions.
23          MS. WEINTRAUB:  What you think
24     doesn't matter.
25          MR. FUDALI:  I can make the

1     decision to instruct him not to answer

2     if it's becoming confusing, harassing,

3     and you're trying to confuse him into

4     changing his answer.

5          I am instructing him not to

6     answer any more questions on this

7     topic.

8          MS. WEINTRAUB:  He has given

9     four different answers.

10          MR. FUDALI:  Because you keep

11     asking him different questions.

12          MS. WEINTRAUB:  I need to

13     clarify it on the record.

14          MR. FUDALI:  I am instructing

15     him not to answer a single more

16     question on this issue.

17          MR. ETRA:  Arick, you're not

18     giving us a choice.

19          MR. FUDALI:  Do what you want to

20     do.

21          MS. WEINTRAUB:  I need to ask

22     the question.

23          MR. FUDALI:  You explain to

24     Judge Furman or Judge Ailes why Jayne

25     needs to ask this question an 18th

Page 245

1       different way.
2                MS. WEINTRAUB:  He keeps giving
3       different answers, that's why.
4                MR. FUDALI:  I am instructing
5       him not to answer any more questions
6       on this topic.
7       Q.     So it's clear, I want to
8    clarify on the record, were you confused,
9    by the way, by any of the questions?
10      A.     A little bit.
11      Q.     Is that because your lawyer
12   said so?
13               MR. FUDALI:  Objection.
14      A.     No, because you were changing.
15      Q.     So if you're confused, you need
16   to let us know like you have when you
17   were really confused and I will rephrase
18   the question.
19               So I want to clarify whether or
20   not you recognize from these photos where
21   you claim the alleged inappropriate
22   touching took place.
23               MR. FUDALI:  I am going to
24      object and instruct my client not to
25      answer that question as it has been

Page 246

1          asked multiple times in different ways

2          designed to elicit different answers

3          and get a conflicting record.

4               MS. WEINTRAUB:  That's

5          absolutely not true.

6               MR. FUDALI:  I don't think it's

7          an appropriate line of questioning.  I

8          believe Mr. Ardolf has stated very

9          clearly that he thinks it is the

10         page --

11              THE WITNESS:  34.

12              MR. FUDALI:  -- 34.  But because

13         of the way the picture is, he cannot

14         tell if that's exactly the area where

15         he claims Mr. Weber touched him.

16         There is no further testimony needed

17         on this.  He said he cannot give a

18         definitive answer.  I am instructing

19         him not to answer further questions.

20         So that's it.

21         Q.    How did you prepare for this

22    deposition?

23              MR. FUDALI:  I am going to

24         object to that question and instruct

25         him not to answer insofar as --

Page 247

1           MS. WEINTRAUB:  It's the exact
2      same question you asked Jonathan
3      Bernstein.
4           MR. FUDALI:  And there was an
5      objection.  And he was instructed not
6      to answer about anything that took
7      place with his attorneys, which is
8      exactly what I am about to say.  Am I
9      allowed to make an attorney/client
10     privilege?  Does Jonathan have another
11     motion for sanctions on that?
12          MS. WEINTRAUB:  Stop.
13          MR. FUDALI:  My objection is I
14     am going to instruct my client not to
15     answer that question insofar as it
16     would reveal information or
17     conversation exchanged between him and
18     his attorney.  If he did any other
19     preparation outside of conferring with
20     his attorney or reviewing things
21     provided by his attorney, then he can
22     answer that question.
23          If you cannot answer that
24     question without revealing those,
25     revealing that, then I am going to

1      instruct you not to answer.

2      Q.    Can you answer the question?

3      A.    I printed off a bunch of

4  documents that I received and that was

5  what I did.

6      Q.    What documents?

7      A.    Any documents I received from

8  my --

9           MR. FUDALI:  I am going to

10      instruct him not to answer if those

11      were documents he received from his

12      attorney.

13      Q.    Were those pleadings that you

14  reviewed?

15           MR. FUDALI:  Again same

16      objection.  I am going to instruct him

17      not to answer.

18           MR. ETRA:  You're instructing

19      him not to answer what documents he

20      reviewed?

21           MR. FUDALI:  If those are

22      documents received from his attorney,

23      yes, which is the literally identical

24      objection you guys made when I asked

25      that question.

1      Q.    Did you meet with your lawyer
2   to prepare?
3            MR. FUDALI:  You can answer
4       that.  You can answer if you met with
5       your lawyer.
6       A.    Yes.
7       Q.    When?
8       A.    Yesterday.
9       Q.    How long?
10            MR. FUDALI:  I am going to
11       object to that.
12            MS. WEINTRAUB:  You have a basis
13       or you just don't like it?
14            MR. FUDALI:  Attorney/client
15       privilege.
16       Q.    Who was there?
17            MR. FUDALI:  You can answer
18       that.
19       A.    Just Arick.
20       Q.    Was that the first time you
21   met?
22            MR. FUDALI:  In person you mean?
23       A.    In person, yes.  First time we
24   met in person, yes.
25       Q.    When did you first contact The

1    Bloom Firm?

2         A.    I would have to look back again

3    at my records.

4         Q.    What records would that be?

5         A.    e-mails.

6         Q.    Who referred you to go to The

7    Bloom Firm?

8              MR. FUDALI:  I am going to

9         instruct you not to answer that

10        question if the person who referred

11        you to The Bloom Firm was another

12        attorney.  If you can answer that

13        question without revealing a

14        conversation you had with another

15        attorney, then you can answer.  If

16        not, I would just instruct you to say

17        I can't answer.

18        A.    I cannot answer that.

19             MR. ETRA:  Wait just a second.

20        The answer is who.  You don't want him

21        to answer who, that's the question

22        who.  Are you telling him not to

23        answer who?

24             MR. FUDALI:  I believe --

25             MR. ETRA:  I am confused by

Page 251

```
 1        that.  I'm not sure what you intended.

 2        Maybe it is what you intended.

 3              MR. FUDALI:  Fair enough.  Can

 4        you repeat the question.

 5        Q.    Who referred you to The Bloom

 6   Firm?

 7              MR. FUDALI:  You can say a name

 8        if you recall.  If you remember.

 9        A.    It's between two guys.  I can't

10   confirm unless I look at the messages.

11        Q.    What messages?

12              MR. FUDALI:  If those are

13        messages between you and -- is this

14        the first time you guys have heard of

15        attorney/client privilege.  I don't

16        understand these noises.

17              MR. BROWN:  Because these

18        questions relate to communications.

19              MR. FUDALI:  A message with an

20        attorney.

21              MR. BROWN:  How long did you

22        meet with an attorney, there is no

23        communication implicated.

24              MR. FUDALI:  First of all, I am

25        usually much more lenient on this.  I
```

1          am following your guys' lead on the

2          attorney/client privilege thing.  The

3          breadth of your attorney/client

4          privilege objections and instruction

5          not to answer during Bernstein and

6          Tomassone depositions were the most

7          absurd I'd ever seen.  I am following

8          in line with what you guys are doing.

9               If you notice I was much more

10         lenient on this prior to your guys'

11         blanket objections of not allowing a

12         conversation between Bernstein and

13         Tomassone.  Two witnesses.  Okay.  So

14         I don't need to hear your guys'

15         comments on my attorney/client

16         privilege objections.  If you don't

17         like them, you can bring them up to

18         Judge Furman or Judge Ailes.  You guys

19         can pick.

20              Now the objection is if those

21         messages were received from an

22         attorney.  You said what messages.

23         That would be attorney/client

24         privilege if they were received from

25         an attorney that he was talking to

Page 253

1          about this potential case.

2                   MR. ETRA:  He can say that.

3                   MR. FUDALI:  That's why I make

4          the objection and I instruct him if

5          you can answer that question without

6          talking about messages that you

7          received from an attorney that you

8          spoke to, then you can answer.  If

9          not, I would instruct you to say I

10         can't answer.  If they were not from

11         an attorney, you can answer.

12         A.    Right.  Well, like I said, it's

13     between two guys.

14         Q.    Okay.  Who?

15         A.    And it's either Jason Boyce

16     gave me the information or Mark

17     Ricketson.  Either one of those two guys.

18         Q.    When did you first go to see a

19     lawyer about this case?

20         A.    I have never -- I never met

21     lawyers in person.  I would have to look

22     back on my e-mail records again.

23         Q.    When was the first time you

24     spoke, without telling me what you said,

25     when is the first time you spoke with the

Page 254

```
 1   lawyers?
 2             MR. FUDALI:  You can answer that
 3        if you know.
 4        A.    I don't.  I don't know an exact
 5   date.
 6        Q.    Do you know a month?
 7        A.    No.
 8        Q.    Do you know a year?
 9        A.    I'm just -- no, I don't.
10        Q.    Had the lawsuit been filed yet?
11             MR. FUDALI:  What lawsuit?
12        Q.    Was Jason Boyce's lawsuit, had
13   that been filed?
14        A.    The first one?
15        Q.    Yes.
16        A.    Yeah.
17        Q.    Okay.  So after Jason Boyce's
18   lawsuit was filed, he got in touch with
19   you, yes?
20        A.    No, I reached out to them.
21        Q.    And then he suggested that you
22   call The Bloom Firm, right?
23        A.    They gave me information.
24        Q.    About The Bloom Firm?
25        A.    Yes.
```

1      Q.    Okay.  And then you contacted
2   The Bloom Firm?
3      A.    Yes.
4      Q.    Was that before or after the
5   New York Times article?  Do you know, if
6   you know?
7      A.    I don't know.
8      Q.    Was it before or after you were
9   on The View?
10     A.    Again, I would have to look
11  back.  Sorry, I am just all mixed up
12  right now in my head.
13     Q.    Let me see if I understand
14  this.  You were referred -- you talked to
15  Jason Boyce and Mark Ricketson.  You were
16  referred to contact The Bloom Firm and
17  you did, yes so far?
18     A.    I contacted them, yes.
19     Q.    And then you spoke to somebody
20  from The Bloom Firm, right?
21     A.    Mm-mmm.
22     Q.    You have to say yes or no.
23     A.    Yes.
24     Q.    Do you know who you spoke with?
25            MR. FUDALI:  You're talking

```
 1        about the first time he ever spoke to
 2        someone?
 3               MS. WEINTRAUB:  Yes.
 4               MR. FUDALI:  You can answer
 5        that, if you know.
 6        A.    I believe it was Sarah.
 7        Q.    Sarah Bloom?
 8        A.    Yes.
 9        Q.    Lisa Bloom's daughter?
10        A.    Yes.
11        Q.    Did you ever meet with any of
12    the lawyers, ever, until yesterday?
13               MR. FUDALI:  You mean in person?
14        A.    Not in person, no.
15        Q.    So you've spoken on the phone
16    to Sarah Bloom and you've e-mailed with
17    them?
18        A.    Yes.
19        Q.    Okay.  Can you tell us
20    approximately how many times you've
21    spoken with people from The Bloom Firm
22    before yesterday?
23               MR. FUDALI:  I am going to
24        object for attorney/client privilege.
25               MS. WEINTRAUB:  I didn't ask
```

Page 257

```
 1        what the conversation was.
 2              MR. FUDALI:  It's also a
 3        relevance objection.
 4              You can answer if you know.
 5        A.    I wouldn't know.  I don't know
 6   an exact amount.  I don't keep track.
 7        Q.    Was it more than a dozen?
 8        A.    Yes.
 9        Q.    Was it more than two dozen?
10              MR. FUDALI:  I am going to
11        instruct him not to answer this
12        question.
13              MR. BROWN:  Sorry, for the
14        record, what is the basis of that?
15        How many times have you spoken with
16        people from The Bloom Firm?
17              MR. FUDALI:  I think it's
18        irrelevant and I think it's violation
19        of attorney/client privilege.
20              MS. WEINTRAUB:  Of what?
21              MR. FUDALI:  Violation of
22        attorney/client privilege.  Do you
23        really care?  Is this worth it?  I
24        don't understand.  Is this worth it?
25        This is such a waste of time.  This is
```

1        an issue that you would like to take

2        up with the judge, you want to know

3        how many times he spoke to an

4        attorney?

5                MR. ETRA:  Do you want to know

6        why?  I will tell you if you want to

7        know why.

8                MR. FUDALI:  I don't care why.

9        If that's so important to you, make a

10       motion on that, go ahead.

11               MS. WEINTRAUB:  Okay.

12       Q.    Your lawyer Lisa Bloom, who

13   signs the pleadings in this case, says

14   that many of her clients who are accusers

15   like yourself are pathological liars.

16   Are you lying now?

17               MR. FUDALI:  Okay, okay.  Do not

18       answer that question.

19               Jayne, this deposition is over.

20       That is a completely inappropriate

21       question.

22               MS. WEINTRAUB:  I don't think

23       so.

24               MR. FUDALI:  We are seeking

25       sanctions.  We are going to stop it

1        there.  Thank you, have a good day.

2              MS. WEINTRAUB:  Hold on.  Hold

3        on.

4              MR. ETRA:  Meet and confer

5        first.  It's one thing if you don't

6        like the questions.  We still have

7        time left and there is a lot more to

8        cover.

9              MR. FUDALI:  Jayne, I thought

10       better of you until about 30 seconds

11       ago as a person.

12             MS. WEINTRAUB:  I thought better

13       of Lisa Bloom until I saw that memo.

14             MR. FUDALI:  And we can put that

15       on the record.  I would love to see

16       your memos between you and Mr. Weber.

17             MS. WEINTRAUB:  Believe me, I

18       would never put anything like that.

19       Because I don't think that.

20             MR. FUDALI:  Jayne, as a person

21       and as a lawyer, I've shown nothing

22       but respect for you and I've gotten

23       the same somewhat in response.  That

24       question was absolutely inappropriate

25       and offensive and below you and below

Page 260

1        the profession.

2            MS. WEINTRAUB:  But you don't

3        get to tell me at the deposition, you

4        can move to strike it.

5            MR. FUDALI:  No, I am putting

6        something on the record.  I am putting

7        something on the record.  I think it's

8        extremely below you and from what I

9        know about you as a professional.  I

10       know you know that has absolutely no

11       relevance to this case and would not

12       lead to any admissible evidence in

13       this trial.  So I am moving to strike

14       that question.

15            I am considering moving for

16       sanctions about that question.  If you

17       can agree that you will absolutely

18       move on and not bring up anything

19       related to that topic again, we can

20       continue with this deposition.  If you

21       will not agree to that, this

22       deposition will be concluded and you

23       can go to the court and you can try to

24       get --

25            MS. WEINTRAUB:  I will agree not

1          to ask any other questions about Lisa.

2          But I am going to ask other questions

3          about the lawsuit and the press

4          conference being filed and if he saw

5          it, et cetera.

6                    MR. FUDALI:  What press

7          conference?

8                    MS. WEINTRAUB:  You didn't know

9          that Lisa had a press conference with

10         Mark Ricketson and Jason Boyce?

11                   MR. FUDALI:  I was asking if you

12         were referring to the press conference

13         related to this case?

14                   MS. WEINTRAUB:  Yes.

15                   MR. ETRA:  Do you want to take a

16         break?

17                   MR. FUDALI:  No, I made my

18         statement.

19                   MR. ETRA:  Okay.  We obviously

20         disagree.  Let's move forward.

21                   MR. FUDALI:  What do you

22         disagree with?  You think that is

23         likely to lead to admissible evidence,

24         that question, is that what you

25         disagree with?  Are you going to state

1      on the record that you think that

2      Jayne's record --

3              MR. ETRA:  You're raising your

4      voice and I know you don't mean to.

5              MR. FUDALI:  You said you

6      disagree.  You disagree that Jayne's

7      question is likely to lead to

8      admissible evidence in this case.

9              MR. ETRA:  Let me state it very

10     clearly, yes.

11             MR. FUDALI:  That's a very weird

12     way to do that, but go ahead.  For the

13     record, I move to strike that

14     question.  But I don't think that

15     really matters for a deposition.

16         Q.     Aside from your lawyers, please

17     identify, if you haven't already, every

18     person that you have communicated with

19     about this lawsuit.  Did you e-mail with

20     your family?

21         A.     No, I didn't e-mail with them.

22         Q.     Did you e-mail with your close

23     friends?

24         A.     No.

25         Q.     Did you e-mail or text with

Page 263

1   your agent or any of your agents about

2   this?

3        A.    No.  Tieg reached out after he

4   saw the article.  He reached out to me

5   and just said, you know, that he

6   apologized -- he apologized and said that

7   I'm sorry.  I didn't know you went

8   through that.

9        Q.    Have you ever communicated with

10  Darryl Janney by the way?

11       A.    Oh, yeah.

12       Q.    And how do you know him?

13       A.    He reached out to me on

14  Instagram.  I didn't know of him prior.

15       Q.    Let's talk about this

16  Instagram.  So you have an Instagram and

17  a Facebook account and a Twitter account,

18  right?

19       A.    Yes.  Twitter has been inactive

20  for years, but yes.

21       Q.    So your Instagram and Facebook

22  have been active?

23       A.    Right.

24       Q.    And your Instagram and Facebook

25  were public until the summer?

Page 264

1          A.    Yes.

2          Q.    And in July you even mentioned

3     it to your therapist that there was a

4     court hearing that you're aware of that

5     came up, right?

6          A.    Right.

7          Q.    And you are aware of the fact

8     that there was a court order that your

9     lawyers were going to turn over your

10    names on Instagram, all of your social

11    media names?

12         A.    Correct.

13         Q.    And at that time for the first

14    time you made your Instagram, Facebook

15    private after that court order, right?

16         A.    I disagree with that.  My

17    Facebook was private prior.

18         Q.    Your Facebook was not private

19    in July of this year?

20         A.    Really?

21              MR. FUDALI:  Is that a question.

22         Q.    Was it?

23              MR. FUDALI:  Hold on.

24              MS. WEINTRAUB:  Yeah, because I

25         have it.

Page 265

1           MR. FUDALI:  Hold on.  Hold on.

2       The question was, was your Facebook

3       private in July of this year.

4       Q.    And remember you're under oath,

5    so be careful.

6           MR. FUDALI:  You can answer that

7       question.

8       A.    How do you define private with

9    Facebook?  You can pick and choose what

10   is and what isn't.  I don't know.  I

11   don't know the details of what or wasn't

12   private.

13      Q.    You don't know how to make

14   something private?

15      A.    I do.

16      Q.    Right.  And you did?

17      A.    Yeah.

18      Q.    Right?

19      A.    I don't know.

20      Q.    You're shrugging your

21   shoulders, is that a yes or no?  Did you

22   make your Facebook account private or not

23   at some point?

24      A.    At some point, yes.

25      Q.    And what point was that?

Page 266

1       A.      I don't know exactly.

2       Q.      Okay.  Is it fair to say it was

3    recently?

4       A.      I'm not sure.

5       Q.      You don't know if it was in the

6    past two months or if it was a year ago?

7       A.      To me, it feels like it was

8    longer ago, but I can be wrong.

9       Q.      So I need to know if -- do you

10   understand what recently means?

11      A.      Recently?

12      Q.      I don't want any confusion.

13   I'm not being a wiseguy.

14      A.      Recently, a month or two.

15              MR. FUDALI:  That's fair.

16      Q.      So you made it private because

17   of this case, right?

18      A.      Sure.

19      Q.      You can't shrug.

20              MR. FUDALI:  He can make a

21      gesture as he's answering.  You can't

22      control the way he physically --

23      A.      Sorry, that's just my natural

24   reaction.

25      Q.      Well, you haven't done it for

Page 267

1    the past several hours.  So I take it

2    when you don't answer and you shrug, like

3    it's an I don't know.

4              MR. FUDALI:  He was literally

5         about to say a word.

6         Q.    I apologize.

7         A.    When I do that, I am thinking.

8         Q.    Let's go back.

9         A.    Yes.

10        Q.    Okay.  Your Facebook account

11   was public, open?

12        A.    Okay.

13        Q.    It then became private

14   recently?

15        A.    Yes.

16        Q.    And it was because of this

17   case, right?

18        A.    Yeah.

19        Q.    Okay.  Let's talk about your

20   Instagram.  Your Instagram was also not

21   private until recently?

22        A.    Yes.

23        Q.    And recently you deleted it

24   completely, didn't you?

25        A.    No, I didn't.  I just changed

Page 268

1    the name.

2         Q.   So you knew about the court

3    order to give us the name of the account

4    that it was under and then you just --

5    then you make it private and then you

6    start another account with a different

7    name?

8              MR. FUDALI:  Objection.

9         A.   No.

10             MR. FUDALI:  Hold on.  Are you

11        referring to a court order about

12        Instagram?

13             MR. ETRA:  Can you let her ask

14        the questions.

15             MR. FUDALI:  No, I can't

16        actually, if the question is so

17        confusing that I can't fathom what

18        she's asking.

19             MR. ETRA:  Then you object to

20        form.

21             MR. FUDALI:  Frankly, I have no

22        more -- I can't give Jayne any more

23        leeway due to these past questions.

24        So I need to know exactly what she's

25        asking.  This deposition has gotten so

```
 1          off the rails of what's relevant.
 2               MS. WEINTRAUB:  It's relevant
 3          that he deleted the Instagram account
 4          after we went to court about it.
 5               MR. FUDALI:  We didn't go to
 6          court about Instagram.  What are you
 7          talking about?  Can you show me where
 8          the judge made an order about his
 9          Instagram.  What are you talking
10          about?
11          Q.    Did you post on your Instagram
12     account about the allegations in this
13     case?
14          A.    I posted about being on The
15     View.
16          Q.    Did you post about the
17     allegations in this case, yes or no?
18          A.    I don't believe I referenced
19     anything about this case.
20          Q.    Did you communicate via
21     Instagram or Facebook with Jason Boyce in
22     this case, direct message?
23               MR. FUDALI:  What do you mean by
24          in this case?
25          A.    About this case, his case?
```

1      Q.    We're here for both cases.

2      A.    Right.

3      Q.    Okay.  So have you communicated

4   with Jason Boyce via Instagram or

5   Facebook, direct message?

6      A.    Yeah.  I mean, him and I have

7   discussed, yes.

8      Q.    Have you produced those

9   discussions?

10     A.    I'm not sure.

11           MR. FUDALI:  I don't want you to

12     reveal anything that you provided to

13     your attorneys.

14           You can ask that a different

15     way.

16     A.    And if I haven't, I would

17   gladly supply them.  But that's the

18   thing, when you --

19     Q.    Have you ever looked for them?

20     A.    I did.  I did try to look for

21   them.

22     Q.    And did you find them?

23     A.    No.  I don't know how you can

24   go back into the system of Instagram.

25     Q.    After you delete?

1        A.     Initially -- yeah, right.

2        Q.     Okay.  So did you delete

3    that -- did you delete those records

4    after August 1st?  We are at September 20

5    something, 28th.

6        A.     Of this year?

7        Q.     Yes.

8        A.     They were before.

9        Q.     They were deleted before?

10       A.     Yeah.

11       Q.     When?

12       A.     I don't know exactly.

13       Q.     Was it in the summer, the past

14   few months?

15       A.     It was before the request for

16   all of this documentation occurred.

17       Q.     Was it after the lawsuit was

18   filed?  That's December 2018.

19       A.     Right.

20       Q.     It's over a year ago.  It's

21   after the lawsuit and before the summer?

22       A.     I could guess.  I can't

23   confirm.

24       Q.     And how can you find out?

25       A.     How can I find out when they

Page 272

1    were deleted?

2         Q.     Mm-mmm.

3         A.     I have no clue.

4         Q.     Why did you delete the chats

5    between you and Boyce?

6         A.     I deleted them because I just,

7    just like a general e-mail in box, I hate

8    having all these messages in there, so I

9    delete them.  I go through and delete

10   things I don't need.  That's what I do.

11        Q.     Have you deleted e-mails?

12        A.     As far as --

13        Q.     Regarding this case?

14        A.     Not that I know of.  So any

15   e-mails that I've needed to provide, I

16   have provided.  The only ones I deleted

17   were the conversations between Bruce and

18   I or anything around that timeline.

19   Yeah.

20        Q.     Did you ever get instructions

21   from your lawyer to preserve those?

22             MR. FUDALI:  Objection.

23        Q.     e-mails or chats or

24   conversations?

25             MR. FUDALI:  I am going to

1        object and instruct him not to answer.

2        That would be a violation of

3        attorney/client privilege.

4              MR. ETRA:  In the spirit of meet

5        and conferring, you specifically noted

6        a hold letter and subjects about it

7        because it's not privileged.  And we

8        answered those questions.  We can call

9        it a hold letter and she can rephrase

10       her questions.  But it's the same

11       question that you noticed for

12       30(b)(6).  Well, you or your colleague

13       noticed for 30(b)(6) and he answered

14       it, and you did that because you're

15       right, that that's not privileged.

16       Instructions to maintain whether they

17       are maintained or produced, that same

18       notice, the 30(b)(6), so I am meeting

19       and conferring --

20             MR. FUDALI:  That's fine.  If he

21       knows, he can answer that.

22             MR. ETRA:  Why don't you ask the

23       question again.

24             MR. FUDALI:  Ask the question

25       again.

1      Q.    Were you instructed by counsel
2    to preserve those communications with --
3           MR. FUDALI:  Which
4      communications?
5      Q.    -- with other Plaintiffs or
6    between you and a third party discussing
7    this case or the allegations in this
8    case?
9      A.    Not that I can remember.
10     Q.    Were you ever instructed by
11   counsel to preserve records of any kind?
12     A.    I can't remember.
13     Q.    Okay.  Have you seen the press
14   conference with your lawyer and Jason
15   Boyce and Mark Ricketson?
16     A.    There is an actual video
17   conference of it.  I only saw the
18   article, I didn't watch the video.
19     Q.    Ever?
20     A.    No.  I did read the article.
21     Q.    What article?
22     A.    I don't know.  Some general
23   news.  I don't know if it's like TMZ or
24   something.  You know what I mean, like
25   they just post an article with it.  I

1   don't know the exact company.

2        Q.    About the press conference or

3   about the allegations?

4        A.    About the press conference,

5   yeah.

6        Q.    You told your therapist that

7   after the assault by Bruce Weber, you

8   didn't want to model for a while, right?

9        A.    Correct.

10       Q.    But you were constantly posting

11   about all the jobs that you did get,

12   right?

13       A.    The few, yeah.

14       Q.    Right?

15       A.    Yeah.

16       Q.    You posted in 2013 you did a

17   photo shoot with MK TRAN?

18       A.    Right.

19       Q.    Right?

20       A.    Right.

21       Q.    You posted in September 19th

22   that you were modeling in New York City

23   for Peter Brown?

24       A.    What year is that again?

25       Q.    2013.

1      A.     Okay.  Yeah.

2      Q.     Yes?

3      A.     Yeah.

4      Q.     July 2015, you posed for

5  Minnesota Bride Magazine and posted about

6  it?

7      A.     Yes.

8      Q.     December 2nd, 2015, you posted

9  you had one of the best photo shoots

10  ever, right?

11      A.     Yes.

12      Q.     And that was at the Charmant

13  Hotel?

14      A.     Correct.

15      Q.     And that's because you were

16  still enjoying being a model?

17      A.     Yes, I was comfortable in that

18  market.

19      Q.     January 12th, 2017, you posted

20  another best shot ever, thanking J Longs

21  for Men?

22      A.     Yes.

23      Q.     March 2nd, 2017, you post that

24  you may recognize me from random ads,

25  magazines and websites, you were modeling

Page 277

1    for Pilgrim's Cleaners?

2        A.     Yes.

3        Q.     September 2017, you're posting

4    about Barbell Apparel?

5        A.     Posted about them.  It was more

6    of a sponsorship type thing.

7        Q.     It seems that -- I mean, you

8    were pursuing modeling through at least

9    2017?

10       A.     Yes.

11       Q.     And presently you're still

12   pursuing it?

13       A.     It's more of a hobby at this

14   point.  I don't need it.  Like I said, in

15   that kind of market in Minnesota, that

16   area, I am comfortable in that market.

17       Q.     In January 2018 -- so again,

18   just to be clear, none of that -- I mean

19   it's not like you gave up your dream to

20   be the biggest model on Earth, right?

21       A.     I don't plan on it.  That's not

22   my intention now.

23       Q.     Okay.

24       A.     I still do enjoy it.  I mean I

25   don't think -- whether an incident

Page 278

1    happens or not, you shouldn't give up

2    somewhat of a dream that you have.

3         Q.    Okay.  And your dream was like

4    winning the lottery anyway, agreed?

5         A.    Initially, yes.  But now it's

6    just, it's more of a hobby for me.  I

7    don't need to do it financially.  I don't

8    need to do it.  It's fun though.  I enjoy

9    it.

10        Q.    And you enjoy it?

11        A.    Yeah.

12        Q.    In January 2018, you are

13   contacted by the New York Times, yes?

14        A.    Yes.

15        Q.    Who contacted you?

16             MR. FUDALI:  I think this was

17        asked and answered.

18             MS. WEINTRAUB:  No, I didn't ask

19        who contacted him.  I asked if he

20        e-mailed with somebody and who.

21             MR. FUDALI:  Sure.

22             You can answer if you recall.

23        A.    I can't remember his name.

24        Q.    And you didn't tell the New

25   York Times that you did another photo

Page 279

1    shoot with Bruce Weber a few weeks after

2    the French Vogue shoot, did you?

3         A.    I don't believe so.

4         Q.    You never told the New York

5    Times people that you wrote to Mr. Weber

6    the day after each shoot telling him what

7    an amazing experience it was?

8         A.    Right, no, I didn't.

9         Q.    And you didn't tell them, the

10   New York Times people, that you were in

11   constant communication with him for

12   years, at your initiation mostly, right?

13        A.    Mostly, yeah.  No.

14        Q.    Did the New York Times ask you

15   for any communications between you and

16   Bruce Weber?

17        A.    Not that I remember.

18        Q.    Did the New York Times ever ask

19   if you had any corroboration of what you

20   were claiming?

21        A.    No.

22        Q.    Do you?

23        A.    I can't answer.

24             MR. FUDALI:  Object to form.

25        Q.    Who could?

Page 280

```
 1       A.    Who could?
 2             MR. FUDALI:  I'm sorry, who
 3       could what?
 4       Q.    This claim of yours is all
 5    based on your word, agreed?
 6             MR. FUDALI:  Object to form.
 7       Q.    Your word against Bruce Weber's
 8    word?  Do you agree?
 9             MR. FUDALI:  You can answer, if
10       you know.
11       A.    Sure.
12       Q.    Is that a yes?
13             MR. FUDALI:  He said sure.  Come
14       on, Jayne.  He said sure.
15             MS. WEINTRAUB:  Is that an
16       objection?  I heard what he said.  I
17       want a yes or a no.
18             MR. FUDALI:  Yes, it's an
19       objection.  He doesn't need to answer
20       the question again.
21       A.    I mean yes.
22             MR. FUDALI:  The objection was
23       asked and answered.
24       Q.    Fair to say that you had a
25    taste of some fame with French Vogue and
```

Page 281

1    the Abercrombie shoot?

2         A.    Define that.

3         Q.    Fame?

4         A.    Yeah.  I mean, with Abercrombie

5    I was never out in the public with the

6    photos.  I was all under the radar.

7    Nothing was exposed.  Those photos

8    weren't public from the shoot on a

9    campaign.

10              French Vogue was pretty cool,

11   yes.  I was in a magazine and whatnot.

12   But the Abercrombie & Fitch, nothing

13   applied to a campaign or anything.

14        Q.    Nothing like going on The View,

15   which is national, right?

16        A.    Right.

17        Q.    I mean, that's pretty big

18   exposure, yes?

19              MR. FUDALI:  What's the

20        question, is The View pretty big

21        exposure?

22              MS. WEINTRAUB:  Yes, that's the

23        question.  You want to answer it for

24        him too?

25        A.    Yes, it is pretty big exposure.

```
 1            MR. FUDALI:  Just wanted to
 2       verify the question.  It was compound.
 3       Q.    They flew you to New York?
 4       A.    Yes.
 5       Q.    Put you up in a hotel?
 6       A.    Yes.
 7       Q.    Picked you up in a car?
 8       A.    Yes.
 9       Q.    It was good exposure for you
10   personally if you want to pursue being an
11   actor or model, right?
12       A.    That wasn't my main intention.
13       Q.    But it's possible that that
14   could happen, right?
15       A.    It could, it could.
16       Q.    And while not being your main
17   intention, it certainly went through your
18   mind that somebody could see you, right?
19       A.    Sure.
20       Q.    And as you said to Bruce Weber,
21   you really missed the lifestyle, the
22   model lifestyle, right?
23       A.    I said it before, yes.
24       Q.    And you meant that part, yes?
25       A.    Yup.
```

Page 283

1      Q.    When you were on The View, you
2   said you did some breathing exercises and
3   then Bruce inappropriately touched me,
4   right?
5      A.    Yes.
6      Q.    Those were your words,
7   inappropriately touched you, yes?
8      A.    Yes.
9      Q.    And you said he inappropriately
10  touched you and you backed away, right?
11     A.    Yes.
12     Q.    And that is the allegation that
13  you make here, correct?
14     A.    Yes.
15     Q.    There was no time even for
16  fondling, caressing, do you agree?
17          MR. FUDALI:  Object to form.
18     Q.    You had backed away way before
19  any of that could happen?
20          MR. FUDALI:  Object to form.
21     Q.    Do you agree?  You can answer.
22     A.    I don't know.
23     Q.    You don't agree?
24     A.    I don't know.
25     Q.    Okay.  I need you to -- I need

1    you to, if you can, can you recall when

2    this happened to you?

3        A.    When it happened?

4        Q.    When you're claiming something

5    took place, can you recall that?  Yes?

6        A.    Yes.

7        Q.    So we talked about it before

8    and I don't mean to belabor it.  I am

9    just trying to move forward.  We talked

10   about it before being two or three

11   seconds.  Do you remember that, and I was

12   counting it out?

13       A.    Yes.

14       Q.    And in the two to three

15   seconds, you said what happened was he

16   slid his hand down, reached your

17   genitals, right?

18       A.    Yes.

19       Q.    That's the touching you

20   inappropriately for two seconds?

21       A.    Yes.

22       Q.    And you backed away?

23       A.    Yes, that is correct.

24       Q.    And I am not being a wiseguy

25   when I ask you this, so I don't mean

Page 285

```
 1    disrespect, but I am asking you a
 2    question.  Do you know what the word
 3    "fondling" means or caressing?
 4        A.    Yeah.
 5              MR. FUDALI:  For the record --
 6        just for the record, the deponent
 7        moved his hand forward and back to
 8        perhaps, I won't say what he did it
 9        for, but he was doing some sort of
10        gesture.
11        Q.    Do you agree with me that
12    caressing entails taking time?
13              MR. FUDALI:  Object to form.
14        Q.    Petting almost?  Yes?
15        A.    Yes.  A quick motion like this
16    is what it was.
17              MR. FUDALI:  Again, he did the
18        same hand gesturing for the record.
19        Q.    And that was the only
20    inappropriate touching that you have ever
21    claimed in this lawsuit, was that he
22    inappropriately for the two seconds
23    touched you in your genitals, yes?
24        A.    Yes.  Yeah, anything that I
25    didn't approve of, like the touching of
```

1    the chest or things like that.

2        Q.    Okay.  And he didn't kiss you?

3        A.    No.

4        Q.    Right?

5        A.    Yeah, no.

6        Q.    And in the complaint you don't

7    allege that he did anything else, right?

8        A.    I would have to review that

9    again.

10       Q.    Okay.  Would you disagree with

11   me if I said it's not in the complaint?

12            MR. FUDALI:  I have the

13       complaint.  I can show it to him.

14            MR. ETRA:  Is that an exhibit?

15            MR. FUDALI:  I believe the

16       complaint was marked as an exhibit.  I

17       gave him my copy, it doesn't have any

18       markings on it for the record.

19            MS. WEINTRAUB:  You know what,

20       strike that.  I forget the complaint.

21       Q.    Do you allege that there was

22   any other inappropriate touching by Bruce

23   Weber to you, other than --

24       A.    Not to that extent.

25       Q.    I'm sorry?

1      A.      Not like that.  Not on my

2   private parts.

3      Q.      Where else?

4      A.      That's why I wanted to read

5   that again.

6      Q.      As you sit here now and what

7   you recall in your head right now --

8      A.      Yeah.

9      Q.      -- about those, that minute or

10  two or however long you were upstairs

11  with Bruce Weber when you claim this

12  happened in the breathing exercises, are

13  you claiming that anything else

14  inappropriate happened at all other than

15  the two to three seconds that we keep

16  talking about where he touched your

17  genitals and you moved back?

18     A.      No.

19     Q.      Have you ever been diagnosed

20  with PTSD?

21     A.      No.

22     Q.      Do you know what PTSD is?

23     A.      Posttraumatic stress syndrome.

24     Q.      You don't have that, do you?

25     A.      Not that I know of.

Page 288

1      Q.     Did you ever claim to have

2   PTSD?

3      A.     No.

4             (Ardolf Exhibit 25, Disclosures,

5      was so marked for identification, as

6      of this date.)

7      Q.     So I am going to show you

8   what's now been marked as Exhibit 25.

9   Just so we're clear, before we do that,

10  you're not on medication of any kind,

11  right?

12     A.     Right.

13     Q.     You don't take antidepressants,

14  right?

15     A.     No.  It's a topic of discussion

16  currently.

17     Q.     For your skin?

18     A.     No, the depression medication.

19     Q.     And that's since the divorce,

20  right?

21     A.     Everything, and bringing this,

22  all this back up, yes.

23     Q.     And as we discussed, you never

24  claimed that you didn't have a bigger,

25  better career in modeling because of what

1   you claimed happened at the French Vogue

2   shooting.  If anything, that enhanced

3   your career with those photos and the

4   exposure in that magazine, right?

5              MR. FUDALI:  Object to form.

6      A.    Yes, the exposure.  Whether it

7   helped or not, I don't know.  But you

8   would think it would.

9      Q.    Right.  But certainly that

10  didn't derail your modeling career?

11     A.    No.

12     Q.    And so you agree that that is

13  an incorrect assessment and complaint if

14  it says that your career was derailed by

15  that experience?  That's not right, is

16  it?

17     A.    Right.

18     Q.    Do you want to withdraw that

19  statement?

20             MR. FUDALI:  Object to form.

21     Q.    You can answer.

22     A.    What do you want me to answer

23  with?

24     Q.    I want you to answer with the

25  truth that it didn't happen that way and

1    your career has not been derailed and you

2    have no problem withdrawing that

3    sentence?

4         A.    My career was not detailed by

5    Bruce Weber.

6         Q.    Okay.  You also never claimed

7    to have PTSD, right?

8         A.    Right.

9         Q.    So if that claim is made on

10   your behalf in the complaint, would you

11   withdraw that?

12        A.    Is it in there?

13        Q.    Yes, it is.

14        A.    Oh, really.  I have never been

15   diagnosed with it, so.

16        Q.    And I misspoke.  It's in the

17   Plaintiff's first supplemental

18   disclosures that were provided to us, and

19   it says that you want to be reimbursed

20   for your depression and among other

21   things, which I am going to go through,

22   PTSD.  You don't have that?

23        A.    I have never been diagnosed

24   with it, yeah.

25        Q.    And you don't have it?

1          MR. FUDALI:  He said he's never

2     been diagnosed.

3     Q.    Are you saying that you think

4   you have it but you're not diagnosed with

5   it?

6          MR. FUDALI:  Object to form.

7     A.    I don't know.

8     Q.    Is it a possibility in your

9   mind that you have PTSD?

10    A.    It's possible.

11    Q.    Do you know what PTSD, what the

12   symptoms are?

13    A.    Yeah.  So if I was in the same

14   situation with a different photographer,

15   bring flashbacks back.

16    Q.    That you think is PTSD?

17    A.    I think it could be.  It could

18   be classified.

19    Q.    Who told you that?

20    A.    Myself.

21    Q.    Did you read it?

22    A.    No, I didn't read that exactly.

23    Q.    Did that ever happen to you?

24    A.    What?

25    Q.    Where you had another

Page 292

1    experience that was inappropriate with
2    another photographer?
3         A.    No, I never did.
4         Q.    So you never had a flashback
5    about that?
6         A.    I have flashbacks about it
7    still, whether it was in a photo shoot or
8    not.
9         Q.    Sorry?
10        A.    Whether it was in a photo shoot
11   or not.  So whether I had another photo
12   shoot or not throughout that time.
13        Q.    What time?
14        A.    Up until now.
15        Q.    Okay.  Do you still get
16   flashbacks?
17        A.    Yeah.  Discussing all this
18   stuff, I definitely do.
19        Q.    When was the first time you got
20   a flashback?
21        A.    I thought about it nonstop
22   after it happened.
23        Q.    That's not a flashback.  Do you
24   know what a flashback is?
25        A.    That's what I was getting at.

Page 293

```
 1    I was thinking about it nonstop for, I
 2    don't know, it could have been a couple
 3    of years after the incident happened.
 4    And then that's when I deleted
 5    everything.  Got everything out.  I
 6    didn't want to see anything anymore.
 7    After that, yeah.  It didn't occur every
 8    day.  I wasn't thinking about it all the
 9    time.  But could have been every few
10    months.
11        Q.    So let me stop you and maybe I
12    need to clarify what a flashback is.
13    Thinking about something -- are you
14    saying that you have a flashback when you
15    think about something?  Do you think
16    that's a flashback, thinking about
17    something?
18        A.    Thinking about something being
19    in that moment as like -- I guess that's
20    what I see it as.
21        Q.    That period when you deleted
22    all those, you deleted the conversations
23    with Bruce Weber, you said?
24        A.    Yes.
25        Q.    But you were still e-mailing
```

1    with Bruce Weber?

2            MR. FUDALI:  Asked and answered

3        multiple times.

4        A.    Yes.

5        Q.    I don't understand, were you

6    deleting it as soon as you got it or did

7    you delete it sometime later?

8        A.    It was later than that, yeah.

9        Q.    So I am trying to understand

10   when did you delete the e-mails?

11       A.    I don't know an exact date.

12       Q.    How about a year?

13           MR. FUDALI:  This has been asked

14       and answered.

15       A.    It was after the last phone

16   call I had with Bruce when my wife was

17   there listening to it.

18       Q.    We will talk about that in a

19   minute.  You're saying that flashbacks

20   are when you think about it all day long,

21   that's a flashback?  I want to

22   understand.

23           MR. FUDALI:  Jayne.

24       A.    No, I am not saying that's a

25   flashback.

1        Q.    Define your definition -- what
2   is your definition of a flashback?
3        A.    A flashback, I could see
4   something.  I could see a photo that he
5   took.  That brings me back to that point.
6   That's what I think is a flashback.
7   Maybe there is a different definition or
8   explanation.
9        Q.    So you didn't have flashbacks
10  when you were sending Bruce nude
11  pictures, that didn't give you
12  flashbacks, right?
13       A.    No, because I was thinking
14  about that nonstop.
15       Q.    You were thinking about what
16  nonstop?  I am not clear what you're
17  saying.
18       A.    Like I was thinking about what
19  happened.
20       Q.    When you were sending him nude
21  pictures?
22       A.    It was still in the back of my
23  mind.
24       Q.    So is it in the front of your
25  mind and you're thinking about it and

```
 1    it's debilitating and it's in the back of

 2    your mind and you're really not thinking

 3    about it when you're sending him the nude

 4    pictures?  I need to know.

 5              MR. FUDALI:  What time period

 6         are you referring to?

 7              MS. WEINTRAUB:  Sorry?

 8              MR. FUDALI:  What time period

 9         are you referring to?

10              MS. WEINTRAUB:  When he sent him

11         the nude pictures.  I need to know.

12         Q.    You said two different things.

13    Let me take you back.

14              MR. FUDALI:  You asked the

15         question.  He can answer it.

16              MS. WEINTRAUB:  Okay.

17              MR. FUDALI:  I think the

18         question was --

19              MS. WEINTRAUB:  I'm sorry, okay.

20         A.    It was probably shadowed by me

21    wanting to get jobs.  I mean that's

22    obviously why I was e-mailing him.

23         Q.    But the question is about

24    flashbacks.

25         A.    Right.
```

1        Q.     So I need you to answer the

2    question that I ask.  The question is,

3    were you getting flashbacks during the

4    same time that you were e-mailing Bruce

5    Weber nude photographs, updated nude

6    photographs of yourself, yes or no?

7        A.     I guess what's your definition

8    of flashback?

9        Q.     Let's go with your definition

10   of a flashback.

11       A.     Yeah, I would get them on and

12   off.

13       Q.     How often?

14       A.     I'm not sure.

15       Q.     Every day?

16       A.     No, not every day.  Could be

17   every few weeks.  Could be every few

18   months.  It varied.

19       Q.     Okay.  Explain to me what

20   happens and how long a flashback lasts

21   for you.

22       A.     For example, if I -- because

23   there was a point where I still like

24   liked his stuff on social media.  If I

25   would see a post, that would bring me

Page 298

1    back to that spot.  French Vogue shoot.

2        Q.    So what you're saying is bring

3    me back to that spot.  So you would think

4    about it?

5        A.    Right.

6        Q.    Would you think about it for

7    more than a few minutes?

8        A.    It would affect me more than

9    that.  Longer than that.

10       Q.    Okay.  How long would it affect

11   you?

12       A.    That could vary too.

13       Q.    Well, I mean, I am trying to be

14   precise.  You're asking for millions of

15   dollars here, right?  This is very

16   serious.

17            MR. FUDALI:  Object to form.

18       A.    Right.

19            MR. FUDALI:  That wasn't a

20       question.

21       Q.    And you're hoping to get

22   millions of dollars, aren't you?

23            MR. FUDALI:  Object to form.

24       A.    I am not hoping to get

25   anything.

Page 299

1      Q.     Really?

2      A.     Yeah.

3      Q.     We can arrange that.

4             MR. FUDALI:  Hold on, hold on.

5      Again, we don't need the comments.

6             MS. WEINTRAUB:  This goes to his

7      damages claim.

8             MR. FUDALI:  Let's take a break.

9      Jayne, I think you need to calm down.

10     Let's take a break.

11            MS. WEINTRAUB:  Why?  So you can

12     coach him?  Come on.  I don't want to

13     take a break.

14            MR. FUDALI:  Unfortunately you

15     don't have that option.  We are going

16     to take a break.  There is no question

17     pending, we are going to take a break.

18     I think you need to relax.  You guys

19     can do your little whispers and you

20     guys can talk over.

21            MR. ETRA:  I don't think she was

22     raising her voice.

23            MS. WEINTRAUB:  I wasn't raising

24     my voice at all.

25            MR. FUDALI:  You are making

Page 300

```
 1        inappropriate comments.  You are being
 2        harassive.  You are making statements
 3        like "We can arrange that."
 4             MS. WEINTRAUB:  To be clear,
 5        Arick, in all seriousness, I was not
 6        at all trying to do anything except
 7        understand what he was saying about
 8        the flashbacks and when he was
 9        claiming they happened and what
10        happens when that occurs.
11             MR. FUDALI:  That very well may
12        be.  I would like to take a break.  We
13        have that right.  We can take a
14        five-minute break.  I think everyone
15        needs to relax.
16             MR. ETRA:  I want to go on the
17        record that your colleague took the
18        position that we are not allowed to
19        take breaks unless both sides agree.
20             MR. FUDALI:  What colleague?
21        What are you talking about?  When?
22             MR. ETRA:  Anna.  And she
23        insisted on keeping the record open
24        until both attorneys agree.
25             MR. FUDALI:  Is that what you're
```

```
 1        saying, you don't agree to a break?
 2        Is that your position?
 3              MR. ETRA:  We will agree to a
 4        break.  Just making a point.
 5              THE VIDEOGRAPHER:  We are off
 6        the record at 3:39 p.m., this marks
 7        the end of media 4.
 8              (Off the record.)
 9              THE VIDEOGRAPHER:  Back on the
10        record at 3:47 p.m., this marks the
11        beginning of media 5.
12        Q.    As you sit here today, are you
13   still seeking monetary damages and
14   reimbursement of some sort from Bruce
15   Weber?
16              MR. FUDALI:  I am going to
17        object and instruct him not to answer
18        if that would -- if the nature and
19        what is possible from a lawsuit is
20        information that he received from his
21        attorney or discussed with his
22        attorney.  That's the objection.
23              MS. WEINTRAUB:  Back up.
24              MR. ETRA:  May I meet and confer
25        with you on this?
```

1            MR. FUDALI:  Of course.
2            MR. ETRA:  I understand your
3       point, but there is a complaint in his
4       name seeking damages.
5            MR. FUDALI:  Understood.
6            MR. ETRA:  I have never seen a
7       situation where damages are
8       discoverable, right, that's why you
9       have damages.  Here we have the actual
10      party and asking him about his damages
11      claim.
12           MR. FUDALI:  Yes.
13           MR. ETRA:  And you're saying --
14           MR. FUDALI:  That question
15      wasn't about his damages claim.  The
16      question was are you seeking money,
17      right?
18           MR. ETRA:  Well, he's asking if
19      he's seeking money damages.
20           MS. WEINTRAUB:  I asked if he's
21      seeking any kind of reimbursement.
22      I'm looking at medical expenses --
23           MR. FUDALI:  Okay.  I would ask
24      for a more specific question and not a
25      general question about what he is

1          seeking in this lawsuit.  I believe

2          that those strategic questions are

3          protected by attorney/client privilege

4          as to what is being sought after and

5          what is not.

6                MR. ETRA:  Why don't you ask the

7          questions one at a time and maybe

8          Arick will reconsider his instruction

9          perhaps.

10     Q.    Are you seeking economic

11   damages for depression tied to Bruce

12   Weber?

13                MR. FUDALI:  A, I am going to

14          object to the form of the question.

15          And B, if you can only answer that

16          question based on conversations you

17          had with your attorney, then I would

18          instruct you not to answer.

19                MS. WEINTRAUB:  That's fine.

20          That's fine.  But my question, just so

21          let me be very clear.

22     Q.    I am asking you, are you asking

23   or seeking money from Bruce Weber for

24   depression that you claim you suffered?

25                MS. WEINTRAUB:  It's not a legal

1      question.

2              MR. FUDALI:  Okay.  Let me make

3      the same objection.

4              If you can answer that question

5      without revealing information or

6      strategy conversations that you had

7      with your attorney, you can answer.

8      If you can't answer without revealing

9      information you solely received from

10     your attorney or strategy of

11     conversations that you had with your

12     attorney, then I would instruct you

13     not to answer and inform Ms. Weintraub

14     that you can't answer the question.

15     A.     I can't answer.

16     Q.     Okay.  So you can't tell me

17   right now if you suffered from depression

18   and are tying that to Bruce Weber?

19              MR. FUDALI:  That's two

20     questions.  That's two questions.  And

21     that's not what you asked.

22              MS. WEINTRAUB:  I am asking it

23     now.

24              MR. FUDALI:  Okay.  So what's

25     the question?  It's a compound

Page 305

```
 1        question.  I am not --
 2              MR. ETRA:  We will be patient.
 3        We will go question by question.
 4        Q.    You've never been diagnosed
 5    with depression, have you, to your
 6    knowledge?
 7        A.    Until recently.
 8        Q.    When?
 9        A.    I don't know, I would have to
10    look at the document.
11        Q.    By Jessica when she said that
12    you were depressed about the demise of
13    your marriage, right?
14              MR. FUDALI:  I am going to
15        object.  That's not what the documents
16        say, and the documents speak for
17        themselves.
18              MR. ETRA:  Yet you make a
19        speaking objection.
20              MR. FUDALI:  That's fair.
21        Q.    Did she tell you that she
22    was -- I don't see a diagnosis of
23    depression.  She just said you were more
24    depressed than you had been?
25        A.    I guess she told me
```

1    differently.

2         Q.    What did she tell you?

3         A.    That's what she said.  It's

4    going to be -- she's going to diagnose me

5    with depression.

6         Q.    Did you ask her for a

7    diagnosis?

8         A.    I did not.

9         Q.    And did she tell you what she

10   was going to diagnose you as depressed

11   connected to?

12        A.    I would have to look back.

13        Q.    No, I am asking you, what did

14   you tell her?  Did you tell her that you

15   were depressed because of --

16        A.    Because of everything going on.

17              MR. FUDALI:  Objection.

18        Q.    Wasn't it really you were

19   depressed because you were drained from

20   preparing for the deposition?  Isn't that

21   how it came about?

22              MR. FUDALI:  I am going to

23        object to the form of the question.

24        Q.    You can answer it.  Isn't that

25   what happened?

1          MR. FUDALI:  It's a very

2     confusing line of questioning.

3     Q.    Isn't that what happened?

4          MR. FUDALI:  If you understand

5     what she's asking, you can answer.

6     A.    I don't understand.

7     Q.    Tell me in your own words how

8   you were harmed by Bruce Weber.

9     A.    How I was harmed?  Physically

10   and mentally?

11     Q.    Mentally.

12     A.    Mentally, like I said, right

13   after that incident I literally gained

14   10 pounds.

15     Q.    That's before you did the A&F

16   shoot, right?

17          MR. FUDALI:  Let him finish his

18     answer, please.

19     A.    Yes.  I honestly felt like a

20   piece of crap.  I was just eating

21   whatever.  Didn't really care.  Didn't

22   have a care in the world anymore at that

23   point.

24     Q.    How long did that last?

25     A.    It took me a while to get back

1    to somewhat of a constant state.  But I

2    don't know the exact date when that had

3    changed.

4        Q.    Approximately can you give me a

5    year when that changed?

6        A.    I would say within a year from

7    that incident.

8        Q.    But you were still able to

9    work?

10       A.    Yes.

11       Q.    And you were still able to do

12   your daily functions, right?

13       A.    Yes.

14       Q.    And you were still dating?

15       A.    Right.  I didn't have any

16   long-term relationships after that other

17   than my wife.

18       Q.    I didn't ask if you fell in

19   love, I just asked you if you were

20   dating.  You might not have met whoever

21   you wanted to be in love with, right?

22       A.    Right.

23       Q.    You were able to do the A&F

24   shoot and appear to be at your best, yes?

25       A.    Yes.

Page 309

1          Q.     So you're not seeking damages,
2     as Jessica said on 11/26, for any concern
3     or difficulty with your sexual
4     relationships.  That didn't happen until
5     recently.  And you said that was as a
6     result of the marriage -- divorce, right?
7          A.     Right.
8                 MR. FUDALI:  I missed it, I know
9          I'm late, but I am going to object to
10         the form of that question.
11         Q.     Have you ever suffered from
12    sleep disturbances?
13         A.     Sleep disturbances, like not
14    being able to sleep or go to sleep?
15         Q.     Yes.  Because you told Jessica
16    Auel, the record will reflect itself,
17    that you slept fine.  Are you claiming
18    any sleep difficulties because of Bruce
19    Weber?
20         A.     I mean after that happened,
21    that year or so, it was very difficult.
22    But, you know, I have been trying to work
23    through things, and things have gotten a
24    lot better.
25         Q.     So when you were so depressed

1    and you were having all of these
2    difficulties, did you go seek help?
3        A.    I did not.
4        Q.    Did you talk to a friend?  Did
5    you talk to a counselor?
6        A.    No one knew.  No one knew about
7    it.  I tried to hide it and my ego is too
8    big, you know.
9        Q.    Were you doing drugs during
10   that time?
11       A.    No.
12       Q.    Have you ever done illegal
13   drugs?
14       A.    A couple of times.
15       Q.    Okay.  Have you ever done
16   cocaine?
17              MR. FUDALI:  Object to the
18       relevance.  I will let him answer.
19       A.    No, I haven't.
20              MS. WEINTRAUB:  Because all of
21       these drugs cause depression, and I
22       want to know if he was taking --
23              MR. FUDALI:  I just said I would
24       let him answer.
25       A.    No, no, I haven't.

Page 311

```
 1        Q.    How about smoking pot?
 2        A.    Once or twice in my life.  Not
 3   even around that time.
 4        Q.    What about ectasy?
 5        A.    No.
 6        Q.    What other illegal drugs have
 7   you tried?
 8        A.    I have done Adderall a couple
 9   of times.
10        Q.    And when was that?  Was that
11   around this time?
12        A.    No, it was 2016.  '17.
13        Q.    And did you have a prescription
14   for that?
15        A.    No.
16        Q.    What about anxiety, do you have
17   anxiety?
18        A.    On and off.
19        Q.    And was the anxiety as we
20   talked about with the therapist, wasn't
21   it mostly related to the divorce and the
22   demise of the marriage?
23        A.    Yeah, I mean definitely.
24        Q.    You said you were disappointed
25   that Bruce Weber never booked you again,
```

Page 312

1    right?

2         A.    I probably did.

3         Q.    That's what you said earlier.

4    You said that you weren't angry, you were

5    disappointed; is that correct?

6         A.    Yeah.

7         Q.    And you were also very

8    frustrated that you were putting in,

9    investing all of this time and all of

10   these e-mails and texts and -- right?

11        A.    Yeah, I was definitely

12   frustrated, especially after different

13   conversations we had about me being a

14   potential candidate and whatnot.  I mean

15   my hopes are getting up there.  But then

16   someone else is booked.  So yes, I was

17   definitely irritated and frustrated with

18   it.

19        Q.    And you were still, at that

20   point, you were still having financial

21   issues, right?

22        A.    Yes.  Yeah.  I lived paycheck

23   to paycheck for a long time.

24        Q.    And you knew or you thought

25   that Bruce Weber, being so rich, could

Page 313

1    just help you out?

2         A.    I didn't look at it as far as

3    him being rich.  I looked at his power,

4    his influence he had on the industry

5    itself.

6         Q.    And you wanted part of that?

7              MR. FUDALI:  Object to form.

8         A.    Yeah.

9         Q.    After the French Vogue shoot,

10   did you call your agent and tell him how

11   the shoot went?

12        A.    Yes.

13        Q.    And what did you tell him?

14        A.    I told him it went great.

15        Q.    Okay.

16        A.    I didn't tell him any details.

17        Q.    But you told him it went great?

18        A.    Yeah.

19        Q.    So were you telling the truth

20   or you were lying to him?

21        A.    I was lying.

22        Q.    And did you talk to your folks?

23        A.    No.

24        Q.    Did you tell anybody else about

25   the shoot with French Vogue?

1      A.    If I told them about the shoot,
2   it was anything not related to the
3   incident.
4      Q.    Okay.
5      A.    Like I said, I never told
6   anyone prior to me telling my wife.
7      Q.    And we don't know when that
8   was.
9      A.    I can give you an approximate
10  year.
11     Q.    Go ahead.
12     A.    I have to look back.
13     Q.    Okay.  Let's talk about
14  Heather.
15     A.    Okay.
16     Q.    So when did you first tell
17  Heather, was it in couples therapy or
18  before that?
19     A.    It was before that, yes.  It
20  was before that.
21     Q.    Do you remember when or why?
22          MR. FUDALI:  Object to form.
23          You can answer.
24     Q.    Do you remember how that came
25  up between you?

Page 315

1     A.    I want to say from seeing the
2  New York Times article.
3     Q.    Okay.  So you saw the New York
4  Times article and you think that you told
5  Heather that you were a part of this?
6          MR. FUDALI:  I don't want you to
7       guess as instructed.
8          MS. WEINTRAUB:  I guess he's
9       telling you not to use that answer
10      because he's coaching you.
11          That's not an objection.  Come
12      on, Arick, that's not an objection.
13          MR. FUDALI:  How many times have
14      you told a witness not to guess?  How
15      many times, Jayne.  Don't be the pot
16      calling the kettle black here.
17          MS. WEINTRAUB:  Why do you think
18      that he's guessing?
19          MR. FUDALI:  Because at first he
20      said I don't know and then you asked
21      him three more times, then he said
22      maybe it's the New York Times article.
23          I am just instructing you not to
24      guess.  You can answer the question,
25      if that's the answer.  I am

1        instructing you not to guess.  If you

2        are guessing, please let Ms. Weintraub

3        know that that answer is an educated

4        guess or a guess.  That's it.

5        A.     Like I said, I think it was

6   that.  I can't confirm.

7        Q.     Okay.  You think it was after

8   you read the New York Times article, yes?

9        A.     Yes.

10       Q.     So what did you tell her, when

11   you told her?

12       A.     I told her everything.

13       Q.     What?

14       A.     I told her the whole incident.

15   The shoot.  And yeah, she knew I had

16   continued communication with him.

17       Q.     Okay.  So that's 2018?

18       A.     Yeah.

19       Q.     Right?  Okay.  2018 you tell

20   Heather that Bruce Weber inappropriately

21   touched you?

22       A.     Yes.

23       Q.     And what was her reaction?

24       A.     She was frustrated with the

25   whole situation.

1      Q.    Frustrated with what situation?

2      A.    That that happened, that that

3  incident happened, and she was sad for

4  me.

5      Q.    Were you divorcing at the time?

6      A.    No.

7      Q.    Are you aware of the affidavit

8  that Heather has given in this case?

9      A.    Yes.

10           MS. WEINTRAUB:  Can we take a

11      break for two seconds, let me get it,

12      it's two seconds?

13           MR. FUDALI:  I think both

14      parties have to agree to this break.

15      We can take a break.

16           THE VIDEOGRAPHER:  Off the

17      record at 4:04 p.m.

18           (Off the record.)

19           THE VIDEOGRAPHER:  We are back

20      on the record at 4:16 p.m.

21      Q.    You've seen the declaration

22  that your wife Heather submitted in this

23  case?

24      A.    Yes.

25      Q.    Did you help her write this?

1      A.      No.

2      Q.      And can you explain how this

3   came about that in -- it doesn't have a

4   date.  Do you know when he did this?

5              MS. WEINTRAUB:  That's to him,

6      but really looking at your lawyer.

7      Q.      Was it last year, the year

8   before, five years ago?

9              MR. FUDALI:  So for the

10      record --

11             MS. WEINTRAUB:  Thank you.

12             MR. FUDALI:  -- I am going to

13      object to this line of questioning on

14      that I believe that affidavit, if my

15      memory serves me correctly, was

16      produced in conjunction with attempted

17      settlement negotiation.  If I remember

18      correctly.  If I'm wrong, you can

19      correct me.

20             MR. BROWN:  I don't believe

21      that's correct.

22             MR. FUDALI:  You don't believe

23      that's correct.

24             MR. BROWN:  I believe it was in

25      the production.

1           MS. WEINTRAUB:  It's a Bates

2      stamp --

3           MR. FUDALI:  Then I am

4      incorrect.

5           MS. WEINTRAUB:  Say that again?

6           MR. FUDALI:  Then I withdraw my

7      objection.  I apologize.  I was

8      confused about the document.

9      Q.    Okay.  So --

10          MS. WEINTRAUB:  But do you want

11     to make a representation, since it's

12     on The Bloom Firm stationery, when it

13     was done?  Because it's not dated.

14          MR. FUDALI:  The year is not --

15          MS. WEINTRAUB:  No.  We can go

16     off the record and I can just ask you.

17          MR. FUDALI:  I honestly don't

18     know, but I can --

19          MS. WEINTRAUB:  Find out.

20          MR. FUDALI:  I will agree to

21     find that information out and either

22     provide an amended declaration or let

23     counsel know what the year was.

24          MS. WEINTRAUB:  Okay.  Thank

25     you.

1       Q.    Let's assume that it was within
2   the last year or two.  I think it's okay
3   to assume that because of what the Bates
4   stamped numbers are.
5             Your wife said years earlier
6   she had been at home and saw you or heard
7   you on the phone?
8       A.    Yes.
9       Q.    So explain what happened.
10      A.    So I am on the phone with
11  Bruce.  And, you know, we're talking
12  general conversation.  That's how it
13  always went.  And then after that we
14  would hear him say, all right, where are
15  you right now.  Let try to find a
16  different location, private location.
17            After that happened the
18  breathing exercises would commence.  And
19  then -- do you want more detail from
20  that?
21      Q.    Yes.
22      A.    So the same thing would happen
23  as far as what happened at the French
24  Vogue shoot.  He would tell me to put my
25  own hand where I felt the energy.  So I

1    would be putting it there.  Here.  And
2    then when I would do it here, he would be
3    like okay, now where is your hand?  Okay.
4    Now pull it away.  Now where do you feel
5    the energy now.  And then I would put it
6    somewhere.  And ultimately I knew what he
7    wanted.  I knew he wanted me to, you
8    know, touch, like he said, my cock,
9    things like that.
10        Q.    And you would do this on the
11   phone with him?
12        A.    For the first few times I did.
13        Q.    Why did you do it on the phone?
14        A.    What do you mean?  I mean, I
15   basically did this because there is a
16   potential of more jobs.
17        Q.    So you did this after -- you
18   did these breathing exercises with him on
19   the phone after you claim he
20   inappropriately touched you?
21        A.    Yes.
22        Q.    Okay.  When did this happen?
23        A.    Several times.  Multiple.
24        Q.    Okay.  It was obviously after
25   French Vogue and after Abercrombie?

Page 322

1        A.      Yes.

2        Q.      So do you know when after?  Was

3    it six months later, a year after?

4        A.      I would have to look at the

5    phone records.  I don't know.

6        Q.      Okay.  And why would the phone

7    records tell you?

8        A.      It would give you dates,

9    wouldn't they?  Or no?

10        Q.      Yeah, but aren't there a lot of

11    phone records and aren't there a lot of

12    phone calls back and forth between the

13    two of you?

14        A.      Right.

15        Q.      I've seen text messages or

16    e-mail messages that say, you know, I

17    missed you.  I tried you again.  You are

18    both talking about phone tag.  So I am

19    assuming, please correct me if I'm wrong,

20    there was a lot of you called, he called

21    you back?

22        A.      Right, there was a lot of that,

23    yes.

24        Q.      So I am trying to understand if

25    it's after 2011 or after the second shoot

1    in 2011, which the second one was in

2    February?

3         A.    Yes.

4         Q.    2011.  Do you know when the

5    first time you did this was?

6         A.    I don't.

7         Q.    How often did it happen?  Was

8    it every time you talked?

9         A.    It was every time we talked.

10   So a lot of those calls, yes, we are

11   playing phone tag and whatnot.  But every

12   time we talked.

13        Q.    Every single time you talked?

14        A.    Yes.

15        Q.    And you did it?

16        A.    Yes.

17        Q.    He would be on one end, you

18   would be on the other.  And you would be

19   touching your head.  Right?

20        A.    Right.  For the first few

21   times, yes.  And then after that, I knew

22   where he was going with it.  And I just

23   faked it then.

24        Q.    Faked what?

25        A.    I faked the whole breathing

Page 324

1    exercise.
2         Q.    Okay.  And that's what it was,
3    it was a breathing exercise?
4         A.    Right.
5         Q.    I just want to be clear.
6         A.    Oh, yeah.
7         Q.    You're not masturbating or
8    touching yourself?
9         A.    Oh, no.
10        Q.    That's clear?
11        A.    Right.
12        Q.    So there is no -- and there is
13   no discussion of that?  It's a real just
14   breathing exercise and you're doing that
15   on the phone?
16        A.    Right.
17        Q.    Okay.  So you just said there
18   is no masturbating, there is no touching.
19   There is no talk of that, right?
20        A.    Well, touching my body, yes.
21        Q.    Correct, but --
22        A.    No masturbation.
23        Q.    Right, right.  So this says,
24   going back to Heather, in 2014, "Josh was
25   at home on the phone when I walked in.  I

Page 325

1    could hear him speaking to a male on the

2    other end."

3              How would she know who you were

4    talking to?

5         A.    She didn't.

6         Q.    Right.  And it said "Josh was

7    uncomfortable and went into the other

8    room and I followed him."

9              Did she often do that on the

10   phone?  Like you're on the phone and

11   she's like following you around?

12        A.    I know.  Yeah, she literally

13   did.  And I was literally going room to

14   room.  I was trying to avoid -- because I

15   was like, you know, it's going to ruin my

16   chances for a photo shoot or whatever.

17             So she questioned me nonstop

18   after that.  And I just blew it off.  I

19   said, oh, it's a photographer I shot with

20   for Abercrombie and French Vogue.  But I

21   didn't go into detail.

22        Q.    And actually this says that

23   "Josh finally told me about Bruce's

24   assault in December of 2017."

25        A.    About the assault, yes.

1      Q.    And she claims that you had
2   anger issues because of what happened
3   with Bruce Weber.  And you kind of claim
4   at the end of the therapy session that I
5   saw, you don't agree with that and think
6   that she needs to own up to her
7   responsibility for the demise of the
8   marriage.  Is that right?
9      A.    I mean --
10           MR. FUDALI:  Object to form.
11     A.    -- there is give and take both
12   sides, you know.  There is always two
13   sides to the story, I guess, with that
14   situation.
15     Q.    Okay.  Well, in almost every
16   situation, don't you agree?
17     A.    Yeah.
18     Q.    And taking it back to the
19   phone, she certainly wasn't close enough
20   to you to hear the person or hear what
21   was being said, even if she's walking
22   around after you, agreed?
23     A.    Right.
24     Q.    Okay.  It says here that then
25   you told Heather about what happened,

Page 327

```
 1   right?
 2        A.     Right.
 3        Q.     And it says December 2017,
 4   after an article about Bruce's sexual
 5   harassment toward other models came out?
 6        A.     Yes.
 7        Q.     And that is when you told her?
 8        A.     Yes.
 9        Q.     Okay.  And you told her the
10   details?
11        A.     Yes.
12        Q.     And you told them just as you
13   said them today?
14        A.     Yes.
15        Q.     Right?  And not to beat a dead
16   horse, but I just want to make sure, is
17   there anything else that you claim
18   happened when you were alone doing the
19   breathing exercise with Bruce upstairs
20   that we have not talked about or you did
21   not mention?
22        A.     So, yeah.  I was actually
23   confused earlier when you brought that up
24   before.  I thought you meant just the
25   complaint.  Just the details in the
```

1    complaint.  Not the interrogatories, I

2    guess.

3         Q.    Because you read those also?

4    Right, when you verified them, you had to

5    swear to them?

6         A.    Right.

7         Q.    You reread them?

8         A.    Yes.

9         Q.    And you saw something that you

10   hadn't said?

11        A.    Yes.

12        Q.    And what was that?

13        A.    He actually put his fingers in

14   my mouth during that.

15        Q.    And you're saying that now

16   because you remembered you saw it in the

17   interrogatories and you read that, yes?

18        A.    I did read it before, yeah.

19        Q.    Yeah.  In the interrogatories?

20        A.    Mm-mmm.

21        Q.    You have to say yes or no.

22        A.    Yes.

23        Q.    Because it's not in the

24   complaint?

25        A.    Right.

Page 329

1        Q.     And did you review that on any

2    of the breaks today?  It's okay if you

3    did, I am just asking.

4               MR. FUDALI:  I am going to

5          object.  That would be attorney/client

6          privilege.

7        Q.     It's obvious that you did.  You

8    did?

9               MS. WEINTRAUB:  It's not

10         attorney/client privilege if he looked

11         at a document today.

12              MR. FUDALI:  It is absolutely

13         attorney/client privilege if during

14         one of the breaks, sitting with

15         myself, we reviewed a document.  Yes,

16         that is --

17              MS. WEINTRAUB:  I didn't ask him

18         if he reviewed it with you.

19              MR. FUDALI:  Okay.  I am

20         objecting to attorney/client

21         privilege.  And literally just

22         following the precedent set by defense

23         counsel.

24              MR. BROWN:  Precedent, to the

25         extent that you're claiming a bad

Page 330

1          objection was made by another

2          attorney, that's not a basis to now

3          object.

4               MR. FUDALI:  I am keeping it

5          consistent with the way --

6               MR. BROWN:  You can't go to

7          court and say, well, they did it.

8               MR. FUDALI:  Of course I can.  I

9          am being consistent with the way

10         attorney/client privilege has been

11         handled in this case.  Regardless of

12         that, I believe that that is protected

13         by attorney/client privilege.

14         Q.    So you remembered to bring it

15    up from the document.  And is there

16    anything else that you want to remember

17    to say?

18         A.    No.

19              MR. FUDALI:  Object to the form

20         of the question.

21         Q.    And the reason that that claim

22    was made about the fingers in the mouth,

23    because you read Jason Boyce's complaint,

24    you said that earlier?

25         A.    I did read it.

1      Q.     And that's the claim that Jason
2    Boyce made, right?
3      A.     Yeah.
4      Q.     And he's the only one that made
5    that claim, but I guess it looked good to
6    you?
7           MR. FUDALI:  Object to form.
8      A.     No.
9      Q.     Can you tell me why -- we must
10   have talked, and as your lawyer would
11   tell you, I must have asked at least 20
12   to 30 times and taken you through that in
13   your own words, not in leading questions,
14   what took place, do you remember all
15   that, before the lunch break today?
16           MR. FUDALI:  Object to the form
17      of the question.
18      Q.     We talked about the hallway and
19   this and this and I counted out seconds,
20   right, you remember that?
21           MR. FUDALI:  Object to form.
22      A.     Right.
23      Q.     And you never once, when I said
24   did anything else happen, did anything
25   else happen, think in your mind, and I

```
                                          Page 332
 1    said that to you, do you recall in your

 2    mind, do you have that memory, right?

 3         A.    Yes.

 4              MR. FUDALI:  Object to form.

 5         Q.    Not once did you mention the

 6    fingers in the mouth, did you?  Not once?

 7         A.    Right.

 8         Q.    You said that you gained

 9    10 pounds between French Vogue and

10    Abercrombie?

11         A.    Mm-mmm.

12         Q.    Right?  You have to say yes or

13    no.

14         A.    Yes.

15         Q.    And you said that's one of the

16    things that you're claiming you're

17    damaged by, that you just couldn't stop

18    eating and you want to blame Bruce for

19    it, right?

20              MR. FUDALI:  Object to form.

21         Q.    Right?

22         A.    Yes.

23              (Ardolf Exhibit 26, Photographs,

24         was so marked for identification, as

25         of this date.)
```

1    Q.    I am showing you Exhibit 26.
2  Those are both pictures of you, aren't
3  they?
4    A.    Yes.
5    Q.    You're the young man on the
6  right and that's where you claimed that
7  you gained 10 pounds in three weeks?  Is
8  that you in the picture?
9    A.    Yes.
10    Q.    Could you put your initials on
11  your abs in the pictures, just so we know
12  who it is or point or an arrow or
13  something?
14        Do you agree that the one on
15  the left is the earlier one from French
16  Vogue?
17    A.    Yes.
18    Q.    And do you agree that that's
19  you with the young lady on the right for
20  Abercrombie?
21    A.    Yes.
22    Q.    And this is where you claim you
23  gained 10 pounds?  Right?
24    A.    Approximately, yes.
25    Q.    You still claim that?

Page 334

```
 1        A.     What's that?
 2        Q.     Do you still make that claim
 3   honestly?
 4        A.     It may not have been exactly
 5   10 pounds.
 6        Q.     I'm sorry?
 7        A.     It might not have been exactly
 8   10 pounds.
 9        Q.     It doesn't look like you gained
10   weight there, does it?
11             MR. FUDALI:  Object to form.
12        Asked and answered.  What's the
13        question?
14        Q.     During that year, all those
15   e-mails you wrote to Bruce, you even
16   wrote about "I'm working the abs hard,
17   ha," right?
18        A.     Right.
19        Q.     You weren't gaining weight, you
20   were working out and looking fine?
21        A.     There was a time when I gained
22   weight.
23        Q.     This was the time that you
24   gained weight?
25             MR. FUDALI:  Asked and answered.
```

```
                                        Page 335
 1        A.    I gained a little bit and then
 2   I gained more before A&F.
 3        Q.    So now it's not before A&F,
 4   it's after, because I showed you the
 5   picture --
 6        A.    A little before.
 7        Q.    Let me ask the question,
 8   because I showed you the pictures and you
 9   can obviously see it does not look like
10   your testimony, does it?
11             MR. FUDALI:  Object to form.
12        Q.    Do you agree?  Answer.
13             You can answer.
14             MR. FUDALI:  Does he agree the
15        picture does not look like his
16        testimony?
17             MS. WEINTRAUB:  That's right.
18        Q.    The pictures do not match your
19   testimony that you gained 10 pounds
20   during those three weeks, does it?
21             MR. FUDALI:  Object to form.
22             You can answer.
23        Q.    You can answer.  It doesn't,
24   does it?
25        A.    No.
```

```
 1            MS. WEINTRAUB:  We are going to
 2       take the last break for five minutes.
 3       Because I'm thinking I'm done.
 4            THE VIDEOGRAPHER:  Going off the
 5       record at 4:31 p.m.
 6            (Off the record.)
 7            THE VIDEOGRAPHER:  We are back
 8       on the record at 4:42 p.m.
 9       Q.   Josh, I want to go back to
10   something that you said.  I want to be
11   sure I understood.  I was asking you
12   before and you were telling us before
13   about the breathing exercises on the
14   phone, right?
15       A.   Yes.
16       Q.   And you never told your wife
17   about that?
18       A.   No.
19       Q.   And you never told anybody
20   about it?
21       A.   No, I kept that a secret.
22       Q.   Sorry?
23       A.   I kept that a secret until I
24   told my wife.
25            MS. WEINTRAUB:  I want to go
```

1      back to exactly what he said.

2      Q.    Because we ended with there was

3    no touching yourself.  There was no talk

4    of touching yourself.  There was none of

5    that.  And earlier you said, well, I knew

6    that's what he wanted me to do.

7      A.    Right.

8      Q.    Do you remember that?  Okay.

9    So I need to know, it was in your mind,

10   you knew that's what Bruce Weber wanted

11   you to do, but he didn't overtly say to

12   you in words verbally, I want you to now

13   touch your private parts or touch your

14   genitals?

15           MR. FUDALI:  Object to the form

16      of the question.

17      Q.    Right?  It was in your mind?

18      A.    Over the phone conversations --

19           MR. FUDALI:  Let him answer it.

20      Q.    Right?

21      A.    Yes.

22      Q.    So Bruce Weber never said those

23   words to you, in your mind you just knew

24   that's what he wanted?

25      A.    Right.

1          Q.    And you never told Jessica

2     about that either, obviously, ever?

3          A.    I'm not sure.  Her descriptions

4     are pretty small compared to actually

5     what we talk about over the whole -- what

6     she typed up for each thing is like what,

7     three sentences, a paragraph?

8          Q.    It's a summary.

9          A.    Right.

10         Q.    She talks about the

11    molestation.  She talks about what you're

12    talking about.

13         A.    Right.  But it doesn't go into

14    detail.

15         Q.    Well, it doesn't say anything

16    about -- did you tell her about the phone

17    calls --

18         A.    I can't recall.

19         Q.    Hold on, let me finish the

20    question.

21              MS. WEINTRAUB:  I'm sorry.

22              MR. FUDALI:  Go ahead.

23         Q.    Did you tell her about these

24    phone calls?

25         A.    Not that I recall.

```
 1       Q.     Okay.  So you said earlier that
 2   now after you saw the interrogatories,
 3   you saw that you claim that he put his
 4   fingers in your mouth during the French
 5   Vogue shoot?
 6            MR. FUDALI:  Object to form.
 7       Q.     Upstairs, right?
 8            MR. FUDALI:  Object to form of
 9       the question.
10       Q.     Right?
11       A.     Yes.
12       Q.     So take me back, because I
13   asked you 20 times, and I'm sure we're
14   going to hear asked and answered, but I
15   asked you 20 times and I never heard you
16   use the word "fingers in the mouth."  So
17   now take me back, we're going upstairs
18   with the assistant?
19       A.     With the assistant.
20       Q.     Right?
21       A.     Yes.
22       Q.     So tell me exactly how that
23   happened.
24       A.     So I was sitting with a group
25   of models.  Assistant comes over to me.
```

Page 340

```
 1    Hey, Bruce would like to take some shots
 2    with you.
 3              MR. FUDALI:  Did you want to
 4         hear all this or you just want to hear
 5         about the part you asked about?
 6              MS. WEINTRAUB:  Is there
 7         somewhere you want to go?
 8              MR. FUDALI:  I don't think
 9         that's what you asked him.  So with
10         your permission, I am going to allow
11         you to interrupt him and ask you a
12         specific question if that's what you
13         would like to do.
14              MS. WEINTRAUB:  Thank you.
15         Q.    I would like to put you in the
16    hallway upstairs.
17         A.    Okay.
18         Q.    Where you claim this happened
19    and start from when it's happening.
20         A.    Right.
21         Q.    So tell me.
22         A.    Okay.
23              MS. WEINTRAUB:  Thank you.
24              MR. FUDALI:  You're welcome.
25         A.    Sorry.  As this is happening,
```

1    you know, I am putting my hand, you know,

2    could be on my shoulder.  Could be on my

3    chest.  Could be on my head.

4         Q.    And he's very close to you

5    physically?

6         A.    He's within an arm's reach,

7    yeah, at this point.

8         Q.    Okay.

9         A.    And then I put my hand on my

10   face and that's when --

11        Q.    That's when what?

12        A.    That's when his fingers slide

13   in my mouth and they stay --

14        Q.    Hold on.  His hand was over

15   your hand?

16        A.    No, his hand is underneath

17   mine.  I am guiding it.

18        Q.    So you guided -- wait.  You're

19   guiding his hand?

20        A.    Yes.

21        Q.    And for the record, I am

22   putting my right hand over my left hand,

23   okay?

24        A.    Right.

25        Q.    To my right hand?

1        A.    Is yours.

2        Q.    And this is Bruce Weber?

3        A.    Yes.

4        Q.    Okay.  And I'm you.  So you're

5    saying that you're guiding him?

6        A.    Mm-mmm.

7        Q.    Down your face?

8        A.    I put my hand right here.

9        Q.    And it then slipped into your

10   mouth, the fingers slipped into your

11   mouth, or did he put it in your mouth and

12   leave it there?

13       A.    He put his fingers in there for

14   a second.

15       Q.    Show me.

16             (Witness complies.)

17       Q.    And your mouth was open like

18   that?

19       A.    Yeah.

20       Q.    Why was your mouth open like

21   that?

22       A.    It ended up getting open like

23   that.

24       Q.    Did he open your mouth?

25       A.    No.

1      Q.    Okay.  You need to explain to

2   me, because I can't get a visual of this.

3           MR. FUDALI:  Just let him

4       explain it to you.  Just let him.

5       This whole -- never mind.

6           MS. WEINTRAUB:  This whole part

7       is kind of crazy, I agree.

8           MR. FUDALI:  No, just let him

9       explain it to you, and I am sure he

10      can do it and we can move on.

11     Q.    Show me and tell me what

12  happened.  First it's your head, your

13  shoulders, your chest?

14     A.    Right.  I don't know the exact

15  order of that.

16     Q.    Okay.  Okay.

17     A.    It was so long ago, I can't

18  remember.  But, yeah.  And then, you

19  know, I put his hand right here on my

20  face.  And yes, his hand slid down.

21  Fingers got close to my mouth.  I opened

22  my mouth.

23     Q.    So you opened your mouth for

24  him to put his fingers in?

25     A.    That wasn't my intention.  But

Page 344

1    it just happened.  I mean, how old was I?
2    I was super young.
3         Q.    Hold on, hold on.  You're not
4    ten years old.  You're 20 years old.
5         A.    Yeah.
6         Q.    Right?
7         A.    Still very young.
8               MR. FUDALI:  The question is
9         you're 20 years old, right?
10        Q.    Yes?
11        A.    Yeah.
12        Q.    You were living on your own,
13   yes?
14        A.    Yes.
15        Q.    You were being a model, yes?
16        A.    Yes.
17        Q.    You were comfortable posing in
18   the nude?
19        A.    Right.
20        Q.    Let's not make it seem like he
21   took advantage of you being a child.
22   That didn't happen, did it?
23             MR. FUDALI:  Object to the form.
24        Q.    Right?
25             MR. FUDALI:  Object to the form.

Page 345

1          Q.     You're not claiming that, are

2     you?

3          A.     No.

4          Q.     Okay.  So during this breathing

5     exercise, you guide his hand?

6          A.     Yes.

7          Q.     And his hand slides, is sliding

8     down your face.  You open your mouth.

9          A.     Right.

10         Q.     And he puts his finger in it.

11    You think it was fair for him to think

12    that that's what you wanted at that point

13    if you opened your mouth, that could have

14    been misunderstood?

15         A.     Right, right, you're right.

16         Q.     Right?

17         A.     Yeah.

18         Q.     I mean, it also could have

19    just, as you're guiding it and you open

20    your mouth, it could have just slid on

21    your mouth?

22         A.     It didn't slide.  It was there

23    for a second or two.

24         Q.     And it was because you opened

25    your mouth?

```
 1              MR. FUDALI:  Object to form.
 2      Q.    Yes?  I just want to be clear.
 3      A.    Right.
 4              MR. FUDALI:  Okay.
 5      Q.    The first time that you ever
 6   told anybody about the fingers in the
 7   mouth is today?
 8      A.    Anybody.
 9      Q.    Aside from your lawyer for the
10   interrogatory?
11      A.    I can't remember.
12      Q.    You do remember telling other
13   people the story?
14      A.    Yes.
15      Q.    And just like I went over for
16   hours this morning, it didn't come out
17   then either?
18      A.    Right.
19              MR. FUDALI:  Object to form.
20      Q.    And do you agree it's probably
21   the first time that you even ever said it
22   out loud?
23              MR. FUDALI:  Object to form.
24      Q.    You can answer.
25              MR. FUDALI:  I instruct you not
```

Page 347

1         to answer based on attorney/client
2         privilege.
3              MS. WEINTRAUB:  You can't.
4              MR. FUDALI:  I can say he can
5         answer the question if it doesn't
6         reveal conversation you had with your
7         attorney.
8         Q.    Other than to your attorney,
9    that's the first time you're saying it
10   out loud to anyone, isn't it?
11             MR. FUDALI:  That's fine.
12        A.    I don't know for sure.  I don't
13   honestly.
14             MS. WEINTRAUB:  Subject to the
15        objections and discussions previously
16        about what you instructed him not to
17        answer and the documents --
18             MR. FUDALI:  I believe there was
19        an agreement on documents.
20             MR. ETRA:  There may be some
21        other documents that came up today.
22             MR. FUDALI:  I think that where
23        we had an agreement was, and correct
24        me if I'm wrong, was the couples
25        therapy records.

Page 348

1           MS. WEINTRAUB:  Correct.

2           MR. FUDALI:  And I believe we

3     also had an agreement that we would

4     get the date for you on Heather

5     Ardolf's affidavit.

6           MR. ETRA:  On that --

7           MR. FUDALI:  I believe

8     everything else was subject to

9     objection.

10           MR. ETRA:  The record will be

11     what it is, because you may not

12     remember it.  In particular, I just

13     want to say, Arick, that he says that

14     he would have to look at, my

15     recollection, he had to look at the

16     text communications with Heather,

17     we're using first names, I don't mean

18     to offend.

19           THE WITNESS:  Right, right.

20           MR. ETRA:  To figure out when he

21     told her.  To me that suggests that

22     some of the text communications should

23     probably be produced.

24           MR. FUDALI:  To me it could help

25     him place a time frame.  If there are

Page 349

1       text messages that discuss the

2       incident that we believe are not

3       privileged for some reason, we will

4       provide them.

5            MR. ETRA:  The record is what it

6       is what the open issues are.

7            MS. WEINTRAUB:  Can you guys

8       just keep this up for another minute?

9            MR. FUDALI:  You want us to talk

10      about something else?

11           MS. WEINTRAUB:  Yeah, wait.

12           MR. FUDALI:  I do believe there

13      were some agreements and otherwise

14      Plaintiff objects to the other.

15      Q.   And just to be clear,

16  April 12th, 2019, and I am going to refer

17  you, I don't have it printed out, I'm

18  sorry, because I didn't expect this,

19  Plaintiffs 003, which I will show you on

20  my computer, and I will get an exhibit

21  and make it Exhibit 27.

22           [The document Bates stamped

23      Plaintiffs 003 was hereby marked as

24      Ardolf Exhibit 27 for identification,

25      as of this date.]

Page 350

```
 1        Q.    It is -- how do you pronounce

 2   that, Mankato?

 3        A.    Mankato.

 4        Q.    Marriage & Family Therapy

 5   Center.  And this was what we had been

 6   looking for from your co-counsel, from

 7   Anna Gronningsater for a long time.  We

 8   didn't have 01 through 3.  And then we

 9   finally got that and that's why it's

10   separate.  And that's why I apologize.

11             MR. FUDALI:  Okay.

12        Q.    You told Jessica on April 12th,

13   2019 that you took a break from modeling.

14        A.    Okay.

15             MR. FUDALI:  I am going to

16        assume since we don't have it in front

17        of us, that this is being read

18        verbatim on the document.  I trust

19        you.  I just want you to state that

20        for the record because I don't have it

21        in front of me.  I will take your word

22        for it if you do say so that that is

23        being read verbatim and not

24        paraphrased.  Just say that it's

25        verbatim and we are good, on the
```

Page 351

1          record.

2                  MS. WEINTRAUB:  And you can read

3          it with me.

4          Q.     "He took a break from

5     modeling," do you see that?

6          A.     Yes.

7          Q.     And as we've said, you didn't

8     take a break from modeling, because right

9     after the French Vogue, when you claim

10    the assault occurred, as a matter of fact

11    you shot with Bruce Weber three weeks

12    later, so you certainly weren't taking a

13    break after the assault, right?

14         A.     Not right after, right.

15         Q.     Okay.  Well, you didn't tell

16    the therapist I didn't take a break not

17    right after.  I used him again but then I

18    took a break later.  It says that you

19    said right after the assault you took a

20    break.

21                 MR. FUDALI:  Is that what it

22         says?  Again, we don't --

23                 MS. WEINTRAUB:  And I want to

24         read it again, because I don't want

25         to --

Page 352

1          MR. FUDALI:  Let's make sure
2      that's exactly what it says.
3      Q.    It said that "He developed a
4  significant depressive symptom which
5  ultimately led him to leave full-time
6  modeling.  Josh expressed he took a break
7  from modeling and now accepts modeling
8  jobs on a very part-time basis."
9          MR. FUDALI:  I am glad you read
10     it back.  Because that doesn't say
11     right after.
12     Q.    "Josh reported he was sexually
13  assaulted in 2012 by photographer Bruce
14  Weber during his time in the modeling
15  industry.  He developed depressive
16  symptoms which led him to leave full-time
17  modeling.  Josh expressed he took a break
18  from modeling and now accepts modeling on
19  a very part-time basis."
20          So where was the break?
21     A.    The break was after the
22  Abercrombie & Fitch.
23     Q.    Okay.  And wasn't that, as we
24  talked about, because you weren't getting
25  an offer?  It wasn't because you, Josh

Page 353

1    Ardolf, decided you're not going to

2    model?

3         A.    Right.

4         Q.    Okay.

5         A.    Yeah.

6         Q.    There is no way that you can,

7    in your mind, decompartmentalize what you

8    claim is depression from those first, I

9    guess, couple of months after the French

10   Vogue shoot in 2011 as opposed to how you

11   separate that from the depression that

12   you've had over the past several years

13   with the struggle in your marriage?

14            MR. FUDALI:  Object to form.

15        Q.    Right?

16        A.    Yes.

17            MS. WEINTRAUB:  I have no

18        further questions at this time subject

19        to reserving my rights for every other

20        reason I can think of under the sun.

21            MR. FUDALI:  I have a few.

22   EXAMINATION BY MR. FUDALI:

23        Q.    Okay, Mr. Ardolf.  Let me show

24   you what was marked by Defendant as

25   Defendants' Exhibit 3 and turn --

1          MS. WEINTRAUB:  What is it?

2          MR. FUDALI:  The complaint.

3     Q.    Which is the complaint in this

4    lawsuit.  And turn your attention to

5    paragraph 21.  There were some questions

6    by Ms. Weintraub to you and some answers

7    that at least part of this paragraph is

8    not true.  Do you recall that question

9    and answer?

10    A.    Yes.

11    Q.    What part of this paragraph

12    specifically is not true?

13          (Witness reviews document.)

14          MR. ETRA:  Which paragraph?

15          MS. WEINTRAUB:  You said 21?

16          MR. FUDALI:  Yes.

17    A.    Is that the one?

18          MS. WEINTRAUB:  I didn't ask

19    about 21.

20          MR. FUDALI:  Hold on, I'm sorry.

21    My mistake.  Thank you.  It's

22    paragraph 28.  Thank you for the

23    correction.

24    A.    Page 4?

25    Q.    It goes from page 4 to page 5.

Page 355

```
 1        A.     Okay.
 2        Q.     Do you recall a question and
 3   answer session about paragraph 21 where I
 4   believe Ms. Weintraub asked something
 5   along the lines whether that paragraph is
 6   completely true.  I am paraphrasing.  And
 7   you said no.  Do you recall that?
 8             MS. WEINTRAUB:  Object to the
 9        form.
10        Q.     Do you recall that?
11             MR. BROWN:  You confused him
12        because you said 21 again.
13             MR. FUDALI:  I said 21.  Thank
14        you.  It's been a long one.
15        Q.     Paragraph 28, do you recall Ms.
16   Weintraub asking you about that
17   paragraph?
18        A.     Yes.
19        Q.     And do you recall answering one
20   of Ms. Weintraub's questions that perhaps
21   some or part of that paragraph was not
22   true?
23        A.     Yes.
24        Q.     Okay.  Specifically what part
25   of this paragraph is not true?
```

```
 1      A.    Weber did not exactly say he's
 2   going to use his power and influence.
 3   That is how I perceived it.
 4      Q.    What did Mr. Weber say to you
 5   that caused you to perceive it that way?
 6      A.    He basically said, like I said
 7   before, you know, I can be a top
 8   candidate for the next job.
 9      Q.    And that's what you
10   interpreted?
11      A.    Right.
12      Q.    And you interpreted that to
13   mean that he could use his power and
14   influence to get you that job?
15      A.    Right.
16            MS. WEINTRAUB:  Objection.
17      Q.    Did you believe that Mr. Weber
18   had the ability to get you top jobs in
19   the industry?
20      A.    Yes.
21      Q.    Did you believe that if you let
22   Mr. Weber sexually assault you, that you
23   could, that you were more likely, that
24   Mr. Weber would be more likely to get you
25   those jobs?
```

1           MS. WEINTRAUB:  I object.

2      Q.    You can answer.

3      A.     It was in the back of my head.

4    I didn't know, you know.  You go into

5    this one-on-one shoot and you're chasing

6    your dream.  You are trying to get there.

7    And I just got lost and my morals went

8    out the door and everything else.  I was

9    just focusing on my career goals, I

10   guess.

11     Q.    We discussed that after

12   Mr. Weber touched your penis, that

13   Mr. Weber informed you about potential

14   jobs you could have?

15     A.     Yes.

16     Q.     Okay.  Did Mr. Weber say

17   anything to you -- that was after the

18   breathing exercise, correct?

19     A.     Yes.

20     Q.     Did Mr. Weber say anything to

21   you during the breathing exercise that

22   you recall?

23     A.     Not conversational.

24     Q.     Did he say anything to you out

25   loud verbally?

Page 358

1      A.    Not that I recall.
2      Q.    There was some discussion, a
3  lot of discussion about where this
4  incident took place in the upstairs part
5  of the house.  Do you recall that?
6      A.    Yes.
7      Q.    There was some discussion about
8  whether there was a door, whether there
9  was a room, whether there were four
10  walls, whether there was a hallway,
11  corridor, bathroom.  Do you recall that?
12      A.    Yes, I remember that.
13      Q.    As you sit here today, do you
14  specifically recall the exact type of
15  room that the incident took place?
16          MS. WEINTRAUB:  Objection.
17      A.    I don't know the exact type of
18  room.
19      Q.    It could have been a corridor
20  or a hallway or a room or a bathroom; is
21  that correct?
22      A.    Yeah.  I know it was on the
23  second level.
24          MS. WEINTRAUB:  Objection.
25      Q.    Do you recall that it was on

Page 359

1    the second floor?

2        A.    Yes.

3        Q.    There are also some questions

4    about whether he had time to touch --

5    whether he had time to fondle you.  And I

6    don't believe there was ever -- the

7    question was asked.

8             MS. WEINTRAUB:  Because, excuse

9         me, because you instructed him not to

10        answer the question.  So I don't think

11        you can ask him now about the fondling

12        and caressing when you shut me down.

13             MR. FUDALI:  I don't believe

14        that to be true.  But I'll ask it

15        anyway and you can object.

16        Q.    When Mr. Weber touched your

17    penis, as you alleged during this

18    deposition, did Mr. Weber fondle your

19    penis?

20        A.    Like we said before, it was

21    this motion.

22        Q.    Okay.  And the motion you're

23    doing was moving your hand up and down?

24        A.    Yes.

25        Q.    Did Mr. Weber move his hand up

Page 360

1    and down on your penis?

2         A.    Yes.

3         Q.    During those two to three

4    seconds?

5         A.    Yes, he did.

6         Q.    There were a lot of questions

7    about how, about things in your life that

8    perhaps were not caused by Mr. Weber.  Do

9    you recall that?

10        A.    Yes.

11        Q.    And there were a lot of

12   questions about how what Mr. Weber did

13   did not affect you.  Do you recall that?

14        A.    Yes.

15        Q.    As you sit here today, to the

16   best of your ability, can you explain

17   mentally what you've been through as a

18   result of what Mr. Weber alledgedly did

19   to you?

20        A.    Most of it was post, just right

21   after.  Yes, I sent e-mails.  Yes, I did

22   this and that.  I was career focused.

23   Basically, trying to put everything in

24   the back of my head and not think about

25   it, you know.  And up until -- when that

1    article came out, obviously it was in the

2    back of my head always.  And this article

3    came out and I just -- that was it.  I

4    couldn't keep it in anymore.

5         Q.    Are you having difficulty

6    articulating how what Mr. Weber did

7    affects you today?

8              MS. WEINTRAUB:  Objection

9         strongly.

10             MR. FUDALI:  Noted.

11        Q.    You can answer.  Do you have

12   difficulty explaining how you feel inside

13   as a result of what Mr. Weber did to you?

14             MS. WEINTRAUB:  Objection.

15        Q.    You can answer.

16        A.    Currently right now I feel sick

17   to my stomach.

18        Q.    As you sit here today, are you

19   still suffering, in your mind, from what

20   Mr. Weber did to you?

21        A.    I think one of the biggest

22   things is trust issues at this point.

23        Q.    Do you still think about what

24   happened?

25        A.    Definitely.  Especially with

Page 362

```
 1    this going on right now.
 2              MR. FUDALI:  I think I might be
 3        done.  One second, please.
 4        Q.    Were you excited when the
 5    assistant told you that Mr. Weber wanted
 6    to do a solo shoot with you?
 7              MS. WEINTRAUB:  Objection.
 8        Q.    Were you excited at that
 9    opportunity?
10        A.    Yes.  And I think they asked
11    the same question.  Yes.
12        Q.    Okay.
13              MR. FUDALI:  That's all I have,
14        thank you.
15    EXAMINATION (Continued)
16    BY MS. WEINTRAUB:
17        Q.    As you sit here now, after you
18    testified at least five times that you
19    thought that Bruce Weber inappropriately
20    touched you in a hallway with no door,
21    are you now changing your testimony
22    again?
23              We can read the record back,
24    Mr. Ardolf.  Are you changing your
25    testimony?
```

1       A.    I believe my last statement was

2   I didn't know the exact type of room it

3   was.

4       Q.    But you testified several times

5   earlier.

6            MR. FUDALI:  You testified.

7            MS. WEINTRAUB:  Arick,

8       absolutely he did.  And if you want,

9       we can start and wait and we will have

10      it read back.  He absolutely testified

11      at least three times.

12      Q.    At least three times that we

13  have marked that you thought it was in a

14  hallway with no door.

15      A.    I thought.

16      Q.    Okay.  And you still think so?

17      A.    It's open ended, yeah.

18            MS. WEINTRAUB:  I have no

19      further questions.

20            MR. FUDALI:  Nothing.

21            THE VIDEOGRAPHER:  This

22      completes today's testimony of Joshua

23      Ardolf.  We are going off the record at

24      5:07 p.m.  This also concludes media 5.

25            (Time noted:  5:07 p.m.)

Page 365

1                        CERTIFICATION

2

3            I, DAWN MATERA, a Notary Public

4    for and within the State of New York, do

5    hereby certify:

6            That the witness whose testimony

7    as herein set forth, was duly sworn by

8    me; and that the within transcript is a

9    true record of the testimony given by

10   said witness.

11           I further certify that I am not

12   related to any of the parties to this

13   action by blood or marriage, and that I

14   am in no way interested in the outcome of

15   this matter.

16           IN WITNESS WHEREOF, I have

17   hereunto set my hand this 7th day of

18   October, 2019.

19

20

21

22     DAWN MATERA

23

24

25

Page 366

1               ERRATA SHEET
        VERITEXT LEGAL SOLUTIONS
2

    CASE NAME: Jason Boyce v Bruce Weber
3   DATE OF DEPOSITION: September 26, 2019
    WITNESS'S NAME: JOSHUA ARDOLF
4

    PAGE/LINE(s)/     CHANGE          REASON
5   ____/_____/_____/_____
    ____/_____/_____/_____
6   ____/_____/_____/_____
    ____/_____/_____/_____
7   ____/_____/_____/_____
    ____/_____/_____/_____
8   ____/_____/_____/_____
    ____/_____/_____/_____
9   ____/_____/_____/_____
    ____/_____/_____/_____
10  ____/_____/_____/_____
    ____/_____/_____/_____
11  ____/_____/_____/_____
    ____/_____/_____/_____
12  ____/_____/_____/_____
    ____/_____/_____/_____
13  ____/_____/_____/_____
    ____/_____/_____/_____
14  ____/_____/_____/_____
    ____/_____/_____/_____
15  ____/_____/_____/_____
    ____/_____/_____/_____
16  ____/_____/_____/_____
    ____/_____/_____/_____
17  ____/_____/_____/_____
    ____/_____/_____/_____
18  ____/_____/_____/_____
    ____/_____/_____/_____
19  ____/_____/_____/_____
20                  _____
                    JOSHUA ARDOLF
21

    Subscribed and Sworn To
22  Before Me This_____Day
    of_____, 2019.
23

    _____
24      Notary Public
25  My Commission Expires_____

| & |
|---|
| **&**  2:9,15,21 7:17 20:21 22:11 88:4 99:17 127:22 130:7 132:25 138:13 173:10 281:12 350:4 352:22 |

| 0 |
|---|
| **003**  5:21 349:19,23 |
| **01**  350:8 |
| **03825**  1:2 6:19 |

| 1 |
|---|
| **1**  4:8 6:14 16:17 16:18 93:7 |
| **10**  4:19 5:25 130:17,21 131:11 131:25 132:4 307:14 332:9 333:7,23 334:5,8 335:19 |
| **100**  33:13 59:15 71:18 185:4 |
| **10002**  2:5 |
| **10112**  2:22 |
| **10:03**  52:1 |
| **10:46**  93:6,10 |
| **10:55**  101:8 |
| **11**  4:21 137:2,3 |
| **11/26**  309:2 |
| **11/26/2018**  173:16 |
| **119**  4:15 |
| **11:12**  101:11 |
| **12**  4:22 138:3,6 |
| **12112**  1:8 6:22 |
| **122**  230:23 |
| **125**  230:23 |
| **126**  230:20 |
| **128**  4:16 |

**129**  4:18
**12:17**  167:12,14
**12th**  129:20 151:9 212:7 276:19 349:16 350:12
**13**  4:24 141:16,17
**131**  4:19
**133**  230:15
**137**  4:21
**138**  4:22
**13th**  132:5 220:19
**14**  5:1 144:16,21
**141**  4:24
**144**  5:1
**146**  5:2
**15**  5:2 30:15 48:22 96:2 146:1,2 211:25
**151**  5:4
**152**  5:5
**154**  5:7,8
**157**  5:10
**15th**  160:20 161:13 208:7,9,20
**16**  4:8 5:4 151:5
**160**  5:11
**162**  5:13
**166**  5:14
**17**  5:5,24 13:3 35:2 152:14,15 190:23 311:12
**170**  5:24
**172**  5:16
**18**  5:7 13:3 154:11 155:19
**18th**  244:25
**19**  5:8 10:15 26:16 154:10,15
**198**  5:24
**1990**  9:23

**19th**  275:21
**1:03**  168:2,4
**1:18**  1:8 6:22
**1:19**  1:2 6:19
**1st**  153:25 271:4

| 2 |
|---|
| **2**  2:11,16 4:9,9 34:4,5,9 90:3,6,7 90:12 93:11 167:13 |
| **2/12/11**  129:18 |
| **20**  2:4 5:10 10:15 19:20 157:8,12 166:12 271:4 331:11 339:13,15 344:4,9 364:13 |
| **2008**  11:11 16:25 |
| **2009**  19:10 |
| **2010**  14:16 15:21 21:4,6 22:15 26:2 44:7,11 68:4 113:20 |
| **2010/2011**  114:13 |
| **2011**  21:5 46:2 113:22 118:8,17 122:8 128:16,17 132:5 138:24 139:3,7 140:20 146:7 151:9 153:6 153:25 229:11 233:2 322:25 323:1,4 353:10 |
| **2012**  15:21 156:24 157:5 352:13 |
| **2013**  14:16 17:10 17:16 160:20 161:13,17 165:11 165:15 275:16,25 |
| **2014**  17:20 200:25 324:24 |

**2015**  16:25 166:23 276:4,8
**2016**  17:16,20,23 174:2 189:18 190:23 311:12
**2017**  168:13,13 174:5 202:16 203:22 206:19 276:19,23 277:3,9 325:24 327:3
**2018**  172:19 173:12 174:14 186:4,20 212:1 227:5 271:18 277:17 278:12 316:17,19
**2019**  1:17 6:3 208:9,20 212:7,22 214:9,12 215:1 220:19 349:16 350:13 365:18 366:3,22
**21**  5:11 160:22 161:4 354:5,15,19 355:3,12,13
**212**  2:22
**21st**  2:11,16
**22**  5:13 162:11,12
**22nd**  215:1
**23**  5:14 166:18
**23rd**  215:6,7,25
**24**  5:16 172:13
**24th**  157:5
**25**  5:18 229:7 288:4,8
**250**  118:4
**26**  1:17 5:19 10:14 332:23 333:1 366:3
**26th**  6:3 9:22 172:19 173:12

212:22 214:12
**27** 5:20 349:21,24
**270** 5:16 171:19
172:14
**274** 172:20 188:24
**275** 194:7 210:7,8
**276** 192:1
**28** 58:4 354:22
355:15
**286** 201:23
**288** 5:18
**28th** 213:21 214:9
271:5
**290** 207:7,8
**294** 208:12,17
210:4 211:24
**298** 212:1
**29th** 211:23 212:1
**2:16** 238:10
**2:45** 238:14
**2nd** 276:8,23

**3**

**3** 4:10 57:24,25
168:5 238:11
350:8 353:25
**30** 1:15 2:21 7:3
65:9 92:14 259:10
273:12,13,18
331:12
**301** 9:13
**302** 9:14 212:7
**305** 2:17
**306** 213:1
**310** 213:22
**318** 214:13
**319** 5:25
**321** 5:16 171:19
172:14
**33131** 2:12,17
**332** 5:19

**34** 4:9 234:11
239:13 242:18
246:11,12
**349** 5:21
**353** 4:4
**362** 4:5
**37214** 4:21 137:4
**37216** 5:15 166:19
**374-1818** 2:17
**37400** 4:15 119:8
**37406** 4:17 128:8
**37442** 4:18 129:14
**37446** 4:20 132:1
**37471** 4:23 138:7
**37506** 4:24 141:18
**37509** 5:1 144:17
**37516** 5:3 146:3
**37521** 145:20
146:18
**37522** 146:19
**37523** 146:22
**37524** 146:23
**37536** 5:6 152:16
**37546** 5:4 151:6
**37548** 5:9 154:16
**37549** 5:7 154:12
**37565** 5:10 157:9
**37605** 5:12 160:23
**37609** 161:9
**37620** 5:13 162:13
**3:39** 301:6
**3:47** 301:10

**4**

**4** 4:11 61:3,10
114:1 238:15
301:7 354:24,25
**40** 65:9 92:14
194:19
**400** 25:9
**43** 230:7,8

**45** 51:15 116:19
**456** 5:17 171:19
172:15
**462** 215:25 216:6
**467** 5:17 171:19
172:15
**4:04** 317:17
**4:16** 317:20
**4:31** 336:5
**4:42** 336:8
**4th** 154:1 207:6
211:22

**5**

**5** 4:12 5:24 67:15
67:19 101:25
301:11 354:25
363:24
**5,000** 114:1
**50** 59:16 225:22
**54** 225:25
**56001** 9:15
**57** 4:10
**5777** 365:21
**59827-1** 4:9 34:5
**5:07** 363:24,25
**5th** 146:7 153:6

**6**

**6** 4:14 69:20,24
96:10 229:19
238:19 273:12,13
273:18
**60353** 95:25
**60353-122** 97:1
**60353-34** 98:8
233:13,16 234:18
**60353-79** 70:9
**60653-104** 97:12
**61** 4:11
**634** 235:3

**634-3095** 2:22
**661-6734** 2:5
**67** 4:12
**69** 4:14
**6th** 122:8

**7**

**7** 4:15 119:6,7,11
**7th** 118:17,22
229:11 233:1
365:17

**8**

**8** 4:4,16 128:7
**80,000** 18:10
**85** 2:4

**9**

**9** 4:2,18 129:13,18
**954** 2:5
**9:14** 1:17
**9:15** 51:18
**9:59** 51:23
**9th** 68:4

**a**

**a&f** 24:11 120:23
122:9,25 127:24
128:13 307:15
308:23 335:2,3
**a.m.** 1:17 6:3
51:23 52:1 93:6
93:10 101:8,11
**aaron** 69:7
**abdomen** 82:2
193:6
**abercrombie**
14:14,15,19 15:13
15:17 23:11,15,16
23:17 24:24 32:11
32:15 88:4 99:17
100:21 110:5
118:20 124:19

127:22 130:7,16
132:23,25 134:3
138:13 162:22
195:13 226:6
281:1,4,12 321:25
325:20 332:10
333:20 352:22
**ability** 45:5 214:6
356:18 360:16
**able** 33:19 43:24
113:6,6 115:11
190:15,20 308:8
308:11,23 309:14
**abs** 144:22 333:11
334:16
**absolutely** 184:19
185:11 191:12,17
246:5 259:24
260:10,17 329:12
363:8,10
**absurd** 252:7
**accepts** 352:7,18
**account** 16:22,23
263:17,17 265:22
267:10 268:3,6
269:3,12
**accuracy** 40:3,8
41:10,14 44:2
45:11 60:25
**accurate** 41:17
43:23 44:21 45:23
57:14 58:12 59:13
59:15,16 60:20
61:18 101:21
102:2 104:5,6
192:15,16 193:23
194:3 203:21
364:6
**accusers** 258:14
**acquaintance**
135:21

**acting** 157:1 158:5
**action** 1:21 6:19
6:21 7:10 365:13
**active** 263:22
**actor** 18:16,25
282:11
**actual** 88:24
219:23 274:16
302:9
**add** 51:7 130:21
**adderall** 311:8
**addition** 42:19
**additional** 65:16
72:12 97:9
**address** 9:9,11,13
26:21,22
**adequate** 169:24
**adjuster** 17:11,22
20:10 165:13
207:20
**administer** 7:9
**admissible** 260:12
261:23 262:8
**admit** 104:5 205:7
219:6
**ads** 276:24
**advantage** 123:15
344:21
**advertising** 15:13
**advice** 140:13
143:10,16
**advise** 169:4
**affair** 202:16,22
203:4,22 205:7,24
206:19
**affect** 298:8,10
360:13
**affidavit** 317:7
318:14 348:5
**affiliations** 7:13

**afraid** 220:22,25
221:4,5,7
**afternoon** 73:8
168:1
**age** 10:13,17
**agencies** 20:2 22:9
**agency** 21:12
37:20 46:6,12,21
46:24 117:13
135:5
**agent** 19:17 20:19
20:20 21:6,7,11,23
22:1,5,6,21 23:20
33:1,6,17 37:12
67:9,22 68:6
94:14 135:1,2,3
263:1 313:10
**agents** 21:13,16,20
57:4 263:1
**aggressive** 108:12
**ago** 26:13 49:15
58:20 222:16
259:11 266:6,8
271:20 318:8
343:17
**agree** 6:12 24:21
27:5 36:23 67:3
75:12 97:18
125:22 139:6
150:6,11,12
155:21 204:19
212:13 227:4
236:2 260:17,21
260:25 280:8
283:16,21,23
285:11 289:12
300:19,24 301:1,3
317:14 319:20
326:5,16 333:14
333:18 335:12,14
343:7 346:20

**agreed** 56:13 67:7
115:2,3,15 202:11
209:10 278:4
280:5 326:22
**agreement** 347:19
347:23 348:3
**agreements**
349:13
**aha** 9:1
**ahead** 231:14,25
258:10 262:12
314:11 338:22
**ailes** 244:24
252:18
**al** 6:20
**alaska** 16:8 135:11
211:12
**alledgedly** 360:18
**allegation** 212:4
225:13 283:12
**allegations** 202:4
207:10 209:15
212:11 269:12,17
274:7 275:3
**allege** 286:7,21
**alleged** 202:21
240:21 241:6
245:21 359:17
**allow** 203:12
220:14 243:11
340:10
**allowed** 58:5
149:23 170:22
177:12 205:19
247:9 300:18
**allowing** 204:23
252:11
**alternate** 158:20
**amazing** 28:20
119:1,23 129:2,3
129:21 130:12,24

140:22 141:1
167:5 224:17
279:7
**amended** 4:10
57:25 319:22
**amount** 25:16
48:24 149:24
257:6
**anger** 326:2
**angry** 137:17,18
312:4
**anna** 300:22 350:7
**annual** 207:22
**answer** 8:14,16,17
9:5 18:4,7,8 22:17
25:4 31:10,24
39:1,9,22 40:6,13
40:17 46:15,16,18
56:12 57:17 59:19
59:24 60:10 63:4
66:5 75:11 83:9
104:9 105:12
108:10 111:11,17
111:18,19,21
126:23,24 127:16
128:3 130:6 143:3
164:1,3,16 165:8
174:16,18 175:12
175:13,25 176:7
176:13,15,20
177:4,20,22 178:3
178:8,11,21,24
179:8,10,12,17,18
179:19 180:10,16
180:19,23 181:8
184:2 191:8,9
193:14 194:2
198:23 199:4
202:20 203:1,25
204:8,23 206:8,11
216:22 217:16,19

217:20,20 218:7
218:10,19,22
219:1,19,22,24
220:8,11,12,13,17
222:18,25 223:21
224:25 228:3,7,10
228:12,20 234:19
236:1 238:5
240:13 241:25
242:3,5,8 243:12
243:17 244:1,4,6
244:15 245:5,25
246:18,19,25
247:6,15,22,23
248:1,2,10,17,19
249:3,4,17 250:9
250:12,15,17,18
250:20,21,23
252:5 253:5,8,10
253:11 254:2
256:4 257:4,11
258:18 265:6
267:2 273:1,21
278:22 279:23
280:9,19 281:23
283:21 289:21,22
289:24 296:15
297:1 301:17
303:15,18 304:4,7
304:8,13,14,15
306:24 307:5,18
310:18,24 314:23
315:9,24,25 316:3
335:12,13,22,23
337:19 346:24
347:1,5,17 354:9
355:3 357:2
359:10 361:11,15
**answered** 84:11
106:14 111:8,20
124:1 127:20

164:15 165:2,7
223:7,8 273:8,13
278:17 280:23
294:2,14 334:12
334:25 339:14
**answering** 218:1,3
218:21 228:15
266:21 355:19
**answers** 219:10
244:9 245:3 246:2
354:6
**anthony** 1:9
197:10
**antidepressants**
288:13
**anxiety** 311:16,17
311:19
**anybody** 94:11
160:9 313:24
336:19 346:6,8
**anymore** 17:8
198:8 210:7 293:6
307:22 361:4
**anyway** 79:10
157:13 170:9
221:22 278:4
359:15
**apart** 131:10
**apartment** 112:6
112:20 116:23,24
117:12,13,14,20
**apologize** 267:6
319:7 350:10
**apologized** 263:6
263:6
**apparel** 277:4
**appear** 308:24
**appearances** 7:13
**appearing** 7:24
56:17

**appears** 132:6
**applied** 281:13
**appreciative** 35:24
**appropriate** 85:3
205:9 246:7
**approve** 285:25
**approved** 33:19
33:21
**approximate**
314:9
**approximately**
19:7 48:21 256:20
308:4 333:24
**april** 137:20
349:16 350:12
**ardolf** 1:9,20 4:2,7
6:15,20 8:6 9:10
15:25 16:18,24
17:4 18:25 34:4
41:9 44:10,12,15
45:23 46:3 47:8
57:25 58:4,7,17
61:3,22 67:15
69:20 102:1 119:7
128:7 129:13,19
131:25 136:21
137:3 138:6
141:17 144:16
146:2 151:5
152:15 154:11,15
157:8 160:22
162:12 166:18
172:13 246:8
288:4 332:23
349:24 353:1,23
362:24 363:23
364:3,10 366:3,20
**ardolf's** 171:8
348:5
**area** 27:4 30:10,23
31:5,5 64:2 102:6

192:20 193:9
238:25 239:9,12
239:21 240:3,6
241:7,9,12 246:14
277:16
**argue** 219:17
**argumentative**
107:4,17
**arick** 2:6,7 7:22
244:17 249:19
300:5 303:8
315:12 348:13
363:7
**arisen** 216:2,7
**arm** 90:1
**arm's** 341:6
**arquette** 20:21
**arrange** 299:3
300:3
**arrested** 9:24 10:1
**arrow** 333:12
**art** 145:10
**article** 197:25
199:11,16 200:12
255:5 263:4
274:18,20,21,25
315:2,4,22 316:8
327:4 361:1,2
**articulating** 361:6
**asia** 158:24
**aside** 18:13 56:16
77:8 209:8 262:16
346:9
**asked** 58:19 59:5
84:11 92:20
100:19 102:20
103:23 106:24
107:24 109:25
111:8,8,12 124:1
125:1 127:20
133:12 138:15

147:23 149:8
150:7 164:14
165:2,6 169:5,9
178:6,16 182:4
193:20 197:21,22
213:19 220:6
223:7 238:17,23
246:1 247:2
248:24 278:17,19
280:23 294:2,13
296:14 302:20
304:21 308:19
315:20 331:11
334:12,25 339:13
339:14,15 340:5,9
355:4 359:7
362:10
**asking** 8:8 36:14
39:16,17 40:10
44:18,20,22,25
54:21 59:9 103:2
104:13 127:4
133:18 137:25
138:1,10,21 140:8
142:25 143:9,16
143:17 151:2
177:6 178:14
184:5,8 185:18,23
203:3 219:13
235:13,19 239:8
244:11 261:11
268:18,25 285:1
298:14 302:10,18
303:22,22 304:22
306:13 307:5
329:3 336:11
355:16
**aspect** 227:24
**aspirations** 226:5
**assault** 140:3
194:7 195:25

208:4,9,25 209:11
236:7 237:14
241:6,20 275:7
325:24,25 351:10
351:13,19 356:22
**assaulted** 147:10
147:15 186:15
195:18 352:13
**assessment** 289:13
**assistant** 12:4
18:14 64:9,10
65:14 72:8,10
78:3 91:3,10
102:1 108:14
339:18,19,25
362:5
**assistant's** 91:7
**assistants** 26:25
55:15
**associates** 20:21
**assume** 320:1,3
350:16
**assuming** 124:24
138:12 322:19
**attempted** 318:16
**attention** 55:1
354:4
**attire** 76:12
**attorney** 39:2,6,15
40:18,20 41:2,3,8
63:6 108:3,5
174:20 175:22
176:8,15,21,24
177:23 178:5
184:3,6,8,14,24
228:5,9 247:9,18
247:20,21 248:12
248:22 249:14
250:12,15 251:15
251:20,22 252:2,3
252:15,22,23,25

253:7,11 256:24
257:19,22 258:4
273:3 301:21,22
303:3,17 304:7,10
304:12 329:5,10
329:13,20 330:2
330:10,13 347:1,7
347:8
**attorneys** 2:3,10
175:10,17,20
179:6,16 185:7,13
186:1 247:7
270:13 300:24
**audio** 6:10,10
**auel** 13:19 74:17
171:24 173:4
174:10 189:1
208:22 309:16
**august** 146:7
150:21 151:9
153:6 165:11
215:6,7,25 271:4
**authorized** 7:8
**authors** 199:17
**available** 211:7,16
**avenue** 222:5
**average** 17:25
18:11
**avoid** 120:21,25
325:14
**aware** 124:16
125:17 128:11
264:4,7 317:7
**awesome** 129:21
130:10 224:17
**awkward** 92:1

**b**

**b** 4:6 273:12,13,18
303:15
**bachelor's** 12:13

**back** 16:11 24:14
51:25 53:1 66:24
79:12 81:24 84:9
86:14,16,17 91:10
91:12,16 93:9
99:12 101:10,12
102:15,18 114:18
114:23 157:2,17
163:23 165:15
168:3 177:15
188:12 190:9,15
209:6 210:2 217:6
228:24 238:13
250:2 253:22
255:11 267:8
270:24 285:7
287:17 288:22
291:15 295:5,22
296:1,13 298:1,3
301:9,23 306:12
307:25 314:12
317:19 322:12,21
324:24 326:18
336:7,9 337:1
339:12,17 352:10
357:3 360:24
361:2 362:23
363:10

**backed** 82:5,15
83:4 84:7 109:9
109:12 283:10,18
284:22

**bad** 63:21 92:3
163:24 219:2,13
219:17 329:25

**badger** 107:12

**badgering** 107:15

**baldwin** 1:9
197:10

**banana** 136:22

**bar** 15:10

**barbell** 277:4

**barely** 14:24

**base** 55:4

**based** 40:17
127:19 171:2,7
176:7,15,20
177:22 204:8
220:9 280:5
303:16 347:1

**basically** 15:4
16:10 22:21 36:19
62:10 81:10
112:19 129:5
135:2 139:15
140:4 217:5
321:15 356:6
360:23

**basis** 249:12
257:14 330:2
352:8,19

**batch** 236:8

**bates** 4:15,16,18
4:19,21,22,24 5:1
5:2,4,5,7,8,10,11
5:13,14,16,20
119:8 128:8
129:14 132:1
137:4 138:7
141:18 144:17
146:3 151:6
152:16 154:12,16
157:9 160:23
162:13 166:19
172:14 319:1
320:3 349:22

**bathroom** 235:3,7
235:15,17,20,21
236:3,25 237:2,7
237:10,18,21,22
239:14 241:23

358:11,20

**beach** 50:14 55:8
55:13 64:2 68:22
69:7 71:4 75:20
95:11 112:9,10,10
117:7,8 231:5

**bear** 1:6 2:10 3:4
6:18 7:17

**beat** 327:15

**beautiful** 34:14
57:3 68:18 71:17
145:15

**becoming** 244:2

**bed** 68:15 71:8
229:25

**bedroom** 72:22
95:15,17 103:14
103:16 241:23
242:14

**began** 47:17

**begging** 140:4

**beginning** 93:11
168:5 201:12,20
238:15 301:11

**behalf** 7:16,23 8:8
290:10

**belabor** 284:8

**belief** 127:19

**believe** 10:15
13:16 20:22 21:4
22:7 27:22 28:10
37:4,4 39:12
45:19 56:15,21
73:9 79:1 118:25
124:15 127:18
161:23 168:14
171:14,23 173:18
178:10 186:7
193:25 199:11,13
199:23 200:25
205:18 218:23

219:2,4,21 220:9
225:13 246:8
250:24 256:6
259:17 269:18
279:3 286:15
303:1 318:14,20
318:22,24 330:12
347:18 348:2,7
349:2,12 355:4
356:17,21 359:6
359:13 363:1

**bernstein** 3:4
178:7,18 184:25
247:3 252:5,12

**best** 8:14,22 23:3
51:9 56:10 58:21
80:17 94:16
151:11 158:14
160:9 162:7,25
163:18 276:9,20
308:24 360:16

**better** 51:3 53:21
84:22 146:10
152:11 190:21
237:25 259:10,12
288:25 309:24

**beyond** 18:20
206:5

**big** 42:4,18,18
50:8 115:2 123:16
224:2,5 243:6
281:17,20,25
310:8

**bigger** 30:25
138:17 288:24

**biggest** 277:20
361:21

**birth** 9:21,22

**birthday** 136:20

**biscayne** 2:11,16
2:16

**[bit - bruce]**

**bit** 11:22 87:25
  88:1 113:7 233:9
  245:10 335:1
**black** 315:16
**blame** 332:18
**blaming** 160:2,3,7
**blanket** 252:11
**blemishes** 48:12
**blew** 325:18
**block** 50:4
**blood** 365:13
**bloom** 2:3 7:23
  173:13 183:4
  250:1,7,11 251:5
  254:22,24 255:2
  255:16,20 256:7
  256:16,21 257:16
  258:12 259:13
  319:12
**bloom's** 256:9
**blow** 114:20
**blown** 115:23
**blowup** 115:1
**blurry** 95:23
**bob** 49:10 52:14
**bobby** 49:9
**body** 34:21 90:15
  141:6 145:22
  161:6 324:20
**book** 36:17 37:18
  129:6 136:14
  143:21 156:2
**booked** 37:12,20
  38:9,13 46:6,13,21
  46:25 114:19
  118:2 311:25
  312:16
**booking** 46:4
**boost** 57:5 58:23
**borders** 204:15

**bother** 122:5
**bothered** 122:7
**bottom** 33:4 70:8
  97:2 98:9 142:4
  147:2 188:23
  234:10
**boulevard** 2:11,16
**box** 272:7
**boyce** 1:3 6:17
  53:14 183:11,14
  196:25 197:7
  198:14 253:15
  255:15 261:10
  269:21 270:4
  272:5 274:15
  331:2 366:2
**boyce's** 254:12,17
  330:23
**braces** 19:15,15
**brand** 89:15 125:4
  127:6,14
**breadth** 252:3
**break** 12:6 49:24
  51:13,20 72:6,7
  93:3 101:5 103:3
  111:14 121:10
  130:4 165:21
  166:8,11 167:9
  175:14 220:15
  231:13 232:8
  233:15 238:8,16
  243:4 261:16
  299:8,10,13,16,17
  300:12,14 301:1,4
  317:11,14,15
  331:15 336:2
  350:13 351:4,8,13
  351:16,18,20
  352:6,17,20,21
**breakfast** 230:18

**breaking** 130:21
  165:25
**breaks** 300:19
  329:2,14
**breathing** 47:18
  63:8,25 73:17
  74:23 78:8 81:5,8
  81:23 85:14,16
  86:6,12 89:18
  99:1,10 133:3
  143:13 192:19
  232:3 234:4 283:2
  287:12 320:18
  321:18 323:25
  324:3,14 327:19
  336:13 345:4
  357:18,21
**breaths** 35:20
**brenda** 13:8,20
**bride** 167:4 276:5
**briefly** 32:21
**bring** 36:9 172:2
  176:13 182:22
  183:22 252:17
  260:18 291:15
  297:25 298:2
  330:14
**bringing** 217:5
  288:21
**brings** 108:14
  295:5
**broken** 48:6
**brother** 10:10,14
  17:5
**brought** 27:3 31:4
  36:20 62:10 64:3
  64:6,8,16 91:3
  107:23 127:23
  134:5 170:16
  327:23

**brown** 2:23 7:20
  7:20 153:16,20,22
  155:18 176:25
  177:14 185:8
  251:17,21 257:13
  275:23 318:20,24
  329:24 330:6
  355:11
**bruce** 1:6,13 2:10
  6:17,20 7:16 8:8
  22:15,25 23:24
  24:8 25:13 26:2
  27:4 31:6,8 32:20
  33:1,23 36:7
  37:17,23 38:4
  46:12,23 51:1
  52:3 56:21 57:9
  58:20 60:11 62:19
  63:1,9 65:15
  72:11 73:20 76:15
  79:24 83:3 85:10
  89:17 91:16 92:19
  93:12,14 95:2
  98:25 118:8,23
  120:20 122:9
  123:3,7 124:10,19
  124:25 125:1,12
  127:5,12 128:17
  129:19,20 130:23
  131:22 132:17
  135:9 137:21
  138:24 139:3
  140:21 142:20
  144:21 146:7,8
  147:3,9 148:6,25
  149:5 150:6,22
  151:9,14 152:4,6,8
  152:25 153:3,24
  153:25 155:17
  156:25 157:13
  159:25 160:14

161:12,19 162:8
163:6 165:12,15
166:14 170:1
177:12 185:1,6
189:3 194:25
195:2,3,7,16
196:14 202:5
207:3,11 211:18
212:10,20 213:8
214:24 222:22
223:3,18 224:15
229:1 232:22
233:22,25 237:1
237:19,23 239:1
239:10 240:4
272:17 275:7
279:1,16 280:7
282:20 283:3
286:22 287:11
290:5 293:23
294:1,16 295:10
297:4 301:14
303:11,23 304:18
307:8 309:18
311:25 312:25
316:20 320:11
326:3 327:19
332:18 334:15
337:10,22 340:1
342:2 351:11
352:13 362:19
366:2
**bruce's** 100:24
133:24 325:23
327:4
**bs** 49:25
**buddy** 1:9 12:2
197:12
**build** 59:3
**bunch** 21:13 79:14
117:23 230:14,16

231:4,5 248:3
**burnt** 214:15
**business** 17:6 95:6
114:14 207:17,19
**busy** 55:24
**butt** 146:23
**button** 76:5

**c**

**c** 2:1,18 3:1
**calculate** 18:10
**call** 37:17 77:17
88:12 94:14,16
96:23 124:7
171:25 172:1
254:22 273:8
294:16 313:10
**called** 12:25 29:8
60:23 155:3,6,10
322:20,20
**calling** 315:16
**calls** 322:12
323:10 338:17,24
**calm** 30:3 36:5
80:11 81:4 299:9
**camera** 27:13 88:7
89:7,13,14
**campaign** 114:19
127:7,14 281:9,13
**campaigns** 15:13
43:3,6
**candidate** 88:6
99:18 110:8
132:24 312:14
356:8
**car** 282:7
**card** 224:5
**care** 46:12 56:2
129:22 144:4
257:23 258:8
307:21,22

**career** 42:14 43:11
56:19,23 57:6,14
58:8,23 59:7,12
61:24 71:21 86:1
86:11 87:23
114:21 118:12
159:11,17 160:8
163:3,20 288:25
289:3,10,14 290:1
290:4 357:9
360:22
**careful** 265:5
**caressing** 283:16
285:3,12 359:12
**carmelo** 4:12 22:5
22:22 32:19 37:15
37:25 67:9,16,21
67:21
**carolina** 11:6 17:9
**caryn** 22:10
**case** 1:2,8 49:19
52:16 53:4 168:24
169:25 170:15
175:15 197:14,22
204:21 220:20
253:1,19 258:13
260:11 261:13
262:8 266:17
267:17 269:13,17
269:19,22,24,25
269:25 272:13
274:7,8 317:8,23
330:11 366:2
**cases** 270:1
**casting** 128:13,15
128:15
**castings** 25:9,14
112:14 117:24
**catalogues** 15:14
32:11,16

**catch** 137:22
155:7 233:9
**caught** 220:23
**cause** 310:21
**caused** 203:10
356:5 360:8
**causes** 215:20
**causing** 204:5
206:21
**cell** 6:8
**cellular** 6:6
**center** 15:19
173:10 350:5
**cephalexin** 12:25
**certain** 142:8,10
142:11 149:23
**certainly** 34:20
37:6 40:7 65:25
195:11,15 226:4
282:17 289:9
326:19 351:12
**certificate** 364:1
**certification** 365:1
**certified** 165:13
**certify** 365:5,11
**cetera** 261:5
**chad** 50:9
**chance** 137:24
**chances** 325:16
**change** 103:4,10
107:22 366:4
**changed** 12:17
20:22 107:20
267:25 308:3,5
**changes** 137:23
364:5
**changing** 105:8
244:4 245:14
362:21,24
**characterize**
105:25

**[characterizing - comments]**

characterizing
  105:14
charges  196:19
  199:2
charmant  276:12
chasing  357:5
chat  221:24
chats  272:4,23
chatting  30:4
cheap  113:2
chest  81:15 140:10
  286:1 341:3
  343:13
child  344:21
choice  210:22
  211:21 223:15
  244:18
choose  265:9
chose  222:2
  223:16,17
chosen  128:13
christmas  166:24
circumstances
  190:6
city  154:1 158:9
  162:7 275:22
civil  6:19,21
claim  57:8 78:8
  83:2 85:6 100:12
  110:21 119:24
  120:18 132:15
  139:7 140:3 142:9
  147:9,14,15,20
  153:11 154:20
  161:14,18 164:20
  164:24 182:7
  195:17 217:10
  237:14 240:3
  245:21 280:4
  287:11 288:1
  290:9 299:7

302:11,15 303:24
  321:19 326:3
  327:17 330:21
  331:1,5 333:22,25
  334:2 339:3
  340:18 351:9
  353:8
claimed  240:21
  241:20 285:21
  288:24 289:1
  290:6 333:6
claiming  14:1 60:2
  88:22 99:21
  104:22 119:18
  120:10 133:10
  182:1 211:9 227:9
  234:1 236:7 240:8
  279:20 284:4
  287:13 300:9
  309:17 329:25
  332:16 345:1
claims  17:11,22
  165:13 207:20
  208:8 246:15
  326:1
clarification
  169:25
clarified  169:18
clarify  8:23
  244:13 245:8,19
  293:12
clarifying  45:4
classification
  236:10
classified  291:18
cleaners  277:1
clear  77:7 104:17
  104:19 105:22
  173:2 180:23
  203:19 220:16
  233:7,19 239:8

243:18 245:7
  277:18 288:9
  295:16 300:4
  303:21 324:5,10
  346:2 349:15
clearly  103:22
  104:2 180:7 246:9
  262:10
click  21:17,19,21
  21:25 22:3,4
client  39:2,6 40:18
  41:3 45:9 108:3,5
  125:4,19 174:20
  175:22 176:8,15
  176:21 177:23
  228:5 243:11
  245:24 247:9,14
  249:14 251:15
  252:2,3,15,23
  256:24 257:19,22
  273:3 303:3 329:5
  329:10,13,20
  330:10,13 347:1
client's  177:14
clients  43:3,7
  160:5 258:14
clinic  13:12,13
close  10:13,18,25
  17:6 89:17 90:5
  183:8 186:6
  262:22 326:19
  341:4 343:21
closed  73:22 234:8
closer  10:21 11:1
  81:11,11
clothes  99:12
clout  126:10
clue  272:3
coach  107:9
  299:12

coaching  105:14
  236:13,14,16,17
  236:21 242:23
  315:10
coast  117:1,3,5
cocaine  310:16
cock  321:8
colleague  273:12
  300:17,20
college  11:12,14
  14:8 16:6,12
  140:16
colleges  12:14
combined  114:3,4
come  16:11 81:11
  100:8 105:11
  155:4,14 156:19
  171:3,6 177:15
  215:9 216:18
  280:13 299:12
  315:11 346:16
comedic  151:13
comes  72:8 228:24
  339:25
comfortable  29:20
  30:3 33:14 71:19
  80:5,6 130:20
  148:14 276:17
  277:16 344:17
coming  36:21
  62:11 88:4 99:15
  99:16 100:20
  110:2 123:9
  132:21 133:12
  144:3 146:10
  152:11
commence  320:18
comment  85:2
comments  227:8
  252:15 299:5
  300:1

commercial
116:12
commission
364:20 366:25
common 72:25
communicate
269:20
communicated
262:18 263:9
270:3
communication
251:23 279:11
316:16
communications
180:4,5 181:7
183:24 185:25
251:18 274:2,4
279:15 348:16,22
company 16:2
17:20 23:13,14
173:9 275:1
compared 32:23
338:4
competitive 24:18
24:22 25:5 115:22
complaint 4:10
38:17,22 39:10,14
39:18,21 40:15
41:1,11,14 43:13
44:1,5,9,24 45:2
57:8,21 58:1
59:10 122:15,19
122:21 286:6,11
286:13,16,20
289:13 290:10
302:3 327:25
328:1,24 330:23
354:2,3
completely 41:17
57:14 159:1
258:20 267:24

355:6
completes 363:22
complies 342:16
composite 70:6
96:6,10 152:14
171:20 231:24
237:12
compound 104:20
126:20 165:2,5
217:15 218:1,3,5
218:14 282:2
304:25
comps 27:25
computer 69:15
349:20
concern 309:2
concerned 34:14
concerns 188:21
188:22 195:24
196:5 215:22
concluded 260:22
concludes 363:24
confer 204:13
259:4 301:24
conference 261:4
261:7,9,12 274:14
274:17 275:2,4
conferring 204:17
205:14 243:2
247:19 273:5,19
confidence 213:23
confident 80:2
confirm 226:23
233:3,10 235:8,14
235:16,20 236:3
237:3,16 251:10
271:23 316:6
confirmation
205:24
conflicting 246:3

confuse 219:5
244:3
confused 45:13
104:10,11,23
106:13 208:14
245:8,15,17
250:25 319:8
327:23 355:11
confusing 218:20
218:24,25 219:21
220:10 244:2
268:17 307:2
confusion 266:12
congratulations
165:16
conjunction
318:16
connected 207:2
306:11
connection 52:7
connell 69:8
conscious 35:8
48:7,17 51:6
63:20 79:23
consider 117:18
133:19 159:5,20
considered 124:18
considering
204:22 260:15
consistent 39:4
330:5,9
constant 85:24
279:11 308:1
constantly 275:10
construction 16:1
16:24 17:4
contact 4:14 49:5
69:20 70:8 95:6
95:25 133:22,23
136:15 158:3
181:23 197:1

224:21 229:8
232:19,24,25
233:20 238:17
249:25 255:16
contacted 199:14
255:1,18 278:13
278:15,19
continue 6:11
51:14 108:9
232:14 260:20
continued 3:1
94:22 168:9
225:10 316:16
362:15
continues 108:11
contrary 125:25
control 125:3
126:17 127:13
266:22
controls 127:5
conversation
29:13 30:5 40:9
46:8,9 98:24 99:5
99:6 151:25 175:1
175:9,19 179:5,9
179:14 180:24
182:8,13,15,17
226:21 247:17
250:14 252:12
257:1 320:12
347:6
conversational
357:23
conversations 6:6
39:15,17 53:24
54:16 140:1,19
142:19 143:13
181:6 190:16
272:17,24 293:22
303:16 304:6,11
312:13 337:18

cool 12:5 24:16 281:10
cooperative 228:15
cops 221:21
copy 57:20 172:8 172:10 286:17
correct 33:20 34:2 37:21 41:25 43:9 44:15,16,19,21,23 46:25 58:24 59:2 59:5 66:3,5,12,15 68:17 71:5,13 76:22 87:11 89:1 90:22,25 91:1,4,5 91:7,8 98:12,22 102:2 115:9,10 118:21 124:4 138:14 148:23 153:3 177:9 196:1 207:3,12 212:11 213:16 214:7,10 216:11 225:8 227:1 229:23 233:23 234:2 238:22 264:12 275:9 276:14 283:13 284:23 312:5 318:19,21 318:23 322:19 324:21 347:23 348:1 357:18 358:21
correction 354:23
corrections 40:14 40:19 364:4
correctly 72:23 318:15,18
corridor 358:11 358:19

corroboration 126:2 279:19
cosmetologist 13:9
counsel 6:16 7:12 39:5 184:19 274:1 274:11 319:23 329:23 350:6
counseling 174:4
counselor 310:5
count 83:13,25
counted 194:15 331:19
counting 284:12
couple 99:16 116:8 134:6,19 166:7 181:21 293:2 310:14 311:8 353:9
couples 168:22 169:10 170:14 174:3 314:17 347:24
course 41:3 180:22 302:1 330:8
court 1:1 6:24 7:6 9:1,17 40:4 177:5 216:4,9 260:23 264:4,8,15 268:2 268:11 269:4,6 330:7
cover 48:11 100:1 259:8
crap 307:20
crazy 224:8 343:7
creative 21:15
credit 224:5
criminal 179:25
cross 204:19
cruise 131:13,23 132:6,10 134:24

135:10
cruz 13:9,21
cultivate 123:21 137:8
current 9:11,13 20:3 213:11 214:13
currently 10:5,6,7 12:21 14:13 22:10 288:16 361:16
cut 140:10
cutoff 166:25
cutthroat 25:10,12
cv 1:2,8 6:19,22

**d**

d 4:1 8:1 168:6
dad 11:1,5 12:7 14:7 15:6 17:5
dad's 16:2
daily 308:12
damaged 332:17
damages 204:21 299:7 301:13 302:4,7,9,10,15,19 303:11 309:1
dan 7:20
daniel 2:23
dark 187:17,19,21 187:23,24
darryl 263:10
dash 96:2,2
date 9:21,22 13:3 16:20 34:7 58:2 61:5 67:18 69:22 119:10 128:10 129:16 132:3 137:6 138:9 141:20 144:19 146:5 151:8 152:18 154:14,18 157:11 160:25

162:15 166:21 172:16,20 189:13 190:12 216:4,9 254:5 288:6 294:11 308:2 318:4 332:25 348:4 349:25 366:3
dated 319:13
dates 45:17 183:7 183:16 190:10 322:8
dating 308:14,20
daughter 256:9
dawn 1:23 7:6 8:2 178:10,16 365:3 365:22
day 11:3 73:6 94:24 118:23 119:17,21 120:6,9 123:24 144:2 217:10 224:16 259:1 279:6 293:8 294:20 297:15,16 364:13 365:17 366:22
days 16:10 152:8
dbrown 2:24
dead 327:15
deal 42:4
dealing 217:13
debilitating 296:1
debt 224:6
deceiving 157:19 157:24
december 68:4 154:2 166:23 271:18 276:8 325:24 327:3
deception 144:13 151:25 202:24

deceptive 164:13
decided 190:24
  353:1
decision 244:1
decisions 243:22
declaration
  317:21 319:22
declined 169:11
decompartmenta...
  353:7
decrease 215:20
deep 35:20 186:15
defendant 1:14
  6:16 353:24
defendants 1:7
  2:10 7:19,21
  353:25
defense 39:5
  329:22
define 265:8 281:2
  295:1
definite 240:13
definitely 18:22
  25:5,7 29:2,24
  42:11 50:24 53:22
  64:20 99:24 141:5
  188:6 224:12
  292:18 311:23
  312:11,17 361:25
definition 187:12
  295:1,2,7 297:7,9
definitive 241:25
  242:3,5,8 243:12
  243:16,17 246:18
degree 12:12,19
delancey 2:4
delete 121:18,25
  270:25 271:2,3
  272:4,9,9 294:7,10
deleted 121:15
  198:9 267:23

269:3 271:9 272:1
  272:6,11,16 293:4
  293:21,22
deleting 294:6
demand 170:18
demeanor 100:25
demise 212:15
  305:12 311:22
  326:7
deny 215:11,12,17
depending 14:10
deponent 285:6
  364:1
deposition 1:20
  6:10,15 7:1 8:9
  170:24 215:9,15
  217:4 219:18
  241:18 246:22
  258:19 260:3,20
  260:22 262:15
  268:25 306:20
  359:18 364:4
  366:3
depositions 39:7
  219:9 252:6
depressed 213:4
  213:13 214:21
  215:8,13,19
  305:12,24 306:10
  306:15,19 309:25
depression 186:16
  186:24 187:1
  188:2 213:6
  214:14 288:18
  290:20 303:11,24
  304:17 305:5,23
  306:5 310:21
  353:8,11
depressive 216:6
  352:4,15

derail 289:10
derailed 289:14
  290:1
dermatologist
  13:10,22
describe 73:3
  228:23
described 193:20
  236:6 237:13
  239:1
describing 146:20
descriptions 338:3
designed 219:5,22
  246:2
detail 140:19
  209:14 320:19
  325:21 338:14
detailed 209:21
  290:4
details 23:19
  205:23 265:11
  313:16 327:10,25
detained 9:25 10:2
  10:3,4
detective 222:10
developed 201:3
  352:3,15
diagnose 306:4,10
diagnosed 186:25
  287:19 290:15,23
  291:2,4 305:4
diagnosis 305:22
  306:7
difference 10:17
  87:7 193:12,18
  204:20 209:22
  210:1 221:16
different 12:14,18
  15:8 17:9 21:13
  27:3 31:5 55:6
  98:10 111:20

130:17 134:6
  141:14 150:15
  153:17,21 158:14
  159:2 164:17
  187:13 190:16
  213:18 223:24
  231:17 233:21
  244:9,11 245:1,3
  246:1,2 268:6
  270:14 291:14
  295:7 296:12
  312:12 320:16
differently 23:23
  23:25 43:25 62:3
  306:1
difficult 309:21
difficulties 309:18
  310:2
difficulty 204:4
  206:20 207:12
  309:3 361:5,12
digitally 95:3
direct 135:4 164:2
  269:22 270:5
direction 178:4
  180:19 181:1,6
directly 152:2
director 19:10
dirty 34:20 145:8
disagree 41:5
  150:9 175:6
  261:20,22,25
  262:6,6 264:16
  286:10
disagrees 175:24
disappointed
  137:19 311:24
  312:5
disclosures 5:18
  288:4 290:18

discount  15:5
discoverable
  302:8
discovery  184:4,6
  184:15,17,21
  185:3
discuss  32:18,25
  133:1 168:24
  170:14 171:13
  202:4 212:3
  227:19 349:1
discussed  100:16
  169:15 170:2,8
  171:3 188:8,10,18
  226:15,16,19
  227:18 270:7
  288:23 301:21
  357:11
discussing  103:12
  136:10 209:14
  239:5 274:6
  292:17
discussion  68:6
  209:11,22 288:15
  324:13 358:2,3,7
discussions  133:11
  183:20 270:9
  347:15
disputing  206:3
disrespect  285:1
distress  212:24
  213:12
district  1:1,1 6:24
  6:25
disturbances
  309:12,13
divorce  186:9
  196:10 212:10
  213:16 288:19
  309:6 311:21

divorcing  317:5
doctor  13:17,23
document  4:15,16
  4:18,19,21,22,24
  5:1,2,4,5,7,8,10,11
  5:13,14,16,20
  39:19 41:15 119:7
  128:7 129:13
  131:25 132:8
  137:3 138:6
  141:17 144:16
  146:2 151:5
  152:15 154:11,15
  157:8 160:22
  162:12 166:18
  172:13 185:9
  305:10 319:8
  329:11,15 330:15
  349:22 350:18
  354:13
documentation
  271:16
documents  28:11
  28:14 49:4 122:22
  176:22 177:13
  191:9 248:4,6,7,11
  248:19,22 305:15
  305:16 347:17,19
  347:21
doing  42:12 71:19
  72:2 89:18 112:14
  112:16 129:5
  137:21 160:15
  161:19 165:20
  214:3 218:11
  252:8 285:9 310:9
  324:14 327:18
  359:23
dollars  298:15,22
dolphin  116:13
  118:3

door  87:11,14
  102:8,9,11,21
  104:13,24 106:5
  106:11 107:7
  357:8 358:8
  362:20 363:14
doors  234:15
downstairs  64:16
  74:10 91:4,17,19
  92:5 94:6
dozen  25:17 257:7
  257:9
dr  13:8
draft  29:3
drafted  38:23
drained  306:19
draining  217:1,3
dream  24:10
  277:19 278:2,3
  357:6
dreams  23:12
dressed  56:5
  136:22
dressing  56:5
drive  9:14
drugs  310:9,13,21
  311:6
due  268:23
duluth  11:18 12:8
  14:13,20
duly  8:2 168:7
  365:7

e

e  2:1,1 3:1,1 4:1,6
  4:12 52:19,22,24
  53:3,7,25 54:19
  67:15,21 118:23
  119:5,12,14
  121:12,14 129:18
  130:2 136:12
  137:20 139:11,20

146:6 149:11,13
  150:1 155:23
  156:12 157:7
  160:14 165:18
  173:24 174:11
  181:17,20 182:8
  182:12,14,20,21
  182:24 199:22
  222:10 225:23,25
  250:5 253:22
  256:16 262:19,21
  262:22,25 272:7
  272:11,15,23
  278:20 293:25
  294:10 296:22
  297:4 312:10
  322:16 334:15
  360:21
earlier  99:9
  161:14 210:9
  229:10 312:3
  320:5 327:23
  330:24 333:15
  337:5 339:1 363:5
early  154:2
earnings  135:4
earth  277:20
easier  171:18
  172:5 176:2
east  117:4,5
easy  150:17
  228:12
eating  307:20
  332:18
economic  303:10
ectasy  311:4
educated  316:3
effects  210:5,15
efforts  184:21,23
ego  310:7

**eight** 56:1 119:24
153:10 164:25
**either** 28:10 59:17
158:13 197:13
200:1 211:7
253:15,17 319:21
338:2 346:17
**elements** 51:8
**elevator** 29:4
**elicit** 219:22
220:11 246:2
**embarrassed**
48:14,19
**employed** 17:8
**employees** 17:2
**employment** 14:4
**encounters** 196:18
**encourage** 222:3
**ended** 15:6 19:16
21:21 99:11 337:2
342:22 363:17
**ends** 221:10
**energy** 81:14
85:20,23 99:2
320:25 321:5
**engage** 29:13
**engaging** 47:17
**enhanced** 289:2
**enjoy** 129:7
277:24 278:8,10
**enjoying** 276:16
**enlist** 198:18,21
**entailed** 38:12
**entails** 285:12
**entice** 46:24
**enticed** 46:3,11
**entire** 175:5
**entirety** 171:11
**entitled** 1:21
**errata** 364:5 366:1

**escorted** 71:22
102:1
**especially** 20:2
49:23 79:21 95:1
115:7 312:12
361:25
**esq** 2:6,13,18,23
**established** 86:24
87:3
**et** 6:20 261:5
**etra** 2:13 7:18,18
51:15,17 70:10
96:2,5,10 98:7
105:13,18 137:2
175:6 177:6 184:4
184:15,20 185:3
185:14,18 204:1
204:12 205:13,18
206:7 217:23
218:2,11,16 219:8
219:16,25 236:12
236:16,22 242:20
243:1,5,8,21
244:17 248:18
250:19,25 253:2
258:5 259:4
261:15,19 262:3,9
268:13,19 273:4
273:22 286:14
299:21 300:16,22
301:3,24 302:2,6
302:13,18 303:6
305:2,18 347:20
348:6,10,20 349:5
354:14
**europe** 158:13,22
159:19
**events** 10:23 95:22
**eventually** 12:11
80:3 94:10 116:24

**everybody** 54:25
**evidence** 126:13
127:9,10,17
260:12 261:23
262:8
**evident** 220:6
**exact** 13:2 25:15
37:3 48:24 64:3
82:17 86:2 87:6
88:15 89:15
133:14 174:7
175:4 178:11
183:7,16 187:5
189:13 190:9
247:1 254:4 257:6
275:1 294:11
308:2 343:14
358:14,17 363:2
**exactly** 11:25 13:7
19:7 26:6,9 30:24
38:2 40:23 54:18
73:5 95:13 118:15
134:8 173:21
182:9 190:4
192:14 196:24
209:7 216:12
246:14 247:8
266:1 268:24
271:12 291:22
334:4,7 337:1
339:22 352:2
356:1
**examination** 4:3
8:5 168:9 353:22
362:15
**examined** 8:3
168:7
**example** 126:9
297:22
**exchanged** 66:23
247:17

**excited** 38:8,10
41:23 42:10
108:20 122:24
216:18 362:4,8
**exciting** 216:23,24
**excuse** 191:13
359:8
**exercise** 73:17
74:24 89:19
192:19 234:4
324:1,3,14 327:19
345:5 357:18,21
**exercises** 36:5
47:18 63:9,25
78:9 81:7,8,23
85:14,17 86:6,13
99:10 133:4
143:14 232:3
283:2 287:12
320:18 321:18
336:13
**exhibit** 4:8,9,10,11
4:12,14,15,16,18
4:19,21,22,24 5:1
5:2,4,5,7,8,10,11
5:13,14,16,18,19
5:20 16:17,18
34:4,9 57:24,25
60:23 61:3,9
67:15,19 69:20
70:7 96:6 119:6,7
119:11 128:7
129:13,17 131:25
132:4 137:3 138:3
138:6 141:15,17
144:16,21 145:25
146:2 151:5
152:15 154:11,15
157:8,12 160:22
161:3 162:11,12
166:18 171:20

172:13 191:16,18
229:7 231:24
237:13 238:19,20
286:14,16 288:4,8
332:23 333:1
349:20,21,24
353:25
**expect** 31:13 32:23
349:18
**expected** 148:12
**expecting** 38:16
**expenses** 118:6
302:22
**experience** 119:2
119:23 129:3,7
130:8 150:25
163:16 224:17
279:7 289:15
292:1
**experienced**
126:18
**expires** 364:20
366:25
**explain** 117:12
125:1 233:6
244:23 297:19
318:2 320:9 343:1
343:4,9 360:16
**explaining** 103:13
361:12
**explains** 80:12
**explanation** 295:8
**explore** 205:19
216:6
**explored** 213:11
**exposed** 78:24
145:19 281:7
**exposure** 43:8
58:22 163:2
281:18,21,25
282:9 289:4,6

**expressed** 68:7
352:6,17
**extent** 142:8,10,11
286:24 329:25
**exterior** 77:18
78:24
**extra** 18:18 116:11
118:4
**extremely** 260:8
**eye** 233:9

**f**

**f** 8:1 168:6
**fabulous** 156:18
**face** 89:22 90:2,10
341:10 342:7
343:20 345:8
**facebook** 28:17
263:17,21,24
264:14,17,18
265:2,9,22 267:10
269:21 270:5
**faces** 175:3
**fact** 33:16 42:12
50:25 52:2 67:6
69:2 123:2,15
124:25 125:18
163:5 174:17
220:7 221:23
264:7 351:10
**fair** 34:25 48:5
54:25 55:2 88:14
113:15 116:2
118:7,12 127:11
226:3 241:17,19
251:3 266:2,15
280:24 305:20
345:11
**faith** 219:2,13,17
**faked** 323:23,24
323:25

**faking** 143:14
**fall** 28:9 168:13
174:5
**false** 108:24
110:13 241:2,4
**fame** 280:25 281:3
**famed** 32:5 58:25
**familiar** 15:12
32:14
**family** 10:22
170:21 173:8,10
214:18 262:20
350:4
**far** 34:13 38:22
53:11 54:1 133:11
135:4 142:2
143:20 146:9
152:10 199:10
212:12 239:25
255:17 272:12
313:2 320:23
**fathom** 268:17
**fault** 160:1
**fear** 148:19
**fears** 220:20,21
**february** 9:22
122:8 128:17
129:20 157:5
212:7,22 323:2
**feedback** 151:12
**feel** 50:22 80:2
81:14 85:20,23
126:18 130:19
137:15 321:4
361:12,16
**feelings** 142:20
**feels** 266:7
**fees** 114:7
**fell** 186:15 201:9
308:18

**felt** 20:4 51:5 92:1
92:1,3 129:2
131:1,7 219:25
307:19 320:25
**female** 69:4
**fields** 24:22
**fight** 93:18
**figure** 31:21 32:3
239:15 348:20
**figured** 152:3
**filed** 6:23 39:25
142:12 208:10
254:10,13,18
261:4 271:18
**files** 138:18
**film** 19:8 95:2,3
151:1
**films** 12:3 15:8
19:9,11
**finally** 325:23
350:9
**financial** 312:20
**financially** 7:11
278:7
**find** 99:1 121:14
167:8 195:21
270:22 271:24,25
319:19,21 320:15
**fine** 33:4,9 68:7,9
87:19 93:4 113:6
146:21 185:16
201:20 204:25
205:4 206:2
273:20 303:19,20
309:17 334:20
347:11
**finger** 345:10
**fingers** 328:13
330:22 332:6
339:4,16 341:12
342:10,13 343:21

343:24 346:6
**finish** 82:11
193:16 204:1
231:13,25 307:17
338:19
**finished** 74:11,13
**finishing** 214:2
**fire** 127:14
**firing** 127:6
**firm** 2:3 7:23
173:13 183:5
250:1,7,11 251:6
254:22,24 255:2
255:16,20 256:21
257:16 319:12
**first** 4:10 8:2
11:19 20:15,18,20
22:7 28:19 38:20
39:10,21 50:8
57:25 78:11
101:19 103:5
114:12 139:21,25
168:11 172:17
173:11 182:13,15
182:16 183:13
185:21 186:3
189:1,4,9 191:22
196:17 200:23
203:17 208:24
209:8,13,19
229:20 249:20,23
249:25 251:14,24
253:18,23,25
254:14 256:1
259:5 264:13
290:17 292:19
314:16 315:19
321:12 323:5,20
343:12 346:5,21
347:9 348:17
353:8

**fit** 134:11
**fitch** 88:4 99:17
127:22 130:7
132:25 138:13
281:12 352:22
**five** 16:8 18:1
83:14,18,21,23
92:15 167:3
300:14 318:8
336:2 362:18
**flashback** 228:23
228:24 292:4,20
292:23,24 293:12
293:14,16 294:21
294:24 295:2,3,6
297:8,10,20
**flashbacks** 226:18
227:6,10,17 228:1
291:15 292:6,16
296:24 297:3
300:8
**flew** 282:3
**floor** 2:11,16
359:1
**florida** 2:12,17
117:3,5
**flow** 51:11,21
**focus** 156:25 158:5
215:22
**focused** 360:22
**focusing** 357:9
**folks** 313:22
**follow** 125:20
**followed** 325:8
**following** 206:8
252:1,7 325:11
329:22
**follows** 8:4 168:8
**fondle** 359:5,18

**fondling** 283:16
285:3 359:11
**force** 193:4,23
242:7
**forced** 66:11 82:2
193:8,19,21 194:1
243:12
**forcefully** 192:19
**foregoing** 364:3
**forever** 56:23
**forget** 136:17
143:24 162:1
163:11 286:20
**form** 22:16 24:19
25:3 28:13 30:18
31:9,20,23 34:23
35:6 38:1,6 43:24
46:7,14 47:1
53:16 56:11,24
57:16 58:13 59:14
59:18,21 60:7
62:21 63:3 66:4
66:18 75:10,15,25
76:17 80:18 83:20
88:17 89:2,8
92:10 99:3 102:3
102:13 103:6
104:7,15 105:1,9
105:18 110:14
111:2,7 120:2
121:2 122:6,14
125:5,21 126:19
127:15 136:2
137:13 139:16
142:13 147:17
148:8 150:19,24
155:24 158:1
163:25 188:14
191:1 196:7 199:3
202:10 209:17
213:9 215:16

216:21 217:23,24
220:9 222:7
223:20 224:19
225:15,18 226:1
227:21 235:5,25
236:22 238:4
242:11 268:20
279:24 280:6
283:17,20 285:13
289:5,20 291:6
298:17,23 303:14
306:23 309:10
313:7 314:22
326:10 330:19
331:7,16,21 332:4
332:20 334:11
335:11,21 337:15
339:6,8 344:23,25
346:1,19,23
353:14 355:9
**format** 208:14
**former** 112:25
**forth** 322:12 365:7
**forward** 101:25
202:18 203:9
204:5 206:20
261:20 284:9
285:7
**found** 112:19
185:12,24 216:25
236:5
**four** 10:16 12:11
83:14,16,18,21,22
84:1 87:10,13
102:8,21 103:24
104:12,24 106:3,4
121:8 139:7 140:2
244:9 358:9
**fourth** 230:9
**frame** 348:25

frankly 268:21
fraud 136:8
fraudulent 47:18
freaking 82:9
french 36:10,24
37:4,12,24 38:9
41:23 42:13,16
43:2 46:4 47:23
48:3 51:2 52:7
55:3 56:17 63:11
77:5 118:16
124:10 126:8
127:25 128:25
130:15 132:20
162:21 195:12
228:25 233:1
238:18 279:2
280:25 281:10
289:1 298:1 313:9
313:25 320:23
321:25 325:20
332:9 333:15
339:4 351:9 353:9
frequently 27:10
freshman 11:18
11:24 15:7
friend 94:16
135:19 142:21
151:3 152:2 310:4
friend's 150:23
151:11
friends 135:16
157:15 262:23
front 89:22 90:2
90:10,14,16,19,19
101:15 176:23
295:24 350:16,21
fronts 117:14
frustrated 107:20
312:8,12,17
316:24 317:1

fudali 2:6 4:4 7:22
7:22 18:2,5,15
22:16 24:19 25:3
28:13 30:18 31:9
31:20,23,25 34:23
35:6,9,14 38:1,6
38:24 39:11,20
40:5,12,16,23 41:2
41:6 44:18,22
45:3,8 46:7,14,16
46:18 47:1 51:10
51:16,19 53:16
56:11,24 57:16,22
58:9,13 59:14,18
59:21,23 60:7
62:4,7,21 63:3
66:4,18 69:16,19
75:10,15,25 76:17
80:18 82:10 83:8
83:19 84:4,10,13
84:17,23 85:1
86:22 87:1,19
88:17 89:2,8,21,25
92:10 93:2 96:3,8
99:3 100:7,9
101:6 102:3,13
103:5,19 104:7,15
104:18 105:1,9,16
105:23 106:14
107:1,11,16,22
108:2,8 110:14
111:2,7,12,19,23
113:20,22 114:10
119:11 120:2
121:2,5,9 122:6,14
122:17 124:1
125:5,21 126:19
126:22 127:15,20
128:5 129:24
130:4 136:2,25
137:13 138:4

139:16 141:22
142:13 143:1,5
146:24 147:17,19
148:8 150:19,24
154:8 155:24
158:1 163:25
164:14 165:1,4,9
165:20,24 166:9
166:12 169:4,13
169:17,20,23
170:5 171:5 172:7
172:10 174:15,22
174:25 175:8,18
176:1,6,12,19
177:3,9,21 178:2
178:16,22 179:2,5
179:13 180:12
181:3,8 182:10,16
184:1,7,13,18,22
185:5,10,16,22
187:11 188:14,16
191:1,11,14,23
192:8,24 193:14
193:24 196:7
198:20 199:3
201:25 202:10,19
202:25 203:5,12
203:18,24 204:7
204:25 205:17,21
206:2,10,23
208:13 209:17,23
213:9,18 215:12
215:16 216:20
217:14,18,25
218:8,13,18
219:11,20 220:3
222:7,19,22,25
223:7,11,20
224:19 225:15,18
226:1 227:21
228:2,8,11,14,19

230:25 231:12,25
232:6,13 233:6,11
234:20 235:5,10
235:13,24 236:9
236:14,19,24
237:5,24 238:4
240:23 241:8
242:2,7,11,15,24
243:4,6,10,15,25
244:10,14,19,23
245:4,13,23 246:6
246:12,23 247:4
247:13 248:9,15
248:21 249:3,10
249:14,17,22
250:8,24 251:3,7
251:12,19,24
253:3 254:2,11
255:25 256:4,13
256:23 257:2,10
257:17,21 258:8
258:17,24 259:9
259:14,20 260:5
261:6,11,17,21
262:5,11 264:21
264:23 265:1,6
266:15,20 267:4
268:8,10,15,21
269:5,23 270:11
272:22,25 273:20
273:24 274:3
278:16,21 279:24
280:2,6,9,13,18,22
281:19 282:1
283:17,20 285:5
285:13,17 286:12
286:15 289:5,20
291:1,6 294:2,13
294:23 296:5,8,14
296:17 298:17,19
298:23 299:4,8,14

299:25 300:11,20
300:25 301:16
302:1,5,12,14,23
303:13 304:2,19
304:24 305:14,20
306:17,22 307:1,4
307:17 309:8
310:17,23 313:7
314:22 315:6,13
315:19 317:13
318:9,12,22 319:3
319:6,14,17,20
326:10 329:4,12
329:19 330:4,8,19
331:7,16,21 332:4
332:20 334:11,25
335:11,14,21
337:15,19 338:22
339:6,8 340:3,8,24
343:3,8 344:8,23
344:25 346:1,4,19
346:23,25 347:4
347:11,18,22
348:2,7,24 349:9
349:12 350:11,15
351:21 352:1,9
353:14,21,22
354:2,16,20
355:13 359:13
361:10 362:2,13
363:6,20
**fulfill** 214:18
**full** 9:8 14:21
34:21 115:18
116:3 145:22
194:9,12,16,18,21
352:5,16
**fully** 187:18 232:9
234:25
**fun** 130:9 132:11
278:8

**function** 214:6
**functioning**
213:25
**functions** 308:12
**furman** 244:24
252:18
**furniture** 73:4
74:7 90:25
**further** 43:10
56:18 71:20
159:11,17 168:8
169:24 203:20
246:16,19 353:18
363:19 365:11
**furtherance**
142:16
**future** 37:8 62:11
88:2 132:22
133:13

**g**

**gained** 130:16
131:11 307:13
332:8 333:7,23
334:9,21,24 335:1
335:2,19
**gaining** 334:19
**game** 116:20
**general** 35:17
239:12,21 272:7
274:22 302:25
320:12
**generalized**
224:20,24
**generally** 35:9,15
99:13
**genitals** 70:21
82:3 83:3 84:2
93:15 284:17
285:23 287:17
337:14

**genre** 32:15
**genuine** 136:5
137:9
**genuinely** 129:1
**gesture** 266:21
285:10
**gesturing** 285:18
**getting** 19:16
21:22 99:11
140:22 156:21
157:17 211:5
292:25 297:3
312:15 342:22
352:24
**gigs** 210:18
**girl** 70:5 98:21
**girl's** 69:8
**give** 14:3 48:23
58:22 100:2
137:12 160:21
163:1 185:6
190:20 226:4
242:2,4 243:4,13
246:17 268:3,22
278:1 295:11
308:4 314:9 322:8
326:11
**given** 40:3 184:18
244:8 317:8 365:9
**giving** 40:20
137:16 157:3
158:6 161:24
243:12 244:18
245:2
**glad** 108:19 141:3
141:5 352:9
**gladly** 270:17
**glanced** 149:18,21
**glass** 234:14
**go** 6:12 16:9 22:14
23:20 24:7 25:21

26:18 27:6,20,22
28:8 29:1,11
32:21,22,23 33:1
33:23 34:11 35:10
36:1,5,8,9,18
41:23 42:10 44:6
65:18 66:2,3,11
72:18 95:7 101:25
102:12 106:21
108:25 112:19
114:11,23 122:24
123:4 128:13
132:5 135:5,6
149:25 158:22,22
162:4 172:4 174:3
174:6,22 185:15
190:24 191:4
203:20 206:5
213:21 215:6
221:13 222:4,20
223:2,12 230:9
231:14,25 232:7,9
232:18 250:6
253:18 258:10
260:23 262:12
267:8 269:5
270:24 272:9
290:21 297:9
300:16 305:3
309:14 310:2
314:11 319:15
325:21 330:6
336:9,25 338:13
338:22 340:7
357:4
**goal** 140:6 155:25
156:4
**goals** 357:9
**god** 219:7
**goes** 17:9 188:23
202:23 213:12

299:6 354:25
**going** 6:2 8:12
9:16 14:8 16:13
18:2,5 23:24 25:8
28:21 34:8 38:24
40:5,16 47:22
50:17 51:22 59:6
65:3 67:19 69:12
79:12,22,24,25
80:21 83:9,13,24
83:24 84:10 86:22
88:2,10 96:3
101:7 105:5,21
106:8 107:2,2,11
108:9,10,17
110:13 111:17
116:20 128:1
129:17 136:15,16
142:5 148:11,20
154:4,21 156:6,9
157:14 159:10
166:7,15 167:11
170:18,23 172:3
174:15,25 175:11
176:6,19 177:21
178:2 180:14,15
181:1 184:1
185:14 187:4
188:5,13 192:24
198:20 202:19,25
203:24 204:7
207:15 217:18
218:4 220:23
221:1,17,18,24
229:6 232:6
235:24 236:9
238:9 240:24
243:11 245:23
246:23 247:14,25
248:9,16 249:10
250:8 256:23

257:10 258:25
261:2,25 264:9
272:25 281:14
288:7 290:21
299:15,17 301:16
303:13 305:14
306:4,4,10,16,22
309:9 318:12
323:22 324:24
325:13,15 329:4
336:1,4 339:14,17
340:10 349:16
350:15 353:16
356:2 362:1
363:23
**golden** 55:13 64:2
**good** 6:1 19:12
23:21 24:5 27:12
27:17 37:2 42:13
47:21 64:19 93:2
110:6 131:7
157:14,19 161:19
163:16 165:23
201:3 218:14
235:10 259:1
282:9 331:5
350:25
**gotten** 146:9
152:10 259:22
268:25 309:23
**grab** 81:12
**grabbed** 81:12
**graduate** 11:8
**graduated** 11:10
16:6
**grass** 77:19 234:12
**great** 56:16 119:2
123:25 151:13
154:4 162:6
165:17 201:5,11
202:14 313:14,17

**grinnell** 20:9
**groin** 192:20
193:9
**gronningsater**
350:7
**gross** 114:6
**group** 230:15,16
339:24
**guess** 8:18 12:9
13:8 18:19 27:11
50:2,5,7 52:21
54:6 88:10 137:19
137:19 145:10
149:11 166:24
179:19 187:17
199:9 221:20
226:20 271:22
293:19 297:7
305:25 315:7,8,14
315:24 316:1,4,4
326:13 328:2
331:5 353:9
357:10
**guessing** 315:18
316:2
**guidance** 151:19
151:23
**guide** 345:5
**guided** 341:18
**guiding** 341:17,19
342:5 345:19
**guise** 43:15,18
47:9,12
**guy** 50:9 64:21,24
68:16 98:20 113:1
230:2 231:5
**guys** 38:23 50:17
68:22 112:20
121:15 175:4
176:21 177:4
185:2 201:9,11,14

237:25 248:24
251:9,14 252:1,8
252:10,14,18
253:13,17 299:18
299:20 349:7
**gwen** 4:13 67:16
67:24,25

**h**

**h** 4:6 8:1 168:6
**ha** 334:17
**habits** 223:25
**hair** 140:10,11
144:23 146:19
**half** 10:10,15 11:7
20:13 204:10
205:3 206:13
**hallway** 72:24,25
73:10,11,19 77:8
86:20,24 87:4,6,8
87:16 90:25 98:25
102:4,16 103:23
105:22,25 106:3,4
106:12 107:7
123:8 229:3
231:11,19 232:23
235:4 236:6,11
237:13 239:21
240:3 241:23
242:14 331:18
340:16 358:10,20
362:20 363:14
**hampton** 2:21
**hand** 81:12,13,13
82:1,2 84:2 85:21
89:22 90:2,9
93:14,15,22
146:14 193:5,9
284:16 285:7,18
320:25 321:3
341:1,9,14,15,16
341:19,22,22,25

342:8 343:19,20
345:5,7 359:23,25
365:17
**handcuffed**
205:20
**handcuffing**
205:22
**handled** 330:11
**hands** 146:19
**hang** 49:21 50:1
**happen** 118:1
120:23 133:10
225:2 235:23
282:14 283:19
289:25 291:23
309:4 320:22
321:22 323:7
331:24,25 344:22
**happened** 45:25
64:15 78:8,10,14
79:10,19 86:13
87:24 88:18 91:25
94:12 99:20,21
103:9 111:5
120:22 121:3
154:25 170:1
198:19 202:4
210:6 240:8
241:13 242:6,10
284:2,3,15 287:12
287:14 289:1
292:22 293:3
295:19 300:9
306:25 307:3
309:20 317:2,3
320:9,17,23 326:2
326:25 327:18
339:23 340:18
343:12 344:1
361:24

**happening** 85:7,11
340:19,25
**happens** 70:13
81:4 133:1 234:1
278:1 297:20
300:10
**happily** 66:8
**happy** 65:18 66:2
66:14 136:20
144:2 220:14
**harass** 107:13
**harassing** 244:2
**harassive** 108:12
300:2
**harassment** 327:5
**hard** 24:17 115:22
150:6 157:16
239:23 240:9
334:16
**harmed** 307:8,9
**hate** 272:7
**head** 81:15 105:5
114:18 121:17
140:10 154:3
255:12 287:7
323:19 341:3
343:12 357:3
360:24 361:2
**health** 13:16
161:20
**hear** 85:1 141:11
175:16 243:6
252:14 320:14
325:1 326:20,20
339:14 340:4,4
**heard** 198:16
251:14 280:16
320:6 339:15
**hearing** 264:4
**heather** 168:24
170:10,11 200:24

201:1,17 314:14
314:17 315:5
316:20 317:8,22
324:24 326:25
348:4,16
**held** 1:22 7:1
188:12
**help** 56:18 61:24
135:7,23 138:18
143:10 151:2,18
152:1 159:11
188:13 310:2
313:1 317:25
348:24
**helped** 16:11
289:7
**helping** 55:16
138:22 214:17
**helps** 58:15
**hereunto** 365:17
**hey** 36:20 88:1
129:20 137:21
140:21 146:7
151:9 152:8
153:25 155:4,7
157:13 340:1
**hi** 67:25 160:14
**hide** 310:7
**high** 11:8,10,15
14:4,6
**hire** 43:4,7 44:15
45:22 125:12
127:13
**hired** 125:4
**hiring** 127:6
**history** 14:4
**hobby** 277:13
278:6
**hold** 82:10 83:19
103:19 106:9
107:1 138:4 143:1

143:1 165:4,4
217:14 240:23
259:2,2 264:23
265:1,1 268:10
273:6,9 299:4,4
338:19 341:14
344:3,3 354:20
**holding** 152:21
161:7 193:11
**holland** 19:17
22:22 32:19 145:2
148:18
**hollister** 14:18
23:10
**home** 190:3 320:6
324:25
**hommes** 226:4,8
229:10
**honest** 82:25
**honestly** 45:13
68:8 95:21 109:22
199:20 240:9
307:19 319:17
334:3 347:13
**hooper** 198:15
**hope** 84:21 144:3
146:11 154:4
159:13 160:16,21
161:19 167:2
**hoped** 120:6
**hopefully** 43:3
57:3 141:9 154:2
**hopes** 312:15
**hoping** 154:22
158:8 298:21,24
**horrible** 34:18
**horse** 327:16
**hotel** 276:13 282:5
**hour** 11:7 51:12
93:3

**hours** 194:19
267:1 346:16
**house** 55:24 65:3
72:15,16 77:18
78:21,25 79:5
106:7,22,24 358:5
**houses** 55:4,5,7
**huge** 114:19
115:13
**huh** 9:1
**hurricane** 144:3

**i**

**ideas** 142:2,5
**ideation** 188:4
**identical** 248:23
**identification**
16:20 34:6 58:2
61:4 67:17 69:22
119:9 128:9
129:15 132:2
137:5 138:8
141:19 144:18
146:4 151:7
152:17 154:13,17
157:10 160:24
162:14 166:20
172:16 288:5
332:24 349:24
**identified** 232:25
**identify** 262:17
**illegal** 310:12
311:6
**image** 70:23 141:7
**images** 34:21
38:14 45:16
140:22 233:8,12
**imagine** 85:2
**immediately** 11:13
82:8 84:8
**impact** 186:12

**implicated** 251:23
**implication** 103:7
**imply** 142:2
**important** 88:19
88:21 185:17
258:9
**impression** 23:21
24:5
**inactive** 263:19
**inappropriate**
34:1 78:14 79:10
119:22 245:21
258:20 259:24
285:20 286:22
287:14 292:1
300:1
**inappropriately**
119:19,25 133:7
149:7 234:17
239:2,11 240:5
283:3,7,9 284:20
285:22 316:20
321:20 362:19
**inches** 90:3,6,7,12
**incident** 85:13
86:13 182:4,17
189:3 229:2
277:25 293:3
307:13 308:7
314:3 316:14
317:3 349:2 358:4
358:15
**including** 215:20
217:9
**income** 17:25
**incorporated** 6:18
**incorrect** 289:13
319:4
**independently**
179:8,14

**individual** 43:15
43:23 47:10 65:23
66:13 77:11 97:22
98:11 108:17
110:20 229:21
230:4
**individually** 98:13
126:25
**industry** 23:4
25:10,12 60:12,16
61:23 126:11
151:20 313:4
352:15 356:19
**influence** 57:12
59:11 60:4 313:4
356:2,14
**inform** 304:13
**information** 5:22
171:12 247:16
253:16 254:23
301:20 304:5,9
319:21
**informed** 357:13
**infrequently**
210:19,20
**inheritance** 15:11
**initially** 30:20
182:3 194:10
271:1 278:5
**initials** 333:10
**initiated** 225:25
**initiation** 279:12
**initiator** 139:19
**inquiry** 166:6
**inside** 361:12
**insignificant**
105:10
**insisted** 300:23
**insofar** 39:1
171:13 174:19
178:8 246:25

247:15
**instagram** 54:12
183:21 198:4,10
200:10 263:14,16
263:16,21,24
264:10,14 267:20
267:20 268:12
269:3,6,9,11,21
270:4,24
**instance** 178:5
**instruct** 38:25
40:6,17 63:4
108:10 174:16
175:11 176:7,20
177:3,22 179:18
184:2 191:18
202:20 203:1,25
204:8 217:19
218:6,22 236:1
244:1 245:24
246:24 247:14
248:1,10,16 250:9
250:16 253:4,9
257:11 273:1
301:17 303:18
304:12 346:25
**instructed** 178:7,9
178:11 220:7
247:5 274:1,10
315:7 347:16
359:9
**instructing** 40:12
176:14 178:24
179:7 206:7,10
218:9 219:1
220:13 244:5,14
245:4 246:18
248:18 315:23
316:1
**instruction** 177:8
179:6,15 206:9

252:4 303:8
**instructions**
272:20 273:16
**intended** 251:1,2
**intention** 277:22
282:12,17 343:25
**intentionally**
211:4 218:24
**interested** 7:11
18:23 222:5,8
365:14
**interfere** 6:9
**interfered** 214:6
**interference** 6:7
**interior** 78:23
**internationally**
23:2
**interpreted** 62:14
356:10,12
**interrogatories**
61:1,14,21 101:20
107:24 328:1,17
328:19 339:2
**interrogatory**
346:10
**interrupt** 51:11,20
231:14 340:11
**interrupted**
193:17
**intimately** 98:18
98:18,20
**intimidated** 50:23
50:24 51:2 63:17
**investing** 312:9
**invited** 191:4
192:3
**iowa** 207:25
**irrelevant** 171:12
257:18
**irritated** 312:17

**ish** 51:18
**issue** 105:11
204:14,21 244:16
258:1
**issues** 13:4 33:9
35:1 195:24 196:5
196:9 200:18
201:18 312:21
326:2 349:6
361:22

**j**

**j** 8:1 168:6 276:20
**jacob** 1:9
**janney** 263:10
**january** 46:2
118:17,18,22
160:20 161:13
207:6 208:7,9,20
211:22,23 212:1
229:11 233:1
276:19 277:17
278:12
**jason** 1:3 6:17
52:12,19 53:14
181:12,13 183:11
183:14 196:25
197:7,7 198:14,14
199:13 200:2,4
253:15 254:12,17
255:15 261:10
269:21 270:4
274:14 330:23
331:1 366:2
**jason's** 197:22
**jayne** 2:18 7:15
8:6 102:14 105:10
164:1 165:24
185:19 188:16
220:5,14 243:15
244:24 258:19
259:9,20 268:22

280:14 294:23
299:9 315:15
**jayne's** 262:2,6
**jessica** 13:18
74:17 168:18
170:10 172:1,18
173:4 174:10
186:4,14 188:9
189:1 191:3 194:6
195:23 196:16
200:17 202:17
203:7 204:3 207:6
208:8,22 223:23
224:15 226:13
305:11 309:2,15
338:1 350:12
**jmf** 1:2 6:19
**jnana** 1:10
**job** 14:12,13 20:3
20:7,16 24:4,11
36:17,21,25 42:18
42:21 43:1,3 50:8
84:22 110:10
118:2 125:3 129:6
132:21 136:14
137:12 143:21
144:14 356:8,14
**jobs** 19:23 20:1
27:25 32:8 37:8
44:14 45:21 62:11
88:2 99:14 100:19
110:1 115:19
116:10,11 118:9
133:12 134:6,19
137:16 156:3
211:5 214:16
275:11 296:21
321:16 352:8
356:18,25 357:14
**jon** 236:19 242:25

**jonathan** 2:13 3:4
3:6 7:4,18 184:24
247:2,10
**jonathan.etra**
2:13
**josh** 18:24 67:25
88:12,14 108:13
129:19 136:21
155:4 168:11
179:21 185:20
192:4 194:23
203:21 216:8
220:18 236:25
237:11 238:16
324:24 325:6,23
336:9 352:6,12,17
352:25
**joshua** 1:9,20 4:2
6:15,20 9:10
363:22 364:3,10
366:3,20
**journey** 12:15
**judge** 176:14
185:15 244:24,24
252:18,18 258:2
269:8
**july** 144:20 145:1
215:1 264:2,19
265:3 276:4
**june** 140:20
161:17 214:12
**justice** 221:7,9,11
221:18
**jweintraub** 2:19

**k**

**keep** 9:17 49:5
111:14 136:15,16
138:22 140:9
158:2 177:6
185:18 244:10
257:6 287:15

349:8 361:4
**keeping** 133:22
151:24 300:23
330:4
**keeps** 243:16
245:2
**kept** 121:4 133:22
181:22 224:21
336:21,23
**kettle** 315:16
**khalid** 22:7
**kid** 50:4
**kill** 116:20
**kind** 11:21 12:5
31:8 32:19 35:24
38:15 50:3 77:24
79:21 89:13 101:1
135:6 192:18
207:23 221:9
226:18 239:16,24
240:1 274:11
277:15 288:10
302:21 326:3
343:7
**kiss** 286:2
**knew** 23:5,11,17
31:15,16,22 32:3,5
32:8,10 38:11
53:20 55:11 66:25
68:11,12 83:16
120:21 124:22
148:16 159:10
170:8 268:2 310:6
310:6 312:24
316:15 321:6,7
323:21 337:5,10
337:23
**know** 8:16,17 9:4
9:11 11:25 12:1
15:7 16:5 19:6
20:1 22:25 23:2,8

23:9,18,19,22 24:4
24:14,17 26:20,21
26:22 28:10 29:7
29:21 30:14,19,20
30:24 31:1,7,12,17
31:18 32:23 33:14
38:7,14 42:17
43:18 45:16,16,18
46:5,9 47:4 50:2
51:8 52:21 53:11
54:1,17,23 57:19
60:16 62:6,10
64:2 65:2,21,21
69:6,9 71:19,25
72:11 73:6 74:7
75:1,7,16,19 76:2
76:18 77:17 78:10
79:14,21,24 80:1,3
80:4,6 81:2,10,16
81:19,21,22 82:7
85:19 87:6,7,25
88:1,4,5,19 89:4,5
89:6,15,15 92:4
94:2 95:5 99:13
99:14 103:17
106:16,18 109:19
109:21,24 110:4
110:16,17 114:13
114:18 116:15
117:2,19 122:17
122:18,20 123:8
124:20 125:6,7,7
125:11,16,22
126:11 127:7,12
128:14 130:20
131:5 132:22
133:1,12,15,19
134:5 135:9,18
137:19 140:18
141:12 142:1,3,14
145:11 150:25

151:22 157:4,20
157:23 158:15
164:19 165:19
170:7 174:18
181:14 182:4,9
183:2,12 184:16
186:24 187:1,6
188:6,10,18
189:13 191:2,20
191:25 196:23
197:11,13,14,14
197:18 198:6,12
198:22,24 199:10
199:16,18 209:7
210:14 215:18
221:16,20 222:18
224:21,25 226:22
228:17,25 232:12
232:12 233:8,17
233:18 234:7,20
237:8 239:25
241:24 245:16
254:3,4,6,8 255:5
255:6,7,24 256:5
257:4,5,5 258:2,5
258:7 260:9,10,10
261:8 262:4 263:5
263:7,12,14
265:10,11,13,19
266:1,5,9 267:3
268:24 270:23
271:12 272:14
274:22,23,24
275:1 280:10
283:22,24 285:2
286:19 287:22,25
289:7 291:7,11
292:24 293:2
294:11 296:4,11
305:9 308:2 309:8
309:22 310:8,22

314:7 315:20
316:3 318:4
319:18,23 320:11
321:8 322:2,5,16
323:4 325:3,12,15
326:12 333:11
337:9 341:1,1
343:14,19 347:12
356:7 357:4,4
358:17,22 360:25
363:2
**knowledge** 53:8
305:6
**known** 23:2
**knows** 184:11
273:21
**krueger** 1:9
197:12

**l**

**l** 8:1 168:6 174:11
**l.a.** 158:14 159:1
159:19
**labeled** 122:23
**lady** 70:15,15
333:19
**laptop** 229:9
**lasted** 81:21
**lasts** 297:20
**late** 309:9
**lately** 196:8
**lauren** 134:8,11
**law** 219:12 220:4
**lawsuit** 38:18
39:24 52:8 53:21
122:13 142:12
171:14 173:17
207:10 208:10
209:16 223:18
254:10,11,12,18
261:3 262:19
271:17,21 285:21

301:19 303:1
354:4
**lawyer** 103:3
172:4 173:17
177:25 178:1
181:1 189:5
221:18 242:1
245:11 249:1,5
253:19 258:12
259:21 272:21
274:14 318:6
331:10 346:9
**lawyer's** 180:18
192:11
**lawyers** 170:19
176:5 179:4 186:5
190:24 253:21
254:1 256:12
262:16 264:9
**laying** 234:12
**layout** 30:21
**lbbw** 4:15,17,18
4:20,21,23,24 5:1
5:3,4,6,7,9,10,12
5:13,15 119:8
128:8 129:14
132:1 137:4 138:7
141:18 144:17
145:20 146:3
151:6 152:16
154:12,16 157:9
160:23 162:13
166:19
**lead** 252:1 260:12
261:23 262:7
**leading** 42:22
331:13
**leave** 342:12 352:5
352:16
**led** 190:6 352:5,16

**leeway** 268:23
**left** 93:1 194:8
210:9 259:7
333:15 341:22
**legal** 170:15
188:22 215:22
303:25 366:1
**legitimate** 199:8
**lenient** 177:11
251:25 252:10
**letter** 273:6,9
**level** 64:4,7 72:20
358:23
**liars** 258:15
**lie** 130:23 142:25
143:10,18 151:24
180:1,11
**lied** 129:8,10
130:14 180:9
**lies** 143:6
**life** 186:12 195:25
196:6 311:2 360:7
**lifestyle** 161:21
164:5,22 282:21
282:22
**liked** 297:24
**limit** 148:11
**limited** 38:15
239:24
**line** 5:23 33:4 98:9
142:4 147:2
148:16 204:19
241:1 246:7 252:8
307:2 318:13
366:4
**lines** 206:16 355:5
**linkedin** 4:8 15:18
16:14,15,18,21,23
19:23 20:1
**lisa** 256:9 258:12
259:13 261:1,9

**list** 19:22 124:17
**listed** 20:1 122:21
**listen** 177:16
**listening** 294:17
**literally** 29:5 90:3
248:23 267:4
307:13 325:12,13
329:21
**little** 1:6 2:10 3:4
6:18 7:16 11:21
43:25 50:23 87:25
88:1 95:22 113:7
233:9 245:10
299:19 335:1,6
**live** 10:5,7 11:4,5,7
**lived** 16:7 25:7
194:15 312:22
**living** 10:21 26:4,7
26:8 55:10 112:6
112:21 344:12
**llewellyn** 49:10
52:14
**lloyd** 17:19
**llp** 2:9,21
**loan** 112:18
**lobbying** 123:3
**located** 7:2
**location** 96:20
320:16,16
**locations** 55:6
**logistically** 165:25
**long** 20:11 79:17
80:22,23 83:12
112:3 148:16
217:8 228:3 249:9
251:21 287:10
294:20 297:20
298:10 307:24
308:16 312:23
343:17 350:7
355:14

**longer** 113:7 266:8
298:9
**longs** 276:20
**look** 9:4 19:11
27:12,12 28:12,16
29:6,8 31:12 49:4
53:1,2 64:11,21
67:20 109:20
132:7 145:18,22
150:22 151:11
153:5 156:18
162:6 165:17
183:6,15 188:15
190:8,15 191:8,18
195:20 209:6
210:2 221:1
230:10,10 238:17
241:20 250:2
251:10 253:21
255:10 270:20
305:10 306:12
313:2 314:12
322:4 334:9 335:9
335:15 348:14,15
**looked** 38:13
72:24 87:5 91:3
157:23 183:1
185:11,24 270:19
313:3 329:10
331:5
**looking** 62:5 92:24
123:11 140:13
145:19 151:12,18
151:23 210:4
230:16 233:16
237:7 238:20
239:6 302:22
318:6 334:20
350:6
**looks** 163:24 175:3

**losing** 22:1
**lost** 357:7
**lot** 60:12 65:3,6,11
　65:11 105:4
　115:24 151:14,21
　203:10 212:16
　232:10 259:7
　309:24 322:10,11
　322:20,22 323:10
　358:3 360:6,11
**lottery** 25:1 278:4
**loud** 60:15 346:22
　347:10 357:25
**love** 36:21 201:9
　259:15 308:19,21
**loved** 12:1
**lucky** 115:4
　117:18
**lunch** 166:1,1,7,11
　167:10,14 331:15
**lure** 42:7 66:1
**lying** 128:20
　220:23 258:16
　313:20,21

**m**

**madden** 1:9
**magazine** 28:1
　167:4 276:5
　281:11 289:4
**magazines** 276:25
**mail** 4:12 52:19
　67:15,21 118:23
　119:5,12,14
　121:12 129:18
　130:2 136:12
　137:20 139:20
　146:6 150:1 157:7
　165:18 173:24
　181:17,20 182:8
　182:12,14,20,21
　182:24 199:22

222:10 253:22
　262:19,21,22,25
　272:7 322:16
**mailed** 256:16
　278:20
**mailing** 52:22
　293:25 296:22
　297:4
**mails** 52:24 53:3,7
　53:25 54:19
　121:14 139:11
　149:11,13 155:23
　156:12 160:14
　225:23,25 250:5
　272:11,15,23
　294:10 312:10
　334:15 360:21
**main** 8:7 71:9
　202:8 282:12,16
**maintain** 273:16
**maintained**
　273:17
**major** 12:17
**makeup** 48:11
　55:18
**making** 45:4,8
　113:10,18 136:17
　175:5 209:16
　211:6 243:8
　299:25 300:2
　301:4
**male** 13:16 69:5
　70:14,25 71:12
　115:7 231:6 325:1
**man** 98:17 236:18
　333:5
**management**
　12:20 17:19 21:17
　22:4
**manager** 17:19

**mankato** 9:14
　13:11,12,13 14:18
　173:10 350:2,3
**manner** 35:24
　39:5
**march** 132:5
　213:21 214:9
　276:23
**marital** 201:23
**mark** 60:23 69:24
　171:18 197:16,18
　198:1,14 199:12
　200:1,4 253:16
　255:15 261:10
　274:15
**marked** 16:14,19
　34:5,9 57:22 58:1
　61:4 67:17 69:21
　96:4 119:9 128:9
　129:15 132:2
　137:1,5 138:8
　141:19 144:18
　146:4,24 151:7
　152:14,17 154:13
　154:17 157:10
　160:24 162:14
　166:20 172:15
　229:6,19 286:16
　288:5,8 332:24
　349:23 353:24
　363:13
**market** 158:14
　159:1 276:18
　277:15,16
**markings** 286:18
**marks** 93:6,10
　167:12 168:4
　238:10,14 301:6
　301:10
**marriage** 173:7,10
　188:21,22 200:18

202:7,13 207:12
　212:5,16,23 213:7
　213:23,24 305:13
　309:6 311:22
　326:8 350:4
　353:13 365:13
**married** 174:1
　189:14,17 200:21
**massive** 79:5
**masturbating**
　324:7,18
**masturbation**
　324:22
**match** 335:18
**matera** 1:23 7:6
　8:2 365:3,22
**math** 26:12
**matter** 50:25 52:2
　67:6 69:2 123:2
　221:23 241:24
　243:24 351:10
　365:15
**matters** 6:17,23
　262:15
**mean** 13:9 18:15
　24:6 25:2 26:25
　29:2,21 33:6,15
　36:19 37:6 54:17
　55:24 56:8 57:10
　58:4 65:25 66:12
　68:11,18 70:20
　71:16 76:18 81:20
　82:14 87:5 90:7
　100:24,25 102:7
　109:20 110:12
　111:22 113:4
　114:17,23 123:6
　126:8 127:21
　128:22 129:23
　130:2,7,14,19,25
　131:4 136:19

139:18,23 140:2,3
140:23,25 141:13
143:20 144:4,9
145:6,10,12
148:12 151:17
157:18 159:9
163:13,14 165:10
187:9,13,20 193:4
193:10 194:14,21
196:4,8 197:1
210:8 211:11
220:12 231:14
239:19,20 249:22
256:13 262:4
269:23 270:6
274:24 277:7,18
277:24 280:21
281:4,17 284:8,25
296:21 298:13
309:20 311:23
312:14 321:14,14
326:9 344:1
345:18 348:17
356:13
**meaning** 233:24
**means** 43:18 62:12
187:16 198:22
233:5 266:10
285:3
**meant** 104:25
163:3 282:24
327:24
**media** 6:14 93:7
93:11 167:13
168:5 200:9
238:11,15 264:11
297:24 301:7,11
363:24
**medical** 302:22
**medication** 12:22
12:23 13:14,25

288:10,18
**meet** 27:6 154:2
154:22 200:23
204:12 205:14
249:1 251:22
256:11 259:4
273:4 301:24
**meeting** 22:24
26:2 29:25 175:21
204:16 207:23
243:1 273:18
**meetings** 176:3,18
**mega** 21:22,22
22:6 112:14
**memo** 259:13
**memorial** 144:2
**memory** 60:19
74:2 75:3 76:14
88:15 318:15
332:2
**memos** 259:16
**men** 276:21
**mental** 28:24
29:10 130:18
204:13
**mentally** 187:18
307:10,11,12
360:17
**mention** 202:3
207:9 209:19,21
227:6 327:21
332:5
**mentioned** 122:12
209:9 264:2
**mentor** 142:21
157:24
**merry** 166:23
**message** 49:17
251:19 269:22
270:5

**messaged** 49:14
**messages** 53:10
54:3,11,13,21
251:10,11,13
252:21,22 253:6
272:8 322:15,16
349:1
**met** 13:20 23:1,5
25:13 26:18 44:10
173:14 201:1
249:4,21,24
253:20 308:20
**miami** 2:12,17
21:5,22 25:6 46:4
48:9 55:10 112:4
112:8,9,10 154:4
160:17 162:4
194:16 211:14
**microphones** 6:4,9
**middle** 71:23 79:2
**milan** 154:4
**milling** 30:13 31:2
**millions** 298:14,22
**mind** 42:17 62:17
64:15 82:18,21
83:24 110:17
116:2 157:2
282:18 291:9
295:23,25 296:2
331:25 332:2
337:9,17,23 343:5
353:7 361:19
**mine** 341:17
**minimize** 20:6
**minneapolis** 19:18
20:22 21:14,15
22:11
**minnesota** 9:14
11:18 26:7,7
167:4 276:5
277:15

**minute** 83:2,5
114:25 194:12
222:16 287:9
294:19 300:14
349:8
**minutes** 51:15
58:19 79:15 81:22
83:5 92:15 93:1
110:25 232:18
298:7 336:2
**missed** 164:22
282:21 309:8
322:17
**misspoke** 290:16
**misstates** 89:3
**misstating** 240:25
**mistake** 354:21
**misunderstood**
345:14
**mixed** 255:11
**milton** 275:17
**mk** 275:17
**mm** 8:24 9:3 24:1
81:9 91:20 97:3
113:21,23,25
125:15 131:17
146:15 154:7
162:17 189:19
201:6 214:22
255:21 272:2
328:20 332:11
342:6
**mmm** 8:24 9:3
24:1 81:9 91:20
97:3 113:21,23,25
125:15 131:17
146:15 154:7
162:17 189:19
201:6 214:22
255:21 272:2
328:20 332:11
342:6

**mode** 157:17
**model** 18:25 19:12
21:17,25 22:3,4
23:13 24:11 42:2
51:9 69:4 71:12
112:25 113:10
115:12 116:4,24
117:11,13,15,20
126:15 158:20
161:20 164:4,22
195:12 210:7,24
226:7 275:8
276:16 277:20
282:11,22 344:15
353:2
**modeling** 19:5,23
20:15 21:7 24:4
44:13 45:21 57:13
58:8 59:12 112:17
113:18 114:12
116:11 157:1
158:5 194:8,12
210:9,14,16,18
211:4 226:5
275:22 276:25
277:8 288:25
289:10 350:13
351:5,8 352:6,7,7
352:14,17,18,18
**models** 21:22 22:6
22:11 48:22 49:7
49:23 50:21 52:7
52:17 54:25 56:1
63:18 65:20 69:5
70:14 71:1 72:5
94:10 112:22
114:24 115:1,4,7
115:17 126:6
127:6,14,22,24
128:12 158:25
159:22 196:18,22

197:4,7 198:13
199:1 231:7 327:5
339:25
**modus** 47:4
**molest** 58:6
148:20
**molestation** 57:10
338:11
**molested** 119:25
120:10,19 132:15
153:11 154:20
161:14 164:21,25
217:11
**molester** 217:12
**mom** 11:2,6
**moment** 37:9
109:18 116:17
293:19
**monetary** 301:13
**money** 113:10,17
114:14,15 115:24
117:14 221:6,11
221:19 223:17
224:8,10 302:16
302:19 303:23
**montauk** 162:7
**month** 28:7 49:14
155:16 254:6
266:14
**months** 37:11
116:6,9 126:16
132:14 139:7
147:8,14 149:6
153:10 154:20,22
195:17 212:14
266:6 271:14
293:10 297:18
322:3 353:9
**monty** 198:15
**mood** 213:13
215:20

**moore** 21:15
**morals** 357:7
**morning** 6:1
346:16
**mother** 19:17
22:21 33:6 135:1
135:2
**motion** 243:2,7
247:11 258:10
285:15 359:21,22
**mouth** 100:5
188:17 328:14
330:22 332:6
339:4,16 341:13
342:10,11,11,17
342:20,24 343:21
343:22,23 345:8
345:13,20,21,25
346:7
**move** 20:24 21:1
24:10 105:11
128:2 159:18,19
193:21 214:17
219:14 260:4,18
261:20 262:13
284:9 343:10
359:25
**moved** 9:12 14:20
15:6 21:5 25:6
193:10,13,19,20
285:7 287:17
**movies** 18:13,14
**moving** 12:8
202:18 203:8
204:5 206:20
243:5 260:13,15
359:23
**mullin** 2:21 7:2,21
**mullins** 2:9 7:19
**multiple** 21:8
54:24 111:13

126:22 165:5
242:4,17 246:1
294:3 321:23
**mutual** 20:9

**n**

**n** 2:1 3:1 4:1
**naked** 146:22
**name** 7:4 8:6 9:8
17:9 20:23 21:24
22:7,8 50:11
64:10 69:9 74:18
91:7 171:22 172:2
173:2 181:15
198:16 199:21
222:9 251:7 268:1
268:3,7 278:23
302:4 366:2,3
**named** 50:9
**names** 49:3 264:10
264:11 348:17
**national** 281:15
**natural** 266:23
**nature** 301:18
**near** 11:4
**necessarily** 129:6
148:10 156:8
**neck** 88:7 89:9,10
**need** 9:16 23:21
75:11 80:3 82:20
82:25 84:18
151:22 165:21
167:8 191:23
194:20 203:15,20
205:6,23 206:4,5
214:1 222:17
224:24 233:7,14
234:19 236:19
240:13 241:25
244:12,21 245:15
252:14 266:9
268:24 272:10

277:14 278:7,8
280:19 283:25,25
293:12 296:4,11
297:1 299:5,9,18
337:9 343:1
**needed**  214:3
246:16 272:15
**needs**  191:21
243:19 244:25
300:15 326:6
**negotiation**  318:17
**nelson**  2:9 7:18
**nelsonmullins.c...**
2:13
**nerve**  150:22
**nervous**  29:23,24
35:4 51:7 63:15
79:21 80:1 216:13
216:14
**nervousness**  35:19
**never**  10:1,3 19:12
24:6 46:10 56:4
62:19 66:23
103:15 109:3
118:13 124:13
128:15 149:8
150:7 154:25
155:3,6,10 156:17
157:2 158:5 162:1
163:11 172:2
181:24 193:7
194:12,14 196:4
198:16 216:15
226:13,14 227:18
253:20,20 259:18
279:4 281:5
288:23 290:6,14
290:23 291:1
292:3,4 302:6
305:4 311:25
314:5 331:23

336:16,19 337:22
338:1 339:15
343:5
**new**  1:1,16,16,24
2:5,5,22,22 6:25
7:3,3 21:1,2,17
25:7 26:20 28:18
28:19 44:11,12
45:15 50:3 112:7
141:8 154:1,21
155:14 158:9,22
158:25 197:25
199:10,15,25
200:11 211:13
218:4 255:5
275:22 278:13,24
279:4,10,14,18
282:3 315:2,3,22
316:8 365:4
**news**  274:23
**nice**  107:9 154:3
157:14 160:17
**night**  67:25
**nightmares**
226:14
**noises**  251:16
**nonstop**  292:21
293:1 295:14,16
325:17
**normally**  173:24
204:18
**north**  9:13 11:6
17:8
**notary**  1:24 8:2
364:15 365:3
366:24
**note**  6:4 92:25
**noted**  35:19 273:5
361:10 363:25
364:5

**notepad**  199:7
**notice**  252:9
273:18
**noticed**  273:11,13
**november**  156:24
172:19 173:12
186:4 227:5
**nude**  33:2,7,10,20
33:23 69:4,10,10
70:16,21 77:21
145:4,8,15 147:10
147:13 148:2,7,18
149:5 150:7
153:12 160:19
161:5,12 217:11
225:6,11 230:23
230:24 233:22,25
295:10,20 296:3
296:11 297:5,5
344:18
**nudes**  96:16,22
230:20
**nudity**  32:15 33:5
33:9 38:16 66:25
68:1,10
**number**  6:14,21
9:14 61:9 97:1
155:18 174:8
200:8 214:13
230:16 234:9
238:19
**numbered**  4:9
34:5
**numbers**  53:15
98:7 320:4

**o**

**o**  8:1,1 168:6,6
**oath**  7:9 8:13
41:20 60:3 106:10
179:21 180:1
265:4

**object**  18:3,6
22:16 24:19 25:3
28:13 30:18 31:9
31:20,23 34:23
35:6 38:1,6,25
40:6 46:7,14 47:1
53:16 56:11,24
57:16 58:13 59:14
59:18,21 60:7
62:21 63:3 66:4
66:18 75:10,15,25
76:17 80:18 83:19
84:11 86:23 87:20
88:17 89:2,8
92:10 99:3 102:3
102:13 103:5,6
104:7,15 105:1,9
105:18 107:2,9
108:9 110:14
111:2,7 120:2
122:6,14 125:5,21
126:19 127:15
136:2 137:13
139:16 142:13
147:17 148:8
150:19,24 155:24
158:1 163:25
175:1 178:3
188:14 191:1
192:25 193:24
196:7 198:21
199:3 202:10,20
208:13 209:17
213:9 215:16
222:7 223:20
224:19 225:15,18
226:1 227:21
235:5,25 236:10
236:22 238:4
240:24 242:11
245:24 246:24

249:11 256:24
268:19 273:1
279:24 280:6
283:17,20 285:13
289:5,20 291:6
298:17,23 301:17
303:14 305:15
306:23 309:9
310:17 313:7
314:22 318:13
326:10 329:5
330:3,19 331:7,16
331:21 332:4,20
334:11 335:11,21
337:15 339:6,8
344:23,25 346:1
346:19,23 353:14
355:8 357:1
359:15
**objected** 39:6
105:23 176:22
**objecting** 185:23
236:24 329:20
**objection** 59:23
69:19 84:4 100:7
100:10 121:2
129:24 164:14
165:1 171:1,7
175:7,8 178:20
180:18 187:14
206:14,24 216:20
217:14,23,24
219:20 220:9
228:2 245:13
247:5,13 248:16
248:24 252:20
253:4 257:3 268:8
272:22 280:16,19
280:22 301:22
304:3 305:19
306:17 315:11,12

319:7 330:1 348:9
356:16 358:16,24
361:8,14 362:7
**objections** 175:4
243:9 252:4,11,16
347:15
**objects** 349:14
**obligations** 214:18
**obvious** 223:10,12
329:7
**obviously** 55:19
56:4 63:18 78:13
93:19 115:22
202:13 207:4
261:19 296:22
321:24 335:9
338:2 361:1
**occur** 293:7
**occurred** 34:2
99:8,11 237:15
271:16 351:10
**occurs** 300:10
**october** 44:10
45:19 153:25
154:1 365:18
**offend** 348:18
**offensive** 34:17
145:7 259:25
**offer** 352:25
**office** 26:19,24
31:4 44:12 72:21
73:25 74:25 75:4
75:6 191:5 192:4
192:18
**officially** 19:21
**oh** 19:11 22:20
30:14 64:23 77:9
99:14,24 113:12
114:18 145:18
182:19 219:7
263:11 290:14

324:6,9 325:19
**oijen** 1:10 52:12
181:18 197:8
**oil** 85:8
**okay** 8:18,19,23
9:19,20 14:5
16:16 26:17 27:5
27:20 28:24 32:18
33:12,15,22 35:14
36:16 37:11 43:13
44:9 45:20 46:2
46:23 47:14 48:1
48:5 53:12 54:2
59:9 61:20 62:13
64:11 66:10 69:2
69:17,18 71:11
72:14 74:2,9 75:2
75:7,17 77:14
78:12 79:9,12
81:18 82:4 87:1
87:18 89:23 90:20
93:4 94:21 99:23
100:15 101:24
102:7,12 104:2,11
106:4 108:19,24
112:3 113:9 114:3
115:11,21 117:9
120:5 126:14
127:4,11 131:9
132:9,14,24
133:18 134:13
135:22 139:14
141:3 143:22
144:20 148:1
149:4,22 153:19
160:3 165:20
168:23 169:2,20
169:21 172:21
178:16 180:8,12
180:22 181:11,24
182:6 183:1

187:19 189:17
191:3 193:7 194:6
194:20 195:10
196:16 200:15
201:16,22 209:13
209:23 210:13
212:22 214:12
215:2 216:25
223:23 225:1
226:24 227:16
229:5 230:11,14
231:9 240:7,20
241:3 242:9
252:13 253:14
254:17 255:1
256:19 258:11,17
258:17 261:19
266:2 267:10,12
267:19 270:3
271:2 274:13
276:1 277:23
278:3 283:25
286:2,10 290:6
292:15 296:16,19
297:19 298:10
302:23 304:2,16
304:24 310:15
313:15 314:4,13
314:15 315:3
316:7,17,19 319:9
319:24 320:2
321:3,3,22,24
322:6 324:2,17
326:15,24 327:9
329:2,19 337:8
339:1 340:17,22
341:8,23 342:4
343:1,16,16 345:4
346:4 350:11,14
351:15 352:23
353:4,23 355:1,24

357:16 359:22
362:12 363:16
**old** 10:12,16 13:4
19:19,20 26:10,15
35:3 89:14 157:15
344:1,4,4,9
**once** 126:24
170:24 311:2
331:23 332:5,6
**ones** 133:14
146:10 148:24
152:11 272:16
**ongoing** 81:20
**online** 38:14
**ooo** 5:25
**open** 30:16,21
267:11 300:23
342:17,20,22,24
345:8,19 349:6
363:17
**opened** 343:21,23
345:13,24
**operandi** 47:5
**opinion** 125:14,17
126:4 140:8
141:11,14,24
142:7,24 143:17
218:21
**opportunities**
42:23 161:25
162:20 163:9
164:23
**opportunity** 12:2
27:6,15 42:21
66:7,13 100:2
143:21 163:19
362:9
**opposed** 353:10
**option** 299:15
**order** 95:7 230:25
264:8,15 268:3,11

269:8 343:15
**ordered** 166:2
**original** 83:9
**originally** 173:6
**outcome** 7:11
220:21 365:14
**outcomes** 221:5
**outside** 77:18 78:4
78:21,22 229:21
230:21,23 247:19
**overall** 49:15
50:22 147:25
**overcome** 93:19
**overly** 218:24
220:10
**overseeing** 135:8
**overtly** 337:11

**p**

**p** 2:1,1 3:1,1
**p.a.** 2:15
**p.m.** 167:12,14
168:2,4 238:10,14
301:6,10 317:17
317:20 336:5,8
363:24,25
**page** 4:1,7 5:23
70:10,12,13
101:25 167:3
192:1 194:7
215:10 229:20
230:10 232:7,7,19
233:11,13 239:13
242:18 246:10
354:24,25,25
366:4
**pages** 232:10
**paid** 118:4
**paper** 150:14
**paragraph** 58:3
58:15 338:7 354:5
354:7,11,14,22

355:3,5,15,17,21
355:25
**paraphrased**
350:24
**paraphrasing**
355:6
**parents** 10:25 11:4
186:8
**part** 14:23,24
27:19 64:3 77:19
78:6 129:25
164:13 217:16
226:10 282:24
313:6 315:5 340:5
343:6 352:8,19
354:7,11 355:21
355:24 358:4
**partially** 69:10
**participate** 176:3
177:1,18
**particular** 54:22
126:7 348:12
**parties** 6:12
317:14 365:12
**parts** 88:19 287:2
337:13
**party** 7:10 178:14
178:14,15 274:6
302:10
**pathological**
258:15
**patient** 305:2
**pause** 93:4
**pay** 16:11 112:17
117:21
**paycheck** 312:22
312:23
**penalties** 179:25
**penalty** 60:24
**pending** 299:17

**penis** 145:19
146:14 152:21
161:7 357:12
359:17,19 360:1
**people** 25:9 30:8
30:12 31:2 48:11
53:13,20 55:18,21
65:6,10,11 79:3,7
92:6,13,14 97:24
98:4,13 114:19,20
114:21 124:17,20
126:9 145:7
198:17 199:25
230:5 234:13
256:21 257:16
279:5,10 346:13
**perceive** 356:5
**perceived** 356:3
**percent** 33:13
59:15,16 71:18
114:25 185:4
**percentage** 115:1
135:3
**perception** 103:18
**perfect** 166:13
**period** 293:21
296:5,8
**perjury** 60:25
**permission** 340:10
**permitted** 57:11
**person** 8:7 71:23
115:23 136:12
148:2 161:13
164:24 174:17
189:2,4,9 222:3
249:22,23,24
250:10 253:21
256:13,14 259:11
259:20 262:18
326:20

**personal** 135:13
**personally** 37:24
38:5 46:11 140:24
197:19 282:10
**peter** 153:16,20,22
155:18 275:23
**petting** 285:14
**phone** 54:8,11
136:11 139:20
141:10 143:12
150:14 173:23
200:7 256:15
294:15 320:7,10
321:11,13,19
322:5,6,11,12,18
323:11 324:15,25
325:10,10 326:19
336:14 337:18
338:16,24
**phones** 6:8
**photo** 32:24 35:16
55:15 70:4 71:24
77:12 78:3 94:22
124:9 127:3,22
128:16 129:20
130:8 132:25
166:25 224:16
234:18 275:17
276:9 278:25
292:7,10,11 295:4
325:16
**photographed**
35:12
**photographer**
23:3 24:7 25:25
27:7,11,17 32:6
56:9 59:1 122:10
123:16 192:3
193:8 291:14
292:2 325:19
352:13

**photographer's**
191:5
**photographers**
29:25
**photographs** 4:9
5:19 31:17 34:4
57:3 148:23 150:8
153:12,15,17
231:16 232:11
236:8 297:5,6
332:23
**photos** 28:17 33:2
33:7 34:10 45:14
65:17 69:11 131:3
136:16 167:5
234:11 237:17
239:24 240:10,19
245:20 281:6,7
289:3
**phrasing** 192:25
193:25 198:21
**physical** 193:23
**physically** 93:20
109:3 266:22
307:9 341:5
**pick** 6:5 252:19
265:9
**picked** 65:21,22
158:21 160:4
282:7
**picture** 27:16
28:25 29:10 56:10
80:17 145:8
155:19 162:11
240:20 246:13
333:8 335:5,15
**pictures** 27:8
30:17 31:8 32:20
33:22 34:14 56:16
58:21 66:14,22
68:15,19,21 69:3

71:17 73:13 76:20
76:24 77:2 79:13
80:8,9 88:9 96:18
96:21,23 108:17
108:22 109:1,2,5
110:18,20,21,25
111:25 131:22
132:6,12,17
134:23 135:10,11
136:20,21 137:23
138:2,11,18 139:4
139:11 144:21
145:2,4,13,16
146:8,13 147:11
147:14 148:3
149:5,9 152:7,9,21
152:24 153:2
155:23 156:15
160:14,16,19
166:15 217:11
225:6,11 229:12
229:16 231:10,10
231:16,23 232:22
234:5,5,18 235:2
236:5 237:1,8,12
238:24 239:7,9
241:5,12,16,21
242:18 295:11,21
296:4,11 333:2,11
335:8,18
**piece** 307:20
**pilgrim's** 277:1
**pilot** 138:25
**pizzuto** 4:13 67:16
67:22
**place** 1:22 6:8 55:4
74:24 75:3 175:2
175:19 182:8,11
211:10 236:8
240:22 241:6,21
245:22 247:7

284:5 331:14
348:25 358:4,15
**places** 98:10,16
211:13 231:17
233:21
**plaintiff** 1:4,21
176:5 179:1
349:14
**plaintiff's** 290:17
**plaintiffs** 1:11 2:3
5:16 7:24 53:3
171:19 172:14
174:23 175:10,17
175:20 177:25
179:10,16 180:6
180:25 181:7,11
183:9 274:5
349:19,23
**plan** 137:22
277:21
**plans** 141:8 142:2
142:5
**played** 12:9
**playing** 323:11
**plaza** 1:15 2:21
7:3
**pleadings** 248:13
258:13
**please** 6:3,7 9:8
14:3 46:15 126:7
133:20 143:6
191:9 262:16
307:18 316:2
322:19 362:3
**pleased** 141:6
**plenty** 114:10
**plus** 25:9
**pocket** 221:19
**point** 20:24 23:11
46:19 51:1 72:17
80:4 81:20 86:4

94:24 101:1
113:19 116:4
130:18 144:7
166:1 182:5
199:13 219:18
221:15,21 265:23
265:24,25 277:14
295:5 297:23
301:4 302:3
307:23 312:20
333:12 341:7
345:12 361:22
**pointed** 104:4
**pointing** 233:12
**police** 9:25 221:13
221:17,25 222:4
222:16,20 223:2
223:13,16
**polish** 15:10
**polite** 29:18 101:1
**politely** 107:3
**politics** 114:9
**popham** 3:6 7:4
**popular** 158:19
**portfolio** 27:18,24
27:24 28:2,4
42:19 59:4 135:7
138:19
**pose** 147:3
**posed** 276:4
**posing** 33:10
344:17
**position** 125:11
127:5 169:13
233:14 300:18
301:2
**possibility** 291:8
**possible** 51:4
80:17 106:6 139:5
225:17,20 282:13
291:10 301:19

**post** 53:18 183:22
269:11,16 274:25
276:23 297:25
360:20
**posted** 28:17
269:14 275:16,21
276:5,8,19 277:5
**posting** 275:10
277:3
**posts** 53:15
**posttraumatic**
287:23
**pot** 311:1 315:15
**potential** 37:7
62:11 136:13
212:9 220:20
221:5 253:1
312:14 321:16
357:13
**potentially** 36:25
42:22 44:14 45:22
88:5 134:18
179:25
**pound** 130:17
**pounds** 130:21
131:11 307:14
332:9 333:7,23
334:5,8 335:19
**power** 57:12 58:6
59:11 60:4,12,15
61:23 62:12
125:16 126:10,17
127:2 135:24,25
137:12 151:21
313:3 356:2,13
**practice** 219:12
220:4
**precedent** 329:22
329:24
**preceding** 58:14

**precise** 298:14
**premise** 241:2,4
**preparation**
247:19
**prepare** 215:14
216:3 246:21
249:2
**prepares** 216:8
**preparing** 217:4
306:20
**prescribe** 13:14
**prescribed** 13:6
**prescription**
311:13
**present** 3:3 175:10
176:5 178:1 179:4
**presently** 277:11
**preserve** 272:21
274:2,11
**press** 196:19 199:1
261:3,6,9,12
274:13 275:2,4
**pressed** 150:6
241:9
**presume** 197:6
**pretense** 43:22
47:13 108:25
110:13
**pretty** 30:16 80:24
150:5 183:8
218:14 223:9
224:9 281:10,17
281:20,25 338:4
**previous** 39:7
**previously** 168:7
229:19 347:15
**printed** 248:3
349:17
**prior** 108:18 170:9
252:10 263:14
264:17 314:6

**privacy** 204:9
**private** 6:6 191:6
192:4 264:15,17
264:18 265:3,8,12
265:14,22 266:16
267:13,21 268:5
287:2 320:16
337:13
**privilege** 39:3,6
40:18 41:4 108:3
108:5 174:20
175:23 176:8,10
176:16,21 177:23
228:6 247:10
249:15 251:15
252:2,4,16,24
256:24 257:19,22
273:3 303:3 329:6
329:10,13,21
330:10,13 347:2
**privileged** 184:14
184:19 186:2
273:7,15 349:3
**probably** 13:3
19:20 29:3 83:22
113:8 130:14,16
135:12 140:24
164:6 196:8
224:20,24 296:20
312:2 346:20
348:23
**problem** 148:13
204:9 205:12
290:2
**problems** 68:14
71:14 196:5
201:17,24 202:8
202:18 203:8
204:4 205:15
224:3,11 227:20

process 142:18
217:7
produce 121:11
149:12 171:15
183:19
produced 52:23
52:25 53:23 180:4
182:24 184:9,11
184:13 270:8
273:17 318:16
348:23
producer 95:2
production 12:3
18:13 65:10 150:2
318:25
profession 260:1
professional 20:5
29:16 101:1 260:9
profile 4:8 16:14
16:15,19 19:24
promise 36:13,17
66:20
promised 36:11
promises 36:8
37:7,10
pronounce 74:17
171:22 181:14
350:1
proof 125:24
propel 163:3
property 17:10,18
20:10 64:1
protected 175:22
228:5 303:3
330:12
proud 145:12
provide 53:6,9
54:2,15 169:11
171:10 172:3
198:5 272:15
319:22 349:4

provided 54:18
169:7 171:21
183:23 184:3,5
185:1,25 186:2
191:16,19 247:21
270:12 272:16
290:18
provocative 161:9
161:12
psychiatrist
186:22
ptsd 287:20,22
288:2 290:7,22
291:9,11,16
pubic 146:19
public 1:24 8:3
39:19 263:25
267:11 281:5,8
364:15 365:3
366:24
publicly 41:11
pull 172:5 321:4
purposes 171:16
pursue 19:3 222:4
222:11 282:10
pursuing 139:14
139:17 155:22
214:1 277:8,12
put 28:4 81:13,14
81:15,16 82:1
85:21 89:22 90:2
93:12,14 135:7
188:16 199:24
200:12 204:13
259:14,18 282:5
320:24 321:5
328:13 333:10
339:3 340:15
341:9 342:8,11,13
343:19,24 360:23

puts 345:10
putting 100:4
204:15,20 260:5,6
312:8 321:1 341:1
341:22

q

question 8:21,22
24:9 32:1,2 33:8
36:16 39:22 45:9
45:10 58:10,11
59:19 60:9 61:20
75:12 83:1,9
100:11 103:20,21
104:3,8,19,20,21
105:12,15 111:9
111:13,24 138:5
141:23 143:2
147:19 164:2
165:5 166:6
170:24 174:17,19
175:12,13 176:25
177:2,17 178:6,12
180:16,17 181:4
182:11 187:14,15
191:10 193:15,17
194:23 195:10
197:6 201:25
203:9,13,16 204:2
204:10,24 205:4
206:12,13,24
208:15 213:19
217:15,22 218:6,9
218:19 219:2,3,4
219:17,19,21,23
219:24 220:5,8,10
220:12,15,17
222:19 223:1,14
231:13 232:1,4,15
235:11,11,25
240:24 243:18
244:16,22,25

245:18,25 246:24
247:2,15,22,24
248:2,25 250:10
250:13,21 251:4
253:5 257:12
258:18,21 259:24
260:14,16 261:24
262:7,14 264:21
265:2,7 268:16
273:11,23,24
280:20 281:20,23
282:2 285:2
296:15,18,23
297:2,2 298:20
299:16 302:14,16
302:24,25 303:14
303:16,20 304:1,4
304:14,25 305:1,3
305:3 306:23
309:10 315:24
330:20 331:17
334:13 335:7
337:16 338:20
339:9 340:12
344:8 347:5 354:8
355:2 359:7,10
362:11
questioned 325:17
questioning 45:5
69:14 241:1 246:7
307:2 318:13
questions 8:8,13
107:18 121:6
126:22 165:6
166:8 171:17
177:7 185:19
202:21 205:1
218:1,4,14,23
219:13 220:1
228:16 242:16,21
243:20 244:6,11

245:5,9 246:19
251:18 259:6
261:1,2 268:14,23
273:8,10 303:2,7
304:20,20 331:13
353:18 354:5
355:20 359:3
360:6,12 363:19
**quick**  80:24
231:12 285:15
**quite**  10:9,16

**r**

**r**  2:1 3:1 8:1 168:6
**radar**  281:6
**rails**  269:1
**raising**  107:16
262:3 299:22,23
**ralph**  134:8,11
**ran**  208:5 224:5
**random**  188:7
276:24
**randomly**  49:14
181:22
**reach**  52:6,15,17
52:18 53:18 124:3
181:16 183:3
341:6
**reached**  90:1
124:5 139:24
181:12 182:19
198:1 199:12
225:22 254:20
263:3,4,13 284:16
**reaches**  139:21
**reaching**  53:13
121:4 139:10
**reaction**  266:24
316:23
**read**  38:17,21
39:18,21 40:2
41:13,15 44:1

45:2,6 47:6 58:14
61:13 98:7 102:17
122:19 274:20
287:4 291:21,22
316:8 328:3,17,18
330:23,25 350:17
350:23 351:2,24
352:9 362:23
363:10 364:3
**reading**  40:8
101:19
**ready**  232:13
**real**  151:23 182:6
324:13
**really**  12:5 18:19
19:11 24:16 27:20
31:11,18 58:12
72:13 76:9 80:24
92:1,3,11 94:8
95:17 111:4
118:13 134:10
138:18 142:17,23
144:8 156:21
157:19,23 158:4
176:12 190:22
194:14 202:8
210:10 218:13
227:24 245:17
257:23 262:15
264:20 282:21
290:14 296:2
299:1 306:18
307:21 318:6
**reask**  100:11
**reason**  53:12
165:22 225:9
330:21 349:3
353:20 366:4
**reasons**  205:16
**recall**  47:21 64:14
64:19 82:17

100:17 109:16
134:7 193:3 251:8
278:22 284:1,5
287:7 332:1
338:18,25 354:8
355:2,7,10,15,19
357:22 358:1,5,11
358:14,25 360:9
360:13
**recalls**  39:20
**received**  39:13
131:2 248:4,7,11
248:22 252:21,24
253:7 301:20
304:9
**recess**  167:14
**recognize**  229:8
229:11 234:24,25
235:6 241:20
245:20 276:24
**recollection**  26:1
28:6 48:2 68:5
69:25 75:22
191:15,22,24
192:12 208:20
225:3 237:9
348:15
**recommend**  37:1
123:3 125:2
**recommendation**
125:19
**reconsider**  204:23
303:8
**record**  6:2,13 7:14
9:9 18:7 51:23,24
52:1 69:24 89:21
91:22 93:6,8,10
96:25 100:3 101:8
101:9,11,12
104:17 131:19
150:17 157:13

166:3,4 167:12
168:4 169:3,18
171:8 173:1
177:10 185:22
190:11 193:2
203:16,19 205:8
206:1 218:20
220:16 232:17
233:12,15,19
238:10,12,14
244:13 245:8
246:3 257:14
259:15 260:6,7
262:1,2,13 285:5,6
285:18 286:18
300:17,23 301:6,8
301:10 309:16
317:17,18,20
318:10 319:16
336:5,6,8 341:21
348:10 349:5
350:20 351:1
362:23 363:23
364:6 365:9
**recording**  6:11
**records**  169:5,7,8
169:10 170:20,22
170:25 171:9,11
171:13,21 183:7
183:16 190:9
205:2 206:4,5
210:3 225:2
226:23,25 227:2
250:3,4 253:22
271:3 274:11
322:5,7,11 347:25
**recruit**  37:23 38:4
46:24
**recruited**  46:3,11
**redeem**  52:4

**reevaluate** 170:6
**refer** 349:16
**reference** 28:22
  70:7
**referenced** 269:18
**referred** 250:6,10
  251:5 255:14,16
**referring** 205:1
  239:22 261:12
  268:11 296:6,9
**reflect** 232:17
  309:16
**reflected** 232:23
**refresh** 68:3,5
  69:25 191:15,21
  191:24 192:12
  208:19 225:3
  237:9
**regard** 222:22
  223:3
**regarding** 68:1
  188:22 221:24
  272:13
**regardless** 330:11
**regular** 115:5
**regularly** 139:11
**reimbursed**
  290:19
**reimbursement**
  301:14 302:21
**relate** 251:18
**related** 7:9 260:19
  261:13 311:21
  314:2 365:12
**relationship**
  123:19,22 137:9
  201:2 212:25
  213:11 215:4
**relationships**
  204:14 308:16
  309:4

**relax** 35:21 80:3
  80:16 81:3 107:3
  299:18 300:15
**relaxation** 36:4
  63:9
**relaxed** 61:24
**relaxing** 72:4
**release** 170:20
**relentlessly**
  155:22
**relevance** 18:6
  257:3 260:11
  310:18
**relevant** 169:12,14
  204:11 269:1,2
**reliving** 217:6
**rely** 37:8
**remember** 8:15,17
  13:2,7,21 14:6
  20:17,18 21:16,24
  21:25,25 22:6,8,13
  25:15 26:6,9,17
  29:9 30:24 33:3
  35:23 37:3 39:23
  40:1 47:7 48:24
  48:25 49:1,3,6,18
  50:10,12,13 52:11
  54:20 60:18,22
  62:22 63:7,23
  64:10 67:12 68:8
  69:6,8 71:6,7,10
  72:19,23 74:1,5,14
  74:16 76:1,9 78:1
  78:5,6,18 79:8
  82:23,24,24 85:9
  88:9 90:20,21,24
  91:2,6,9 95:12,13
  95:14,21,24 96:11
  101:18 102:17,19
  102:21,25 103:23
  106:17 110:23,24

111:3,5,22 112:2
  128:24 131:24
  133:13 134:8,12
  134:14,16,20
  140:18 144:23
  151:15 161:22
  162:2 183:16
  190:3,5,14,22
  192:7,8,10,13
  199:20 200:13
  234:21,22 237:4,5
  237:6 238:1 239:3
  239:4,4 251:8
  265:4 274:9,12
  278:23 279:17
  284:11 314:21,24
  318:17 330:16
  331:14,20 337:8
  343:18 346:11,12
  348:12 358:12
**remembered**
  328:16 330:14
**remind** 180:13,14
**reminded** 61:22
**reminding** 60:15
**remotely** 7:25
**rent** 112:17
**repeat** 143:6
  232:15 251:4
**rephrase** 206:12
  220:15 245:17
  273:9
**reported** 352:12
**reporter** 1:23 7:6
  9:2,18
**representation**
  319:11
**request** 185:9
  271:15
**requested** 5:22
  53:5 54:15 183:19

184:12
**reread** 328:7
**reserve** 170:23
  208:3
**reserving** 353:19
**resistance** 93:19
**resisted** 94:3
**respect** 259:22
**responded** 100:20
  186:1
**responding** 100:18
  156:17
**response** 133:24
  259:23
**responses** 60:25
  61:14 101:19
**responsibility**
  326:7
**responsive** 128:4,6
  185:8
**restroom** 51:13,19
**result** 13:25
  195:25 203:17
  309:6 360:18
  361:13
**resumé** 20:6
**retrieve** 198:12
**reveal** 39:12 178:3
  247:16 270:12
  347:6
**revealing** 228:4
  247:24,25 250:13
  304:5,8
**review** 101:24
  149:15,16 150:3
  286:8 329:1
**reviewed** 149:14
  149:14 248:14,20
  329:15,18
**reviewing** 247:20

**reviews** 132:8
232:11 354:13
**rich** 312:25 313:3
**richter** 2:21
**ricketson** 197:16
197:18 253:17
255:15 261:10
274:15
**ridiculous** 105:17
**right** 9:6,7 11:14
12:19 15:15,16,19
15:22 16:25 19:4
26:12 27:21 29:5
30:5,6 33:2,17,24
34:18,19,22 35:1
37:9,10,22 38:12
41:11,24 42:8,11
42:14 43:16 44:3
44:7 45:15 46:6
46:10,13,22 50:15
50:18 52:4 54:23
55:1,8,11,12,25
56:6,7,19 57:6
59:3,8 62:15,20
63:15 65:12 67:1
67:11 68:12,13,16
68:19 69:5 70:18
70:19,23,24 71:1
71:25 73:2,3,22,23
73:25 74:7,8,21
75:9 76:15,16,21
77:22,25 78:15,22
79:1 80:9,10,19,24
82:5,12,13,19
83:15 85:22 86:1
86:3,4 87:11,12
88:16 89:20 90:9
90:14,16,18,22,23
92:7,8,17 93:16,17
93:20,24 94:1,5,20
94:22,23 95:3,4,4

95:8,16,18 96:12
96:24 97:7,10,12
98:5 100:22,23
101:21 102:8
103:25 108:4,14
109:4,6 110:2,3,6
110:13 111:5
113:5 115:20,25
117:25 118:10,11
118:15,24 119:19
119:20,21 120:3
121:1,25 122:2,3,4
122:10 123:7,9,10
123:14 124:23
128:18 129:9
131:13,15,23
132:10,15 133:17
133:20,21 134:24
134:25 135:11,17
136:23 138:19,23
139:8,12,15,22,23
140:14 141:21
144:6,15,23 145:9
145:23,24 146:14
147:16 149:3,14
150:8 151:3 152:5
152:22,25 154:23
155:23 156:2,5,16
157:3,6,20,24
158:6,7,10,17
159:12,14,24
160:6,11,16 161:1
161:15 162:22,23
163:9,24 164:10
164:25 165:13
166:16,25 167:1,6
172:19,22 179:22
180:20,21 181:25
183:20 186:5,9
190:25 191:5
192:6 194:9 195:4

195:5,5,13,14
196:2,4,6,11,12,21
197:24 200:18
201:19 202:1,5
207:5,7,17 208:8
208:10 209:11,12
210:24,25 211:3,6
211:19,24 212:20
212:21 213:1,4,8
214:3,19,21 215:4
215:23 217:12
221:11 222:6
224:7,18 225:14
225:19 226:5,6,9
226:19 227:7
229:17,22 230:5
230:18 231:2,7
232:19 234:1
238:21 240:15,22
253:12 254:22
255:12,20 263:18
263:23 264:5,6,15
265:16,18 266:17
267:17 270:2
271:1,19 273:15
275:8,12,14,18,19
275:20 276:10
277:20 279:8,12
281:15,16 282:11
282:14,18,22
283:4,10 284:17
286:4,7 287:7
288:11,12,14,20
289:4,9,15,17
290:7,8 295:12
296:25 298:5,15
298:18 300:13
302:8,17 304:17
305:13 307:12,16
308:12,15,21,22
309:6,7 312:1,10

312:21 316:19
320:14,15 322:14
322:22 323:19,20
324:4,11,16,19,23
324:23 325:6
326:8,23 327:1,2
327:15 328:4,6,25
331:2,20,22 332:2
332:7,12,19,21
333:6,19,23
334:17,18 335:17
336:14 337:7,17
337:20,25 338:9
338:13 339:7,10
339:20 340:20
341:22,24,25
342:8 343:14,19
344:6,9,19,24
345:9,15,15,15,16
346:3,18 348:19
348:19 351:8,13
351:14,14,17,19
352:11 353:3,15
356:11,15 360:20
361:16 362:1
**rights** 353:19
**riley** 2:9
**riverfront** 9:13
**road** 120:7 129:4
**rockefeller** 1:15
2:21 7:3
**role** 56:9
**room** 30:25,25
72:18,22 73:22
86:18 87:2,8,10,13
102:2,6 106:18
107:6,7,24 229:1
234:8,17,24 235:1
235:12,22 239:16
240:1 242:12
325:8,13,14 358:9

358:15,18,20
363:2
**rooms** 106:20
**rough** 113:25
**route** 158:20
**ruin** 325:15
**rule** 8:25 218:5
**run** 141:9 142:6
**running** 231:7
**ruse** 143:11 144:1
**rushing** 149:24

**s**

**s** 2:1 3:1 4:6 8:1
168:6 366:4
**sad** 317:3
**safe** 154:4
**sake** 177:15
**sale** 2:15 7:17
**saleweintraub.c...**
2:19
**sanctions** 243:2,7
247:11 258:25
260:16
**sarah** 256:6,7,16
**sat** 29:5
**saw** 15:15 30:15
39:10 52:21 53:17
124:13 208:22
259:13 261:4
263:4 274:17
315:3 320:6 326:5
328:9,16 339:2,3
**saying** 9:19 39:8
40:22,25 41:7
60:20 75:2 78:16
80:15 81:2 84:3
84:25 93:13 105:3
109:24 126:3,21
127:1,2 131:10
143:17,19 144:7
150:16 153:5,6

156:18 159:9
171:2,10 185:5
196:13 203:7
227:16 233:16
234:16 239:17,20
241:14,14,17
243:16 291:3
293:17 294:19,24
295:17 298:2
300:7 301:1
302:13 328:15
342:5 347:9
**says** 15:18 16:23
43:21 44:10,24
45:1 46:2 47:8,17
53:14 59:10 61:21
67:24 70:9 72:9
93:1 101:25
152:19 170:21
193:2 197:3 210:9
212:12 213:3,11
214:21 215:19
221:4 258:13
289:14 290:19
324:23 325:22
326:24 327:3
348:13 351:18,22
352:2
**scarborough** 2:9
**scared** 148:19
149:1
**scarf** 76:5
**scene** 69:7
**school** 11:9,10,15
14:4,7 89:14
157:14,17 214:2
**scientific** 187:12
**screenshot** 54:8,10
**screenshotted**
54:12 183:21

**script** 150:23
151:13
**scripts** 151:11
**scrolling** 71:3
**second** 11:20 15:7
64:4,6 83:4
204:10 205:3
206:13 215:7
223:14 230:6
250:19 322:25
323:1 342:14
345:23 358:23
359:1 362:3
**seconds** 82:16
83:5,7,11,12 84:5
84:14,18,24 88:24
88:25 93:4 109:9
259:10 284:11,15
284:20 285:22
287:15 317:11,12
331:19 360:4
**secret** 336:21,23
**sectioned** 79:6
**security** 113:1
**see** 13:17 22:14
23:20 24:7 26:18
27:6,12,20,22 28:8
29:1,11 32:22,23
33:1,23 34:11
35:10 36:1,5,8,9
36:18 44:6 65:16
70:20 71:3,4
72:11 74:6 97:1
97:10 116:22
118:5 127:21
138:17 149:10,13
153:7 155:13
157:15 162:16
168:18 172:18
173:11,20 174:13
177:18 183:7

186:21 188:24
190:9 192:21
195:20 198:11
207:6 216:5
227:24 230:15
234:5 239:7,24
240:21 253:18
255:13 259:15
282:18 293:6,20
295:3,4 297:25
305:22 335:9
351:5
**seeing** 76:15 173:3
212:14 227:19
315:1
**seek** 310:2
**seeking** 141:13,23
221:17 258:24
301:13 302:4,16
302:19,21 303:1
303:10,23 309:11
**seen** 32:12 68:23
69:11 70:1 157:7
165:18 173:12,16
227:23 252:7
274:13 302:6
317:21 322:15
**sees** 25:21
**self** 17:8 35:8 48:7
48:17 51:6 63:20
79:23
**semantics** 107:5,8
**semester** 11:19,20
15:7
**send** 117:23
131:22 132:11
134:23 136:21
138:1,10 139:3
145:1 146:11
149:8 150:7 152:7
152:11,13 155:19

160:19 162:10
166:23 167:4
225:11
**sending** 132:17
135:9,13 136:16
136:19 139:11
143:9,16 144:20
147:10,13 148:1
149:5 151:15
153:11 156:11,15
160:15 161:6,11
166:14 217:11
225:6 295:10,20
296:3
**senior** 20:10
**sense** 126:5,13,14
126:16
**sensitive** 6:5
**sent** 54:19 119:6
119:15 124:18,21
135:11 144:2
153:3 296:10
360:21
**sentence** 192:23
290:3
**sentences** 338:7
**separate** 30:23
31:4 163:14
350:10 353:11
**separation** 196:12
207:16
**september** 1:17
6:3 28:10 44:7
220:19 271:4
275:21 277:3
366:3
**serious** 298:16
**seriously** 158:13
**seriousness** 300:5
**served** 221:8

**serves** 318:15
**services** 188:20
**session** 168:1
207:14 208:2,3
209:19 213:14
227:3 326:4 355:3
**sessions** 168:25
170:6 209:2
**set** 22:19,20,23
95:16 97:20
101:20 153:12
171:17 215:7
329:22 365:7,17
**setting** 26:24
**settlement** 318:17
**seven** 16:10 94:19
147:8
**sex** 195:25 196:6
**sexual** 196:4 208:4
309:3 327:4
**sexually** 58:5
186:15 352:12
356:22
**shadowed** 296:20
**shared** 215:7
**she'd** 225:13
**sheet** 70:8 95:25
232:19 364:5
366:1
**sheets** 4:14 69:21
95:7 229:8 232:24
232:25 233:21
238:18
**sheppard** 2:21 7:2
7:20
**sheppardmullin....**
2:24
**shift** 14:25 15:4
**shirt** 76:5,5
**shocked** 109:21

**shoot** 32:24 37:13
37:24 38:9 41:23
42:5,13 46:25
47:24 48:3,9 49:7
49:22 51:2 55:3
55:11 56:18 63:12
63:14 67:1,4
71:24 74:11,13
77:5,12 92:6
94:22 98:14 110:5
112:4,5 118:16,20
120:6,12,15,23
122:9,12,25
124:10,11 126:9
126:17 127:14,25
128:16,25 129:4
129:21 130:8,16
131:15 132:25
134:1 138:13
140:5 155:11
156:19 162:22,22
163:15,15 191:4,6
192:3,5 224:16
226:4 229:10
233:1 275:17
279:1,2,6 281:1,8
292:7,10,12 298:1
307:16 308:24
313:9,11,25 314:1
316:15 320:24
322:25 325:16
339:5 353:10
357:5 362:6
**shooting** 43:2
289:2
**shoots** 33:2 35:16
54:24 95:15 123:9
127:3,23 131:9
148:6 194:25
195:2,3,6 276:9

**shorthand** 1:23
**shortly** 131:16
**shot** 32:10,20
33:20 70:22 75:20
77:20 97:24 98:18
118:8 122:23
138:25 141:2
145:23 146:22
148:18 155:18
160:9 161:9
162:10 195:16
276:20 325:19
351:11
**shots** 27:8 28:3
34:22 43:16,23
44:12 47:10 50:14
65:23 66:2 71:4,7
71:21 72:12 77:11
77:21 79:22 80:7
81:23 95:11,19,25
96:11,14 97:6,10
97:14,16,19,22
98:5,11 129:22
130:12,24 131:8
161:6,12 163:1
229:22,24 230:5
230:15,17 231:4,5
231:18,19 340:1
**shoulder** 81:16
341:2
**shoulders** 265:21
343:13
**show** 16:13 34:8
69:14 129:17
132:4 157:12
192:2 229:6 231:9
238:23 241:5
269:7 286:13
288:7 342:15
343:11 349:19
353:23

**showed** 71:8
229:17 238:25
335:4,8
**shower** 98:2
166:24
**showing** 57:20
61:9 69:23 146:19
229:9 333:1
**shown** 259:21
**shrug** 266:19
267:2
**shrugging** 265:20
**shut** 359:12
**siblings** 10:8,9,19
**sick** 361:16
**side** 70:22 78:25
220:2
**sides** 300:19
326:12,13
**sign** 18:24 61:10
67:10
**signature** 61:11
365:21
**signed** 101:15
**significance**
105:15
**significant** 352:4
**signing** 60:22
**signs** 258:13
**silly** 83:17 105:16
**similar** 76:13
132:25 133:9
196:18
**sincere** 137:9
**single** 150:1
244:15 323:13
**singled** 97:23
**sir** 47:25 84:6
**sister** 10:10,11,14
10:16

**sit** 27:1 41:16
49:25 62:23
107:12 287:6
301:12 358:13
360:15 361:18
362:17
**sitting** 65:20
329:14 339:24
**situation** 10:6
291:14 302:7
316:25 317:1
326:14,16
**six** 147:8,14 149:6
322:3
**skin** 12:23 13:4
34:25 48:6 63:21
79:23 288:17
**skype** 136:12
141:9
**sleep** 309:12,13,14
309:14,18
**slept** 309:17
**slid** 93:23,24
284:16 343:20
345:20
**slide** 341:12
345:22
**slides** 345:7
**sliding** 345:7
**slipped** 342:9,10
**small** 29:8 338:4
**smaller** 30:25
**smoking** 311:1
**social** 200:9
214:18 264:10
297:24
**solely** 304:9
**solo** 97:6,9 362:6
**solutions** 366:1
**somebody** 97:19
125:13 173:22

221:24 255:19
278:20 282:18
**somewhat** 259:23
278:2 308:1
**soon** 84:7 141:10
146:10 152:20
154:5 294:6
**sore** 116:16
144:22
**sorry** 13:11 15:2
16:17 22:1,18,20
26:12 43:24 61:8
62:7 82:12 89:23
97:5 114:9 116:14
132:20 133:11
142:9 143:7
146:25 149:20
157:5 168:20
173:9 182:10
200:15 208:16
226:11 255:11
257:13 263:7
266:23 280:2
286:25 292:9
296:7,19 334:6
336:22 338:21
340:25 349:18
354:20
**sort** 175:20 285:9
301:14
**sought** 303:4
**sounded** 103:13
**source** 202:8,14
224:2
**south** 2:11,16
112:9,10
**southern** 1:1 6:25
**speak** 178:9
305:16
**speaking** 29:11
52:22 183:4 229:5

243:8 305:19
325:1
**specific** 121:22
182:7 224:22
302:24 340:12
**specifically** 102:20
102:22 169:9
170:2,8,21 198:25
205:1 273:5
354:12 355:24
358:14
**specifics** 134:21
**speech** 108:7
**speedos** 75:19
**spend** 157:15
**spending** 223:24
**spent** 224:8
**spirit** 204:12
205:14 273:4
**spoke** 173:21
178:15,25 181:21
183:11,14 253:8
253:24,25 255:19
255:24 256:1
258:3
**spoken** 33:16
178:17 183:10
197:20 256:15,21
257:15
**sponsorship** 277:6
**spot** 78:23 298:1,3
**spouse** 214:17
223:24
**spread** 167:3
**stadium** 116:13
118:3
**stairs** 75:24
**stamp** 319:2
**stamped** 4:15,16
4:18,19,21,22,24
5:1,2,4,5,7,8,10,11

5:13,14,16,21
45:18 119:8 128:8
129:14 132:1
137:4 138:7
141:18 144:17
146:3 151:6
152:16 154:12,16
157:9 160:23
162:13 166:19
172:14 320:4
349:22
**stand** 41:10 44:2
45:11
**standing** 90:8
**star** 24:23
**start** 11:12 13:1
19:5 83:6 123:18
268:6 340:19
363:9
**started** 11:14
14:17 51:17 99:13
109:24 114:8,12
174:5 201:2,17,18
**starting** 126:15
**state** 1:24 7:12 9:8
130:18 187:17,19
204:14 209:18
261:25 262:9
308:1 350:19
365:4
**stated** 57:18 58:20
169:12 246:8
**statement** 44:23
45:12 59:25
113:15 261:18
289:19 363:1
**statements** 44:3
57:9 58:4 171:8
300:2 364:7
**states** 1:1 6:24
158:21 193:2

**stationery** 319:12
**statue** 96:23
**statues** 77:24
**statuesque** 96:15
**stay** 49:12 112:3
113:7 116:6
341:13
**stayed** 100:25
**stepdad** 11:6
**stepmom** 11:5
12:7
**steps** 159:15
**stomach** 361:17
**stop** 11:23 77:7
105:13 195:11
236:12,13,17,23
242:19,22,22,25
243:8 247:12
258:25 293:11
332:17
**stopped** 210:14
**store** 24:12
**story** 211:8 326:13
346:13
**strange** 220:4
**strategic** 303:2
**strategy** 304:6,10
**street** 2:4
**strength** 53:15
**stress** 202:14,24
203:10 204:6
206:21 212:17,24
287:23
**strictly** 137:10
**strike** 85:5 128:2
170:13 232:5
260:4,13 262:13
286:20
**stronger** 93:20
**strongly** 361:9

**struggle** 353:13
**studio** 26:23 28:25
112:20 116:23
**stuff** 74:24 77:19
292:18 297:24
**style** 140:14
**stylists** 55:21
**subject** 116:16
347:14 348:8
353:18
**subjects** 273:6
**submitted** 317:22
**subscribe** 364:6
**subscribed** 364:12
366:21
**successful** 56:23
57:13 58:7 59:12
**suffered** 303:24
304:17 309:11
**suffering** 361:19
**suggest** 174:24
**suggested** 63:24
128:12 174:13
254:21
**suggests** 348:21
**suicidal** 188:4
**suicide** 187:25
**suit** 136:22
**summarize** 241:1
**summary** 338:8
**summer** 16:9
158:9 263:25
271:13,21
**summing** 194:3
**sun** 353:20
**super** 109:20
344:2
**supplement** 69:16
**supplemental**
290:17

**supply** 270:17
**support** 113:10
115:12,18
**supposed** 217:12
219:16
**sure** 20:23 38:2
45:4,8 53:1 56:22
57:12 58:7 59:11
60:8 64:13 65:24
73:12 75:1 79:18
84:20 87:9 94:9
96:8 100:1 101:6
106:21 115:16
124:12 125:9,10
130:11 135:24
136:17 139:5
166:9 169:18,23
171:5 173:21
174:7 175:23
182:25 195:19
199:5,5 200:6
202:25 209:24
218:16 222:12,13
222:15,17 223:5
225:16 226:20
232:7,16 237:20
238:2,6 241:10,11
242:10,12 251:1
266:4,18 270:10
278:21 280:11,13
280:14 282:19
297:14 327:16
336:11 338:3
339:13 343:9
347:12 352:1
**surrounding**
220:20 234:15
**swear** 328:5
**swearing** 60:24
61:17 101:21

**[sworn - testimony]**                                      Page 41

**sworn**  8:2,13 60:2
  106:10 168:7
  232:21 364:12
  365:7 366:21
**symptom**  352:4
**symptoms**  214:14
  216:2,7 291:12
  352:16
**syndrome**  287:23
**system**  13:16
  270:24

**t**

**t**  4:6
**table**  220:2
**tag**  322:18 323:11
**take**  12:6 20:5
  27:7 33:7 35:20
  48:23 51:12 56:2
  56:10,10 58:21
  65:16,23 66:21
  67:20 72:12 85:21
  88:10 95:11 101:5
  102:15 108:17,21
  123:14 129:22
  132:7 149:25
  159:14 160:8
  163:5 165:21
  177:4 195:20
  231:12 232:8
  233:14 238:7,17
  258:1 261:15
  267:1 288:13
  296:13 299:8,10
  299:13,16,17
  300:12,13,19
  317:10,15 326:11
  336:2 339:12,17
  340:1 350:21
  351:8,16
**taken**  1:22 6:16
  8:10 27:16 30:17

73:14 76:20,24
  77:2 79:14 93:15
  109:5 110:18,21
  111:25 152:25
  153:15,18 232:2,4
  232:18 235:3
  238:24 331:12
**talent**  22:11
**talk**  11:2 67:10
  74:22 80:23 87:25
  92:9,11 94:7,9,10
  100:12 140:16
  141:10 154:5
  177:24 194:11
  199:15 208:4,7
  212:9,10 214:13
  214:15 263:15
  267:19 294:18
  299:20 310:4,5
  313:22 314:13
  324:19 337:3
  338:5 349:9
**talked**  63:5 65:2
  67:25 88:1 96:15
  101:16 103:3,25
  115:21 121:20
  126:6 185:20
  186:8,11 190:19
  201:23 212:23
  255:14 284:7,9
  311:20 323:8,9,12
  323:13 327:20
  331:10,18 352:24
**talking**  47:23
  64:23 72:5 74:16
  80:10 85:25 90:15
  96:22 99:13 107:5
  107:21 126:9
  157:18 162:21
  170:12,13 174:9
  176:22 194:8

199:7 207:11
  208:25 212:15
  213:16 215:3
  227:3 242:22
  252:25 253:6
  255:25 269:7,9
  287:16 300:21
  320:11 322:18
  325:4 338:12
**talks**  213:12,22,24
  338:10,11
**taste**  280:25
**tattoos**  127:23,24
**taxes**  114:9
**team**  70:8
**technically**  20:20
  102:5 194:16
**television**  138:25
  150:23
**tell**  8:14,21 35:19
  41:8 48:18 64:21
  70:21 74:23 75:22
  76:16 82:25 92:21
  107:25 124:8,25
  134:9 182:2 187:9
  190:6 195:15
  205:10,11 206:17
  206:18 216:17,19
  224:14 225:4,5,10
  225:21 226:17
  227:25 231:15
  236:20 240:10,11
  240:19 241:13,22
  242:13 246:14
  256:19 258:6
  260:3 278:24
  279:9 304:16
  305:21 306:2,9,14
  306:14 307:7
  313:10,13,16,24
  314:16 316:10,19

320:24 322:7
  331:9,11 338:16
  338:23 339:22
  340:21 343:11
  351:15
**telling**  119:2
  123:25 131:5
  147:3 154:21
  178:20 186:20
  189:2 192:10,13
  221:1 224:16
  235:21 250:22
  253:24 279:6
  313:19 314:6
  315:9 336:12
  346:12
**tells**  108:16
**temporary**  210:11
**ten**  26:13 30:14
  48:21 56:1 81:21
  83:5,11,12 124:17
  128:12 154:19
  344:4
**term**  47:7 187:5
  308:16
**terrible**  232:4
**test**  27:7 28:3
  44:11 155:18
**testified**  8:3 168:8
  362:18 363:4,6,10
**testify**  84:16,19
**testifying**  88:16
**testimony**  89:3
  103:4,11 106:10
  107:21,23 193:25
  232:21 237:11
  240:25 246:16
  335:10,16,19
  362:21,25 363:22
  365:6,9

**text** 53:10 54:3,9
54:10,15,21
139:20 190:18
262:25 322:15
348:16,22 349:1
**texts** 53:24 312:10
**thank** 18:17 35:13
45:2,7 140:21
161:24 191:22
243:10 259:1
318:11 319:24
340:14,23 354:21
354:22 355:13
362:14
**thanking** 119:1
276:20
**thanks** 141:11
151:13 152:12
**thebloomfirm.co...**
2:7
**theme** 132:19
**theory** 205:15
**therapist** 13:18
74:20 124:9 173:2
173:8 174:10,14
188:13 195:16
205:5,10,11
206:15,17,18
209:3,15 212:15
215:8 216:1
220:18 224:14
225:10 227:19
264:3 275:6
311:20 351:16
**therapy** 168:12
169:10 170:15
173:10 205:2
314:17 326:4
347:25 350:4
**thing** 28:21,22
81:22 85:24

111:15 118:9
136:7 158:15
164:12 210:12
213:15 224:22
229:2 252:2 259:5
270:18 277:6
320:22 338:6
**things** 19:3,14
32:9 50:1 54:13
63:2 76:5 80:15
88:3 95:7 105:5
126:12 133:9
135:14 136:10,18
141:14 143:22
144:8 159:22
164:8,9 201:3,5
227:4,24 247:20
272:10 286:1
290:21 296:12
309:23,23 321:9
332:16 360:7
361:22
**think** 27:23 44:6
45:17 51:8 53:17
53:18 56:25 62:2
62:4 75:5 82:18
82:20 83:8,23
85:12 86:23 91:12
99:8,18 106:13
113:17 128:3,5
131:2 134:7,10
137:11 145:7,9
147:22 150:5
155:17 157:22
158:13 163:24
171:17 189:8
197:21 200:1
203:18,19 204:11
205:2,3,6,8,9,21
205:22 206:3,5,11
217:20 220:5

223:11 225:12
232:13 243:19,23
246:6 257:17,18
258:22 259:19
260:7 261:22
262:1,14 277:25
278:16 289:8
291:3,16,17
293:15,15 294:20
295:6 296:17
298:3,6 299:9,18
299:21 300:14
315:4,17 316:5,7
317:13 320:2
326:5 331:25
340:8 345:11,11
347:22 353:20
359:10 360:24
361:21,23 362:2
362:10 363:16
**thinking** 42:24
54:7,9 62:17
148:5 228:11,13
228:16,19 267:7
293:1,8,13,16,18
295:13,15,18,25
296:2 336:3
**thinks** 241:8,12
242:17 246:9
**third** 230:9 274:6
**thomas** 9:10
**thought** 12:4
19:13 24:15 28:20
31:14 37:1 66:6
87:3 122:20,22
156:10 187:23,24
259:9,12 292:21
312:24 327:24
362:19 363:13,15
**thoughts** 187:22
188:3,7

**thousand** 169:6
**three** 12:14,17
17:13 20:13 83:14
83:25 84:5,14,18
84:23 88:25 97:15
109:9 121:7,23
131:9,11 152:19
152:20 153:7
154:22 166:16,22
214:16 231:17
284:10,14 287:15
315:21 333:7
335:20 338:7
351:11 360:3
363:11,12
**throw** 28:1
**tied** 303:11
**tieg** 19:17 22:21
32:19 145:1 147:7
148:18 153:18
263:3
**time** 1:22 14:21,23
14:24 17:19 21:9
26:5,11 28:18,19
28:23 38:20 39:10
39:21 42:1 47:22
67:10 73:6 75:18
76:23 77:4 83:12
84:1 86:2 93:2
100:6 105:6
111:18 112:12
114:11 115:18
116:3 119:3 131:3
132:19 136:10
140:5 141:14
149:24,25 151:10
157:16 168:11,23
170:23 172:17
173:15,15 175:5
177:11 181:23,23
182:3 183:13

186:3,5 190:7
194:9,13,16,18,22
199:7 201:11
202:9 207:21
208:6,24 209:14
210:16,25 211:2
211:23 214:8
215:21 226:10
227:13,14,15,18
249:20,23 251:14
253:23,25 256:1
257:25 259:7
264:13,14 283:15
285:12 292:12,13
292:19 293:9
296:5,8 297:4
303:7 310:10
311:3,11 312:9,23
317:5 323:5,8,9,12
323:13 334:21,23
346:5,21 347:9
348:25 350:7
352:5,8,14,16,19
353:18 359:4,5
363:25
**timeline** 95:22
190:21 272:18
**times** 12:18 77:10
111:13 124:4,7
139:24 169:6
174:6 176:17
181:21 183:17
197:25 199:11,16
199:25 200:11
225:22 242:4,17
246:1 255:5
256:20 257:15
258:3 278:13,25
279:5,10,14,18
294:3 310:14
311:9 315:2,4,13

315:15,21,22
316:8 321:12,23
323:21 331:12
339:13,15 362:18
363:4,11,12
**timing** 51:16
**tmz** 274:23
**today** 14:1 41:16
62:23 114:9 196:3
228:18 301:12
327:13 329:2,11
331:15 346:7
347:21 358:13
360:15 361:7,18
**today's** 363:22
**told** 13:24 27:1
35:21 65:13,15
81:10 100:20
108:18,25 124:13
186:14 188:19
189:10,24 190:12
190:23 191:3
192:17 193:1,3,8
194:6 195:23
196:16 200:17
202:17 203:7
204:3 205:5
206:15 210:4
216:1 220:18
223:23 226:13
242:3 275:6 279:4
291:19 305:25
309:15 313:14,17
314:1,5 315:4,14
316:11,12,14
325:23 326:25
327:7,9,12 336:16
336:19,24 338:1
346:6 348:21
350:12 362:5

**tomassone** 178:10
178:17 252:6,13
**tone** 107:3 108:11
**tool** 27:10
**top** 29:25 88:6
99:18 110:7
132:23 356:7,18
**topic** 206:6 244:7
245:6 260:19
288:15
**total** 81:22 127:13
**totally** 68:1
**touch** 49:12 133:6
199:19,24 200:4
200:12 254:18
321:8 337:13,13
359:4
**touched** 56:5 82:4
83:3 84:7 100:13
109:8 110:22
119:18,25 139:8
149:6 192:20
234:17 239:2,10
240:4 246:15
283:3,7,10 285:23
287:16 316:21
321:20 357:12
359:16 362:20
**touches** 82:8
**touching** 88:25
119:22 240:22
245:22 284:19
285:20,25 286:22
323:19 324:8,18
324:20 337:3,4
**tough** 18:9 243:7
**tower** 2:16
**track** 257:6
**tran** 275:17
**transcribe** 9:2

**transcribed** 9:3
**transcript** 90:1
364:4,6 365:8
**transferred** 14:19
**traumatized**
147:16,20,24
148:2
**traveling** 211:20
**travels** 154:5
**treasured** 163:22
164:23
**treasurer** 162:2
163:9,12
**treating** 35:25
**trial** 207:15
260:13
**tried** 29:20 198:18
310:7 311:7
322:17
**trimmed** 144:23
**trip** 207:17,19
**tripod** 88:8
**true** 47:15,19
59:20,25 61:18
84:6 125:8 130:3
130:25 139:1
141:4,4 142:17
163:13 164:7,9,9
196:3 206:25
210:10 216:4
228:18 246:5
354:8,12 355:6,22
355:25 359:14
365:9
**trust** 201:18
350:18 361:22
**trusted** 201:14
**truth** 8:14 57:2
131:6 149:23
151:17 216:18,19
221:2 289:25

313:19
**truthful** 136:9
**try** 30:2 126:24
158:15,25 207:15
222:4 223:17
226:7 260:23
270:20 320:15
**trying** 22:23 31:21
32:2 59:3 80:11
81:3 105:24
111:14 121:16
135:16,22 136:4
142:1 152:1
157:25 158:2
159:20 163:23
195:12 210:23
214:17 219:9
222:3 240:25
244:3 284:9 294:9
298:13 300:6
309:22 322:24
325:14 357:6
360:23
**turn** 6:7 192:1
264:9 353:25
354:4
**turned** 167:5
**tv** 151:13
**twice** 311:2
**twitter** 263:17,19
**two** 15:8 19:9
30:11 37:11 49:15
55:4,5,5,7 69:5
70:14 82:16 83:5
83:7,14,25 84:5,9
84:13,17,23 88:24
88:25 93:1,4
109:9 112:20,22
121:23 128:11
132:14 152:7
160:13 161:14,17

162:25 164:20
166:15 224:3
251:9 252:13
253:13,17 257:9
266:6,14 284:10
284:14,20 285:22
287:10,15 296:12
304:19,20 317:11
317:12 320:2
322:13 326:12
345:23 360:3
**tying** 304:18
**type** 76:4 218:8
242:12 277:6
358:14,17 363:2
**typed** 338:6

**u**

**u** 8:1 168:6 174:11
**u.s.** 159:23
**uh** 9:1
**ultimately** 321:6
352:5
**uncomfortable**
325:7
**underlined** 58:3
**underneath** 93:22
341:16
**understand** 8:20
8:21 41:19 45:10
47:11 60:8 61:16
95:1 104:8,22,25
116:18 128:2
179:21,24 180:3
183:18 194:20
204:18 205:17
209:25 233:4
251:16 255:13
257:24 266:10
294:5,9,22 300:7
302:2 307:4,6
322:24

**understanding**
54:14
**understands** 45:9
209:24
**understood** 25:8
104:3 302:5
336:11
**unfortunately**
299:14
**united** 1:1 6:24
158:21
**university** 11:17
**unsolicited** 153:3
153:13
**upcoming** 36:25
44:13 45:21
207:17 215:14
216:3,9
**update** 160:21
**updated** 139:4
161:6 297:5
**uploaded** 45:14,15
**upset** 91:24
156:21
**upstairs** 64:16
73:1 74:10 76:3
76:21 79:13 86:4
86:5 91:4,11,13
92:20 95:10,16
98:25 102:10,12
102:16 106:19,20
106:25 108:14,25
287:10 327:19
339:7,17 340:16
358:4
**urging** 243:3
**use** 27:24 57:5,11
58:6 59:10 60:4
85:7 106:1 136:1
137:11 152:4
192:11 315:9

339:16 356:2,13
**uses** 95:3
**usually** 14:9
177:10 218:21
251:25

**v**

**v** 366:2
**value** 27:21,23
**van** 1:10 19:17
22:22 32:19 52:12
145:2 181:18
197:8 198:14
**varied** 297:18
**vary** 298:12
**vehicle** 57:4,5
58:23
**ventured** 11:21
**verbally** 9:5
337:12 357:25
**verbatim** 350:18
350:23,25
**verification** 4:11
60:24 61:3 101:14
**verified** 328:4
**verify** 184:20
282:2
**verifying** 61:17
**veritext** 7:5,7
366:1
**verizon** 15:19
**versus** 6:17,20
**video** 6:11,15
89:24 93:1 274:16
274:18
**videographer** 3:6
6:1 7:5 51:22,25
92:25 93:5,9
101:7,10 167:11
168:3 238:9,13
301:5,9 317:16,19
336:4,7 363:21

**videotaped** 1:20

**view** 199:14 255:9 269:15 281:14,20 283:1

**viewed** 176:23 177:13

**violated** 92:2

**violation** 39:2 257:18,21 273:2

**visible** 234:13

**visit** 196:17 201:22

**visited** 21:2

**visual** 64:14 75:21 76:7 89:11 343:2

**visualize** 110:17

**vogue** 36:10,24 37:4,12,24 38:9 41:23 42:13,16 43:2 46:4 47:24 48:3 51:2 52:7 55:3 56:17 63:11 77:5 118:16 124:11 126:8 127:25 128:25 130:15 132:20 162:21 195:12 226:3,8 228:25 229:10 233:1 238:18 279:2 280:25 281:10 289:1 298:1 313:9 313:25 320:24 321:25 325:20 332:9 333:16 339:5 351:9 353:10

**voice** 9:17 22:2 107:17 262:4 299:22,24

**w**

**waist** 81:17

**wait** 27:2 31:25 111:23 138:17 217:22 250:19 341:18 349:11 363:9

**waive** 108:2,4 174:19

**walberg** 4:13 67:16,24

**walk** 91:16

**walked** 91:19 106:11 324:25

**walking** 26:25 28:25 75:23 79:7 234:14 326:21

**wall** 24:14,15,24

**walls** 87:11,14 102:8,21 103:24 104:12,24 106:3,4 358:10

**want** 18:21 24:13 39:11 43:4,7 51:10,12,13,19,20 66:21 83:23 84:15 96:6,9 100:1,3 102:17 103:4,10 104:16 105:7 106:12 123:14,18 123:19,21 131:5 137:10,11 142:23 143:2 148:6 149:25 153:7 155:25 156:25 158:4 160:20 169:17,21,24 170:19 176:12 177:4 179:11 187:11 191:20 209:23 210:6

217:16,25 218:2 218:18 219:3 232:8,14,16 239:8 242:16 244:19 245:7,19 250:20 258:2,5,6 261:15 266:12 270:11 275:8 280:17 281:23 282:10 289:18,22,24 290:19 293:6 294:21 299:12 300:16 310:22 315:1,6 319:10 320:19 324:5 327:16 330:16 332:18 336:9,10 336:25 337:12 340:3,4,7 346:2 348:13 349:9 350:19 351:23,24 363:8

**wanted** 12:1,6 19:2,14,15 42:1 44:14 45:22 51:3 52:3 66:17 71:20 94:4 120:15,19 129:3,11 133:16 142:6 150:2 156:2 208:2,4 282:1 287:4 308:21 313:6 321:7,7 337:6,10,24 345:12 362:5

**wanting** 296:21

**wants** 54:25 80:16 81:2 139:22 191:14 220:17 242:21

**waste** 257:25

**watch** 116:19 274:18

**water** 50:18

**way** 16:12 35:25 39:13 41:10 59:7 62:8,14,16 66:24 74:9 75:8 96:7 105:24 106:9 108:21 110:9 121:11,20 124:8 124:16 149:4 173:19 185:3 186:21 193:19 200:3 207:3 219:25 220:4 221:10 237:25 240:14 241:17 245:1,9 246:13 262:12 263:10 266:22 270:15 283:18 289:25 330:5,9 353:6 356:5 365:14

**ways** 246:1

**we've** 61:25 103:2 114:10 183:19 351:7

**wearing** 75:17,23 76:3,4,10,19 90:21 90:22

**weather** 154:3 160:16

**weber** 1:6,13 2:10 6:18,21 7:16 8:9 22:15 23:1,24 24:8 25:13 26:2 26:18 29:11 31:8 32:20 33:2,23 35:18 36:7 37:17 37:23 38:4 43:14 43:21 44:10,11

45:20 46:3,12,23
47:8 48:18 52:3
55:16 56:4,8,22
57:9,11 58:5,6,20
59:10 60:3,11
61:22 62:19 63:1
63:9,24 65:25
76:2 83:3 85:7
89:18 91:16 92:19
93:12,14 98:25
108:16 118:8,24
120:20 122:9
124:10,19 125:12
127:5,13 128:18
129:19 135:10
142:21 146:7
147:3,9 148:6,25
149:6 150:7
152:25 153:3
161:12,19 165:15
166:14 170:1
185:1,6 189:3
194:25 195:2,3,7
195:17 196:14
202:5 207:3,11
211:18 212:11,20
213:8 214:24
222:23 223:3,18
224:15 232:22
233:22,25 237:1
237:19 239:1,10
240:4 246:15
259:16 275:7
279:1,5,16 282:20
286:23 287:11
290:5 293:23
294:1 297:5
301:15 303:12,23
304:18 307:8
309:19 311:25
312:25 316:20

326:3 337:10,22
342:2 351:11
352:14 356:1,4,17
356:22,24 357:12
357:13,16,20
359:16,18,25
360:8,12,18 361:6
361:13,20 362:5
362:19 366:2
**weber's** 159:25
280:7
**websites** 276:25
**week** 16:10 194:19
207:22 220:19
227:5
**weekends** 14:9
**weeknights** 14:10
**weeks** 131:10,11
216:3,8 279:1
297:17 333:7
335:20 351:11
**wehmann** 21:12
**weight** 334:10,19
334:22,24
**weintraub** 2:15,18
4:4,5 7:15,15,17
8:5,7 18:4,17
35:13 39:8,16
40:10,21,24 41:5
44:20,25 45:7
57:23 69:13,18
70:11 83:10 84:15
84:21,25 85:4
89:23 92:24 98:8
100:8 101:4 103:8
104:16 105:20
106:1 107:8,14,19
108:6 111:10,16
113:21,23 119:13
121:7 128:1 130:1
138:3 141:15,25

143:4 145:25
147:1 154:10
161:3 166:3,5,10
166:13 167:8
168:10 169:3,15
169:19,22 170:3
170:17 171:16
172:9,12 175:14
176:9 177:19
178:13,19,23
179:3 182:18
184:10 191:13,20
193:16 202:23
203:3,6,15 205:25
208:16 209:20
213:10 215:13
217:17 219:7,14
222:21,24 223:9
228:17 231:1
235:19 238:7
241:3 242:19
243:14,23 244:8
244:12,21 245:2
246:4 247:1,12
249:12 256:3,25
257:20 258:11,22
259:2,12,17 260:2
260:25 261:8,14
264:24 269:2
278:18 280:15
281:22 286:19
296:7,10,16,19
299:6,11,23 300:4
301:23 302:20
303:19,25 304:13
304:22 310:20
315:8,17 316:2
317:10 318:5,11
319:1,5,10,15,19
319:24 329:9,17
335:17 336:1,25

338:21 340:6,14
340:23 343:6
347:3,14 348:1
349:7,11 351:2,23
353:17 354:1,6,15
354:18 355:4,8,16
356:16 357:1
358:16,24 359:8
361:8,14 362:7,16
363:7,18
**weintraub's**
355:20
**weird** 262:11
**welcome** 340:24
**went** 11:17,21
12:14 15:18 23:20
28:7 29:4 30:23
31:5 32:25 36:22
38:3 66:8 72:14
72:19 74:10 86:14
86:16,17 92:5
94:6,21 95:10,15
99:9 102:9,10,16
106:19,23,25
116:12,23 118:5
128:15 131:13
168:12,15 169:8
172:17 173:11,16
185:21 186:3,5
188:19 209:9
211:23 222:15
263:7 269:4
282:17 313:11,14
313:17 320:13
325:7 346:15
357:7
**west** 117:3
**whatnot** 10:23
12:4 234:13
281:11 312:14
323:11

whereof 365:16
whichever 86:21
   86:25 221:10
whispering 6:5
whispers 299:19
wife 168:16
   170:11 174:21
   189:6,11 202:17
   203:8 204:4
   206:20 207:16
   212:25 213:7
   215:4 226:21
   294:16 308:17
   314:6 317:22
   320:5 336:16,24
willing 171:10
window 29:6
winning 25:1
   278:4
winter 162:5
wise 161:20
wiseguy 266:13
   284:24
withdraw 289:18
   290:11 319:6
withdrawing
   290:2
witness 4:1 62:6
   107:25 132:8
   154:9 165:23
   171:23 179:11
   218:6 232:11
   235:18 242:23
   246:11 315:14
   342:16 348:19
   354:13 365:6,10
   365:16
witness's 366:3
witnesses 218:3,12
   252:13

wondering 151:10
word 62:9 103:15
   106:2 194:1 267:5
   280:5,7,8 285:2
   339:16 350:21
worded 62:2,8
wording 199:6
words 100:4
   188:17 192:11
   197:4 283:6 307:7
   331:13 337:12,23
wore 76:11
work 12:3,3 13:15
   14:9,25 15:3 16:9
   114:22 115:5,18
   120:19 149:2
   210:6 214:15
   308:9 309:22
worked 14:15,21
   14:24 15:5,8,14
   16:24 17:2 19:9
   21:13,20 24:12
working 14:7 16:3
   16:6 20:7 22:22
   23:10 95:6 112:11
   112:13 116:3
   194:18,24 195:7
   196:17,22 197:3
   199:1,9 211:12,13
   213:25 214:16
   215:21 334:16,20
workout 144:22
world 24:23 30:1
   307:22
worth 257:23,24
wound 55:10
wow 65:19 156:18
write 51:1 119:22
   123:24 140:20
   153:24 155:16
   156:24 158:4

161:18 162:9
   317:25
writes 162:6
   165:15,16
writing 67:6
   154:19 162:2
   164:21 169:6
   183:25
written 75:8,13
wrong 40:25 51:16
   266:8 318:18
   322:19 347:24
wrote 52:3 118:23
   120:5 128:17,22
   128:24 129:1
   130:3 138:24
   152:8 158:8,12
   162:4 163:12,22
   164:8 165:11
   197:5 224:15
   279:5 334:15,16

**x**

x 1:2,7,8,14 4:1,6
xx 151:14 154:5

**y**

yeah 12:18 13:15
   13:15,23 14:17
   17:7 18:22,22
   19:1 21:2 24:20
   26:14,19 27:14
   30:21 33:18 35:22
   36:3,19,21 46:1,20
   48:20,23 49:1
   54:7,17 55:2,23
   56:20 57:19 58:25
   60:21 61:2 62:2
   62:18 63:19 64:25
   65:11 66:9 68:11
   68:23 70:2,17
   71:2,9,16,25 72:1

72:7 74:8,12,12,15
   74:19,19 78:2
   80:25 82:6,6
   84:19 87:17 90:11
   92:4,4,15 99:24
   101:3 104:1
   108:20 110:7
   113:12 114:17,22
   115:8 117:10
   118:18 123:13,20
   124:6 126:12
   129:12 134:5
   135:15,24 138:20
   139:9 140:15
   141:12,25 142:8
   145:14,14,17
   146:17 148:12
   150:4 151:4
   152:23 153:21
   156:2,13,23
   158:16 160:10,18
   161:2,23 163:10
   163:16,21 165:10
   165:14 166:17
   167:7 168:21
   172:12,23 173:9
   173:24 174:12
   182:18,19,23
   186:13,17 190:2
   193:4 194:5,10
   196:20 197:1
   198:2 200:22
   201:4 208:11
   210:9,21,25
   211:21 213:17
   214:11,20 215:24
   216:10,13 217:2
   222:21,24 224:1
   226:10,12 227:8
   229:4,15 230:2
   234:2 239:4,12

254:16 263:11
264:24 265:17
267:18 270:6
271:1,10 272:19
275:5,13,15 276:1
276:3 278:11
279:13 281:4
285:4,24 286:5
287:8 290:24
291:13 292:17
293:7 294:8
297:11 299:2
311:23 312:6,11
312:22 313:8,18
316:15,18 322:10
324:6 325:12
326:17 327:22
328:18,19 331:3
341:7 342:19
343:18 344:5,11
345:17 349:11
353:5 358:22
363:17
**year**   11:8,18,24
12:12 13:2 15:8
113:18 114:3
186:16 189:14
254:8 264:19
265:3 266:6 271:6
271:20 275:24
294:12 308:5,6
309:21 314:10
318:7,7 319:14,23
320:2 322:3
334:14
**yearly**   18:1
**years**   10:16 13:4
16:4,5,8 17:14
18:1 19:20 20:14
26:13 35:3 94:19
113:24 119:24

121:24 140:2
160:13 161:14,18
164:20,25 166:16
166:22 181:22
200:21 217:9
225:11 226:8
263:20 279:12
293:3 318:8 320:5
344:4,4,9 353:12
**yesterday**   162:10
249:8 256:12,22
**york**   1:1,16,16,24
2:5,5,22,22 6:25
7:3,4 21:1,2,18
25:7 26:20 28:18
28:20 44:11,12
45:15 112:7 154:1
154:22 155:14
158:9,22,25
197:25 199:11,15
199:25 200:11
211:13 255:5
275:22 278:13,25
279:4,10,14,18
282:3 315:2,3,22
316:8 365:4
**young**   70:15,15
109:20 333:5,19
344:2,7
**yup**   14:18 23:17
29:19 118:18
168:19 202:12
230:1 282:25

|  |
| --- |
| **z** |

**zero**   116:19