UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON BOYCE,<br><br>   Plaintiff,<br><br> v.<br><br>BRUCE WEBER,<br><br>   Defendant. | CASE NO. 19-cv-03825-JMF |

### WITHDRAWAL OF APPEARANCE

  The Bloom Firm, counsel for Plaintiff Jason Boyce, hereby informs the Court that Vernon L. Ellicott is no longer associated with the firm, and requests that the Court withdraw the appearance of Mr. Ellicott as counsel in this matter.

Dated: June 12, 2020

                 Respectfully submitted,

                 The Bloom Firm

                 <u>/s/ Arick Fudali</u>
                 The Bloom Firm
                 Attorneys for Plaintiff
                 JASON BOYCE

Certificate of Service

This is to certify that on this 12th day of June 2020, the forgoing Withdrawal of Appearance was served on all counsel of records by The Bloom Firm.

/s/ Arick Fudali
Arick Fudali, Esq.