UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JASON BOYCE, :
:
Plaintiff, :
: 19-CV-3825 (JMF)
-v- :
: ORDER
BRUCE WEBER and LITTLE BEAR, INC., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Plaintiff's request to keep certain materials under seal or redacted, *see* ECF No. 123, is DENIED with respect to the following:

- The proposed redactions in the parties' briefs (ECF Nos. 75, 92, 101), except to the extent that they include the names of third parties (e.g., ECF No. 75, at 6 & n.9); and

- Any pages or portions of Dr. Ho's deposition transcript that was cited in the parties' briefs, except to the extent that they include the names of third parties.

The request is otherwise granted. *See, e.g.*, *Brown v. Maxwell*, 929 F.3d 41, 48 (2d Cir. 2019); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

**To the extent that the parties need to file (or refile, as the case may be) on ECF any document to comply with this Memorandum Opinion and Order, the parties shall do so within one week.**

SO ORDERED.

Dated: September 29, 2020
       New York, New York

_____
JESSE M. FURMAN
United States District Judge