**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3095 direct
dlbrown@sheppardmullin.com

January 14, 2021

VIA ECF

The Honorable Jesse M. Furman
United States Magistrate Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

> The motion to seal is GRANTED temporarily. In advance of trial, the Court will discuss with counsel and assess whether to keep the materials at issue sealed or redacted. The Clerk of Court is directed to terminate ECF No. 145. SO ORDERED.
>
> *[signature]*
> January 15, 2021

Re: *Boyce v. Weber*, Case No. 1:19-cv-03825-JMF

Dear Judge Furman:

Based on Plaintiff's request, Defendants seek permission from the Court to file portions of Defendants' Pretrial Motions and supporting documentation under seal. Defendants do not necessarily agree with Plaintiff's position, and reserve the right to seek to unseal such materials in the future.

Defendants thus request that the following materials in the Pretrial Motions be filed under seal and/or with redactions:

(1) Excerpts from depositions relating to medical care or treatment of the Plaintiff and non-parties;
(2) Dr. Ho's expert report on Plaintiff; and
(3) Nude photographs of the Plaintiff and non-parties.

Per this Court's Electronic Filing Rules & Instructions, Counsel for Defendants will file the subject documents under temporary seal and relate them to this Motion. Counsel for Defendants will also publicly file said materials with redactions.

Per this Court's Local Rules and the governing authority, *e.g., Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), Defendants respectfully request this Court permit Defendants to file their Pretrial Motion memorandum of law redacted and with certain documents under seal.

Respectfully Submitted,

*/s/ Daniel L. Brown*
Daniel L. Brown
*Attorney for Defendants*