UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JASON BOYCE, :
:
                Plaintiff, :
:    19-CV-3825 (JMF)
   -v- :
:        ORDER
BRUCE WEBER, et al., :
:
                Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As discussed during today's telephone conference:

1. Trial in this matter is set to begin on **October 11, 2021**.

2. The Court will hold a teleconference on **June 28, 2021 at 3:30 p.m.** to discuss the timing and logistics of trial. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.) In accordance with Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

3. The Court will take Defendants' motion for a written juror questionnaire, ECF No. 155, under advisement without further briefing from either party.

4. The deadline for submission of any opposition to the pending motions *in limine*, ECF Nos. 142 and 143, is hereby EXTENDED to **February 4, 2021**. The deadline for any reply is hereby EXTENDED to **February 15, 2021**.

    SO ORDERED.

Dated: January 20, 2021                     _____
       New York, New York                     JESSE M. FURMAN
                                                 United States District Judge