UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JASON BOYCE, :
:
:
Plaintiff, :
: 19-CV-3825 (JMF)
-v- :
: ORDER
:
BRUCE WEBER, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     The teleconference scheduled in this case for June 28, 2021, is hereby RESCHEDULED to **July 28, 2021, at 12:00 p.m.**  The parties should follow the pre-conference procedures and use the call-in information listed at ECF No. 158, ¶ 2.

     SO ORDERED.

Dated: June 21, 2021
      New York, New York

                                   JESSE M. FURMAN
                          United States District Judge