

**NELSON MULLINS**
**BROAD AND CASSEL**

Jonathan Etra
T: 305.373.9400
Facsimile: 305.373.9443
jonathan.etra@nelsonmullins.com

ATTORNEYS AND COUNSELORS AT LAW

One Biscayne Tower
2 South Biscayne Blvd. | 21st Floor
Miami, FL 33131
T: 305.373.9400  F: 305.373.9443

nelsonmullins.com
*In Florida, known as Nelson Mullins Broad and Cassel*

July 23, 2021

The Honorable Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Jason Boyce v. Bruce Weber, et al., 1:19-cv-3825 (JMF)*

Dear Judge Furman:

The parties respectfully jointly submit this letter to update the Court in advance of the July 28, 2021 conference.

The parties have made great progress towards a resolution of the claims. We had hoped to be in a position to advise the Court that we reached an agreement on material terms, subject to final documentation, prior to the July 28 status conference. We believe that we will have such an agreement, if not before July 28, then within a week afterwards.

As the status conference is only a few business days away, the parties jointly believe it is appropriate and prudent to provide this update in advance of the conference.

In light of the parties' joint letter at ECF No. 181, the conference currently scheduled for July 28, 2021, is hereby RESCHEDULED to **August 5, 2021, at 9:15 a.m.** The parties should follow the pre-conference procedures and use the call-in information listed at ECF No. 158. The Clerk of Court is directed to terminate ECF No. 181. SO ORDERED.

*[signature]*

July 26, 2021

Respectfully submitted,

/s/ Jonathan Etra
Jonathan Etra