

**Jonathan Etra**
T: 305.373.9400
Facsimile: 305.373.9443
jonathan.etra@nelsonmullins.com

ATTORNEYS AND COUNSELORS AT LAW

**One Biscayne Tower**
2 South Biscayne Blvd. | 21st Floor
Miami, FL 33131
T: 305.373.9400  F: 305.373.9443

**nelsonmullins.com**
*In Florida, known as Nelson Mullins Broad and Cassel*

July 29, 2021

The Honorable Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *Jason Boyce v. Bruce Weber, et al., 1:19-cv-3825 (JMF)*

Dear Judge Furman:

    The parties respectfully jointly submit this letter to advise the Court that we have reached an agreement on material terms to resolve the claims, subject to final documentation.

    Respectfully submitted,

    /s/ Jonathan Etra
    Jonathan Etra